**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PAULINE STONEHILL**, Co-executor and )<br>Co-special administrator of the Estate of Harry )<br>S. Stonehill, )<br>Calle Guillermo Tell 14 )<br>Churriana 29140 Malaga, ESP )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**INTERNAL REVENUE SERVICE** )<br>1111 Constitution Avenue, N.W. )<br>Washington, D.C. 20224 )<br>)<br>**Defendant.** )<br>)<br>_____ ) | **Case No.** _____ |

## PLAINTIFF'S MOTION TO COMPEL PREPARATION OF A *VAUGHN* INDEX

Plaintiff Pauline Stonehill moves this Court for an Order requiring Defendant Internal

Revenue Service ("IRS") to provide, within thirty days after service of the Complaint in this

action, an itemized, indexed inventory of every agency record or portion thereof responsive to

Plaintiff's Freedom of Information Act Request No. 99-12084 and related to William W.

Saunders, Sr. that the IRS asserts is exempt from disclosure, accompanied by a detailed

justification statement covering each refusal to release records or portions thereof in accordance

with the indexing requirements of Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973).

Respectfully submitted,

John R. Gerstein (D.C. Bar. No. 913228)
Robert E. Heggestad (D.C. Bar. No. 953380)
Jonathan Cohen (D.C. Bar. No. 483454)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
(202) 662-2000

Attorneys for Plaintiff

Date:    March 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **MOTION TO COMPEL PREPARATION OF A VAUGHN INDEX** and related **PROPOSED ORDER** were served along with the Complaint on this 31st day of March, 2006, via hand delivery to:

> United States Attorney for the District of Columbia
> Kenneth L. Wainstein
> Judiciary Center Building
> 555 Fourth Street, N.W.
> Washington, D.C. 20530-0001

And via certified Mail to:

> U.S. Attorney General
> Alberto R. Gonzales
> U.S. Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> INTERNAL REVENUE SERVICE
> 1111 Constitution Avenue, N.W.
> Washington, D.C. 20224

_____
Jonathan Cohen