IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PAULINE STONEHILL**, Co-executor and )
Co-special administrator of the Estate of Harry )
S. Stonehill, )
Calle Guillermo Tell 14 )
Churriana 29140 Malaga, ESP )    Case No. _____
)
**Plaintiff,** )
)
v. )
)
**INTERNAL REVENUE SERVICE** )
1111 Constitution Avenue, N.W. )
Washington, D.C. 20224 )
)
**Defendant.** )
)
_____)

## ORDER

UPON CONSIDERATION OF Plaintiff Pauline Stonehill's Motion to Compel Preparation of a <u>Vaughn</u> Index and any response thereto, it is this _____ day of _____, 2006, hereby ORDERED that Plaintiff Pauline Stonehill's Motion to Compel Preparation of a <u>Vaughn</u> Index is GRANTED, and it is further

ORDERED that Defendant Internal Revenue Service ("IRS") must produce by May 1, 2006, a detailed inventory of every agency record or portion thereof responsive to Plaintiff's Freedom of Information Act Request No. 99-12084 and related to William W. Saunders, Sr. that the IRS asserts is exempt from disclosure, including a detailed justification for each refusal to release records or portions thereof.

_____
Judge, United States District Court
for the District of Columbia

          Respectfully submitted,

_____
John R. Gerstein (D.C. Bar. No. 913228)
Robert E. Heggestad (D.C. Bar. No. 953380)
Jonathan Cohen (D.C. Bar. No. 483454)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
(202) 662-2000

Attorneys for Plaintiff

Date:  March 31, 2006