IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | NO. 1:06-cv-00599 JDB |

**MOTION FOR ENLARGEMENT OF TIME**

  DEFENDANT, the Internal Revenue Service, by and through its attorney, and pursuant to Fed. R. Civ. P. 6(b)(1), moves the Court to enlarge the time for filing of an answer, motion, or other responsive pleading to and including June 8, 2006.

  As grounds for the motion, the Internal Revenue Service submits that an answer, motion, or other response to the complaint is due to be served on or before May 8, 2006. The Internal Revenue Service's counsel has not yet received from the Internal Revenue Service the advice, information, and files necessary to respond to plaintiff's complaint. The Internal Revenue Service is of the belief, and therefore asserts, that it will be able to obtain the necessary advice, information, and files within an additional thirty day period. Furthermore, the Internal Revenue Service is of the belief that it may be able to provide plaintiff with the documents responsive to FOIA Request No. 99-12084 that relate to William W. Saunders, Sr. before the expiration of the thirty day extension.

  The specific relief sought in this motion is an enlargement of time of thirty (30) days, to and including June 8, 2006, in which to file an answer, motion or other responsive pleadings.

Plaintiff's counsel has been consulted and Plaintiff does not oppose the relief sought by this motion.

DATE: MAY 4, 2006.

Respectfully submitted,

/s/ Brittney N. Campbell
BRITTNEY N. CAMPBELL
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 353-2260

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

# CERTIFICATE OF SERVICE

   IT IS CERTIFIED that service of the foregoing MOTION FOR ENLARGEMENT OF TIME was caused to be served upon plaintiff's counsel on the 4th day of May, 2005, by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

    JOHN R. GERSTEIN
    ROBERT E. HEGGESTAD
    JONATHAN COHEN
    Ross, Dixon & Bell, LLP
    2001 K Street, N.W.
    Washington, D.C. 20006-1040

         /s/ Brittney N. Campbell
         BRITTNEY N. CAMPBELL