IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAULINE STONEHILL, Co-executor )
and Co-special administrator of the )
Estate of Harry S. Stonehill, )
)
    Plaintiff, )
)
v. )    NO. 1:06-cv-00599 JDB
)
INTERNAL REVENUE SERVICE, )
)
    Defendant. )

## ORDER

Having considered the Internal Revenue Service's motion for enlargement of time to file an answer, motion or other responsive pleadings, together with the memorandum of points and authorities in support thereof, the Court concludes that the motion ought to be granted. Accordingly, it is this ___ day of May, 2006, at Washington, DC,

ORDERED that the Internal Revenue Service's motion for enlargement of time to file an answer, motion, or other responsive pleadings be and is GRANTED; and

ORDERED that Defendant shall have an additional thirty (30) days, to and including June 8, 2006, to serve its answer, motion, or other responsive pleadings.

_____
UNITED STATES DISTRICT JUDGE

COPY TO:

JOHN R. GERSTEIN
ROBERT E. HEGGESTAD
JONATHAN COHEN
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040

**CERTIFICATE OF SERVICE**

_____IT IS CERTIFIED that service of the foregoing United States' proposed ORDER was caused to be served upon plaintiff's counsel on the 4th day of May, 2006, by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

> JOHN R. GERSTEIN
> ROBERT E. HEGGESTAD
> JONATHAN COHEN
> Ross, Dixon & Bell, LLP
> 2001 K Street, N.W.
> Washington, D.C. 20006-1040

　　　　　　　　　　　　　　　　　　/s/Brittney N. Campbell
　　　　　　　　　　　　　　　　　　BRITTNEY N. CAMPBELL