IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAULINE STONEHILL, Co-executor )
and Co-special administrator of the )
Estate of Harry S. Stonehill, )
)
    Plaintiff, )
)
v. )   NO. 1:06-cv-00599 JDB
)
INTERNAL REVENUE SERVICE, )
)
    Defendant. )

**MEMORANDUM OF POINTS & AUTHORITIES IN
SUPPORT OF MOTION FOR
ENLARGEMENT OF TIME TO ANSWER, MOVE
OR OTHERWISE PLEAD**

    This case arises under the Freedom of Information Act ("FOIA")(5 U.S.C. §552). The complaint concerns Plaintiff's FOIA Request No. 99-12084.

STATEMENT & DISCUSSION

    1. <u>Introduction.</u> Plaintiff filed the instant complaint on March 31, 2006. A summons was issued on April 5, 2006 and the United States Attorney was served on or about April 8, 2006.

    2. <u>The time for the Internal Revenue Service (the "Service") to serve an answer, motion, or other responsive pleading.</u> Plaintiff issued a summons requiring Defendant to serve an answer, motion, or other responsive pleadings within thirty (30) days of receipt of service. The Service's answer, motion, or other responsive pleadings is due to be served on May 8, 2006.

    3. <u>Compliance with the pleading deadline.</u> Counsel for the Service represents that more than thirty (30) days are required to prepare and to serve an appropriate answer, motion or response. Due to the factual and legal issues raised by the complaint, the requested enlargement of time is necessary to prepare a proper response. Counsel

for the Service believes that the responsive pleadings can and will be completed within the additional thirty (30) days. Additionally, counsel for the Service believes that the documents responsive to FOIA Request No. 99-12084 that relate to William W. Saunders, Sr. may be released to plaintiff before the expiration of the thirty day extension

     4. <u>Relief requested</u>. The Service requests an enlargement of time of thirty (30) days, to and including June 8, 2006, in which to file an answer, motion or other responsive pleadings.

     5. <u>The Court has discretion to grant this motion.</u> Pursuant to Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for answering, moving, or otherwise pleading to the complaint. See <u>Poe v. Christina Copper Mines, Inc.</u>, 15 F.R.D. 85, 87-88 (D. Del. 1953)  As the revisers of Professor Moore's treatise on procedure have commented:

> When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request. Rule 6(b) allows the court to enlarge time periods in its discretion "for cause shown." What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required. The court generally will find that cause has been shown and grant the extension unless the moving party has been negligent, shown bad faith, or abused the privilege of extensions.

1 Daniel R. Coquillette, et al., <u>Moore's Federal Practice</u>, § 6.06[2], p. 6-40.1 (1999) (footnotes omitted); <u>Baden v. Craig-Hallum, Inc.</u>, 115 F.R.D. 582, 585 (D. Minn. 1987). The Service has not been guilty of negligence or bad faith, nor has the privilege of extensions been abused by the Service.

6. <u>Summary.</u>  The Court should exercise its discretion to grant the requested enlargement of time in the interests of justice and for cause shown.  Plaintiff does not oppose the relief sought by this motion.

CONCLUSION

It is the position of the Service that the motion for enlargement time to answer, move, or otherwise plead ought to be granted.

DATE:  MAY 4, 2006.

                                            Respectfully submitted,

                                              /s/ Brittney N. Campbell  
                                            BRITTNEY N. CAMPBELL  
                                            Trial Attorney, Tax Division  
                                            U. S. Department of Justice  
                                            Post Office Box 227  
                                            Washington, DC  20044  
                                            Telephone:  (202) 307-6438

OF COUNSEL:

KENNETH L. WAINSTEIN  
United States Attorney

**CERTIFICATE OF SERVICE**

_____IT IS CERTIFIED that service of the foregoing MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD was caused to be served upon plaintiff's counsel on the 4th day of May, 2006, by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

> JOHN R. GERSTEIN
> ROBERT E. HEGGESTAD
> JONATHAN COHEN
> Ross, Dixon & Bell, LLP
> 2001 K Street, N.W.
> Washington, D.C. 20006-1040

    /s/Brittney N. Campbell
BRITTNEY N. CAMPBELL