IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | NO. 1:06-cv-00599 JDB |

## NOTICE OF APPEARANCE OF DAVID M. KATINSKY

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

Kindly enter the appearance of David M. Katinsky as co-counsel for defendant, the Internal Revenue Service.

DATE:   MAY 4, 2006.

                    Respectfully submitted,

                    /s/ Brittney N. Campbell
                    BRITTNEY N. CAMPBELL
                    DAVID M. KATINSKY
                    Trial Attorneys, Tax Division
                    U. S. Department of Justice
                    Post Office Box 227
                    Washington, DC  20044
                    Telephone:  (202) 353-2260

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

737.1

# CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the foregoing NOTICE OF APPEARANCE OF DAVID M. KATINSKY was caused to be served upon plaintiff's counsel on the 24th day of May, 2005, by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

>John R. Gerstein, Esq.
>Robert E. Heggestad, Esq.
>Jonathan Cohen, Esq.
>Ross, Dixon & Bell, LLP
>2001 K Street, N.W.
>Washington, D.C. 20006-1040

/s/ David M. Katinsky
DAVID M. KATINSKY

737.1