IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) NO. 1:06-cv-00599 JDB ) ) ) ) ) |

**JOINT RULE 16.3(c) REPORT**

Pauline Stonehill and the Internal Revenue Service (the "Service"), through their respective counsel, pursuant to this Court's June 14, 2006 Order for Initial Scheduling Conference, Local Civil Rule 16.3(c) and Fed. R. Civ. P. 26(f), submit the following report.

Pursuant to Fed. R. Civ. P. 26(f) and Local Civil Rule 16.3(c), a meeting was held on June 28, 2006, by telephone and was attended by Brittney Campbell, counsel for the Internal Revenue Service, and Robert Heggestad, counsel for Pauline Stonehill.

1. <u>Whether the case is likely to be disposed of by dispositive motion</u>:

   The parties agree that case will be disposed of by dispositive motion.

2. <u>Time to Join Other Parties and Amend Pleadings</u>:

The parties suggest a deadline of September 1, 2006 to join other parties or amend the pleadings.[1]

3. <u>Assignment to Magistrate Judge</u>:

The parties do not oppose assignment of the case to a magistrate judge.

4. <u>Possibility of settlement</u>:

The parties agree that the case has a possibility of settlement.

5. <u>Alternative Dispute Resolution</u>:

The parties agree that the case would not benefit from the Court's alternative dispute resolution procedures.

6. <u>Summary Judgment Motions:</u>

The parties anticipate that this case will be resolved by summary judgment. The parties suggest the following dates as deadlines for summary judgment:

    a. **Cross-motions for summary judgment:**  September 29, 2006

    b. **Opposition to cross-motions for summary judgment:** October 23, 2006

---

[1] Pending the outcome of a court ruling in a related matter, plaintiff anticipates amending her complaint.

7. <u>Pre-Discovery Disclosures</u>:

   The parties agree that discovery will not be conducted in this case.

8. <u>Discovery Plan</u>:

   The parties agree that discovery will not be conducted in this case.

9. <u>Expert Witnesses</u>

   The parties do not anticipate using expert witnesses at this time.

10. <u>Class Actions</u>: Not applicable to this case.

11. <u>Bifurcated Trial and/or Discovery</u>: Not applicable to this case.

12. <u>Pretrial Conference Date</u>: The parties anticipate that this matter will be resolved by summary judgment motions; therefore, the parties do not suggest setting a pretrial conference date at this time.

13. <u>Trial Date</u>: The parties anticipate that this matter will be resolved by summary judgment motions; therefore, the parties do not suggest setting a trial date at this time.

DATE:     June 30, 2006

Respectfully submitted,

                                                KENNETH L. WAINSTEIN
                                                United States Attorney

| /s/ Robert Heggestad | /s/ Brittney N. Campbell |
|---|---|
| ROBERT HEGGESTAD | BRITTNEY CAMPBELL |
| Ross, Dixon & Bell, LLP | Trial Attorney, Tax Division |
| 201 K Street | U.S. Department of Justice |
| Washington, D.C.  20006 | P.O. Box 227 |
| Telephone:  (202) 662-2054 | Washington, D.C.  20044 |
| | Telephone:    (202) 353-2260 |
| | Telefax:         (202) 514-6866 |

- 4 -