IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-Executor and Co-Special Administrator of the Estate of Harry S. Stonehill,<br><br>   Plaintiff,<br><br> v.<br><br>INTERNAL REVENUE SERVICE,<br><br>   Defendant. | Case No. 1:06-cv-00599-JDB |

## ENTRY OF APPEARANCE

Jonathan Cohen of Ross, Dixon & Bell, LLP, 2001 K Street, N.W., Washington, D.C. 20006-1040, hereby enters his appearance as co-counsel for Plaintiff Pauline Stonehill, Co-Executor and Co-Special Administrator of the Estate of Harry S. Stonehill in the above-captioned matter.

Dated: July 6, 2006          Respectfully submitted,

                  /s/ Jonathan Cohen
                John R. Gerstein  (D.C. Bar No. 913228)
                Robert E. Heggestad  (D.C. Bar No. 953380)
                Jonathan Cohen  (D.C. Bar No. 483454)
                ROSS, DIXON & BELL, LLP
                2001 K Street, N.W.
                Washington, D.C.  20006-1040
                (202) 662-2000

                *Attorneys for Plaintiff*

339913 v 1

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Entry of Appearance was served via Electronic Case Filing, this 6th day of July, 2006, on:

>Brittney N. Campbell
>(brittney.n.campbell@usdoj.gov)
>David M. Katinsky
>(david.m.katinsky2@usdoj.gov)
>U.S. DEPARTMENT OF JUSTICE
>TAX DIVISION
>Post Office Box 227
>Ben Franklin Station
>Washington, D.C.  20044

          /s/  Jonathan Cohen
          Jonathan Cohen

339913 v 1