IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PAULINE STONEHILL, Co-Executor and Co-Special Administrator of the Estate of Harry S. Stonehill, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:06-cv-00599-JDB |
| INTERNAL REVENUE SERVICE, | ) ) | |
| Defendant. | ) ) ) | |

## ENTRY OF APPEARANCE

Robert E. Heggestad of Ross, Dixon & Bell, LLP, 2001 K Street, N.W., Washington,

D.C. 20006-1040, hereby enters his appearance as co-counsel for Plaintiff Pauline Stonehill, Co-

Executor and Co-Special Administrator of the Estate of Harry S. Stonehill in the above-

captioned matter.


Dated: July 10, 2006                    Respectfully submitted,


                                        ___/s/ Robert E. Heggestad_____
                                        John R. Gerstein  (D.C. Bar No. 913228)
                                        Robert E. Heggestad  (D.C. Bar No. 953380)
                                        Jonathan Cohen  (D.C. Bar No. 483454)
                                        ROSS, DIXON & BELL, LLP
                                        2001 K Street, N.W.
                                        Washington, D.C.  20006-1040
                                        (202) 662-2000

                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance was served via

Electronic Case Filing, this 10th day of July, 2006, on:

>    Brittney N. Campbell
>    (brittney.n.campbell@usdoj.gov)
>    David M. Katinsky
>    (david.m.katinsky2@usdoj.gov)
>    U.S. DEPARTMENT OF JUSTICE
>    TAX DIVISION
>    Post Office Box 227
>    Ben Franklin Station
>    Washington, D.C.  20044


                                        /s/  Robert E. Heggestad
                                    Robert E. Heggestad