UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE, ) <br> ) <br> Defendants. ) | Civil Action No. 06-599 (JDB) |

**SCHEDULING ORDER**

Pursuant to the Status Conference held with the Court on August 3, 2006, and upon consideration of the entire record herein, it is this fourth day of August, 2006, hereby **ORDERED** as follows:

1. Plaintiff's request for leave to amend the Complaint is hereby **GRANTED**. The Amended Complaint shall be filed by not later than August 11, 2006;

2. Defendant shall file its Answer by not later than September 6, 2006;

3. Defendant shall file its motion for summary judgment and Vaughn index by not later than December 5, 2006. Plaintiff shall file any opposition to defendant's motion (and, if desired, shall also submit a cross-motion for summary judgment) by not later than January 16, 2007. Defendant's reply, if any, is due by not later than February 6, 2006. No surreply is anticipated.

/s/    John D. Bates
        John D. Bates
   United States District Judge

*Copies to*:

John Richard Gerstein, I
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006-2688
(202) 662-2000
Fax: 202-662-2190
Email: jgerstein@rdblaw.com

Robert Eldon Heggestad
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Suite 400
Washington, DC 20006-1040
(202) 662-2000
Fax: (202) 662-2190
Email: rheggestad@rdblaw.com

Jonathan Abraham Cohen
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006
(202) 662-2088
Email: jcohen@rdblaw.com
    *Counsel for plaintiff*

Brittney N. Campbell
U.S. DEPARTMENT OF JUSTICE
P.O. Box 227
Washington, DC 20044
US
(202) 353-2260
Email: brittney.n.campbell@usdoj.gov

David M. Katinsky
U.S. DEPARTMENT OF JUSTICE
TAX DIVISION
P.O.Box 227

Ben Franklin Station
Washington, DC 20044
(202)307-6435
Fax: (202) 514-6866
Email: david.m.katinsky2@usdoj.gov
    *Counsel for defendant*