IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAULINE STONEHILL**, Co-executor and ) <br> Co-special administrator of the Estate of Harry ) <br> S. Stonehill, ) <br> Calle Guillermo Tell 14 ) <br> Churriana 29140 Malaga, ESP ) <br> ) <br> **Plaintiff**, ) <br> ) <br> **v.** ) <br> ) <br> **INTERNAL REVENUE SERVICE** ) <br> 1111 Constitution Avenue, N.W. ) <br> Washington, D.C. 20224 ) <br> ) <br> **Defendant.** ) <br> ) <br> ) | **Case No. 06 599 (JDB)** |

## FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF

Plaintiff Pauline Stonehill, Co-executor and Co-special administrator of the Estate of

Harry S. Stonehill ("Stonehill"), hereby amends her Complaint for Injunctive Relief heretofore

filed against Defendant, Internal Revenue Service ("IRS"), and alleges as follows:

### Nature of Action

1.      This is an action under the Freedom of Information Act, 5 U.S.C. § 552

("FOIA"), to obtain agency records related to Stonehill that the IRS has improperly withheld.

### Jurisdiction and Venue

2.      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

3.      Venue in this District is proper pursuant to 5 U.S.C. § 552(a)(4)(B).

## Parties

4.    Plaintiff Pauline Stonehill is the Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, and she resides at Calle Guillermo Tell 14, Churriana 29140, Malaga, Spain.

5.    The Internal Revenue Service ("IRS") is the agency that has wrongfully withheld the documents at issue, and it has headquarters in the District of Columbia.

## The Original Tax Proceedings

6.    In 1962, Philippine authorities conducted warrantless raids of Stonehill's Philippine enterprises.

7.    The Philippine government then provided seized documents to the United States, and the United States used these materials to commence both civil and criminal tax proceedings against Stonehill.

8.    The criminal tax proceedings ended in an acquittal following a bench trial.

9.    In the civil tax litigation, Stonehill moved to suppress the seized documents on the theory that the United States, acting without a warrant, actually instigated and helped plan the raids in violation of the Fourth Amendment to the United States Constitution.

10.    The Government vehemently denied these charges to both the United States District Court for the Central District of California and the United States Court of Appeals for the Ninth Circuit.

11.    The Government further represented to the Ninth Circuit that "[e]very piece of relevant correspondence, memoranda, cablegrams, etc. whose existence has been identified in either the extensive discovery conducted on behalf of the taxpayers or at the trial have been produced."

12.     In reliance on Government representations, a divided Ninth Circuit panel found that the Government did not instigate or help plan the raids.  See Stonehill v. United States, 405 F.2d 738 (9th Cir. 1968).

13.     The dissenting Judge concluded that, despite Government representations otherwise, the evidence indicated that the Government instigated and helped plan the raids without a warrant, thereby rendering the search illegal.  See id. (Browning, J., dissenting).

14.     The Government ultimately obtained a tax judgment against Stonehill in 1984 and receivership proceedings continued for twelve years thereafter.

### FOIA Request No. 99-12084 and the Rule 60(b) Proceedings

15.     On July 10, 1998, Stonehill filed FOIA Request No. 99-12084 with the IRS seeking "all records, files, hearing transcripts, notes or memoranda of meetings or telephone conversations, and other data in your possession, custody, or control pertaining to Robert P. Brooks [and] Harry S. Stonehill[.]"

16.     Stonehill also filed FOIA requests with the State Department, Federal Bureau of Investigation ("FBI") and the Tax Division of the Department of Justice ("DOJ") on July 10, 1998.

17.     In December 1998, the IRS produced five documents responsive to Request No. 99-12084.

18.     On August 14, 2000, Stonehill filed FOIA complaints against the FBI and DOJ seeking documents that these agencies had withheld.

19.     In response, the FBI and DOJ released documents containing evidence that two key Government agents, Robert Chandler and Robert Hawley, lied when testifying during the suppression hearings.

20.    On October 2, 2000, pursuant to Federal Rule of Civil Procedure 60(b), Stonehill moved to set aside the judgment.

21.    On March 15, 2001, Stonehill filed a renewed request with the IRS for documents responsive to Request No. 99-12084.

22.    On May 18, 2001, 1999, after briefing had been completed in the Rule 60(b) proceeding, the IRS located eight boxes of documents responsive to Request No. 99-12084 and produced them over the next several months.

23.    On August 28, 2001, while Stonehill reviewed the eight newly-discovered boxes of IRS documents, the court denied Stonehill's Rule 60(b) motion.

24.    On September 28, 2001, the IRS announced that it had located eighty-six additional boxes of documents responsive to Request No. 99-12084.

25.    During the pendency of Stonehill's appeal of the court's denial of his Rule 60(b) motion, the IRS slowly released documents from the eighty-four box set.

26.    The new material included various "smoking gun" documents including, among other things, a folder of photographs of the raid locations containing handwritten instructions from both Chandler and Philippine agent Jose Lukban; a memorandum from an IRS official, Sterling Powers, confirming that Chandler prepared the folder specifically for Philippine authorities to use (the "Powers Memorandum"); and a note from Powers directing that the Department of Justice attorney litigating the suppression issue receive a copy of the Powers Memorandum.

27.    In addition to the many remarkable documents the IRS did release, the Government still refused to produce many of the remaining documents from the new eighty-four box set.

28.    Before the Ninth Circuit, the Government advanced various "alternative" bases to support the district court's decision not to set aside the judgment, including that (a) Stonehill had no "subjective expectation of privacy in the area[s] searched" during the raids; (b) the exclusionary rule did not apply for other reasons, including the "good faith exception"; and that (c) Stonehill's motion to vacate was untimely.

29.    The Ninth Circuit rejected all of the Government's "alternative" bases for affirmance, vacated the order denying Stonehill's Rule 60(b) motion, and remanded the case for additional discovery.  See United States v. Stonehill, No. 01-3593, 2002 U.S. App. LEXIS 26417 (9th Cir. Dec. 19, 2002).

### Post-Remand Discovery and the IRS' Refusal To Release Certain Documents

30.    Following the remand, over a two-year period, the DOJ Tax Division produced numerous irrelevant financial documents from the eighty-four box set along with nine separate privilege logs asserting numerous alleged bases for withholding the remaining material, including various "national security"-related privileges.

31.    Additionally, on November 26, 2002, the IRS issued a final decision withholding documents pursuant to the attorney work-product and attorney-client privilege, the so-called "executive" or deliberative process" privilege (5 U.S.C. §552(b)(5)), privacy interests (5 U.S.C. § 552(b)(7)(c)), protection of confidential sources (5 U.S.C. § 552(b)(7)(d)), and third-party taxpayer information (5 U.S.C. § 552(b)(3)).

32.    On December 30, 2002, Stonehill appealed the November 26, 2002 IRS decision.

33.    On June 17, 2003, the IRS Office of General Appeals issued a partial determination affirming the IRS Disclosure Officer's to withhold documents pursuant to 5 U.S.C. §§ (b)(5), (b)(7)(C) and (b)(7)(D).

34.     The June 17, 2003 IRS partial determination did not address two boxes of
material (hereinafter the "6103 Documents") responsive to FOIA Request No. 12084 and
withheld only under 5 U.S.C. §552(b)(3) and 26 U.S.C. § 6103, because the IRS Disclosure
Office had not provided that material to the IRS Appeals Officer.

35.     With respect to the 6103 Documents, the IRS withheld their contents from
Stonehill exclusively based on privacy concerns pursuant to 5 U.S.C. § 552(b)(3) (FOIA
Exception 3) and 26 U.S.C. § 6103, because the 6103 Documents allegedly contain information
about other taxpayers.

36.     The IRS raised no other privileges or objections to releasing the 6103 Documents.

37.     On September 5, 2003, the IRS FOIA Appeals Office "decline[d] concurrent
review of the issues you raised in your FOIA appeal while a Federal Court has jurisdiction over
the potential release of the identical material you sought to access pursuant to your request under
the FOIA."

38.     On November 5, 2003, Stonehill strenuously objected to the IRS' decision to
"decline concurrent review" because the existence of an active Rule 60(b) proceeding does not
absolve the IRS of its responsibilities under FOIA.

39.     In the Rule 60(b) proceeding, on December 19, 2003, the district court ordered the
Government to produce various still-withheld documents, including the 6103 Documents
responsive to FOIA Request No. 99-12084 and at issue here.

40.     On January 22, 2004, the district court ruled that the Government was not
required to produce a transcript of the November 20, 1984 hearing testimony of William W.
Saunders, Sr. ("Saunders"), Stonehill's attorney during the original tax investigation testimony,
because it was not relevant to the issues in the Rule 60(b) proceeding.

41.    On March 8, 2004, the IRS issued a "final determination" in which it refused to produce the 6103 Documents.

42.    On April 15, 2004, before the Government had produced documents in accordance with the district court's December 19, 2003 order, the district court reconsidered its decision and held that although documents pertaining to Saunders would not lead to relevant evidence, documents related to Saunders stored in the 92 boxes of IRS files would be turned over to Stonehill by the government.

43.    The parties spent approximately two years briefing discovery-related issues concerning the Government's obligation to produce the remaining documents from the boxes identified as responsive to FOIA Request No. 99-12084, including the two-box set of 6103 Documents and two boxes of audio tapes.

44.    On December 20, 2005, the District Court granted in part and denied in part Stonehill's omnibus motion to compel production of:  (1) 1154 documents withheld based on work product doctrine, attorney-client privilege or containing Central Intelligence Agency ("CIA") redactions; and (2) 382 documents withheld by the government based on 26 U.S.C. §§ 6103 and 6105.

45.    The District Court rejected the Government's claim of work product doctrine or attorney-client privilege and granted Stonehill's motion to compel with respect to:  (1) "all documents regarding the Tax Division investigation into the government's role in the 1962 raids;" and (2) all "notes given to, or taken by, government counsel if the notes concern the Tax Division's investigation of United States' involvement in the raids."

46.    The District Court also ruled that the Government "must disclose any other document now being withheld if the document concerns either the government's role in the 1962

raids or the government's alleged attempts during the litigation of the motions to suppress to conceal its role in the raids."

47.    The District Court denied Stonehill's motion to compel with respect to the 6103 Documents because Stonehill had allegedly failed to show that the 6103 Documents were "likely to lead to admissible evidence" in the Rule 60(b) proceeding, and thus were irrelevant.

48.    The District Court also ruled that documents "that concern the separate criminal prosecution of defendants regarding bills of lading are not relevant" and "documents regarding the wiretaps on the defendants are relevant only to the extent that the documents relate to the 1962 raids."

49.    The district Court ordered the government to submit for *in camera* review documents withheld by the Central Intelligence Agency ("CIA") "because of cooperation with foreign sources or government agencies."

50.    On April 5, 2006, the district court discussed CIA redactions and the Government's proposed relevance redactions during an *ex parte* and *in camera* meeting with CIA representatives and with the trial attorney for the Department of Justice Tax Division.

51.    On April 10, 2006 Stonehill filed an FOIA request for a copy of the transcript of the November 20, 1984 transcript of the hearing in the District Court of Hawaii in *United States v. Stonehill et al.*, Civil Action No. 65-127 and a copy of the transcripts of the deposition of IRS agent Sterling Powers, which had previously been withheld in connection with Stonehill's March 15, 2001 FOIA request.

52.    On April 12, 2006, the district court approved the following CIA redactions: (1) names of individuals of the United States and Philippine governments; (2) information regarding general CIA activities not related to the case; (3) information related to stories from

newspapers concerning allegations of CIA activities; and (4) certain information on pages 15-16 of a February 21, 1966 memorandum of conference with a CIA agent alleged to have been involved in wiretapping Stonehill.

53.    On April 14, 2006, the government produced eleven (11) documents containing CIA redactions and Department of Justice redactions "based on the scope and relevancy ruling in the Court's December 20, 2005 Order."

54.    On April 20, 2006, Stonehill filed a motion to require production of documents that had been redacted based on the Government's claim the redactions were not relevant to issues in the Rule 60(b) proceeding.

55.    On June 6, 2006, the district court ordered the Government to review 135 additional withheld documents to determine whether any documents contained relevant information based on the Court's previous orders.

56.    On June 23, 2006, the IRS Disclosure Officer requested an extension to respond to Stonehill's April 10, 2006 FOIA request, extended the statutory response date to June 23, 2006 and advised Stonehill that a suit could be filed after that time period had elapsed.

57.    On July 12, 2006, the District Court granted in part and denied in part the Government's request to redact documents based on relevance objections.

58.    On July 17, 2006 and July 18, 2006, the Government produced copies of three documents that had been partially unredacted pursuant to the District Court's July 12, 2006 order.

59.    On July 21, 2006 the Government produced copies of two documents that had been redacted and declassified by the CIA.

60.    On July 27, 2006, the Government withdrew certain redactions from four pages of a document that had previously been redacted by the CIA.

61.    The IRS improperly continues to withhold documents responsive to FOIA Request No. 99-12084 solely on the basis of relevance although relevancy is not a basis for withholding documents under FOIA.

## The IRS' Refusal To Reconsider Stonehill's FOIA Appeal Despite a 6103 Release

62.    Some of the documents the IRS released in 2002 raised significant questions about how Saunders, one of Stonehill's attorneys, represented Stonehill during the Government's original tax investigation.

63.    These documents led to a malpractice action against Saunders' estate now pending in Hawaii state court. See Complaint, Stonehill v. Estate of William W. Saunders, No. 04-1-1747-09 (filed Haw. Cir. Ct. Sept. 24, 2004).

64.    On information and belief, a significant number of the 6103 Documents relate to Saunders.

65.    Saunders' son, William W. Saunders, Jr., is heavily involved in the litigation and believes the 6103 Documents will exonerate his father.

66.    On February 17, 2006, William W. Saunders, Jr. provided Stonehill with an executed IRS Form 8821, which is the IRS standard-form release waiving any privacy right pursuant to 26 U.S.C. § 6103.

67.    William W. Saunders, Jr. also provided Stonehill with a "Document Release Authorization" expressly authorizing the release to Stonehill of all documents responsive to FOIA Request No. 99-12084 that relate to Saunders.

68.     William W. Saunders, Jr. further provided Stonehill with Letters Testamentary establishing that he is the authorized representative of his father's estate.

69.     On March 9, 2006, Stonehill provided the executed IRS Form 8821, the Document Release Authorization, and the Letters Testamentary to the IRS FOIA Appeals Office, and asked that the IRS produce those 6103 Documents related to Saunders.

70.     The IRS refused to consider these materials.

71.     The IRS improperly continues to withhold the 6103 Documents responsive to FOIA Request No. 99-12084 and related to Saunders exclusively on the basis of privacy interests that 26 U.S.C. § 6103 allegedly protects, although Saunders' estate has waived all privacy rights with respect to these documents.

## COUNT ONE:  VIOLATION OF FOIA

72.     Plaintiff repeats, realleges, and incorporates as if fully set forth herein the allegations set forth in Paragraphs One through Seventy-one.

73.     Under 5 U.S.C. § 552(a)(3), Stonehill has a right of access to the 6103 Documents responsive to FOIA Request No. 99-12084 and related to Saunders.

74.     Under 5 U.S.C. § 552, Stonehill has a right of access to all documents withheld by the government on the basis of relevance.

75.     There is no legal basis for the IRS' denial of such access.

WHEREFORE, Plaintiff requests that this Court enter a judgment in his favor as follows:

A.     Order the IRS to make available to Plaintiff all documents responsive to FOIA Request No. 99-12084 that relate to William W. Saunders, Sr.;

B.     Order the IRS to make available to Plaintiff all documents responsive to FOIA Request No. 99-12084 that are identified in Exhibit A, attached hereto;

341395

C.    Pursuant to 5 U.S.C. § 552(a)(4)(E), award Plaintiff costs and reasonable attorneys' fees in this action.

D.    Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

John R. Gerstein (D.C. Bar. No. 913228)
Robert E. Heggestad (D.C. Bar. No. 953380)
Jonathan Cohen (D.C. Bar. No. 483454)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
(202) 662-2000

Attorneys for Plaintiff

Date:   August 11, 2006

341395 v 1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **FIRST AMENDED COMPLAINT FOR**

**INJUNCTIVE RELIEF** was served by United States mail addressed to the following on this

___11___ day of August, 2006:

> Brittney N. Campbell
> David M Katinsky
> TAX DIVISION
> Post Office Box 227
> Ben Franklin Station
> Washington, D.C.  20044

_____
Robert E. Heggestad



**Pauline Stonehill v. IRS**
**Case No. 06 599 (JDB)**

# APPENDIX A

| Date | Missing Items | Bates Number/Reference |
|------|---------------|------------------------|
| | Audio tapes | Boxes 30 and 42 |
| Undated | S. Powers Memorandum | Referred to in Dec. 16, 1971 IRS Memo to Houston Shockey |
| Feb. 5, 1962 | Letter from R. Chandler to Smith Ben Griffin | Referenced in Feb. 13, 1962 response letter from S. Griffin; and Feb. 16, 1962 Telegram from Stevenson to S. Griffin (004683). |
| Feb. 12, 1962 | Telegram from Hong Kong, Control No. 6714, in connection with Republic Glass Corporation, Manila, Phillipines; Harry S. Stonehill matter | Referred to Attorney General by Abram Chayes, Legal Adivsor, DOS; and referenced in letter from Hebert Miller, Jr. to Abram Chayers. |
| Sept. 10, 1962 | Bishop Memorandum of Conference re: Beinert | IRS (004827-28) Handwritten list of documents produced |
| Oct. 30, 1962 | Memorandum from Ragland to Executive Assistant | IRS (004827-28) Handwritten list of documents produced |
| 1966 | Deposition Transcript of Sterling Powers | |
| Mar. 25, 1966 | Sensitive Case Status Report submitted by Revenue Service Representative Sterling Powers concerning Stonehill case. | 004290 (Memorandum from Director to H. Huckabee, Chief Counsel) |
| Apr. 21, 1966 | Harlow Huckabee Memorandum re: tape recordings of deportation proceedings in Stonehill case. | Referred to in May 10, 1966 Memo from D. Durkin to Harlow Huckabee. |
| May 3, 1966 | Memorandum from S. Powers advising that he is reproducing tape recordings of the deportation proceedings. | Referred to in May 10, 1966 Memo from D. Durkin to Harlow Huckabee. |
| May 20, 1966 | Letter from Chief Counsel to Hon. M. Rogovin, Asst. Attorney General, referring Stonehill and Brooks' cases to Tax Division. | Referenced in June 29, 1966 Letter from Lester Uretz (signed by W. McAleer) to Hon. M. Rogovin. |
| (Undated) | Intelligence Div. Memo re: Harry S. Stonehill w/ 62 questionnaires | Box 84-0570 - 0574 (Aug. 3, 1967 Letter from Robert Spats to Hon. M. Rogovin) |
| March 2, 1967 | Intelligence Div. Memo re: [REDACTION] w/ 14 questionnaires | Box 84-0570 - 0574 (Aug. 3, 1967 Letter from Robert Spats to Hon. M. Rogovin) |
| June 7, 1967 | Intelligence Div. Memo re: Ira Blaustein w/ 23 questionnaires | Box 84-0570 - 0574 (Aug. 3, 1967 Letter from Robert Spats to Hon. M. Rogovin) |
| Dec. 1, 1967 | Letter by Hon. Lester Uretz | Referenced in Doc. 48 (Dec. 4, 1967 letter) |
| May 9, 1968 | Complete Memorandum to Hon. Lester Uretz (pages 3-4 incomplete) | DOJ Doc. 112 |

| | | |
|---|---|---|
| June 21, 1968 | Memorandum from S. Powers | 001425 (July 15, 1968 Memorandum from Acting Director to Chief Counsel) |
| June 27, 1968 | Memorandum from Chief, Foreign Operations Division, Office of International Operations | 001425 (July 15, 1968 Memorandum from Acting Director to Chief Counsel) |
| July 9, 1968 | Memorandum from S. Powers concerning Stonehill files forwarded to Office of International Operations | 01420 (July 15, 1968 Memorandum from D. Durkin to William Mould) |
| July 2, 1968 | Memorandum from Chief, Foreign Operations Division, Office of International Operations | 001422 (July 24, 1968 Memorandum from Acting Director to Chief Counsel) |
| July 11, 1968 | Memorandum from Chief, Foreign Operations Division, Office of International Operations | 001422 (July 24, 1968 Memorandum from Acting Director to Chief Counsel) |
| May 1, 1971 | DOJ Review - Memo from Ragland - IRS Chief Counsel (INTL) | 01477 |
| July 15, 1971 | Redacted letter | 170098-99 |
| Mar. 8, 1972 | Paragraph redacted from letter | (IRS Referral Doc. 125) |
| Dec. 1972 | (parts of pages 2 and 3 redacted) | (IRS Referral Doc. 129) |
| Nov. 20, 1984 | Hearing Transcript (Haw. Cir. Ct.) | |

CC Box 1 - 322
CC Box 4 – 202
CC Box 4 – 315-316 (AWP, 6103)
CC Box 4 – 740-742
CC Box 5 – 346
CC Box 6 – 4
CC Box 6 – 15
CC Box 6 – 29
CC Box 6 – 34
CC Box 6 – 863-864
CC Box 7 – 38-40 (6103, AC, AWP)
CC Box 7 – 97
CC Box 7 – 103
CC Box 7 – 112
CC Box 7 – 211-213
CC Box 7 – 251
CC Box 7 – 252-253
CC Box 7 – 263-264
Box 2 – 22
Box 16 – 79
Box 16 – 080-083
Box 16 – 089-094 (6103, AWP)
Box 16 – 095-100
Box 16 – 127-128
Box 16 – 148
Box 16 - 254-273
Box 16 - 275-293
Box 16 - 295-309
Box 16 – 317-369
Box 16 - 375-377
Box 16 - 380-381
Box 16 – 384
Box 16 - 387-395
Box 16 - 397-407
Box 16 – 417-418
Box 16 - 419-422
Box 16 - 424-445
Box 18 – 323-324
Box 18 – 338-341
Box 18 – 531-538
Box 18 – 541-549
Box 18 – 659-677
Box 18 – 680-683
Box 18 – 705-723

Box 18 – 842-844
Box 18 – 946
Box 18 – 976-1050 (G. Jury Info)
Box 18 – 1051-1062
Box 19 – 169-179
Box 19 – 315
Box 20 – 479-482
Box 20 – 607-609
Box 20 – 620-624
Box 21 – 1520-1525
Box 21 – 1526-1537
Box 21 – 1543-1545
Box 25 – 204-208
Box 25 – 209-210
Box 25 – 213-215
Box 26 – 121-122
Box 28 – 70-118
Box 28 – 228-261(Rule 6(e) F.R.C.P.)
Box 28 – 266 (Grand Jury Priv.)
Box 29 – 98-99
Box 29 – 322-325
Box 29 – 333-334
Box 29 – 338-340
Box 29 – 349
Box 31 – 130
Box 33 – 1-8
Box 57 – 157-163
Box 57 – 462-465
Box 59 – 1433-1435 (FBI docs.)
Box 59 – 1439-1447 (FBI docs.)
Box 59 – 1454-1457 (FBI docs.)
Box 59 – 1685
Box 75 – 10-22
Box 75 – 23-47
Box 75 – 54-62
Box 75 – 206-220
Box 75 – 227-246
Box 75 – 271-272
Box 75 – 273-275
Box 75 – 276-284
Box 75 – 353-382 (G. Jury Priv.)
Box 75 – 390
Box 84 – 126 (Rule 6(e) F.R.C.P.)
Box 84 – 127 (Rule 6(e) F.R.C.P.)

Box 84 – 223-224
Box 84 – 246-248
Box 84 – 249
Box 84 – 251
Box 84 – 252-255
Box 84 – 264-266
Box 84 – 276
Box 84 – 282
Box 84 – 304-305
Box 84 – 308-311
Box 84 – 312
Box 84 – 396
Box 84 – 398-399
Box 84 – 404
Box 84 – 407-409
Box 84 – 418-419
Box 84 – 420-422
Box 84 – 433
Box 84 – 445-446
Box 84 – 463
Box 84 – 575-582
Box 84 – 583
Box 84 – 650-651
Box 84 – 660-662
Box 84 – 663-665
Box 84 – 689
Box 84 – 699-702
Box 84 – 703-704
Box 84 – 705
Box 84 – 708
Box 84 – 711
Box 84 – 713
Box 84 – 724-726
Box 84 – 770
Box 84 – 776-778
Box 84 – 786-787
Box 84 – 791
Box 84 – 792-794
Box 84 – 796
Box 85 – 50-55 (6103, AWP)
Box 85 – 468-470 (Rule 6(e) FRCP)
Box 85 – 487
Box 85 – 494-496
Box 85 – 497-503

Box 85 – 505-506

| Chief Counsel Miscellaneous 2 | 222-225 | 90, 92 | 326-327 |
|---|---|---|---|
| 388 – 389 | 226-226A | 095-096 | 331 |
| 396 | 227-228 | 097-098 | 345 |
| 403-410 | 243-246 | 99 | 347-351 |
| 411-412 | 247 | 102-107 | 471-509 |
| 440-445 | 248-250A | 108-111 | 475 |
| 452-454 | 251 | 112 | 480 |
| 457-463 | 252 | 113 | 492 |
| 489 | 269-296 | 114 | 497 |
| 490-492 | 309 | 115 | 510-534 |
| 494 | 310-311 | 116-175 | 532-533 |
| 497 | **Chief Counsel Box 2** | 225-227 | 534 |
| 548 | 008-050 | 228 | 712-739 |
| 550-551 | 051-052 | 229 | 745-746 |
| 554 | 081-104 | 231 | 747-748 |
| 614-615 | 106-114 | 232 | 754-755 |
| 619 | 115-232 | 248-255 | 756-760 |
| 620-621 | 236-267 | 260 | 761 |
| 622-624 | 460-465 | 265-268 | 764 |
| 667 | 466 | 271 | 766-767 |
| 780 | 537-538 | 275 | 781 |
| 897-902 | 569-686 | 283 | 964 |
| 989-991 | 687-695 | 304-305 | 965 |
| 993 | 696-813 | 309 | 968 |
| 995 | **Chief Counsel Box 3** | 310 | 970 |
| **Chief Counsel Box 1** | 007-008 | 350-352 | 973-974 |
| 57 | 14 | **Chief Counsel Box 4** | 975 |
| 59-64 | 020-021 | 004-005 | 976 |
| 65-67 | 28-29 | 006-007 | 979 |
| 68-70 | 30 | 204 | 981 |
| 80-81 | 31 | 268-271 | 982 |
| 93-112 | 55 | 274 | 983 |
| 156-169 | 056-057 | 284-285 | 989-990 |
| 194 | 59 | 302-303 | 992 |
| 200-202 | 060-061 | 308-310 | 993 |
| 211 | 64 | 311-314 | **Chief Counsel Box 5** |
| 214 | 070-071 | 319 | 96 |
| 215-216 | 74 | 320 | 98 |
| 217-218 | 085-086 | 321 | 100-101 |
| 221 | 087-089 | 323 | 102-106 |

| CC Box 5 (cont'd) | 785-786 | 119 | 466-470 |
|---|---|---|---|
| 111-112 | 787 | 120-122 | 471 |
| 221-222 | 788 | 138-140 | 472 |
| 223-224 | 789-790 | 141 | 480-484 |
| 225-226 | 792 | 142-143 | 485 |
| 227-228 | 796-801 | 144-148 | 487 |
| 229 | 802 | 149-152 | 517 |
| 230 | 805 | 175-176 | 518 |
| 231-236 | 806-806A | 177-178 | 521 |
| 237 | 807 | 180-183 | 527 |
| 341-344 | 809A | 188-189 | 528 |
| 350-352 | 811-814 | 190 | 569 |
| 357 | **Chief Counsel Box 6** | 191 | 581 |
| 361-362 | 17 | 192 | 638-639 |
| 363 | 23 | 216-239 | 642 |
| 364 | 27 | 261 | 643 |
| 366 | 30 | 264-274 | 644-645 |
| 369 | 36 | 278-312 | 646 |
| 370-375 | 38-40 | 318-323 | 647-648 |
| 553 | 41 | 324 | 649-650 |
| 712-713 | 50-58 | 358 | 654-658 |
| 720 | 61-62 | 362 | 659 |
| 721 | 64 | 377 | 660 |
| 724 | 65 | 378 | 661 |
| 725 | 66 | 379-381 | 682 |
| 726 | 67 | 384 | 698 |
| 727 | 69-75 | 385-386 | 702-705 |
| 729 | 79 | 394 | 725-727 |
| 732-733 | 80-82 | 396-397 | 739-740 |
| 736 | 83-85 | 398 | 748-749 |
| 738 | 86-88 | 401 | 750-753 |
| 739-742 | 93-94 | 405 | 757 |
| 743-744 | 95-96 | 421 | 767 |
| 759 | 97-98 | 426-440 | 768 |
| 762-766 | 100 | 443 | 769-775 |
| 769-771 | 103-104 | 444 | 776 |
| 772-773 | 107-109 | 446 | 783-784 |
| 774-782 | 110-111 | 450-455 | 787-788 |
| 783 | 117 | 458-459 | 791 |
| 784 | 118 | 461-464 | 798 |

| | | | |
|---|---|---|---|
| 799 | 990 | 022-024 | 7 |
| 801 | 992 | 25-28 | 0025-0026 |
| 803 | 993 | 32-33 | 27 |
| 807 | 994-995 | 117-118 | 30 |
| 808-810 | 996-997 | 120-121 | 31 |
| 812 | 999 | 122-123 | 32 |
| 818 | 1004 | 125 | 33 |
| 823 | 1005 | 126 | 044-045 |
| 824 | 1007-1010 | 127 | 69-99 |
| 826 | 1012 | 129 | 101 |
| 827 | 1013 | 130 | 106 |
| 828-829 | 1014 | 131 | 0115-0116 |
| 831-832 | 1020 | 132 | 119 |
| 835-836 | 1025-1026 | 133 | 130 |
| 841-843 | 1031 | 134 | 131-132 |
| 844 | 1036-1038 | 136-137 | 133-144 |
| 845-846 | 1039-1040 | 138-142 | 146-150 |
| 848-849 | 1041 | 152-172 | 151-153 |
| 851 | 1043 | 175-176 | 159 |
| 854-856 | 1046 | 254-257 | **Box 3** |
| 872 | 1051-1052 | 274 | 842 |
| 885 | 1053 | 465-468 | 848 |
| 888 | 1054 | **Chief Counsel Box 8** | 1402-1406 |
| 889 | 1056 | 220 | 1535-1539 |
| 895 | 1057 | 228 | **Box 5** |
| 896 | 1060 | 229 | 2364-2365 |
| 898 | 1063 | 230 | 2407-2408 |
| 902 | 1064 | **Box 1** | 2542 |
| 904 | 1065-1066 | 5 | 2549-2550 |
| 905 | 1069 | 6-7 | **Box 7** |
| 921 | 1070 | 8 | 10627-10657 |
| 929 | 1071-1072 | 10 | **Box 13** |
| 945 | 1073-1075 | 11 | 18-30 |
| 954 | 1076 | 030-031 | 35-41 |
| 961-963 | 1077 | 32-33 | 43-44 |
| 965-966 | 1079 | 40-42 | 45-49 |
| 982 | 1080 | 43-72 | 50-55 |
| 984 | 1081 | 204-205 | **Box 14** |
| 985 | **Chief Counsel Box 7** | **Box 2** | 1-2 |
| 987 | 001-021 | 0001-0006 | |

| |
|---|
| **Box 15** |
| 44 |
| 045-047 |
| 54-63 |
| 0084-0086 |
| **Box 16** |
| 24-30 |
| 35-36 |
| 38 |
| 39 |
| 53 |
| 76 |
| 91 |
| 103 |
| 104 |
| 105 |
| 106-110 |
| **111-115** |
| 116-118 |
| 119-124 |
| **133** |
| 171 |
| 307-309 |
| **410-416** |
| **525-629** |
| **631-633** |
| 634 |
| **635-862** |
| **Box 18** |
| 965 |
| **Box 19** |
| 33-35 |
| 36 |
| 46-50 |
| 73, 73(A)-76 |
| 184-185 |
| 186-200 |
| **Box 20** |
| 161 |
| 162-164 |
| 197-209 |
| 210 |

| |
|---|
| 211-213 |
| 214-248 |
| 257-263 |
| 264-270 |
| 271-289 |
| 387-389 |
| 413 |
| 512 |
| 531-539 |
| 540-542 |
| 543 |
| 562 |
| 627-627(A) |
| **Box 21** |
| 1194-1211 |
| 1212-1264 |
| 1271-1545 |
| 1917-1931 |
| **Box 23** |
| 1-27 |
| 28-36 |
| 71-88 |
| 104-105 |
| 109 |
| 161 |
| 163-164 |
| 203-204 |
| 205-234 |
| 488-489 |
| 499-500 |
| 611-612 |
| 624 |
| 634-637 |
| 638 |
| 639-641 |
| 642-644 |
| 645-646 |
| **Box 24** |
| 517-518 |
| **Box 27** |
| 31-36 |
| 73 |

| |
|---|
| 74 |
| **Box 28** |
| 1-8 |
| 10-11 |
| 133 |
| 134,134A, and 135 |
| 136-140 |
| 141-154 |
| 155-156 |
| 157 |
| 159 |
| 162 |
| 169-171 |
| 330 |
| 343-344 |
| 345-348 |
| 369-373 |
| 374-376 |
| 380-381 |
| 382-383 |
| 385-389 |
| 391 |
| 399-401 |
| 402-404 |
| **Box 29** |
| 14-15 |
| 17-19 |
| 110-143 |
| 159-159(A) |
| 160-241 |
| 257 |
| 269 |
| 295-299 |
| 302-308 |
| 312 |
| 350 |
| 352 |
| 356 |
| 358 |
| 359 |
| 360 |

| |
|---|
| 361-362 |
| 364-365 |
| 366-367 |
| 368-369 |
| 375-376 |
| 383 |
| 389 |
| 390 |
| **Box 30** |
| 76 |
| 90 |
| 99 |
| 100-101 |
| 112-113 |
| 114-116 |
| 117-118 |
| 119-122 |
| 125-127 |
| 131-134 |
| 135-137 |
| 138-142 |
| 143-148 |
| 162 |
| 163-169 |
| 170-174 |
| 175-176 |
| 177-192 |
| 196-198 |
| 202-204 |
| 205-207 |
| 208-213 |
| 214-216 |
| 217-218 |
| 222 |
| 231 |
| 233-234 |
| 236-239 |
| 240-241 |
| 243-244 |
| 246-247 |
| 746-749 |
| 751-752 |

| Box 31 |
|--------|
| 43 |
| 46-47 |
| 52 |
| 53-54 |
| 55 |
| 58 |
| 59-60 |
| 62-63 |
| 65-71 |
| 73 |
| 127-129 |
| 155 |
| 156-158 |
| 237-239 |
| **Box 32** |
| 19 |
| 20 |
| 25 |
| 26 |
| 27-28 |
| 63 |
| 64-71 |
| 77 |
| 78-79 |
| 80 |
| 125-126 |
| 127-128 |
| 129 |
| 130 |
| 132 |
| 133-138 |
| 193-243 |
| 250-253 |
| 263-264 |
| 265-362 |
| 363-383 |
| 384-385 |
| 387 |
| 389-392 |
| 393-394 |
| 395-396 |

| |
|---|
| 397-399 |
| 400-403 |
| 405 |
| 406 |
| 407-408 |
| 409-431 |
| 432-474 |
| 475-476 |
| 477 |
| **Box 32** |
| 478-512 |
| 513-515 |
| 516-532 |
| 533 |
| 534-535 |
| 536 |
| 537-541 |
| 542-543 |
| 544-545 |
| 546-547 |
| 548-559 |
| 560-567 |
| 568-569 |
| 570 |
| 571 |
| 572-587 |
| 596 |
| 598-599 |
| 600 |
| 601 |
| 609 |
| 611-614 |
| 615 |
| 616 |
| 617-621 |
| 622-673 |
| 676-681 |
| 682-723 |
| 724-848 |
| 849-1085 |
| 1086-1177 |
| 1178-1271 |

| |
|---|
| 1272-1273 |
| 1274-1277 |
| 1278-1296 |
| 1297-1298 |
| 1351-1446 |
| **Box 33** |
| 85 |
| 200-327 |
| 1069A-1069B |
| 1074-1078 |
| 1094-1097 |
| 1106-1107 |
| 1108-1109 |
| 1110-1112 |
| 1113 |
| 1115 |
| 1116-1118 |
| 1119-1120 |
| 1147 |
| 1148-1150 |
| 1151-1153 |
| 1154-1155 |
| 1159 |
| 1160-1161 |
| 1204-1205 |
| 1207 |
| 1208 |
| 1209 |
| 1210 |
| 1211 |
| 1211A-1215 |
| 1216 |
| 1229 |
| 1230-1232 |
| 1233 |
| 1234 |
| 1235 |
| 1236 |
| 1237-1238 |
| 1239-1240 |
| 1242-1243 |
| 1244 |

| |
|---|
| 1245 |
| 1246 |
| 1247-1248 |
| 1248A-1284A |
| 1284B-1293 |
| 1293A-1295 |
| 1296-1301 |
| 1361-1366 |
| **Box 34** |
| 63-64 |
| 65-66 |
| 67 |
| 68-71 |
| 72 |
| 75-76 |
| 79-81 |
| 83-84 |
| 85-86 |
| 89-91 |
| 92-93 |
| 95-101 |
| **Box 35** |
| 354-360 |
| 361-365 |
| 384-385 |
| 386 |
| 387 |
| 388-389 |
| 392 |
| 393 |
| 394 |
| 395 |
| 396-397 |
| 400-412 |
| 413 |
| 419-422 |
| 424 |
| 426-427 |
| 428-428A |
| 429-432 |
| 433-444 |
| 445-450 |

| |
|---|
| 451-458 |
| 459-464 |
| 466 |
| 467 |
| 468-469 |
| 470-474 |
| 475 |
| 476-478 |
| 479-482 |
| 483 |
| 484-495 |
| 496 |
| 497 |
| 498-501 |
| 523-524 |
| 525 |
| 526 |
| 527 |
| 541-544 |
| 555-556 |
| 557-558 |
| 560 |
| 561-565 |
| 566-572 |
| **Box 43** |
| 01-1679 |
| 1680 |
| 1681 |
| 1682 |
| 1683-1811 |
| 1812 |
| 1813-1838 |
| 1839-1842 |
| 1843-1844 |
| 1845-1849 |
| 1850 |
| 1851-1858 |
| 1859-1861 |
| 1862-2360 |
| 2361-2364 |
| 2365-2399 |
| 2400-2841 |

| |
|---|
| 2842-2843 |
| 2844-2846 |
| 2847-2849 |
| 2850-2851 |
| 2852 |
| 2853-3166 |
| **Box 49** |
| 35-44 |
| 51-52 |
| **Box 50** |
| 188 |
| **Box 51** |
| 123-125 |
| 134 |
| **Box 52** |
| 29-30 |
| 36-37 |
| **Box 54** |
| 0999-1000 |
| 1249 |
| 1251-1260 |
| 1261-1304 |
| 1725-1727 |
| 1731 |
| 1804 |
| 1812-1813 |
| 1815 |
| 1885 |
| 1925-1926 |
| 2167 |
| 2209 |
| 2252 |
| 2266 |
| 2461-2468 |
| 2469-2470 |
| 2486 |
| 2487-2488 |
| 2491 |
| 2492 |
| 2497-2498 |
| 2502-2504 |
| 2505 |

| |
|---|
| 2510-2511 |
| 2512-2513 |
| 2519-2522 |
| 2525-2526 |
| 2528 |
| 2540-2541 |
| **Box 56** |
| 189-190 |
| 191-192 |
| 193-200 |
| 201 |
| 202-207 |
| 208 |
| 209 |
| 210-212 |
| 213-215 |
| 216-234 |
| 235-244 |
| 245-247 |
| 248-249 |
| 250-258 |
| 263 |
| 305 |
| 309 |
| 310-312 |
| 314-322 |
| 323-332 |
| 333-336 |
| 338-345 |
| 347-349 |
| 350 |
| 351-415 |
| 422-423 |
| 454-457 |
| 458-463 |
| 464 |
| 467 |
| 1352-1353 |
| 1354-1355 |
| 1627 |
| 1764-1765 |
| 1766-1768 |

| |
|---|
| 1933 |
| 1951 |
| 1997-1999 |
| 2001 |
| 2092 |
| 2095 |
| 2096-2099 |
| 2105 |
| 2107 |
| **Box 57** |
| 599-620 |
| 2004-2016 |
| 2254-2254A |
| **Box 59** |
| 1433-1435 |
| 1439-1441 |
| 1442-1445 |
| 1446 |
| 1447 |
| 1454-1457 |
| 1678-1679 |
| 1688-1690 |
| 1718 |
| 1719 |
| 1721 |
| 1801 |
| 1802-1803 |
| **Box 75** |
| 098-103 |
| 105 |
| 106-116 |
| 117 |
| 118 |
| 119-120 |
| 121-123 |
| 125-127 |
| 128-139 |
| **Box 84** |
| 19 |
| 20 |
| 21-22 |
| 23 |

| |
|---|
| 24 |
| 46 |
| 48 |
| 51-53 |
| 61 |
| 73-74 |
| 75-76 |
| 80 |
| 81 |
| 89 |
| 103 |
| 109 |
| 112-113 |
| 114 |
| 116 |
| 133-137 |
| 142 |
| 143-144 |
| 145 |
| 148 |
| 150 |
| 151 |
| 197-199 |
| 200 |
| 201-203 |
| 204-209 |
| 210-214 |
| 215 |
| 216 |
| 217-218 |
| 219-221 |
| 222 |
| 225 |
| 226 |
| 227 |
| 228 |
| 229-230 |
| 231 |
| 232-233 |
| 234 |
| 235-240 |
| 241 |

| |
|---|
| 242 |
| 313 |
| 410 |
| 412 |
| 424-425 |
| 426 |
| 427 |
| 428 |
| 429-430 |
| 431-432 |
| 434-436 |
| 437 |
| 438 |
| 439 |
| 440-442 |
| 444 |
| 447 |
| 448-450 |
| 451-452 |
| 454-455 |
| 456 |
| 457-462 |
| 464-465 |
| 477 |
| 478-481 |
| 482 |
| 483-484 |
| 486-487 |
| 489-490 |
| 491 |
| 492-494 |
| 505 |
| 506-507 |
| 509 |
| 513-534 |
| 535 |
| 536 |
| 538 |
| 540 |
| 541 |
| 542 |
| 543-544 |

| |
|---|
| 547 |
| 548-549 |
| 550-551 |
| 552 |
| 553-554 |
| 555 |
| 557 |
| 558 |
| 559 |
| 563 |
| 564 |
| 565 |
| 566 |
| 567-568 |
| 570-574 |
| 585 |
| 589-592 |
| 597 |
| 598-616 |
| 617 |
| 619-620 |
| **Box 85** |
| 160 |
| 190 |
| 215 |
| 266 |
| 270 |
| 275 |
| 276 |
| 286-288 |
| 292 |
| 293 |
| 294 |
| 304 |
| 311-312 |
| 313-318 |
| 324 |
| 325 |
| 417-440 |
| 455 |
| 456-457 |
| 458 |

| |
|---|
| 459 |
| 460-461 |
| 462-463 |
| 476-484 |
| 485 |
| 486 |
| 489-492 |
| 525-534 |
| 535 |
| 566 |
| 567-568 |
| 569-570 |
| 574-586 |
| 587 |
| 588-589 |
| 590 |
| 591 |
| 592 |
| 594 |
| 596 |
| 597 |
| 598 |
| 599-600 |
| 603 |
| 604-619 |
| 620 |
| 621-624 |
| 625-628 |
| 629-630 |
| 631 |
| 632-633 |
| 634 |
| 635 |
| 637-639 |
| 640-642 |
| 643 |
| 644-646 |
| 647-650 |
| 651-652 |
| 653 |
| 654-655 |
| 656-657 |

| |
|---|
| 658-659 |
| 660 |
| 661-664 |
| 666 |
| 667 |
| 678-679 |
| 680-681 |
| 682 |
| 683-684 |
| **Box A-Misc.** |
| 157-162 |
| 179-182 |
| 200 |
| 219-224 |
| 255-257 |
| 275 |
| 302-307 |
| 428-463 |
| 464-498 |
| 499 |
| 500-501 |
| 544-545 |
| 559 |
| 598 |
| 686-687 |
| 688-693 |
| 695-706 |
| 785 |
| 786-787 |
| 793-798 |
| 814-822 |
| 829-830 |
| 831-845 |
| 846-849 |
| 850 |
| 851-852 |
| 1028-1031 |
| 1033-1044 |
| 1047 |
| 1048-1049 |
| 1074-1079 |
| 1080-1081 |

| 1087-1088 |
| 1151-1153 |
| 1251-1252 |
| 1253 |
| 1292-1295 |
| 1299-1300 |
| 1307-1312 |
| 1313-1317 |
| 1326-1328 |
| 1330-1334 |
| 1346-1349 |
| 1350-1354 |
| 1368-1369 |
| 1417 |
| 1509-1510 |