UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAULINE STONEHILL, Co-executor and )
Co-special administrator of the Estate of Harry )
S. Stonehill, )
Calle Guillermo Tell 14 )
Churriana 29140 Malaga, ESP )   **Case No. 06 599 (JDB)**
)
**Plaintiff,** )
)
v. )
)
**INTERNAL REVENUE SERVICE** )
1111 Constitution Avenue, N.W. )
Washington, D.C. 20224 )
)
**Defendant.** )
)
)

## NOTICE OF FILING ERRATA RE: FIRST AMENDED COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 11, 2006, Plaintiff, Pauline Stonehill, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, filed and served a First Amended Complaint. The following typographical error and omission were noticed:

- Cover page to Exhibit "A" was inadvertently identified as Appendix A;

- Exhibit "A" - document added to List of Other Missing Items: February 7, 1962 Memorandum from FBI Agent to CIA (referred to in undated Memorandum of Conference (CCBox 7-002)

For the Court's convenience, attached hereto as Exhibit "1" is a fully revised and reformatted copy of Exhibit "A" to Plaintiff's First Amended Complaint, which reflects the minor changes referenced above.

- 1 -

341792 v 1

Date:   August 21, 2006.

                                    Respectfully submitted,


                                      /s/          Robert E. Heggestad
                                    Robert E. Heggestad (D.C. Bar. No. 953380)
                                    John R. Gerstein (D.C. Bar. No. 913228)
                                    Jonathan Cohen (D.C. Bar. No. 483454)
                                    ROSS, DIXON & BELL, LLP
                                    2001 K Street, N.W.
                                    Washington, D.C. 20006-1040
                                    (202) 662-2000

                                    Attorneys for Plaintiff

- 2 -

341792 v 1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF FILING ERRATA RE: FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF** was served by United States mail addressed to the following on this 21st day of August 2006:

>Brittney N. Campbell
>David M Katinsky
>TAX DIVISION
>Post Office Box 227
>Ben Franklin Station
>Washington, D.C. 20044


/s/      Robert E. Heggestad
         Robert E. Heggestad