Stonehill v. IRS
Civil Action No. 06-599 (JDB)

# EXHIBIT 1
## TO NOTICE OF FILING ERRATA
## RE: FIRST AMENDED COMPLAINT

Stonehill v. IRS
Civil Action No. 06-599 (JDB)

# EXHIBIT A
## TO PLAINTIFF'S
## FIRST AMENDED COMPLAINT

EXHIBIT A to Plaintiff's First Amended Complaint
Stonehill v. IRS (No. 06 599)

| Chief Counsel Miscellaneous 2 | 217-218 | 060-061 | 268-271 |
|---|---|---|---|
| 388 – 389 | 221 | 64 | 274 |
| 396 | 222 | 070-071 | 284-285 |
| 403-410 | 223-225 | 74 | 302-303 |
| 411-412 | 226-226A | 085-086 | 308-310 |
| 440-445 | 227-228 | 087-089 | 311-314 |
| 452-454 | 243-246 | 90 | 315-316 (AWP, 6103) |
| 457-463 | 247 | 92 | 319 |
| 489 | 248-250A | 095-096 | 320 |
| 490-492 | 251 | 097-098 | 321 |
| 494 | 252 | 99 | 323 |
| 497 | 269-296 | 102-107 | 326-327 |
| 548 | 309 | 108-111 | 331 |
| 550-551 | 310-311 | 112 | 345 |
| 554 | 322 | 113 | 347-351 |
| 614-615 | **Chief Counsel Box 2** | 114 | 471-509 |
| 619 | 008-050 | 115 | 475 |
| 620-621 | 051-052 | 116-175 | 480 |
| 622-624 | 081-104 | 225-227 | 492 |
| 667 | 106-114 | 228 | 497 |
| 780 | 115-232 | 229 | 510-534 |
| 897-902 | 236-267 | 231 | 532-533 |
| 989-991 | 460-465 | 232 | 534 |
| 993 | 466 | 248-255 | 712-739 |
| 995 | 537-538 | 260 | 740-742 |
| **Chief Counsel Box 1** | 569-686 | 265-268 | 745-746 |
| 57 | 687-695 | 271 | 747-748 |
| 59-64 | 696-813 | 275 | 754-755 |
| 65-67 | **Chief Counsel Box 3** | 283 | 756-760 |
| 68-70 | 007-008 | 304-305 | 761 |
| 80-81 | 14 | 309 | 764 |
| 93-112 | 020-021 | 310 | 766-767 |
| 156-169 | 28-29 | 350-352 | 781 |
| 194 | 30 | **Chief Counsel Box 4** | 964 |
| 200-202 | 31 | 004-005 | 965 |
| 211 | 55 | 006-007 | 968 |
| 214 | 056-057 | 202 | 970 |
| 215-216 | 59 | 204 | 973-974 |

Page 1 of 11

| Chief Counsel Box 4 (cont'd) | 725 | 41 | 318-323 |
|---|---|---|---|
| 975 | 726 | 50-58 | 324 |
| 976 | 727 | 61-62 | 358 |
| 979 | 729 | 64 | 362 |
| 981 | 732-733 | 65 | 377 |
| 982 | 736 | 66 | 378 |
| 983 | 738 | 67 | 379-381 |
| 989-990 | 739-742 | 69-75 | 384 |
| 992 | 743-744 | 79 | 385-386 |
| 993 | 759 | 80-82 | 394 |
| Chief Counsel Box 5 | 762-766 | 83-85 | 396-397 |
| 96 | 769-771 | 86-88 | 398 |
| 98 | 772-773 | 93-94 | 401 |
| 100-101 | 774-782 | 95-96 | 405 |
| 102-106 | 783 | 97-98 | 421 |
| 111-112 | 784 | 100 | 426-440 |
| 221-222 | 785-786 | 103-104 | 443 |
| 223-224 | 787 | 107-109 | 444 |
| 225-226 | 788 | 110-111 | 446 |
| 227-228 | 789-790 | 117 | 450-455 |
| 229 | 792 | 118 | 458-459 |
| 230 | 796-801 | 119 | 461-464 |
| 231-236 | 802 | 120-122 | 466-470 |
| 237 | 805 | 138-140 | 471 |
| 341-344 | 806-806A | 141 | 472 |
| 346 | 807 | 142-143 | 480-484 |
| 350-352 | 809A | 144-148 | 485 |
| 357 | 811-814 | 149-152 | 487 |
| 361-362 | Chief Counsel Box 6 | 175-176 | 517 |
| 363 | 4 | 177-178 | 518 |
| 364 | 15 | 180-183 | 521 |
| 366 | 17 | 188-189 | 527 |
| 369 | 23 | 190 | 528 |
| 370-375 | 27 | 191 | 569 |
| 553 | 29 | 192 | 581 |
| 712-713 | 30 | 216-239 | 638-639 |
| 720 | 34 | 261 | 642 |
| 721 | 36 | 264-274 | 643 |
| 724 | 38-40 | 278-312 | 644-645 |

EXHIBIT A to Plaintiff's First Amended Complaint
Stonehill v. IRS (No. 06 599)

| Chief Counsel Box 6 (cont'd) | 844 | 1025-1026 | 127 |
|---|---|---|---|
| 646 | 845-846 | 1031 | 129 |
| 647-648 | 848-849 | 1036-1038 | 130 |
| 649-650 | 851 | 1039-1040 | 131 |
| 654-658 | 854-856 | 1041 | 132 |
| 659 | 863-864 | 1043 | 133 |
| 660 | 872 | 1046 | 134 |
| 661 | 885 | 1051-1052 | 136-137 |
| 682 | 888 | 1053 | 138-142 |
| 698 | 889 | 1054 | 152-172 |
| 702-705 | 895 | 1056 | 175-176 |
| 725-727 | 896 | 1057 | 211-213 |
| 739-740 | 898 | 1060 | 251 |
| 748-749 | 902 | 1063 | 252-253 |
| 750-753 | 904 | 1064 | 254-257 |
| 757 | 905 | 1065-1066 | 263-264 |
| 767 | 921 | 1069 | 274 |
| 768 | 929 | 1070 | 465-468 |
| 769-775 | 945 | 1071-1072 | **Chief Counsel Box 8** |
| 776 | 954 | 1073-1075 | 220 |
| 783-784 | 961-963 | 1076 | 228 |
| 787-788 | 965-966 | 1077 | 229 |
| 791 | 982 | 1079 | 230 |
| 798 | 984 | 1080 | |
| 799 | 985 | 1081 | **Box 1** |
| 801 | 987 | **Chief Counsel Box 7** | 5 |
| 803 | 990 | 001-021 | 6-7 |
| 807 | 992 | 022-024 | 8 |
| 808-810 | 993 | 25-28 | 10 |
| 812 | 994-995 | 32-33 | 11 |
| 818 | 996-997 | 38-40 (6103, AC, AWP) | 030-031 |
| 823 | 999 | 97 | 32-33 |
| 824 | 1004 | 103 | 40-42 |
| 826 | 1005 | 112 | 43-72 |
| 827 | 1007-1010 | 117-118 | 204-205 |
| 828-829 | 1012 | 120-121 | **Box 2** |
| 831-832 | 1013 | 122-123 | 0001-0006 |
| 835-836 | 1014 | 125 | 7 |
| 841-843 | 1020 | 126 | 22 |

EXHIBIT A to Plaintiff's First Amended Complaint
Stonehill v. IRS (No. 06 599)

| Box 2 (cont'd) | Box 15 | 424-445 | 479-482 |
|---|---|---|---|
| 0025-0026 | 44 | **525-629** | 512 |
| 27 | 045-047 | **631-633** | 531-539 |
| 30 | 54-63 | 634 | 540-542 |
| 31 | 0084-0086 | **635-862** | 543 |
| 32 | **Box 16** | **Box 18** | 562 |
| 33 | 24-30 | 323-324 | 607-609 |
| 044-045 | 35-36 | 338-341 | 620-624 |
| 69-99 | 38 | 531-538 | 627-627(A) |
| 101 | 39 | 541-549 | **Box 21** |
| 106 | 53 | 659-677 | 1194-1211 |
| 0115-0116 | 76 | 680-683 | 1212-1264 |
| 119 | 79 | 705-723 | 1271-1545 |
| 130 | 080-083 | 842-844 | 1917-1931 |
| 131-132 | 089-094 (6103, AWP) | 946 | **Box 23** |
| 133-144 | 095-100 | 965 | 1-27 |
| 146-150 | 103 | 976-1050 (G. Jury Info) | 28-36 |
| 151-153 | 104 | 1051-1062 | 71-88 |
| 159 | 105 | **Box 19** | 104-105 |
| **Box 3** | 106-110 | 33-35 | 109 |
| 842 | **111-115** | 36 | 161 |
| 848 | 116-118 | 46-50 | 163-164 |
| 1402-1406 | 119-124 | 73, 73(A)-76 | 203-204 |
| 1535-1539 | 127-128 | 169-179 | 205-234 |
| **Box 5** | 133 | 184-185 | 488-489 |
| 2364-2365 | 148 | 186-200 | 499-500 |
| 2407-2408 | 171 | 315 | 611-612 |
| 2542 | 254-273 | **Box 20** | 624 |
| 2549-2550 | 275-293 | 161 | 634-637 |
| **Box 7** | 295-309 | 162-164 | 638 |
| 10627-10657 | 317-369 | 197-209 | 639-641 |
| **Box 13** | 375-377 | 210 | 642-644 |
| 18-30 | 380-381 | 211-213 | 645-646 |
| 35-41 | 384 | 214-248 | **Box 24** |
| 43-44 | 387-395 | 257-263 | 517-518 |
| 45-49 | 397-407 | 264-270 | **Box 25** |
| 50-55 | **410-416** | 271-289 | 204-208 |
| **Box 14** | 417-418 | 387-389 | 209-210 |
| 1-2 | 419-422 | 413 | 213-215 |

| | | | |
|---|---|---|---|
| **Box 26** | 269 | 177-192 | 77 |
| 121-122 | 295-299 | 196-198 | 78-79 |
| **Box 27** | 302-308 | 202-204 | 80 |
| 31-36 | 312 | 205-207 | 125-126 |
| 73 | 322-325 | 208-213 | 127-128 |
| 74 | 333-334 | 214-216 | 129 |
| **Box 28** | 338-340 | 217-218 | 130 |
| 1-8 | 349 | 222 | 132 |
| 10-11 | 350 | 231 | 133-138 |
| 70-118 | 352 | 233-234 | 193-243 |
| 133 | 356 | 236-239 | 250-253 |
| 134,134A, and 135 | 358 | 240-241 | 263-264 |
| 136-140 | 359 | 243-244 | 265-362 |
| 141-154 | 360 | 246-247 | 363-383 |
| 155-156 | 361-362 | 746-749 | 384-385 |
| 157 | 364-365 | 751-752 | 387 |
| 159 | 366-367 | **Box 31** | 389-392 |
| 162 | 368-369 | 43 | 393-394 |
| 169-171 | 375-376 | 46-47 | 395-396 |
| 228-261 (Rule 6(e) F.R.C.P.) | 383 | 52 | 397-399 |
| 266 (Grand Jury Priv.) | 389 | 53-54 | 400-403 |
| 330 | 390 | 55 | 405 |
| 343-344 | **Box 30** | 58 | 406 |
| 345-348 | 76 | 59-60 | 407-408 |
| 369-373 | 90 | 62-63 | 409-431 |
| 374-376 | 99 | 65-71 | 432-474 |
| 380-381 | 100-101 | 73 | 475-476 |
| 382-383 | 112-113 | 127-129 | 477 |
| 385-389 | 114-116 | 130 | 478-512 |
| 391 | 117-118 | 155 | 513-515 |
| 399-401 | 119-122 | 156-158 | 516-532 |
| 402-404 | 125-127 | 237-239 | 533 |
| **Box 29** | 131-134 | **Box 32** | 534-535 |
| 14-15 | 135-137 | 19 | 536 |
| 17-19 | 138-142 | 20 | 537-541 |
| 98-99 | 143-148 | 25 | 542-543 |
| 110-143 | 162 | 26 | 544-545 |
| 159-159(A) | 163-169 | 27-28 | 546-547 |
| 160-241 | 170-174 | 63 | 548-559 |
| 257 | 175-176 | 64-71 | 560-567 |

| Box 32 (cont'd) | 1147 | 83-84 | 523-524 |
|---|---|---|---|
| 568-569 | 1148-1150 | 85-86 | 525 |
| 570 | 1151-1153 | 89-91 | 526 |
| 571 | 1154-1155 | 92-93 | 527 |
| 572-587 | 1159 | 95-101 | 541-544 |
| 596 | 1160-1161 | **Box 35** | 555-556 |
| 598-599 | 1204-1205 | 354-360 | 557-558 |
| 600 | 1207 | 361-365 | 560 |
| 601 | 1208 | 384-385 | 561-565 |
| 609 | 1209 | 386 | 566-572 |
| 611-614 | 1210 | 387 | **Box 43** |
| 615 | 1211 | 388-389 | 01-1679 |
| 616 | 1211A-1215 | 392 | 1680 |
| 617-621 | 1216 | 393 | 1681 |
| 622-673 | 1229 | 394 | 1682 |
| 676-681 | 1230-1232 | 395 | 1683-1811 |
| 682-723 | 1233 | 396-397 | 1812 |
| 724-848 | 1234 | 400-412 | 1813-1838 |
| 849-1085 | 1235 | 413 | 1839-1842 |
| 1086-1177 | 1236 | 419-422 | 1843-1844 |
| 1178-1271 | 1237-1238 | 424 | 1845-1849 |
| 1272-1273 | 1239-1240 | 426-427 | 1850 |
| 1274-1277 | 1242-1243 | 428-428A | 1851-1858 |
| 1278-1296 | 1244 | 429-432 | 1859-1861 |
| 1297-1298 | 1245 | 433-444 | 1862-2360 |
| 1351-1446 | 1246 | 445-450 | 2361-2364 |
| **Box 33** | 1247-1248 | 451-458 | 2365-2399 |
| 1-8 | 1248A-1284A | 459-464 | 2400-2841 |
| 85 | 1284B-1293 | 466 | 2842-2843 |
| 200-327 | 1293A-1295 | 467 | 2844-2846 |
| 1069A-1069B | 1296-1301 | 468-469 | 2847-2849 |
| 1074-1078 | 1361-1366 | 470-474 | 2850-2851 |
| 1094-1097 | **Box 34** | 475 | 2852 |
| 1106-1107 | 63-64 | 476-478 | 2853-3166 |
| 1108-1109 | 65-66 | 479-482 | **Box 49** |
| 1110-1112 | 67 | 483 | 35-44 |
| 1113 | 68-71 | 484-495 | 51-52 |
| 1115 | 72 | 496 | **Box 50** |
| 1116-1118 | 75-76 | 497 | 188 |
| 1119-1120 | 79-81 | 498-501 | |

| | | | |
|---|---|---|---|
| **Box 51** | 201 | 2107 | 19 |
| 123-125 | 202-207 | **Box 57** | 20 |
| 134 | 208 | 157-163 | 21-22 |
| **Box 52** | 209 | 462-465 | 23 |
| 29-30 | 210-212 | 599-620 | 24 |
| 36-37 | 213-215 | 2004-2016 | 46 |
| **Box 54** | 216-234 | 2254-2254A | 48 |
| 1249 | 235-244 | **Box 59** | 51-53 |
| 1251-1260 | 245-247 | 1433-1435 (FBI docs.) | 61 |
| 1261-1304 | 248-249 | 1439-1447 (FBI docs.) | 73-74 |
| 1725-1727 | 250-258 | 1454-1457 (FBI docs.) | 75-76 |
| 1731 | 263 | 1678-1679 | 80 |
| 1804 | 305 | 1685 | 81 |
| 1812-1813 | 309 | 1688-1690 | 89 |
| 1815 | 310-312 | 1718 | 103 |
| 1885 | 314-322 | 1719 | 109 |
| 1925-1926 | 323-332 | 1721 | 112-113 |
| 2167 | 333-336 | 1801 | 114 |
| 2209 | 338-345 | 1802-1803 | 116 |
| 2252 | 347-349 | **Box 75** | 126 (Rule 6(e) F.R.C.P.) |
| 2266 | 350 | 10-22 | 127 (Rule 6(e) F.R.C.P.) |
| 2461-2468 | 351-415 | 23-47 | 133-137 |
| 2469-2470 | 422-423 | 54-62 | 142 |
| 2486 | 454-457 | 098-103 | 143-144 |
| 2487-2488 | 458-463 | 105 | 145 |
| 2491 | 464 | 106-116 | 148 |
| 2492 | 467 | 117 | 150 |
| 2497-2498 | 1352-1353 | 118 | 151 |
| 2502-2504 | 1354-1355 | 119-120 | 197-199 |
| 2505 | 1627 | 121-123 | 200 |
| 2510-2511 | 1764-1765 | 125-127 | 201-203 |
| 2512-2513 | 1766-1768 | 128-139 | 204-209 |
| 2519-2522 | 1933 | 206-220 | 210-214 |
| 2525-2526 | 1951 | 227-246 | 215 |
| 2528 | 1997-1999 | 271-272 | 216 |
| 2540-2541 | 2001 | 273-275 | 217-218 |
| **Box 56** | 2092 | 276-284 | 219-221 |
| 189-190 | 2095 | 353-382 (G. Jury Priv.) | 222 |
| 191-192 | 2096-2099 | 390 | 223-224 |
| 193-200 | 2105 | **Box 84** | 225 |

| Box 84 (cont'd) | 438 | 558 | 270 |
|---|---|---|---|
| 226 | 439 | 559 | 275 |
| 227 | 440-442 | 563 | 276 |
| 228 | 444 | 564 | 286-288 |
| 229-230 | 445-446 | 565 | 292 |
| 231 | 447 | 566 | 293 |
| 232-233 | 448-450 | 567-568 | 294 |
| 234 | 451-452 | 570-574 | 304 |
| 235-240 | 454-455 | 575-582 | 311-312 |
| 241 | 456 | 583 | 313-318 |
| 242 | 457-462 | 585 | 324 |
| 246-248 | 463 | 589-592 | 325 |
| 249 | 464-465 | 597 | 417-440 |
| 251 | 477 | 598-616 | 455 |
| 252-255 | 478-481 | 617 | 456-457 |
| 264-266 | 482 | 619-620 | 458 |
| 276 | 483-484 | 650-651 | 459 |
| 282 | 486-487 | 660-662 | 460-461 |
| 304-305 | 489-490 | 663-665 | 462-463 |
| 308-311 | 491 | 689 | 468-470 (Rule 6(e) F.R.C.P.) |
| 312 | 492-494 | 699-702 | 476-484 |
| 313 | 505 | 703-704 | 485 |
| 396 | 506-507 | 705 | 486 |
| 398-399 | 509 | 708 | 487 |
| 404 | 513-534 | 711 | 489-492 |
| 407-409 | 535 | 713 | 494-496 |
| 410 | 536 | 724-726 | 497-503 |
| 412 | 538 | 770 | 505-506 |
| 418-419 | 540 | 776-778 | 525-534 |
| 420-422 | 541 | 786-787 | 535 |
| 424-425 | 542 | 791 | 566 |
| 426 | 543-544 | 792-794 | 567-568 |
| 427 | 547 | 796 | 569-570 |
| 428 | 548-549 | **Box 85** | 574-586 |
| 429-430 | 550-551 | 50-55 (6103, AWP) | 587 |
| 431-432 | 552 | 160 | 588-589 |
| 433 | 553-554 | 190 | 590 |
| 434-436 | 555 | 215 | 591 |
| 437 | 557 | 266 | 592 |

| Box 85 (cont'd) | 275 | 1417 |
| --- | --- | --- |
| 594 | 302-307 | 1509-1510 |
| 596 | 428-463 | |
| 597 | 464-498 | |
| 598 | 499 | |
| 599-600 | 500-501 | |
| 603 | 544-545 | |
| 604-619 | 559 | |
| 620 | 598 | |
| 621-624 | 686-687 | |
| 625-628 | 688-693 | |
| 629-630 | 695-706 | |
| 631 | 785 | |
| 632-633 | 786-787 | |
| 634 | 793-798 | |
| 635 | 814-822 | |
| 637-639 | 829-830 | |
| 640-642 | 831-845 | |
| 643 | 846-849 | |
| 644-646 | 850 | |
| 647-650 | 851-852 | |
| 651-652 | 1028-1031 | |
| 653 | 1033-1044 | |
| 654-655 | 1047 | |
| 656-657 | 1048-1049 | |
| 658-659 | 1074-1079 | |
| 660 | 1080-1081 | |
| 661-664 | 1087-1088 | |
| 666 | 1151-1153 | |
| 667 | 1251-1252 | |
| 678-679 | 1253 | |
| 680-681 | 1292-1295 | |
| 682 | 1299-1300 | |
| 683-684 | 1307-1312 | |
| **Box A-Misc.** | 1313-1317 | |
| 157-162 | 1326-1328 | |
| 179-182 | 1330-1334 | |
| 200 | 1346-1349 | |
| 219-224 | 1350-1354 | |
| 255-257 | 1368-1369 | |

EXHIBIT A to Plaintiff's First Amended Complaint
Stonehill v. IRS (No. 06 599)

| Date | Missing Items | Bates Number/Reference |
|---|---|---|
| | Audio tapes | Boxes 30 and 42 |
| Undated | S. Powers Memorandum | Referred to in Dec. 16, 1971 IRS Memo to Houston Shockey |
| Feb. 5, 1962 | Letter from R. Chandler to Smith Ben Griffin | Referenced in Feb. 13, 1962 response letter from S. Griffin; and Feb. 16, 1962 Telegram from Stevenson to S. Griffin (004683). |
| Feb. 7, 1962 | Memorandum from F.B.I. Agent to CIA | Referred to in Memorandum of Conference (undated) (CCBox 7-002) |
| Feb. 12, 1962 | Telegram from Hong Kong, Control No. 6714, in connection with Republic Glass Corporation, Manila, Phillipines; Harry S. Stonehill matter | Referred to Attorney General by Abram Chayes, Legal Adivsor, DOS; and referenced in letter from Hebert Miller, Jr. to Abram Chayers. |
| Sept. 10, 1962 | Bishop Memorandum of Conference re: Beinert | IRS (004827-28) Handwritten list of documents produced |
| Oct. 30, 1962 | Memorandum from Ragland to Executive Assistant | IRS (004827-28) Handwritten list of documents produced |
| 1966 | Deposition Transcript of Sterling Powers | |
| Mar. 25, 1966 | Sensitive Case Status Report submitted by Revenue Service Representative Sterling Powers concerning Stonehill case. | 004290 (Memorandum from Director to H. Huckabee, Chief Counsel) |
| Apr. 21, 1966 | Harlow Huckabee Memorandum re: tape recordings of deportation proceedings in Stonehill case. | Referred to in May 10, 1966 Memo from D. Durkin to Harlow Huckabee. |
| May 3, 1966 | Memorandum from S. Powers advising that he is reproducing tape recordings of the deportation proceedings. | Referred to in May 10, 1966 Memo from D. Durkin to Harlow Huckabee. |
| May 20, 1966 | Letter from Chief Counsel to Hon. M. Rogovin, Asst. Attorney General, referring Stonehill and Brooks' cases to Tax Division. | Referenced in June 29, 1966 Letter from Lester Uretz (signed by W. McAleer) to Hon. M. Rogovin. |
| (Undated) | Intelligence Div. Memo re: Harry S. Stonehill w/ 62 questionnaires | Box 84-0570 - 0574 (Aug. 3, 1967 Letter from Robert Spats to Hon. M. Rogovin) |
| March 2, 1967 | Intelligence Div. Memo re: [REDACTION] w/ 14 questionnaires | Box 84-0570 - 0574 (Aug. 3, 1967 Letter from Robert Spats to Hon. M. Rogovin) |
| June 7, 1967 | Intelligence Div. Memo re: Ira Blaustein w/ 23 questionnaires | Box 84-0570 - 0574 (Aug. 3, 1967 Letter from Robert Spats to Hon. M. Rogovin) |
| Dec. 1, 1967 | Letter by Hon. Lester Uretz | Referenced in Doc. 48 (Dec. 4, 1967 letter) |

EXHIBIT A to Plaintiff's First Amended Complaint
Stonehill v. IRS (No. 06 599)

| | | |
|---|---|---|
| May 9, 1968 | Complete Memorandum to Hon. Lester Uretz (pages 3-4 incomplete) | DOJ Doc. 112 |
| June 21, 1968 | Memorandum from S. Powers | 001425 (July 15, 1968 Memorandum from Acting Director to Chief Counsel) |
| June 27, 1968 | Memorandum from Chief, Foreign Operations Division, Office of International Operations | 001425 (July 15, 1968 Memorandum from Acting Director to Chief Counsel) |
| July 9, 1968 | Memorandum from S. Powers concerning Stonehill files forwarded to Office of International Operations | 01420 (July 15, 1968 Memorandum from D. Durkin to William Mould) |
| July 2, 1968 | Memorandum from Chief, Foreign Operations Division, Office of International Operations | 001422 (July 24, 1968 Memorandum from Acting Director to Chief Counsel) |
| July 11, 1968 | Memorandum from Chief, Foreign Operations Division, Office of International Operations | 001422 (July 24, 1968 Memorandum from Acting Director to Chief Counsel) |
| May 1, 1971 | DOJ Review - Memo from Ragland - IRS Chief Counsel (INTL) | 01477 |
| July 15, 1971 | Redacted letter | 170098-99 |
| Mar. 8, 1972 | Paragraph redacted from letter | (IRS Referral Doc. 125) |
| Dec. 1972 | (parts of pages 2 and 3 redacted) | (IRS Referral Doc. 129) |
| Nov. 20, 1984 | Hearing Transcript (Haw. Cir. Ct.) | |