IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>INTERNAL REVENUE SERVICE,  )<br>)<br>Defendant.  ) | NO. 1:06-cv-00599 JDB |

### ORDER

Having considered the Internal Revenue Service's motion for enlargement of time to comply with the Court's Order of August 4, 2006, together with the memorandum of points and authorities in support thereof, and having further considered plaintiff's opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006,

ORDERED that the United States' motion for enlargement of time to comply with the Order of August 4, 2006 be and is GRANTED; and it is further

ORDERED that the parties shall have an additional 90 days, to and including March 5, 2007, in which to comply with the Order of August 4, 2006.

_____
UNITED STATES DISTRICT JUDGE

2067323.1

## CERTIFICATE OF SERVICE

_____IT IS CERTIFIED that service of the foregoing United States' proposed ORDER was caused to be served upon plaintiff's counsel on the 4th day of December, 2006, by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

>JOHN R. GERSTEIN
>ROBERT E. HEGGESTAD
>JONATHAN COHEN
>Ross, Dixon & Bell, LLP
>2001 K Street, N.W.
>Washington, D.C. 20006-1040

>/s/Brittney N. Campbell
>BRITTNEY N. CAMPBELL