UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAULINE STONEHILL, Co-executor and )
Co-special administrator of the Estate of Harry )
S. Stonehill, )
Calle Guillermo Tell 14 )
Churriana 29140 Malaga, ESP )
                                                  )      Case No. 06 599 (JDB)
        Plaintiff, )
)
v. )
)
INTERNAL REVENUE SERVICE )
1111 Constitution Avenue, N.W. )
Washington, D.C. 20224 )
)
        Defendant. )
)
)

### NOTICE OF ERRATA RE OPPOSITION TO GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 8, 2006, Plaintiff filed and served an Opposition to Government's Motion for Enlargement of Time with Exhibits 1-10 thereto. The following typographical errors and/or omissions were noticed:

- Page 5, line 11: change "until the day" to "four days before";

- Page 5, foot note 19, line 1: change "Friday, December 1" to "Thursday, November 31"; line 4: change "leaving a message but" to "and agreed to a two week extension and to consider a longer extension if certain documents were produced and because of the holiday season" and Line 4: change "IRS counsel did not return his call until Tuesday" to "IRS counsel did not respond to his offer until late Monday afternoon on December 4, 2006, in a voice message stating that the IRS still insisted on a 90 day extension"; line 5: change "December 5, 2006, after" to "counsel did not speak to IRS counsel until Tuesday morning, December 5, 2006, after";

342040 v 1                                                                                         NOTICE OF ERRATA

- Exhibit I, page 2, par. 9: change "Friday, December 1, 2006" to "Thursday, November 30, 2006"; par. 10: change "leaving a message but" to "and agreed to a two week extension and to consider a longer extension if certain documents were produced and because of the holiday season"; change "return my call until Tuesday, December 5, 2006" to "respond to my offer until late Monday afternoon, December 4, 2006" in a voice message that the IRS still insisted on 90 days. I did not speak to IRS counsel until Tuesday morning, December 5, 2006."

Dated:    December 11, 2006                    Respectfully submitted,


        /s/ Robert Heggestad
Robert Heggestad, D.C. Bar No. 953380
John R. Gerstein, D.C. Bar No. 913228
Jonathan Cohen, D.C. Bar No. 483454
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C.  20006-1040
(202) 662-2000
(202) 662-2190 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF ERRATA RE: PLAINTIFF'S OPPOSITION TO THE INTERNAL REVENUE SERVICES MOTION FOR ENLARGEMENT OF TIME** was served by United States mail addressed to the following on this 11th day of December, 2006:

> Brittney N. Campbell
> David M Katinsky
> TAX DIVISION
> Post Office Box 227
> Ben Franklin Station
> Washington, D.C. 20044

/s/ Robert Heggestad
Robert E. Heggestad

342040 v 1

NOTICE OF ERRATA