# Case Notes Report

Monday, October 30, 2006

Page 6 of 25

| Case Number | Type | Sub | Requester Last Name | Taxpayer Last Name | | |
|---|---|---|---|---|---|---|
| 20-2001-02632 | 1 | 3 | Heggestad | | | |
| Received | Original | | VE Sent | Revised | Next Action | Prior Case Number |
| 03/16/2001 | 04/12/2001 | | | | | |

**Caseworker**  CF

| Status | Date | Time Applied | Case Worker |
|---|---|---|---|
| M | 07/31/2001 | 0.3 | CF |



| M | 08/06/2001 | 3.0 | CF |

Mr. Heggestad came into the Reading Room and reviewed Box 3 of CC:INTL documents.

| M | 07/09/2001 | 0.1 | CF |

Sent email to Mae Lew regarding the review of Box 1 and 2 by Mr. Heggestad scheduled for 7/23/01.

| M | 08/02/2001 | 0.1 | CF |

Received email from Mae Lew.

| M | 08/03/2001 | 0.1 | CF |

Received email from Glenice Sibley regarding 8/06/01 inspection date.

| M | 08/13/2001 | 4.0 | CF |

Copied documents from Box 1.

| M | 08/14/2001 | 4.0 | CF |

Completed copying documents from Box 1 and 2 - 657 pages. Prepared response letter and mailed package out.

| M | 08/21/2001 | 0.1 | CF |

Received copy of letter dated 8/13/01 from Mr. Heggestad to Associate Chief Counsel (INTL) Mr. Staples.

| M | 08/23/2001 | 0.1 | CF |

Received copy of 8/16/01 DOJ letter to Mr. Heggestad.

| M | 09/04/2001 | 0.3 | CF |

Received copy of court opinion from CC:INTL. Briefly reviewed opinion.



EXHIBIT 1

## Case Notes Report

Monday, October 30, 2006                                                                                              Page 7 of 25

| Case Number | Type | Sub | Requester Last Name | Taxpayer Last Name |
|---|---|---|---|---|
| 20-2001-02632 | 1 | 3 | Heggestad | |

| Received | Original | VE Sent | Revised | Next Action | Prior Case Number |
|---|---|---|---|---|---|
| 03/16/2001 | 04/12/2001 | | | | |

**Caseworker**   CF

| Status | Date | Time Applied | Case Worker |
|---|---|---|---|
| M | 08/27/2001 | 5.0 | CF |

Mr. Heggestad came to the Reading Room to review Box 4 and 5 of CC:INTL documents.

| M | 10/03/2001 | 3.0 | CF |

Copied documents from Box 4.

| M | 11/02/2001 | 0.0 | CF |

Completed copying documents from Box 5.

| M | 10/02/2001 | 3.0 | CF |

Made typo on previous entries, completed copying documents from Box 4 and 5.

| M | 10/03/2001 | 1.0 | CF |

Prepared letter and mailed 2 packages to Mr. Heggestad.

| M | 10/01/2001 | 5.5 | CF |

Mr. Heggestad came to the Reading Room and inspected Box 6, 7, 8. Note: 8 boxes are under the jurisdiction of CC:INTL.

| M | 10/04/2001 | 4.0 | CF |

Completed copying documents from Box 6, 7, 8. Prepared letter and mailed package out.

| M | 10/05/2001 | 0.1 | CF |

Received copy of 10/04/01 letter from Mr. Heggestad to Associate Chief Counsel (INTL) John Staples.

| M | 10/17/2001 | 0.2 | CF |

Received cc copy of letter to Mr. Heggestad from Richard Fultz regarding the 86 boxes of documents stored at FRC in Suitland, MD. Faxed copy of letter to Mr. Heggestad.

| M | 11/02/2001 | 5.5 | CF |

Heggestad came in to review 6 boxes from FRC. They are Box # 11, 12, 13, 22, 37, 38.

| M | 08/02/2001 | 0.1 | CF |

Received response from CC:PA:T:DU with documents from Associate Chief Counsel Procedure and Administration (Collections Bankruptcy & Summonses).

| M | 11/09/2001 | 1.0 | CF |

Prepared letter to Mr. Heggestad with documents received from CC:PA:T:DU.

# Case Notes Report

Monday, October 30, 2006                                                                                           Page 8 of 25

| Case Number | Type | Sub | Requester Last Name | | Taxpayer Last Name | |
|---|---|---|---|---|---|---|
| 20-2001-02632 | 1 | 3 | Heggestad | | | |
| **Received** | **Original** | | **VE Sent** | **Revised** | **Next Action** | **Prior Case Number** |
| 03/16/2001 | 04/12/2001 | | | | | |

**Caseworker**   CF

| Status | Date | Time Applied | Case Worker |
|---|---|---|---|
| M | 11/20/2001 | 4.0 | CF |

Mr. Heggestad came in to review 7 boxes from FRC. They are Box # 1, 9, 10, 18, 20, 23, 39. Documents need to be copied.

| | | | |
|---|---|---|---|
| M | 11/29/2001 | 0.1 | CF |

Received voice mail message from Glenice Sibley, CC:INTL, 622-3437, regarding the next inspection date for Mr. Heggestad.

| | | | |
|---|---|---|---|
| M | 11/30/2001 | 0.2 | CF |

Returned Glenice Sibley call from 11/29/01. Determined 12/12/01 or 12/14/01 are available dates for both of us. Left voice mail message for Mr. Heggestad regarding the inspection dates.

| | | | |
|---|---|---|---|
| M | 12/07/2001 | 0.3 | CF |

5 of 6 boxes were completed being copied by HQ Disclosure Management Assistants. Returned boxes to Glenic Sibley, CC:INTL.

| | | | |
|---|---|---|---|
| M | 12/10/2001 | 0.2 | CF |

Disclosure Management Assistant completed copying Box 6 of 86 boxes.
Mr. Heggestad called to change the inspection date from 12/12/01 to 12/14/01. T/c Glenice Sibley to inform her of the change in inspection date.

| | | | |
|---|---|---|---|
| M | 12/14/2001 | 7.0 | CF |

Mr. Heggestad came to review documents in the Reading Room. They are box # 4, 27, 28, 29, 32, 35, 40.

| | | | |
|---|---|---|---|
| M | 12/20/2001 | 0.3 | CF |

Mr. Heggestad called and asked me to copy the folder label to the photograhs which is is having enlarged - Box 29 of 86 titled U.S. Tobacco Co. Located folder and faxed page to Mr. Heggestad.

| | | | |
|---|---|---|---|
| M | 01/07/2002 | 0.1 | CF |

Received voice mail message on 1/03/02 from Mr. Heggestad to call him back. TLS on leave 1/04/02. Returned call to Mr. Heggestad, he asked to have a list sent to him with the inspection dates and the number of the boxes. Informed him I will prepare a list on 1/08/02.

| | | | |
|---|---|---|---|
| M | 01/08/2002 | 0.5 | CF |

Prepared, faxed and mailed cover letter and list to Mr. Heggestad.

| | | | |
|---|---|---|---|
| M | 01/10/2002 | 2.5 | CF |

Mr. Heggestad made an appointment to come to the Reading Room to re-review Boxes 28, 29 & 40.

# Case Notes Report

Monday, October 30, 2006

Page 9 of 25

| Case Number | Type | Sub | Requester Last Name | | Taxpayer Last Name | |
|---|---|---|---|---|---|---|
| 20-2001-02632 | 1 | 3 | Heggestad | | | |
| **Received** | **Original** | | **VE Sent** | **Revised** | **Next Action** | **Prior Case Number** |
| 03/16/2001 | 04/12/2001 | | | | | |

**Caseworker**  CF

| Status | Date | Time Applied | Case Worker |
|---|---|---|---|
| M | 01/23/2002 | 7.0 | CF |

Mr. Heggestad came into Reading Room and reviewed Box 15, 25, 26, 31, 34 and 36.
TLS revised inspection date chart, had typos on it. Gave revised copy to Mr. Heggestad.
TLS worked on numbering of documents and making another set for file going back to inspection date of 11/02/01 and 11/20/01.

| M | 01/24/2002 | 7.0 | CF |
|---|---|---|---|

TLS continued numbering and making extra set for file to inspection dates 12/14/01 and 1/23/02. Per t/c with Mr. Heggestad, he will send a courier to pick up documents on 1/25/02.

| M | 01/25/2002 | 0.5 | CF |
|---|---|---|---|

Mr. Heggestad came to pick up the two boxes of documents. In the early afternoon, Mr. Heggestad called and requested to come back to the Reading Room to re-inspect Box 28, 29 & 31 on 1/28/02. Met Glenice Sibley, CC:INTL and retrived Boxes 28, 29 & 31 from store room. It was noted Mr. Heggestad came and re-reviewed Boxes 28, 29 and 40 on 1/10/02.

| M | 01/28/2002 | 1.7 | CF |
|---|---|---|---|

Mr. Heggestad came and re-reviewed Box 28, 29 & 31. Brought boxes back to CC:INTL upon completion of review.

| M | 02/14/2002 | 3.0 | CF |
|---|---|---|---|

Mr. Heggestad came to the Reading Room and inspected Box 14, 19, 24, 41, 47, 50. No documents needed to be copied from these boxes. Provided Mr. Heggestad with a revised list of inspection dates and the number of boxes which were reviewed.
Inquired about the tape which Mr. Heggestad checked out since November 2001. He was trying to locate a company which may have the capability to transcribed the tape. Mr. Heggestad said he did receive a call back from a company, but he did not return the call to follow up. Asked Mr. Heggestad to provide me with the name of the company contact and mail the tape back to the IRS. IRS will work with the transcription company directly and if it is possible to transcribe the tape, will provide Mr. Heggestad with a copy (sanitized if necessary).
Returned the six boxes to CC:INTL upon completion of review.

| M | 02/15/2002 | 1.0 | CF |
|---|---|---|---|

Prepared and mailed update letter to Mr. Heggestad.

| M | 03/07/2002 | 4.0 | CF |
|---|---|---|---|

Mr. Heggestad came to the Reading Room and inspected Box 6,8,16,45,46,48,49.

| M | 03/18/2002 | 4.0 | CF |
|---|---|---|---|

Copied tabbed documents from Box 16 and prepared response letter.

# Case Notes Report

Monday, October 30, 2006

| Case Number | Type | Sub | Requester Last Name | | Taxpayer Last Name | |
|---|---|---|---|---|---|---|
| 20-2001-02632 | 1 | 3 | Heggestad | | | |
| **Received** | **Original** | | **VE Sent** | **Revised** | **Next Action** | **Prior Case Number** |
| 03/16/2001 | 04/12/2001 | | | | | |

**Caseworker**   CF

| Status | Date | Time Applied | Case Worker |
|---|---|---|---|
| M | 03/28/2002 | 2.5 | CF |

Mr. Heggestad came to the Reading Room and inspected Box 42,51,52,53,58.

| M | 04/03/2002 | 1.0 | CF |

Prepared response letter in reference to 3/28/02 inspection of boxes.

| M | 05/22/2002 | 4.0 | CF |

Prepared payment request letter in the amount of $872.60. Mr. Heggestad came to the Reading Room and inspected Box 63,68,69,74,76,80,86.

| M | 05/24/2002 | 1.0 | CF |

Prepared response letter in reference to inspection date of 5/22/02.

| M | 06/12/2002 | 3.0 | CF |

Mr. Heggestad came to the Reading Room and inspected Box 65,67,70,71,73,78,79.

| M | 06/13/2002 | 1.0 | CF |

Prepared response letter in reference to 6/12/02 inspection of documents.

| M | 09/27/2002 | 6.5 | CF |

Mr. Heggestad came to the Reading Room and inspected Box 2,61,62,64,72,75,82,84,85.

| M | 10/02/2002 | 4.0 | CF |

Mr. Heggestad came to the Reading Room and re-inspected Box 42,84,85,86.

| M | 10/09/2002 | 3.0 | CF |

Made copies from Box 84 and 85. Prepared response letter in reference to inspection date.

| M | 09/23/2002 | 1.0 | CF |

Created chart which listed the inspection dates, box numbers, and types of records. Gave copy to Glenice Sibley, CC:INTL.

| M | 09/27/2002 | 0.1 | CF |

Forgot to note in earlier notes that Mr. Heggestad brought in a check in the amount of $872.60.

| M | 09/30/2002 | 0.5 | CF |

Updated chart of inspection dates etc. Hand carried copy to Glenice Sibley, CC:INTL.