IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> NO. 1:06-cv-00599 JDB |

### AMENDED DECLARATION OF BRITTNEY N. CAMPBELL

I, Brittney N. Campbell, pursuant to 28 U.S.C. §1726, having reviewed plaintiff's amended Opposition and the amended Declaration of Robert Heggestad do hereby amend my previous declaration and declare as follows:

1. I am a trial attorney with the Tax Division of the United States Department of Justice in Washington, D.C.

2. I have been assigned litigation responsibility for the present civil action.

3. On August 3, 2006, I attended a status conference in the District Court for the District of Columbia. Prior to that hearing, Mr. Heggestad had indicated that he intended to amend his complaint to seek a limited number of additional documents. Based on that representation, I initially indicated to the court that the Service would need thirty days to complete the Vaughn Index. Mr. Heggestad then informed me at the hearing that he was seeking additional documents and that the Service would need

additional time.  At the time, Mr. Heggestad indicated that plaintiff was seeking approximately 1,300 documents.

    4.    On October 11, 2006, I sent an e-mail with a letter attached to Robert Heggestad detailing the search and duplication costs involved in plaintiff's FOIA request.  The letter was also sent to Mr. Heggestad by U.S. Mail.  The letter included the duplication costs for the audio tapes.  This e-mail and letter are attached hereto as Exhibit A.

    5.    Mr. Heggestad did not agree to the duplication cost of the audio tapes as proposed by the Internal Revenue Service (the "Service").  Despite several communications regarding the duplication costs (*see* Exhibits B, C, D), Mr. Heggestad has not yet agreed to pay the duplication costs for the audio tapes.

    6.    Mr. Heggestad sent a letter to me dated November 1, 2006 indicating that he was willing to pay one-half of the costs that we had requested.  (*see* Exhibit E).  By letter dated November 8, 2006, I informed Mr. Heggestad that the Service would not compromise regarding the search costs.  A copy of the letter is attached as Exhibit F.

    7.    I did not receive a response from Mr. Heggestad regarding our November 8, 2006 letter and on November 16, I sent an e-mail to Mr. Heggestad requesting his position regarding the search fees.  A copy of the e-mail is attached as Exhibit G.

    8.    On November 16, 2006, Mr. Heggestad responded by e-mail that he would agree to pay half of the search costs.  A copy of this e-mail is attached as Exhibit H.

9. I was on pre-approved vacation from November 17, 2006-November 28, 2006 and did not discuss Mr. Heggestad's response with the Internal Revenue Service until my return. I received a determination from the Internal Revenue Service that it would accept Mr. Heggestad's proposal for payment of half of the search costs. I did not relay this information to Mr. Heggestad until Friday, December 1, 2006, in a telephone conversation with Mr. Heggestad regarding the Internal Revenue Service's request for an extension for time to complete its Vaughn index.

10. I received a phone call from Mr. Heggestad on Tuesday, December 5, 2006, regarding the Service's filed motion for enlargement of time to complete the Vaughn index. Again, I discussed the search fees with Mr. Heggestad. I agreed with Mr. Heggestad that prior to the Service seeking the extension of time, I had not informed him of the Service's acceptance of his proposal regarding the search fees.

I declare under penalty of perjury that the foregoing is correct.

Executed on December 19, 2006.

/s/ Brittney N. Campbell
BRITTNEY N. CAMPBELL
Trial Attorney, Tax Division

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing amended DECLARATION OF BRITTNEY CAMPBELL was caused to be served upon defendant on the 19th day of December, 2006, by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

> JOHN R. GERSTEIN
> ROBERT E. HEGGESTAD
> JONATHAN COHEN
> Ross, Dixon & Bell, LLP
> 2001 K Street, N.W.
> Washington, D.C. 20006-1040.

  /s/ Brittney N. Campbell
 BRITTNEY N. CAMPBELL