**Stonehill FOIA – MISC Box**                                                                      **1**

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Misc-0388 & Misc-0389 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 8/2/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – John Donihee, Attorney |
| (b)(3) in conjunction with § 6103 | R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is page two and three of a memo documenting a meeting with IRS and DOJ personnel discussing the cases pending against Stonehill and Brooks. Discusses litigation strategies, in particular statutes of limitations, depositions of potential witnesses and evidentiary issues. Portions of the document contain third party taxpayer information concerning taxpayer's potential criminal prosecution for tax evasion.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Misc-0396 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 2/23/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Harold Wallace, Senior Coordinator |
| (b)(3) in conjunction with § 6103 | R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the second page of a memo discussing the legalities of a subpoena issued by the attorney for Stonehill and Brooks requesting the testimony of IRS agents and for them to produce certain documents. Contains the names of two third party taxpayers that are also under investigation for tax evasion.

**DOCUMENT NUMBER(S)**                    **WITHHELD IN FULL (W) OR IN PART (P)**

Misc-0403 through Misc-0410              W

**TYPE OF DOCUMENT**                      **DATE OF DOCUMENT**

Handwritten Notes                        12/16/1970

**BASIS FOR WITHHOLDING**                 **AUTHOR (A) & RECIPIENT (R)**

(b)(5) – Attorney Work Product           A – Unknown
                                         R – Unknown

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is eight pages of notes prepared in anticipation of litigation and is a list of potential witnesses and possible exhibits that would be introduced through each witness.  Exhibits are listed by number and description.


**DOCUMENT NUMBER(S)**                    **WITHHELD IN FULL (W) OR IN PART (P)**

Misc-0411 & Misc-0412                    W

**TYPE OF DOCUMENT**                      **DATE OF DOCUMENT**

Handwritten Notes                        Unknown

**BASIS FOR WITHHOLDING**                 **AUTHOR (A) & RECIPIENT (R)**

(b)(5) – Attorney Work Product           A – Unknown
                                         R – Unknown

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is two pages of legal analysis concerning the Attorney-Client Privilege and Marital Privilege.  Describes the necessary elements of each privilege and the potential for use of these privileges in the Stonehill litigation.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Misc-0440 through Misc-0445 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Handwritten Notes | 9/19/1974 through 11/1974 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Chief Counsel Attorney |
| (b)(5) – Attorney Work Product | R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the handwritten notes of counsel which document and analyze potential issues raised during the preparation of the Stonehill case and possible resolutions.  Records advice received from DOJ Attorneys Biggins and McCarthy.  Issues include trial testimony of witnesses and evidence that needs to be reviewed in preparation for trial.  Section 6103 (pages 0440-0443) information contains identifying information of two third party taxpayers and indicates that those individuals are the subjects of a tax investigation.


| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Misc-0489 | P |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Transmittal Memorandum | 8/7/1968 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Houstin Shockey, Chief, International Operations |
|  | R – John McCarthy, DOJ Chief Gen. Litigation Sec. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the cover sheet for documents being sent from the IRS to DOJ that pertain to the litigation of Stonehill, Brooks and a third party taxpayer.  Redacted information is the name of the third party taxpayer.

**DOCUMENT NUMBER(S)**                    **WITHHELD IN FULL (W) OR IN PART (P)**

Misc-0490 through Misc-0492              P

**TYPE OF DOCUMENT**                      **DATE OF DOCUMENT**

Notes                                    2/23/1965 – 3/17/1965

**BASIS FOR WITHHOLDING**                 **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103        A – CC Attorney
                                         R – File

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is three pages of typewritten notes of the attorney's daily activities in regards to the various cases on his/her docket.  Redacted information is the names of the third party taxpayers and discusses investigations of the taxpayers.


**DOCUMENT NUMBER(S)**                    **WITHHELD IN FULL (W) OR IN PART (P)**

Misc-0494                                P

**TYPE OF DOCUMENT**                      **DATE OF DOCUMENT**

Routing Memorandum                       9/6/1974

**BASIS FOR WITHHOLDING**                 **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103        A – G. Peternick
                                         R – E. Meyers

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is forwarding a memorandum from Chief Counsel concerning the Stonehill litigation and that of a third party taxpayer.  Redacted information is the name of the third party.

**Stonehill FOIA – MISC Box**                                                   **5**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Misc-0497 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 7/25/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Office of International Operations<br>R – Harlow Huckabee, Director, Enforcement Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum forwarding returns requested for purposes of litigation for Stonehill, Brooks and two third party taxpayers. Redacted information is the names of the third parties and the tax return information.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Misc-0548<br>Misc-550 & Misc-551 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Routing Memorandum, Letter | 2/5/1974 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Houstin Shockey, Chief, International Operations<br>R – Stanley Krysa, Attorney, DOJ Tax |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo and forwarding from CC to DOJ about a third party taxpayer and the litigation against the taxpayer; 550 and 551 are the letter itself.

**DOCUMENT NUMBER(S)**

Misc-0554

**TYPE OF DOCUMENT**

Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

P

**DATE OF DOCUMENT**

1/10/1967

**AUTHOR (A) & RECIPIENT (R)**

A – B. Aneed, IRS Attorney
R – File

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten memo to the file discussing the next steps the IRS will take in regards to the investigation and future audits of Stonehill, Brooks and two third party taxpayers.  Redacted information is the names of the third parties.

**DOCUMENT NUMBER(S)**

Misc-0614 & Misc-0615

**TYPE OF DOCUMENT**

Memorandum

**BASIS FOR WITHHOLDING**

(b)(5) – Attorney Work Product

**WITHHELD IN FULL (W) OR IN PART (P)**

P

**DATE OF DOCUMENT**

Unknown

**AUTHOR (A) & RECIPIENT (R)**

A – John McCarthy, DOJ Chief Gen. Litigation Sec.
R – Unknown IRS Personnel

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are pages two and three of a three page letter discussing the legal options of the receiver and the United States in regards to the sale of property that was taken as part of the proceedings in Stonehill in order to satisfy the tax judgment.  Redacted portions contain the actual analysis of each option and the benefit/detriment to the IRS if each is pursued.

**Stonehill FOIA – MISC Box**

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Misc-0620 & Misc-0621 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 6/15/1992 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – John McCarthy, DOJ Chief Gen. Litigation Sec.<br>R – Steven Lainoff, Assoc. CC International |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter that discusses an offer in compromise submitted by Brooks in the District Court of Hawaii tax litigation. Redacted information contains the analysis and recommendations from the DOJ attorney to the CC's office regarding the acceptance of the offer and its potential impact on related litigation.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Misc-0622 through Misc-624 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 10/18/1990 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – John McCarthy, DOJ Chief Gen. Litigation Sec.<br>R – George Sellinger, Branch Chief, CC International |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page letter from DOJ counsel to CC discussing the District Court case in California and the Defendant's motion to have judgments marked as satisfied based on prior payments. Redacted information is the legal analysis, thought process and recommendations regarding the defense of the motion and the computation of interest options on the judgments available to the IRS.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Misc-0780 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| IRS Memorandum | 7/30/1986 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Louis Hobbie, Dir. Office of Foreign Programs |
| (b)(3) in conjunction with § 6103 | R – Associate Chief Counsel of International |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a response memo to a request submitted by John McCarthy, DOJ seeking information about open escrow accounts in the Stonehill and Brooks's litigation. It discusses the status of the accounts and changes that will need to be made to the accounts. Contains identifying information for two third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Misc-0897 through Misc-0902 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Interest Calculation Sheets | Approximately the fall of 1986 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Unknown |
| | R – Associate Chief Counsel of International |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document was prepared in response to a request from Counsel for determinations in the amount of interest possible in the Stonehill and Brooks litigation. Based on other documents contained within the files it is apparent that these calculations were ran at the request of DOJ counsel to be used in the ongoing litigation.

**Stonehill FOIA – MISC Box**

**DOCUMENT NUMBER(S)**

Misc-0989 through Misc-0991

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**TYPE OF DOCUMENT**

Handwritten Notes

**DATE OF DOCUMENT**

Partial Date of 9/6 (Probably 1986)

**BASIS FOR WITHHOLDING**

(b)(5) – Attorney Work Product

**AUTHOR (A) & RECIPIENT (R)**

A – Unknown CC Attorney
R – File

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is three pages of handwritten notes analyzing possible interest calculations on the monies owing in the Stonehill and Brooks litigations pursuant to the Regulations.

**DOCUMENT NUMBER(S)**

Misc-0993

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**TYPE OF DOCUMENT**

IRS Letter

**DATE OF DOCUMENT**

Unknown

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

**AUTHOR (A) & RECIPIENT (R)**

A – Associate Chief Counsel of International
R – Loretta Argrett, Asst. Attorney General DOJ Tax

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a the first page of a letter providing factual background to the DOJ attorney in a lawsuit filed against the United States by a third party taxpayer.  Document contains identifying information and information pertaining to a tax litigation involving the third party.

**DOCUMENT NUMBER(S)**

Misc-0995

**TYPE OF DOCUMENT**

Letter

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

12/15/1994

**AUTHOR (A) & RECIPIENT (R)**

A – Unknown IRS Attorney
R – George (more than likely Sellinger based on
      content of the letter)

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a the first page of an informal letter providing updates on a variety of cases, as well as legal analysis and the thought processes of the attorney concerning issues involving parties living inside and outside the United States, the United Kingdom and other countries. Cases being updated involve two third party taxpayers and contain identifying information of the parties.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-057 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 6/27/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Donald Durkin, Chief, Foreign Operations Division<br>R – H. M. Huckabee, Chief Counsel Attorney |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is transmittal memorandum used to transmit to the Office of Chief Counsel the tax returns of five third party taxpayers; it names the taxpayers and identifies the tax forms, tax years, and return numbers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-059 & CCBox1-060<br>CCBox1-068 & CCBox1-069 (duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 12/20/73 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Deliberative process | A – Houstin Shockey, Chief, International Operation<br>R – General Litigation Division, cc: DOJ General Litigation Section, Tax Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document discusses the filing history and tax liability of a third party taxpayer; it names the taxpayer and contains details of the taxpayer's filing history and tax liability, and it requests that the recipient take specified actions regarding the taxpayer's liability.

**Stonehill FOIA – Chief Counsel Box 1**                                                    **2**

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| CCBox1-061 through CCBox1-065 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letters, Check, Tax Form, IRS Notice of payment due | 12/10/1973 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Third Party Taxpayer R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are letters to IRS from a third party taxpayer relating to taxpayer's liability, a check to the IRS, and a copy of an IRS notice of payment due.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| CCBox1-066 & CCBox1-067 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 5/15/1973 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Revenue Agent (RA) Ralph Coston R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter to a third party taxpayer discussing the third party's tax liability.

**Stonehill FOIA – Chief Counsel Box 1**                                           **3**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-070 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 1/23/1974 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – D.W. Sherman, Chief, Special Procedures Staff, IRS<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter to third party taxpayer discussing the third party's tax liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-080 & CCBox1-081 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 8/16/1974 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Deliberative process | A – R.G. Potter, Asst. Regional Commissioner IRS<br>R – Director, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document discusses and makes recommendations regarding the potential settlement of the Internal Revenue Code liability of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-156 | W |
| CCBox1-157 (Duplicate) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 8/29/1974 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Leon Wigrizer, Dir., Criminal Tax Div. |
| (b)(5) – Deliberative process | R – J.W. Feigenbaum, Dir., Gen. Litigation Div. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document refers to a second memorandum and transmits a third memorandum; all three memoranda relate the proposed settlement of the potential settlement of the Internal Revenue Code liability of a third party taxpayer.  This document describes the recommendation made in the third memorandum.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-158 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 8/28/1974 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – John Olszewski, Dir., Intelligence Div. IRS |
| (b)(5) – Deliberative process | R – Director, Criminal Tax Div. IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document transmits a second memorandum which discusses and makes recommendations regarding the potential settlement of the Internal Revenue Code liability of a third party taxpayer.  This document describes recommendations made regarding the potential settlement and contains other details.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-159 & CCBox1-160 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum to the file | 4/25/1974 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Deliberative process | A – RA William Ragland<br>R – File, with cc: George Peternick, Eugene Myers |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document details and evaluates the proposed settlement of the Internal Revenue Code liability of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-161 through CCBox1-163<br>& CCBox1-168 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 1/29/1971 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Third Party Taxpayer<br>R – Stanley Krysa, DOJ Attorney |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a four page letter from a third party taxpayer discussing the potential settlement of his/her potential Internal Revenue Code liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-164 & CCBox1-165 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 2/22/1974 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – John McCarthy, DOJ Chief, Gen. Litigation Sec.<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter from a DOJ section chief to a third party taxpayer discussing the potential settlement of the Internal Revenue Code liability of the taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-166 & CCBox1-167 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 3/8/1974 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Third Party Taxpayer<br>R – Stanley Krysa, DOJ Attorney |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Two page letter from a third party taxpayer to a DOJ attorney discussing potential settlement of third party's Internal Revenue Code liability.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox1-169 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| List | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is titled "Attachments to taxpayers' letter of April 18, 1977 to Honorable Gus J. Solomon." The document, which contains a list of attachments lettered A through I, does not identify the taxpayer by name, but the descriptions of two of the attachments identify a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox1-194 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten Notes | 10/18/1974 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a timeline of requests for tax returns the author was in the process of obtaining for DOJ and IRS personnel in connection with Stonehill and Brooks case. The document discusses what returns were requested and why and describes the filing history of identified third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-211 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 12/11/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – D.W. Sherman, Office of Chief Counsel<br>R – Chief, Special Procedures Staff |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document transmits a copy of a tax return filed by a third party taxpayer and describes additional returns to be provided.  Document also discusses the status of the IRS investigation of two other third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-214 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| IRS Form 1906 Transmittal Letter | 2/2/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – RA William Ragland<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document contains a summary of case information for Stonehill.  Redacted information identifies third party taxpayers by name and indicates that there was IRS activity regarding such taxpayers.

**Stonehill FOIA – Chief Counsel Box 1**                                      **9**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-215 & CCBox1-216 | P |
| CCBox1-217 & CCBox1-218 (Duplicates) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 9/24/1974 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – D.W. Sherman, Chief Counsel |
| | R – Chief, Special Procedure Staff |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memorandum discussing requests from the Special Procedure Staff for tax returns of Stonehill, Brooks and two third party taxpayers. Redacted information identifies third party taxpayers and discusses their tax return filing histories.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-221 | P |
| CCBox1-222  (Duplicate) | |
| CCBox1-227  (Duplicate) | |
| CCBox1-228  (Duplicate) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 9/8/1972 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Houstin Shockey, Chief, International Operations Branch, IRS Office of Chief Counsel |
| | R – John McCarthy, DOJ, Chief, Gen. Litigation Sec. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter from the IRS to DOJ transmitting copies of tax returns for Stonehill, Brooks and two third party taxpayers. Redacted portions identify third party taxpayers by name and reveal their tax return filing histories.

**Stonehill FOIA – Chief Counsel Box 1**                                          **10**

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|

CCBox1-223
CCBox1-223A (Duplicate)                      P

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|

Memorandum                                   9/7/1972

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|

(b)(3) in conjunction with § 6103(a)         A – Gerald Huber, IRS Group Supervisor
                                             R – RA William Ragland

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum used to transmit copies of tax returns for Stonehill, Brooks and two third party taxpayers. Redacted portions identify third party taxpayers by name and reveal their tax return filing histories.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|

CCBox1-224
CCBox1-225 (Duplicate)                       P

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|

Typed List                                   9/7/1972

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|

(b)(3) in conjunction with § 6103(a)         A – Unknown
                                             R – Unknown

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a list of missing taxpayer returns. Redacted portions identify third party taxpayers by name and reveal years concerning which returns were missing.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-226 | P |
| CCBox1-226(A) (Duplicate) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 6/22/1972 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Paul Barker, Acting Chief International Oper. |
| | R – IRS General Litigation Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document forwards a letter from DOJ requesting copies of tax returns of Stonehill, Brooks, and two third party taxpayers.  Redacted information identifies the third party taxpayers by name.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-243 through CCBox1-245 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Form 895 Statute of Limitations Notice and Handwritten Notes Attached | 1/18/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Unknown |
| | R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents relate to the potential Internal Revenue Code liability of a third party taxpayer. CCBox 1-243 contains the date of the expiration of the statute of limitations concerning the tax return of the taxpayer and the taxable year at issue; CCBox 1-244, on IRS Document No. 5255 (rev. 9-65), contains the date of the expiration of the statute of limitations; CCBox 1-0245, on IRS Form 894 (rev. 7-62), contains both of these items, the name and mailing address of the taxpayer, the form number for the return, the date the return was filed or due,  and related information relating to the third party.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-246 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 7/21/1971 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Third Party Taxpayer Representative<br>R – "Internal Revenue Service, Ogden, Utah" |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page letter sent by the representative of a third party taxpayer that disputes the current tax liabilities assessed against the taxpayer.  The document identifies the third party taxpayer by name and social security number and document locator, identifies the taxpayer's representative by name, identifies the tax return at issue and its filing year, and sets forth amounts for various lines on the taxpayer's return, as corrected by the representative.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-0269 through CCBox1-0282 | W |
| CCBox1-0283 through CCBox1-0296 (Duplicate) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 3/30/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Sheldon Cohen, Chief Counsel Attorney<br>R – Director, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a fifteen page memorandum generally discussing potential methods of authenticating and getting admitted into evidence documents that might be used in a criminal tax proceeding against Stonehill.  It describes Stonehill's background and the documents at issue, it discusses various methods that might be used to get the documents authenticated and admitted, and it lists additional information that it states would be needed to reach a more definitive opinion.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-0309 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 6/21/1972 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – John McCarthy, DOJ, Chief, Gen. Litigation Sec.<br>R – Lee Henkel, IRS Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Redacted information names third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-0310 & CCBox1-0311 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 8/21/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney-Client Privilege<br>(b)(5) – Deliberative Process | A – Unknown IRS Employee<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the first two pages of a memorandum for the file detailing a meeting between various IRS employees and the attorneys for Stonehill and Brooks to discuss a proposed settlement agreement submitted by the attorney for Stonehill and Brooks.  The redacted portion summarizes the discussion among IRS and IRS Chief Counsel employees that occurred before taxpayers' representatives entered the room; information discussed include the nature of the proposed settlement agreement, the status of the Service's investigation, and the role to be played by IRS Chief Counsel employees at the meeting.

**Stonehill FOIA – Chief Counsel Box 1**                                                    **14**

**DOCUMENT NUMBER(S)**                    **WITHHELD IN FULL (W) OR IN PART (P)**

CCBox1-0322                              W

**TYPE OF DOCUMENT**                     **DATE OF DOCUMENT**

Memorandum                               8/6/1962

**BASIS FOR WITHHOLDING**                **AUTHOR (A) & RECIPIENT (R)**

(b)(5) – Attorney Work Product          A – Chief Counsel Attorney
(b)(5) – Deliberative Process           R – File

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the first page of a memorandum for the file summarizing what occurred at a meeting between IRS employees discussing Stonehill and Brooks. The employees discussed the status of the case, actions that could be taken by the IRS, and problems that could occur if certain actions were taken.