| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox3-0007<br>CCBox3-0008 (Duplicate) | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| IRS Letter | 6/1/1970 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Houstin Shockey, Chief, International Operations<br>R – John McCarthy, DOJ Chief Gen. Litigation Sec. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter sent to DOJ discussing a third party taxpayer's settlement negotiations of the third party's tax liability. Document contains identifying and other return information o the third party including the third party's potential liability under the Internal Revenue Code. Document 0007 is a duplicate of the letter.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox3-0014 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 8/21/1970 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Houstin Shockey, Chief, International Operations<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum requesting exhibits obtained from the NBI and kept in the files of the IRS representative in Manila. Memorandum discusses the use of said exhibits in the pending litigation of Stonehill, Brooks and three third party taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0020 & CCBox3-0021 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| IRS Letter | 7/13/1970 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney-Client Privilege | A – William McAleer, Director, IRS Enforcement Div.<br>R – Johnnie Walters, DOJ Asst. Attorney General |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter sent by IRS to DOJ discussing the implications of a third party taxpayer's impending litigation and how that litigation is related to the litigation of Stonehill, Brooks and a third party taxpayer. Document contains identifying and other return information of the third party including the third party's potential liability under the Internal Revenue Code.


| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0028 & CCBox3-0029 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 8/16/1974 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – R.G. Potter, Asst. Regional Commissioner<br>R – Director, Intelligence Division IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memorandum discussing a third party taxpayer and the pending decision of DOJ to settle the third party's tax case. Document contains identifying and other return information of the third party including the third party's potential liability under the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0030 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 3/30/1973 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Irving Byer, Office of International Operations<br>R – General Litigation Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo informing the recipient those tax returns of Stonehill and Brooks requested by the recipient had been destroyed. Redacted portion describes the results of a search for the tax returns of two third party taxpayers as well as the attachments to the memo containing identifying information of the third parties.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0031 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| IRS Memorandum | 5/3/1973 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Irving Byer, Office of International Operations<br>R – General Litigation Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo forwarding copies of tax returns for Stonehill and a third party taxpayer. Redacted information identifies the requested returns and the name of the third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0055 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| IRS Memorandum | 8/28/1974 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – John Olszewski, Dir. Intelligence Div. IRS<br>R – Director, Criminal Tax Div. Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document discusses the terms of a settlement agreement with respect to a third party taxpayer's tax liability and offers recommendations regarding the acceptance of the settlement.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0056 & CCBox3-0057 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| IRS Memorandum for the File | 2/2/1972 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Charles Norris, Attorney Chief Counsel<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memorandum to the file discussing the thoughts of the attorney on litigation strategies, merits of the cases and the interplay between cases of third party taxpayers with those of Stonehill and Brooks. Document also contains identifying information of four third party taxpayers and discusses their potential liability under the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0059 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| IRS Memorandum | 8/11/1965 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with § 6103 | A – George LeBlanc, Chief Trial Branch Tax Ct. Div.<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document represents the notes of Chief Counsel Attorney LeBlanc about a meeting with various IRS employees to discuss the scope of review given to the cases of Stonehill, Brooks and a third party taxpayer. The parties present at the meeting discussed tactics and how to proceed in order to prosecute the actions in a timely manner. The document contains information revealing identifying information as well as the existence of a criminal investigation of the third party taxpayer.


| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0060 & CCBox3-0061<br>CCBox3-0304 & CCBox3-0305 (Duplicate) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | Unknown<br>7/26/1965 – Date of Draft |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – John Rogers, Director, Tax Court Division<br>R – Director, Enforcement Division IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter that was prepared but not sent. Document discusses the intentions of the IRS to proceed with criminal cases against Stonehill and Brooks, case investigative progress, the potential presentation to DOJ for prosecution and recommendations. Document 0304-05 is a duplicate of document 0060-61.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0064 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the second page of a 2-plus page memorandum which appears to discuss a meeting wherein the parties (IRS and Chief Counsel Employees) discussed the potential prosecution of one third party taxpayer for tax evasion. Document contains information obtained during a criminal investigation and audit and contains identifying information of the taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0070 & CCBox3-0071 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 8/26/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – William McAleer, Director, IRS Enforcement Div.<br>R – Director, Tax Court Div. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter sent to inform the recipient of the decisions made regarding two third party taxpayers' cases which are associated with that of Stonehill. Further, it instructs the Tax Court Division as to actions to be taken in regards to open third party case files under their control.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0085 & CCBox3-0086 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 7/1968 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Joseph Salus, Technical Asst. Enforcement Div.<br>R – Mitchell Rogovin, Asst. Atty General DOJ |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter sent from IRS to DOJ forwarding proposed answers, discussing the content of those answers and requesting recommendations regarding the tax court cases involving Stonehill, Brooks and three third party taxpayers. Contains identifying information and information obtained in the course of a criminal investigation of the third parties.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0087<br>CCBox3-0088 (Duplicate)<br>CCBox3-0089 (Duplicate) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| IRS Memorandum | 8/29/1974 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Leon Wigrizer, Dir. Criminal Tax Div.<br>R – J.W. Feigenbaum, Dir. Gen. Litigation Div. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter transmitting information and discussing a third party taxpayer's settlement negotiations of the party's tax liability.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0090 & CCBox3-0092 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| IRS Memorandum | 4/18/1973 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Robert Bridges, Dir. Tax Court Litigation Div.<br>R – Director, General Litigation Div. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memorandum discussing the tax liability of two third party taxpayers and proposes a settlement. Letter explains the thought processes of counsel in recommending that the settlement be accepted.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0095 & CCBox3-0096<br>CCBox3-0097 & CCBox3-0098 (Duplicate)<br>CCBox3-0099 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memoranda | 8/1/1968 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney-Client Privilege<br>(b)(5) – Attorney Work Product | A – John Rogers, Director, Tax Court Division<br>R – Director, Enforcement Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0095-96 is a two page memorandum forwarding a proposed letter to DOJ and proposed answers in a tax court case. Memorandum discusses the content of the answers and requests recommendations regarding the tax court cases involving Stonehill, Brooks and three third party taxpayers. The document contains identifying information and information obtained in the course of the investigation of the third party taxpayers. Documents 0097-98 is a duplicate of that memorandum. Document 0099 is a condensed version of the memorandum that only addresses the proposed answer

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox3-0102 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 3/14/1973 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Houstin Shockey, Chief, International Operations<br>R – Bernard Meehan, Spec. Asst. Gen. Litigation Div. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum discussing a third party taxpayer's audit and the recommendations and potential settlement negotiations in regards to that party's audit.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox3-0103 & CCBox3-0104 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 8/8/1968 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Joseph Salus, Technical Asst. Enforcement Div.<br>R – Mitchell Rogovin, Asst. Atty General DOJ |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter to DOJ from IRS forwarding proposed answers, discussing the content of those answers and requesting recommendations regarding the tax court cases involving Stonehill, Brooks and three third party taxpayers. Contains identifying information and information obtained in the course of the investigation of the third party taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0105 (Copy)<br>CCBox3-0106 (Signed Copy)<br>CCBox3-0107 (Copy) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| IRS Memorandum | 8/18/1974 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney-Client Privilege | A – Joseph Salus, Technical Asst. Enforcement Div.<br>R – John Rogers, Director, Tax Court Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memorandum discussing the pending Tax Court cases of Stonehill, Brooks and three third party taxpayers and the advice received from DOJ about their coordination. Contains identifying information and information obtained in the course of the investigation of the third party taxpayers. Two are stamped copies (105 & 107) and one is the signed version (106) of the memorandum. Document CCBox3-105 also contains handwritten notes that indicate conversations with other IRS personnel discussing the recommendations from DOJ.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0108 through CCBox3-0111 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 1/12/1973 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Houstin Shockey, Chief, International Operations<br>R – Scott Crampton, Asst. Attorney General Tax Div. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a four page letter conveying the opinion and recommendations of Chief Counsel to DOJ regarding the dismissal of seven third party taxpayer's cases pending in Tax Court pursuant to a stipulation that was entered in the Stonehill case.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0112<br>CCBox3-0113 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| IRS Memoranda | 3/14/1973<br>3/26/1973 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Aaron Resnick, Asst. Regional Counsel<br>R – Donald Geerhart, Tax Ct. Litigation Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document CCBox3-0112 is a one page memorandum forwarding copies of reports made by RA Ralph Coston documenting an investigation of two third party taxpayers. Document CCBox3-0113 is a more detailed version of 0112.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0114<br>CCBox3-0115 (Duplicate) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| IRS Memoranda | 3/23/1973 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Lawrence Hagerty, Chief Appellate Branch Office<br>R – Regional Counsel San Francisco |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum wherein parties are concurring in the proposed settlement of two third party taxpayers' pending tax court litigation. Document 0115 is a duplicate of the memorandum.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0116 through CCBox3-0175 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Revenue Agent Audit Reports | 3/2/1973 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – RA Ralph E. Coston<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the tax audit reports of Agent Coston for three third party taxpayers. Documents contain identifying and other return information of the third party taxpayers including information pertaining to their liability under the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0225 through CCBox3-0227 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 6/23/1966 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – William McAleer, Director, IRS Enforcement Div.<br>R – Donald Durkin, Chief, Foreign Operations Div. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page memorandum answering questions regarding pending criminal litigation against Stonehill and Brooks and how that litigation affects pending criminal and civil investigations of a third party taxpayer. Document cannot be redacted because the third party information is not reasonably segregable from the information of Stonehill and Brooks.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0228 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| IRS Memorandum | 3/1/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Marvin Hagen, Regional Counsel<br>R – Lester Uretz, Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum sent by area counsel requesting chief counsel advice with respect to the consolidation of tax cases pending against three third party taxpayers. Document contains identifying information and information obtained during the course of a criminal investigation of the parties.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-00229 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| IRS Memorandum | 2/15/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Edward Mazzarella, Regional Coordinator<br>R – Chief, Enforcement Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum forwarding other memoranda discussing the expiration of the statute of limitations in connection with the civil tax liability of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0231 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| IRS Memorandum | 3/15/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Edward Mazzarella, Regional Coordinator<br>R – Regional Counsel, North-Atlantic Region |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum forwarding another memorandum dated March 9, 1967. The document contains information about the investigation of the tax liability of two third party taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0232 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 3/9/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – A.E. Walters, Chief, Intelligence Div. Manhattan<br>R – Asst Regional Commissioner, Intelligence Div. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum discussing the tax liability of two third party taxpayers and the steps necessary to progress the investigation against them in order to pursue civil and criminal cases.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0248 through CCBox3-0255 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 2/15/1972 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – Chief Counsel Attorney<br>R – DOJ Attorneys Stanley Krysa & Jack Teplitz |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an in-depth analysis of the law as it applies to the admissibility of factual evidence in the Stonehill and Brooks's case. It discusses the potential consequences of pursuing certain courses of action in the pending litigation.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0260 | P |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Partial Memorandum | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the third page in a memorandum of greater length that appears to have been created so as to summarize the status of the Stonehill case with respect to both the criminal and civil tax litigation. Redacted portion discusses the reasoning behind actions taken by the DOJ attorney in the civil case and the potential impact on the criminal case of this course of action.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0265 & CCBox3-0266<br>CCBox3-0267 & CCBox3-0268 (Duplicate) | P |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memoranda | 9/15/1966<br>9/16/1966 (Date of Duplicate) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – William McAleer, Director, IRS Enforcement Div.<br>R – John Rogers, Director, Tax Court Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum discussing the use of evidence seized during the course of IRS raids of Philippine businesses associated with or owned by Stonehill and Brooks. Redacted portions refer to the litigation of a tax case against a third party taxpayer and contain identifying information of that taxpayer. Duplicate is identical except for the date.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0271<br>CCBox3-0275<br>CCBox3-0283 | P |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Partial Memorandum | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document consists pages three, seven and fifteen of a memorandum of greater length that discusses the tax liability of Stonehill and Brooks. Redacted portion reveals the fact of pending criminal prosecution and contains identifying information of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0309 & CCBox3-310 | P |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Partial Memorandum | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are pages four and five of a memorandum discussing several aspects of the cases pending against Stonehill, Brooks and three third party taxpayers. Redacted portions refer to the prosecutions of the third parties, contain identifying information of the parties and some of the information was obtained in connection with the criminal investigation of the parties.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0350 through CCBox3-0352 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 11/26/1968 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Lester Uretz, Chief Counsel<br>R – Mitchell Rogovin, Asst. Atty General DOJ |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page letter from IRS to DOJ discussing possible strengths and weaknesses of the Stonehill and Brooks's cases, as well as tax cases pending against two third party taxpayers. Document is used to forward documents for use in the proceedings and describe the potential litigation hazards with proceeding against the other taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-074 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Transmittal Slip | 4/3/1973 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Lester Uretz, Chief Counsel<br>R – Mitchell Rogovin, Asst. Atty General DOJ |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a State Department Transmittal Slip to the IRS concerning a newspaper article, the contents of which impacted litigation strategy and potential use of depositions in pending litigations.