| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-022 through CCBox7-024 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 2/9/1968 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(7)(D) - Confidential Informant | A – Revenue Service Representative Sterling Powers<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page memo memorializing the meeting between Powers and a confidential informant to obtain information concerning the business operations of Stonehill and Brooks. The confidential informant met with IRS personnel during the course of the investigation with the expectation that his/her identity would remain confidential. The informant told Powers that he/she feared for his/her safety and refused to meet at the US Embassy. Because of the financial nature of the information obtained, its release would reveal the informant's identity. The IRS cannot verify whether the informant is alive or dead.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-025<br>CCBox7-026 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 10/18/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Paul Stuchlak, Chief, Special Procedures<br>R – Special Procedures Staff |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are work orders to IRS employees to perform an investigation of two third party taxpayers in regards to their potential tax liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-027 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Report | 1/16/1974 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – P.A. Ruschenbaum, Investigator<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document discusses the results of an investigation and the resulting tax liability of a third party taxpayer.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-028 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 6/7/1968 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Esther Savitt, Tax Examiner<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter to the taxpayer concerning the receipt of payment for taxes due and owing the IRS.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-032 & CCBox7-033 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two pages of handwritten notes discussing the investigations and potential tax liability of six third party taxpayers, Stonehill and Brooks. Redacted portions contain identifying information and the fact of the investigation of the taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-039 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Office of Field Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the typewritten response to Document CCBox7-038. Contains a complete description of a tax case pending against two third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-040 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Unknown<br>R – Office of Field Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a synopsis of the Stonehill and Brooks cases to the date of the writing. Redacted portions contain the thought processes of the attorneys involved in the case regarding the assessments and their validity and the strategy and potential course of future litigation.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-097 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 7/25/1980 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Geoffrey Wood, Real Estate Broker<br>R – Stephen Erlich, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an offer from the broker to purchase property that is the subject of a lien pursuant to the proceedings against Stonehill or Brooks. Redacted portion is the handwritten notes of an IRS employee concerning the advice received from DOJ attorney Biggins regarding the offer and attempts to obtain other offers on the property.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-0103 & CCBox7-0112 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | 1/3/1989 – 1/26/1989 (0103)<br>12/22/1992 – 2/9/1993 (0112) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – 2 Unknown Authors<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the handwritten notes detailing the court orders and results of actions being taken during the case against Stonehill in states other than California. Appears to be two different attorneys' notes due to discussion of the court proceedings and conversations with DOJ attorneys. Redacted portions contain advice from DOJ attorney McCarthy to the regarding liens placed on certain properties that are the subject of the California litigation, *US v. Stonehill*, Case Number 65-127 (CDC), the likelihood of certain results and identifying information for three third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-0117 through CCBox7-0119 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 9/23/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Joe Murphy, Revenue Officer<br>R – Chief, Delinquent Accounts & Returns |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page letter briefing the recipient about information collected through an investigation of two third party taxpayers and a potential link between the two taxpayers and Stonehill and Brooks due to financial transactions. Document discusses the taxpayers, the validity of the transactions at issue and the information obtained for use in litigation.

**Stonehill FOIA – Chief Counsel Box 7**                                                                    6

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) | DATE |
|---|---|---|
| CCBox7-0120 | W | 9/16/65 |
| CCBox7-0121 | P | 9/7/65 |
| CCBox7-0122 (Duplicate 0123) | P | |
| CCBox7-0123 | P | 9/8/65 |
| CCBox7-0125 | P | 9/14-9/15/65 |
| CCBox7-0126 | W | 9/20/65 |
| CCBox7-0127 | P | 7/28-7/29/65 |
| CCBox7-0129 | P | 4/28/65 |
| CCBox7-0130 | P | 4/23-4/28/65 |
| CCBox7-0131 | P | 7/14/1965 |
| CCBox7-0132 (Duplicate 0127) | P | |
| CCBox7-0133 | P | 8/11/65 |
| CCBox7-0134 | P | ?/12/65 |
| CCBox7-0136 | P | 2/16-2/19/65 |
| CCBox7-0138 | P | 2/23/65 |
| CCBox7-0139 | P | 2/25-2/26/65 |
| CCBox7-0140 | P | 2/26-3/1/65 |
| CCBox7-0141 | P | 3/1-3/2/65 |
| CCBox7-0142 | P | 3/8-3/17/65 |

**TYPE OF DOCUMENT**

Notes

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown |
| (b)(5) – Attorney Work Product | R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are typewritten notes summarizing different litigation cases involving various third party taxpayers and the Stonehill and Brooks cases. Discusses liens and summons sent to witnesses for purposes of investigating possible connections between Stonehill and Brooks and various third parties, as well as investigating the third parties for their own tax liability. Redacted portions are the tax information of the third parties and contain identifying information and the fact of investigations of the taxpayers. Redacted portions on documents 127, 129 and 132 contain attorney work product; the portions discuss information requested by DOJ and particular return items that are the focus of further inquiry by the attorneys and would reveal the litigation strategy used in the case if produced.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-0175<br>CCBox7-0176 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 2/26/1986 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Kristine Roth, District Counsel, Foreign Oper.<br>R – Francise Jones, Special Procedures Staff |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an internal memo requesting information for the DOJ attorney for use in the litigation against Stonehill and Brooks. Number 0176 is an exact copy.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-0211 through CCBox7-0213 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 10/8/1990 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – John McCarthy, Litigation Counsel, DOJ Tax<br>R – George Sellinger, Branch Chief, CC International |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page letter discussing the computation of interest on monies due and owing from the Stonehill and Brooks's cases pending in the Northern District of California. Redacted portion contains McCarthy's thoughts regarding the success of different computation methods for the interest.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-0252 & CCBox7-0253<br>CCBox7-0254 & CCBox7-0255 (Duplicate)<br>CCBox7-0256 & CCBox7-0257 (Duplicate) | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 6/15/1992 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – John McCarthy, Litigation Counsel, DOJ Tax<br>R – Steven Lainoff, Associate CC, International |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter discussing an offer in compromise from Stonehill and Brooks. McCarthy provides his thoughts on the benefits and losses of accepting the offer. Contains identifying information of a third party taxpayer and the repercussions of the settlement in the investigation of the third party. Numbers 0254-0257 are exact copies.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-0263 & CCBox7-0264 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | March or April 1984 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Marlene Gross, District Counsel, Foreign Oper.<br>R – Glenn Archer, Asst. Atty General, DOJ Tax |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter discussing recent events in the Stonehill-Brooks litigation pending in the District Courts of Hawaii and California. Redacted portions are requests for documents for use in tax court litigation and the attorney's thoughts regarding strategic use of the documents and advice given by Counsel to IRS regarding actions to be taken with respect to accounts of Stonehill and Brooks.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-0274 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memo for File | 8/21/1980 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – SA Beesley<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is typed notes commemorating a meeting with DOJ Counsel to discuss the current status of the case and possible resolution to issues involving liens on property, accounts being held in escrow and the sale of certain real property.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-0465 through CCBox7-0468 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 9/24/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Sheldon Cohen, IRS Chief Counsel<br>R – Director, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a four page letter to International describing the various courses of action that can be taken in the proceedings against Stonehill and Brooks. Contains handwritten notes of counsel discussing the legal ramifications for the government if certain actions enumerated in the memo are taken.

**Stonehill FOIA – Chief Counsel Box 8**                                                                 1

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox8-0220 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| IRS Memorandum | 8/29/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with § 6103 | A – General Litigation Division<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document discusses a meeting with a third party taxpayer and the course of action that will need to be pursued in the criminal investigation of Stonehill in relation to developments concerning the third party taxpayer. The document reveals identifying information and was partially obtained during the course of a criminal investigation of the third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox8-0228 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT(S)** |
|---|---|
| IRS Memorandum | 3/26/1963 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Ross Thompson<br>R – IRS Representative in Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a directive to the Representative in Manila to complete tax forms with respect to three individuals. Redacted portion contains identifying information of two third party taxpayers.

**Stonehill FOIA – Chief Counsel Box 8**                                                                 2

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox8-0229 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT(S)** |
| IRS Memorandum | 1/17/1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Ross Thompson<br>R – IRS Representative in Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a directive to the Representative in Manila to complete tax forms with respect to two individuals. Redacted portion contains identifying information of one third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox8-0230 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| IRS Memorandum | 9/1972 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Gerald C. Huber<br>R – IRS Group Supervisor International |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a cover sheet used to transmit tax returns for named individuals including Stonehill and Brooks. Redacted portion contains identifying information for three third party taxpayers.

| **DOCUMENT NUMBER(S)** | **DATE** | **Author (A) & Recipient (R)** |
|---|---|---|
| Box18-0323 | 10/4/1967 | A – Donald Durkin, Chief Foreign Operations<br>R – Houstin Shockey, Director, Collection Lit. |
| Box18-0324 | 9/27/1967 | A – SA Walter Okumoto<br>R – Director, International Operations |
| Box18-0338 | 8/11/1967 | A – W.D. Christie, Chief, Foreign Operations<br>R – Houstin Shockey, Director, Collection Lit. |
| Box18-0339 & Box18-0340 | 8/4/1967 | A – SA Walter Okumoto<br>R – Chief, Foreign Operations Division |
| Box18-0341 | 8/4/1967 | A – Robert Black, Chief, Intelligence Division<br>R – Chief, Foreign Operations Division |

| **BASIS FOR WITHHOLDING** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| (b)(5) – Attorney Work Product | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memos forwarding attachments at the request of counsel to be turned over to DOJ for use in the litigation against Stonehill and Brooks or (document 0341) discussing a requested document that did not exist. Memos detail certain information about the requests and availability of witnesses and current locations of documents and agents.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box18-0531 through Box18-0538<br>Box18-0541 through Box18-0549<br>Box18-0659 through Box18-0669<br>Box18-0671 & Box18-0673 through Box18-0677<br>Box18-1051 through Box18-1062 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Notes | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – CC or DOJ Attorney<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the handwritten and typed notes of deposition questions and possible answers. Contains references to subpoenaed documents. Witnesses to be deposed are Mrs. Lu Richards, Cecil Saunders and William Saunders.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box18-0705 through Box18-0723 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – John J. McCarthy, DOJ Attorney<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are handwritten notes and appear to be McCarthy's as they are marked with a stamp of his name. The notes are related to the litigation of Stonehill and Brooks and contain the attorney's mental impressions of the case and litigation strategies. There are dates on the documents but are the attorney creating a timeline of events rather than dates of events occurring contemporaneously with the writing of the notes.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box18-0842 through Box18-0844 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – DOJ or CC Attorney<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the handwritten notes of an attorney (based on the content of the writings) which appear to be keeping track of the contents of witness file folders to use during trial.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box18-0946 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Note | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document a handwritten note regarding communications sent to DOJ for use at trial.


| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box18-0976 through Box18-1050 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Deposition Transcript | 07/15/66 & 07/18/66 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with<br>Fed. R. Crim. P. 6(e)<br>(b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Deposition testimony for two (2) witnesses which occurred before the Grand Jury that indicted Stonehill and another third party taxpayer for evasion of Universal New York's income tax.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box18-0680 through Box18-0683 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Attorney<br>R – Unknown |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are the handwritten questions for use during either a deposition for or the trial of Stonehill and Brooks

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box21-1194 through Box21-1211 | W |
| Box21-1212 through Box21-1214 | |
| Box21-1215 through Box21-1222 | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | Undated |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & REGARDINGCIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – George J. LeBlanc |
| | R – Third Party Taxpayer Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 1194-95, 1196-97, 1198-99 are copies of the same two-page letter that references a letter sent by a third party taxpayer's legal representative on Dec. 18, 1965 concerning of the taxpayer's U.S. income tax liability case of the third party taxpayer. Documents 1200-1211 are copies of page 2 of the letter. Documents 1212-1214 is a handwritten rough draft of the letter. Documents 1215-1222 are copies of page 1 of the typewritten letter. The documents contain information pertaining to the tax liability of the third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box21-1223 through Box21-1239 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letters and Memoranda | 3/14/1966-3/21/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & REGARDINGCIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – George J. LeBlanc |
| | R – Third Party Taxpayer Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are letters dated in 1966, from the third party taxpayer's representative sent to IRS Counsel LeBlanc, LeBlanc's reply letter and the memorandum forwarding the letters from LeBlanc to DOJ. The documents contain the return information of the third party taxpayer. There are several copies of each as well as copies of the envelopes in which the letters were sent.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box21-1240 through Box 21-1264 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letters and Memoranda | 9/1965 – 3/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & REGARDINGCIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Various Foreign Country Officials　　Attorney, Public Administrator, New York County<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are letters and memoranda being sent to the IRS concerning a third party taxpayer and providing information about the third party's tax liability in the U.S. and abroad.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box21-1271 through Box21-1276 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 3/29/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & REGARDINGCIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – George LeBlanc, Chief, Tax Court Division CC<br>R – Third Party Taxpayer Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a one-page letter and several copies of that letter. Letter is addressed to a third party taxpayer's representative regarding the investigation of the third party taxpayer's U.S. income tax liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box21-1277 through Box21-1292 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 3/21/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & REGARDINGCIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer Representative<br>R – George LeBlanc, Chief, Tax Court Division CC |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a five-page letter, a copy of that letter, a partial copy of the letter, and a copy of the transmittal envelope. Letter is from the representative regarding the investigation of a third party taxpayer's U.S. income tax liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box21-1293 through Box21-1545 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter and attachments drawn from an administrative file | 3/22/1965 (Date of Initial Letter) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & REGARDINGCIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Various<br>R – John Rogers, Director, Tax Court Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents consist of a one-page letter and attachments to that letter that are referred to in the letter as administrative files with respect to litigation involving a third party taxpayer. The administrative file information consists of several types of documents with respect to the tax liability of a third party taxpayer including, but not limited to, letters to and from the third party taxpayer, tax returns, and investigative reports.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box21-1917 through Box21-1931 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & REGARDINGCIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are handwritten notes about a third party taxpayer's account, potential sources of income for the taxpayer, and attempts to negotiate possible settlements of the taxpayer's outstanding tax liability. Information is likely part of the aforementioned administrative file.