IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAULINE STONEHILL, Co-executor )
and Co-special administrator of the )
Estate of Harry S. Stonehill, )
                                                  )
       Plaintiff, )
                                                  )
   v. )      NO. 1:06-cv-00599 JDB
                                                 )
INTERNAL REVENUE SERVICE, )
                                               )
       Defendant. )

**NOTICE OF FILING ERRATA RE: AMENDED SECOND MOTION FOR
EXTENSION OF TIME**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that on February 8, 2007, the Internal Revenue Service filed and served a Second Motion for Extension of time. The following errors were corrected:

- The second declaration of Krista Piersol stated that approximately 600 documents were sent to the CIA for review and redaction due to a potential compromise of national security (2d Piersol Decl. ¶2(2)). Piersol's declaration was amended to properly reflect the number of pages of documents that were sent to the CIA;

- In paragraph 4 (b) of its memorandum in support of the United States' motion for extension of time, the United States cited Piersol's declaration. The memorandum was amended to reflect the proper amount of pages of documents that were sent to the CIA.

- The motion and memorandum referenced the United States as the defendant; however, the Internal Revenue Service is the correct party to this action.

- In paragraph 3 (c) of the memorandum, the month and year that the flooding of the National Office occurred was added.

      For the Court's convenience, attached as <u>Exhibit 1</u> is the fully revised amended second motion for extension of time and supporting memorandum and attached as <u>Exhibit 2</u> is the fully revised second declaration of Krista Piersol and, which reflect the changes referenced above.

Date: February 12, 2007.

                                            Respectfully submitted,

                                            <u>/s/ Brittney N. Campbell</u>
                                            DAVID KATINSKY
                                            BRITTNEY N. CAMPBELL
                                            Trial Attorneys, Tax Division
                                            U. S. Department of Justice
                                            Post Office Box 227
                                            Washington, DC  20044
                                            Telephone:  (202) 353-2260

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing Notice of Filing Errata Re: Amended Second Motion for Extension of Time was caused to be served upon plaintiff's counsel on the 12th day of February, 2007, by depositing a copy thereof in the United States' mail, postage prepaid, addressed to:

        JOHN R. GERSTEIN
        ROBERT E. HEGGESTAD
        JONATHAN COHEN
        Ross, Dixon & Bell, LLP
        2001 K Street, N.W.
        Washington, D.C. 20006-1040.

                /s/ Brittney N. Campbell
                BRITTNEY N. CAMPBELL