# EXHIBIT 3



U.S. Department of Justice

**Tax Division**

Facsimile No. (202) 307-0054
Trial Attorney: Charles Duffy
Attorney's Direct Line: (202) 307-6406

Please reply to: Civil Trial Section, Western Region
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044

EJO'C:RSW:CDuffy
5-11-2364
CMN 1980111296

April 14, 2006

**BY COURIER**

Robert E. Heggestad, Esquire
Ross, Dixon & Bell, LLP
2001 K Street, NW
Washington D.C. 20006-1040

Re:    United States of America v. Stonehill\Brooks
       Case No. 65-127 (USDC C.D. California)

Dear Mr. Heggestad:

Enclosed are documents that we are producing pursuant to the Court's December 20, 2005 order. As indicated below, some of the documents were redacted by the Central Intelligence Agency ("CIA") pursuant to the Court's December 20, 2005 order (see pages 6-8) and the in camera review that took place regarding such documents. Subsequent to the in camera review, the CIA made redactions to the subject documents and de-classified the remaining parts of the same.

The United States Department of Justice also made redactions on the below-referenced documents based on the scope and relevance rulings in the Court's December 20, 2005 Order (see pages 8-9).

Except for the document described in number 7, below, all of the documents produced herewith are privileged documents (i.e., documents prohibited from disclosure based on the attorney-client privilege and attorney work product privileges). However, the United States did not withhold any portion of the referenced documents based on these privileges. Despite that, our intent is to preserve the privileges and they are noted below.

The following documents, as redacted, are produced herewith by the Government:

| | | |
|---|---|---|
| 1. | Bates-stamp # IRS Chief Counsel ("CC") Box 2, pages 008-050.<br><br>(CIA redactions are dark markings; DOJ redactions are marked in right margin) | **Objections by United States:** (1) the CIA has made redactions on the document; (2) the Government previously withheld the document based on the attorney work product privilege; and (3) the document is protected from disclosure based on the attorney-client privilege since it sets forth communications between IRS counsel and an IRS employee. |
| 2. | **Bates-stamp # CC Box 2, pages 081-104.**<br><br>(CIA redactions are dark markings; DOJ redactions are marked in right margin) | **Objections by United States:** (1) the CIA has made redactions on the document; (2) the Government previously withheld the document based on the attorney work product privilege; and (3) the document is protected from disclosure based on the attorney-client privilege. |
| 3. | **Bates-stamped CC Box 7, pp. 001-021 (a copy of an unsigned version of this document is Bates-stamp # CC Box 7, pages 152-172).**<br><br>(All redactions, except for a few small redactions made by the FBI during the administrative FOIA process, were made by the CIA) | **Objections by United States:** (1) The CIA has made redactions on the document; and (2) the Government previously withheld the document based on the attorney work product privilege. |
| 4. | **Bates-stamp # CC Box 2, pages 115-232 (another copy Bates-stamp # CC Box 2, pages 569-686;[1] another copy Bates-stamp # CC Box 2, pages 696-813).**<br><br>(CIA redactions are dark markings; DOJ redactions are marked in right margin) | **Objections by United States;** (1) the CIA has made redactions on the document; (2) the Government previously withheld the document based on the attorney work product privilege; and (3) the document is protected from disclosure based on the attorney-client privilege. |

[1]There are handwritten notations apparently referenced United States Government officials on Bates-stamp pages 574, 575, 576, 577, 578, 579, 580, 581, 582, 583, 635, 638 and 645. These pages are referenced in number 5, below.

1648690.1

| 5. | **Bates-stamp # CC Box 2, pages 574, 575, 576, 577, 578, 579, 580, 581, 582, 583, 635, 638, 645.** | **Objections by the United States:** (1) The CIA has redacted the handwritten notations on the referenced pages; and (2) . The other objections and privileges set forth in the log for document number 4, above, also apply to the referenced pages. |
|---|---|---|
| 6. | **Bates-stamp # CC Box 2, pages 106-114; (another copy Bates-stamp # CC Box 2, pages 687-695).**<br><br>(CIA redactions are dark markings; DOJ redactions are mostly marked in right margin) | **Objections by the United States:** (1) the CIA has made redactions on the document; (2) the Government previously withheld the document based on the attorney work product privilege; and (3) the document is protected from disclosure based on the attorney-client privilege. |
| 7. | **Bates-stamp # CC Box 4, page 0964.**<br><br>(CIA redaction is a dark marking) | **Objection by the United States:** The CIA has redacted part of the document. |
| 8. | **Bates-stamp # Box 84, pages 246-248.**<br><br>(CIA redaction - a dark marking - made on Bates # 246; no DOJ redactions) | **Objections by the United States:** (1) the CIA has made redactions on the document; (2) the Government previously withheld the document based on the attorney work product privilege; and (3) and the attorney-client privilege. |
| 9. | **Bates-stamp # Box 84, page 249.**<br><br>(One CIA redaction - a dark marking; DOJ redaction in left margin) | **Objections by the United States:** (1) the CIA has made redactions on the document; (2) the Government previously withheld the document based on the attorney work product privilege; and (3) and the attorney-client privilege. |
| 10. | **Bates-stamp # IRS Chief Counsel CC Box 2, pages 001-007.**<br><br>(All redactions are DOJ redactions) | **Objection by the United States:** The Government previously withheld the document based on the attorney work product privilege. |
| 11. | **Bates-stamp # IRS Box A-Misc. 1089-1096.**<br><br>(All redactions are DOJ redactions) | **Objection by the United States:** The Government previously withheld the document based on the attorney work product privilege. |

In its December 20, 2005 order, the Court also addressed documents withheld by the United States under 26 U.S.C. § 6105 (Confidentiality of Information Arising Under Treaty Obligations). *See* the order, page 6. Regarding the Section 6105 documents, the Court denied the defendants' motion to compel. However, the Court indicated that it wanted more information

1648690.1

regarding whether the Government's Competent Authority was going to authorize the release of any of the Section 6105 documents that have not already been produced in this case.

The Government has produced many documents previously withheld under Section 6105 documents during the last year as the Competent Authority has given the authority for the release of such information. *See* U.S. Ex. 674 filed on or about July 29, 2005 (copy of DOJ letter dated July 28, 2005), defendants' Exhibit A filed with their September 1, 2005 supplement (copy of DOJ letter dated August 29, 2005); and defendants' Exhibit A filed with their December 16, 2005 supplement (copy of DOJ letter dated December 16, 2005). The Competent Authority has not authorized the release of any further documents that were previously withheld under Section 6105.

Finally, I have noticed that you have been sending letters to me almost daily in which you want me to, among other things, verify facts (*e.g.*, your March 27, 2006 letter) within time deadlines that you set. Please note that I have not responded to most of the letters since I have been focusing on trying to meet the Court's deadlines. You should not take my non-responsiveness to your letters (now and in the future) to mean that I have verified, or agree with, anything set forth therein.

Sincerely yours,

CHARLES M. DUFFY
Trial Attorney
Civil Trial Section, Western Region

1648690.1