# EXHIBIT 4

# SUPPLEMENTAL PRIV. LOG 1
## (AS AMENDED - AUGUST 27, 2004)

AUGUST 20, 2004 SUPPLEMENTAL PRIVILEGE LOG WHICH PROVIDES ADDITIONAL DESCRIPTIVE INFORMATION RELATING TO DOCUMENTS FOR WHICH ATTORNEY CLIENT AND ATTORNEY WORK PRODUCT PRIVILEGES WERE PREVIOUSLY RAISED

IRS BOXES: CHIEF COUNSEL MISCELLANEOUS BOX; AND CHIEF COUNSEL BOXES 1-6.

BOX  **Chief Counsel Box 2**

PRIVILEGE LOG

RE: *United States v. Harry S. Stonehill, et al.*

| Document Bates # | Document Description | W/P (Withheld in Full (W) or Partially Withheld (P)) | Objection/Privilege: 26 U.S.C. § 6103 | Objection/Privilege: 26 U.S.C. § 6105 | Objection/Privilege: Attorney-client | Objection/Privilege: Attorney work product | Objection/Privilege: Other |
|---|---|---|---|---|---|---|---|
| 001-007 | Attorney notes of conversation with FBI Agent (HAWLEY) for use in litigation. (DATE APPEARS TO BE FEBRUARY, 1966 WHICH WOULD HAVE BEEN AROUND THE DATE THAT THE NEWCOMB AFFIDAVIT WAS FILED IN THE CRIMINAL CASE; AUTHOR UNKNOWN) | W | | | | x | |
| 008-050 | Attorney notes of conversation with IRS Agent (APPEARS TO BE RAGLAND) for use in litigation (AUTHOR UNKNOWN; APPEARS TO RELATE TO NEWCOMB AFFIDAVIT WHICH WAS FILED IN CRIMINAL CASE IN LATE 1965 OR 1966) | W | | | | x | |

- 46 -

| Document Bates # | Document Description | W/P (Withheld in Full (W) or Partially Withheld (P)) | Objection/Privilege: 26 U.S.C. § 6103 | Objection/Privilege: 26 U.S.C. § 6105 | Objection/Privilege: Attorney-client | Objection/Privilege: Attorney work product | Objection/Privilege: Other |
|---|---|---|---|---|---|---|---|
| 106-114 | Chief Counsel memo dated March 9, 1966 (FROM MCALEER TO ROGOVIN) discussing position (S) (AND ISSUES) in (THE CRIMINAL AND CIVIL) case (S). (THE MEMO APPEARS TO REFERENCE THE DOCUMENT WITH BATES 115-232, BELOW; THE ISSUES DISCUSSED RELATE TO THE NEWCOMB AFFIDAVIT THAT WAS FILED IN THE CRIMINAL CASE) | W | | | | x | ALSO SENT/TO BE SENT TO THE CIA TO DETERMINE IF OTHER PROPER PRIVILEGES/ OBJECTIONS APPLY |
| 115-232 | Chief Counsel memo ("MEMORANDUM OF FACT AND LAW") dated March 4, 1966, discussing position (S) (AND LEGAL ISSUES) in case (RECOMMENDATIONS REGARDING THE CRIMINAL CASE ARE SET FORTH AND ISSUES RAISED IN THE NEWCOMB AFFIDAVIT ARE ADDRESSED) | W | | | | x | ALSO SENT/TO BE SENT TO CIA TO DETERMINE IF OTHER PROPER PRIVILEGES/ OBJECTIONS APPLY |

- 48 -

# SUPPLEMENTAL PRIV. LOG 3

**AUGUST 27, 2004 SUPPLEMENTAL PRIVILEGE LOG WHICH PROVIDES ADDITIONAL DESCRIPTIVE INFORMATION RELATING TO DOCUMENTS FOR WHICH ATTORNEY CLIENT AND ATTORNEY WORK PRODUCT PRIVILEGES WERE PREVIOUSLY RAISED**

**BOXES: CHIEF COUNSEL BOXES 7-8; IRS BOXES 1, 2, 3, 4, 5, 7, 13 AND 14.**

# BOX CHIEF COUNSEL BOX 7

PRIVILEGE LOG

RE: *United States*
v.
*Harry S. Stonehill, et al.*

| Document Bates # | Document Description | W/P (Withheld in Full (W) or Partially Withheld (P) | Objection/Privilege: | Objection/Privilege: | Objection/Privilege: | Objection/Privilege: | Objection/Privilege: |
|---|---|---|---|---|---|---|---|
| | | | 26 U.S.C. § 6103 | 26 U.S.C. § 6105 | Attorney-client | Attorney work product | Other |
| 001-021 | (REDACTED COPY OF) February 21, 1966 IRS Enforcement Attorney's memo of conference re: interview by DOJ (AND IRS) of CIA Agent for litigation (DOJ, IRS, CIA ATT'S PRES.) | W | | | | X | CIA has also redacted portions (THOSE PRIVILEGES AND OBJECT'S APPLY) |

-1-

| Document Bates # | Document Description | W/P (Withheld in Full (W) or Partially Withheld (P) | Objection/Privilege: | Objection/Privilege: | Objection/Privilege: | Objection/Privilege: | Objection/Privilege: |
|---|---|---|---|---|---|---|---|
| 152-172 | February 21, 1966 IRS attorney memo of conference at which DOJ attorneys interviewed CIA agent for litigation (UNREDACT. AND UNSIGNED COPY OF 001-021, ABOVE) | W | 26 U.S.C. § 6103 | 26 U.S.C. § 6105 | Attorney-client | Attorney work product X | Other CIA OBJECT'S/ PRIVIL'S APPLY |
| 175-176 | Two copies of February 27, 1986 memo describing DOJ request for information | W | | | | X | |

-11-

# SUPPLEMENTAL PRIV. LOG 5

**OCTOBER 4, 2004 SUPPLEMENTAL PRIVILEGE LOG WHICH PROVIDES ADDITIONAL DESCRIPTIVE INFORMATION RELATING TO DOCUMENTS FOR WHICH ATTORNEY CLIENT AND ATTORNEY WORK PRODUCT PRIVILEGES WERE PREVIOUSLY RAISED**

**BOXES: IRS BOXES 16 - 85.**

BOX 16

PRIVILEGE LOG

RE: *United States*
v.
*Harry S. Stonehill, et al.*

| Document Bates # | Document Description | W/P (Withheld in Full (W) or Partially Withheld (P) | Objection/Privilege: 26 U.S.C. § 6103 | Objection/Privilege: 26 U.S.C. § 6105 | Objection/Privilege: Attorney-client | Objection/Privilege: Attorney work product | Objection/Privilege: Other |
|---|---|---|---|---|---|---|---|
| 024-030 | Third Party Taxpayer Return Information ("TPTRI") | P | x | | | | |
| 035-036 | TPTRI | P | x | | | | |
| 038 | TPTRI | P | x | | | | |
| 039 | TPTRI | P | x | | | | |
| 053 | TPTRI | P | x | | | | |
| 076 | TPTRI | P | x | | | | |

| Document Bates # | Document Description | W/P (Withheld in Full (W) or Partially Withheld (P) | Objection/Privilege: 26 U.S.C. § 6103 | Objection/Privilege: 26 U.S.C. § 6105 | Objection/Privilege: Attorney-client | Objection/Privilege: Attorney work product | Objection/Privilege: Other |
|---|---|---|---|---|---|---|---|
| 079 | Handwritten notes of IRS attorney Huckabee, containing impressions. (APPEARS TO BE HUCK'S HANDWRIT.) | W | | | | x | (ALSO SENT TO CIA FOR CLEAR.) |
| 080-083 | Handwritten notes (APPAR.) by IRS attorney Huckabee, containing impressions | W | | | | x | (ALSO SENT TO CIA FOR CLEAR.) |

-2-