# EXHIBIT 5



U.S. Department of Justice

Tax Division

*Facsimile No. (202) 307-0054*
*Trial Attorney: Charles Duffy*
*Attorney's Direct Line: (202) 307-6406*

*Please reply to:* Civil Trial Section, Western Region
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044

EJO'C:RSW:CDuffy
5-11-2364
CMN 1980111296

October 22, 2004

**BY COURIER**

Robert E. Heggestad, Esquire
Ross, Dixon & Bell, LLP
2001 K Street, NW
Washington D.C. 20006-1040

   Re:   United States of America v. Stonehill\Brooks
         Case No. 65-1271 (USDC C.D. California)

Dear Mr. Heggestad:

   Previously, I represented that we would continue to supplement descriptions of the documents withheld from the subject Internal Revenue Service ("IRS") boxes at issue in this case. To that end, enclosed please find the following additional supplemental log:

   **Supplemental Privilege Log 7.** This log sets forth additional descriptive information relating to withheld documents for which objections were made pursuant to 26 U.S.C. §§ 6103 and 6105. The withheld documents addressed in the log are from IRS boxes: 30, 31, 33, 34, 43, 57 and 59.

   I also received your letter October 14, 2004 letter and the enclosed privileged logs that you highlighted with yellow and blue markings. We are exploring whether we will propose a process through which you can view some of the "yellow-marked documents" that are referenced in the highlighted logs on the condition that there would be no implied or express waiver of applicable privileges and objections by the United States. My hope is that the process will result in the elimination of many withheld or redacted documents from the universe of documents that hereafter may be at issue before the Court based on a discovery motion.

   By the end of next week, I hope to send you a draft stipulation which will set forth up parameters for the viewing process. Also, by that time, I hope to send you the remaining supplemental logs.

   In your September 28, 2004 letter, you stated that you would like to take depositions of various retired Government officials, assuming that they are still alive. I have made preliminary inquiries as to some of the referenced individuals. I recently had a brief telephone conversation with one of the individuals - Donald F. Durkin. It appears that he is 81, has been retired from the

- 2 -

IRS since 1974 and does not recall the *Stonehill* case. It appears you will have to obtain a court order to take depositions since none of the orders entered since the remand permit you to do so.

In your October 12, 2004 letter, you requested that I follow-up with the Central Intelligence Agency ("CIA") regarding documents that were referred to it. I have done so and it appears that the CIA will be finished with their review of the referenced documents in the near future.

If you have any questions or comments, please call me at (202) 307-6406.

Sincerely yours,

CHARLES M. DUFFY
Trial Attorney
Civil Trial Section, Western Region