# EXHIBIT 7

**Stonehill FOIA – MISC Box**                                              1

**DOCUMENT NUMBER(S)**              **WITHHELD IN FULL (W) OR IN PART (P)**

Misc-0388 & Misc-0389              W

**TYPE OF DOCUMENT**                **DATE OF DOCUMENT**

Memorandum                         8/2/1966

**BASIS FOR WITHHOLDING**           **AUTHOR (A) & RECIPIENT (R)**

(b)(5) – Attorney Work Product     A – John Donihee, Attorney
(b)(3) in conjunction with § 6103  R – File

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is page two and three of a memo documenting a meeting with IRS and DOJ
personnel discussing the cases pending against Stonehill and Brooks. Discusses litigation
strategies, in particular statutes of limitations, depositions of potential witnesses and
evidentiary issues. Portions of the document contain third party taxpayer information
concerning taxpayer's potential criminal prosecution for tax evasion.

**DOCUMENT NUMBER(S)**              **WITHHELD IN FULL (W) OR IN PART (P)**

Misc-0396                          W

**TYPE OF DOCUMENT**                **DATE OF DOCUMENT**

Memorandum                         2/23/1966

**BASIS FOR WITHHOLDING**           **AUTHOR (A) & RECIPIENT (R)**

(b)(5) – Attorney Work Product     A – Harold Wallace, Senior Coordinator
(b)(3) in conjunction with § 6103  R – File

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the second page of a memo discussing the legalities of a subpoena issued by the
attorney for Stonehill and Brooks requesting the testimony of IRS agents and for them to
produce certain documents. Contains the names of two third party taxpayers that are also
under investigation for tax evasion.

**Stonehill FOIA – MISC Box** 2

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Misc-0403 through Misc-0410 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten Notes | 12/16/1970 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Unknown |
| | R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is eight pages of notes prepared in anticipation of litigation and is a list of potential witnesses and possible exhibits that would be introduced through each witness. Exhibits are listed by number and description.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Misc-0411 & Misc-0412 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Unknown |
| | R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is two pages of legal analysis concerning the Attorney-Client Privilege and Marital Privilege. Describes the necessary elements of each privilege and the potential for use of these privileges in the Stonehill litigation.

**Stonehill FOIA – MISC Box**                                                    3

**DOCUMENT NUMBER(S)**

Misc-0440 through Misc-0445

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**TYPE OF DOCUMENT**

Handwritten Notes

**DATE OF DOCUMENT**

9/19/1974 through 11/1974

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

**AUTHOR (A) & RECIPIENT (R)**

A – Chief Counsel Attorney
R – File

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the handwritten notes of counsel which document and analyze potential issues raised during the preparation of the Stonehill case and possible resolutions. Records advice received from DOJ Attorneys Biggins and McCarthy. Issues include trial testimony of witnesses and evidence that needs to be reviewed in preparation for trial. Section 6103 (pages 0440-0443) information contains identifying information of two third party taxpayers and indicates that those individuals are the subjects of a tax investigation.


**DOCUMENT NUMBER(S)**

Misc-0489

**WITHHELD IN FULL (W) OR IN PART (P)**

P

**TYPE OF DOCUMENT**

Transmittal Memorandum

**DATE OF DOCUMENT**

8/7/1968

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**AUTHOR (A) & RECIPIENT (R)**

A – Houstin Shockey, Chief, International Operations
R – John McCarthy, DOJ Chief Gen. Litigation Sec.

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the cover sheet for documents being sent from the IRS to DOJ that pertain to the litigation of Stonehill, Brooks and a third party taxpayer. Redacted information is the name of the third party taxpayer.

**Stonehill FOIA – MISC Box**                                                    **4**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Misc-0490 through Misc-0492 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Notes | 2/23/1965 – 3/17/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – CC Attorney<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is three pages of typewritten notes of the attorney's daily activities in regards to the various cases on his/her docket. Redacted information is the names of the third party taxpayers and discusses investigations of the taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Misc-0494 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Routing Memorandum | 9/6/1974 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – G. Peternick<br>R – E. Meyers |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is forwarding a memorandum from Chief Counsel concerning the Stonehill litigation and that of a third party taxpayer. Redacted information is the name of the third party.

**DOCUMENT NUMBER(S)**

Misc-0497

**TYPE OF DOCUMENT**

Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

**WITHHELD IN FULL (W) OR IN PART (P)**

P

**DATE OF DOCUMENT**

7/25/1966

**AUTHOR (A) & RECIPIENT (R)**

A – Office of International Operations
R – Harlow Huckabee, Director, Enforcement Division

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum forwarding returns requested for purposes of litigation for
Stonehill, Brooks and two third party taxpayers.  Redacted information is the names of the third
parties and the tax return information.

**DOCUMENT NUMBER(S)**

Misc-0548
Misc-550 & Misc-551

**TYPE OF DOCUMENT**

Routing Memorandum, Letter

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

2/5/1974

**AUTHOR (A) & RECIPIENT (R)**

A – Houstin Shockey, Chief, International Operations
R – Stanley Krysa, Attorney, DOJ Tax

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo and forwarding from CC to DOJ about a third party taxpayer and the
litigation against the taxpayer; 550 and 551 are the letter itself.

**Stonehill FOIA – MISC Box**    6

**DOCUMENT NUMBER(S)**                **WITHHELD IN FULL (W) OR IN PART (P)**

Misc-0554                            P

**TYPE OF DOCUMENT**                 **DATE OF DOCUMENT**

Memorandum                           1/10/1967

**BASIS FOR WITHHOLDING**            **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103    A – B. Aneed, IRS Attorney
                                     R – File

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten memo to the file discussing the next steps the IRS will take in regards to the investigation and future audits of Stonehill, Brooks and two third party taxpayers. Redacted information is the names of the third parties.


**DOCUMENT NUMBER(S)**                **WITHHELD IN FULL (W) OR IN PART (P)**

Misc-0614 & Misc-0615                P

**TYPE OF DOCUMENT**                 **DATE OF DOCUMENT**

Memorandum                           Unknown

**BASIS FOR WITHHOLDING**            **AUTHOR (A) & RECIPIENT (R)**

(b)(5) – Attorney Work Product       A – John McCarthy, DOJ Chief Gen. Litigation Sec.
                                     R – Unknown IRS Personnel

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are pages two and three of a three page letter discussing the legal options of the receiver and the United States in regards to the sale of property that was taken as part of the proceedings in Stonehill in order to satisfy the tax judgment. Redacted portions contain the actual analysis of each option and the benefit/detriment to the IRS if each is pursued.

**Stonehill FOIA – MISC Box**                                                          **7**

**DOCUMENT NUMBER(S)**

Misc-0620 & Misc-0621

**TYPE OF DOCUMENT**

Letter

**BASIS FOR WITHHOLDING**

(b)(5) – Attorney Work Product

**WITHHELD IN FULL (W) OR IN PART (P)**

P

**DATE OF DOCUMENT**

6/15/1992

**AUTHOR (A) & RECIPIENT (R)**

A – John McCarthy, DOJ Chief Gen. Litigation Sec.
R – Steven Lainoff, Assoc. CC International

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter that discusses an offer in compromise submitted by Brooks in the District Court of Hawaii tax litigation. Redacted information contains the analysis and recommendations from the DOJ attorney to the CC's office regarding the acceptance of the offer and its potential impact on related litigation.

**DOCUMENT NUMBER(S)**

Misc-0622 through Misc-624

**TYPE OF DOCUMENT**

Memorandum

**BASIS FOR WITHHOLDING**

(b)(5) – Attorney Work Product

**WITHHELD IN FULL (W) OR IN PART (P)**

P

**DATE OF DOCUMENT**

10/18/1990

**AUTHOR (A) & RECIPIENT (R)**

A – John McCarthy, DOJ Chief Gen. Litigation Sec.
R – George Sellinger, Branch Chief, CC International

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page letter from DOJ counsel to CC discussing the District Court case in California and the Defendant's motion to have judgments marked as satisfied based on prior payments. Redacted information is the legal analysis, thought process and recommendations regarding the defense of the motion and the computation of interest options on the judgments available to the IRS.

**Stonehill FOIA – MISC Box**                                                                    8

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Misc-0780 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| IRS Memorandum | 7/30/1986 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with § 6103 | A – Louis Hobbie, Dir. Office of Foreign Programs<br>R – Associate Chief Counsel of International |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a response memo to a request submitted by John McCarthy, DOJ seeking information about open escrow accounts in the Stonehill and Brooks's litigation. It discusses the status of the accounts and changes that will need to be made to the accounts. Contains identifying information for two third party taxpayers.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Misc-0897 through Misc-0902 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Interest Calculation Sheets | Approximately the fall of 1986 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Unknown<br>R – Associate Chief Counsel of International |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document was prepared in response to a request from Counsel for determinations in the amount of interest possible in the Stonehill and Brooks litigation. Based on other documents contained within the files it is apparent that these calculations were ran at the request of DOJ counsel to be used in the ongoing litigation.

**Stonehill FOIA – MISC Box**                                    9

**DOCUMENT NUMBER(S)**

Misc-0989 through Misc-0991

**TYPE OF DOCUMENT**

Handwritten Notes

**BASIS FOR WITHHOLDING**

(b)(5) – Attorney Work Product

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

Partial Date of 9/6 (Probably 1986)

**AUTHOR (A) & RECIPIENT (R)**

A – Unknown CC Attorney
R – File

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is three pages of handwritten notes analyzing possible interest calculations on the monies owing in the Stonehill and Brooks litigations pursuant to the Regulations.

**DOCUMENT NUMBER(S)**

Misc-0993

**TYPE OF DOCUMENT**

IRS Letter

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

Unknown

**AUTHOR (A) & RECIPIENT (R)**

A – Associate Chief Counsel of International
R – Loretta Argrett, Asst. Attorney General DOJ Tax

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a the first page of a letter providing factual background to the DOJ attorney in a lawsuit filed against the United States by a third party taxpayer. Document contains identifying information and information pertaining to a tax litigation involving the third party.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Misc-0995 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 12/15/1994 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Unknown IRS Attorney<br>R – George (more than likely Sellinger based on content of the letter) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a the first page of an informal letter providing updates on a variety of cases, as well as legal analysis and the thought processes of the attorney concerning issues involving parties living inside and outside the United States, the United Kingdom and other countries. Cases being updated involve two third party taxpayers and contain identifying information of the parties.

**DOCUMENT NUMBER(S)**

CCBox1-057

**TYPE OF DOCUMENT**

Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103(a)

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

6/27/1966

**AUTHOR (A) & RECIPIENT (R)**

A – Donald Durkin, Chief, Foreign Operations Division
R – H. M. Huckabee, Chief Counsel Attorney

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is transmittal memorandum used to transmit to the Office of Chief Counsel the tax returns of five third party taxpayers; it names the taxpayers and identifies the tax forms, tax years, and return numbers.

**DOCUMENT NUMBER(S)**

CCBox1-059 & CCBox1-060
CCBox1-068 & CCBox1-069 (duplicate)

**TYPE OF DOCUMENT**

Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103(a)
(b)(5) – Deliberative process

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

12/20/73

**AUTHOR (A) & RECIPIENT (R)**

A – Houstin Shockey, Chief, International Operation
R – General Litigation Division, cc:  DOJ General Litigation Section, Tax Division

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document discusses the filing history and tax liability of a third party taxpayer; it names the taxpayer and contains details of the taxpayer's filing history and tax liability, and it requests that the recipient take specified actions regarding the taxpayer's liability.

**Stonehill FOIA – Chief Counsel Box 1**                                        2

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-061 through CCBox1-065 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letters, Check, Tax Form, IRS Notice of payment due | 12/10/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Third Party Taxpayer<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are letters to IRS from a third party taxpayer relating to taxpayer's liability, a check to the IRS, and a copy of an IRS notice of payment due.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-066 & CCBox1-067 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 5/15/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Revenue Agent (RA) Ralph Coston<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter to a third party taxpayer discussing the third party's tax liability.

**Stonehill FOIA – Chief Counsel Box 1**                                          3

**DOCUMENT NUMBER(S)**              **WITHHELD IN FULL (W) OR IN PART (P)**

CCBox1-070                          W

**TYPE OF DOCUMENT**                **DATE OF DOCUMENT**

Letter                              1/23/1974

**BASIS FOR WITHHOLDING**           **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103(a)    A – D.W. Sherman, Chief, Special Procedures Staff,
                                        IRS
                                        R – Third Party Taxpayer

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter to third party taxpayer discussing the third party's tax liability.


**DOCUMENT NUMBER(S)**              **WITHHELD IN FULL (W) OR IN PART (P)**

CCBox1-080 & CCBox1-081             W

**TYPE OF DOCUMENT**                **DATE OF DOCUMENT**

Memorandum                          8/16/1974

**BASIS FOR WITHHOLDING**           **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103(a)    A – R.G. Potter, Asst. Regional Commissioner IRS
(b)(5) – Deliberative process           R – Director, Intelligence Division

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document discusses and makes recommendations regarding the potential settlement of the
Internal Revenue Code liability of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-156<br>CCBox1-157 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 8/29/1974 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Deliberative process | A – Leon Wigrizer, Dir., Criminal Tax Div.<br>R – J.W. Feigenbaum, Dir., Gen. Litigation Div. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document refers to a second memorandum and transmits a third memorandum; all three memoranda relate the proposed settlement of the potential settlement of the Internal Revenue Code liability of a third party taxpayer. This document describes the recommendation made in the third memorandum.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-158 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 8/28/1974 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Deliberative process | A – John Olszewski, Dir., Intelligence Div. IRS<br>R – Director, Criminal Tax Div. IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document transmits a second memorandum which discusses and makes recommendations regarding the potential settlement of the Internal Revenue Code liability of a third party taxpayer. This document describes recommendations made regarding the potential settlement and contains other details.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-159 & CCBox1-160 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum to the file | 4/25/1974 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Deliberative process | A – RA William Ragland<br>R – File, with cc: George Peternick, Eugene Myers |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document details and evaluates the proposed settlement of the Internal Revenue Code liability of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-161 through CCBox1-163 & CCBox1-168 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 1/29/1971 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Third Party Taxpayer<br>R – Stanley Krysa, DOJ Attorney |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a four page letter from a third party taxpayer discussing the potential settlement of his/her potential Internal Revenue Code liability.

**Stonehill FOIA – Chief Counsel Box 1**                                    6

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox1-164 & CCBox1-165 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 2/22/1974 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – John McCarthy, DOJ Chief, Gen. Litigation Sec.<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter from a DOJ section chief to a third party taxpayer discussing the potential settlement of the Internal Revenue Code liability of the taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox1-166 & CCBox1-167 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 3/8/1974 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Third Party Taxpayer<br>R – Stanley Krysa, DOJ Attorney |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Two page letter from a third party taxpayer to a DOJ attorney discussing potential settlement of third party's Internal Revenue Code liability.

**Stonehill FOIA – Chief Counsel Box 1**

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| CCBox1-169 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| List | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is titled "Attachments to taxpayers' letter of April 18, 1977 to Honorable Gus J. Solomon." The document, which contains a list of attachments lettered A through I, does not identify the taxpayer by name, but the descriptions of two of the attachments identify a third party taxpayer.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| CCBox1-194 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten Notes | 10/18/1974 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a timeline of requests for tax returns the author was in the process of obtaining for DOJ and IRS personnel in connection with Stonehill and Brooks case. The document discusses what returns were requested and why and describes the filing history of identified third party taxpayers.

**Stonehill FOIA – Chief Counsel Box 1**                                    **8**

**DOCUMENT NUMBER(S)**                **WITHHELD IN FULL (W) OR IN PART (P)**

CCBox1-211                            W

**TYPE OF DOCUMENT**                  **DATE OF DOCUMENT**

Memorandum                            12/11/1973

**BASIS FOR WITHHOLDING**             **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103(a)  A – D.W. Sherman, Office of Chief Counsel
                                      R – Chief, Special Procedures Staff

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document transmits a copy of a tax return filed by a third party taxpayer and describes
additional returns to be provided.  Document also discusses the status of the IRS investigation
of two other third party taxpayers.

**DOCUMENT NUMBER(S)**                **WITHHELD IN FULL (W) OR IN PART (P)**

CCBox1-214                            P

**TYPE OF DOCUMENT**                  **DATE OF DOCUMENT**

IRS Form 1906 Transmittal Letter      2/2/1965

**BASIS FOR WITHHOLDING**             **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103(a)  A – RA William Ragland
                                      R – File

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document contains a summary of case information for Stonehill.  Redacted information
identifies third party taxpayers by name and indicates that there was IRS activity regarding
such taxpayers.

**Stonehill FOIA – Chief Counsel Box 1**                                    **9**

**DOCUMENT NUMBER(S)**                **WITHHELD IN FULL (W) OR IN PART (P)**

CCBox1-215 & CCBox1-216              P
CCBox1-217 & CCBox1-218 (Duplicates)

**TYPE OF DOCUMENT**                 **DATE OF DOCUMENT**

Memorandum                           9/24/1974

**BASIS FOR WITHHOLDING**            **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103(a)  A – D.W. Sherman, Chief Counsel
                                      R – Chief, Special Procedure Staff

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memorandum discussing requests from the Special Procedure Staff
for tax returns of Stonehill, Brooks and two third party taxpayers. Redacted information
identifies third party taxpayers and discusses their tax return filing histories.

**DOCUMENT NUMBER(S)**                **WITHHELD IN FULL (W) OR IN PART (P)**

CCBox1-221                           P
CCBox1-222  (Duplicate)
CCBox1-227  (Duplicate)
CCBox1-228  (Duplicate)

**TYPE OF DOCUMENT**                 **DATE OF DOCUMENT**

Letter                               9/8/1972

**BASIS FOR WITHHOLDING**            **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103(a)  A – Houstin Shockey, Chief, International Operations
                                      Branch, IRS Office of Chief Counsel
                                      R – John McCarthy, DOJ, Chief, Gen. Litigation Sec.

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter from the IRS to DOJ transmitting copies of tax returns for Stonehill,
Brooks and two third party taxpayers. Redacted portions identify third party taxpayers by
name and reveal their tax return filing histories.

**Stonehill FOIA – Chief Counsel Box 1**                                    **10**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-223<br>CCBox1-223A (Duplicate) | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 9/7/1972 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Gerald Huber, IRS Group Supervisor<br>R – RA William Ragland |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum used to transmit copies of tax returns for Stonehill, Brooks and two third party taxpayers. Redacted portions identify third party taxpayers by name and reveal their tax return filing histories.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-224<br>CCBox1-225  (Duplicate) | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Typed List | 9/7/1972 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a list of missing taxpayer returns. Redacted portions identify third party taxpayers by name and reveal years concerning which returns were missing.

**Stonehill FOIA – Chief Counsel Box 1**                                    **11**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-226 | P |
| CCBox1-226(A) (Duplicate) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 6/22/1972 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Paul Barker, Acting Chief International Oper. |
| | R – IRS General Litigation Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document forwards a letter from DOJ requesting copies of tax returns of Stonehill, Brooks, and two third party taxpayers. Redacted information identifies the third party taxpayers by name.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-243 through CCBox1-245 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Form 895 Statute of Limitations Notice and Handwritten Notes Attached | 1/18/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Unknown |
| | R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents relate to the potential Internal Revenue Code liability of a third party taxpayer. CCBox 1-243 contains the date of the expiration of the statute of limitations concerning the tax return of the taxpayer and the taxable year at issue; CCBox 1-244, on IRS Document No. 5255 (rev. 9-65), contains the date of the expiration of the statute of limitations; CCBox 1-0245, on IRS Form 894 (rev. 7-62), contains both of these items, the name and mailing address of the taxpayer, the form number for the return, the date the return was filed or due, and related information relating to the third party.

**Stonehill FOIA – Chief Counsel Box 1**                    **12**

---

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-246 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 7/21/1971 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Third Party Taxpayer Representative<br>R – "Internal Revenue Service, Ogden, Utah" |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page letter sent by the representative of a third party taxpayer that disputes the current tax liabilities assessed against the taxpayer. The document identifies the third party taxpayer by name and social security number and document locator, identifies the taxpayer's representative by name, identifies the tax return at issue and its filing year, and sets forth amounts for various lines on the taxpayer's return, as corrected by the representative.

---

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-0269 through CCBox1-0282<br>CCBox1-0283 through CCBox1-0296 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 3/30/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Sheldon Cohen, Chief Counsel Attorney<br>R – Director, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a fifteen page memorandum generally discussing potential methods of authenticating and getting admitted into evidence documents that might be used in a criminal tax proceeding against Stonehill. It describes Stonehill's background and the documents at issue, it discusses various methods that might be used to get the documents authenticated and admitted, and it lists additional information that it states would be needed to reach a more definitive opinion.

## Stonehill FOIA – Chief Counsel Box 1

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-0309 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 6/21/1972 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – John McCarthy, DOJ, Chief, Gen. Litigation Sec.<br>R – Lee Henkel, IRS Chief Counsel |

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Redacted information names third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-0310 & CCBox1-0311 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 8/21/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney-Client Privilege<br>(b)(5) – Deliberative Process | A – Unknown IRS Employee<br>R – File |

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is the first two pages of a memorandum for the file detailing a meeting between various IRS employees and the attorneys for Stonehill and Brooks to discuss a proposed settlement agreement submitted by the attorney for Stonehill and Brooks. The redacted portion summarizes the discussion among IRS and IRS Chief Counsel employees that occurred before taxpayers' representatives entered the room; information discussed include the nature of the proposed settlement agreement, the status of the Service's investigation, and the role to be played by IRS Chief Counsel employees at the meeting.

## DOCUMENT NUMBER(S)

CCBox3-0007
CCBox3-0008 (Duplicate)

## TYPE OF DOCUMENT

IRS Letter

## BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103

## WITHHELD IN FULL (W) OR IN PART (P)

W

## DATE OF DOCUMENT

6/1/1970

## AUTHOR (A) & RECIPIENT (R)

A – Houstin Shockey, Chief, International Operations
R – John McCarthy, DOJ Chief Gen. Litigation Sec.

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a letter sent to DOJ discussing a third party taxpayer's settlement negotiations of the third party's tax liability. Document contains identifying and other return information o the third party including the third party's potential liability under the Internal Revenue Code. Document 0007 is a duplicate of the letter.

## DOCUMENT NUMBER(S)

CCBox3-0014

## TYPE OF DOCUMENT

Memorandum

## BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

## WITHHELD IN FULL (W) OR IN PART (P)

W

## DATE OF DOCUMENT

8/21/1970

## AUTHOR (A) & RECIPIENT (R)

A – Houstin Shockey, Chief, International Operations
R – Unknown

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a memorandum requesting exhibits obtained from the NBI and kept in the files of the IRS representative in Manila. Memorandum discusses the use of said exhibits in the pending litigation of Stonehill, Brooks and three third party taxpayers.

## Stonehill FOIA – Chief Counsel Box 3

**DOCUMENT NUMBER(S)**

CCBox3-0020 & CCBox3-0021

**TYPE OF DOCUMENT**

IRS Letter

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103
(b)(5) – Attorney-Client Privilege

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

7/13/1970

**AUTHOR (A) & RECIPIENT (R)**

A – William McAleer, Director, IRS Enforcement Div.
R – Johnnie Walters, DOJ Asst. Attorney General

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter sent by IRS to DOJ discussing the implications of a third party taxpayer's impending litigation and how that litigation is related to the litigation of Stonehill, Brooks and a third party taxpayer. Document contains identifying and other return information of the third party including the third party's potential liability under the Internal Revenue Code.

**DOCUMENT NUMBER(S)**

CCBox3-0028 & CCBox3-0029

**TYPE OF DOCUMENT**

Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

8/16/1974

**AUTHOR (A) & RECIPIENT (R)**

A – R.G. Potter, Asst. Regional Commissioner
R – Director, Intelligence Division IRS

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memorandum discussing a third party taxpayer and the pending decision of DOJ to settle the third party's tax case. Document contains identifying and other return information of the third party including the third party's potential liability under the Internal Revenue Code.

Stonehill FOIA – Chief Counsel Box 3    3

### DOCUMENT NUMBER(S)

CCBox3-0030

### TYPE OF DOCUMENT

Memorandum

### BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103

### WITHHELD IN FULL (W) OR IN PART (P)

P

### DATE OF DOCUMENT

3/30/1973

### AUTHOR (A) & RECIPIENT (R)

A – Irving Byer, Office of International Operations
R – General Litigation Division

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a memo informing the recipient those tax returns of Stonehill and Brooks requested by the recipient had been destroyed. Redacted portion describes the results of a search for the tax returns of two third party taxpayers as well as the attachments to the memo containing identifying information of the third parties.

### DOCUMENT NUMBER(S)

CCBox3-0031

### TYPE OF DOCUMENT

IRS Memorandum

### BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103

### WITHHELD IN FULL (W) OR IN PART (P)

P

### DATE OF DOCUMENT

5/3/1973

### AUTHOR (A) & RECIPIENT (R)

A – Irving Byer, Office of International Operations
R – General Litigation Division

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a memo forwarding copies of tax returns for Stonehill and a third party taxpayer. Redacted information identifies the requested returns and the name of the third party taxpayer.

## Stonehill FOIA – Chief Counsel Box 3

**DOCUMENT NUMBER(S)**

CCBox3-0055

**TYPE OF DOCUMENT**

IRS Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

8/28/1974

**AUTHOR (A) & RECIPIENT (R)**

A – John Olszewski, Dir. Intelligence Div. IRS
R – Director, Criminal Tax Div. Chief Counsel

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document discusses the terms of a settlement agreement with respect to a third party taxpayer's tax liability and offers recommendations regarding the acceptance of the settlement.

**DOCUMENT NUMBER(S)**

CCBox3-0056 & CCBox3-0057

**TYPE OF DOCUMENT**

IRS Memorandum for the File

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

2/2/1972

**AUTHOR (A) & RECIPIENT (R)**

A – Charles Norris, Attorney Chief Counsel
R – File

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a two page memorandum to the file discussing the thoughts of the attorney on litigation strategies, merits of the cases and the interplay between cases of third party taxpayers with those of Stonehill and Brooks. Document also contains identifying information of four third party taxpayers and discusses their potential liability under the Internal Revenue Code.

**Stonehill FOIA – Chief Counsel Box 3**                                    5

**DOCUMENT NUMBER(S)**

CCBox3-0059

**TYPE OF DOCUMENT**

IRS Memorandum

**BASIS FOR WITHHOLDING**

(b)(5) – Attorney Work Product
(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

8/11/1965

**AUTHOR (A) & RECIPIENT (R)**

A – George LeBlanc, Chief Trial Branch Tax Ct. Div.
R – File

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document represents the notes of Chief Counsel Attorney LeBlanc about a meeting with various IRS employees to discuss the scope of review given to the cases of Stonehill, Brooks and a third party taxpayer. The parties present at the meeting discussed tactics and how to proceed in order to prosecute the actions in a timely manner. The document contains information revealing identifying information as well as the existence of a criminal investigation of the third party taxpayer.

**DOCUMENT NUMBER(S)**

CCBox3-0060 & CCBox3-0061
CCBox3-0304 & CCBox3-0305 (Duplicate)

**TYPE OF DOCUMENT**

Memorandum

**BASIS FOR WITHHOLDING**

(b)(5) – Attorney Work Product

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

Unknown
7/26/1965 – Date of Draft

**AUTHOR (A) & RECIPIENT (R)**

A – John Rogers, Director, Tax Court Division
R – Director, Enforcement Division IRS

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter that was prepared but not sent. Document discusses the intentions of the IRS to proceed with criminal cases against Stonehill and Brooks, case investigative progress, the potential presentation to DOJ for prosecution and recommendations. Document 0304-05 is a duplicate of document 0060-61.

Stonehill FOIA – Chief Counsel Box 3                                                6

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0064 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the second page of a 2-plus page memorandum which appears to discuss a meeting wherein the parties (IRS and Chief Counsel Employees) discussed the potential prosecution of one third party taxpayer for tax evasion.  Document contains information obtained during a criminal investigation and audit and contains identifying information of the taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0070 & CCBox3-0071 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 8/26/1965 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – William McAleer, Director, IRS Enforcement Div.<br>R – Director, Tax Court Div. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter sent to inform the recipient of the decisions made regarding two third party taxpayers' cases which are associated with that of Stonehill.  Further, it instructs the Tax Court Division as to actions to be taken in regards to open third party case files under their control.

**Stonehill FOIA – Chief Counsel Box 3**

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|

CCBox3-0085 & CCBox3-0086    W

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|

Letter    7/1968

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|

(b)(3) in conjunction with § 6103          A – Joseph Salus, Technical Asst. Enforcement Div.
(b)(5) – Attorney Work Product              R – Mitchell Rogovin, Asst. Atty General DOJ

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter sent from IRS to DOJ forwarding proposed answers, discussing the content of those answers and requesting recommendations regarding the tax court cases involving Stonehill, Brooks and three third party taxpayers. Contains identifying information and information obtained in the course of a criminal investigation of the third parties.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|

CCBox3-0087                                W
CCBox3-0088 (Duplicate)
CCBox3-0089 (Duplicate)

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|

IRS Memorandum    8/29/1974

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|

(b)(3) in conjunction with § 6103          A – Leon Wigrizer, Dir. Criminal Tax Div.
                                            R – J.W. Feigenbaum, Dir. Gen. Litigation Div.

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter transmitting information and discussing a third party taxpayer's settlement negotiations of the party's tax liability.

**DOCUMENT NUMBER(S)**

CCBox3-0090 & CCBox3-0092

**TYPE OF DOCUMENT**

IRS Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

4/18/1973

**AUTHOR (A) & RECIPIENT (R)**

A – Robert Bridges, Dir. Tax Court Litigation Div.
R – Director, General Litigation Div.

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memorandum discussing the tax liability of two third party taxpayers and proposes a settlement. Letter explains the thought processes of counsel in recommending that the settlement be accepted.

**DOCUMENT NUMBER(S)**

CCBox3-0095 & CCBox3-0096
CCBox3-0097 & CCBox3-0098 (Duplicate)
CCBox3-0099

**TYPE OF DOCUMENT**

Memoranda

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103
(b)(5) – Attorney-Client Privilege
(b)(5) – Attorney Work Product

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

8/1/1968

**AUTHOR (A) & RECIPIENT (R)**

A – John Rogers, Director, Tax Court Division
R – Director, Enforcement Division

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0095-96 is a two page memorandum forwarding a proposed letter to DOJ and proposed answers in a tax court case. Memorandum discusses the content of the answers and requests recommendations regarding the tax court cases involving Stonehill, Brooks and three third party taxpayers. The document contains identifying information and information obtained in the course of the investigation of the third party taxpayers. Documents 0097-98 is a duplicate of that memorandum. Document 0099 is a condensed version of the memorandum that only addresses the proposed answer

Stonehill FOIA – Chief Counsel Box 3

## DOCUMENT NUMBER(S)

CCBox3-0102

## WITHHELD IN FULL (W) OR IN PART (P)

W

## TYPE OF DOCUMENT

Memorandum

## DATE OF DOCUMENT

3/14/1973

## BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103

## AUTHOR (A) & RECIPIENT (R)

A – Houstin Shockey, Chief, International Operations
R – Bernard Meehan, Spec. Asst. Gen. Litigation Div.

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a memorandum discussing a third party taxpayer's audit and the recommendations and potential settlement negotiations in regards to that party's audit.

## DOCUMENT NUMBER(S)

CCBox3-0103 & CCBox3-0104

## WITHHELD IN FULL (W) OR IN PART (P)

W

## TYPE OF DOCUMENT

Letter

## DATE OF DOCUMENT

8/8/1968

## BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

## AUTHOR (A) & RECIPIENT (R)

A – Joseph Salus, Technical Asst. Enforcement Div.
R – Mitchell Rogovin, Asst. Atty General DOJ

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a letter to DOJ from IRS forwarding proposed answers, discussing the content of those answers and requesting recommendations regarding the tax court cases involving Stonehill, Brooks and three third party taxpayers. Contains identifying information and information obtained in the course of the investigation of the third party taxpayers.

## Stonehill FOIA – Chief Counsel Box 3

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0105 (Copy)<br>CCBox3-0106 (Signed Copy)<br>CCBox3-0107 (Copy) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| IRS Memorandum | 8/18/1974 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney-Client Privilege | A – Joseph Salus, Technical Asst. Enforcement Div.<br>R – John Rogers, Director, Tax Court Division |

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a one page memorandum discussing the pending Tax Court cases of Stonehill, Brooks and three third party taxpayers and the advice received from DOJ about their coordination. Contains identifying information and information obtained in the course of the investigation of the third party taxpayers. Two are stamped copies (105 & 107) and one is the signed version (106) of the memorandum. Document CCBox3-105 also contains handwritten notes that indicate conversations with other IRS personnel discussing the recommendations from DOJ.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0108 through CCBox3-0111 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 1/12/1973 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Houstin Shockey, Chief, International Operations<br>R – Scott Crampton, Asst. Attorney General Tax Div. |

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a four page letter conveying the opinion and recommendations of Chief Counsel to DOJ regarding the dismissal of seven third party taxpayer's cases pending in Tax Court pursuant to a stipulation that was entered in the Stonehill case.

**DOCUMENT NUMBER(S)**

CCBox3-0112
CCBox3-0113

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**TYPE OF DOCUMENT**

IRS Memoranda

**DATE OF DOCUMENT**

3/14/1973
3/26/1973

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**AUTHOR (A) & RECIPIENT (R)**

A – Aaron Resnick, Asst. Regional Counsel
R – Donald Geerhart, Tax Ct. Litigation Division

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document CCBox3-0112 is a one page memorandum forwarding copies of reports made by RA Ralph Coston documenting an investigation of two third party taxpayers. Document CCBox3-0113 is a more detailed version of 0112.

**DOCUMENT NUMBER(S)**

CCBox3-0114
CCBox3-0115 (Duplicate)

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**TYPE OF DOCUMENT**

IRS Memoranda

**DATE OF DOCUMENT**

3/23/1973

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

**AUTHOR (A) & RECIPIENT (R)**

A – Lawrence Hagerty, Chief Appellate Branch Office
R – Regional Counsel San Francisco

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum wherein parties are concurring in the proposed settlement of two third party taxpayers' pending tax court litigation. Document 0115 is a duplicate of the memorandum.

Stonehill FOIA – Chief Counsel Box 3                                    12

**DOCUMENT NUMBER(S)**                **WITHHELD IN FULL (W) OR IN PART (P)**

CCBox3-0116 through CCBox3-0175      W

**TYPE OF DOCUMENT**                 **DATE OF DOCUMENT**

Revenue Agent Audit Reports          3/2/1973

**BASIS FOR WITHHOLDING**            **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103    A – RA Ralph E. Coston
                                     R – File

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the tax audit reports of Agent Coston for three third party taxpayers.
Documents contain identifying and other return information of the third party taxpayers
including information pertaining to their liability under the Internal Revenue Code.

**DOCUMENT NUMBER(S)**                **WITHHELD IN FULL (W) OR IN PART (P)**

CCBox3-0225 through CCBox3-0227      W

**TYPE OF DOCUMENT**                 **DATE OF DOCUMENT**

Memorandum                           6/23/1966

**BASIS FOR WITHHOLDING**            **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103    A – William McAleer, Director, IRS Enforcement Div.
                                     R – Donald Durkin, Chief, Foreign Operations Div.

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page memorandum answering questions regarding pending criminal
litigation against Stonehill and Brooks and how that litigation affects pending criminal and civil
investigations of a third party taxpayer. Document cannot be redacted because the third party
information is not reasonably segregable from the information of Stonehill and Brooks.

**DOCUMENT NUMBER(S)**

CCBox3-0228

**TYPE OF DOCUMENT**

IRS Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

3/1/1967

**AUTHOR (A) & RECIPIENT (R)**

A – Marvin Hagen, Regional Counsel
R – Lester Uretz, Chief Counsel

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum sent by area counsel requesting chief counsel advice with
respect to the consolidation of tax cases pending against three third party taxpayers.
Document contains identifying information and information obtained during the course of a
criminal investigation of the parties.

**DOCUMENT NUMBER(S)**

CCBox3-00229

**TYPE OF DOCUMENT**

IRS Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

2/15/1967

**AUTHOR (A) & RECIPIENT (R)**

A – Edward Mazzarella, Regional Coordinator
R – Chief, Enforcement Counsel

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum forwarding other memoranda discussing the expiration of the
statute of limitations in connection with the civil tax liability of a third party taxpayer.

Stonehill FOIA – Chief Counsel Box 3                                    **14**

**DOCUMENT NUMBER(S)**

CCBox3-0231

**TYPE OF DOCUMENT**

IRS Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

3/15/1967

**AUTHOR (A) & RECIPIENT (R)**

A – Edward Mazzarella, Regional Coordinator
R – Regional Counsel, North-Atlantic Region

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum forwarding another memorandum dated March 9, 1967. The
document contains information about the investigation of the tax liability of two third party
taxpayers.

**DOCUMENT NUMBER(S)**

CCBox3-0232

**TYPE OF DOCUMENT**

Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

3/9/1967

**AUTHOR (A) & RECIPIENT (R)**

A – A.E. Walters, Chief, Intelligence Div. Manhattan
R – Asst Regional Commissioner, Intelligence Div.

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum discussing the tax liability of two third party taxpayers and the
steps necessary to progress the investigation against them in order to pursue civil and criminal
cases.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox3-0248 through CCBox3-0255 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 2/15/1972 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Chief Counsel Attorney<br>R – DOJ Attorneys Stanley Krysa & Jack Teplitz |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an in-depth analysis of the law as it applies to the admissibility of factual evidence in the Stonehill and Brooks's case. It discusses the potential consequences of pursuing certain courses of action in the pending litigation.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox3-0260 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Partial Memorandum | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the third page in a memorandum of greater length that appears to have been created so as to summarize the status of the Stonehill case with respect to both the criminal and civil tax litigation. Redacted portion discusses the reasoning behind actions taken by the DOJ attorney in the civil case and the potential impact on the criminal case of this course of action.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|

CCBox3-0265 & CCBox3-0266           P
CCBox3-0267 & CCBox3-0268 (Duplicate)

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|

Memoranda

9/15/1966
9/16/1966 (Date of Duplicate)

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|

(b)(3) in conjunction with § 6103

A – William McAleer, Director, IRS Enforcement Div.
R – John Rogers, Director, Tax Court Division

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a memorandum discussing the use of evidence seized during the course of IRS raids of Philippine businesses associated with or owned by Stonehill and Brooks. Redacted portions refer to the litigation of a tax case against a third party taxpayer and contain identifying information of that taxpayer. Duplicate is identical except for the date.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|

CCBox3-0271
CCBox3-0275                          P
CCBox3-0283

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|

Partial Memorandum

Unknown

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|

(b)(3) in conjunction with § 6103

A – Unknown
R – IRS

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document consists pages three, seven and fifteen of a memorandum of greater length that discusses the tax liability of Stonehill and Brooks. Redacted portion reveals the fact of pending criminal prosecution and contains identifying information of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0309 & CCBox3-310 | P |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Partial Memorandum | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown <br> R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are pages four and five of a memorandum discussing several aspects of the cases pending against Stonehill, Brooks and three third party taxpayers. Redacted portions refer to the prosecutions of the third parties, contain identifying information of the parties and some of the information was obtained in connection with the criminal investigation of the parties.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox3-0350 through CCBox3-0352 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 11/26/1968 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 <br> (b)(5) – Attorney Work Product | A – Lester Uretz, Chief Counsel <br> R – Mitchell Rogovin, Asst. Atty General DOJ |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page letter from IRS to DOJ discussing possible strengths and weaknesses of the Stonehill and Brooks's cases, as well as tax cases pending against two third party taxpayers. Document is used to forward documents for use in the proceedings and describe the potential litigation hazards with proceeding against the other taxpayers.

DOCUMENT NUMBER(S)

CCBox3-074

TYPE OF DOCUMENT

Transmittal Slip

BASIS FOR WITHHOLDING

(b)(5) – Attorney Work Product

WITHHELD IN FULL (W) OR IN PART (P)

W

DATE OF DOCUMENT

4/3/1973

AUTHOR (A) & RECIPIENT (R)

A – Lester Uretz, Chief Counsel
R – Mitchell Rogovin, Asst. Atty General DOJ

DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a State Department Transmittal Slip to the IRS concerning a newspaper article, the contents of which impacted litigation strategy and potential use of depositions in pending litigations.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0004 & CCBox4-0005 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum Draft | 8/22/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Houstin Shockey, Chief, International Operations |
| (b)(5) – Attorney Work Product | R – General Litigation Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page draft letter relating to Stonehill and Brooks that discusses and requests tax information sought by the Department of Justice to prepare evidentiary testimony. The document contains identifying information of two third-party taxpayers including examination and filing history information.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0006 CCBox4-0320 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 10/29/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Houstin Shockey, Chief, International Operations |
| (b)(5) – Attorney Work Product | R – General Litigation Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter requesting tax returns of Stonehill, Brooks and two third-party taxpayers. The document contains identifying information of the third-party taxpayers and indicates that the IRS will be investigating the parties' tax liability. Document directs the recipient to take certain actions regarding the returns in the event of certain occurrences.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0202 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| IRS Memorandum | Approximately 4/7/1981 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Deliberative Process | A – Marlene Gross, Chief, Special Procedure Staff International<br>R – District Counsel, Office of International Oper. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter from the IRS (client) to CC discussing the merits of Stonehill's attorney request that notices of federal tax liens be released with respect to insurance policies on the life of Stonehill.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0204, CCBox4-0284 & CCBox4-0285 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Index | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Unknown<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a three page index of papers obtained from a third-party taxpayer and contain identifying information of approximately 23 third-party taxpayers and information indicating that some of the third-party taxpayers' tax liability was being investigated, including the taxpayer turning over the documents. The papers were turned over to DOJ to be used in the ongoing litigation against Stonehill, Brooks and the third-party taxpayers. The list is a litigation index for use at the trial of the third-party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|

CCBox4-0268 through CCBox4-0271    W
CCBox4-0302 & CCBox4-0303 (Duplicates 0268 & 0269)
CCBox4-0274

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|

List                                    Unknown

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|

(b)(3) in conjunction with § 6103       A – Unknown
(b)(5) – Attorney Work Product          R – File

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are a five page list of contents of boxes collected relating to Stonehill and Brooks and a list of working papers that were prepared and have been labeled for use as exhibits in connection with an ongoing litigation.  The lists contain references to the potential Internal Revenue Code liabilities of third-party taxpayers.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|

CCBox4-0315 & CCBox4-0316       P

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|

Letter                                  3/20/1984

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|

(b)(3) in conjunction with § 6103       A – Marlene Gross, District Counsel, Foreign Oper.
(b)(5) – Attorney Work Product          R – Glenn Archer, Asst. Attorney General DOJ Tax

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a two page letter discussing the Stonehill litigation and possible courses of action that could be taken in the case.  Other portions of the document contain identifying information concerning two third-party taxpayers and recommendations for pursuing tax liability cases against the taxpayers.

**DOCUMENT NUMBER(S)**

CCBox4-0319

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**TYPE OF DOCUMENT**

Memorandum

**DATE OF DOCUMENT**

11/21/1973

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

**AUTHOR (A) & RECIPIENT (R)**

A – S.L. Bernardo, Acting Chief, Special Procedures
R – Office of Chief Counsel, General Litigation

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum forwarding and describing information requested by counsel for use in the ongoing litigation against Stonehill and Brooks. Information withheld pursuant to section 6103 contains identifying information of a third-party taxpayer and the fact of the investigation of the third party's tax liability.

**DOCUMENT NUMBER(S)**

CCBox4-0321
CCBox4-0325 (Duplicate)

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**TYPE OF DOCUMENT**

IRS Memorandum

**DATE OF DOCUMENT**

10/30/1973

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

**AUTHOR (A) & RECIPIENT (R)**

A – S.L. Bernardo, Acting Chief, Special Procedures
R – Office of Chief Counsel

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum on the status of requests made by counsel for information for use in the criminal and civil tax proceedings against Stonehill and Brooks. The document contains information that would reveal the identity and return filing history of two third-party taxpayers. CCBox4-0325 is an exact copy.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0323<br>CCBox4-0324 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| IRS Memorandum | 11/19/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – S.L. Bernardo, Acting Chief, Special Procedures<br>R – Office of Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum transmitting information pursuant to a request from counsel for information to use in the proceedings against Stonehill and Brooks. The document contains information that would reveal the identity and filing history of two third-party taxpayers. CCBox4-0324 is an exact copy.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0326 & CCBox4-0327 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 9/24/1974 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – D.W. Sherman, Chief, Special Procedures<br>R – Office of Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memorandum on the status of requests made by counsel for information for use in the criminal and civil tax proceedings against Stonehill and Brooks. The document contains information that would reveal the identity and filing history of two third-party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0331 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| IRS Memorandum | 9/11/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Paul Stuchlak, Acting Chief, Special Procedures<br>R – Office of Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum reporting on the status of requests made by counsel for information pertaining to the proceedings against a third-party taxpayer. The document contains the identifying information of the third-party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0345 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| IRS Memorandum | 9/19/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Paul Stuchlak, Acting Chief, Special Procedures<br>R – Office of Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum reporting on the status of requests made by counsel for information pertaining to the proceedings against a third-party taxpayer. The document contains the identifying information of the third-party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0347 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 4/29/1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Sterling Powers, Acting Revenue Service Rep.<br>R – Ross Thompson, Executive Asst. to the Director |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum reporting on the necessity of changing travel plans due to litigation involving a third-party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0348 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 9/21/1973 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Houstin Shockey, Chief, International Operations<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum concerning the potential collection of tax liabilities of a third-party taxpayer.

**DOCUMENT NUMBER(S)**

CCBox4-0349

**TYPE OF DOCUMENT**

Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

10/10/1973

**AUTHOR (A) & RECIPIENT (R)**

A – Houstin Shockey, Chief, International Operations
R – John McCarthy, DOJ Chief Gen. Litigation Sec.

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum forwarding information from the Chief of the Seattle Audit
Division concerning the outstanding tax liabilities of third-party taxpayers. The document
contains identifying information of the third-party taxpayers.

**DOCUMENT NUMBER(S)**

CCBox4-0350

**TYPE OF DOCUMENT**

Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

10/17/1973

**AUTHOR (A) & RECIPIENT (R)**

A – Houstin Shockey, Chief, International Operations
R – John McCarthy, DOJ Chief Gen. Litigation Sec.

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum forwarding information received from International Operations
concerning the outstanding tax liabilities for two third-party taxpayers. The document contains
identifying information of the third-party taxpayers including their outstanding tax liabilities.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0351 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 9/19/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Houstin Shockey, Chief, International Operations<br>R – John McCarthy, DOJ Chief Gen. Litigation Sec. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum forwarding certified tax returns of two third-party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0471 through CCBox4-0487<br>CCBox4-0488 through CCBox4-0504 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Settlement Proposal | 4/4/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – C.A. Van Dyke, Appellate Conferee<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a seventeen page memorandum detailing and discussing the proposed settlement of two third-party taxpayers' tax liability.  Duplicate is an exact copy.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0505 & CCBox4-0506 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 4/18/1973 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Robert Bridges, Director Tax Court Litigation<br>R – Director, General Litigation Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum concurring in the decision to accept a proposed settlement of two third-party taxpayers' tax liability. The document contains the identifying information of third-party taxpayers including their outstanding tax liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0507 through CCBox4-0531 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Routing Slip & Audit Report | 3/16/1973 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Guy Graziano<br>R – Paul Barker, General Litigation Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

First page of the document is a transmittal slip forwarding Revenue Agent (RA) Coston's audit reports about two third-party taxpayers' tax liability. The remaining pages are the third parties' handwritten audit report prepared by RA Coston.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0532 & CCBox4-0533 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 11/19/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Houstin Shockey, Chief, International Operations<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum transmitting a draft of a letter to be sent to two third-party taxpayers in response to an inquiry from the parties about their tax liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0534 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 10/3/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Jack Dahlquist, Chief, Audit Division<br>R – Stanley Krysa, DOJ Attorney |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter forwarding a copy of another letter discussing the tax liability of two third-party taxpayers. The document contains identifying information of the third-party taxpayers including information pertaining to their tax liability.

**DOCUMENT NUMBER(S)**

CCBox4-0712

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**TYPE OF DOCUMENT**

Notes

**DATE OF DOCUMENT**

Unknown

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**AUTHOR (A) & RECIPIENT (R)**

A – Unknown
R – File

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten note reminding the author to take certain actions regarding a third-party taxpayer.  The document contains identifying information of the third-party taxpayer.


**DOCUMENT NUMBER(S)**

CCBox4-0713 through CCBox4-0724
CCBox4-0727 through CCBox4-0739

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**TYPE OF DOCUMENT**

Notes

**DATE OF DOCUMENT**

Various Dates

**BASIS FOR WITHHOLDING**

(b)(5) – Attorney Work Product
(b)(3) in conjunction with § 6103

**AUTHOR (A) & RECIPIENT (R)**

A – Unknown
R – File

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the handwritten notes of Chief Counsel attorneys.  The notes include information about the pending litigation, such as exhibit lists, witness names and possible testimony, document descriptions and notes analyzing and commemorating conversations with DOJ attorneys about steps to be taken in the course of the litigation.  Interspersed within are notes about the filing history and potential tax liability of third-party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| --- | --- |
| CCBox4-0740 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| --- | --- |
| IRS Memorandum | 8/28/1984 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| --- | --- |
| (b)(5) – Attorney Work Product | A – RA Mark Grasse<br>R – John Strange, District Counsel<br>     John McCarthy, DOJ Chief Gen. Litigation Sec. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memorandum discussing information requested by DOJ to use during the Stonehill litigation.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| --- | --- |
| CCBox4-0741 & CCBox4-0742 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| --- | --- |
| IRS Memorandum | 9/4/1984 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| --- | --- |
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – RA Mark Grasse<br>R – John Strange, District Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memorandum discussing the current status of a project regarding the reconstruction of escrow accounts relating to Stonehill and Brooks at the request of CC or Department of Justice attorneys.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0745 & CCBox4-0746 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 5/20/1968 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Director of International Operations<br>R – CC Collection Litigation Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memorandum discussing the tax liability of two third-party taxpayers and the possible transferee liability for the tax liability of Stonehill. The document also discusses actions giving rise to potential transferee liabilities and questions about procedures required to assign liabilities, including coordination with Stonehill litigation and how that liability arose pursuant to a transferee situation. IRS International is requesting advice from CC regarding various possible administrative actions that will need to be taken in order to collect the liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0747 & CCBox4-0748 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 7/31/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Houstin Shockey, Chief, International Operations<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter detailing the impact of a court decision relating to transferee liability for Stonehill's tax liabilities, including the continuing merits of transferee liability theories in a case against two third-party taxpayers. The memorandum quotes a DOJ letter recommending pursuing transferee liability against two persons on given theory.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0754 & CCBox4-0755 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| DOJ Letter | 5/29/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Fred Ugast, Chief, General Litigation Section |
| (b)(5) – Attorney Work Product | R – Chief Counsel Lester Uretz |
| (b)(5) – Deliberative Process | |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter discussing a notice of levy filed against a third-party taxpayer and nominee liens encumbering the interests of persons owning property with Stonehill, including a district court lawsuit filed to obtain their release. The letter cites and discusses the merits of the recommendations of CC regarding such levy and liens. The document contains identifying information of the third-party taxpayers including the levy and lien information.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0756 through CCBox4-0761 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 5/19/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Houstin Shockey, Chief, International Operations |
| (b)(5) – Deliberative Process | R – Mitchell Rogovin, Asst. Attorney General DOJ |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a five page letter discussing the nominee liens on property owned by two persons and Stonehill and a district court lawsuit filed to obtain their release. The document contains legal analysis of alternative theories under which the liability could be pursued and the likelihood of success.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0764 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 5/8/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – John Donihee, CC Attorney<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum for the file to memorialize a meeting considering the merits of the transferee liability of two third-party taxpayers for tax liabilities of Stonehill, which was being litigated in district court. The document contains a recommendation to be given to DOJ at its request.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0766 & CCBox4-0767 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| DOJ Letter | 4/27/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Fred Ugast, Chief, General Litigation Section<br>R – Chief Counsel Lester Uretz |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter requesting CC's views as to the merits of the transferee liability of two persons owning property with Stonehill, which was being litigated in district court.

**Stonehill FOIA -- Chief Counsel Box 4**

**DOCUMENT NUMBER(S)**

CCBox4-0992

**TYPE OF DOCUMENT**

Letter

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

11/10/1967

**AUTHOR (A) & RECIPIENT (R)**

A – Director, General Litigation Division
R – Director, Operations and Planning

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the first page of a letter advising the recipient of the necessity for Agents Ragland and Barker to attend depositions and assist DOJ with trial preparation in the Stonehill case. Contains identifying information of a third-party taxpayer and the pending litigation against that party.

**DOCUMENT NUMBER(S)**

CCBox4-0993

**TYPE OF DOCUMENT**

Letter

**BASIS FOR WITHHOLDING**

(b)(5) – Attorney Work Product
(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

9/19/1973

**AUTHOR (A) & RECIPIENT (R)**

A – Houstin Shockey, Chief, International Oper.
R – Director, Audit Division

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is letter advising the audit division that DOJ counsel would like the division to complete the audit of a third-party taxpayer in order to expedite settlement negotiations with the party. States the opinions of counsel in regard to DOJ's advice.

**DOCUMENT NUMBER(S)**

CCBox4-0781

**TYPE OF DOCUMENT**

Notes

**BASIS FOR WITHHOLDING**

(b)(5) – Attorney Work Product

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

Unknown

**AUTHOR (A) & RECIPIENT (R)**

A – Unknown
R – Unknown

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the handwritten notes of an attorney reminding the author to keep track of certain pieces of information regarding the case to avoid later problems and to obtain information for DOJ.

**Stonehill FOIA – Chief Counsel Box 7**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-022 through CCBox7-024 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 2/9/1968 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(7)(D) - Confidential Informant | A – Revenue Service Representative Sterling Powers<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page memo memorializing the meeting between Powers and a confidential informant to obtain information concerning the business operations of Stonehill and Brooks. The confidential informant met with IRS personnel during the course of the investigation with the expectation that his/her identity would remain confidential. The informant told Powers that he/she feared for his/her safety and refused to meet at the US Embassy. Because of the financial nature of the information obtained, its release would reveal the informant's identity. The IRS cannot verify whether the informant is alive or dead.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-025<br>CCBox7-026 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 10/18/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Paul Stuchlak, Chief, Special Procedures<br>R – Special Procedures Staff |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are work orders to IRS employees to perform an investigation of two third party taxpayers in regards to their potential tax liability.

**Stonehill FOIA – Chief Counsel Box 7**

**DOCUMENT NUMBER(S)**

CCBox7-027

**TYPE OF DOCUMENT**

Report

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

1/16/1974

**AUTHOR (A) & RECIPIENT (R)**

A – P.A. Ruschenbaum, Investigator
R – Unknown

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document discusses the results of an investigation and the resulting tax liability of a third party taxpayer.

**DOCUMENT NUMBER(S)**

CCBox7-028

**TYPE OF DOCUMENT**

Letter

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

6/7/1968

**AUTHOR (A) & RECIPIENT (R)**

A – Esther Savitt, Tax Examiner
R – Third Party Taxpayer

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter to the taxpayer concerning the receipt of payment for taxes due and owing the IRS.

**Stonehill FOIA – Chief Counsel Box 7**

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| CCBox7-032 & CCBox7-033 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two pages of handwritten notes discussing the investigations and potential tax liability of six third party taxpayers, Stonehill and Brooks. Redacted portions contain identifying information and the fact of the investigation of the taxpayers.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| CCBox7-039 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Office of Field Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the typewritten response to Document CCBox7-038. Contains a complete description of a tax case pending against two third party taxpayers.

**Stonehill FOIA – Chief Counsel Box 7**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-0103 & CCBox7-0112 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Notes | 1/3/1989 – 1/26/1989 (0103)<br>12/22/1992 – 2/9/1993 (0112) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – 2 Unknown Authors<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the handwritten notes detailing the court orders and results of actions being taken during the case against Stonehill in states other than California. Appears to be two different attorneys' notes due to discussion of the court proceedings and conversations with DOJ attorneys. Redacted portions contain advice from DOJ attorney McCarthy to the regarding liens placed on certain properties that are the subject of the California litigation, *US v. Stonehill*, Case Number 65-127 (CDC), the likelihood of certain results and identifying information for three third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-0117 through CCBox7-0119 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 9/23/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Joe Murphy, Revenue Officer<br>R – Chief, Delinquent Accounts & Returns |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page letter briefing the recipient about information collected through an investigation of two third party taxpayers and a potential link between the two taxpayers and Stonehill and Brooks due to financial transactions. Document discusses the taxpayers, the validity of the transactions at issue and the information obtained for use in litigation.

**Stonehill FOIA – Chief Counsel Box 7**    6

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** | **DATE** |
|---|---|---|
| CCBox7-0120 | W | 9/16/65 |
| CCBox7-0121 | P | 9/7/65 |
| CCBox7-0122 (Duplicate 0123) | P | |
| CCBox7-0123 | P | 9/8/65 |
| CCBox7-0125 | P | 9/14-9/15/65 |
| CCBox7-0126 | W | 9/20/65 |
| CCBox7-0127 | P | 7/28-7/29/65 |
| CCBox7-0129 | P | 4/28/65 |
| CCBox7-0130 | P | 4/23-4/28/65 |
| CCBox7-0131 | P | 7/14/1965 |
| CCBox7-0132 (Duplicate 0127) | P | |
| CCBox7-0133 | P | 8/11/65 |
| CCBox7-0134 | P | ?/12/65 |
| CCBox7-0136 | P | 2/16-2/19/65 |
| CCBox7-0138 | P | 2/23/65 |
| CCBox7-0139 | P | 2/25-2/26/65 |
| CCBox7-0140 | P | 2/26-3/1/65 |
| CCBox7-0141 | P | 3/1-3/2/65 |
| CCBox7-0142 | P | 3/8-3/17/65 |

**TYPE OF DOCUMENT**

Notes

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown |
| (b)(5) – Attorney Work Product | R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are typewritten notes summarizing different litigation cases involving various third party taxpayers and the Stonehill and Brooks cases. Discusses liens and summons sent to witnesses for purposes of investigating possible connections between Stonehill and Brooks and various third parties, as well as investigating the third parties for their own tax liability. Redacted portions are the tax information of the third parties and contain identifying information and the fact of investigations of the taxpayers. Redacted portions on documents 127, 129 and 132 contain attorney work product; the portions discuss information requested by DOJ and particular return items that are the focus of further inquiry by the attorneys and would reveal the litigation strategy used in the case if produced.

**7**

**DOCUMENT NUMBER(S)**

CCBox7-0175
CCBox7-0176

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**TYPE OF DOCUMENT**

Memorandum

**DATE OF DOCUMENT**

2/26/1986

**BASIS FOR WITHHOLDING**

(b)(5) – Attorney Work Product

**AUTHOR (A) & RECIPIENT (R)**

A – Kristine Roth, District Counsel, Foreign Oper.
R – Francise Jones, Special Procedures Staff

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an internal memo requesting information for the DOJ attorney for use in the litigation against Stonehill and Brooks.  Number 0176 is an exact copy.

---

**DOCUMENT NUMBER(S)**

CCBox7-0211 through CCBox7-0213

**WITHHELD IN FULL (W) OR IN PART (P)**

P

**TYPE OF DOCUMENT**

Letter

**DATE OF DOCUMENT**

10/8/1990

**BASIS FOR WITHHOLDING**

(b)(5) – Attorney Work Product

**AUTHOR (A) & RECIPIENT (R)**

A – John McCarthy, Litigation Counsel, DOJ Tax
R – George Sellinger, Branch Chief, CC International

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page letter discussing the computation of interest on monies due and owing from the Stonehill and Brooks's cases pending in the Northern District of California. Redacted portion contains McCarthy's thoughts regarding the success of different computation methods for the interest.

**Stonehill FOIA – Chief Counsel Box 7**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-0252 & CCBox7-0253 | P |
| CCBox7-0254 & CCBox7-0255 (Duplicate) | |
| CCBox7-0256 & CCBox7-0257 (Duplicate) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 6/15/1992 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – John McCarthy, Litigation Counsel, DOJ Tax |
| (b)(5) – Attorney Work Product | R – Steven Lainoff, Associate CC, International |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter discussing an offer in compromise from Stonehill and Brooks. McCarthy provides his thoughts on the benefits and losses of accepting the offer. Contains identifying information of a third party taxpayer and the repercussions of the settlement in the investigation of the third party. Numbers 0254-0257 are exact copies.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-0263 & CCBox7-0264 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | March or April 1984 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Marlene Gross, District Counsel, Foreign Oper. |
| | R – Glenn Archer, Asst. Atty General, DOJ Tax |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter discussing recent events in the Stonehill-Brooks litigation pending in the District Courts of Hawaii and California. Redacted portions are requests for documents for use in tax court litigation and the attorney's thoughts regarding strategic use of the documents and advice given by Counsel to IRS regarding actions to be taken with respect to accounts of Stonehill and Brooks.

**Stonehill FOIA – Chief Counsel Box 7**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-0274 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memo for File | 8/21/1980 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – SA Beesley<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is typed notes commemorating a meeting with DOJ Counsel to discuss the current status of the case and possible resolution to issues involving liens on property, accounts being held in escrow and the sale of certain real property.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox7-0465 through CCBox7-0468 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 9/24/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Sheldon Cohen, IRS Chief Counsel<br>R – Director, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a four page letter to International describing the various courses of action that can be taken in the proceedings against Stonehill and Brooks. Contains handwritten notes of counsel discussing the legal ramifications for the government if certain actions enumerated in the memo are taken.

**Stonehill FOIA – Chief Counsel Box 8**                    1

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox8-0220 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| IRS Memorandum | 8/29/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with § 6103 | A – General Litigation Division<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document discusses a meeting with a third party taxpayer and the course of action that will need to be pursued in the criminal investigation of Stonehill in relation to developments concerning the third party taxpayer. The document reveals identifying information and was partially obtained during the course of a criminal investigation of the third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox8-0228 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT(S)** |
|---|---|
| IRS Memorandum | 3/26/1963 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Ross Thompson<br>R – IRS Representative in Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a directive to the Representative in Manila to complete tax forms with respect to three individuals. Redacted portion contains identifying information of two third party taxpayers.

**Stonehill FOIA – Chief Counsel Box 8**                                    2

**DOCUMENT NUMBER(S)**                    **WITHHELD IN FULL (W) OR IN PART (P)**

CCBox8-0229                               P

**TYPE OF DOCUMENT**                      **DATE OF DOCUMENT(S)**

IRS Memorandum                            1/17/1963

**BASIS FOR WITHHOLDING**                 **AUTHOR (A) & RECIPIENT (R)**

 (b)(3) in conjunction with § 6103        A – Ross Thompson
                                          R – IRS Representative in Manila

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a directive to the Representative in Manila to complete tax forms with
respect to two individuals.  Redacted portion contains identifying information of one third
party taxpayer.


**DOCUMENT NUMBER(S)**                    **WITHHELD IN FULL (W) OR IN PART (P)**

CCBox8-0230                               P

**TYPE OF DOCUMENT**                      **DATE OF DOCUMENT**

IRS Memorandum                            9/1972

**BASIS FOR WITHHOLDING**                 **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103         A – Gerald C. Huber
                                          R – IRS Group Supervisor International

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a cover sheet used to transmit tax returns for named individuals including
Stonehill and Brooks.  Redacted portion contains identifying information for three third
party taxpayers.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box18-0323 | 10/4/1967 | A – Donald Durkin, Chief Foreign Operations<br>R – Houstin Shockey, Director, Collection Lit. |
| Box18-0324 | 9/27/1967 | A – SA Walter Okumoto<br>R – Director, International Operations |
| Box18-0338 | 8/11/1967 | A – W.D. Christie, Chief, Foreign Operations<br>R – Houstin Shockey, Director, Collection Lit. |
| Box18-0339 & Box18-0340 | 8/4/1967 | A – SA Walter Okumoto<br>R – Chief, Foreign Operations Division |
| Box18-0341 | 8/4/1967 | A – Robert Black, Chief, Intelligence Division<br>R – Chief, Foreign Operations Division |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(5) – Attorney Work Product | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memos forwarding attachments at the request of counsel to be turned over to DOJ for use in the litigation against Stonehill and Brooks or (document 0341) discussing a requested document that did not exist. Memos detail certain information about the requests and availability of witnesses and current locations of documents and agents.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box18-0531 through Box18-0538<br>Box18-0541 through Box18-0549<br>Box18-0659 through Box18-0669<br>Box18-0671 & Box18-0673 through Box18-0677<br>Box18-1051 through Box18-1062 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – CC or DOJ Attorney<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the handwritten and typed notes of deposition questions and possible answers. Contains references to subpoenaed documents. Witnesses to be deposed are Mrs. Lu Richards, Cecil Saunders and William Saunders.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box18-0705 through Box18-0723 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – John J. McCarthy, DOJ Attorney<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are handwritten notes and appear to be McCarthy's as they are marked with a stamp of his name.  The notes are related to the litigation of Stonehill and Brooks and contain the attorney's mental impressions of the case and litigation strategies.  There are dates on the documents but are the attorney creating a timeline of events rather than dates of events occurring contemporaneously with the writing of the notes.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box18-0842 through Box18-0844 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – DOJ or CC Attorney<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the handwritten notes of an attorney (based on the content of the writings) which appear to be keeping track of the contents of witness file folders to use during trial.

**Stonehill FOIA – Box 18**                                                    **4**

**DOCUMENT NUMBER(S)**              **WITHHELD IN FULL (W) OR IN PART (P)**

Box18-0680 through Box18-0683       W

**TYPE OF DOCUMENT**                **DATE OF DOCUMENT**

Notes                              Unknown

**BASIS FOR WITHHOLDING**           **AUTHOR (A) & RECIPIENT (R)**

(b)(5) – Attorney Work Product      A – Attorney
                                    R – Unknown

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the handwritten questions for use during either a deposition for or the trial of
Stonehill and Brooks

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box21-1194 through Box21-1211<br>Box21-1212 through Box21-1214<br>Box21-1215 through Box21-1222 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | Undated |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & REGARDINGCIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – George J. LeBlanc<br>R – Third Party Taxpayer Representative |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document 1194-95, 1196-97, 1198-99 are copies of the same two-page letter that references a letter sent by a third party taxpayer's legal representative on Dec. 18, 1965 concerning of the taxpayer's U.S. income tax liability case of the third party taxpayer. Documents 1200-1211 are copies of page 2 of the letter. Documents 1212-1214 is a handwritten rough draft of the letter. Documents 1215-1222 are copies of page 1 of the typewritten letter. The documents contain information pertaining to the tax liability of the third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box21-1223 through Box21-1239 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letters and Memoranda | 3/14/1966-3/21/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & REGARDINGCIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – George J. LeBlanc<br>R – Third Party Taxpayer Representative |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are letters dated in 1966, from the third party taxpayer's representative sent to IRS Counsel LeBlanc, LeBlanc's reply letter and the memorandum forwarding the letters from LeBlanc to DOJ. The documents contain the return information of the third party taxpayer. There are several copies of each as well as copies of the envelopes in which the letters were sent.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|

Box21-1240 through Box 21-1264    W

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|

Letters and Memoranda    9/1965 – 3/1966

| BASIS FOR WITHHOLDING | AUTHOR (A) & REGARDINGCIPIENT (R) |
|---|---|

(b)(3) in conjunction with § 6103    A – Various Foreign Country Officials
      Attorney, Public Administrator, New York County
R – IRS

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are letters and memoranda being sent to the IRS concerning a third party taxpayer and providing information about the third party's tax liability in the U.S. and abroad.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|

Box21-1271 through Box21-1276    W

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|

Letter    3/29/1966

| BASIS FOR WITHHOLDING | AUTHOR (A) & REGARDINGCIPIENT (R) |
|---|---|

(b)(3) in conjunction with § 6103    A – George LeBlanc, Chief, Tax Court Division CC
R – Third Party Taxpayer Representative

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a one-page letter and several copies of that letter. Letter is addressed to a third party taxpayer's representative regarding the investigation of the third party taxpayer's U.S. income tax liability.

**Stonehill FOIA – Box 21**                                           **3**

---

**DOCUMENT NUMBER(S)**                **WITHHELD IN FULL (W) OR IN PART (P)**

Box21-1277 through Box21-1292         W

**TYPE OF DOCUMENT**                  **DATE OF DOCUMENT**

Letter                                3/21/1966

**BASIS FOR WITHHOLDING**             **AUTHOR (A) & REGARDINGCIPIENT (R)**

(b)(3) in conjunction with § 6103     A – Third Party Taxpayer Representative
                                      R – George LeBlanc, Chief, Tax Court Division CC


**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a five-page letter, a copy of that letter, a partial copy of the letter, and a copy of
the transmittal envelope. Letter is from the representative regarding the investigation of a third
party taxpayer's U.S. income tax liability.

---

**DOCUMENT NUMBER(S)**                **WITHHELD IN FULL (W) OR IN PART (P)**

Box21-1293 through Box21-1545         W

**TYPE OF DOCUMENT**                  **DATE OF DOCUMENT**

Letter and attachments drawn from     3/22/1965 (Date of Initial Letter)
an administrative file

**BASIS FOR WITHHOLDING**             **AUTHOR (A) & REGARDINGCIPIENT (R)**

(b)(3) in conjunction with § 6103     A – Various
                                      R – John Rogers, Director, Tax Court Division


**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents consist of a one-page letter and attachments to that letter that are referred to in the
letter as administrative files with respect to litigation involving a third party taxpayer. The
administrative file information consists of several types of documents with respect to the tax
liability of a third party taxpayer including, but not limited to, letters to and from the third party
taxpayer, tax returns, and investigative reports.

**Stonehill FOIA – Box 21**                                                                                      **4**

**DOCUMENT NUMBER(S)**                    **WITHHELD IN FULL (W) OR IN PART (P)**

Box21-1917 through Box21-1931            W

**TYPE OF DOCUMENT**                      **DATE OF DOCUMENT**

Handwritten Notes                        Unknown

**BASIS FOR WITHHOLDING**                 **AUTHOR (A) & REGARDINGCIPIENT (R)**

(b)(3) in conjunction with § 6103        A – Unknown
                                         R – Unknown


**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are handwritten notes about a third party taxpayer's account, potential sources of
income for the taxpayer, and attempts to negotiate possible settlements of the taxpayer's
outstanding tax liability.  Information is likely part of the aforementioned administrative file.