# EXHIBIT 11



**U.S. Department of Justice**

Tax Division

*Civil Trial Section, Eastern Region*

---

BNC:dlb
5-16-4036
CMN 2006103375

Post Office Box 227
Washington, DC 20044

Telephone: (202) 514-0472
Telecopier: (202) 514-6866

February 9, 2007



RECEIVED
FEB 12 2007
By_____

**Via E-mail and U.S. Mail**
Robert E. Heggestad
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040

Re: Stonehill v. Internal Revenue Service
    Civil No. 1:06-CV-00599 (JDB) (USDC DDC)

Dear Mr. Heggestad:

The United States filed its motion for extension of time to file the Vaughn Index and motion for summary judgment yesterday, February 8, 2007. Prior to the filing of the motion, you indicated that you would be willing to agree to a several week extension if we would provide to you the deposition transcript of Sterling Powers and the November 20, 1984 hearing transcript. As I explained, the Internal Revenue Service has not searched for these documents because no agreement has been reached regarding search costs. You are aware that the Department of Justice has copies of these transcripts. As previously offered, the Department of Justice would be willing to release to you the transcripts if (1) you, Stonehill, Brooks, and no one on their behalf, agree not to file any FOIA requests related to Harry Stonehill (or his estate) or Robert Brooks (or his estate) with the Tax Division and Internal Revenue Service for a period of seven years; and (2) you agree to the requested 90 day extension for the Service to file its Vaughn index. Additionally, the Service will continue a staggered release of non exempt documents and portions of the Vaughn index as they are completed. Please contact me at your earliest convenience to discuss the above offer.

Also enclosed is the amended Declaration of Krista Piersol that was filed this morning in the above captioned case.

Sincerely yours,

*[signature]*

BRITTNEY CAMPBELL
Trial Attorney
Civil Trial Section, Eastern Region

cc: Joseph E. Conley
Office of Chief Counsel Disclosure
1111 Constitution Ave., NW
Room 5501
Washington, DC 20224
Your ref.: CC:PA:DPL:B01:KLPiersol:DL-120314-06