UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAULINE STONEHILL,

    Plaintiff,

    v.

INTERNAL REVENUE SERVICE,

    Defendant.

Civil Action No.  06-0599 (JDB)

## ORDER

Presently before the Court is [20] defendant's second motion for an extension of time to file a Vaughn index and a motion for summary judgment.  On December 21, 2006, the Court granted in part defendant's earlier request for an extension of time, giving defendant an additional sixty days, rather than the ninety days requested, to complete its Vaughn index and file its motion for summary judgment.  Defendant now seeks another ninety-day extension, which would push the due date for defendant's summary-judgment motion back to May of 2007 - - over five months beyond the original deadline of December 5, 2006.

In support of its request, defendant advances some of the same arguments that it offered with respect to its previous request, the primary of which is simply that the process has been arduous because of the sheer number of pages.  See Def.'s Motion at 7-8.  Defendant also adds two new twists: that the attorney assigned to this matter will be relocating and is postponing her resignation until she has completed the necessary work, and that 500 pages of documents have

been sent to the Central Intelligence Agency ("CIA") "for review and redaction due to a potential compromise of national security." Id. at 8.  Plaintiff vehemently opposes any additional extension of time.  As plaintiff sees things, defendant is moving at an "absurdly slow pace," especially considering that government agencies - - including the CIA - - have already reviewed many of the documents in connection with ongoing litigation in California.  See Pl.'s Opp'n at 2.

      Although the Court understands plaintiff's frustration, denying defendant any extension makes little sense at this point.  The previous deadline of February 9, 2007 has passed, and defendant's motion indicates that much work remains to be done.  On the other hand, an additional delay of ninety days is unacceptable in what is by all accounts a routine, albeit laborious, FOIA case.  The Court will thus grant defendant an additional forty-day extension beyond February 9, requiring it to submit its Vaughn index and motion for summary judgment by not later than March 19, 2007.  This order, the Court notes, extends the deadline two weeks beyond the March 5, 2007 filing deadline that defendant would have received had the Court granted its earlier request for a ninety-day extension.  See Def.'s Motion for an Extension of Time at 7 (Dkt. # 15).  But lest there be any doubt: this extension of time marks the end of the line.  No further extensions of time will be granted absent extraordinary circumstances.

      Accordingly, it is this 15th day of February, 2007, hereby

      **ORDERED** that defendant's motion for an extension of time to file a Vaughn index and a motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**; it is further

      **ORDERED** that defendant's Vaughn index and motion for summary judgment shall be filed by not later than March 19, 2007; it is further

      **ORDERED** that plaintiff's opposition (and, if desired, a cross-motion for summary

judgment) is due by not later than April 19, 2007, with defendant's reply, if any, due by not later than May 3, 2007; and it is further

**ORDERED** that no additional extensions of time will be granted absent extraordinary circumstances.

**SO ORDERED.**

      /s/     John D. Bates
JOHN D. BATES
United States District Judge

Dated:   February 15, 2007