IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAULINE STONEHILL, Co-executor )
and Co-special administrator of the )
Estate of Harry S. Stonehill, )
)
    Plaintiff, )
)
v. )  NO. 1:06-cv-00599 JDB
)
INTERNAL REVENUE SERVICE, )
)
    Defendant. )

## ORDER

Having considered the Internal Revenue Service's motion for enlargement of time to comply with the Court's February 15, 2007 order, together with the memorandum of points and authorities in support thereof, and having further considered plaintiff's opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2007,

ORDERED that the United States' motion for enlargement of time to comply with the Order of February 15, 2007 be and is GRANTED; and it is further

ORDERED that the parties shall have be granted an enlargement of time as follows, in which to comply with the Order of February 15, 2007:

    a. An enlargement of time of 33 days, to and including April 23, 2007, in which to complete compliance with the Court's Order of February 15, 2007 with respect to the CIA Documents;

    b. An enlargement of time of 60 days, to and including May 19, 2007, in which to complete compliance with the Court's Order of February 15, 2007 with respect to the Competent Authority Documents;

    c.  An enlargement of time of five days, to and including Friday, March 23, 2007, in which to complete compliance with the Court's Order of February 15, 2007 with respect to the §6105 Documents.

                  _____
                  UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

_____IT IS CERTIFIED that service of the foregoing United States' proposed ORDER was caused to be served upon plaintiff's counsel on the 16th day of March, 2007, by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

>JOHN R. GERSTEIN
>ROBERT E. HEGGESTAD
>JONATHAN COHEN
>Ross, Dixon & Bell, LLP
>2001 K Street, N.W.
>Washington, D.C. 20006-1040


>/s/Brittney N. Campbell
>BRITTNEY N. CAMPBELL