IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and<br>Co-special administrator of the<br>Estate of Harry S. Stonehill<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:06-cv-0599<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF KRISTA L. PIERSOL

I, Krista L. Piersol, being of legal age and pursuant to the provisions of 28 U.S.C. § 1746, declare and say:

1.    I am an attorney in the Internal Revenue Service's Office of Chief Counsel, Office of the Associate Chief Counsel (Procedure and Administration), Office of the Assistant Chief Counsel (Disclosure and Privacy Law), in Washington, D.C. I have held this position since February 2006. The duties of attorneys in this office include assisting the Department of Justice (DOJ) and Offices of the United States Attorneys in defending the Government in litigation brought under the Freedom of Information Act (FOIA), the Privacy Act, and 26 U.S.C. § 7431.

2. Within the course and scope of my duties, I have been assigned to assist the DOJ in connection with the above-captioned litigation. The Internal Revenue Service (IRS) is in the process of reviewing and creating a <u>Vaughn</u> Index of the documents responsive to the Plaintiff's FOIA request and withheld pursuant to various FOIA exemptions. This process will not be complete in time to meet the Court's order to file dispositive motions on March 19, 2007, because several documents required

EXHIBIT 1

coordination and review for additional FOIA exemptions by the IRS, Office of Chief Counsel, Associate Chief Counsel (International) and the Central Intelligence Agency.

3.  It was necessary for International to review all of the responsive documents received from a foreign taxing authority pursuant to a tax treaty agreement. The documents were reviewed by Mae Lew, attorney with the office of Associate Chief Counsel (International) ("ACCI"). During Lew's review of the documents, she discovered several pages that had not been sent to the U.S. Competent Authority. The U.S. Competent Authority must forward these documents for review by, and to consult with, the treaty partner country's taxing authority, in order to determine whether disclosure of the documents will constitute impairment of tax administration.

Lew did not finishing comparing those pages with the ones previously reviewed in order to remove duplicates until March 15, 2007. The non-duplicative documents will be sent to the U.S. Competent Authority's office so it can begin the consultation process to determine whether the documents can be disclosed. Based on the length of time necessary for the past review, Lew estimates this process will take approximately two months to complete.

4.  In addition to the documents referenced in ¶3 above, I have been unable to complete my review of a portion of the documents sent to International for review. I anticipate completing the review of the documents and the corresponding Vaughn Index by Friday, March 26, 2007.

5.  Some of the responsive documents located in IRS's files contain information originated by the Central Intelligence Agency (CIA). In accordance with standard

procedures, IRS coordinated these documents with CIA. E.O. 12958 section 3.7(b) mandates this coordination, commonly referred to as the "third-agency rule". I understand that CIA is reviewing those documents and will provide its response to IRS before April 16, 2007. For these documents, any information that CIA determines to be exempt from release will be addressed in a supplemental declaration and Vaughn index to be filed on or before April 23, 2007. The following documents were given to the CIA on January 30, 2007: Chief Counsel Box 2 pages 008-050, 081-104, 106-232, 569-813; Chief Counsel Box 4 page 964; Chief Counsel Box 7 pages 001-021, 152-172; Box 16 pages 79-83; and Box 84 pages 246-249. The IRS has not had an opportunity to review the documents to make a determination if additional exemptions apply.

      6. To date the Service has completed approximately 241 pages of the Vaughn Index. The Service has also released 272 pages of documents to plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 16th day of March 2007.

*[signature]*
Krista L. Piersol
Office of Chief Counsel
1111 Constitution Avenue
Washington, DC 20224

4

2307572.1