The US Competent Authority's office has received responses from JAPAN, SWITZERLAND, AUSTRALIA, GERMANY and CANADA, regarding documents received
from those countries in the Stonehill/Brooks case.

SWITZERLAND, AUSTRALIA and GERMANY have no objections to disclosure of the documents (we received from those countries) to the taxpayers or their attorney.

JAPAN objects to disclosure of the following documents, as described below, and these documents should be protected from disclosure under IRC
6103(e)(7):

Box 54-2486
Box 54-2487
Box 54-2488
Box 54-2489 and 2489A
Box 54-2490
Box 54-2492
Box 54-2503
Box 54-2511
Box 54-2520
Box 54-2521
Box 54-2522
Box 54-2526

CANADA has indicated that it needs more time to review the documents. Therefore, the documents received from Canada should NOT be disclosed at this time.  Those documents are listed below:

CC Box 1-93-112
CC Box 1-247
CC Box 1-248-252
CC Box 5-366
CC Box 5-783
CC Box 5-784
CC Box 6-80-88
CC Box 6-177-178
CC Box 6-365
CC Box 6-642
CC Box 6-848-849
CC MISC Box 2-457
CC MISC Box 2-458-459
CC MISC Box 2-460-463
Box 28-330
Box 29-110
Box 29-111
Box 29-112-113
Box 29-114-115
Box 29-116-117
Box 29-118
Box 29-119-120
Box 29-121
Box 30-162
Box 30-246-247
Box 30-746-749

```
Box 35-384-385
Box 35-386
Box 35-387
Box 35-388-389
Box 35-392
Box 35-393
Box 35-394
Box 35-395
Box 35-396-397
Box 35-398
Box 35-400-412
Box 35-413-414
Box 35-418
Box 35-419-422
Box 35-426-427
Box 35-429
Box 84-197
Box 84-200
Box 84-201-203
Box 84-216
Box 84-217-218
Box 84-219
Box 84-220-221
Box 84-231
Box 84-314-315
Box 84-324-325
Box 84-424-425
Box 84-426
Box 84-427
Box 84-428
Box 84-429-430
Box 84-456
Box 84-457-462
Box 84-464-465
Box 84-477
Box 84-482
Box 84-483-484
Box 84-486-487
Box 84-489-490
Box 84-585
Box 85-292
Box 85-293
Box 85-294
Box 85-417-418
Box 85-419
Box 85-420-423
Box 85-424-425
Box 85-426
Box 85-427
Box 85-428-431
Box 85-432-440
Box 85-462-463
Box 85-476-479
Box 85-480-484
Box 85-485
Box 85-566
Box 85-567-568
```

```
Box 85-569-570
Box 85-574-577
Box 85-578-586
Box 85-587
Box 85-588-589
Box 85-590
Box 85-591
Box 85-592
Box 85-594
Box 85-596
Box 85-598
Box 85-599-600
Box 85-603
Box 85-604-619
Box 85-621-624
Box 85-625-628
Box 85-629-630
Box 85-631
Box 85-632-633
Box 85-635
Box 85-637-639
Box 85-640-642
Box 85-644-646
Box 85-647-650
Box 85-651-652
Box 85-653
Box 85-654-655
Box 85-658-659
Box 85-660

Box 35-399 **
Box 35-415 **     **  These three docs were not listed on Rhonda's 6/1/05
Log, but is information received from Canada,
Box 35-416 **         and should NOT be disclosed until we hear from Canada.

============================
```

In addition to the above, the US Competent Authority's office has reviewed the following documents (including a document from LIECHTENSTEIN - Box 54-1885) and have determined that disclosure of these documents to the taxpayers or their representative will result in harm to relations with our treaty partners, and therefore will seriously impair Federal tax administration, under 6103(e)(7). Therefore, the following documents should NOT be disclosed:

```
CC Box 5-367-368
CC Box 5-369
CC Box 6-0079
CC Box 6-0902
CC Box 6-0921 **
Box 28-135
Box 28-346 **
Box 35-0413
Box 35-431-432
Box 54-1885
```

```
Box 54-1812 **
Box 84-198-199
Box 84-242
Box 84-478-479
Box 84-480-481
Box 85-460-461
```

     ** In addition to asserting 6103(e)(7), these three documents contain language regarding treaty negotiations with the Philippines, and therefore should also be protected under 6105, as "tax convention information" defined under IRC 6105(c)(1)(C).

==============================

Except as noted in this email, the remainder of the documents, that were originally withheld under 6105 or 6103(e)(7), and that appears on the LOG dated 6/1/05 (prepared by Rhonda Young) may be disclosed.  Note that there are some documents listed on the 6/1/05 Log that were not withheld under either 6105 or 6103(e)(7), and this email is not intended to address whether those should be released or withheld.


I have the memo from the US Competent Authority regarding disclosure/nondisclosure of documents received from Canada.  I also have a copy of the documents that we are permitted to disclose, and I will provide you with both a copy of the memo and the documents.  As indicated in the attachment to the memo, the only documents that we can disclose are the
following:

```
CCBox 5-0783
Box 35-0398
Box 35-0429
Box 35-0418
Box 84-0314
Box 84-0315
Box 85-292
Box 85-293
Box 85-0485
Box 35-0414
CCBox 1-0251
CCBox 1-0252
```

You should note that the Department of Justice has marked, on the log we have, that the following documents should be withheld from disclosure. Before you disclose these documents, you should verify whether Justice has asserted a privilege with regard to these documents so that they should be continued to be protected from disclosure:

```
CCBox 1-0251
CCBox 1-0252
Box 84-0314
Box 84-0315
```

FYI -- the IRS has redacted certain portions of the following documents because they contain third party taxpayer information.  The redacted

portions would be protected under IRC sec. 6103(a).  It is unclear whether redactions were previously made to the following documents or not, but we are now asserting that the redacted portions should be protected from disclosure under IRC 6103(a):

Box 35-0398
Box 35-0414
Box 35-0418


They are box numbers 9, 15, 36, 37, 38, 39, 40, 41, 53, 58,
> 61, 62, 63, 64, 65, 67, 68, 69, 70, 71, 72, 74, 76, 80.