**Stonehill FOIA – Saunders Documents**  1

Exhibit A

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box54-1253 & Box54-1255 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Form 386-A | Tax Years 1959 & 1960 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – IRS File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the first page and the second page of Form 386-A filed for Taxpayers William and Gertrude Saunders assessing their tax liability. Redacted portions contain the names of third party taxpayers gathered during the course of an investigation.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box54-1259 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 1/2/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter written by a third party taxpayer to the IRS discussing the taxpayer's own tax liability. Redacted portions contain identifying information of the third party taxpayer, including the party's name and existence of a pending tax case.

**Stonehill FOIA – MISC Box**

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Misc-0388 & Misc-0389 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 8/2/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with § 6103 | A – John Donihee, Attorney<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is page two and three of a memo documenting a meeting with IRS and DOJ personnel discussing the cases pending against Stonehill and Brooks. Discusses litigation strategies, in particular statutes of limitations, depositions of potential witnesses and evidentiary issues. Portions of the document contain third party taxpayer information concerning taxpayer's potential criminal prosecution for tax evasion.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Misc-0396 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 2/23/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with § 6103 | A – Harold Wallace, Senior Coordinator<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the second page of a memo discussing the legalities of a subpoena issued by the attorney for Stonehill and Brooks requesting the testimony of IRS agents and for them to produce certain documents. Contains the names of two third party taxpayers that are also under investigation for tax evasion.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Misc-0403 through Misc-0410 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten Notes | 12/16/1970 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is eight pages of notes prepared in anticipation of litigation and is a list of potential witnesses and possible exhibits that would be introduced through each witness. Exhibits are listed by number and description.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Misc-0411 & Misc-0412 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is two pages of legal analysis concerning the Attorney-Client Privilege and Marital Privilege. Describes the necessary elements of each privilege and the potential for use of these privileges in the Stonehill litigation.