Stonehill FOIA – Chief Counsel Box 4                                    **1**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0004 & CCBox4-0005 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum Draft | 8/22/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Houstin Shockey, Chief, International Operations<br>R – General Litigation Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page draft letter relating to Stonehill and Brooks that discusses and requests tax information sought by the Department of Justice to prepare evidentiary testimony. The document contains identifying information of two third-party taxpayers including examination and filing history information.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0006<br>CCBox4-0320 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 10/29/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Houstin Shockey, Chief, International Operations<br>R – General Litigation Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter requesting tax returns of Stonehill, Brooks and two third-party taxpayers. The document contains identifying information of the third-party taxpayers and indicates that the IRS will be investigating the parties' tax liability. Document directs the recipient to take certain actions regarding the returns in the event of certain occurrences.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0202 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| IRS Memorandum | Approximately 4/7/1981 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Deliberative Process | A – Marlene Gross, Chief, Special Procedure Staff International<br>R – District Counsel, Office of International Oper. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter from the IRS (client) to CC discussing the merits of Stonehill's attorney request that notices of federal tax liens be released with respect to insurance policies on the life of Stonehill.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0204, CCBox4-0284 & CCBox4-0285 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Index | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Unknown<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a three page index of papers obtained from a third-party taxpayer and contain identifying information of approximately 23 third-party taxpayers and information indicating that some of the third-party taxpayers' tax liability was being investigated, including the taxpayer turning over the documents. The papers were turned over to DOJ to be used in the ongoing litigation against Stonehill, Brooks and the third-party taxpayers. The list is a litigation index for use at the trial of the third-party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0268 through CCBox4-0271<br>CCBox4-0302 & CCBox4-0303 (Duplicates 0268 & 0269)<br>CCBox4-0274 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| List | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Unknown<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a five page list of contents of boxes collected relating to Stonehill and Brooks and a list of working papers that were prepared and have been labeled for use as exhibits in connection with an ongoing litigation. The lists contain references to the potential Internal Revenue Code liabilities of third-party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0315 & CCBox4-0316 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 3/20/1984 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Marlene Gross, District Counsel, Foreign Oper.<br>R – Glenn Archer, Asst. Attorney General DOJ Tax |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter discussing the Stonehill litigation and possible courses of action that could be taken in the case. Other portions of the document contain identifying information concerning two third-party taxpayers and recommendations for pursuing tax liability cases against the taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0319 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 11/21/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – S.L. Bernardo, Acting Chief, Special Procedures |
| (b)(5) – Attorney Work Product | R – Office of Chief Counsel, General Litigation |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum forwarding and describing information requested by counsel for use in the ongoing litigation against Stonehill and Brooks. Information withheld pursuant to section 6103 contains identifying information of a third-party taxpayer and the fact of the investigation of the third party's tax liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0321<br>CCBox4-0325 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| IRS Memorandum | 10/30/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – S.L. Bernardo, Acting Chief, Special Procedures |
| (b)(5) – Attorney Work Product | R – Office of Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum on the status of requests made by counsel for information for use in the criminal and civil tax proceedings against Stonehill and Brooks. The document contains information that would reveal the identity and return filing history of two third-party taxpayers. CCBox4-0325 is an exact copy.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0323 | W |
| CCBox4-0324 (Duplicate) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| IRS Memorandum | 11/19/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – S.L. Bernardo, Acting Chief, Special Procedures |
| (b)(5) – Attorney Work Product | R – Office of Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum transmitting information pursuant to a request from counsel for information to use in the proceedings against Stonehill and Brooks. The document contains information that would reveal the identity and filing history of two third-party taxpayers. CCBox4-0324 is an exact copy.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0326 & CCBox4-0327 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 9/24/1974 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – D.W. Sherman, Chief, Special Procedures |
| (b)(5) – Attorney Work Product | R – Office of Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memorandum on the status of requests made by counsel for information for use in the criminal and civil tax proceedings against Stonehill and Brooks. The document contains information that would reveal the identity and filing history of two third-party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0331 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| IRS Memorandum | 9/11/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Paul Stuchlak, Acting Chief, Special Procedures<br>R – Office of Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum reporting on the status of requests made by counsel for information pertaining to the proceedings against a third-party taxpayer. The document contains the identifying information of the third-party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0345 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| IRS Memorandum | 9/19/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Paul Stuchlak, Acting Chief, Special Procedures<br>R – Office of Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum reporting on the status of requests made by counsel for information pertaining to the proceedings against a third-party taxpayer. The document contains the identifying information of the third-party taxpayer.

**DOCUMENT NUMBER(S)**

CCBox4-0347

**TYPE OF DOCUMENT**

Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

4/29/1963

**AUTHOR (A) & RECIPIENT (R)**

A – Sterling Powers, Acting Revenue Service Rep.
R – Ross Thompson, Executive Asst. to the Director

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum reporting on the necessity of changing travel plans due to litigation involving a third-party taxpayer.

**DOCUMENT NUMBER(S)**

CCBox4-0348

**TYPE OF DOCUMENT**

Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

9/21/1973

**AUTHOR (A) & RECIPIENT (R)**

A – Houstin Shockey, Chief, International Operations
R – Office of International Operations

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum concerning the potential collection of tax liabilities of a third-party taxpayer.

**DOCUMENT NUMBER(S)**

CCBox4-0349

**TYPE OF DOCUMENT**

Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

10/10/1973

**AUTHOR (A) & RECIPIENT (R)**

A – Houstin Shockey, Chief, International Operations
R – John McCarthy, DOJ Chief Gen. Litigation Sec.

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum forwarding information from the Chief of the Seattle Audit Division concerning the outstanding tax liabilities of third-party taxpayers. The document contains identifying information of the third-party taxpayers.

**DOCUMENT NUMBER(S)**

CCBox4-0350

**TYPE OF DOCUMENT**

Memorandum

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

10/17/1973

**AUTHOR (A) & RECIPIENT (R)**

A – Houstin Shockey, Chief, International Operations
R – John McCarthy, DOJ Chief Gen. Litigation Sec.

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum forwarding information received from International Operations concerning the outstanding tax liabilities for two third-party taxpayers. The document contains identifying information of the third-party taxpayers including their outstanding tax liabilities.

**Stonehill FOIA – Chief Counsel Box 4**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0351 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 9/19/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Houstin Shockey, Chief, International Operations<br>R – John McCarthy, DOJ Chief Gen. Litigation Sec. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum forwarding certified tax returns of two third-party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0471 through CCBox4-0487<br>CCBox4-0488 through CCBox4-0504 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Settlement Proposal | 4/4/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – C.A. Van Dyke, Appellate Conferee<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a seventeen page memorandum detailing and discussing the proposed settlement of two third-party taxpayers' tax liability.  Duplicate is an exact copy.

**DOCUMENT NUMBER(S)**

CCBox4-0505 & CCBox4-0506

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**TYPE OF DOCUMENT**

Memorandum

**DATE OF DOCUMENT**

4/18/1973

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**AUTHOR (A) & RECIPIENT (R)**

A – Robert Bridges, Director Tax Court Litigation
R – Director, General Litigation Division

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum concurring in the decision to accept a proposed settlement of two third-party taxpayers' tax liability. The document contains the identifying information of third-party taxpayers including their outstanding tax liability.

**DOCUMENT NUMBER(S)**

CCBox4-0507 through CCBox4-0531

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**TYPE OF DOCUMENT**

Routing Slip & Audit Report

**DATE OF DOCUMENT**

3/16/1973

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**AUTHOR (A) & RECIPIENT (R)**

A – Guy Graziano
R – Paul Barker, General Litigation Division

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

First page of the document is a transmittal slip forwarding Revenue Agent (RA) Coston's audit reports about two third-party taxpayers' tax liability. The remaining pages are the third parties' handwritten audit report prepared by RA Coston.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0532 & CCBox4-0533 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 11/19/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Houstin Shockey, Chief, International Operations<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum transmitting a draft of a letter to be sent to two third-party taxpayers in response to an inquiry from the parties about their tax liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0534 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 10/3/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Jack Dahlquist, Chief, Audit Division<br>R – Stanley Krysa, DOJ Attorney |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter forwarding a copy of another letter discussing the tax liability of two third-party taxpayers. The document contains identifying information of the third-party taxpayers including information pertaining to their tax liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0712 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Notes | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten note reminding the author to take certain actions regarding a third-party taxpayer. The document contains identifying information of the third-party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0713 through CCBox4-0724<br>CCBox4-0727 through CCBox4-0739 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Notes | Various Dates |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with § 6103 | A – Unknown<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the handwritten notes of Chief Counsel attorneys. The notes include information about the pending litigation, such as exhibit lists, witness names and possible testimony, document descriptions and notes analyzing and commemorating conversations with DOJ attorneys about steps to be taken in the course of the litigation. Interspersed within are notes about the filing history and potential tax liability of third-party taxpayers.

## DOCUMENT NUMBER(S)

CCBox4-0740

## TYPE OF DOCUMENT

IRS Memorandum

## BASIS FOR WITHHOLDING

(b)(5) – Attorney Work Product

## WITHHELD IN FULL (W) OR IN PART (P)

W

## DATE OF DOCUMENT

8/28/1984

## AUTHOR (A) & RECIPIENT (R)

A – RA Mark Grasse
R – John Strange, District Counsel
    John McCarthy, DOJ Chief Gen. Litigation Sec.

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a one page memorandum discussing information requested by DOJ to use during the Stonehill litigation.

## DOCUMENT NUMBER(S)

CCBox4-0741 & CCBox4-0742

## TYPE OF DOCUMENT

IRS Memorandum

## BASIS FOR WITHHOLDING

(b)(5) – Attorney Work Product
(b)(5) – Deliberative Process

## WITHHELD IN FULL (W) OR IN PART (P)

W

## DATE OF DOCUMENT

9/4/1984

## AUTHOR (A) & RECIPIENT (R)

A – RA Mark Grasse
R – John Strange, District Counsel

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a two page memorandum discussing the current status of a project regarding the reconstruction of escrow accounts relating to Stonehill and Brooks at the request of CC or Department of Justice attorneys.

**Stonehill FOIA – Chief Counsel Box 4**

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| CCBox4-0745 & CCBox4-0746 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 5/20/1968 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Director of International Operations<br>R – CC Collection Litigation Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memorandum discussing the tax liability of two third-party taxpayers and the possible transferee liability for the tax liability of Stonehill. The document also discusses actions giving rise to potential transferee liabilities and questions about procedures required to assign liabilities, including coordination with Stonehill litigation and how that liability arose pursuant to a transferee situation. IRS International is requesting advice from CC regarding various possible administrative actions that will need to be taken in order to collect the liability.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| CCBox4-0747 & CCBox4-0748 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 7/31/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Houstin Shockey, Chief, International Operations<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter detailing the impact of a court decision relating to transferee liability for Stonehill's tax liabilities, including the continuing merits of transferee liability theories in a case against two third-party taxpayers. The memorandum quotes a DOJ letter recommending pursuing transferee liability against two persons on given theory.

**Stonehill FOIA – Chief Counsel Box 4**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0754 & CCBox4-0755 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| DOJ Letter | 5/29/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Fred Ugast, Chief, General Litigation Section<br>R – Chief Counsel Lester Uretz |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter discussing a notice of levy filed against a third-party taxpayer and nominee liens encumbering the interests of persons owning property with Stonehill, including a district court lawsuit filed to obtain their release. The letter cites and discusses the merits of the recommendations of CC regarding such levy and liens. The document contains identifying information of the third-party taxpayers including the levy and lien information.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0756 through CCBox4-0761 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 5/19/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Houstin Shockey, Chief, International Operations<br>R – Mitchell Rogovin, Asst. Attorney General DOJ |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a five page letter discussing the nominee liens on property owned by two persons and Stonehill and a district court lawsuit filed to obtain their release. The document contains legal analysis of alternative theories under which the liability could be pursued and the likelihood of success.

**Stonehill FOIA – Chief Counsel Box 4**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0764 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 5/8/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – John Donihee, CC Attorney |
| (b)(5) – Deliberative Process | R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum for the file to memorialize a meeting considering the merits of the transferee liability of two third-party taxpayers for tax liabilities of Stonehill, which was being litigated in district court.  The document contains a recommendation to be given to DOJ at its request.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0766 & CCBox4-0767 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| DOJ Letter | 4/27/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Fred Ugast, Chief, General Litigation Section |
| (b)(5) – Deliberative Process | R – Chief Counsel Lester Uretz |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter requesting CC's views as to the merits of the transferee liability of two persons owning property with Stonehill, which was being litigated in district court.

## Stonehill FOIA – Chief Counsel Box 4

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| CCBox4-0965 | 2/10/1967 | A – J.W. Feigenbaum, Dir. Gen. Litigation Div.<br>R – Collection Litigation Division |
| CCBox4-0968 | 9/28/1967 | A – H. Shockey, Chief, International Oper.<br>R – Collection Litigation Division |
| CCBox4-0970 | 9/20/1967 | A – F. Ugast, DOJ Chief, Gen. Litigation Sec.<br>R – Lester Uretz, Chief Counsel |
| CCBox4-0973 & CCBox4-0974 | 8/24/1967 | A – John Donihee, CC Attorney<br>R – Memorandum to the File |
| CCBox4-0975 | 5/9/1967 | A – H. Shockey, Chief, International Oper.<br>R – Memorandum to the File |
| CCBox4-0976 | 5/9/1967 | A – H. Shockey, Chief, International Oper.<br>R – Collection Litigation Division |
| CCBox4-0979 | 2/28/1967 | A – W. Gorman, Chief, Collection Division<br>R – Chief, International Operations, CC |
| CCBox4-0981 | Duplicate of CCBox4-0979 | |
| CCBox4-0982 | Draft Version of CCBox4-0965 | |
| CCBox4-0983 | 2/7/1967 | A – John Donihee, CC Attorney<br>R – Memorandum to the File |
| CCBox4-0989 & CCBox4-0990 | 2/16/1968 | A – H. Shockey, Chief, International Oper.<br>R – Collection Litigation Division |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Attorney-Client Privilege | W |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are a series of letters and memorandums discussing and commemorating discussions between the IRS, Chief Counsel Attorneys and DOJ Attorneys concerning the validity of various claims for payments from escrow funds acquired through the litigation against Stonehill and Brooks.

**Stonehill FOIA – Chief Counsel Box 4**

**DOCUMENT NUMBER(S)**

CCBox4-0992

**TYPE OF DOCUMENT**

Letter

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

11/10/1967

**AUTHOR (A) & RECIPIENT (R)**

A – Director, General Litigation Division
R – Director, Operations and Planning

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the first page of a letter advising the recipient of the necessity for Agents Ragland and Barker to attend depositions and assist DOJ with trial preparation in the Stonehill case. Contains identifying information of a third-party taxpayer and the pending litigation against that party.

**DOCUMENT NUMBER(S)**

CCBox4-0993

**TYPE OF DOCUMENT**

Letter

**BASIS FOR WITHHOLDING**

(b)(5) – Attorney Work Product
(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DATE OF DOCUMENT**

9/19/1973

**AUTHOR (A) & RECIPIENT (R)**

A – Houstin Shockey, Chief, International Oper.
R – Director, Audit Division

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is letter advising the audit division that DOJ counsel would like the division to complete the audit of a third-party taxpayer in order to expedite settlement negotiations with the party. States the opinions of counsel in regard to DOJ's advice.

**Stonehill FOIA – Chief Counsel Box 4**

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| CCBox4-0781 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the handwritten notes of an attorney reminding the author to keep track of certain pieces of information regarding the case to avoid later problems and to obtain information for DOJ.

# Stonehill FOIA – Chief Counsel Box 7

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox7-022 through CCBox7-024 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 2/9/1968 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(7)(D) - Confidential Informant | A – Revenue Service Representative Sterling Powers<br>R – File |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a three page memo memorializing the meeting between Powers and a confidential informant to obtain information concerning the business operations of Stonehill and Brooks. The confidential informant met with IRS personnel during the course of the investigation with the expectation that his/her identity would remain confidential. The informant told Powers that he/she feared for his/her safety and refused to meet at the US Embassy. Because of the financial nature of the information obtained, its release would reveal the informant's identity. The IRS cannot verify whether the informant is alive or dead.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox7-025<br>CCBox7-026 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 10/18/1973 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Paul Stuchlak, Chief, Special Procedures<br>R – Special Procedures Staff |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are work orders to IRS employees to perform an investigation of two third party taxpayers in regards to their potential tax liability.