| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box13-0050 through Box13-0055 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Conference Memorandum | 03/09/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – F. Steele Langford<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document chronicles a meeting between representatives for a third party taxpayer, the IRS and DOJ to discuss the current case being prosecuted against the third party taxpayer and a possible settlement negotiation. Document contains identifying and other return information of the third party taxpayer.

**Stonehill FOIA – BOX 1**

1

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box1-0005 | P |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| List | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Unknown<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document lists the contents of IRS boxes purportedly labeled boxes 22-25. Contains identifying information of two third party taxpayers which indicates the third party taxpayers' own tax liability was under investigation.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box1-0006<br>Box1-0007 Box 1-0007 (Duplicate) | P |

| TYPE OF DOCUMENT | DATE OF DOCUMENT(S) |
|---|---|
| Notes | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(7)(D) – Confidential Informant | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a typed list of the contents of IRS boxes purportedly labeled Box 16, 16A and 16B. Redacted portions contain information that reveals the identity of a confidential informant who met with IRS personnel during the course of the investigation with the expectation that his/her identity would remain confidential. The informant informed the IRS that he/she feared for his/her safety and refused to meet at the US Embassy. Because of the financial nature of the information obtained through the informant, release of the information would reveal the informant's identity. The IRS cannot verify whether the informant is alive or dead; however, it is IRS policy to never reveal an informant's identity or identifying information for the protection of the informant. Redacted portion also contains information concerning the investigation of two third party taxpayers who are identified in the paragraph by name.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box1-0008 & Box1-0010 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are pages 2 and 4 of a list of names of corporations and individuals and the physical contents of a filing cabinet described as Filing Cabinet 4, Drawer 2. The list of names was redacted to remove identifying information of nine third party taxpayers (Box1-0008). The physical contents are purported to consist of folders and miscellaneous papers belonging to and identifying nine third party taxpayers (Document Box1-0010). The descriptions of the folders and papers contain identifying information and information obtained during the criminal investigation of the third parties.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box1-0011 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Agent Investigation Activity Summary | 6/7/1963 – 7/16/1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Special Agent (SA) Herbert Ravett<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a chronology of the agent's activities made during the course of his criminal investigation of a third party taxpayer. The document describes persons interviewed, documents obtained, and other day-to-day activities.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box1-0030 & Box1-0031 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Internal FBI Report | 5/8/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – William C. Nash<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a record of the FBI and has been redacted by that Agency. Redacted information describes the AUSA's litigation strategies and discusses the evidentiary potential of witnesses and documents in regards to the Stonehill litigation.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box1-0032 & Box1-0033 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Internal FBI Report | 10/16/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown FBI Personnel<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the record of the FBI and has been redacted by that Agency. Document describes primarily the physical characteristics of Stonehill for the purposes of apprehension pursuant to a warrant for his arrest. The information that has been redacted is identifying information obtained during the course of the agent's criminal investigations involving three third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box1-0040 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Agent Investigation Activity Summary | 2/11/1964 – 5/21/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) In conjunction with § 6103 | A – SA Paul Aquilina<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a chronology of the agent's activities made during the course of the agent's criminal investigation of Stonehill. Information redacted consists of the identifying information of three third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box1-0043 through Box1-0072 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Agent Investigation Activity Summary | 6/14/1962-4/30/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – SA Herbert Ravett<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a chronology of the agent's activities made during the course of the agent's criminal investigation of a third party taxpayer, describing persons interviewed, documents obtained and other day-to-day activities.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box1-0204 & Box1-0205 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| IRS Internal Routing Slip | 3/29/1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – SA Herbert Ravett<br>R – Various IRS Employees |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an investigatory suggestion from SA Ravett that certain third party taxpayers, including Stonehill and Brooks, be cross-referenced with the criminal investigation of another third party taxpayer. The list includes identifying information of 22 third party taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box27-031 through Box27-036 | P (only Box27-034, all others released in full) |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Attorney<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is undated notes of a CC attorney listing witnesses in reference to the investigations of Stonehill and Brooks. Redacted information on page 034 contains identifying information and states that the third party taxpayer is being investigated for tax evasion.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 27-0073 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 4/1/1968 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – William Ragland<br>R – Sterling Powers, Revenue Service Rep. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page letter to Powers explaining the reasons for schedules of assessments made to a third party taxpayer's tax liability. Redacted portions reference the third party's liability and contain identifying information of the taxpayer.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box 27-0074 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 3/26/1968 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative<br>R – RA William Ragland |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is first page of a letter discussing the investigation of a third party taxpayer for U.S. income tax liability.

**Stonehill FOIA – Box 25**

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box25-0204 | 8/26/1966 | A – SA Herbert Ravett<br>R – John McCarthy, DOJ Attorney |
| Box25-0205 | 8/29/1966 | A – SA Herbert Ravett<br>R – John McCarthy, DOJ Attorney |
| Box25-0206 | 8/19/1966 | A – SA Herbert Ravett<br>R – Memo to the File |
| Box25-0209 & Box25-0210 | 8/19/1966 | A – SA Herbert Ravett<br>R – Assistant Attorney General DOJ Tax |
| Box25-0213<br>Box25-0214 (Copy) | 8/22/1966 | A – SA Michael Skvasik<br>R – File |
| Box25-0215 | 8/18/1966 | A – SA Herbert Ravett<br>R – Memo to the File |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a series of memoranda forwarding exhibits at the request of CC to be turned over to DOJ for use in the litigation against Stonehill and Brooks. Memoranda detail certain information about the requested documents and would tend to reveal the attorney's thought processes, litigation strategies and analysis of the cases.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box25-0207 & Box25-0208 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 8/17/1966 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney-Client Privilege<br>(b)(5) – Attorney Work Product | A – SA Herbert Ravett<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is two page memorandum to the file detailing information regarding progression of the cases against Stonehill and Brooks that was given to the Agent by the DOJ and CC attorneys. The information would tend to reveal the attorneys' thought processes, litigation strategies and analysis of the cases. Contains instructions from the attorneys to the agent regarding the further gathering of evidence to be used in the litigation.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box24-0517 & Box24-0518 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| File Tabs | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS Employee<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are undated handwritten notes of an IRS employee in reference to a third party taxpayer's U.S. income tax returns. The notes appear to be file tabs.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box14-0001 & Box14-0002 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Promissory Note | 02/21/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer<br>R – Bank of America, Los Angeles, CA. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Authorization and payment by promissory note of a loan from one third party taxpayer to another third party taxpayer. Document contains identifying information of the third party taxpayers.

1

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box5-2364 & Box5-2365 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 07/02/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – SAs Robert Collins and Carroll R. Bishop<br>R – Chief, Intelligence Div., Manhattan Dist. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a synopsis of information about trust companies and bank accounts being held by Stonehill, Brooks, their nominees and other third party taxpayers. Redacted information is the names of the third party taxpayers. Document 2364 was released in full.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 5-2542 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten note | 06/04/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Spec. Agent Paul J. Aquilina<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the notes of the agent from an interview with witness Irving Stein, a CPA regarding work papers and correspondence used in the preparation of 1961 1040 Income Tax returns for Stonehill, Brooks and two third party taxpayers. Redacted information is identifying information of the third party taxpayers.

2

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box5-2549 & Box5-2550 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum of Conference | 06/09/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – SAs Martin Weinjant & Paul Aquilina<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is two pages of handwritten notes about a meeting with Irving Stein, CPA regarding papers utilized during the preparation of Stonehill, Brooks and two third party taxpayer's income tax returns. Redacted information references specific entries on the third parties' returns and contains identifying information of the taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box3-0842 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 6/25/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Sterling Powers, Asst. Revenue Service Rep.<br>R – Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum which discusses those individuals employed by Stonehill and Brooks who would have knowledge about their business and financial transactions. Redacted portion contains information about the tax liability of a third party taxpayer and identifying information.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box3-0848 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 07/03/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Sterling Powers, Asst. Revenue Service Rep.<br>R – Chief, Intelligence Div. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a request for information about loans, collateral records, and financial statements of a third party taxpayer for use in an investigation of the taxpayer's tax liability.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box3-1402 through Box3-1406 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Transcript | 02/05/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the transcript of the testimony of Saul Berman regarding handwriting and the preparation of certain income tax returns for a third party taxpayer. Redacted portion contains identifying information, references to returns and return information of the third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box3-1535 through Box3-1539 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Transcript | 02/03/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the transcript of the testimony of Irving Stein regarding the preparation of certain income tax returns for a Stonehill company and a third party taxpayer. Redacted portion contains identifying information, references to returns and return information of the third party taxpayer.

**Stonehill FOIA – Chief Counsel Box 2**                                    1

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox2-051 & CCBox2-052<br>Duplicate of CCBox1-159 & -160 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum to the file | 4/25/1974 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Deliberative Process | A – RA William Ragland<br>R – File, with cc: George Peternick, Eugene Myers |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document details and evaluates the proposed settlement of the Internal Revenue Code liability of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox2-236 through CCBox2-267 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Draft letter | 5/11/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Lester Uretz, Chief Counsel<br>R – Mitchell Rogovin, Asst. Atty General DOJ |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a draft of a letter from the Chief Counsel to DOJ relating to the potential liability under the Internal Revenue Code of Stonehill, Brooks, and two third party taxpayers identified by name.

**Stonehill FOIA – Box 2**

1

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box2-0001 through Box2-0006 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten Draft | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process Privilege | A – Chief Counsel Attorney<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the handwritten breakdown of the proposed response to a Motion to Dismiss filed in the Ira Blaustein and Stonehill cases pending in the Southern District of New York for the evasion of Universal New York, Inc.'s income taxes. Document is the attorney's analysis of the arguments separated by subject matter and a proposed response to each.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box2-022 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 07/13/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Herbert Ravett, Special Agent<br>R – Attn: Peter Fleming, Executive Assistant US Attorney |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter acknowledging receipt of records from the AUSA that were part of the Government's case in the Universal New York, Inc. case. Attached to the bottom of the document is a certified mail sticker with the address of the recipient.

Stonehill FOIA – Box 2

2

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box2-025 & Box2-026 Box2-027 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 07/08/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with Federal Rule of Criminal Procedure 6(e) (b)(5) – Attorney Work Product | A – Herbert Ravett, Special Agent R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum discussing a request from Ravett to his supervisors to meet with the Assistant US Attorney, Peter Fleming to discuss aspects of the Government's case against Universal New York, Inc. and its officers for tax evasion. Memo details what aspects will be discussed including the witnesses and testimony that will be presented to the Grand Jury for purposes of proceeding with indictments. Document 027 is a note about the transfer of the cases and would reveal litigation strategy of the attorneys involved in the transfer.


| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box2-030 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 12/18/1970 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Donald Durkin, Chief, Foreign Operations Division R – Chief, Intelligence Division, Manhattan District |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document forwards information from the Philippines requested by Special Agent Herbert Ravett for use in litigation as well as a discussing the litigation strategy employed by DOJ attorneys with regard to the admissibility of evidence.

**Stonehill FOIA – Box 2**

3

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box2-031 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 11/30/1970 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Houstin Shockey, Chief, International Operations<br>R – Chief, Foreign Operations, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document details the transmission of a request from the Revenue Service Representative in Manila for directives in regards to records currently in his custody that are connected and may be used in the Government's case against Stonehill and Brooks, and relays DOJ's response.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box2-032<br>Box2-033 (Duplicate) | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 10/23/1970 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Revenue Service Representative - Manila<br>R – Chief, Foreign Operations Division, International |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document discusses the progress of a collateral request for an investigation and how the investigation is being affected by developments with respect to a meeting that was supposed to have occurred between DOJ and the American Embassy. The letter details why this meeting is relevant to the litigation and discusses litigation strategy with regard to the admissibility of evidence and potential witnesses.

Stonehill FOIA – Box 2

4

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box2-044 & Box2-045 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 11/16/1970 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – W.D. Christie, Acting Chief, Foreign Operations Division, International Operations<br>R – Chief, Intelligence Division, Manhattan District |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document forwards document Box2-032 and discusses the contents of that document as well as advising the recipient on how and why to coordinate with DOJ and when documents may be expected.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box2-069 through Box2-099 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Bank Statements and Receipts | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer Bank<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the bank records of a third party taxpayer and were obtained during the investigation of the taxpayer's potential liability under the Internal Revenue Code. Documents identify the name of the taxpayer. Some of the documents are illegible due to the type of paper used, but location within legible documents that identify the account holder by name and the similar type of paper indicate that the documents are the bank records of the third party taxpayer.