**Stonehill FOIA – Box 2**

5

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box2-101 | P |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | Dates refer to events being documented. |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 101 is titled "Records, Correspondence, Etc. Seized in Philippines." Document 106 is titled "Examiner Questioned Documents." Both documents are lists of information seized in the Philippines and the subsequent examination of some of the documents as to their validity and appropriate persons to review the documents. Redacted portions contain information revealing the trail strategy of the attorneys with respect to the treatment, location and usability of the documents for litigation purposes.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box2-0115 & Box2-0116 | P |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 09/14/1970 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – Herbert Ravett, Special Agent<br>R – Director of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a brief overview of Stonehill's history with respect to his time residing in various countries, his arrests in the Philippines, the numerous deportation proceedings filed against him in several countries, his arrest on charges in the US and a request from DOJ for additional information to be used in the criminal proceedings for evasion of Universal New York, Inc.'s taxes. Redacted portion contains a description of the requested information and how it will be used at trial.

Stonehill FOIA – Box 2

6

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box2-0119 | P |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 07/20/1970 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – Special Agent Herbert Ravett<br>R – District Director, IRS, Attn: Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a partial memo discussing the use of a handwriting expert to verify if the signature on a document being presented as evidence in the Universal New York, Inc. was signed by Ira Blaustein. Redacted portion contains the attorney's instructions for continued preparation to secure the admissibility of the document at trial.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box2-130 through Box2-132 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum for Files | 1/31/1966 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Herbert Ravett, Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page memo memorializing information received from DOJ Attorney, Harlow Huckabee for the files of Universal New York, Inc., Stonehill and Ira Blaustein. Discusses the investigation of financial transactions, tracing transactions made through foreign banks, requests for additional information for purposes of litigation and a brief discussion of evidence already in the Government's possession and its value to the case.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box2-0151 through Box2-0153 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 03/10/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with Federal Rule of Criminal Procedure 6(e) | A – Herbert Ravett, Special Agent<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page memorandum in the case of Universal New York, Inc., detailing conversations between Ravett and Assistant US Attorney, Peter Fleming, who is prosecuting the cases. Includes Fleming's litigation strategy with regard to eight rolls of microfilm that were in the possession of a law firm and what Ravett should do with respect to the documents on the microfilm. The documents were originally the subject of a Grand Jury Subpoena in the case.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box2-0159 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Herbert Ravett, Special Agent<br>R – Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo discussing the issuance and validity of summonses for records of Universal New York, Inc. Redacted portion is the legal analysis and recommendations regarding the summons from Regional Counsel.

8

## Stonehill FOIA – Box 2

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box2-0133 through Box2-0144<br>Box2-0146 through Box2-0150 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 8/1962 (0133), 9/5/1962 (0134), 10/1962 (0135), 11/5/1962 (0136), 2/5/1963 (0137), 1963 (0138), 8/5/1963 (0139), 11/5/1963 (0140), 2/5/1964 (0141), 5/5/1964 (0142), 1964 (0143), 11/4/1964 (0144), 2/1965 (0146), 1965 (0147, 0148), 11/1965 (0149), 2/1966 (0150) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – A. E. Walters, Jr., Chief, Intelligence Division except 0133 authored by L. Schutzman, Acting Chief<br>R – US Attorneys Vincent Broderick and Robert Morgenthau |

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are monthly progress reports provided to the US Attorneys office in cooperation with a task force fighting organized crime. Redacted portions are the names of third party taxpayers who are the subject of IRS investigations.

**Stonehill FOIA – Box 19**

1

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box19-033 through Box19-035<br>Box19-036 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes (033-035)<br>Transmittal (036) | Undated<br>2/27/1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are handwritten notes providing background information of a third party taxpayer in an effort to establish tax liability under the Internal Revenue Code. Discusses taxpayer's potential residency and citizenship in the US.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box19-073<br>Box19-073A (Duplicate) | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 8/28/1974 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Leon Wigrizer, Director, Criminal Tax Division<br>R – J. Walter Feigenbaum, Director, General Litigation |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a transmittal memo passing along a memo commenting on the proposed settlement of a third party taxpayer's civil and criminal tax cases for violations of the Internal Revenue Code.

Stonehill FOIA – Box 19

2

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box19-074<br>Box19-075 & Box19-076 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 8/28/1974 (074)<br>8/16/1974 (075-076) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A/R – John Olsweski, Director, Intelligence Division<br>R – Director, Criminal Tax Division (074)<br>A – R.G. Potter, Asst. Regional Commissioner, Intelligence (075-076) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo transmitting documents 075-076. Document summarizes the 075-076 memo which analyzes and opines on the proposed settlement of a third party taxpayer's criminal and civil liability under the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box19-0169 through Box19-0179 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Chief Counsel Attorney<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is 10 pages of handwritten notes listing the contents of the attorney's witness and document folders compiled for use in litigation against a third party taxpayer for violations of the Internal Revenue Code.

Stonehill FOIA – Box 19                                                                                   3

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box19-0184<br>Box19-0185 (Duplicate) | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| IRS Routing Slip | 8/7/1984 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Houstin Shockey, Chief, International Operations<br>R – William Ragland, General Litigation, Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a routing slip forwarding information of a third party taxpayer and identifies the taxpayer by name and case number. Document 0184 has Shockey's initials above his name.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box19-0186 through Box19-0200 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| DOJ Memorandum | 8/1/1974 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Stanley Krysa, DOJ Attorney, Tax Division<br>R – Assistant Attorney General Crampton<br>Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a recommendation for an Offer in Compromise negotiated in the case of two third party taxpayers. The document summarizes the history of the investigation of the taxpayers, summarizes the offer and provides the author's analysis of the pros and cons of accepting the offer.

4

**Stonehill FOIA – Box 19**

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box19-0315 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 5/9/1969 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Special Agent Ragland<br>R – Chief, Foreign Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo discussing a request from DOJ for information about   to use in the litigation against Stonehill and Brooks.

Stonehill FOIA – Box 20                                                                                          1

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box20-0161 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| IRS Form 2710 | 11/21/1969 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Chief, Appellate Division (Approval Signature)<br>R – Third Party Taxpayer File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a summary sheet for an audit of the US tax account of a third party taxpayer. Persons' names who signed/approved the document are not legible.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box20-0162 through Box20-0164 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 8/6/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction § 6103 | A – Third Party Taxpayer Representative<br>R – Director of International Operations IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page letter written on behalf of a third party taxpayer disputing the deficiency assessment made against the taxpayer and providing reasons the assessment should be changed.

Stonehill FOIA – Box 20

2

### DOCUMENT NUMBER(S)

Box20-0197 through Box20-0209
Box20-0210

### WITHHELD IN FULL (W) OR IN PART (P)

W

### TYPE OF DOCUMENT

Various
Memorandum (0210)

### DATE OF DOCUMENT

Various
March (0210)

### BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

### AUTHOR (A) & RECIPIENT (R)

A – Immigration and Naturalization Service, DOJ
R – Third Party Taxpayer
A – George LeBlanc, Chief, Trial Branch, Tax Court CC
R – Julian Olmsted, Immigration and Naturalization

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are a compilation of documents used to process the third party taxpayer in obtaining US citizenship. Includes a certificate from Immigration, Certificate of Naturalization, Petition for Naturalization, Affidavit of Witnesses, a letter from the taxpayer requesting information and an interview with the taxpayer. Documents were collected during the course of an investigation of the third party's potential tax liability under the Internal Revenue Code. Document 0210 is the actual request for the documents and the reason the documents are relevant to the investigation of the taxpayer.

### DOCUMENT NUMBER(S)

Box20-0211 through Box20-0213

### WITHHELD IN FULL (W) OR IN PART (P)

W

### TYPE OF DOCUMENT

Memorandum for File

### DATE OF DOCUMENT

6/17/1964

### BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103

### AUTHOR (A) & RECIPIENT (R)

A – George LeBlanc, Chief, Trial Branch, Tax Court CC
R – File of Third Party Taxpayers

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a summary of the attorney's conversation and negotiations with an attorney with respect to the cases of two third party taxpayers who have cases pending in the US Tax Court for violations of the Internal Revenue Code

Stonehill FOIA – Box 20

3

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box20-0214 through Box20-0229 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Petition and Exhibits | 2/25/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer Representative<br>R – US Tax Court and Parties to the Litigation |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0220-0227 is a petition filed in US Tax Court in the case of a third party taxpayer. Document 229 is the letter to the court requesting that the petition and its attachments be filed on behalf of the taxpayer. Remaining documents are the Exhibits attached to the petition.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box20-0230 through Box20-0247 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Petition and Exhibits | 4/28/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer Representative<br>R – US Tax Court and Parties to the Litigation |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0237-0244 is a petition filed in US Tax Court in the case of a third party taxpayer. Document 0246-0247 is the letter to the court requesting that the petition and its attachments be filed on behalf of the taxpayer. Document 0245 is a letter to Robert Chandler, Revenue Service Representative informing him of the filing of the petition and expressing dissatisfaction with the IRS's response to prior letters disputing the assessments. Remaining documents are the Exhibits attached to the petition.

Stonehill FOIA – Box 20
4

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box20-0248 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Director of International Operations<br>R – Third Party Taxpayer Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an unsigned copy of a letter prepared to send to the representative of a named third party taxpayer responding to a proposal of the representative with regard to the transfer of funds.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box20-0257 through Box20-0263 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| IRS Form 3231 | 7/12/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – John Cerame, IRS Examiner<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a seven page preliminary assessment of taxes owed by a third party taxpayer. Documents 0257-0258, 0263 are the form itself and 0258-0262 are typed calculations of the examiner.

**Stonehill FOIA – Box 20**  5

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box20-0264 through Box20-0270 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Examination | 7/11/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – John Cerame, IRS Examiner<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0264 is the Examining Officer's Report Transmittal for the third party taxpayer's liability assessment under the Internal Revenue code and includes the amount of the deficiency as determined by the examiner. Remaining pages are the typed evaluations of the examiner for each schedule attached to the return of the third party taxpayer.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box20-0271 through Box20-0274 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Form L-50 | 7/18/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – C.I. Fox on behalf of Sheldon Cohen, IRS Commissioner<br>R – Third Party Taxpayer Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page letter notifying the third party taxpayer of a tax deficiency pursuant to the Internal Revenue Code and offering an opportunity to agree with or contest the determination. Remaining documents are the calculations used to make the determination.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box20-0275 through Box20-0289 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Petition | 10/11/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer Representative<br>R – US Tax Court and Parties to the Litigation |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a petition filed in US Tax Court in the case of a third party taxpayer requesting a re-determination of the taxpayer's liability under the Internal Revenue Code.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box20-0387 through Box20-0389 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Audit Forms | 1/31/1973 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Haas, IRS Examiner<br>R – Third Party Taxpayers |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents filled out the course of taxpayer audit when there have been changes made to a return. The documents have been filled out for changes made to the return of two third party taxpayers and are signed by the taxpayers indicating their consent to the changes.

Stonehill FOIA – Box 20                                                                 7

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box20-0413 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 1/18/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer<br>R – Lawrence Batdorf, Senior Revenue Officer, IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter informing the taxpayer that there is no record of a tax return being filed in the taxpayer's name and requesting further information from the taxpayer.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box20-0479 through Box20-0482 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 5/24/1968 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Donald Durkin, Chief, Foreign Operations Division<br>R – Revenue Service Representative, Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents is a two page memo and two copies forwarding documents to the Revenue Service Representative from DOJ Attorney Jack McCarthy in an attempt to have the documents authenticated for use in the Stonehill litigation. The documents are mentioned by name and Exhibit number and the release of this document would reveal litigation strategy and issues facing the attorney with regard to admissibility of the exhibits.

Stonehill FOIA – Box 20

8

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 20-0512 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 5/10/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Ross Thompson, Executive Assistant<br>R – John Walker, Acting Revenue Service Rep. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document forwards a copy of a tax return of a third party taxpayer named in the subject line.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box20-0531 through Box20-0539 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Audit Notification and Attachments | 2/2/1973 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – District Director, IRS<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the notification letter to the third party taxpayer that the IRS has been notified of tax discrepancies and will be conducting an audit based on the information received. Attachments include the information provided to the IRS and proposed changes to the taxpayer's return.

Stonehill FOIA – Box 20

9

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box20-0540 through Box20-0542 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Form 4192 Notice of Deficiency Receipts and Cancelled Checks | 12/24/1973 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0540 is a standard form notice of deficiency that has been sent to a third party taxpayer. Documents 0541 are copies of payments made with respect to the assessment on Form 4192, apparently received from the third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box20-0543 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Printout | Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS<br>R – |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a printout of the US tax liabilities for third party taxpayers living in a certain tax district. Taxpayers are identified by name, account number and liability.

Stonehill FOIA – Box 20                                                                 10

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box20-0562 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 12/11/1973 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – D.W. Sherman, Chief, Special Procedures Staff<br>R – General Litigation, Office of Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the response to a request for the tax returns of a third party taxpayer to use in litigation.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box20-0607 through Box20-0609 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum for the File | 9/27/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Houstin Shockey, Chief, International Operations<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page memo to memorialize discussions surrounding the drafting of the affidavits of Hans Baer and Rene Beyersdoff on behalf of Julius Baer & Co. in connection with Stonehill and Brooks case. Affidavits were to relate particularly to the absence of assets belonging to Stonehill or Brooks held in the names of Baer companies. Document contains the attorney's thoughts and litigation strategies with respect to the affidavit and continued pursuit of nominee levies.

Stonehill FOIA – Box 20

11

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box20-0620 through Box20-0624 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | 10/12/1973 (Approximately) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Unknown<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the handwritten notes and impressions of an unidentified person attending a meeting with William Ragland of the IRS Office of Chief Counsel, DOJ Attorneys Arthur Biggins and Jerome Fridkin, and a third party (Rene Beyersdorf) and his counsel. The parties discussed the involvement of the third party taxpayer with, and his knowledge of the financial transactions of, Stonehill and Brooks. Notes reveal proposed action to be taken by third party in connection with Stonehill and Brooks matter.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box20-0627 & Box20-0627(A) | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Partial Memorandum | 5/27/1966 (Approximately) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Harlow Huckabee, Chief Counsel Attorney<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the final two pages of a three page memo requesting documents, discussing the location of evidence and its value in the tax investigation of a third party taxpayers, whose identifying information has been redacted from the document.

Stonehill FOIA – Box 23

1

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box23-001<br>Box23-002 through Box23-027 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum and U.S. Individual Income Tax Returns | 5/19/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Ross Thompson, Executive Assistant<br>R – John Walker, Acting Revenue Service Representative - Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document (23-001) is a one page memorandum forwarding copies of tax returns (23-002 through 23-027), including schedules and attachments, for two third party taxpayers for three different years. The returns are being forwarded to assist in an investigation of the taxpayers with regard to their liability under the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box23-028 through Box23-036 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Examination Forms | 8/18/1961 through 1/24/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – George R. Baker, Revenue Agent<br>R – Third Party Taxpayer File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are examination forms generated by the revenue agent in connection with the audit and adjustment to income of two third party taxpayers' tax liability under the Internal Revenue Code. Includes the following: 1) Transmittal Letter (028-029) which contains basic identifying information and the period and amount of deficiency; 2) Preliminary Statement of findings in the matter (030); 3) Adjustments to Income Form (031); 4) Computation of Income Tax Form (032-033); 5) agent's handwritten notes; 6) Classification Check Sheet (035); and 7) Reviewer's Memorandum correcting computations made by the agent in error.