Stonehill FOIA – Box 23

2

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box23-071 through Box23-088 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Will, Notes and Living Trust | 6/7/1961 (Date of Trust Document 080-088) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Third Party Taxpayer/Chief Counsel Attorney<br>R – |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are a Last Will (071-078), a Living Trust (080-088) and a handwritten note (079). The Will and the Trust documents were created by a third party taxpayer who was under investigation for potential tax liability under the Internal Revenue Code. The first page of the will contains a handwritten note advising the recipient to investigate certain aspects of the will and the trust's validity, as does the page of handwritten notes. The documents were obtained in connection with the investigation of the U.S. income tax liability of the third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box23-104 & Box23-105 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Index | Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS employee<br>R – File |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is an index of documents forwarded to DOJ titled "Index of Kless Papers." Redacted portions are the names of three third party taxpayers and documents associated with the taxpayers' personal tax liability under the Internal Revenue Code.

**Stonehill FOIA – Box 23**

## DOCUMENT NUMBER(S)

Box23-0109

## TYPE OF DOCUMENT

Notes

## BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

## WITHHELD IN FULL (W) OR IN PART (P)

W

## DATE OF DOCUMENT

Undated

## AUTHOR (A) & RECIPIENT (R)

A – Chief Counsel Employee
R – IRS Employee

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is one page of typed notes instructing an IRS employee to obtain the tax returns for several corporations associated and/or potentially owned by Stonehill, Brooks and three third party taxpayers for purposes of litigation pursuant to the Internal Revenue Code. There are handwritten notes stating whether or not the recipient was able to obtain the returns.

## DOCUMENT NUMBER(S)

Box23-161
Box23-163 & Box23-488 (Duplicate of 163)
Box23-164 & Box23-489 (Duplicate of 164)

## TYPE OF DOCUMENT

Letter

## BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103

## WITHHELD IN FULL (W) OR IN PART (P)

W

## DATE OF DOCUMENT

2/13/1967 (161) & 12/3/1966 (163)
9/19/1966 (164)

## AUTHOR (A) & RECIPIENT (R)

A/R – Director of International Operations
R/A – Third Party Taxpayer's Representative

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document 161 is a letter instructing the representative of the necessary steps to be taken in order for the representative to speak with the IRS concerning the two third party taxpayers' tax liability under the Internal Revenue Code. Documents 163 and 164 are the requests for a meeting with the IRS to discuss the taxpayers' liability.

**4**

**Stonehill FOIA – Box 23**

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box23-203 & Box23-204 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 11/13/1968 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer Representative<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter from the representative of a third party taxpayer regarding a levy placed against the taxpayer's property for the U.S. income tax liability of two other third party taxpayers and requesting its release.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box23-205 through Box23-230 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | 11/27/1973 through 11/29/1973 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – DOJ or Chief Counsel Attorney<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents 205-224, 229 and 230 are a handwritten list of exhibits to be used during Stonehill and Brooks trial that Manning Kless was to identify during his deposition; the documents indicate which ones were identified. Documents 225-226 are notes taken by the attorney during the cross-examination of Kless during his deposition. Documents 227-228 are a typed list of information to question Kless about during deposition, including documents and financial transactions. Throughout the pages there are references to the tax liability of third party taxpayers who are identified by name.

**Stonehill FOIA – Box 23**

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box23-231 & Box23-232<br>Box23-233 & Box23-234 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 6/29/1970 (231-232)<br>10/7/1970 (233-234) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative<br>R – Chief, Collection Division, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two page memoranda discussing the information obtained from the investigation of two third party taxpayers with regard to their tax liability under the Internal Revenue Code. Analyzes various financial transaction the parties were involved in and summarizes discussions with the taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box23-499 & Box23-500 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter and Attachments | 11/7/1967 (499) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer Representative<br>R – Elaine Gregg, Revenue Officer, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is letter from a third party taxpayer's representative discussing the outstanding balance owed to the IRS for the taxpayer's U.S. income tax liability. Letter disputes the amount and forwards cancelled checks to prove that the amount due is incorrect and offers to discuss the matter.

Stonehill FOIA – Box 23

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box23-611 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 5/18/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Ross Thompson, Executive Assistant<br>R – John Walker, Acting Revenue Service Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is memorandum forwarding a copy of the US tax return for two third party taxpayers who are named in the memo.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box23-624 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| IRS Form 875 | 8/23/1961 (Received by IRS) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is IRS Form 875, which is a form signed by the taxpayer, accepting the findings of the examiner with respect to changes on a tax return. This form was signed by the third party taxpayer and sent to the IRS.

Stonehill FOIA – Box 23

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box23-634 through Box23-637 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS Employee<br>R – |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are undated handwritten notes of an IRS employee made during examination of the US income tax liability of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box23-638 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 2/12/1958 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party In Own Capacity and as a Representative<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter from a third party, on his own behalf and that of a third party, requesting the termination of a limited partnership, wherein the partners were trustees of a trust. Document was obtained during the audit of the recipient's tax liability under the Internal Revenue Code.

Stonehill FOIA – Box 23

8

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box23-639 through Box23-641 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 7/2/1959 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Arthur Andersen & Co.<br>R – Third Party |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter from Arthur Andersen & Co. to a third party who is co-trustee with a third party taxpayer currently being audited with regard to the taxpayer's US Income Tax Liability. The letter discusses allocation of assets to ensure that each trust is equally funded as contained within the trust documents. Document was obtained during the audit of the taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box23-0642 through Box23-0644 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 5/29/1959 (Approximately) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer's Representative<br>R – |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum memorializing a conference discussing the allocation of assets to trusts established by a third party taxpayer currently under investigation for violations of the Internal Revenue Code. Document was obtained during the audit of the taxpayer.

Stonehill FOIA – Box 23

## DOCUMENT NUMBER(S)

Box23-645 & Box23-646

## TYPE OF DOCUMENT

Letter and Real Estate Agreement

## BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103

## WITHHELD IN FULL (W) OR IN PART (P)

W

## DATE OF DOCUMENT

7/24/1961

## AUTHOR (A) & RECIPIENT (R)

A – Third Party Taxpayer
R – George Baker, IRS

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a letter from a third party taxpayer forwarding information requested during the course of an examination of the taxpayer for violations of the Internal Revenue Code.

**Stonehill FOIA – Box 28**

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box28-001 through Box28-008 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Declaration Drafts | Undated |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Deliberative Process Privilege | A – Unknown<br>R – None |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are six one page handwritten rough drafts of assorted declarations attesting to the authenticity of records. The declarations were being prepared for Ronald Gray, Deputy Commissioner of Taxation for Australia who was the custodian of the records at issue. The author is not clear. There are additional handwritten notes in a different handwriting making suggestions for changes and editing marks. Document 006 is a copy of 001 and 008 is a copy of 004. The declarations verify the records for five third party taxpayers who are mentioned in the declarations by name.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box28-010<br>Box28-011 (Duplicate) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Certification | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – L.T. Fitzgerald, Deputy Commissioner of Taxation, Australia<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page declaration certifying that the copies of records that were attached to the declaration were true copies. Documents being certified were information of a third party taxpayer who is mentioned by name in the document. Document is not signed.

Stonehill FOIA – Box 28                                                     2

DOCUMENT NUMBER(S)

Box28-0133

TYPE OF DOCUMENT

Memorandum

BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103

WITHHELD IN FULL (W) OR IN PART (P)

P

DATE OF DOCUMENT

Unknown

AUTHOR (A) & RECIPIENT (R)

A – IRS Employee
R – Chief Counsel Attorney

DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is page three of a memorandum listing information obtained for purposes of litigation. Redacted portion references the status of an investigation of third party taxpayer's liability under the Internal Revenue Code.

DOCUMENT NUMBER(S)

Box28-0162

TYPE OF DOCUMENT

Memorandum

BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103

WITHHELD IN FULL (W) OR IN PART (P)

P

DATE OF DOCUMENT

Undated

AUTHOR (A) & RECIPIENT (R)

A – Anton Kurtzuk, Intelligence Division, signed by the Chief, Intelligence Division, Manhattan District
R – Unknown

DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a memo. The reference line contains the name of a third party taxpayer and has been redacted. The first three paragraphs provide updated information about the investigations of two third party taxpayers and the audit of another third party taxpayer pursuant to the Internal Revenue Code and have been redacted. The remainder of the document requests that the memo itself be forwarded to the Office of International Operations and that any further documents related to financial transactions of Brooks with listed third parties be sent to the Intelligence Division.

**Stonehill FOIA – Box 28**

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box28-0169 through Box28-0171 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 10/08/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – William C. Ragland, Revenue Agent<br>R – Executive Assistant to the Director of International Operations, Attn: Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the first three pages of a memorandum describing microfilm prints of documents being forwarded for use in the audits and investigations of Brooks and Stonehill in anticipation of filing charges for evasion of their tax liability under the Internal Revenue Code. Document makes suggestions as to future actions to be taken regarding matters. Document references the need for an investigation based on one of the documents into the tax liability of a third party taxpayer identified by name.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box28-0228 through Box28-0261 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Grand Jury Transcript |  |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with Federal Rule of Criminal Procedure 6(e) | A – Court Reporter<br>R – |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a transcript of the grand jury testimony of a witness describing financial transactions of Stonehill and a third party taxpayer with regard to Universal New York, Inc., before the Hawaii District Court Grand Jury.

**Stonehill FOIA – Box 28**

<b>4</b>

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box28-0369, Box28-0370<br>Box28-0371 (Duplicate 0370), Box28-0372<br>Box28-0373 (Duplicate 372), Box28-0380,<br>Box28-0381, Box28-0399, Box28-0402 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Transmittal Sheet (0369, 0380, 0399, 0402) Memoranda (0370-0372, 381) | 3/25/1964 (0369), 1/27/1964 (0370)<br>6/2/1964 (380), 7/14/1964 (0399), 7/15/1964 (0402),<br>7/29/1964 (381) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Chief, Intelligence Division (0370-0373, 381), Executive Assistant to the Director (0369, 0380, 0399, 0402)<br>R – Sterling Powers, Revenue Service Representative |

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document 0369, 0380, 0399 and 0402 are cover pages transmitting other documents in the cases of three third party taxpayers referenced in the documents by name. Documents 0370-0373 are memos requesting that Powers make a status report due to the nature of the case against two third party taxpayers who are mentioned by name throughout and are being investigated for violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box28-0374 through Box28-0376 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 11/21/1963 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – William B. Anderson, IRS Special Agent<br>R – Chief, Intelligence Division |

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is an IRS memorandum discussing the investigation of two third party taxpayers and the parties' tax liability under the Internal Revenue Code. Analyzes their financial

**Stonehill FOIA – Box 28**

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box28-0382<br>Box28-0383 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| US Telegram (0382)<br>Memorandum (0383) | 6/02/1964 (0382)<br>6/10/1964 (0383) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A/R – Special Agent Chandler<br>R – C.I. Fox (0382)<br>A – Donald Durkin, Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0382 is a cable requesting permission to release documents obtained during the investigation of a third party taxpayer to an Assistant US Attorney in Hawaii and requesting permission to buy the necessary supplies to do so. Document 0383 is a memo responding to the request to release the documents which are the subject of 0383.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 28-0400 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 7/14/1964 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Acting Revenue Service Representative<br>R – Intelligence Division, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum updating the Acting Revenue Service Representative on the status of the investigation of a third party taxpayer.

Stonehill FOIA – Box 28

6

## DOCUMENT NUMBER(S)

Box28-0402 through Box28-0404

## TYPE OF DOCUMENT

Letter

## BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

## WITHHELD IN FULL (W) OR IN PART (P)

W

## DATE OF DOCUMENT

5/26/1964

## AUTHOR (A) & RECIPIENT (R)

A – Herman T. F. Lum, United States Attorney
R – Lt. Col. Jose Lukban, National Bureau of Investigation, Philippines

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a memo requesting certified copies of court proceedings occurring in the Philippines involving a third party taxpayer that is being investigated for violations of the Internal Revenue Code and are necessary in the litigation against the taxpayer.

**Stonehill FOIA – Box 30 & 31**                                                                      **1**

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box31-0130 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Note | Undated |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – Unknown<br>R – Jack (no other indications as to recipient) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten note mentioning a note that was handwritten by Stonehill and original documents obtained from Spielman. Document consists of mental impressions of attorney in anticipation of litigation. There are several other handwritten notes referencing various items of evidence and location of things.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box30-076 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 4/17/1964 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – W.D. Christie, Acting Executive Assistant<br>R – Sterling Powers, Revenue Service Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum regarding an Informant Reward Claim that was filed in the case of a third party taxpayer pursuant to the Internal Revenue Code.

**Stonehill FOIA – Box 30 & 31**                                                **2**

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box30-090 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Routing Slip | 5/20/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – W.D. Christie<br>R – William Ragland, Revenue Service Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an IRS Routing Slip forwarding documents concerning the U.S. income tax liability of Brooks and a third party taxpayer, whose name and identifying account number have been redacted.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box30-099 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 2/20/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Sterling Powers, Revenue Service Representative<br>R – Chief, Intelligence Division, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memorandum discussing a request that was made for the return of Brooks and the accounting firm which prepares the U.S. income tax returns of Stonehill and Brooks. Document has been redacted to remove a request for a tax return of a third party taxpayer who is mentioned by name.

**Stonehill FOIA – Box 30 & 31**                                                **3**

DOCUMENT NUMBER(S)

Box30-0100
Box30-0101  (Duplicate)

WITHHELD IN FULL (W) OR IN PART (P)

P

TYPE OF DOCUMENT

Memorandum

DATE OF DOCUMENT

3/02/1964

BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103

AUTHOR (A) & RECIPIENT (R)

A – Donald F. Durkin, Chief, Intelligence Division
R – Sterling Powers, Revenue Service Representative

DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a memorandum forwarding requested US income tax returns for Brooks and a third party taxpayer whose name and identifying serial number have been redacted.

DOCUMENT NUMBER(S)

Box30-0112
Box30-0113 (Duplicate of 0112)
Box30-0114
Box30-0115 & Box30-0116 (Duplicates of 0114)

WITHHELD IN FULL (W) OR IN PART (P)

W

TYPE OF DOCUMENT

Memorandum

DATE OF DOCUMENT

5/23/1963 (0112)
4/18/1963 (0114)

BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103

AUTHOR (A) & RECIPIENT (R)

A – Donald F. Durkin, Chief, Intelligence Division
R – Sterling Powers, Revenue Service Representative

DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are one page memoranda requesting the comments of the recipient and an updated status report with respect to the investigation of the US income tax liability of two third party taxpayers and the pending criminal investigation of the taxpayer.

## Stonehill FOIA – Box 30 & 31

**4**

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box30-0117 & Box30-0118<br>Box30-0119 through Box30-0121<br>Box30-0122 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 4/15/1963 (0117-0118)<br>4/8/1963 (0119-0120)<br>4/9/1963 (0122) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A/R – H. Alan Long, Intelligence Division<br>R – Chief, Intelligence Division, International (0117-0118)<br>A – Special Agent Paul Wall (0119-0121 & 0122)<br>R – Unknown (0122) |

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document 0117-0118 is a memorandum forwarding a request for information pertaining to the financial transactions of two third party taxpayers for use in an ongoing criminal investigation of potential violations of the Internal Revenue Code. Document 0119-0121 is the original request from the Agent. Document 0122 is a discussion of the investigation of the third party taxpayer, its implications and further information needed to complete the investigation.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box30-0125 through Box30-0127 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 4/09/1963 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative, London, England<br>R – Chief, Intelligence Division, International Operations |

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is the report of an interview the agent conducted with a witness in the investigation of a third party taxpayer for violations of the US Internal Revenue Code. The agent was attempting to confirm the identity of a person transacting business with a London Bank.

**Stonehill FOIA – Box 30 & 31**

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box30-0131<br>Box30-0132 through Box30-0134 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 3/13/1963 (0131)<br>3/05/1963 (0132-0134) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Chief, Intelligence Division, International Operations<br>R – H. Alan Long, Intelligence Division (131)<br>A – Special Agent Paul Wall<br>R – Regional Coordinator, Intelligence Division (132-134) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0131 is a memorandum transmitting a copy of a collateral request (0132-0134) wherein the agent requests further information concerning financial transactions for use in the investigation of a third party taxpayer for violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box30-0135<br>Box30-0136 & Box30-0137 (Duplicates of 0135)<br>Box30-0138 through Box30-0142 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 3/15/1963 (0135)<br>2/27/1963 (0138-0142) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Chief, Intelligence Division (0135)<br>R – Sterling Powers, Revenue Service Representative<br>A – Special Agent Paul Wall (0138-0142)<br>R - Regional Coordinator, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0135 is a memo transmitting the request for information to be used in the investigation of a third party taxpayer for violations of the Internal Revenue Code. Document 0138 is the request for information concerning certain financial transaction and the identity of an individual with respect to the taxpayer's potential violations of the Internal Revenue Code.

**Stonehill FOIA – Box 30 & 31**                                                                    **6**

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box30-0143 through Box30-0148 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Transmittal | 9/18/1963  (0143) |
| Diplomatic Mail Pouch Registration | 9/19/1963 (0144) & 5/16/1963 (0146) |
| Memorandum | 9/18/1963  (0145) |
| Memorandum | 5/16/1963 (0147-0148) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Sterling Powers, Revenue Service Representative |
| | R – Chief, Intelligence Division, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a Transmittal cover sheet and two Diplomatic Pouch Mail Registration (Form DS-1022) that were sent with two memos all originating from Special Agent Powers in response to requests from Special Agent Wall for information relating to the transactions that are needed to determine potential violations of the Internal Revenue Code by a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box30-0751 | W |
| Box30-0752 (Duplicate) | |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 6/01/1966 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Chief, Foreign Operations Division |
| | R – Revenue Service Representative, Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo requesting tax returns per William McAleer, for use in the investigation of the US income tax liability of a third party taxpayer.