| Box | Date | A / R |
|---|---|---|
| Box 43-2380 | 07/02/1962 | R – Donald Durkin & Mike Skvasik<br>A – CP:I:C:OBYung:cj<br>R – Donald Durkin & Mike Skvasik |
| Box 43-2391 | 10/10/1962 | A – Sp. Agt. Wm. J. Kiger, Wash. Br. – Balt. Dist.<br>R – Sp. Agt. Skvasik, Int. Oper., Wash., D.C. |
| Box 43-2396 | 09/06/1962 | A – Lanier<br>R – S/A Skvasik |
| Box 43-2400 | 08/06/1962 | A – Ross, Executive Asst. to Director<br>R – Mr. Christie, Mr. Durkin & Mike Skvasik |
| Box 43-2401 | 08/02/1962 | A – Revenue Service Representative<br>R – CP:IO:I:MJS |
| Box 43-2416 | 04/25/1963 | A – Executive Assistant to Director<br>R – Mr. Christie, Mr. Durkin & H. Moser |
| Box 43-2418 | 04/19/1963 | A – Acting Revenue Service Representative<br>R – CP:IO:I:MJS |
| Box 43-2429 | 05/01/1963 | A – Unknown<br>R – Memo For File |
| Box 43-2430 | Unknown | A – DFD<br>R – H. Moser |
| Box 43-2431 | Unknown | A – DFD<br>R – Unknown |
| Box 43-2433 | Unknown | A – Unknown<br>R – Unknown |
| Box 43-2438 | 03/07/1963 | A – Acting Executive Assistant to Director<br>R – Mr. Christie & Mr. Durkin |
| Box 43-2494 | 06/16/1961 | A – Haley, O:I:C:GFHaley:dmc, Rm. 6108<br>R – Donald F. Durkin, Chief, Intelligence Div. O:IO:I & Mike Skvasik |
| Box 43-2495 | 06/14/1961 | A – ARC – Intelligence<br>R – Director, Intelligence Div., P.O. Box 7247 |
| Box 43-2510 | 12/10/1957 | A – Unknown<br>R – Mr. Roberts, Mr. Thompson & Mr. Nivison |
| Box 43-2527 | Unknown | A – Unknown<br>R – Mike Skvasik |
| Box 43-2528 | 02/15/1963 | A – Ross, Executive Assistant to Director<br>R – Mr. Christie & Mr. Durkin |
| Box 43-2536 | 03/28/1963 | A – Anatole G. Richman<br>R – Special Agent Skvasik |
| Box 43-2537 | 03/25/1963 | A – Don Durkin CP:IO:I<br>R – Skvasik |
| Box 43-2558 | 09/30/1963 | A – CP:I:C:AGRichman:sd<br>R – Chief, Intelligence Division, Office of International Operations |
| Box 43-2563 | 04/27/1964 | A – D F Durkin |

**Stonehill FOIA – Box 43**                                                                                      108

| Box | Date | Details |
|---|---|---|
| Box 43-2564 | 04/20/1964 | R – Mike Skvasik<br>A – Revenue Service Representative<br>Manila CP:IO:303:SWP<br>R – CP:IO:7 |
| Box 43-2571 | 06/08/1964 | A – Acting Executive Assistant to Director<br>R – Mr. Suarez, Mr. Durkin & Mike Skvasik |
| Box 43-2572 | 06/03/1964 | A – Revenue Service Representative<br>Manila CP:IO:303:RLC<br>R – CP:IO:7 |
| Box 43-2575 & Box 43-2576 | 7/1/1964 | A – DFD<br>R – Vic Biskopf & Mike Skvasik |
| Box 43-2577 | 06/30/1964 | A – Illegible<br>R – Mr. Durkin |
| Box 43-2578 | 06/26/1964 | A – Arnold Sagalun, Director<br>R – Mr. Bacon |
| Box 43-2620 | 12/28 | A – R.G.<br>R – Mr. Durkin |
| Box 43-2637 | 7/29/1959 | A – Durkin<br>R – Ross, Thompson, Mrs. Rowe, Historical |
| Box 43-2639 | 06/04/1959 | A – B.V. Roberts<br>R – Mr. Dobbins |
| Box 43-2651 | 05/29/1959 | A – Cal<br>R – Don |
| Box 43-2659 | 03/03/1959 | A – D. F. Durkin – Acting Intelligence Coordinator<br>R – Ross Thompson & Mr. Brewer |
| Box 43-2671 | 02/17/1959 | A – B V Roberts<br>R – Mr. Thompson, Mr. Durkin, Ed Brewer & Historical file |
| Box 43-2679 | 02/26/1959 | A – A. Sinoux<br>R – Mr. Thompson, Mr. Durkin & Ed Brewer |
| Box 43-2687 | 09/25/1961 | A – CP:I:C:JRHarmon<br>R – Donald Durkin & Mike Skvasik |
| Box 43-2714 | 10/19/1961 | A – CP:I:C:JRHarmon:cj<br>R - Donald Durkin & Mike Skvasik |
| Box 43-2745 | 11/27/1961 | A – CP:I:C:ONYung:cj<br>R – Mr. Durkin & Mike Skvasik |
| Box 43-2762 | 10/10/1961 | A – CP:I:C:JRHarmon:jib<br>R – Mr. Don Durkin DCP:IO:I |
| Box 43-2765 | 09/1/1961 | A – C:I:C:JRHarmon:cj<br>R – Mr. Donald F. Durkin |
| Box 43-2775 | 05/27/1963 | A – Ross, Executive Assistant to Director<br>R – Mr. Christie & Mr. Durkin |
| Box 43-2776 | 05/21/1963 | A – Revenue Service Representative<br>R – CP:IO:E & CP:IO:I |
| Box 43-2784 | 05/20/1963 | A – Don Durkin |

| Box | Date | Parties |
|---|---|---|
| Box 43-2799 | 05/27/1963 | R – Mike Skvasik<br>A – F. J. Douglas, Deputy Director, Treasury Dept., Office of Law Enforcement Coordination |
| Box 43-2806 | 05/20/1963 | R – Mr. Fox<br>A – Don Durkin CP:IO:I<br>R – Mike Skvasik |
| Box 43-2836 | 02/28/1964 | A – Acting Executive Assistant to Director<br>R – Mr. Suarez, Mr. Durkin & Mike Skvasik |
| Box 43-2839 | 03/03/1964 | A – Acting Executive Assistant to Director<br>R – Mr. Suarez, Durkin & Mike Skvasik |
| Box 43-2841 | 03/25/1964 | A – CP:I:C:AGRichman<br>R – Chief, Intelligence Division, Office of International Operations |
| Box 43-2853 | 11/06/1963 | A - CP:I:C:AGRichman:sd<br>R – Special Agent Mike Skvasik, Office of International Operations |
| Box 43-2858 | 03/05/1964 | A – D F Durkin CP:IO:I<br>R – Mike Skvasik |
| Box 43-2860 | 10/30/1963 | A – Don Durkin<br>R – Mike Skvasik |
| Box 43-2864 | 10/01/1963 | A- Revenue Service Representative, Manila<br>R – CP:IO:7 |
| Box 43-2872 | 10/31/1963 | A – Revenue Service Representative Manila CP:IO:303:SWP<br>R- CP:IO:7 |
| Box 43-2881 | 10/31/1963 | A – Revenue Service Representative Manila CP:IO:303:SWP<br>R – CP:IO:7 |
| Box 43-2884 | 08/21/1963 | A – W J Gorman<br>R – Mr. Durkin |
| Box 43-2886 | 08/19/1963 | A – Larry Batdorf<br>R – Mr. Durkin |
| Box 43-2891 | 09/12/1963 | A – Revenue Service Representative Manila CP:IO:303:SWP<br>R – CP:IO:7 |
| Box 43-2897 | 09/24/1963 | A – Larry Batdorf<br>R – Mr. Durkin |
| Box 43-2907 | 08/14/1963 | A – Larry Batdorf<br>R – Mike Skvasik |
| Box 43-2909 | 08/19/1963 | A – Acting Executive Assistant to Director<br>R – Mr. Hueston |
| Box 43-2912 | 07/19/1963 | A – Don Durkin CP:IO:7<br>R – Mike Skvasik |
| Box 43-2933 | 06/03/1963 | A – Don Durkin CP:IO:7<br>R – Mike Skvasik |
| Box 43-2948 | 03/07/1963 | A – D F Durkin |

| Box | Date | A/R |
|---|---|---|
| Box 43-2951 | Unknown | R – Mike Skvasik<br>A – DFD<br>R – Mike Skvasik |
| Box 43-2973 | 03/08/1963 | A – CP;I;CJRHarmon:cj<br>R – Mr. Donald Durkin & Mike Skvasik |
| Box 43-2982 & Box 43-2983 | Unknown | A – Unknown<br>R – Unknown |
| Box 43-2987 | 03/30/1964 | A – Acting Executive Assistant to Director<br>R – Mr. Suarez, Mr. Durkin, Virginia & Mike Skvasik |
| Box 43-2988 | 03/23/1964 | A – Revenue Service Representative O:IO:Ma:SWP<br>R – CP:IO:7 |
| Box 43-2991 | 09/20/1961 | A – O:I:C:JRHarmon:cj<br>R – Mr. Donald Durkin & Mike Skvasik |
| Box 43-3008 | 11/27/1961 | A – CP:I:C::OBYung:cj<br>R – Mr. Donald Durkin & Mike Skvasik |
| Box 43-3035 | 12/22/1961 | A – CHKnight:cj<br>R – Mr. Donald Durkin |
| Box 43-2998 | 11/16/1961 | A – CP:I:C:JRHarmon:cj<br>R – Mr. Donald Durkin & Mike Skvasik |

**BASIS FOR WITHHOLDING**     **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103         W

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal memo routing slips or transmittal forms from the field forwarding information and/or documents in the criminal tax investigation of a third party taxpayer. All the documents are either captioned in the name of the taxpayer and the taxpayer's internal IRS case number or attached to documents discussing the third party, and all were contained within the investigation and/or audit file of the third party taxpayer.

**Stonehill FOIA – Box 43**   111

| DOCUMENT NUMBER(S) | DATE | AUTHOR (A) & RECIPIENT (R) |
|---|---|---|
| Box 43-2359 | 8/20/1962 | A – Michael Skvasik, Special Agent<br>R – Victor Biskup, Revenue Service Repres. |
| Box 43-2361 & Box 43-2362 | 7/26/1962 | A – Sterling Powers, Revenue Service Repres.<br>R – Chief, Intelligence Division |
| Box 43-2363 & Box 43-2364 (Duplicates of 2361-2362) | | |
| Box 43-2365 & Box 43-2366 | 06/20/1962 | A – Burton L. Howard, Acting Chief, Intelligence Division, Reno, NV. (I:BLH:sm)<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch, Washington 4, D.C. |
| Box 43-2367 & Box 43-2368 (Duplicate of 2365-2366) | | |
| Box 43-2369 & Box 43-2370 | 06/25/1962 | A – Donald F. Durkin, Chief, Intelligence Division CP:IO:MJS<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-2371 & Box 43-2372 (Duplicate of 2369-2370) | | |
| Box 43-2376 & Box 43-2377 | 02/07/1962 | A – Daniel M. Smith, Chief, Intelligence Division, Reno, NV. (I:DMS:sm)<br>R – Chief, Intelligence Division, Boston, MA. |
| Box 43-2378 | 06/07/1962 | A – Donald F. Durkin, Chief, Intelligence Div. CP:IO:I:MJS<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-2379 (Duplicate of 2378) | | |
| Box 43-2381 | 06/28/1962 | A – Burton L. Howard, Special Agent Las Vegas, NV. I:BLH:ec<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch Washington 4, D.C. |
| Box 43-2382 (Duplicate of 2381) | | |
| Box 43-2402 | 08/02/1962 | A – Revenue Service Representative Manila CP:IO:Ma:RLC<br>R – Chief, Intelligence Division, Office of International Operations, Washington |
| Box 43-2403 & Box 43-2404 (Duplicates of 2402) | | |
| Box 43-2417 | 04/26/1963 | A – Donald F. Durkin, Chief, Intelligence Div.<br>R – Director, Intelligence Division, Attn: Mr. Anatole G. Richman, Room 7429 |
| Box 43-2419 & Box 43-2420 | 04/19/1963 | A – Sterling W. Powers, Acting Revenue Service Representative, Manila<br>R – Chief, Intelligence Div., Office of International Operations, Washington |
| Box 43-2435 | 04/30/1963 | A – C. I. Fox, Director of International Operations CP:IO:I:HM |

| Box | Date | Details |
|---|---|---|
| Box 43-2436 | 04/26/1963 | R – Revenue Service Representative Manila, Attn: Sterling W. Powers<br>A – H. Alan Long, Director, Intelligence Division CP:I:C<br>R – Chief Counsel, Attn: Director, Enforcement Division |
| Box43-2439 through Box43-2441 | 03/04/1963 | A – Revenue Service Representative Manila CP:IO:Ma:RLC<br>R – Office of International Operations Washington CP:IO:E |
| Box 43-2442 | 11/05/1962 | A – CP:IO:Ma:RLC<br>R – Special Agent Robert L. Black Honolulu District Office of Chief Counsel |
| Box 43-2443 | 01/24/1963 | A – Donald F. Durkin, Chief, Intelligence Div.<br>R – Robert L. Chandler, Revenue Service Representative, Manila |
| Box 43-2444 | 01/24/1963 | A – Donald F. Durkin, Chief, Intelligence Division CP:IO:I:DFD<br>R – Director, Intelligence Division, Attn: Ralph U. Berry, Chief, Analysis and Evaluation Branch |
| Box 43-2445 | 01/24/1963 | A – Michael J. Skvasik, Special Agent,<br>R – Director of International Operations Chief, Intelligence Division, Washington, D.C. |
| Box 43-2446 (Duplicate of 2444) | | |
| Box 43-2447 (Duplicate of 2445) | | |
| Box 43-2448 through Box 43-2450 | 01/10/1963 | A – Peter F. Geissler, Special Agent<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch Washington, D.C. |
| Box 43-2483 & Box 43-2484 | 07/22/1953 | A – H. M. Green, Internal Revenue Agent<br>R – File |
| Box 43-2496 | 06/13/1961 | A – John M. House, Special Agent, San Francisco, CA.<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch Washington, D.C. |
| Box 43-2497 (Duplicate of 2496) | | |
| Box 43-2498 | 06/14/1961 | A - Daniel L. Tucker, ARC – Intelligence, San Francisco Regional Office I:C:RP<br>R – Chief, Intelligence Division, Los Angeles |
| Box 43-2499 | 06/02/1961 | A – Donald F. Durkin, Chief, Intelligence Div. Office of International Operations O:IO:I:MJS<br>R – Director, Intelligence Div., Attn: Chief, Operations Coordination Branch |
| Box 43-2500 (Duplicate of 2499) | | |

**Stonehill FOIA – Box 43**                                                                                     113

| Box | Date | Author / Recipient |
|---|---|---|
| Box 43-2502 | 03/28/1958 | A – Virgil G. Crabtree, Group Supervisor<br>R – District Director of Internal Revenue |
| Box43-2503 through Box43-2505 | 11/07/1957 | A – H. L. Colloub, Revenue Officer, Las Vegas<br>R – Chief, DAR Branch – Reno |
| Box 43-2506 | 11/01/1957 | A – Unknown<br>R – Unknown |
| Box 43-2508 & Box 43-2509 | 12/03/1957 | A – Mark H. Nivison, Special Agent<br>R – Harry O. Swanson, Director of International Operations, Attn: Chief, Technical and Review Section |
| Box 43-2511 | 12/10/1957 | A – J. Perry August, Director, Intelligence Div.<br>R – Harry O. Swanson, Director of International Operations |
| Box 43-2512 (Duplicate of 2511) | | |
| Box 43-2513 & Box 2514 | 12/06/1957 | A – A. R. Toothaker, Special Agent<br>R – District Director of Internal Revenue Los Angeles, CA., Attn: Chief, Intelligence Division |
| Box 43-2519 & Box 43-2520 | 11/12/1957 | A – J. H. Griffin, Internal Revenue Agent<br>R – J. Schaeffer, Group Chief, Group A-1 |
| Box 43-2521 | 11/12/1957 | A – James H. Griffin, Internal Revenue Agent<br>R – Unknown |
| Box 43-2524 | 10/21/1957 | A – Ross V. Thompson, Chief, Field Operations Branch<br>R – Vernon Gaston, Chief, Collection Activities Branch |
| Box 43-2525 | 10/10/1957 | A – Ross V. Thompson, Chief, Field Operations Branch<br>R – File |
| Box43-2529 through Box43-2533 | 02/07/1963 | A – Sterling W. Powers, Assistant Revenue Service Representative, Manila CP:IO:Ma:SWP<br>R – Office of International Operations Washington CP:IO:E |
| Box 43-2534 & Box 2535 | 03/08/1963 | A – Walter J. Gorman, Chief, Collection Division CP:IO:C:WJG<br>R – Executive Assistant |
| Box 43-2538 | 03/22/1963 | A – Revenue Service Representative Manila CP:IO:Ma:RLC<br>R – Office of International Operations Washington CP:IO:E:RVT |
| Box 43-2540 (Duplicate of 2538) | | |
| Box 43-2549 | 03/28/1963 | A – H. Alan Long, Director, Intelligence Division<br>R – Chief Counsel |
| Box 43-2550 | 03/22/1963 | A – Revenue Service Representative |

| Box | Date | Details |
|---|---|---|
| Box 43-2552 | 11/21/1963 | R – Office of International Operations<br>A – Donald F. Durkin, Chief, Intelligence Division CP:IO:7:MJS |
| Box 43-2553 | 11/20/1963 | R – Director, Intelligence Division<br>A – Donald F. Durkin, Chief, Intelligence Division CP:IO:7:MJS |
| Box 43-2554 | 11/18/1963 | R – Robert L. Chandler, Revenue Service Representative, Manila<br>A – H. Alan Long, Director, Intelligence Div. CP:I:C |
| Box 43-2559 | 09/24/1963 | R – Director, Office of International Operations Attn: Chief, Intelligence Division<br>A – R. P. Hertzog, Acting Chief Counsel<br>R – Assistant Commissioner (Compliance) Attn: Director, Intelligence Division |
| Box 43-2560 (Duplicate of 2559) | | |
| Box 43-2562 | 05/04/1964 | A – Donald F. Durkin, Chief, Intelligence Division CP:IO:7:MJS<br>R – Director, Intelligence Division Attn: Joseph Harmon |
| Box 43-2565 & Box 43-2566 | 04/20/1964 | A – Revenue Service Representative Manila CP:IO:303:SWP<br>R – Chief, Intelligence Division, Office of International Operations, Washington CP:IO:7 |
| Box 43-2567 & Box 43-2568 (Duplicate of 2565-2566) | | |
| Box 43-2569 | 06/10/1964 | A – Donald F. Durkin, Chief, Intelligence Division CP:IO:&:MJS<br>R – Director, Intelligence Division, Attn: Joseph Harmon |
| Box 43-2570 | 06/10/1964 | A – Donald F. Durkin, Chief, Intelligence Div. CP:IO:7:MJS<br>R – Robert L. Chandler, Revenue Service Representative, Manila |
| Box 43-2573 | 06/03/1964 | A – Revenue Service Representative Manila CP:IO:303:RLC<br>R – Chief, Intelligence, Office of International Operations, Washington CP:IO:7 |
| Box 43-2574 (Duplicate of 2573) | | |
| Box 43-2600 | 10/30/1958 | A – A.J. Hiller, Chief, Cashier and Returns Processing Section, International Operations<br>R – District Director of Internal Revenue, CA |
| Box 43-2615 | 5/21/1959 | A – Richard Toothaker, Special Agent<br>R – District Director or Internal Revenue, CA |
| Box 43-2616 | 12/29/1960 | A – Donald Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division |
| Box 43-2621 | 12/28/1959 | A – Revenue Service Representative |

| Box | Date | Details |
|---|---|---|
| | | R – International Operations |
| Box 43-2622 (Duplicate of 2621) | | |
| Box 43-2624 | 12/31/1959 | A - International Operations |
| | | R – Revenue Service Representative, Manila |
| Box 43-2625 (Duplicate of 2624) | | |
| Box 43-2630 | 12/7/1959 | A – Sumio Ito, Revenue Officer |
| | | R – Acting Senior Group Supervisor |
| Box 43-2631 | 11/24/1959 | A - Revenue Service Representative, Manila |
| | | R - International Operations Division |
| Box 43-2634 (Duplicate of 2631) | | |
| Box 43-2636 | 10/20/1959 | A – Mark Nivison, Special Agent |
| | | R – Bernie |
| Box 43-2638 | 06/17/1959 | A – Albert P. Giroux, Internal Revenue Agent |
| | | Revenue Service Representative, Manila |
| | | Philippines (O:IO:Ma:APG) |
| | | R – International Operations Division |
| | | Washington 25, D.C. |
| Box 43-2640 | 06/02/1959 | A – H. Alan Long, Director, Intelligence Division O:I:I |
| | | R – International Operations Division, Attn: Mr. B. V. Roberts, Intelligence Coordinator |
| Box 43-2641 & Box 43-2642 (Duplicates of 2640) | | |
| Box 43-2643 | 05/21/1959 | A – Richard Toothaker, Special Agent |
| | | U.S. Treasury Dept., Office of the Director |
| | | of Internal Revenue, Intelligence Division |
| | | P.O. Box 2151, Los Angeles 53, CA. |
| | | R – District Director of Internal Revenue |
| | | Los Angeles, CA., Attn: Chief, Intelligence Div. |
| Box 43-2647 (Duplicate of 2643) | | |
| Box 43-2652 | 05/27/1959 | A- J. H. Griffin |
| | | R –Ross |
| Box 43-2653 & Box 43-2654 | 03/17/1959 | A – B. V. Roberts, Intelligence Coordinator |
| | | International Operations Division, Washington 25, D.C. (O:IO:F:EAB) |
| | | R – Director, Intelligence Division, Attn: Mr. William M. Coard, Chief, Investigations Branch |
| Box 43-2655 | 03/04/1959 | A – J. Perry August, Director, Intelligence Div. |
| | | R – Director of International Operations, Attn: Mr. B. V. Roberts, Intelligence Coordinator |
| Box 43-2656 (Duplicate of 2655) | | |
| Box 43-2657 & Box 43-2658 | 02/25/1959 | A- Richard Toothaker, Special Agent |
| | | R – Robert K. Lund, Chief, Intelligence Div. Los Angeles, CA. |
| Box 43-2660 | 02/27/1959 | A – J. Perry August, Director, Intelligence Div. |
| | | R – Director of International Operations, Attn: |

| Box | Date | Details |
|---|---|---|
| | | Mr. B. V. Roberts, Intelligence Coordinator |
| Box 43-2661 & Box 43-2662 (Duplicates 2660) | | |
| Box 43-2663 & Box 43-2664 | 02/18/1959 | A – Richard Toothaker, Special Agent<br>R – District Director of Internal Revenue<br>Attn: Chief, Intelligence Div., Los Angeles, CA. |
| Box 43-2672 | 02/16/1959 | A – J. Perry August, Director, Intelligence Div.<br>R – Director of International Operations, Attn:<br>Mr. B. V. Roberts, Intelligence Coordinator |
| Box 43-2673 & Box 43-2674 (Duplicates of 2672) | | |
| Box 43-2675 through Box 43-2677 | 02/10/1959 | A – Paul W. Tormey, Special Agent<br>DD:I:PWT:amr<br>R – District Director of Internal Revenue<br>Attn: Chief, Intelligence Division,<br>San Francisco, CA. |
| Box 43-2680 & Box 43-2681 | 01/27/1959 | A – B. V. Roberts, Intelligence Coordinator<br>International Operations Division, Washington 25, D.C. (O:IO:F:I:EAB)<br>R – J. Perry August, Director, Intelligence Div.<br>Director, Intelligence Division, Attn: William A. Coard, Chief, Investigations Branch |
| Box 43-2682 & Box 43-2683 (Duplicate 2680-2681) | | |
| Box 43-2684 & Box 43-2685 | 01/23/1959 | A – International Operations Div., Washington, 25, D.C. (O:IO:F:I:EAB)<br>R – Revenue Service Representative, Attn:<br>Albert P. Giroux, U.S. Embassy – Manila |
| Box 43-2686 | 01/23/1959 | A – Ross V. Thompson, Chief, Field Operations Branch<br>R – Revenue Service Representative<br>Attn: Albert P. Giroux |
| Box 43-2688 & Box 43-2689 | 09/20/1961 | A – Paul H. Corbett, Special Agent<br>Los Angeles, CA. I:PHC:mas<br>R – Office of International Operations<br>O:IO:I:MJS, Washington 24, D.C. |
| Box 43-2690 through Box 43-2697 (Duplicates of 2688-2689) | | |
| Box 43-2698 | 08/03/1961 | A – Howard A. Moser, Acting Chief<br>Intelligence Division, Office of International Operations O:IO:I:MJS<br>R – Director, Intelligence Division, Attn:<br>Chief, Operations Coordination Branch |
| Box 43-2699 | 11/07/1961 | A – Donald F. Durkin, Chief, Intelligence Div.<br>R – Director, Intelligence Division, Attn: Ralph Barry, Chief, Analysis and Evaluation Branch |
| Box 43-2700 (Duplicate 2699) | | |
| Box 43-2701 & Box 43-2702 | 11/06/1961 | A – Michael J. Skvasik, Special Agent<br>R – Director of International Operations, Attn:<br>Chief, Intelligence Division, Washington, D.C. |

**Stonehill FOIA – Box 43**                                                                                                                         **117**

Box 43-2703 through Box 43-2710 (Duplicates 2701-2702)
Box 43-2711 & Box 43-2712       10/31/1961   A – Donald F. Durkin, Chief, Intelligence Div.
                                             Office of International Operations, CP:IO:I:MJS
                                             R – Director, Intelligence Div., Attn: Chief,
                                             Operations Coordination Branch
Box 43-2713                     10/28/1961   A – Virgil G. Crabtree, Assistant Chief
                                             Intelligence Division, Los Angeles
                                             R – Director, Intelligence Division
                                             Washington, D.C.
Box43-2715 through Box43-2717   10/13/1961   A – Ronald J. Henrickson, Special Agent
                                             San Francisco, CA. (I:RJH:ae)
                                             R – Director, Intelligence Division, Attn: Chief
                                             Operations Coordination Branch, Washington,
Box 43-2718 through Box 43-2720 (Duplicate 2715-2717)
Box 43-2721 & Box 43-2722       09/22/1961   A – Ronald Henrickson, Special Agent
                                             San Francisco, CA. (I:RJH:fag)
                                             R – District Director of Internal Revenue
                                             Attn: Chief, Intelligence Division, Los Angeles,
                                             CA.
Box 43-2746                     11/20/1961   A – Ronald J. Henrickson, Special Agent
                                             San Francisco, CA.
                                             R – Director, Intelligence Division, Attn: Chief,
                                             Operations Coordination Branch, Washington, DC
Box 43-2753                     11/06/1961   A – Donald F. Durkin, Chief, Intelligence Div.
                                             Office of International Operations, CP:IO:I:MJS
                                             R – Director, Intelligence Division, Attn: Chief
                                             Operations Coordination Branch
Box 43-2754 & Box 43-2755 (Duplicates 2753)
Box 43-2756 & Box 43-2757       10/03/1961   A – Marvin H. Ness, Special Agent
                                             Los Angeles, CA. I:MHN:mas
                                             R – Director, Intelligence Division
Box 43-2763                     09/29/1961   A – Donald F. Durkin, Chief, Intelligence Div.
                                             Office of International Operations CP:IO:I:MJS
                                             R – Director, Intelligence Division, Attn: Chief
                                             Operations Coordination Branch
Box 43-2764                     08/28/1961   A – Marvin H. Ness, Special Agent I:MHN:mr
                                             R – Virgil G. Crabtree, Acting Chief
                                             Intelligence Division – Los Angeles
Box 43-2766                     12/05/1962   A – Donald F. Durkin, Chief, Intelligence Div.
                                             R – Walter Coppinger, Chief, Audit Division
Box 43-2767                     11/26/1962   A – Crane C. Hauser, Chief Counsel
                                             R – Assistant Commissioner (Compliance)
                                             Attn: Director, Intelligence Division
Box 43-2768                     11/29/1962   A – H. Alan Long, Intelligence Division CP:I:C
                                             R – Director, Office of International Operations
                                             Attn: Chief, Intelligence Division

| | | |
|---|---|---|
| Box 43-2769 (Duplicate 2768) | | |
| Box 43-2773 | 11/05/1962 | A – Donald F. Durkin, Chief, Intelligence Division CP:IO:I:MJS<br>R – Director, Intelligence Division, Attn: Ralph U. Berry, Chief, Analysis and Evaluation Branch |
| Box 43-2774 | 11/02/1962 | A – W. T. Coppinger, Chief, Audit Division CP:IO:A:FA:01:WRTG<br>R – Chief, Intelligence Division CP:IO:I |
| Box 43-2783 | 05/17/1963 | A – Donald F. Durkin, Chief, Intelligence Div. CP:IO:I:MJS<br>R – William G. Beinert, Revenue Service Representative, Paris |
| Box 43-2785 | 05/17/1963 | A – H. Alan Long, Director, Intelligence Div.<br>R – Director, Office of International Operation Attn:  Chief, Intelligence Division |
| Box 43-2786 & Box 43-2787 (Duplicates 2785) | | |
| Box 43-2788 & Box 43-2789 | 05/14/1963 | A – Peter F. Geissler, Special Agent<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch Washington, D.C. |
| Box 43-2790 & Box 43-2791 (Duplicate 2788-2789) | | |
| Box 43-2794 | 05/31/1963 | A – Donald F. Durkin, Chef, Intelligence Div. CP:IO:7:MJS<br>R – William G. Reinert, Revenue Service Representative, Paris, Attn:  Charles Kisthardt |
| Box 43-2795 | 05/22/1963 | A – W.G. Beinert, Revenue Service Representative, Paris (CP:IO:Pa:WGB)<br>R – Office of International Operations Washington (CP:IO:I:MJS) |
| Box 43-2796 through Box 43-2798 (Duplicates of 2795) | | |
| Box 43-2802 & Box 43-2803 | 05/13/1963 | A – S. C. Pagnotta, Special Procedures Section Los Angeles, CA.  1410:417:SCP<br>R – Office of International Operations Washington 10, D.C. |
| Box 43-2804 | 04/02/1963 | A – Donald F. Durkin, Chief, Intelligence Division CP:IO:I:MJS<br>R – Walter J. Gorman, Chief, Collection Div. |
| Box 43-2808 | 05/16/1963 | A – Donald F. Durkin, Chief, Intelligence Division CP:IO:I:MJS<br>R – Revenue Service Representative, London Attn:  Eric W. Harvey |
| Box 43-2809 | 05/17/1963 | A – Donald F. Durkin, Chief, Intelligence Division CP:IO:I:MJS<br>R - Director, Intelligence Division, Attn: Joseph Harmon, Asst. Chief, Operations |

| | | |
|---|---|---|
| Box 43-2810 | 05/22/1963 | Coordination Branch<br>A – Donald F. Durkin, Chief, Intelligence Division CP:IO:7:MJS<br>R – Walter J. Gorman, Chief, Collection Division OIO |
| Box 43-2815 | 05/21/1963 | A – Donald F. Durkin, Chief, Intelligence Division CP:IO:7:MJS<br>R – Roland L. Wolfe, Revenue Service Representative, London |
| Box 43-2816 | 05/22/1963 | A - Donald F. Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division<br>    Attn: Joseph Harmon, Asst. Chief Operations Coordination Branch |
| Box 43-2817 | 05/15/1963 | A – Charles D. Kisthardt, Assistant Revenue Representative, Paris (CP:IO:Pa:CDE)<br>R – Office of International Operations Washington (CP:IO:E:RVT) |
| Box 43-2818 & Box 43-2819 (Duplicates of 2817) | | |
| Box 43-2827 | 05/14/1963 | A – Peter F. Geissler, Special Agent<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch Washington, D.C. |
| Box 43-2832 | 03/06/1964 | A – Donald F. Durkin, Chief, Intelligence Div. CP:IO:7:MJS<br>R – Director, Intelligence Division, Attn: Joseph Harmon |
| Box 43-2833 | 02/26/1964 | A – Revenue Service Representative, Manila CP:IO:303:SWP<br>R – Chief, Intelligence Division, Office of International Operations, Washington CP:IO:7 |
| Box 43-2834 | 03/06/1964 | A – Donald F. Durkin, Chief, Intelligence Div. CP:IO:7:MJS<br>R – Chief, Collection Division |
| Box 43-2837 | 03/02/1964 | A – Donald F. Durkin, Chief, Intelligence Div. CP:IO:7:MJS<br>R – Director, Intelligence Division, Attn: Joseph Harmon |
| Box 43-2847 | 2/25/1964 | A – Donald Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division, Anatole Richman |
| Box 43-2850 | 2/17/1964 | A – Revenue Service Representative, Manila<br>R – Chief, Intelligence Division, Office of International Operations, Washington |
| Box 43-2852 | 2/13/1964 | A – R.M. Service<br>R – Robert Hawley, Legal Attache |

**Stonehill FOIA – Box 43**  <span style="float:right">**120**</span>

| Box | Date | Description |
|---|---|---|
| Box 43-2857 | 03/05/1964 | A – Donald F. Durkin, Chief, Intelligence Division CP:IO:7:MJS<br>R – Director, Intelligence Division, Attn: Joseph Harmon |
| Box 43-2859 | 02/26/1964 | A – Revenue Service Representative Manila CP:IO:303:SWP<br>R – Chief, Intelligence Division, Office of International Operations, Washington CP:IO:7 |
| Box 43-2861 | 11/05/1963 | A – Donald F. Durkin, Chief, Intelligence Division CP:IO:7:MJS<br>R – Robert L. Chandler, Revenue Service Representative, Manila |
| Box 43-2863 | 10/11/1963 | A – Donald F. Durkin, Chief, Intelligence Div. CP:IO:7:MJS<br>R – Director, Intelligence Division, Attn: Anatole G. Richman |
| Box 43-2865 | 10/01/1963 | A – Sterling W. Powers, Acting Revenue Service Representative, Manila CP:IO:303:SWP<br>R – Chief, Intelligence Division, Office of International Operations, Washington CP:IO:7 |
| Box 43-2867 & Box 43-2869 (Duplicate of Box 43-2865) | | |
| Box 43-2871 | 11/13/1963 | A – Howard A. Moser, Acting Chief, Intelligence Division CP:IO:7:MJS<br>R – Director, Intelligence Division Attn: Joseph Harmon |
| Box 43-2873 | 10/31/1963 | A – Acting Revenue Service Representative Manila CP:IO:303:SWP<br>R- Chief, Intelligence Division, Office of International Operations, Washington |
| Box 43-2882 | 09/17/1963 | A – Donald F. Durkin, Chief, Intelligence Division CP:IO:7:MJS<br>R – Walter Gorman, Chief, Collection Division |
| Box 43-2883 | 08/29/1963 | A – Donald F. Durkin, Chief, Intelligence Div. CP:IO:7:MJS<br>R – Chief Counsel, Attn: Dean E. Sharp Collection Litigation Division, Room 5428 |
| Box 43-2885 | 08/21/1963 | A – Walter J. Gorman, Chief, Collection Div.<br>R – Chief, Intelligence Division |
| Box43-2887 through Box43-2889 | 8/16/1963 | A – C. I. Fox, Director of International Operations CP:IO:531:LVB<br>R – Director, Collection Litigation Division Attn: Deane Sharpe, Attorney |
| Box 43-2890 | 09/19/1963 | A – Donald F. Durkin, Chief, Intelligence Division, CP:IO:7:MJS |

| Box | Date | Details |
|---|---|---|
| Box 43-2892 | 09/12/1963 | R – Director, Intelligence Division, Attn: Joseph Harmon<br>A – Sterling W. Powers, Acting Revenue Service Representative, Manila<br>R – Chief, Intelligence Division, Office of International Operations, Washington CP:IO:7 |
| Box 43-2895 & Box 43-2896 (Duplicates of 2892) | | |
| Box 43-2908 | 08/13/1963 | A – Acting Chief, DAR Branch, Los Angeles, California 1410:4292:SCP<br>R – Chief, DAR Branch, Office of International Operations, National Office CP:IO:531:LVB |
| Box 43-2910 | 08/14/1963 | A – Revenue Service Representative Manila CP:IO:303:RLC<br>R – Office of International Operations Washington CP:IO:3 |
| Box 43-2911 (Duplicate of 2910) | | |
| Box 43-2913 | 07/19/1963 | A – Donald F. Durkin, Chief, Intelligence Division, CP:IO:7:MJS<br>R – Director, Intelligence Division |
| Box 43-2914 | 08/07/1963 | A – Robert A Hetrick, Acting Chief, DAR Branch, Office of International Operations CP:IO:531:LVB<br>R – Chief, DAR Branch, Los Angeles District Office |
| Box 43-2915 | 08/02/1963 | A – Donald F. Durkin, Chief, Intelligence Division, CP:IO:7:DFD<br>R – Chief, Collection Division OIO |
| Box 43-2916 | 07/17/1963 | A – Revenue Service Representative Manila CP:IO:303:RLC<br>R – Chief, Intelligence Division, Office of International Operations, Washington CP:IO:7 |
| Box 43-2917 & Box 43-2918 (Duplicates of 2916) | | |
| Box 43-2919 | 06/14/1963 | A – Donald F. Durkin, Chief, Intelligence Division, CP:IO:7:MJS<br>R – Walter J. Gorman, Chief, Collection Division OIO |
| Box 43-2920 | 06/12/1963 | A – H. Alan Long, Director, Intelligence Division, CP:I:C<br>R – Director, Office of International Operations Attn: Chief, Intelligence Division |
| Box 43-2921 (Duplicate of 2920) | | |
| Box 43-2922 | 06/06/1963 | A – Crane C. Hauser, Chief Counsel<br>R – Assistant Commissioner (Compliance) Attn: Director, Intelligence Division |
| Box 43-2923 (Duplicate of 2922) | | |
| Box 43-2925 | 06/04/1963 | A – Revenue Service Representative, London |

|  |  |  |
|---|---|---|
|  |  | CP:IO:302:EWH<br>R – Office of International Operations<br>CP:IO:7:MJS |
| Box 43-2926 through Box 43-2928 (Duplicates of 2925) | | |
| Box 43-2935 | 05/27/1963 | A – Revenue Service Representative, London<br>CP:IO:302:EWH<br>R – Office of International Operations |
| Box 43-2936 & Box 43-2937 (Duplicates of 2935) | | |
| Box 43-2938 | 05/03/1961 | A – H. Alan Long, Director, Intelligence Division, O:I:E<br>R – Director of International Operations<br>Attn: Donald F. Durkin – Chief, Intelligence Division |
| Box 43-2939 | 04/24/1961 | A – R. P. Hertzog, Acting Chief Counsel<br>R – Assistant Commissioner (Operations)<br>Attn: Director, Intelligence Division |
| Box 43-2940 (Duplicate of 2938) | | |
| Box 43-2949 & Box 43-2950 | 03/01/1963 | A – Chief DAR Branch, CP:IO:C:DA:T:LV9<br>R – Chief, Collection Division |
| Box 43-2954 & Box 43-2955 | 03/07/1963 | A – Donald F. Durkin, Chief, Intelligence Div. CP:IO:I:MJS<br>R – Walter J. Gorman, Chief, Collection Div. |
| Box43-2956 through Box43-2960 | 02/07/1963 | A – Sterling W. Powers, Assistant Revenue Service Representative, Manila<br>R – Office of International Operations Washington CP:IO:E |
| Box 43-2962 | 02/27/1963 | A – Donald F. Durkin, Chief, Intelligence Division, CP:IO:I:MJS<br>R – Robert L. Chandler, Revenue Service Representative, Manila |
| Box43-2963 through Box43-2965 | 03/04/1963 | A – Revenue Service Representative Manila CP:IO:Ma:RLC<br>R – Office of International Operations Washington CP:IO:E |
| Box 43-2970 | 03/07/1963 | A – Donald F. Durkin, Chief, Intelligence Division, CP:IO:I:MJS<br>R – Walter J. Gorman, Chief, Collection Division, CP:IO:I:MJS |
| Box 43-2971 | 03/07/1963 | A – Donald F. Durkin, Chief, Intelligence Division, CP:IO:I:MJS<br>R – Walter J. Gorman, Chief, Collection Division OIO |
| Box 43-2972 | 03/13/1963 | A – Donald F. Durkin, Chief, Intelligence Division CP:IO:I:MJS<br>R – Director, Intelligence Division, Attn: Joseph Harmon, Asst. Chief, Operations |

| Box | Date | Details |
|---|---|---|
| Box 43-2974 | 03/05/1963 | Coordination Branch<br>A – Orin A. Kay, Special Agent<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch Washington, D.C. |
| Box 43-2975 (Duplicate of 2974) | | |
| Box 43-2976 | 05/17/1963 | A – Donald F. Durkin, Chief, Intelligence Division, CP:IO:I:MJS<br>R – Revenue Service Representative London, Attn: Eric W. Harvey |
| Box 43-2977 | 04/02/1963 | A – Donald F. Durkin, Chief, Intelligence Division, CP:IO:I:MJS<br>R – Robert L. Chandler, Revenue Service Representative, Manila |
| Box 43-2978 | 03/11/1963 | A – Donald F. Durkin, Chief, Intelligence Division, CP:IO:I:MJS<br>R – Robert L. Chandler, Revenue Service Representative, Manila |
| Box 43-2980 | 02/27/1963 | A – Donald F. Durkin, Chief, Intelligence Division, CP:IO:I:MJS<br>R – Robert L. Chandler, Revenue Service Representative, Manila |
| Box 43-2981 | 05/17/1963 | A – Donald F. Durkin, Chief, Intelligence Division, CP:IO:I:MJS<br>R – Walter Gorman, Chief, Collection Division OIO |
| Box 43-2986 | 03/31/1964 | A – Donald F. Durkin, Chief, Intelligence Division, CP:IO:7:MJS<br>R – Director, Intelligence Division, Attn: Joseph Harmon |
| Box 43-2992 & Box 43-2993 | 09/13/1961 | A – Claude J. Watson, Special Agent & Group Supervisor<br>R – District Director of Internal Revenue Attn: Chief, Intelligence Division, Seattle, WA. |
| Box 43-2994 & Box 43-2995 (Duplicate of 2992-2993) | | |
| Box 43-2996 & Box 43-2997 | 08/03/1961 | A – Howard A. Moser, Acting Chief, Intelligence Division, Office of International Operations, O:IO:I:MJS<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-2999 | 11/09/1961 | A – Special Agent James E. Wehrheim Springfield District Office<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-3002 | 11/09/1961 | A – Special Agent James E. Wehrheim |

|  |  |  |
|---|---|---|
|  |  | Springfield District Office of Chief Counsel<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-3003 (Duplicate of 3002) |  |  |
| Box 43-3004 | 11/06/1961 | A – Donald F. Durkin, Chief, Intelligence Division, Office of International Operations CP:IO:I:MJS<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-3005 through Box 43-3007 (Duplicates of 3004) |  |  |
| Box 43-3009 | 11/21/1961 | A – Hugh E. Kiefer, Special Agent I:HEK:ar<br>R – District Director, Los Angeles, Attn: Chief, Intelligence Division |
| Box 43-3010 (Duplicate of 3009) |  |  |
| Box 43-3011 | 11/06/1961 | A – Donald F. Durkin, Chief, Intelligence Division, Office of International Operations CP:IO:I:MJS<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-3012 through Box 43-3014 (Duplicates of 3011) |  |  |
| Box 43-3021 through Box 43-3023 | 11/02/1961 | A – Donald F. Durkin, Chief, Intelligence Division, Office of International Operations CP:IO:I:MJS<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-3024 through Box 43-3029 (Duplicates of 3021-3023) |  |  |
| Box 43-3030 & Box 43-3031 | 12/13/1961 | A – Martin R. Philpott, Special Agent I:MRP:gmc<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch Washington, D.C. |
| Box 43-3032 | 12/12/1961 | A – Donald F. Durkin, Chief, Intelligence Division, Office of International Operations CP:IO:I:DFD<br>R – Director, Intelligence Division, Attn: Mr. Ralph Berry, Chief, Analysis and Evaluation Branch |
| Box 43-3033 & Box 43-3034 | 12/12/1961 | A – Michael J. Skvasik, Special Agent<br>R – Director of International Operations Attn: Chief, Intelligence Division Washington, D.C. |
| Box 43-3036 & Box 43-3037 (Duplicate of 3030-3031) |  |  |
| Box 43-3038 | 12/15/1961 | A – Donald F. Durkin, Chief, Intelligence Division, Office of International Operations CP:IO:I:MJS<br>R – Director, Intelligence Division, Attn: |

| | | |
|---|---|---|
| | | Chief, Operations Coordination Branch |
| Box 43-3039 (Duplicate 3038) | | |
| Box43-3041 through Box43-3043 | 12/21/1954 | A – John M. House, Special Agent<br>R – District Director of Internal Revenue<br>San Francisco, CA., Attn: Chief, Intelligence Division |
| Box 43-3070 | 04/30/1957 | A – Treasury Representative (Taxation)<br>Manila, Philippines (O:IO:Ma:FLM)<br>R – Internal Operations Division, Washington |
| Box 43-3108 | 09/20/1957 | A – Hendrick Machoian<br>R – International Operations Division<br>IRS, Washington, D.C., Attn: Mark H. Nivison, Special Agent |
| Box 43-3154 & Box 43-3155 | 2/28/1959 | A – J. Perry August, Director<br>R – E.H. Vaughn, Director Audit Division |
| Box 43-3156 & Box 43-3157 | 3/11/1955 | A – A.W. Fleming, Director<br>R – Regional Commissioner, NY |
| Box43-3158 through Box43-3166 | 3/1/1955 | A – A.W. Fleming, Director, Intelligence Division<br>R – Regional Commissioner, NY |
| Box43-3164 & Box 43-3165 | 1/5/1954 | A – A.W. Fleming, Director, Intelligence Division<br>R – Regional Commissioner, NY |

**BASIS FOR WITHHOLDING**          **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103          W

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal memoranda forwarding information and/or documents in the case/investigation of a third party taxpayer who is being investigated for violations of the Internal Revenue Code. The information and documents were collected in anticipation and support of the litigation against the taxpayer. All the documents are captioned in the name of the taxpayer and the taxpayer's internal IRS case number or, if they reference another third party, the taxpayer was being looked as a nominee or transferee with liability for assets of the first taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2851 | W |
| Box 43-2849 | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 2/17/1964 |
| Transmittal | 2/17/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative, Manila |
| | R – Chief, Intelligence Division & International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are transmittal memos forwarding additional information about the Stonehill case. Redacted portions of both refer to the investigation of a third party taxpayer and name the taxpayer.