| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2333 through Box 43-2336<br>Box 43-2340 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | Dates relate to other documents |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS Employee<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are four pages of handwritten and typed notes detailing information and evidence obtained in the criminal tax investigation of a third party taxpayer.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 43-2337 (Routing Slip) | 07/20/1964 | A – Acting Executive Assistant to Director<br>R – Mr. Suarez, Mr. Durkin, & Mike Skvasik |
| Box 43-2338 (Transmittal) | 07/15/1964 | A – Acting Revenue Service Representative Manila<br>R – CP:IO:7 |
| Box 43-2339 | 07/15/1964 | A – Richard H. Reynolds, Acting Revenue Service Representative<br>R – Herman T. F. Lum, U.S. Attorney District of Hawaii, Federal Office Building |
| Box 43-2341 | 02/08/1963 | A – H. Alan Long, Director, Intelligence Div.<br>R – Chief, Intelligence, Office of International Operations |
| Box 43-2342 (Duplicate) | | |
| Box 43-2343 | 01/24/1963 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division |
| Box 43-2344 | 04/02/1963 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Robert L. Chandler, Revenue Service Representative, Manila |
| Box 43-2345 | 04/01/1963 | A – H. Alan Long, Director, Intelligence Division<br>R – Director, Office of International Operations Attn: Chief, Intelligence Division |
| Box 43-2346 | 03/29/1963 | A – Crane C. Hauser, Chief Counsel<br>R – Assistant Commissioner (Compliance) |

| | | |
|---|---|---|
| Box 43-2347 & Box 43-2348 | 03/26/1963 | Attn: Director, Intelligence Division<br>A – Fred G. Folsom, Chief, Criminal Section<br>U.S. Dept. of Justice<br>R – Attn: James Shelton, Crane C. Hauser<br>Chief Counsel, IRS, Washington 25, D.C. |
| Box 43-2349 (Routing Slip) | 08/08/1962 | A – JRHarmon<br>R – Mike Skvasik |
| Box43-2350 through Box43-2352 | 08/07/1962 | A – Peter F. Geissler, Special Agent & Orin A. Kay, Special Agent, Los Angeles, CA.<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |

**BASIS FOR WITHHOLDING**            **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103            W

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memoranda (unless stated otherwise) forwarding information and/or documents obtained in criminal tax investigation of a third party taxpayer. .

**DOCUMENT NUMBER(S)**            **WITHHELD IN FULL (W) OR IN PART (P)**

Box 43-3000, Box 43-3001            W
Box 43-3110

**TYPE OF DOCUMENT**            **DATE OF DOCUMENT**

Notes            undated

**BASIS FOR WITHHOLDING**            **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103            A – IRS Employee
            R – Third party taxpayer's File

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are three pages of handwritten notes created as part of criminal tax investigation of third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2623, Box 43-2635, Box 43-2792, Box 43-2793, Box 43-2854 through Box 43-2856, Box 43-2874 through Box 43-2880, Box 43-2929 through Box 43-2932, Box 43-2989, Box 43-2990 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Newspaper and Magazine Clippings | Various |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Various News Publications<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are news articles relating to third party taxpayer which were collected by IRS and placed in criminal tax file of third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2582 through Box 43-2599 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Tax Returns & Schedules | 1958 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third party taxpayer<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the tax returns, schedules and attachments filed by the third party taxpayer under investigation for criminal violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2522 & Box 43-2523<br>Box 43-2811 through Box 43-2814,<br>Box 43-2824, Box 43-2825 (Duplicate of 2824) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum for the File | 11/1/1957, 4/24/1963, 5/27/1963 respectively |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Vernon Gaston, Chief, Collection Activities<br>    Anatole Richman, Coordinator<br>    Ross V. Thompson<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memos detailing information obtained during criminal tax investigation of third party taxpayer.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2601 through Box 43-2614 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Records Request, Charge<br>And Recharge Forms | 10/24/1963, 11/6/1962, 4/26/1961, 4/16/1959,<br>6/21/1961, 5/17/1961, 4/21/1961 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Michael Skvasik, Special Agent<br>R – Index Unit and Returns File Unit, Los Angeles,<br>    Baltimore and Washington, DC |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal forms requesting IRS documents relating to criminal tax investigation of third party taxpayer. Documents at issue are IRS records of third party taxpayer under investigation and another third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2413 & Box 43-2414 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Stock Certificates | N/A |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Company<br>R – Third party taxpayer and File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are copies of stock certificates obtained during criminal tax investigation of third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2353 through Box 43-2355<br>Box 43-2454 through Box 43-2466<br>Box 42-2469 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Guest history and telephone records | 1962 & 1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Hotel Phone Records<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are handwritten records obtained during criminal tax investigation of third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2356 & Box 43-2357<br>Box 43-2644 through Box 43-2646<br>Box 43-2648 through Box 43-2650 (Duplciate)<br>Box 43-2678 , Box 43-2723 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Affidavits | 8/3/1962, 5/19/1959, 1/4/1957, 9/5/1961 respectively |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Various Third Parties<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the affidavits of four individuals obtained during criminal tax investigation of third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2821 & Box 43-2822 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Subpoena by Order of the Court | 5/10/1963 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Hawaii District Court<br>R – Third Party Witness |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are subpoenas of third party issued in connection with criminal tax investigation of third party taxpayer. Documents were obtained by IRS and placed into taxpayer's criminal tax file.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2452 & Box 43-2453<br>Box 43-2467 & Box 43-2468 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Hotel Records of Charges | 1961 & 1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Hotel<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are financial records obtained during criminal tax investigation of third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2373, Box 43-2392,<br>Box 43-2581, Box 43-2772,<br>Box 43-2840, Box 43-2934, Box 43-3040 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | 6/25/1962, 10/16/1962, 12/3/1963, 11/14/1962,<br>4/12-13/1964, 5/3/1963, Undated |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Michael Skvasik<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the typed notes of the agent detailing information obtained in criminal tax investigation of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2393, Box 43-2724, Box 43-2748 through Box 43-2752 Box 43-2758 thorugh Box 43-2761 Box 43-3015 through Box 43-3020 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Bank Records | Various |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Financial Institution<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are bank records obtained during criminal tax investigation of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2383 through Box 43-2386 Box 43-2387 through Box 43-2390 (Duplicate) Box 43-2665 through Box 43-2670 Box 43-2725 through Box 43-2734 Box 43-2735 through Box 43-2744 (Duplicate) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Sworn Statements | 6/28/1962, 9/22/1958, 9/6/1961 respectively |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third Party<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the sworn statements of three individuals with respect to their knowledge of the financial and business dealings of a third party taxpayer obtained in criminal tax investigation of taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2626 through Box 43-2629 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Courtesy Investigation Reports | 12/22/1959 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS Employee<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the requests for information obtained during courtesy investigations carried out by parts of IRS during criminal tax investigation of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2966 through Box 43-2969 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Joint Message Form | 2/27/1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – USAF Colonel Thomas Taghart<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a four page report obtained by IRS during criminal tax investigation of third party taxpayer and placed into taxpayer's criminal investigation file.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2826 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Government Envelope | Undated |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – DOJ, Tax Division<br>R – Don Durkin, Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an envelope with a handwritten note forwarding information obtained during criminal tax investigation of third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2358, Box 43-2360, Box 43-2394, Box 43-2395, Box 43-2397 Thorugh Box 43-2399, Box 43-2432, Box 43-2470, Box 43-2490 thorugh Box 43-2493, Box 43-2501, Box 43-2507, Box 43-2619, Box 43-2632, Box 43-2633, Box 43-2618, Box 43-2807, Box 43-2844 thorugh Box 43-2846, Box 43-2984, Box 43-2985, Box 43-3166 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | Various |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS Employees – Mike Skvasik's name appears on several of the documents<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are handwritten notes created during criminal tax investigation of third party taxpayer and detailing information and evidence obtained in the investigation.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2451 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Cover Sheet | None |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS Employee<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a cover sheet contained in criminal tax file of third party taxpayer and containing name, address, and file numbers of taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2828 through Box 43-2831 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum of Conference | 4/10/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Michael Skvasik<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a one page memo and three copies memorializing a meeting held by IRS and DOJ employees and attorneys to discuss the proceedings of a case being filed in District Court against a third party taxpayer for criminal violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-3075 through Box 43-3078, Box 43-3084 through Box 43-3086 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Reports | 4/10/1956, 1/15/1957 11/21/1955 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – U.S. Chamber of Commerce<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are reports obtained by IRS during criminal tax investigation of third party taxpayer and placed into taxpayer's file.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-3161 through Box 43-3163 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Information Report | 8/25/1954 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Examining Officer Greene<br>R – District Director IRS, Reno NV |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Information report submitting items of information collected in examination of third party taxpayer and recommending its transmittal to another office for further examination activities.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-3087 through Box 43-3090<br>Box 43-3091 through Box 43-3094<br>Box 43-3095 through Box 43-3098<br>Box 43-3071 through Box 43-3074 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Reports and Letters | 11/21/1955, 3/11/1955, 2/2/1956, 4/30/1957 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Fred Macartney, Treasury Representative (Tax)<br>R – Los Angeles District Director, IRS<br>A – Paul Webster, Assistant Commissioner<br>R – Representative of third party taxpayer<br>A – E.H. Vaughn, Director, Audit Division<br>R – Representative of third party taxpayer<br>A – Fred Macartney, Treasury Representative (Tax)<br>R – Director of International Operations, IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Two letters to representative of third party taxpayer relating to issue in examination of income tax returns of taxpayer; two internal reports relating to such issue.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-3122 through Box 43-3123<br>Box 43-3124 through Box 43-3153 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum and Attachments | 2/6/1957 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Harry Lachtman, Special Agent<br>R – District Director of Internal Revenue<br>    Attn: Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a two page memorandum and with documents responding to a collateral request of a special agent for information sought in criminal tax investigation of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2471 through Box 43-2478<br>Box 43-2479 through Box 43-2481<br>Box 43-2482, Box 43-3104 through Box 43-3107,<br>Box 43-3109 (Duplicate), Box 43-3111 through Box 43-3121 (Duplicates) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda | 5/24/1957, 5/27/1957, 11/25/1957, 4/11/1955 respectively |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Harry Lachtman, Special Agent<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memos memorializing meetings between IRS employees and the third party taxpayers carried out during investigation of a third party taxpayers for potential violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2405 through Box 43-2412<br>Box 43-3044 through Box 43-3069<br>Box 43-2485 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Correspondence | Various |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A/R – Third party taxpayer<br>R/A – IRS Representatives & Accountants |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a series of letters and enclosed documents created and/obtained during criminal tax investigation of third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-3098 through Box 43-3103 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 4/14/1955 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Special Agent Clarence Turner<br>R – District Director, Los Angeles |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document forwards information obtained in an interview with a third party taxpayer taken in order to determine if the third party taxpayer had an income tax liability.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2421 & Box 43-2422,<br>Box 43-2423 through Box 43-2426 (Duplicates) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 4/19/1963 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Sterling Powers, Revenue Service Representative<br>R – United States Attorney, HI |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a two page letter discussing efforts to obtain witnesses in the criminal tax investigation of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2486 & Box 43-2487,<br>Box 43-2488 & Box 43-2489,<br>Box 43-2515, Box 43-2516 & Box 43-2517 (Duplicates of 2515) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letters | 7/22/1953, 10/15/1953, 10/23/1957 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A/R – IRS Employee<br>R/A – Third party taxpayer and a third party |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are letters created and/or received as part of examination of tax return of third party taxpayer.

| **DOCUMENT NUMBER(S)** | **DATE** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|---|
| Box 43-2542 | 03/20/1963 | A – Hamilton Desaussure, Lt Colonel, USAF<br>Chief, International Affairs Division |

| DOCUMENT NUMBER(S) | DATE | AUTHOR (A) & RECIPIENT (R) |
|---|---|---|
| Box43-2555 through Box43-2557 | 10/29/1965 | Office of The Judge Advocate General<br>R – H. Allan Long, Director, Intelligence Div.<br>A – Bruno A. Ristau, Chief, Foreign Litigation Unit<br>R – Attn: Colonel Hamilton DeSaussure Chief, International Affairs Division |
| Box 43-2561 | 09/19/1963 | A – Fred G. Folsom, Chief, Criminal Section<br>R – Honorable R. P. Hertzog, Acting Chief Counsel, Internal Revenue Service |
| Box 43-2579 & Box 43-2580 | 06/20/1964 | A – W.G. de Haseth, Secretary Dept. of Justice<br>R – A. Sagalyn, Director, Law Enforcement Coordination, Treasury Dept., Washington 25, D.C. U.S.A. |

**BASIS FOR WITHHOLDING**       **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103        W

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**
Documents are letters created or obtained in the criminal tax investigation case of a third party taxpayer.

| DOCUMENT NUMBER(S) | DATE | AUTHOR (A) & RECIPIENT (R) |
|---|---|---|
| Box 43-2777 | 05/16/1963 | A – Herbert T. F. Lum, U.S. Attorney, District of Hawaii, Honolulu<br>R – Sterling W. Powers, Assistant Revenue Service Representative, American Embassy |
| Box 43-2778 (Duplicate) | | |
| Box 43-2779 & Box 43-2780 | 05/21/1963 | A – Robert L. Chandler, Revenue Service Representative, Far East<br>R – Herman T. F. Lum, U.S. Attorney, Federal Building, Honolulu, HI |
| Box 43-2781 & Box 43-2782 (Duplicate) | | |
| Box 43-2820 | 05/10/1963 | A – Herman T. F. Lum, U.S. Attorney District of Hawaii, U.S. Dept. of Justice<br>R – The American Embassy, Rome, Italy |
| Box 43-2842 7 Box 43-2843 | 3/3/1964 | A – Frank L. Price, Special Agent in Charge, U.S. Dept. of Justice, FBI<br>R – Herman T. F. Lum, U.S. Attorney, Federal Building, Honolulu, HI. |
| Box 43-2862 | 12/02/1963 | A – Robert L. Chandler, Revenue Service Representative, Far East<br>R – Herman T. Lum, U.S. Attorney, Federal Office Building, Honolulu, HI. |
| Box 43-2866 | 09/27/1963 | A – Herman T. F. Lum, U.S. Attorney<br>R – Sterling W. Powers, Acting Revenue |

| | | |
|---|---|---|
| Box 43-2868 & Box 43-2870 (Duplicates) | | Service Representative, American Embassy |
| Box 43-2893 & Box 43-2894 | 09/12/1963 | A – Sterling W. Powers, Acting Revenue Service Representative |
| | | R – Herman T. F. Lum, U.S. Attorney Federal Building, Honolulu, HI. |

**BASIS FOR WITHHOLDING**      **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103      W
(b)(5) – Attorney Work Product

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are letters relating to parties' efforts to obtain information in connection with criminal tax investigation of third party taxpayer and providing information about investigation.


**DOCUMENT NUMBER(S)**      **WITHHELD IN FULL (W) OR IN PART (P)**

Box 43-2952, Box43-2953      W

**TYPE OF DOCUMENT**      **DATE OF DOCUMENT**

Letter      3/1/1963

**BASIS FOR WITHHOLDING**      **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103      A – H. Alan Long, Director, Intelligence Division
R – Will Carrol, Department of the Air Force

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page letter (and duplicate) seeking information in criminal tax investigation of third party taxpayer.

**DOCUMENT NUMBER(S)**      **DATE**      **AUTHOR (A) & RECIPIENT (R)**

Box43-2898 through Box43-2906   09/09/1963   A – Mortimer M. Caplin, Commissioner
R – Honorable Louis F. Oberdorfer,
    Assistant Attorney General, Tax Division
    Department of Justice, Washington, D.C.

**Stonehill FOIA – Box 43**                                                                                           **105**

| Box 43-2924 | 06/03/1963 | A – Fred G. Folsom, Chief, Criminal Section U.S. Department of Justice, Washington, D.C.<br>R – Honorable Crane C. Hauser, Chief Counsel, IRS, Washington 25, D.C. |
| Box43-2941 through Box43-2946 | 04/24/1961 | A – R. P. Hertzog, Acting Chief Counsel<br>R – Honorable Louis F. Oberdorfer, Assistant Attorney General, Tax Division, Department of Justice, Washington 25, D.C. |

| **BASIS FOR WITHHOLDING** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memoranda discussing the IRS's potential referral of a third party taxpayer for criminal tax prosecution to the DOJ and the response of DOJ.

| DOCUMENT NUMBER(S) | DATE | AUTHOR (A) & RECIPIENT (R) |
|---|---|---|
| Box 43-2415 | 05/03/1963 | A – Martin<br>R – Herman T. F. Lum, U.S. Attorney, HI |
| Box 43-2427 & Box 43-2428 | Unknown | A- C. I. Fox, Director of International Operations<br>R – Sterling W. Powers, Assistant Revenue Service Representative, U.S. Embassy Manila, Philippine Islands |
| Box 43-2434 | 04/29/1963 | A – C. I. Fox, Director of International Operations, IRS<br>R – Sterling W. Powers, U.S. Embassy Manila, Philippines Islands |
| Box 43-2437 | 05/05/1963 | A – Stevenson, Manila, Chandler<br>R – Secretary of State, Thompson |
| Box 43-2518 | 11/12/1957 | A – Chief, Audit Division (A:HAP), IRS-Honolulu<br>R – International Operations Division |
| Box 43-2526 | 02/21/1963 | A – Stevenson, Manila, Chandler<br>R – Secretary of State, Durkin |
| Box 43-2539 | Unknown | A – AFAALB 86279<br>R – 13th Air Force, Clark Air Force, Philippines |
| Box43-2543 through Box43-2547 | 03/10/1963 | A – 13AF CLARK AB PI<br>R – CSAF WASH DC |
| Box 43-2548 | 03/09/1963 | A – 13AF CLARK AB PI |

|  |  |  |
|---|---|---|
|  |  | R – CSAF WASH DC |
| Box 43-2551 (Duplicate of Box 43-2539) |  |  |
| Box 43-2770 & Box 43-2771 | 11/16/1962 | A – John M. Keyser, Assistant Revenue Service Representative, Amembassy Manila |
|  |  | R – Department of State, IRS, International Operations, Chief, Intelligence Division |
| Box 43-2800 | 05/27/1963 | A – Bruce, London |
|  |  | R – Secretary of State, Fox and Durkin |
| Box 43-2801 (Duplicate of 2800) |  |  |
| Box 43-2805 | Unknown | A – C. I. Fox, Director of International Operations |
|  |  | R – Sterling W. Powers, Assistant Revenue Service Representative, U.S. Embassy |
| Box 43-2823 | 05/27/1963 | A – Bruce, London |
|  |  | R – Secretary of State to Fox for Durkin |
| Box 43-2835 | 02/20/1964 | A – Stevenson, Manila |
|  |  | R – Unknown |
| Box 43-2838 (Duplicate of 2835) |  |  |
| Box 43-2947 | 02/21/1963 | A – Chandler, Stevenson, Manila |
|  |  | R – Secretary of State for IRS, Office of International Operations, Washington, DC, Attn: Donald Durkin |
| Box 43-2961 | 02/26/1963 | A – C. I. Fox, Director of International Operations |
|  |  | R – Robert L. Chandler, Revenue Service Representative, U.S. Embassy, Manila, Philippine Islands |
| Box 43-2979 | 02/26/1963 | A – C. I. Fox, Director of International Operations |
|  |  | R – Robert L. Chandler, Revenue Service Representative, Manila |
| Box 43-2541 | Unknown | A – CSAF |
|  |  | R – 25th Air Force, Clark Air Force, Philippines |

**BASIS FOR WITHHOLDING**            **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103           W

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are telegrams and airgram messages created or obtained during, and seeking or providing information for use in, the criminal tax investigation of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **DATE** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|---|
| Box 43-2374 | Unknown | A – D F Durkin |
|  |  | R – Mike Skvasik |
| Box 43-2375 | 06/22/1962 | A – CP:I:C:JRHarmon:cj |