| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1862 though Box 43-1864 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | 3/7/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Michael Skvasik, Special Agent<br>R – Third party taxpayer File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the handwritten and typed notes of the agent detailing specific information obtained during criminal tax investigation of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1865 though Box 43-1868 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memo Routing Slips & Memorandum | 10/8/1962 (1865), 10/2/1962 (1866), Undated (1868) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – J.R. Harmon (1865)<br>R – Mike Skvasik & International Operations<br>A – William Leach, Special Agent (1866)<br>R – Chief, Intelligence Division<br>A – Donald Durkin (1868)<br>R- Mike Skvasik |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents forward information collected in and discuss the criminal tax case of a third party taxpayer.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 43-1869<br>   Box 43-1870 (Duplicate) | 07/25/1962 | A – C. I. Fox, Director of International Operations<br>R – Robert L. Chandler, American Embassy Manila, Philippine Islands |
| Box 43-1871<br>   Box 43-1872 through Box 43-1876 (Duplicates) | 07/24/1962 | A – Stevenson, Manila, Dept. of State Sent to Director, International Operations<br>R – Secretary of State from Chandler |
| Box 43-1877 (Receipt) | 07/24/1962 | A – Unknown<br>R – IRS – Mr. Fox |
| Box 43-1878 (Routing Slip) | 01/23/1962 | A – JRHarmon<br>R – Donald Durkin & Mike Skvasik |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are telegrams (unless stated otherwise) forwarding information collected during the criminal tax investigation of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1879<br>Box 43-1880 through Box 43-1888<br>Box 43-1897 through Box 43-1905 (Duplicate) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum & Report of Interview | 1/18/1962 (1879), 12/20/1961 (1880-1888) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Vernon Lynch, Special Agent (1879) & Third Party<br>R – District Director of Internal Revenue |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a one page memo (1879) discussing a request for an interview of a potential witness (1880-1888) collected during the criminal tax investigation of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1888A, Box 43-1888B | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | 1/8/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Michael Skvasik, Special Agent<br>R – Third party taxpayer File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the handwritten and typed notes of the agent with respect to an interview of a witness collected as part of the criminal tax investigation of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1892 through Box 43-1895 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 05/17/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Fred Folsom, Chief, Criminal Section DOJ Tax<br>R – Crane Hauser, Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents discuss the potential criminal tax prosecution of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1889 through Box 43-1891<br>Box 43-1896 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda | 11/2/1961 (1889-1891), 6/7/1962 (1896) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Memoranda provide and seek additional information relating to the criminal tax investigation of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1906 through Box 43-1910 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letters | 8/14/1959, 7/18/1959, 8/20/1959, 9/1/1959, 9/3/1959 (respectively) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third Party<br>R – Third Party |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are one page letters obtained during criminal tax investigation of third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1911 through Box 43-2017 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Bank Records | Various |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Financial Institution<br>R – Third Party |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are bank records obtained during criminal tax investigation of third party taxpayer.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 43-2018 (Note on Folder) | Unknown | A – Unknown<br>R – Unknown |
| Box 43-2019 (Routing Slip) | 10/24/1960 | A – Executive Assistant to Director<br>R – Mrs. Frey |
| Box 43-2020 (Survey Form) | 9/3/1958 | A – M. H. Nivison, Examining Officer<br>R – Unknown |
| Box 43-2021 | 10/28/1960 | A – O:IO:E:WDC<br>R – Service Branch, Room 1240 |
| Box 43-2022 | 09/30/1960 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Executive Assistant to the Director |
| Box 43-2023 & Box 43-2024 (Duplicates)<br>Box 43-2025 | 10/5/1960 | A – Unknown<br>R – Unknown |

| BASIS FOR WITHHOLDING | AWITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents discuss a "historical" file of examination of third party taxpayer which was being obtained for use in criminal tax investigation of the same third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2026,<br>Box 43-2027 through Box 43-2029,<br>Box 43-2030 & Box 43-2031,<br>Box 43-2032 & Box 43-2033,<br>Box 43-2034 through Box 43-2036,<br>Box 43-2037 through Box 43-2039,<br>Box 43-2040 & Box 43-2041<br>Box 43-2046, Box 43-2048 through Box 43-2050,<br>Box 43-2054, Box 43-2055 & Box 43-2056 (Duplicates of 2054),<br>Box 43-2058, Box 43-2059 through Box 43-2061 (Duplicates 2027-2029), Box 43-2062 & Box 43-2063 (Duplicate of 2030-2031), Box 43-2064 & Box 43-2065<br>Box 43-2188 (Duplicate) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memoranda &<br>Handwritten notes &<br>Memoranda for the Record<br>Rough Draft of Memo | 8/9/1960 (2026), 5/31/1960 (2027-2029),<br>6/1/1960 (2030-2031), 6/14/1960 (2032-2033),<br>6/21/1960 (2034-2036), 7/25/1960 (2037-2039),<br>8/9/1960 (2040-2041), 6/13/1960 (2054)<br>6/2/1960 (2058) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Revenue Service Rep's, Walker & Chandler<br>R – International Operations Division, Chief, Field Operations Branch |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents created or obtained during the criminal tax investigation of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2042, Box 43-2045, Box 43-2047, Box 43-2057, Box 43-2066 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memo Routing Slips | Undated, 8/9/1960, 5/31/1960, 6/7/1960 3/25/1960 Respectively |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Donald Durkin (2042), Mr. Curtin (2066) & YT (remaining documents)<br>R – Various IRS and Chief Counsel Employees |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents route information pertaining to the criminal tax investigation of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2043 & Box 43-2044 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum for the File | 8/24/1960 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Secretary of Mr. "D"<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a typed memo to the file captioned in the name of a third party taxpayer, and handwritten notes, discussing information in the criminal investigation of the taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2051 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 07/7/1960 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Chief, Audit Division<br>R – Chief, Field Operations, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents is a one page memo discussing the activities in the criminal tax investigation of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2052<br>Box 43-2187 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 06/14/1960 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Ross Thompson, Chief, Field Operations Branch<br>R – Robert Chandler, Revenue Service Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo authorizing actions in the criminal tax investigation of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2053 | W |longer

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2053 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is one page of handwritten notes relating to criminal tax investigation of third party taxpayer and contained in criminal tax investigation file for taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2067<br>Box 43-2070 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Telegram | 3/22/1960, 4/5/1960 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – ALUSA Manila<br>R – CNO, Director of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents provide information as part of criminal tax investigation of third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2068 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Envelope | N/A |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third Party<br>R – Treasurer of the United States |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document providing information about a third party taxpayer and was located in criminal tax investigation file of taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2069, Box 43-2071<br>Box 43-2076, Box 43-2086 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memo Routing Slip | 4/5/1960, 3/1/1960, 2/23/1960, 1/20/1960<br>Respectively |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Office of International Operations (2069, 2086),<br>H. Driscoll, (2076), H. Moser (2071)<br>R – Various IRS Employees |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents forwarding information obtained in the criminal tax investigation of a third party taxpayer. Documents were located in taxpayer's criminal investigation file.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 43-2072<br>Box43-2073 through Box43-2075 (Duplicates) | 3/1/1960 | A – Donald Moysey, Director, International Oper.<br>R – John Rogers, Head, Appeals Division |
| Box 43-2077 | 2/18/1960 | A – Revenue Service Representative, Manila<br>R – International Operations |
| Box 43-2082 | 2/10/1960 | A – Hart Speigel, Chief Counsel<br>R – Donald Moysey, Director, International Oper. |
| Box 43-2083 | 1/27/1960 | A – Melvin Sears, Regional Counsel<br>R – Hart Speigel, Chief Counsel |
| Box 43-2087<br>Box 43-2088 & Box 43-2089 (Duplicates) | 12/13/1960 | A – H. Alan Long, Director, Intelligence Division<br>R – Chief, Intelligence Division, International Op. |
| Box 43-2090 | 12/1960 | A – H. Alan Long, Director, Intelligence Division<br>R – Malcolm Wilket, Asst. Attorney General, DOJ |
| Box 43-2091 | 11/23/1960 | A – William Hinley, Chief, Organized Crime and Racketeering Section<br>R – H. Alan Long, Director, Intelligence Division |

**BASIS FOR WITHHOLDING**          **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103          W
(b)(5) – Attorney Work Product

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal memoranda (except 2090 and 2091 which were sent to/from DOJ) forwarding information and documents and requesting additional action with respect to the criminal tax investigation of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2092 through Box 43-2105 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Case Summary | 11/1960 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a case summary and a duplicate of the evidence collected against a third party taxpayer in criminal tax investigation.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2106 through Box 43-2109 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 08/5/1959 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – J. Gordon Shanklin, Special Agent in Charge<br>R – C.G. Marshall, Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents is a letter detailing information concerning a witness in the criminal tax investigation of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2110 through Box 43-2135 | W |
| Box 43-2145 through Box 43-1249 (Duplicate) | |
| Box 43-2150 through Box 43-2168 | |
| Box 43-2169 through Box 43-2171 | |
| Box 43-2172 through Box 43-2176 | |
| Box 43-2177 though Box 43-2186 (Duplicates) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum & Reports of Investigation & Bank Records | 10/19/1960 (2110) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Harold Creyts, USAF, Chief, General Investigations<br>R – Commissioner, IRS Attn: William Mould Special Agent |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a memo (2110) and the Reports of Investigation (remaining documents) sent from the Air Force to the IRS as part of the criminal tax investigation of a third party taxpayer. Documents 2150-2168 and 2172-2176 are account statements contained in documents.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2136, Box 43-2138<br>Box 43-2140, Box 43-2141 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | 10/1960 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Third party taxpayer's File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the handwritten notes detailing information about the criminal tax case of a third party taxpayer. Discusses what the author needs to do in preparation for trial of the taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2137, Box 43-2139<br>Box 43-2142 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memo Routing Slips | 10/18/1960, 10/17/1960, Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Mike Skvasik |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents request information relating to criminal tax investigation of third party taxpayer. Document 2142 consists of notes taken down about the case.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2078 through Box 43-2081<br>Box 43-2084, Box 43-2085 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letters and Newspaper Clippings | 1/11/1960 (2084), 1/5/1960 (2085) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A/R – Dalmon Davis, District Director<br>R/A – Robert Rogers, Accounting Officer, Univ. of CA |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the correspondence created during the criminal tax investigation of a third party taxpayer in connection with obtaining information. Clippings relate to correspondence.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2143 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 10/10/1960 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – John Rogers, Director, Tax Court Division<br>R – Dean Barron, Director, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document returns files transmitted for use in tax court cases involving two third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2144 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 9/30/1960 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Executive Assistant to the Director |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo forwarding a third party taxpayer's case file to assist with criminal tax investigation of the taxpayer.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-2189 through Box 43-2191<br>Box 43-2192 through Box 43-2194 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 4/7/1960 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – M. T. Morrison, Postal Inspector<br>R – E.L. Jacobson, Postal Inspector, HI |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a three page letter discussing bank records and transactions of account collected as part of criminal tax investigation of third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2195 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 12/21/1961 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Office of International Operations<br>R – Director, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo created as part of criminal tax investigation of third party taxpayer and describing information obtained therein.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2196 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 1/15/1960 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Hart Speigel, Chief Counsel<br>R – Melvis Sear, Regional Counsel, IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo transmitting copies of affidavits obtained during the criminal tax investigation of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2197 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Note | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a note contained in criminal tax file of third party taxpayer; note contains the name of a business owned by taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2198<br>Box 43-2199 through Box 43-2201 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memo Routing Slip &<br>Memorandum | 1/18/1962<br>1/12/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – J. R. Harmon (2198) & Jack Fidelman, Special Agent (2199-2201)<br>R – Donald Durkin & Mike Skvasik (2198) Director, Intelligence Division (2199-2201) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 2198 is forwarding a memo pertaining to the criminal tax investigation of a third party taxpayer. Memorandum forwards information and copies of records.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2202 through Box 43-2230<br>Box 43-2242 through Box 43-2265 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Bank Records | Various |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Financial Institutions<br>R – Third party taxpayers |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are bank records collected during criminal tax investigation of third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-2273 through Box 43-2327 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Bank Records | Various |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Financial Institutions<br>R – Third Party & Third party taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are bank records collected during criminal tax investigation of third party taxpayer.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box43-2231 through Box43-2233 | 12/21/1961 | A – Donald F. Durkin, Chief, Intelligence Div.<br>R – Director, Intelligence Division, Att: Chief, Operations Coordination Branch |
| Box 43-2234 through Box 43-2236 (Duplicate) | | |
| Box 43-2237 | 01/25/1962 | A – JRHarmon<br>R – Donald Durkin & Mike Skvasik |
| Box 43-2238 & Box 43-2239 | 01/17/1962 | A – Victor Fisher, Special Agent ID:7 |

|  |  |  |
|---|---|---|
|  |  | R – Chief, Intelligence Division |
| Box 43-2240 & Box 43-2241 (Duplicate) Box43-2266 & Box43-2267 | 12/21/1961 | A – Donald F. Durkin, Chief, Intelligence Div. Office of International Operations |
|  |  | R – Director, Intelligence Div., Attn: Chief, Operations Coordination Branch |
| Box 43-2268 | 04/03/1961 | A – JRHamon |
|  |  | R – Donald F. Durkin, Chief, Intelligence Div. & Mike Skvasik |
| Box 43-2269 & Box 43-2270 | 03/29/1961 | A – William L. Leach, Acting Chief, Intelligence Div., Reno |
|  |  | R – ARC – Intelligence, San Francisco |
| Box 43-2271 & Box 43-2272 (Duplicate) Box 43-2328 & Box 43-2329 | 03/17/1961 | A – Donald F. Durkin, Chief, Intelligence Div. Office of International Operations |
|  |  | R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-2330 & Box 43-2331 (Duplicate) Box 43-2332 | 11/12/1959 | A – Revenue Service Representative Manila, Philippines |
|  |  | R – International Operations Division |

**BASIS FOR WITHHOLDING**           **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103           W

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal memoranda forwarding information obtained during the criminal tax investigation of a third party taxpayer.