| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1495 through Box 43-1502<br>Box 43-1503 through Box 43-1509 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 7/24/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative, Manila<br>R – Chief, Intelligence Division, International Oper. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a two page memo and three duplicates forwarding information about financial transactions collected as part of an investigation of a third party taxpayer for potential criminal violations of the Internal Revenue Code. Documents 1503-1509 are handwritten notes containing the information being forwarded.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1510 & Box 43-1511 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Notes | 1/18 and 1/19/1960 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS Special Agent<br>R – Third party taxpayer Investigative File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the handwritten notes detailing the activities of the agent during an investigation of a third party taxpayer for potential criminal violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1512, Box 43-1513 (Duplicate)<br>Box 43-1514 through Box 43-1521<br>Box 43-1522 through Box 43-1529 (Duplicates)<br>Box 43-1530 through Box 43-1534 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum (1512) &<br>Sworn Statement (1514-1521) | 6/28/1962<br>6/13/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Robert Black, Special Agent<br>R – Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 1512 discusses and forwards the sworn statement (1514-1521) of a third party concerning the financial transaction and business dealings of a third party taxpayer being investigated for potential criminal violation of the Internal Revenue Code. Document 1530 is a cover for shorthand notes relating to the sworn statement and documents 1531-1534 are documents presented by the witness.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1535 through Box 43-1539<br>Box 43-1540 through Box 43-1544 (Duplicate)<br>Box 43-1545 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Sworn Statement | 6/20/1960 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third Party<br>R – Robert Black, Special Agent |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 1535-1539 is the sworn statement of a third party concerning the financial transaction and business dealings of a third party taxpayer being investigated for potential criminal violations of the Internal Revenue Code. Document 1545 is a cover for shorthand notes relating to the sworn statement.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 43-1546 (Partial Memo) | Unknown | A – Unknown<br>R – Unknown |
| Box 43-1547 (duplicate of 1549) | | A – Donald Durkin<br>R – Director, Intelligence Division |
| Box 43-1548 & Box 43-1549 | 6/7/1962 | A – Donald Durkin<br>R – Director, Intelligence Division |
| Box 43-1550 | 2/12/1964 | A – Donald Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division, J. Harmon |
| Box 43-1551 | 2/11/1964 | A – D.F. Durkin<br>R – Mike Skvasik |
| Box 43-1552 (Telegram) | 2/11/1964 | A – Powers<br>R – C.I. Fox |
| Box 43-1553 | 5/26/1964 | A – Donald Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division |
| Box 43-1554<br>Box 43-1555 & Box 43-1556 (Duplicates) | 5/22/1964 | A – H. Alan Long, Intelligence Division<br>R – Director, International Operations |
| Box 43-1557 | 5/19/1964 | A – S.W. Anderson, Regional Coordinator, Western<br>R – Director, Intelligence Division, J. Harmon |
| Box 43-1558 | 5/14/1964 | A – C.G. Marshall, Chief, Intelligence Division<br>R – ARC – Intelligence Western Regional Office |
| Box 43-1560<br>  Box 43-1561 (Duplicate) | 6/15/1964 | A – C.G. Marshall, Chief, Intelligence Division<br>R – Director, Intelligence Division, Donald Durkin |
| Box 43-1562 | 6/2/1964 | A – Donald Durkin<br>R – Mike Skvasik |
| Box 43-1563<br>  Box 43-1567, Box 43-1570 (Duplicates)<br>Box 43-1573, Box 43-1576, Box 43-1577 (Duplicates) | 12/6/1962 | A – Donald Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division, Ralph Barry |
| Box 43-1564<br>  Box 43-1568, Box 43-1571 (Duplicates)<br>  Box 43-1574 (Duplicate) | 12/6/1962 | A – Michael Skvasik, Special Agent<br>R – Director, International Operations |
| Box 43-1565 | 11/28/1962 | A – Revenue Service Representative<br>R – Office of International Operations |
| Box 43-1566<br>  Box 43-1569, Box 43-1572 (Duplicates)<br>  Box 43-1575 (Duplicate) | 11/28/1962 | A – Revenue Service Representative, Manila<br>R – Chief, Intelligence Division, International |
| Box 43-1578 | 11/15/1962 | A – Donald Durkin, Chief, Intelligence Division<br>R – Robert Chandler, Revenue Service Repres. |
| Box 43-1579 (Routing Slip) | Unknown | A – Donald Durkin<br>R – Mike Skvasik |
| Box 43-1580<br>  Box 43-1581, Box 43-1582 (Duplicates) | 11/30/1962 | A – Acting Director, Intelligence Division<br>R – Director, International Operations<br>    Chief, Intelligence Division |
| Box 43-1583 | 11/23/1962 | A – Richard Herman, Special Agent<br>R – Chief, Intelligence Division |

| | | |
|---|---|---|
| Box 43-1584 | 11/23/1962 | A – A.L. Hankowsky, Acting Director, Intelligence Div. |
| Box 43-1585, Box 43-1586 (Duplicates) | | R – Director, International Operations |
| Box 43-1587 | 11/16/1962 | A – Crane Hauser, Chief Counsel, IRS |
| Box 43-1588 (Duplicate) | | R – Assistant Commissioner, Compliance |
| Box 43-1589 | 11/27/1962 | A – Donald Durkin, Chief, Intelligence Division |
| | | R – Director, Intelligence Division, Ralph Barry |
| Box 43-1590 | 11/27/1962 | A – Michael Skvasik, Special Agent |
| Box 43-1591 (Duplicate) | | R – Director, International Operations |
| Box 43-1592 | 11/3/1962 | A – H. Alan Long, Director, Intelligence Division |
| Box 43-1593 (Duplicate) | | R – Director, International Operations |
| Box 43-1594 | 11/9/1962 | A – Crane Hauser, Chief Counsel, IRS |
| Box 43-1595 (Duplicate) | | R – Assistant Commissioner, Compliance |

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal communications, primarily memoranda (unless stated otherwise), which provide and forward information and documents in the criminal tax investigation of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1559 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 05/13/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – C.G. Marshall, Chief, Intelligence Division |
| | R – Herman Lum, US Attorney |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter requesting the assistance of an IRS agent to prepare for the trial of a third party taxpayer for criminal violation of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1596 & Box 43-1597 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Department of State Airgram | 11/16/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – American Embassy Manila<br>R – Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page airgram listing potential witness, their last known address and their willingness to testify in connection with a third party taxpayer's alleged criminal violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1598<br>Box 43-1599 & Box 43-1600 (Duplicates) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 11/9/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Revenue Service Representative, Manila Robert Chandler |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a request from DOJ for specific information (address, etc.) about witnesses who will potentially be testifying against a third party taxpayer for alleged criminal violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1601<br>Box 43-1602 & Box 43-1603 (Duplicates)<br>Box 43-1604 through Box 43-1609 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum<br>Affidavit (1607) | 11/9/1962 (1601), 10/30/1962 (1604), 10/29/1962 (1607) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – H.A. Long, Director, Intelligence Division (1601)<br>R – Director, Office of International Operations<br>      Attn: Chief, Intelligence Division<br>A – Richard Herman, Special Agent (1604)<br>R – Chief, Intelligence Division, Reno, NV |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo transmitting a report and a witness affidavit concerning an interview of a third party in connection with an investigation of a third party taxpayer for potential criminal violations of the Internal Revenue Code The remaining documents are the one page report and the one page affidavit of the witness and two duplicates of each.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1610 & Box 43-1611 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | 11/8/1962 through 11/16/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS Employee<br>R – Investigative File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two pages of notes documenting activities taken during the investigation of a third party taxpayer for potential criminal violations of the Internal Revenue Code. The taxpayer's name is captioned in the corner of the documents.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 43-1613 & Box 43-1614 | 10/5/1962 | A – S.M. Parker, Special Agent |
| Box 43-1615 & Box 43-1616 (Duplicate) | | R – Chief, Intelligence Division, Reno, NV |
| Box 43-1617 & Box 43-1618 | 10/5/1962 | A – Peter Geissler, Special Agent, Los Angeles |
| | | R – Director, Intelligence Division |
| Box 43-1620 & Box 43-1621 | 9/27/1962 | A – Joseph Rasonsky, Special Agent, San Francisco |
| | | R – Director, Intelligence Division |
| Box43-1632 through Box43-1638 | 9/18/1962 | A – Peter Geissler, Special Agent, Los Angeles |
| Box43-1639 through Box43-1652 (Duplicates) | | R – Director, Intelligence Division |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal memoranda discussing evidence and witnesses and the information they can provide with respect to the criminal tax investigation and potential prosecution of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1612, Box 43-1616, Box 43-1619, Box 43-1631, Box 43-1655, Box 43-1665, Box 43-1675 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memo Routing Slips | 10/17/1962, 10/12/1962, 10/10/1962, 10/1/1962, Unknown, 9/27/1962, 8/9/1962 (respectively) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – J. Harmon |
| | R – Donald Durkin & Mike Skvasik |
| | A – Donald Durkin (1655 & 1665 only) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are routing slips forwarding memos pertaining to the criminal tax investigation of a third party taxpayer named on the slips.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1622A, Box 43-1624<br>Box 43-1625, Box 43-1627,<br>Box 43-1628, Box 43-1630 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Exhibit List | Undated |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Unknown<br>R – Trial File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are list of exhibits and their location prepared for use in the trial of a third party taxpayer for criminal violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1622, Box 43-1623<br>Box 43-1626, Box 43-1629<br>Box 43-1660, Box 43-1661 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Bank Records | Various |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Financial Institutions<br>R – Various |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are records obtained during the investigation of a third party taxpayer for potential criminal violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1653 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Newspaper Clipping | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Magazine<br>R – N/A |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page article discussing a third party taxpayer which was put in the criminal tax investigation file of the taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1680, Box 43-1682<br>Box 43-1812 (Duplicate of 1682) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 06/27/1962, 6/1/1962 (respectively) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Revenue Service Representative, Manila<br>     Sterling W. Powers (1680) & John Walker (1682) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memo discussing requested activities to be carried out during the criminal tax investigation of a third party taxpayer.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 43-1654 (2nd page) | Unknown | A – Chandler & Powers, Revenue Service Rep.'s<br>R – Unknown |
| Box 43-1656 & Box 43-1657<br>Box 43-1658 & Box 43-1659 (Duplicate) | 9/4/1962 | A – William Leach, Special Agent<br>R – Chief, Intelligence Division, Reno, NV |
| Box 43-16629 | 8/20/1962 | A – Michael Skvasik, Special Agent<br>R – Victor Biskup, Revenue Service Rep. |
| Box 43-1663 (Handwritten) | 8/1962 | A – Biskup<br>R – Skvasik |
| Box 43-1664 | 9/9/1962 | A – Mr. V. Biskup<br>R – Gr. Vorres |
| Box 43-1666<br>Box43-1667 through Box43-1670 (Duplicates) | 9/27/1962 | A – Donald Durkin, Chief, Intelligence Division<br>R – Jim Shelton, Enforcement Division Attorney |
| Box 43-963 | 10/27/1959 | A – James Chun, Chief, Collection Division<br>R – Director, International Operations |
| Box 43-1671 | 10/5/1962 | A – Donald Durkin, Chief, Intelligence Division<br>R – James Shelton, Chief, Case Review & Appeals |
| Box 43-1672 (Handwritten) | 10/4/1962 | A – D.F. Durkin<br>R – Mike Skvasik |
| Box 43-1673 | 8/6/1962 | A – William Leach, Acting Chief, Intelligence Division<br>R – Director, Intelligence Division |
| Box 43-1674 | 8/13/1962 | A – Donald Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division |
| Box 43-1676<br>Box 43-1677 (Duplicate) | 8/23/1962 | A – Robert Black, Special Agent<br>R – Chief, Intelligence Division |
| Box 43-1678 | 8/28/1962 | A – Michael Skvasik, Special Agent<br>R – Unknown |
| Box 43-1679 | 7/20/1962 | A – Donald Durkin, Chief, Intelligence Division<br>R – Robert Chandler, Revenue Service Rep. |
| Box 43-1681 | 6/7/1962 | A – Donald Durkin, Chief, Intelligence Division<br>R – John Walker, Revenue Service Representative |
| Box 43-1683 & Box 43-1684 | 2/21/1962 | A – Donald Durkin, Chief, Intelligence Division<br>R – Robert Chandler, Revenue Service Rep. |

**BASIS FOR WITHHOLDING**                     **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103              W

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal memoranda forwarding information and documents obtained during the criminal tax investigation of a third party taxpayer. Documents include requests for information and responses.

**DOCUMENT NUMBER(S)**                         **WITHHELD IN FULL (W) OR IN PART (P)**

Box 43-1685 & Box 43-1686             W
Box 43-1687 & Box 43-1688 (Duplicate)

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum of Interview | 7/23/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representatives, Chandler & Powers<br>R – Third party taxpayer Investigative File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a two page memo discussing the interview of a witness taken as part of a criminal tax investigation of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1689 through Box 43-1700 | W |
| Box 43-1701 through Box 43-1712 (Duplicate) | |
| Box 43-1713 through Box 43-1722 | |
| Box 43-1723 through Box 43-1732 (Duplicate) | |
| Box 43-1740 through Box 43-1757 | |
| Box 43-1758 through Box 43-1775 (Duplicate) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Sworn Statements | 09/10/1962, 9/11/1962, 9/14/1962 (respectively) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third Party Witnesses<br>R – Peter Geissler, Special Agent |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the sworn statements of witnesses with respect to the business and financial transactions of a third party taxpayer taken as part of the criminal tax investigation of the taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1733 through Box 43-1739 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are seven pages of typed notes of a third party obtained as part of the criminal tax investigation of a third party taxpayer.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 43-1776 & Box 43-1777 | 07/18/1962 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division, Attn:<br>    Chief, Operations Coordination Branch |
| Box 43-1778 | 07/10/1962 | A – Walter Carder, Special Agent San Francisco<br>R – Director, Intelligence Division, |
| Box 43-1779 (Routing Slip) | Unknown | A – Unknown<br>R – Frank Cafferky, DOJ, Tax Division |
| Box 43-1780 & Box 43-1781 | 02/16/1962 | A – IRS Intelligence Division<br>R – DAO Records Request |
| Box43-1783 through Box43-1786 | 01/26/1960 | A – H. Heil, Chief, Delinquent Accounts & Returns<br>R – Investigative File |
| Box 43-1787 (Handwritten Note) | Unknown | A – Unknown<br>R – Unknown |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents consist of internal IRS memos (unless stated otherwise) forwarding information and other memos and requests for information, all of which were created during and as part of the criminal tax investigation of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1782 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Application for Social Security Number | 8/25/1958 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third party taxpayer<br>R – Social Security Administration |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the application card filled out in the name of the third party taxpayer, collected as part of the criminal tax investigation of a third party taxpayer and contained in the file thereof.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1788 through Box 43-1792 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letters | 2/9/1959 (1788), 1/27/1959 (1789) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A/R – Third party taxpayer<br>R/A – Third Party Associate |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two letters collected as part of the criminal tax investigation of a third party taxpayer and contained in the file thereof.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 43-1794 | 05/01/1963 | A – State Dept., Washington, D.C.<br>R – American Embassy, Manila, Philippine Islands |
| Box 43-1795 | 5/1/1963 | A – American Embassy, Manila, Philippine Islands<br>R – State Dept., Washington, D.C. |
| Box 43-1796 & Box 43-1797 | 04/29/1963 | A – SCA:SCS:BHolloway<br>R – Amembassy, Manila & Amembassy, London |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are four telegrams discussing witness availability and expenditures for witness travel in relation to the criminal tax case of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1793, Box 43-1799 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memo Routing Slips | 5/1/1963, Undated |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Mary Ellen Sheppard (1793)<br>R – Mr. Cafferky, Tax<br>A – Unknown (1799) |

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are routing slips forwarding information in the criminal tax case of a third party taxpayer. Documents do not state what information was forwarded but were contained in the IRS criminal tax file of third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1801 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 04/16/1963 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Herman Lum, US Attorney<br>R – Chief, Intelligence Division, Attn: Skvasik |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo discussing whether the special agent was necessary as in grand jury proceedings relating to the potential criminal tax violations of a third party taxpayer. Document was contained in IRS criminal tax file of the taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1798, Box 43-1800<br>Box 43-1802 through Box 43-1807<br>Box 43-1808 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda & Newspaper Clippings | 10/31/1963 (1798), 9/30/1964 (1800), 11/13/1963 (1808) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative, Manila Sterling W. Powers (1798 & 1800)<br>R – Chief, Intelligence Division<br>A – Howard Moser, Acting Chief, Intelligence Div. (1808)<br>R – Director, Intelligence Division, Attn: H. Moser |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are three memos and several newspaper clippings detailing the whereabouts of a third party taxpayer who was the subject of an criminal tax investigation. Documents were created or collected during the investigation and were contained in file for it.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1809 & Box 43-1810 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 06/20/1964 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – V.G. de Haseth, Secretary Dept. Justice, Interpol<br>R – A. Sagalyn, Director, Law Enforcement Coordination, Treasury Department |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter collected during criminal tax investigation of a third party taxpayer.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 43-1811 | 7/20/1962 | A – Donald Durkin, Chief, Intelligence Division<br>R – Robert Chandler, Revenue Service Rep. |
| Box 43-1813 | 06/07/1962 | A – Donald Durkin, Chief, Intelligence Division<br>R – John Walker, Acting Revenue Service Representative, Manila |
| Box 43-1814 & Box 43-1815 | 08/13/1962 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-1816 | 06/07/1962 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-1817 | 06/29/1962 | A – Howard A. Moser, Acting Chief, Intelligence Division<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-1818 (Duplicate) | | |
| Box 43-1819 | 06/07/1962 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-1820 & Box 43-1821 | 06/13/1962 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division, Attn: Operations Coordination Branch |
| Box 43-1822 & Box 43-1823 | (Duplicate) | |

| Box | Date | A / R |
|---|---|---|
| Box 43-1824 & Box 43-1825 | 06/13/1962 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-1826 & Box 43-1827 (Duplicate) | | |
| Box 43-1828 & Box 43-1829 | 06/19/1962 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – L. Harold Moss, Revenue Service Rep., Paris |
| Box 43-1830 & Box 43-1831 (Duplicate) | | |
| Box 43-1832 | 07/19/1962 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-1833 & Box 43-1834 | 07/18/1962 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-1835 & Box 43-1836 | 07/18/1962 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division, Attn: Chief, Operations Coordination Branch |
| Box 43-1837 & Box 43-1838 (Duplicate) | | |

**BASIS FOR WITHHOLDING**            **WITHHELD IN FULL (W) OR IN PART(P)**

(b)(3) in conjunction with § 6103            W


**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are all internal memos discussing the need to obtain certain information as part of the criminal tax investigation of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1839<br>Box 43-1840 through Box 43-1842 (Duplicates) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 06/18/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Sterling Powers, Asst. Revenue Service Rep.<br>R – Executive Assistant to the Director |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document created during criminal tax investigation of third party taxpayer and providing information for use therein. Document states that its subject matter is third party taxpayer and was contained in taxpayer's criminal tax investigation file.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1843<br>Box 43-1844 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 06/27/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Revenue Service Representative, Manila<br>   Attn: Sterling W. Powers |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document created in connection with criminal tax investigation of third party taxpayer. Document states that its subject matter is third party taxpayer and was contained in taxpayer's criminal tax investigation file.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 43-1845 (Routing Slip) | 06/20/1962 | A – J.R. Harmon<br>R – Donald Durkin and Mike Skvasik |
| Box 43-1846 & Box 43-1847 | 06/13/1962 | A – Vernon E. Lynch, Special Agent, Los Angeles<br>R – Director, Intelligence Division |
| Box 43-1852 & Box 43-1853 | 02/21/1962 | A – Donald F. Durkin, Chief, Intelligence Div. Office of International Operations<br>R – Robert L. Chandler, Revenue Service Representative, Manila |
| Box 43-1854 & Box 43-1855 (Duplicate) | | |
| Box 43-1856 | 03/21/1962 | A – H. Alan Long, Director, Intelligence Division<br>R – Director, Office of International Operations<br>Attn: Chief, Intelligence Division |
| Box 43-1857 & Box 43-1858 (Duplicates) | | |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal memos discussing the criminal tax investigation of a third party taxpayer. Documents forward information and request further evidence and witness statement.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1848, Box 43-1849<br>Box 43-1851 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | 5/28/1962 through 5/9/1963 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are three pages of handwritten notes obtained in connection with criminal tax investigation of third party taxpayer. Notes were found in criminal tax file of third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1850 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memo Routing Slip | 05/06/1963 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Don Durkin<br>R – Mike Skvasik |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document forwards documents and provides information relating to criminal tax case of third party taxpayer. Document was found in criminal tax file of taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1859<br>Box 43-1860 & Box 43-1861 (Duplicates) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 03/15/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Herbert J. Miller, Jr., Assistant Attorney General Department of Justice, Washington<br>R – Honorable Mortimer M. Caplin, Commissioner of Internal Revenue, Washington, D.C. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter from Department of Justice making request regarding the criminal tax investigation of a third party taxpayer.