| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1080 through Box 43-1089<br>Box 43-1094 through Box 43-1101 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter and Cancelled Checks<br>Letter and Bank Statements | 1/7/1960 (Date of Letter)<br>1/11/1960 (Date of Letter) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third party taxpayer representative & Bank<br>R – Mr. Heil, IRS Employee |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a letter, copies of checks, and correspondence from a bank received by the IRS in connection with collection activities against a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1090 through Box 43-1093 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum, Letter and Cashier's Check | 1/11/1960 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Milton Clark, Revenue Officer (1090)<br>R – Director of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a transmittal memorandum (1090) and correspondence from a bank providing a check submitted pursuant the notice of levy served against it in connection with collection activities against a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1102 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Harold Heil, Chief, Delinquent Accounts and Returns Section<br>R – Financial Institution |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document ldiscusses assets subject and not subject to a notice of levy served on a bank in connection with collection activities against a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1103<br>Box 43-1104 (Duplicate) | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 1/14/1960 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Chief, Collection Activities Branch<br>R – Revenue Service Representative, Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo discussing the results of an investigation into the relationship between a third party taxpayer and two other third parties. Investigation was carried out in connection with collection activities against the third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1105 through Box 43-1109 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Summons and Letter | 1/19/1960 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS<br>R – Financial Institutions, Businesses and Individuals |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 1105 is a summons for a party to testify and produce documents related to collection activities against a third party taxpayer. Documents 1106-1109 are a letter and documents provided in response to the summons.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1110 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 1/14/1960 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS<br>R – Third party taxpayer representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter requesting reconsideration of levies issued against two parties in connection with collection activities against a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1111 through Box 43-1113 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Affidavit | 1/19/1960 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third party taxpayers<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page affidavit presented to the IRS in connection with a levy served in connection with collection activities against a third party taxpayer.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1114 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 1/19/1960 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Harold Heil, Chief, Delinquent Accounts & Returns<br>R – Chief, Revenue Accounting Section |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo relating to the Service's response to document 43-1113.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1115 through Box 43-1118<br>Box 43-1119 through Box 43-1126 (Duplicates) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum for File | 1/26/1960 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Harold Heil, Chief, Delinquent Accounts & Returns<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a four page memo documenting a meeting relating to the propriety of levies issued in connection with collection activities against a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1127 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 2/10/1960 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Harold Heil, Chief, Delinquent Accounts & Returns<br>R – Third Parties |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is letter relating to money obtained through a levy served in connection with collection activities against a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1128 & Box 43-1129 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 3/4/1960 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative, Manila<br>R – International Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter forwarding information obtained during the investigation of financial transactions as part of collection activities against a third party taxpayer

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1130 through Box 43-1145 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS employee<br>R – Audit File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are handwritten notes about information obtained while investigating financial transactions in connection with collection activities against a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1146 & Box 43-1147 | W |
| Box 43-1148 & Box 43-1149 (Duplicate 1146-1147) | |
| Box 43-1150 through Box 43-1154 | |
| Box 43-1155 through Box 43-1169 (Duplicates of 1150-1154) | |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memoranda | 7/24/1962 (1146-1147), 6/29/1963 (1150-1154) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Robert Malmquist, Special Agent, (1146-1147)<br>R – Chief, Intelligence Division<br>A – Joseph Rasonsky, Special Agent (1150-1154)<br>R – Director, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal memos discussing details of investigations relating to collection activities against a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1170 through Box 43-1198 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Various | Various |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Financial Institution and the Account Holder<br>R – Financial Institution and the Account Holder |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are (1) transmittal page from special agent in San Francisco for collateral request for information sought for collection activities against a third party taxpayer and (2) various documents from or relating to bank accounts and banking activities in San Francisco area.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1199<br>Box 43-1200<br>Box 43-1491 & Box 43-1492 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda | 6/20/1962 (1199, 1491-1492), 7/13/1962 (1200) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Chief, Intelligence Division<br>R – Director, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a one and two page memos requesting further investigation into the finances of a third party taxpayer in connection with potential violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1201 through Box 43-1204<br>Box 43-1205 through Box 43-1206,<br>Box 43-1207 through Box 43-1208, Box 43-1209 through Box 43-1211,<br>Box 43-1212 through Box 43-1214, Box 43-1215, Box 43-1216 & Box 43-1217 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda | 6/2/1960 (1201-1204), 8/9/1960 (1215 & 1216-1217)<br>6/1/1960, 6/14/1960, 6/21/1960, 7/25/1960 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative, Manila<br>R – International Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memos forwarding information and memorializing meetings relating to the investigation of the potential violation of the Internal Revenue Code by a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1218 through Box 43-1220 | W |
| Box 43-1221 through Box 43-1223 (Duplicate of 1218-1220) | |
| Box 43-1224 through Box 43-1236 | |
| Box 43-1237 through Box 43-1262 (Duplicates of 1124-1236) | |
| Box 43-1263 & Box 43-1264 | |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum, Memorandum of Interview and Cancelled Checks | 6/22/1962 (1218-1220), 6/18/1962 (1224-1236) Various (1263 & 1264) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – L.J. Anderson, Special Agent  <br>R – Director, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 1218-1220 is a memo forwarding documents obtained from a particular third party in connection with an investigation of the potential violations of the Internal Revenue Code of a third party taxpayer. Remaining documents outline the efforts to obtain information from the third party and the information obtained.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1265 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 6/7/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103  <br>(b)(5) – Attorney Work Product | A – Donald Durkin, Chief, Intelligence Division  <br>R – Director, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a forwarding a request from the DOJ for further investigation into specific transaction of a third party taxpayer under investigation for violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1266 through Box 43-1299 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Sworn Statement | 7/2/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS Reporter<br>R – Third Party Witness |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the sworn statement of individual with knowledge about the financial transactions of a third party taxpayer being investigated for violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1300 through Box 43-1304 (1303 & 1304 are duplicates) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memo Routing Slip, Memorandum Affidavit | 7/18/1962 (1300), 7/9/1962 (1301)<br>7/6/1962 (1302) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Walter Carder, Special Agent<br>R – Donald Durkin |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 1300 is forwarding a memo from the special agent discussing the attached affidavit (1302) of a witness obtained in the investigation of a third party taxpayer for potential violation of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1305 & Box 43-1306 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum and Cover Sheet | 6/10/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Walter Carder, Special Agent<br>R – Director, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 1305 is a memo forwarding the sworn statement of a third party obtained in the investigation of a third party taxpayer. Document 1306 is the cover sheet for the statement.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1308, Box 43-1313<br>Box 43-1314, Box 43-1323 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Transmittal Memoranda | 4/30/1963, 10/29/1963, 10/24/1963, 7/11/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Various IRS Employees<br>R – Various IRS and Chief Counsel Employees |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are transmittal documents created in connection with investigation of third party taxpayer for potential violation of the Internal Revenue Code. Documents transmitted are not identified.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1311 & Box 43-1312<br>Box 43-1319 through Box 43-1322 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letters | 4/30/1963 (1311-1312), 10/24/1963 (1319-1322) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Sterling Powers, Revenue Service Representative<br>R – Herman Lum, United States Attorney |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two letters providing information to a United States Attorney relating to the investigation of a third party taxpayer for potential violation of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1335 through Box 43-1345<br>Box 43-1346 through Box 43-1363<br>Box 43-1366 through Box 43-1399 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Sworn Statements | 6/28/1962, 6/28/1962, 7/2/1962 respectively |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS Reporter<br>R – Third Party Witness |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are three sworn statements of individuals obtained as part of the investigation of a third party taxpayer for potential violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 43-1307 | 5/10/1963 | A – Donald Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division |
| Box 43-1309<br>Box 43-1310 (Duplicate) | 4/30/1963 | A – Sterling Powers, Revenue Service Rep.<br>R – Chief, Intelligence Division |
| Box 43-1315<br>Box 43-1316 through Box 43-1318 (Duplicates) | 10/24/1963 | A – Revenue Service Representative, Manila<br>R – Office of International Operations |
| Box 43-1324 through Box 43-1328<br>Box 43-1329 through Box 43-1333 (Duplicates) | 6/10/1962 | A – P. Geissler & O. Kay, Special Agents<br>R – Director, Intelligence Division |
| Box 43-1334 | None | A – Unknown<br>R – Unknown |
| Box 43-1364<br>Box 43-1365 (Duplicate) | 6/28/1962 | A – P. Geissler & C. Coons, Special Agents<br>R – File |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal memoranda forwarding information and documents pertaining to the investigation of and collection activities against a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1400 through Box 43-1408 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letters and Misc. Documents | 8/27/1958 (Date of Letter) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Various<br>R – Third party taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two letters and other information relating to a company that the agents suspect is owned by the third party taxpayer being investigated for violations of the Internal Revenue Code. Documents were collected as part of that investigation.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1409 through Box 43-1416 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 7/26/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Sterling Powers, Revenue Service Representative<br>R – Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memo and three duplicates providing information in response to a collateral request for information about the potential ownership of a bank account by a third party taxpayer under investigation for potential violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1417 through Box 43-1421 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Affidavit | 7/27/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third Party Witness<br>R – Robert Chandler, Revenue Service Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page affidavit and a duplicate signed by a witness with knowledge of the financial transaction of third party taxpayer. Affidavit was created as part of the investigation to determine the taxpayer's potential liability under the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1422 through Box 43-1428 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum of Interview | 7/23/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representatives Powers & Chandler<br>R – Investigative File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a par of two page memos and duplicates which memorializes two interviews of third parties carried out as part of an investigation of a third party taxpayer for potential violation of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1429 through Box 43-1443<br>Box 43-1448 & Box 43-1449 (Duplicate of 1430-1431) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memo Routing Slip (1429),<br>Memorandum (1430-1431),<br>Sworn Statement (1432-1443) | 7/9/1962<br>7/3/1962<br>3/7/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Special Agent Walter Carder (1430-1431)<br>R – Donald Durkin & Director, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a routing slip and memo both of which are forwarding the sworn statement of an individual taken as part of the investigation of a third party taxpayer for potential violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1444 through Box 43-1447 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 5/17/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Fred Folsom, Chief, Criminal Section, DOJ<br>R – Crane Hauser, Chief Counsel, IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a four page memo from DOJ discussing the potential prosecution recommendation for a third party taxpayer's criminal violation of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1450 through Box 43-1454<br>Box 43-1455, Box 43-1456 (Duplicate of 1455) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memo Routing Slip (1450)<br>Transmittal (1451)<br>Memoranda (1452-1454)<br>Memorandum (1455) | 5/21/1963<br>5/14/1963<br>5/29/1963<br>5/14/1963 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representatives, Manila<br>R – Director, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents discuss the logistics of obtaining witnesses to testify in connection with an investigation of a third party taxpayer for potential criminal violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 43-1457 | 5/29/1963 | A – Donald Durkin, Chief, Intelligence Division<br>R – Director, Intelligence Division, Attn: Joseph Harmon, Asst. Chief, Operations |
| Box 43-1458 through Box 43-1463 | 5/13/1963 | A – Sterling Powers, Revenue Service Repres.<br>R – Chief, Intelligence Division, International |
| Box 43-1464<br>Box 43-1465 & Box 43-1466 (Duplicates) | 5/24/1963 | A – A.L. Hankowsky, Acting Director, Intelligence<br>R – Director, Office of International Operations |

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal memoranda related to obtaining witnesses for use in an investigation of a third party taxpayer for criminal violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1467 & Box 43-1468<br>Box 43-1469 & Box 43-1470 | W |

**TYPE OF DOCUMENT**

Letter (1467-1468)
Telegram (1469-1470)

**DATE OF DOCUMENT**

5/16/1963
5/20/1963

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103
(b)(5) – Attorney Work Product

**AUTHOR (A) & RECIPIENT (R)**

A/R – Harmon Lum, US Attorney, HI
R/A – Anthony Cafferky, DOJ Tax, Criminal Section

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are letters discussing the questioning and testimony of witnesses relating to the investigation of a third party taxpayer for potential criminal violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1471 & Box 43-1472 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 5/10/1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Sterling Powers, Revenue Service Representative<br>R – Harmon Lum, United States Attorney, HI |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter discussing the obtaining of statements and testimony from witnesses in connection with an investigation of a third party taxpayer for potential criminal violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1473 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Donald Durkin<br>R – Chief, Intelligence Division, Chief, Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a brief memo discussing the questioning under oath of a witness in connection with the investigation of a third party taxpayer for potential criminal violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1474 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | Undated |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – unknown<br>R – Audit File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten note about a document that may be relevant to an investigation of a third party taxpayer for potential violation s of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 43-1475<br>Box 43-1476 (Duplicate) | 8/24/1962 | A – Eldred Kuppinger, Acting Director, Office of Special Consular Services<br>R – C.I. Fox, Director, International Operations |
| Box 43-1477<br>Box 43-1478 (Duplicate) | 8/18/1962 | A – American Embassy<br>R – Department of State |
| Box 43-1480<br>Box 43-1481 (Duplicate) | 7/16/1962 | A – C.I. Fox, Director, International Operations<br>R – Allyn Donaldson, Director, Office of Special Consular Services |
| Box 43-1479 | 9/4/1962 | A – D.F. Durkin<br>R – Mike Skvasik |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 1475 is a memo forwarding the response (1477) to a request for an interview of an American citizen living abroad investigation of a third party taxpayer for potential criminal

violation s of the Internal Revenue Code. Document 1480 is the original request for the interview and document 1479 forwards the memo internally.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 43-1482 | 7/3/1962 | A – O.B. Yung<br>R – Donald Durkin and Mike Skvasik |
| Box 43-1483 | 6/28/1962 | A – D.J. Tweith, Special Agent<br>R – Chief, Intelligence Division, OR |
| Box 43-1484 through Box 43-1486 | 6/27/1962 | A – Third Party<br>R – D.J. Tweith, Special Agent |
| Box 43-1487 through 1490 (Duplicates of 1483) | | |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document 1482 is a memo routing slip bearing the name of the third party taxpayer being and case number. Documents 1483-1486 forward information and an affidavit of a third party obtained as part of an investigation of a third party taxpayer for potential criminal violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1493 & Box 43-1494 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 5/7/1963 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – S.A. Andretta, Admin. Asst., US Attorney General<br>R – Herman, Lum, US Attorney, HI |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document discusses payment of witness for travel expenses related to their testimony as part of an investigation of a third party taxpayer for potential criminal violations of the Internal Revenue Code.