| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-561 through Box 43-569 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter and Statement | 12/20/1957 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Russell Harrington, IRS Commissioner<br>R – Transferee of third party taxpayers |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are (1) a letter to transferee of a third party taxpayer informing it of its transferee liability for the income tax liability of third party taxpayers; (2) accompanying statement and schedules.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-570 through Box 43-586<br>Box 43-603 through Box 43-619 (duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Preliminary Statement and Schedules | 11/22/1957 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Russell Harrington, IRS Commissioner<br>R – Transferee of third party taxpayers |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a preliminary statement and schedules setting forth adjustment to the income tax liability of two third party taxpayers. Figures contained in documents are handwritten.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-587 & Box 43-588<br>Box 43-589 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 12/31/1957 (587) & Undated (589) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Harry Swanson, Director, International Operations Attn: Chief, Technical and Review Section (587)<br>R – Mark Nivison, Special Agent<br>A – International Operations Division (589)<br>R – William Fry, Assistance Regional Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a two page and a one page memorandum discussing an assessment made against a third party taxpayer and the attempts to collect the assessment from a liability transferee.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-590 through Box 43-602 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Transmittal Letter | "11/22/1957 & prior" |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>( | A – Mark H. Nivison, Special Agent<br>R – Unstated |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are transmittal letter on Form 1906 regarding examination of two third party taxpayers, including a summary of the examination and a list of exhibits.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-620 through Box 43-751 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Accounting of Funds | None |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Not given<br>R – Not given |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are handwritten Accounting of Funds pages created by IRS in connection with the examination of the tax returns of two third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-753 & Box 43-754 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Passport Application | 5/29/1952 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third party taxpayer<br>R – Department of State |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the passport application of a third party taxpayer and was collected in connection with the investigation of the third party taxpayer's potential tax liability.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-755 through -757, Box 43-758 through Box 43-760, Box 43-764 through Box 43-769, Box 43-771 through -776 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Tax Returns and Substitute for Return | Various |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third party taxpayer<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the tax returns and attached schedules filed by third party taxpayers and substitute for return created by IRS for third party taxpayer. Pages 756 and 757 are transmittal documents from accountants of taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-779, Box 43-780 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter and memoranda | 1/24/1957 (779), 10/9/1957 (780) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third party taxpayer representative (756)<br>R – IRS<br>A – Willard Kingsbury, Treasury Representative (779)<br>R – Commissioner of Customs<br>A – V.W. Evans, District Director (780)<br>R – Commissioner of the IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents relate to information obtained by the IRS in connection with the US income tax returns of a third party taxpayer. Document 779 is a letter about the IRS's knowledge about the whereabouts of the third party taxpayer. Document 780 is memoranda forwarding the proceeds of a levy relating to the taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-763, Box 43-848 (Duplicate) Box 43-781 through Box 43-0783 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda | Undated (763), 3/14/1958 (781), 2/13/1958 (782-783) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Ross Thompson, Chief, Field Operations (763) R – Chief, Collection Activities, International Oper. A – Albert Deschenes, Special Agent (781) R – District Director of Internal Revenue, Intelligence Div. A – Harry Lachtman, Special Agent (782-783) R – District Director of Internal Revenue, Intelligence Div. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are three internal memoranda discussing the examination of the tax returns of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-761 & Box 43-762 Box 43-777 & Box 43-778 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Power of Attorney | 11/27/1957 (761) & 11/22/1957 (777) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third party taxpayer representative R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are unsigned two page powers of attorney granted by the third party taxpayer; documents state that original signed power is in file in Internal Operations Division.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-770 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Note | Undated |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten note showing a third party taxpayer's liability for interest on overdue US income taxes.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-784<br>Box 43-908 & Box 43-909 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Courtesy Investigation Reports | 12/8/1959 (784), 11/20/1957 (908) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – P.R. Jaeck, Jr., Revenue Officer (784)<br>R – District Director of Interval Revenue<br>A – Harold Heil and David Ip, Collection Officers (908) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are courtesy investigation forms and responses. First form sought assistance of district director's office in serving notice of levy in connection with third party taxpayer and form indicating that levy was served. Second courtesy investigation form sought investigation into various financial transactions of third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-785 through Box 43-791 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memoranda | 11/7/1957 (785-788), 11/15/1957 (789-791) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – H.L. Collomb, Revenue Officer (785-788)<br>R – Chief, DAR Branch, Reno<br>A – Exposition 07 Group (789-791)<br>R – W.N. Schwab, Chief, DARB |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two internal memoranda providing information about third party taxpayers in response to courtesy investigation requests.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-838 through Box 43-0840 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are three pages of handwritten notes analyzing information received about the financial transactions and potential assets of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-841 through Box 43-0846<br>Box 43-888, Box 43-901 & Box 43-902 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Notes, Memoranda for the File | 1/7/1960 through 11/1/1957 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS Employee<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the typed and handwritten notes memorializing conversations with other persons investigating the activities and financial transactions of a third party taxpayer for potential violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-847, Box 43-849,<br>Box 43-885 through Box 43-887 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Telegrams | During October 1957 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – District Director, Reno NV<br>R – IRS Commissioner |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are telegrams informing the Commissioner that certain actions have been taken with respect to a lien being placed on the property of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-850 | W |
| Box 43-851 through Box 43-855 (Duplicates) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 10/11/1957 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Vernon Gaston, Chief, Collection Activities<br>R – Vaughn Evans, District Director, Reno, NV |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo informing the recipient of the status of tax liens being filed on the property of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-856 through Box 43-861 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Notice of Levy | 10/10/1957 Notice of Federal Tax Lien |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS<br>R – Financial Institutions, Businesses and Individuals |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are notices of levy relating to the income tax liabilities of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-872, Box 43-873, Box 43-875 through Box 43-884, Box 43-905 through Box 43-907, Box 43-910 through Box 43-933 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Notice of Requirement to Exhibit Books and Records<br>Draft Final Demands<br>Draft and Final Notices of Levy and Federal Tax Liens | 10/10/1957 (Notice of Requirement) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS<br>R – Financial Institution (Notice of Requirement) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are Notice of Requirement to Exhibit Books and Records issued to financial institution and draft Final Demands (labeled "not used") and draft and final Notices of Levy and Notices of Federal Tax Liens, all created in connection with the collection of taxes owed by third party taxpayers.

| **DOCUMENT NUMBER(S)** | **DATE** | **Author (A) & Recipient (R)** |
|---|---|---|
| Box 43-863 | 10/16/1957 | A – District Director, Internal Revenue, CA<br>R – International Operations |
| Box 43-864 | 10/9/1957 | A – V.W. Evans, District Director, Reno NV<br>R – Commissioner of the Internal Revenue Attn: V. Gaston, International Operations |
| Box 43-866 & Box 43-867 | 10/12/1957 | A – Oliver Johnson, Revenue Officer<br>R – District Director of Internal Revenue |
| Box 43-868 & Box 43-869 | 10/15/1957 | A – John Holt, Revenue Officer<br>R – E.O. Meadows, Acting Chief, Special Procedures Section |
| Box 43-870 | 10/21/1957 | A – Harry Swanson, Director, International Oper.<br>R – J. Perry August, Director, Intelligence Div. |
| Box 43-871 | 10/22/1957 | A – Harold Heil, Revenue Officer<br>R – Vernon Gaston, Chief, Collection Activities |
| Box 43-889, Box 43-890 Box 43-894, (Duplicate) Box 43-895 through Box 43-899 (Duplicates) | 10/25/1957 | A – Harold Heil, Revenue Officer<br>R – Hetty Roberson, Chief, Accounting Section |

| | | |
|---|---|---|
| Box 43-892 & Box 43-893 | 10/24/1957 | A – Vernon Gaston, Chief, Collection Activities<br>R – District Director, Los Angeles, CA |
| Box 43-900 | 10/28/1957 | A – V.W. Evans, District Director, Reno, NV<br>R – Director, International Operations Division |
| Box 43-903 | 11/15/1957 | A – Harry Swanson, Director, International Oper.<br>R – District Director, Reno, NV |
| Box 43-904, Box 43-934 (Duplicate) | 11/18/1957 | A – Vernon Gaston, Chief, Collection Activities<br>R – District Director, San Francisco, CA |
| Box 43-935 | 12/10/1957 | A – J. Perry August, Director, Intelligence Div.<br>R – Harry Swanson, Director, International Oper. |
| Box 43-936 & Box 43-937 | 12/6/1957 | A – A.R. Toothaker, Special Agent<br>R – District Director, Los Angeles, CA |

**BASIS FOR WITHHOLDING**                              **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103                      W

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal memoranda forwarding information and documents relating to the examination of a third party taxpayer and the collection of income tax liabilities of the taxpayer.


**DOCUMENT NUMBER(S)**                                 **WITHHELD IN FULL (W) OR IN PART (P)**

Box 43-865, Box 43-891                                 W

**TYPE OF DOCUMENT**                                   **DATE OF DOCUMENT**

Newspaper Clippings                                    October 1957

**BASIS FOR WITHHOLDING**                              **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103                      A – Newspapers
                                                       R – Revenue Officer

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two newspaper clippings reporting the activities of a third party taxpayer which were collected in connection with the examination and/or collection activities against a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-938 & Box 43-939 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Report of TDA's Over $25,000 | 12/31/1957 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS Employee<br>R – Audit File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page analysis of the accounts and liens placed upon the property of a third party taxpayer.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 43-940 | 12/9/1957 | A – Unknown |
|  |  | R – Mr. Willis |
| Box 43-941 | 12/9/1957 | A – Carl Shively, Chief, Collections Operations |
| Box 43-942 (Duplicate) |  | R – Director, International Operations |
| Box 43-943 | 4/10/1958 | A – George Willis, Acting Chief, Collections Oper. |
| Box 43-944 through Box 43-946 (Duplicates) |  | R – Carl Shively, Chief, Collections Operations |
| Box 43-947 | 4/18/1958 | A – Carl Shively, Chief, Collections Operations |
| Box 43-948 (Duplicate) |  | R – Director, International Operations |
| Box 43-949 | 5/27/1958 | A – Carl Shively, Chief, Collections Operations |
| Box 43-950 (Duplicate) |  | R – Director, International Operations |
| Box 43-957 & Box 43-958 | 12/4/1959 | A – V. W. Evans, District Director, HI |
|  |  | R – Director, International Operations |
| Box 43-963 | 10/27/1959 | A – James Chun, Chief, Collection Division |
|  |  | R – Director, International Operations |
| Box 43-966 through Box 43-969 | 12/15/1959 | A – Colwell, Acting Chief, Collection Division, HI |
|  |  | R – Director, International Operations |
| Box 43-970 | 12/18/1959 | A – Harold Heil, Chief, Delinquent Accounts & Returns |
|  |  | R – Milton Clark, Group 7, Manhattan |
| Box 43-971 | 12/29/1959 | A – Donald Moysey, Director, International Oper. |
| Box 43-972 (Duplicate) |  | R – District Director, Manhattan, NY |
| Box 43-973 | 2/4/1960 | A – James Chun, Chief, Collection Division |
|  |  | R – Director, International Operations |
| Box 43-974 | 2/10/1960 | A – Hart Speigel, Chief Counsel |
|  |  | R – Donald Moysey, Director, International Oper. |
| Box 43-975 & Box 43-976 | 3/4/1960 | A – Revenue Service Representative, Manila |
|  |  | R – International Operations Division |
| Box 43-978 | 7/7/1960 | A – Chief, Audit Division, HI |
|  |  | R – Chief, Field Operations, International Oper. |
| Box 43-979 | 10/10/1960 | A – John Rogers, Director, Tax Court Division |
|  |  | R – Dean Barron, Director, International Oper. |
| Box 43-980 | 10/18/1960 | A – Ross Thompson, Executive Asst. to Director |
| Box 43-981 (Duplicate) |  | R – Harold Heil, Chief, Collection Division |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal memoranda forwarding information and documents in connection with the examination of and collection activities regarding a third party taxpayer

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-959 through Box 43-962<br>Box 43-982 through Box 43-984<br>Box 43-991 through Box 43-994<br>Box 43-996 through Box 43-1003<br>Box 43-1006, Box 43-1008 through Box 43-1020 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notices of Levy | 12/4/1959 through 12/23/1959 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS<br>R – Financial Institutions, Businesses and Individuals |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are notices of levy served in connection with the income tax liability of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-985, Box 43-986,<br>Box 43-988, Box 43-989 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | Undated |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS Employee<br>R – Audit File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are handwritten notes keeping track of accounts and information in connection with collection activities against a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-953 through Box 43-956<br>Box 43-964 through Box 43-965<br>Box 43-977, Box 43-990, Box 43-1007 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Telegrams | October, December 1959, April 1960 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Director, International Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are telegrams informing the recipient that certain actions have been taken with respect to collection activities against a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-951 & Box 43-952<br>Box 43-995, Box 43-1004 &<br>Box 43-1005, Box 43-1021 & Box 43-1022 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Courtesy Investigation Report | 4/23/1959 (951), 12/18/1959 (995), 12/28/1959 (1004)<br>12/7/1959 (1021) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Various Revenue Officers<br>R – District Director of Interval Revenue |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal courtesy investigation documents sent by revenue officer to other IRS districts seeking and providing information sought in connection with collection activities against third party taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-987 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 12/27/1960 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third party taxpayer representative<br>R – Director of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a transmittal letter transmitting a check in response to a tax levy served in connection with collection activities against third party taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1024 through Box 43-1028<br>Box 43-1031 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letters | 8/18/1959 (1024), 12/29/1959 (1025-1028)<br>1/8/1960 (1031) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Financial Institutions<br>R – Director, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents provided in response to liens filed in connection with collection activities against third party taxpayers.

**Stonehill FOIA – Box 43**                                                                                      23

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1023<br>Box 43-1029, Box 43-1030 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 12/7/1959 (1023), 12/18/1959 (1029) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Sumio Ito, Revenue Officer (1023)<br>R – Acting Senior Group Supervisor<br>A – Milton Clark, Revenue Officer, Group 7<br>R – Director of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are one page memos discussing notices of levy served in connection in connection with collection activities against third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-1032 & Box 43-1033<br>Box 43-1049, Box 43-1050, Box 43-1052,<br>Box 43-1053, Box 43-1055, Box 43-1056,<br>Box 43-1058 Box 43-1059 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Courtesy Investigation Requests and Responses | 12/22/1959 through 1/8/1960 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – P.R. Jaeck, Jr., & Milton Clark, Revenue Officers<br>R – District Director of Interval Revenue |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal courtesy investigation documents sent by revenue officer to other IRS districts seeking and providing information sought in connection with collection activities against third party taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1034 through Box 43-1048<br>Box 43-1051, Box 43-1054,<br>Box 43-1057, Box 43-1061 through<br>Box 43-1072, Box 43-1074 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notices of Levy | 12/16/1959 through 12/23/1959 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS<br>R – Financial Institutions, Businesses and Individuals |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are notices of levy served in connection with the income tax liability of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1060<br>Box 43-1075 (Duplicate) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Telegram | 12/7/1959 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS Employee<br>R – Director, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document informs the recipient of the status of the liens and the bank accounts that are being levied with respect to collection of the outstanding tax liability of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1073 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Telegraph Transfer | August 1959 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Financial Institution<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a transfer slip from a bank transferring the assets of a third party taxpayer in compliance with the levy placed on the taxpayer's account in order to satisfy the outstanding tax liability of the taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1076 & Box 43-1077 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Note | Undated |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS Employee<br>R – Audit File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the handwritten notes of the investigator documenting the name and address of an attorney representing two Philippine nationals who are involved in the investigation of a third party taxpayer for violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1078 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 12/30/1959 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Walter Gorman, Chief, Collection Activities<br>R – Revenue Service Representative, Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo discussing the service of notices of levy on two Philippine Nationals in connection with collection activities against two third party taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-1079 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Routing Slip | 12/29/1959 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – IRS & Chief Counsel Employees |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a slip forwarding information relating to a third party taxpayer; documents was located within the taxpayer's file along with other documents pertaining to the taxpayer.