| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0552 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 07/15/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – W. D. Christie, Acting Executive Assistant<br>R – Acting Revenue Service Representative, Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo requesting copies of returns for Brooks and a third party taxpayer. Third party taxpayer's name, the year and tax form at issue, and account number have been redacted.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0555 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Telegram | 05/22/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Stevenson, AmEmbassy Manila<br>R – SECSTATE WASHDC, forwarded to IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document contains information collected by IRS relating to third party taxpayer under investigation for potential liability under the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0557 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 12/20/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Donald Durkin, Chief, Foreign Operations Div.<br>R – Revenue Service Representative, Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the response to a request for exhibits in a third party taxpayer's case.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0558 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 10/17/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Revenue Service Representative, Manila<br>R – Office of International Operations, Chief, Foreign Operations Division, Washington |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a request for information about the stock ownership and contribution to the capital of US Tobacco Corp., for use in preparing a revenue agent's report for a third party taxpayer. Memo includes the total liability of the third party taxpayer as shown in an original revenue agent's report for the taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0559<br>Box 84-0566 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Transmittal | 10/17/1967 (0559), 3/7/1966 (0566) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Revenue Service Representative Manila<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents forward memos to IRS headquarters. Redacted portion is the name of a third party taxpayer under investigation for potential violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0564 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memo Routing Slip | 04/13/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – CP:I:C:EJBanas:tg<br>R – Howard Moser & Mr. Durkin |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is transmitting a memo concerning the case against a third party taxpayer under investigation for potential violation of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0565 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 11/06/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Donald F. Durkin, Chief, Foreign Operations Division, Office of International Operations<br>R – Director, Intelligence Div., Attn: William Mould |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a discussion of a third party taxpayer's case and request for advice regarding the continued investigation and prosecution of the party for violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0567 & Box 84-0568 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 03/16/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Client Privilege<br>(b)(3) in conjunction with IRC § 6103(a) | A – Donald F. Durkin, Chief, Foreign Operations<br>R – Office of Chief Counsel, Director, Enforcement Division, Attn: Harlow M. Huckabee |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memo forwarding and summarizing memoranda written by Sterling Powers wherein he discussed aspects of the investigation against Stonehill, Brooks and a third party taxpayer and requested documents for use against the third party in an investigation of the taxpayer's potential violations of the Internal Revenue Code. Powers also sought advice as to whether to continue an investigation of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0570 through Box 84-0574 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 08/03/1967 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) –Attorney Work Product<br>(b)(5) –Deliberative Process | A – Robert L. Spatz, Staff Assistant<br>R – Honorable Mitchell Rogovin, Assistant Attorney General, Tax Division, Department of Justice, Washington, D.C. 20530 |

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a five page letter responding to DOJ's request by letter dated October 24, 1996, for information about investigative activites in the cases against Stonehill, Brooks and two third party taxpayers. Letter discusses the status of the investigations and lawsuits, expected arguments to be raised and issues that will be raised in the event of an adverse ruling by the court, and issues with respect to admission of evidence.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0575 & Box 84-0576<br>Box 84-0577 through Box 84-0582 (Duplicates) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum for File | Approximately 06/10/1965 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Client Privilege<br>(b)(5) – Attorney Work Product | A – Moser, Howard A., Special Agent, OIO<br>R – File |

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a two page memo which is a record of a meeting wherein the participants discussed the Stonehill and Brooks cases. Present at the meeting were attorneys from DOJ and IRS Chief Counsel and IRS employees. Memo records discussions about investigation of Stonehill and Brooks and developments concerning possible tax court actions. , anlegal strategy pertaining to the Stonehill case and the potential collection issues that may arise.  and finalizing the agent's investigation.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0583 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum for the File | 08/11/1965 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Client Privilege<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Unknown<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page record of a meeting between attorneys from the Office of Chief Counsel and the Office of International Operations. Document, which is labeled "ROUGH," discusses perceived problems with case against one taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0597 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 09/09/1969 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Attorney Work Product | A – William Shulman, Chief, Research, Tax Treaty & Technical Services Division<br>R – Mr. Fox, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo discussing an inquiry about utilizing the tax treaty with Switzerland to obtain information to assist with the investigation of a third party taxpayer as part of the Organized Crime and Racketeering section of DOJ.

| DOCUMENT NUMBER(S) | DATE | AUTHOR (A) & RECIPIENT (R) |
|---|---|---|
| Box84-0598 through Box84-0602 | 08/29/1969 | A – H. W. Driscoll<br>R – File |
| Box 84-0603 & Box 84-0604 | 08/11/1969 | A – Clarence Price, Regional Counsel IRS<br>R – K. Martin Worthy, Chief Counsel, IRS |
| Box 84-0605 | 08/26/1969 | A – Philip R. Michael, Organized Crime & Racketeering Section, DOJ<br>R – Henry Driscoll, Office of International Operations, Treaty & Research Division |
| Box84-0606 through Box84-0616 | 08/25/1969 | A – Philip R. Michael, DOJ<br>R – William S. Lynch, Chief, Organized Crime and Racketeering Section |

**BASIS FOR WITHHOLDING**                **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103(a)         W
(b)(5) – Attorney Work Product

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents pertain to the request for information to the IRS from an attorney with the DOJ Organized Crime and Racketeering Section. Attorney Michael wishes to utilize the tax treaty between the US IRS and the taxing authority of Switzerland to obtain documents necessary for his investigation of a third party taxpayer. Documents relate to request for information; either referencing the request and the taxpayer or explaining why the information is necessary for the litigation and legal strategy of the case. Documents are the return information of the same third party taxpayer.

**DOCUMENT NUMBER(S)**                  **WITHHELD IN FULL (W) OR IN PART (P)**

Box 84-0617                                P

**TYPE OF DOCUMENT**                    **DATE OF DOCUMENT**

Memorandum                              12/02/1966

**BASIS FOR WITHHOLDING**              **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103(a)        A – Chief, Audit Division
(b)(3) – Deliberative Process               R – Chief, Foreign Operations Division

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo informing the recipient of the approaching expirations for period for assessment on specified tax years for Stonehill, Brooks and two third party taxpayers. Document seeks advice as to actions to be taken in light of status of investigations of taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0619 & Box 84-0620 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 02/15/1965 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Deliberative Process | A – Robert J. Ballantyne, Officer-in-Charge Philippine Affairs, Department of State, Washington<br>R – Honorable Richard M. Service, Minister-Counselor of Embassy, Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document describes activities occurring in a tax case against a third party taxpayer. It includes advice relating to the continuance of the case and describes communications involving DOJ and the IRS as to the status of the case and of the Stonehill case.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0650 & Box 84-0651 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 9/14/1966 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Attorney Client | A – William McAleer, Director, Enforcement Div.<br>R – Mitchell Rogovin, Assistant Attorney General, Tax Division, DOJ |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter forwarding documents and information relating to the cases against Stonehill, Brooks, Universal New York, Inc., and a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **DATE** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|---|
| Box 84-0660 | 04/06/1965 | A – Donald Durkin, Acting Executive Assistant to Director |
| | | R – Revenue Service Representative, Manila |
| Box 84-0662 | 12/12/1966 | A – Donald Durkin, Chief, Foreign Operations |
| | | R – Revenue Service Representative, Manila |

| **BASIS FOR WITHHOLDING** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| (b)(5) – Attorney Work Product | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are one page memorandums forwarding requests for documents and other evidence for use in the litigation against Stonehill and Brooks. First documents describes request for information by John McCarthy of DOJ; second describes document being forwarded to McCarthy.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0663 through Box 84-0665 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 12/12/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – William F. McAleer, Director, Enforcement Div. |
| | R – C. I. Fox, Director, Office of International Operations, Attn; Donald F. Durkin, Chief, Foreign Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page memo explaining evidence sent to Sterling Powers for identification purposes in cases against Stonehill and Brooks.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0689 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 09/23/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Donald F. Durkin, Chief, Foreign Operations Division<br>R – Chief, Collection Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document concerns a request to IRS personnel for an affidavit from a witness in the Stonehill and Brooks case for use by the DOJ attorney during trial preparation.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0699<br>Box 84-0700 through Box 84-0702 (Duplicates of 0699), Box 84-0703, Box 84-0704 (Duplicate of 0703), Box 84-0705 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 09/14/1966 (0699), 9/9/1966 (0703), 9/7/1966 (0705) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A/R – Revenue Service Representative, Manila<br>R/A – Chief, Foreign Operations Division, Office of International Operations<br>A – Chief, Collection Division (0703) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memos relaying information to the recipients about the current location of a particular document requested by the DOJ attorney for use in the preparation of the Stonehill and Brooks' cases for trial.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0708<br>Box 84-0711, Box 84-0713 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 08/22/1966 (0708), 8/3/1966 (0713) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – James P. Donley, Group Supervisor (0708)<br>　　Los Angeles, California<br>R – District Director of Internal Revenue<br>　　Attn: Chief, Intelligence Division, Los Angeles, CA<br>A – Houstin Shockey, Chief, International Operations (0713)<br>R – Director, International Operations, Collection Litigation |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0708 is a one page memo discussing the current location of a particular document that had been requested by the DOJ attorney for use in trial preparation for the Stonehill and Brooks cases. Document 0711 is the undated, handwritten notes of an unknown author discussing the same documents and the request for them. Document 0713 is an internal memo forwarding the DOJ request.

| **DOCUMENT NUMBER(S)** | **DATE** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|---|
| Box 84-0724 | 09/12/1966 | A – Donald F. Durkin, Chief, Foreign Operations Division<br>R – Revenue Service Representative, Manila |
| Box 84-0725 | 09/13/1966 | A – C. I. Fox, Director of International Operations<br>R – Sterling Powers, Manila, Revenue Service Representative |
| Box 84-0726 | 09/12/1966 | A – Blair, Department of State, Manila<br>R – Secretary of State |

| **BASIS FOR WITHHOLDING** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memoranda discussing the legal strategy of the DOJ attorney with respect to evidence and instructions about how and what documents will need to be obtained for the prosecution of the Stonehill and Brooks cases.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0770 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Partial Memorandum | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) - Attorney Work Product<br>(b)(5) – Deliberative Process | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is page three of a memo of indeterminate length discussing the legal strategy being used with regard to an issue in the Stonehill and Brooks litigation. Document describes communications among IRS employee to obtain information and recommendations about a proposed action.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0776 through Box 84-0778 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 01/11/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process<br>(b)(3) in conjunction with IRC § 6103(a) | A – William F. McAleer, Director, Enforcement Div.<br>R – C. I. Fox, Director, Office of International<br>    Operations, Attn: Donald F. Durkin, Executive Asst. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page response to questions posed by recipient relating to Stonehill and Brooks cases. Document answers questions and makes comments and suggestions about recommended actions to obtain documents or forward documents.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0786<br>Box 84-0787 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Telegram | 09/15/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Powers<br>R – Fox, IRS, Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a telegram informing the recipient of the location and last known addresses for witnesses to testify in the Stonehill and Brooks litigation.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0791 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 06/28/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – William F. McAleer, Director, Enforcement Div.<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document describes status of attempts to obtain evidence for use against Stonehill and Brooks. Document describes advice being given to IRS employee on what information to obtain and how to do so. It also describes suggestions made by IRS employee on evidence to retain until he takes a particular action.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0792 through Box 84-0794 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 06/15/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with § 6103(a) | A – William F. McAleer, Director, Enforcement Div.<br>R – Mitchell Rogovin, Assistant Attorney General, Tax Division, DOJ |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document provides advice regarding potential criminal prosecution of Stonehill and Brooks under the Internal Revenue Code. Document discusses evidentiary issues. Document references the name of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-001 through Box 43-029 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Partial Investigative File | 7/1955 through 7/24/1959 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Various<br>R – Various |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are part of the file of a third party taxpayer created during an investigation of the taxpayer for potential violations of the Internal Revenue Code. Documents consist of microfiche copies of telegrams regarding the transfer of money (001, 011, 025); handwritten notes of the investigator (003-005, 009); bank statements and receipts (006); business financial records, including balance sheets and profit and loss statements of a company (002, 007, 012-014); envelopes addressed to the taxpayer (008,); correspondence to and from the taxpayer and various clients (010, 015-024, 029); and a handwritten contact list of individuals and their addresses (026-028). All documents are the return information of the same third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-030 through Box 43-0119 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Examination Report | 04/08/1954 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Naval Intelligence Investigator<br>R – Naval Intelligence Office |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the twenty-nine page report obtained by the IRS in connection with the investigation of a third party taxpayer for potential violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-120 through Box 43-0438 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Bank Records | Various |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Financial Institution<br>R – Third party taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents were obtained or created in connection with the investigation of a third party for potential violations of the Internal Revenue Code. Document 120 is the signature card on a bank account held by a third party taxpayer. Documents 121-221, 384-391 are bank statements associated with the account. Documents 222- 344 are deposit slips showing deposits made to the account. Documents 345-383 are a handwritten spreadsheet breakdown of the agent's analysis of the back account and 392-395 are a typed analysis. Documents 396-438 are wire transfers made to the account by telegram. All documents are the return information of the same third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-439 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| IRS Memo Routing Slip | 4/19/1961 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Donald Hansen, Chief Counsel, Enforcement Div.<br>R – Donald Durkin, Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a routing slip forwarding a third party taxpayer's file whose name is on the slip.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-440<br>Box 43-441 & Box 43-442 (Duplicates)<br>Box 43-443 through Box 43-450 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| IRS Memorandum<br>Statement | 04/19/1961<br>05/24/1957 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – R. P. Hertzog, Acting Chief Counsel<br>R – Director, Office of International Operations<br>    Donald Durkin, Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo forwarding an memorandum of interview of a third party taxpayer and the investigative file of the third party taxpayer. Documents 443-450 describes the interview of the taxpayer by Special Agent Harry Lachtman.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-451 through Box 43-0522 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Affidavit and Accounting Records | Various |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Accounting Records for Business<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 451-452 are statements verifying the authenticity of the accounting records for a business that had financial dealings with the third party taxpayer. Documents 453-522 are the records of the transactions between the business and the third party taxpayer. The documents were collected in connection with the investigation of the third party taxpayer's potential tax liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-523 through Box 43-525 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Appellate Division Action<br>Appellate Case Records | 10/27/1969 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Assoc. Chief/Spec. Asst.<br>R – International Operations, Collection Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal forms related to tax court case of two third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 43-526 through Box 43-535 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Tax Court Documents | 1/27/1958 through 10/17/1960 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Parties to the Litigation and the Tax Court<br>R – Parties to the Litigation and the Tax Court |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the pleadings filed in a Tax Court case involving two third party taxpayers. The documents are from an IRS file of the third party taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-536 through Box 43-548 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Appellate Division Action<br>Appellate Case Records | 10/27/1969 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Assoc. Chief/Spec. Asst.<br>R – International Operations, Collection Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are an action memorandum and supporting statement relating to Tax Court litigation against two third party taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-549 through Box 43-557 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter to taxpayers | 12/6/1957 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Director of International Operations<br>R – Taxpayers |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are letter to third party taxpayers advising of determination of their tax liability and of their right to file a tax court petition; included are accompanying statement and schedule.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 43-557 through Box 43-560 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memoranda | 1/30/1958 through 2/10/1958 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Various IRS and Chief Counsel Employees<br>R – Various IRS and Chief Counsel Employees |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are forwarding the information and files related to the docketed tax court cases of a third party taxpayer.