| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0126 & Box 84-0127 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is two pages of a memo discussing and evaluating potential witnesses for Stonehill and Brooks' litigation.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0133 through Box 84-0137 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 09/12/1967 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – John T. Rogers, Director, Tax Court Division<br>    Office of the Chief Counsel<br>R – Director, Office of International Operations<br>    Attn: Donald F. Durkin, Chief, Foreign Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a five page memorandum discussing the tax cases ending against a third party taxpayer, how the tax liability was determined and the status of settlement negotiations.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0142 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 10/17/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Revenue Service Representative, Manila<br>R – Office of International Operations<br>    Chief, Foreign Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo requesting documents for use in preparing a US tax liability case against a third party taxpayer for violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0143 & Box 84-0144 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 11/06/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Deliberative Process<br>(b)(5) – Attorney Work Product | A – Joseph W. Salus, II, Technical Assistant<br>    Enforcement Division<br>R – William A. Kolar, Director, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an update on the status of criminal investigations and proceedings against Stonehill and a third party taxpayer for violations of the Internal Revenue Code. The document sets forth assumptions about the nature of the information currently held, discusses future actions to occur, makes recommendations as to actions to take, and evaluates the likelihood that particular actions will prove fruitful.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0145 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 10/05/1967 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Revenue Service Representative, Manila<br>R – Office of International Operations, Chief, Foreign Operations Division, Washington, DC |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is discussion of the investigation and whether an indictment should be pursued against a third party taxpayer for violations of the Internal Revenue Code.


| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0148, Box 84-0150<br>Box 84-0151 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 11/21/1967 (0148), 11/9/1967 (0149),<br>10/19/1967 (0151) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Donald F. Durkin, Chief, Foreign Operations<br>R – Revenue Service Representative, Manila (0148 & 0151)<br>A – John Rogers, Director, Tax Court, Chief Counsel<br>R – J. Arnold Burks, Foreign Operations (0150) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are one page memos forwarding other memoranda and discussing the bank accounts and investigation of the third party for potential violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0223 & Box 84-0224 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 06/21/1968 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Revenue Service Representative, Manila<br>R – Office of International Operations, Chief, Foreign Operations Division, Washington |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two (2) page memorandum discussing an attempt to obtain the deposition of a foreign national and the legalities of doing so for purposes of the cases pending or to be pursued against Stonehill and Brooks. Document includes suggestions and advice about how the deposition would be carried out. The author requests that the document be forwarded to DOJ attorney John J. McCarthy.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0251 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 07/11/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Paul D. Barker, Assistant Chief, International Operations Branch Collection Litigation Division<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo forwarding a DOJ request for documents for use in the case against Stonehill and Brooks.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0252 & Box 84-0253<br>Box 84-0254 & Box 84-0255<br>(Duplicate) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 07/06/1967 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – Fred B. Ugast, Chief, General Litigation Section<br>R – Honorable Lester R. Uretz, Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document contains instructions from the DOJ attorney obtain certain documents for use in the tax litigation case against Stonehill and Brooks for violations of the Internal Revenue Code. Document discusses attempts to obtain particular evidence and the usefulness of particular IRS employee in obtaining information.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0264 through Box 84-0266 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Handwritten notes | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Client Privilege<br>(b)(5) – Attorney Work Product | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are three pages of handwritten notes discussing the Chief Counsel and DOJ attorneys' litigation strategy with respect to witnesses, financial evidence and witness testimony with respect to the Stonehill and Brooks' cases.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0276 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 07/24/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Houstin Shockey, Chief, International Operations Branch, Collection Litigation Division<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo detailing instructions from the DOJ attorney with respect to obtaining a witness statement regarding the Stonehill and Brooks cases.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0282 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 07/21/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Michael J. Skvasik, Special Agent<br>R – District Director, Attn: Chief, Intelligence Division Honolulu District |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a transmittal memorandum forwarding a copy of a letter containing instructions from the DOJ attorney to obtain financial records in connection with the litigation against Stonehill and Brooks. The memorandum points out particular information to be obtained ASAP.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0304 & Box 84-0305 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Handwritten and typewritten notes | Approx. 04/20 & 04/17/1967 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document contains notations regarding discussions with DOJ attorneys involving instructions to obtain documents, litigation strategy and instructions as to how to proceed with respect to the Stonehill case. Document includes predictions as to information that could be obtained and evaluates the methods best suited to obtain information.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0308<br>Box 84-0309<br>Box 84-0310 through Box 84-0312<br>(Duplicates) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memoranda | 03/22/1967 & 01/31/1967 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Revenue Service Representative, Ottawa<br>R – Chief, Foreign Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0308 is a memorandum stating the status of the case against Stonehill and asking whether to go forward with a related investigation requested in document 0309. Both documents describe approaches to take in pursuit of evidence and the reasons therefore.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0396 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 01/17/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Donald F. Durkin, Chief, Foreign Operations<br>R – Chief, Audit Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a transmittal memorandum forwarding DOJ's instructions with respect to the steps to be taken in the investigation with respect to Stonehill and Brooks for potential violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0398<br>Box 84-0399 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 01/09/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Deliberative Process | A – Fred G. Folsom, Chief, Criminal Section, DOJ<br>R – Honorable Lester R. Uretz, Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document informs Chief Counsel of the DOJ attorney's opinion with respect to taking certain actions regarding Stonehill and Brooks in connection with cases against Stonehill, Brooks, Universal New York, Inc., and a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0404 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 12/07/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Client Privilege<br>(b)(3) in conjunction with § 6103(a) | A – Donald F. Durkin, Office of International Operations, Chief, Foreign Operations Division<br>R – Office of Chief Counsel, Director, Enforcement Division, Attn: Harlow M. Huckabee |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document describes and transfers a memorandum seeking advice about whether a particular action should be taken on income tax returns filed by certain taxpayers. This document does not identify the taxpayers but the heading includes the name and file number of Stonehill.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0407<br>Box 84-0408 & Box 84-0409 (Duplicates) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| DOJ Letter | 03/16/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Fred B. Ugast, Chief, General Litigation Section<br>R – Donald F. Durkin, Chief, Foreign Operations Div. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo discussing requested actions for obtaining witnesses to be used in the litigation against Stonehill. Document requests that Sterling Powers be advised or certain occurrences and that he be prepared to take certain actions.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0410<br>Box 84-0412, Box84-0538 (Duplicate of 0410) | P |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Telegram | 06/03/1967 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Sterling Powers, American Embassy Manila<br>R – Fox, IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are one page telegrams informing the recipient of travel plans, the reasons therefore and requesting approval. Redacted portions are references to the investigation of a third party taxpayer's case for violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0418<br>Box 84-0419 (Duplicate) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memoranda | 09/01/1966 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – J. Walter Feigenbaum, Director, Collection Litigation Division<br>R – Director, Office of International Operations<br>    Attn: Donald F. Durkin |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a transmittal memo forwarding a letter from DOJ which is said to explain the necessity for a certain action by the IRS. The memorandum states that the author concurs in the views of the DOJ for the necessity and desirability of the IRS action.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|

Box 84-0420 & Box 84-0421            W
Box 84-0422 (Duplicate 0420)
Box 84-0661, Box 84-0796 (Duplicate 0661)

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda | 04/06/1965 (0420), 03/26/1965 (0421), 3/26/1965 (0661) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Donald F. Durkin, Acting Executive Assistant to Director & H. Alan Long, Director, Intelligence Division<br>R – Revenue Service Representative, Manila<br>A – Intelligence Division (0661)<br>R – C.I. Fox, Director, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memos discussing an oral request for documents from DOJ Attorney Jack McCarthy to be used in the litigation against Stonehill and Brooks.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0431<br>Box 84-0432 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 04/07/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Attorney Work Product | A – James M. Cooner, Chief, Intelligence Division Dallas District Office I<br>R – ARC – Intelligence, Southwest Regional Office |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is request for Revenue Service Representative Powers return to the US to testify in a third party taxpayer's case.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|

| Box 84-0433 | W |
|---|---|

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Handwritten notes | 09/11/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with § 6103(a) | A – Donald F. Durkin<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is one page of handwritten notes about a telephone conversation with an attorney from the Tax Court Division with respect to a conversation the attorney had with the third party taxpayer Representative about the pending tax case against the taxpayer and gives employee's opinions and recommendations.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0434<br>Box 84-0435 & Box 84-0436 (Duplicates) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 10/03/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Eric W. Harvey, Revenue Service Representative<br>R – Office of International Operations, Washington |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo discussing status of the investigation of a third party taxpayer's investigation for potential violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0437 through Box 84-0442 (0440-0442 are duplicates of 0438) Box 84-0547 through Box 84-0549 (0549 is a duplicate of 0548), Box 84-0553 & Box 84-0554, Box 84-0563 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Transmittal (0437) Memoranda (remainder) | 10/13/1967 (0437, 0438), 10/21/1966 (0439), 11/30/1967 (0547), 11/17/967 (0548), 03/07/1966 (0553), 10/18/1967 (10/18/1967) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Revenue Service Representative, Manila (0437-0439, 0553); Donald Durkin, Chief, Foreign Operations Division (0547), W.A. Kolar, Director, Intelligence Division (0548), W.D. Christie, Acting Chief, Foreign Operations Division (0563)<br>R – International Operations (0437-0439, 0553); Revenue Service Representative, Manila (0547); C.I. Fox, Director, International Operations (0548); Director, Intelligence Division, Attn William Mould (0563) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0437 is transmitting copies of memos concerning a third party taxpayer and the investigation of the party's tax liability. The remaining documents are one page memos, except 553 &0554 which is a two page memo, discussing the investigation of the taxpayer, evidence which has been obtained, requests for specific returns for various years and next steps in the investigation of the taxpayer. All of the documents are the return information of the same third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0444 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 04/07/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Third Party Taxpayer Representative<br>R – Sterling W. Powers, Revenue Service Representative, American Embassy |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter from the representative of a third party taxpayer requesting a meeting with Powers to discuss the party's tax case.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0445 & Box 84-0446 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 05/16/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Donald Durkin, Chief, Foreign Operations Division<br>R – Revenue Service Representative, Ottawa |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document forwards DOJ's request for certain documents and financial information to be used for litigation. Document also relays from DOJ information about the status of the investigation and case against Brooks. Document seeks comments from recipient on whether belief that certain documents are obtainable is correct.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0448<br>Box 84-0449 & Box 84-0450 (Duplicates) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 05/08/1967 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – Houstin Shockey, International Operations Branch, Collection Litigation Division<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo which refers to a letter and describes the contents thereof; letter at issue is a request from DOJ attorneys for certain documents and information for use in the Stonehill and Brooks cases.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0477 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 06/08/1967 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – Donald F. Durkin, Chief, Foreign Operations Div., Office of International Operations<br>R – Office of Chief Counsel, Director, Collection Litigation Division, Attn: Houstin Shockey |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo transmitting information requested by DOJ received from a tax treaty partner and intended for use in the Stonehill litigation.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0505 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memo Routing Slip | 09/12/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Donald F. Durkin<br>R – Mr. Harvey |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document sends the recipient information about a case against a third party taxpayer named in the document.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0506 & Box 84-0507 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 08/25/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Deliberative Process<br>(b)(5) – Attorney Work Product | A – William McAleer, Director, Enforcement Division<br>R – C. I. Fox, Director, Office of International Operations, Attn: Donald F. Durkin, Chief, Foreign Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo relating to a request from Sterling Powers concerning the use of evidence contained in the Stonehill case in the investigation of a third party taxpayer. Document discusses Stonehill's request and the reasons for it; it requests that a particular response be given to Powers, including seeking answers to particular questions. Document also discusses recommendations made to DOJ regarding criminal prosecution of Stonehill and a third party taxpayer for violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0509, Box 84-0513, Box 84-0514 through Box 84-0516 (Duplicates of 0513) Box 84-0517 & Box84-0518, Box 84-0527, Box 84-0528, Box 84-0529, Box 84-0530, Box 84-0531, Box 84-0532, Box 84-0533, Box 84-0534 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memos (509, 513 [514-16 copies] 517-18, 527, 528, 531-32), Memo Routing Slip (529), Letter (530), Telegram (533), Note (534) | 05/10/1965 (0509), 5/12/1965 (0513), 4/30/1965 (0517), 4/16/1965 (0527), 4/21/1965 (0528), 4/26/1965 (0529), 4/19/1965 (0530), 5/7/1965 (0531), 5/5/1965 (0532), 4/12/1965 (0533), Unknown (0534) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Deliberative Process<br>(b)(5) – Attorney Work Product | A – Unknown (0509)<br>R – Sterling Powers, Revenue Service Representative<br>A – Hmoser, Special Agent (0513)<br>R – File<br>A – Donald Durkin, Acting Executive Asst. to Director, International Operations (0517, 0527)<br>R – Director, Intelligence Div., Attn: Edward Banas<br>A – William McAleer, Director, Enforcement Division (0528)<br>R – H. Alan Long, Director, Intelligence Division<br>A – E.J. Banas (0529)<br>R – Director, International Operations<br>A – Fred Folsch, Chief, Criminal Section, DOJ (0530)<br>R – Mitchell Rogovin, Chief Counsel<br>A – H. Alan Long, Director, Intelligence Div. (0531, 0532)<br>R – Director, International Operations, Attn. Executive Asst.<br>A – Sterling Fox (0533)<br>R – Office of International Operations<br>A/R – Unknown (0534) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

All documents are the communications discussing the necessity and logistics of Powers being able to testify in a third party taxpayer's case. Documents include DOJ's request that Powers be made available (and that an IRS also be made available to assist in the case). Documents discuss IRS's reasons that DOJ's request for Powers' testimony should be denied, DOJ's reasons for asserting that Powers is a necessary witness at the third party's trial. Documents discuss effect of Power's attendance on his work in Stonehill case.

| DOCUMENT NUMBER(S) | DATE | AUTHOR (A) & RECIPIENT (R) |
|---|---|---|
| Box 84-0519 | 05/20/1965 | A – Acting Executive Assistant to Director Office of International Operations<br>R – Director, Intelligence Division<br>Attn: A. G. Richman |
| Box 84-0520 | 05/13/1965 | A – Revenue Service Representative Manila<br>R – Office of International Operations |
| Box 84-0521 & Box 84-0522 | (Duplicates of 0520) | |
| Box 84-0523 & Box 84-0524 | 05/18/1965 | A – D F Durkin<br>R – H. Moser |
| Box 84-0525 | 04/26/1965 | A – Revenue Service Representative Manila<br>R – Office of International Operations |
| Box 84-0526 | 04/12/1965 | A – D F Durkin<br>R – Howard Moser |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Attorney Work Product | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

All documents are the communications discussing the necessity and logistics of Powers being able to testify in a third party taxpayer's case. Documents include DOJ's request that Powers be made available (and that an IRS also be made available to assist in the case). Documents discuss IRS's reasons that DOJ's request for Powers' testimony should be denied, DOJ's reasons for asserting that Powers is a necessary witness at the third party's trial. Documents discuss effect of Power's attendance on his work in Stonehill case.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0535 | P |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 06/12/1956 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Representative, Manila, Philippines<br>R – International Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document transmits the returns of Stonehill and three third party taxpayers, whose names, years at issues, and file numbers have been redacted.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0536 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 09/13/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Revenue Service Representative Manila<br>R – Executive Assistant to the Director, Office of International Operations, Washington |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo discussing a request for records in the Brooks case and the records obtained and being returned. Memo indicates that records previously requested and obtained were mistakenly not those sought (returns sought were those of Brooks). Redacted information is the names of the third party taxpayers, the returns and serial numbers at issue, and the addresses on the returns.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0540<br>Box 84-0541, Box 84-0542 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum<br>Transmittal (0542) | 11/02/1962 (0540), 11/21/1967 (0541), 10/19/1967 (0542) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – William C. Ragland, Internal Revenue Agent (0540)<br>R – Executive Assistant to the Director, Office of International Operations, Washington<br>A – Revenue Service Representative<br>R – Chief, Foreign Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memoranda about the examination of a third party taxpayer which discuss documents and information obtained in the case and ways to obtain additional information.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0543 & Box 84-0544 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda | 10/13/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process Privilege | A– Donald Durkin, Chief, Foreign Operations Div. (0543)<br>R – Revenue Service Representative, Manila<br>A – Donald Durkin, Chief, Foreign Operations Div. (0544)<br>R – Director, Intelligence Division, Attn: William Mould |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents discuss the possibility of pursuing US tax liability cases against a third party taxpayer based on the court decision expected by DOJ attorney Jack McCarthy to be rendered in the Stonehill and Brooks cases.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0550 & Box 84-0551 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 11/6/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Joseph W. Salus, II, Technical Assistant<br>R – William A. Kolar, Director, Intelligence Division<br>     Enforcement Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a response to a request from Sterling Powers for guidance with respect to the continued investigation of third party taxpayer. Document contains a discussion of legal strategy pertaining to the prosecution of the taxpayer's case, including the impact of particular factual information on the case.