**Stonehill FOIA – Chief Counsel Box 5**　　　　　　　　　　　　　　　　13

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-096 & CCBox5-098 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda | 5/12/1972 (096)<br>5/22/1973 (098) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – International Operations<br>R – Houstin Shockey, Chief, International, Gen. Litigation |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memoranda forwarding letters from defendant's counsel with attachments for use in the litigation against Stonehill and Brooks.

**Stonehill FOIA – Box 5**                                                                                           1

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box5-2364 & Box5-2365 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 07/02/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – SAs Robert Collins and Carroll R. Bishop<br>R – Chief, Intelligence Div., Manhattan Dist. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a synopsis of information about trust companies and bank accounts being held by Stonehill, Brooks, their nominees and other third party taxpayers. Redacted information is the names of the third party taxpayers. Document 2364 was released in full.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box 5-2542 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten note | 06/04/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Spec. Agent Paul J. Aquilina<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the notes of the agent from an interview with witness Irving Stein, a CPA regarding work papers and correspondence used in the preparation of 1961 1040 Income Tax returns for Stonehill, Brooks and two third party taxpayers. Redacted information is identifying information of the third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box5-2549 & Box5-2550 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum of Conference | 06/09/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – SAs Martin Weinjant & Paul Aquilina<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is two pages of handwritten notes about a meeting with Irving Stein, CPA regarding papers utilized during the preparation of Stonehill, Brooks and two third party taxpayer's income tax returns. Redacted information references specific entries on the third parties' returns and contains identifying information of the taxpayers.

**Stonehill FOIA – Box 54**                                                                 1

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box54-1725<br>Box54-1726<br>Box54-1727 (Duplicate of 1725) | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum<br>Special Agent's Progress Report | 6/01/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Chief, Intelligence Division and Paul Wall, IRS Special Agent<br>R – Sterling Powers, Asst. Revenue Service Rep. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 1725 is a transmittal memorandum dated 6/01/1964, forwarding the Special Agent's Progress Report on Organized Crime Investigations of a third party taxpayer. Document 1726 is the report for the period 3/01/1964 to 5/18/1964 relating to the U.S. income tax liability of a third party taxpayer.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box54-1731 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Report | 7/08/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS Employee<br>R – IRS Employee |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the first page of the final Special Agent's report on the California companies owned by Harry S. Stonehill and Robert P. Brooks. Part of the report refers to the investigation of a third party taxpayer's U.S. income tax liabilities.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box54-2252 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Revenue Agent's Report | Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Herbert Ravett, Revenue Agent<br>R – IRS Employee |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is page two of a Revenue Agent's report relating to the investigation of the U.S. tax liability of Harry S. Stonehill, Robert P. Brooks and a third party taxpayer. Redacted portion is return information of the third party which discussed the taxpayer's US tax liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box54-2266 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | Unknown |
| **WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is page two of a memorandum relating to the U.S. income tax liability of Harry S. Stonehill, Robert P. Brooks, Universal New York and two third party taxpayers. The names of the taxpayers and information concerning the investigation of the taxpayers have been redacted.

**Stonehill FOIA – Box 54**  3

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box54-2540 & Box54-2541 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Attestation | 4/18/1957 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an attestation by the manager of a company in a tax treaty country relating to the investigation of the income tax liabilities of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 57-0157 & Box 57-0158 | W |
| Box 57-0162 & Box 57-0163 (Duplicate) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 3/4/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Robert M. Lund, Chief Intelligence Division, Los Angeles, California   IRS |
| | R – Director, Intelligence Division, Washington, DC |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is two page memorandum detailing information concerning the whereabouts of Stonehill and discussing property potentially owned by Stonehill; the information was obtained pursuant to the request of Jack McCarthy, DOJ Attorney.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 57-0160 & Box 57-161 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 3/11/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Chief, Foreign Operations Division, Office of International Operations, IRS |
| (b)(3) in conjunction with § 6103 | |
| (b)(5) – Deliberative Process | R – Chief, Intelligence Division, Los Angeles District |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is two page memorandum acknowledging receipt of a memo that provided information concerning Stonehill. Document also requests further information with respect to certain real estate transactions, discusses the significance of the real estate transactions, and suggests approaches to discovering further information about the transactions and how that will affect the tax cases.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 57-0462 through Box 57-0465 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | Late November 1972 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney work product<br>(b)(5) – Deliberative Process | A – Houstin Shockey, Chief, International Operation Branch, General Litigation Division IRS<br>R – Scott P. Crampton, Assistant Attorney General Tax Division, DOJ |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is four page memorandum informing the recipient of Chief Counsel's position with respect to taking action in the pending US tax court cases of four third party taxpayers and the status of such cases.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 57-0508 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | Undated |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Deliberative process<br>(b)(5) – Attorney work product | Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is page of handwritten notes relating to information obtained in connection with IRS investigation of Stonehill; includes discussion of the basis of the government's claim and conclusions about the nature of assets held for or by Stonehill.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 57-0599 through Box 57-0620 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Cover Sheet and Spreadsheets | 12/31/1959 through 12/31/1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Internal Revenue Agent<br>R – Audit File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a cover sheet and workpapers created in connection with the examination of a third party taxpayer for liability under the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 57-2004 through Box 57-2016 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Cover Sheet and Spreadsheets | 1958-1960 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Internal Revenue Agent<br>R – Audit File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are cover sheet and workpapers created in connection with examination of third party taxpayer for potential liability under the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 57-2254 & Box 57-2254A | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Internal Revenue Agent<br>R – Audit File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two pages of handwritten notes and a chart used to analyze the financial transactions of a third party taxpayer who was being investigated for potential violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box26-0121 & Box26-0122 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Attorney<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are handwritten notes stating that a folder and an exhibit have been removed for a hearing and a conference from the file.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0019 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 04/06/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Donald F. Durkin, Acting Executive Assistant to Director<br>R – Revenue Service Representative, Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is one page memo forwarding copies of other memoranda and information pertaining to the cases against Stonehill, Brooks and a third party taxpayer. Redacted portion contains information about a third party taxpayer's tax returns. Such third party was also under investigation for potential violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0020 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 03/26/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – H. Alan Long, Director, Intelligence Division<br>R – C.I. Fox, Director, Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document discusses obtaining records and information for use in the Stonehill and Brooks cases. Redacted portions contain the name of a third party taxpayer and the fact of an investigation into violations of the Internal Revenue Code by the taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0021 & Box 84-0022 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 03/26/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Donald F. Durkin, Acting Executive Assistant to Director<br>R – Revenue Service Representative, Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memo discussing how the Service obtained evidence against Stonehill and Brooks. Redacted portions contain the name of a third party taxpayer, the fact of an investigation of the third party for violations of the Internal Revenue Code, and information obtained during such investigation.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0023 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 03/05/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Deliberative Process | A – Revenue Service Representative, Manila<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo detailing information obtained in connection with the investigation of the potential violation of the Internal Revenue Code by a third party taxpayer. Information at issue related to potential actions by the third party taxpayer. Document discusses information received about the position of the U.S. Department of State on actions that could be taken in response to the third party's potential actions.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0024 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum of Phone Call | 03/05/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the handwritten draft of notes used to write the memo referenced in documents 21 & 22 discussing how the Service obtained evidence against Stonehill and Brooks. Redacted portions contain the name of a third party taxpayer and the fact of an investigation of the third party for potential violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0046 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 07/29/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Revenue Service Representative, Manila<br>R – Office of International Operations, Washington |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a request for advice from Chief Counsel on how to proceed on a separate case involving a third party taxpayer that raises implications in the Stonehill proceedings due to similar evidence and fact patterns.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0048 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 08/09/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – W. D. Christie, Office of International Operations, Acting Chief, Foreign Operations Division<br>R – Chief Counsel's Office, Director, Enforcement Division, Attn: Harlow M. Huckabee |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo forwarding copies of memoranda from Sterling Powers. Redaction is the name of the third party taxpayer who Powers wishes to investigate for violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0051 through Box 84-0053 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Partial Memorandum | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a)<br>(b)(5) – Deliberative Process<br>(b)(5) – Attorney Work Product | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are pages 3, 4, and 5 of a memo of indeterminate length summarizing potential witnesses and the information they are able to give pertaining to the Stonehill and Brooks' cases. Documents include factual information already obtained about witnesses, including business transactions with Stonehill, evaluations of the type of relationships they have with Stonehill, the status of efforts to obtain additional information, and views as to the willingness of the individuals to cooperate with the investigation of Stonehill and to testify against Stonehill before a grand jury.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0061 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum of Interview | 12/04/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Revenue Agent Ragland or Sterling Powers<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document memorializes a meeting with Murray Ostott with respect to his knowledge of the business activities of Stonehill, Brooks and a third party taxpayer and has been redacted to remove identifying information and tax return information pertaining to the taxpayer.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0073 & Box 84-0074 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 03/07/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Revenue Service Representative, Manila<br>R – Office of International Operations, Washington |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page report on the investigation of a third party taxpayer for potential violations of the Internal Revenue Code. Document contains information about current status of investigation and information that author requests be obtained.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0075<br>Box 84-0076 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memoranda | 11/17/1965 (0075) & 01/06/1966 (0076) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103(a) | For memorandum dated 11/17/1965:<br>A – Anton Kurtzuk, Special Agent ID-2<br>R – Chief, Intelligence Division<br>For memorandum dated 01/06/1966:<br>A – Donald F. Durkin, Chief, Foreign Operations<br>R – Director, Intelligence Division, Attn: Raymond Fiellin |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0075 is a one page report about the investigation of three third party taxpayers for violations of the Internal Revenue Code. Document 0076 is a memo forwarding 0075 and additional information communicated orally from the Agent about the investigation.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0080 | P |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 12/10/1965 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103(a) | A – Revenue Service Representative Manila<br>R – Office of International Operations Washington |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo relating to the request for the tax returns of a third party taxpayer. Returns are identified by name of taxpayer, type of return, year, and number of return.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0081 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 11/10/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Revenue Service Representative Manila<br>R – Office of International Operations, Washington |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo recalling Statute Control Cards that had been erroneously issued for five third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0089 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 10/12/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative, Manila<br>R – Office of International Operations<br>   Chief, Foreign Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo returning third party taxpayers' returns that were requisitioned by the Revenue Service Representative. Returns are identified by names of taxpayers, types of return, years of return, and serial numbers of return.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0109 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Partial Memorandum | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Deliberative Process<br>(b)(5) – Attorney Work Product | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is page five of a memo of indeterminate length concerning the financial transactions of Stonehill, Brooks, Universal New York, Inc., and two third party taxpayers obtained in connection with the investigations of the taxpayers for potential violations of the Internal Revenue Code. The document sets forth information currently held and makes recommendations and requests as to what additional information should be obtained, how, and by whom.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0112 & Box 84-0113 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 03/16/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Donald F. Durkin, Chief, Foreign Operations Division<br>R – Office of Chief Counsel, Director, Enforcement Division, Attn: Harlow M. Huckabee |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memo forwarding and summarizing memoranda written by Revenue Service Representative Powers with respect to the investigations of Stonehill's Philippine companies and a third party taxpayer. Redacted portion is the information related to the investigation of the third party.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0114 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 12/16/1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103(a) | A – Assistant Revenue Service Representative, Manila, Philippines<br>R – Executive Assistant to the Director Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo discussing the bank accounts of a third party taxpayer who is being investigated for potential violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-0116 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 11/02/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – William C. Ragland, Internal Revenue Agent<br>R – Executive Assistant to the Director, Office of International Operations, Washington |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum discussing the current status of the investigation of a third party taxpayer for potential violations of the Internal Revenue Code and actions to be taken in the future,.