**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents 0854, 0897, 0923, 0971, 0972 and 1037 are IRS Memo Routing Slips forwarding information about a third party taxpayer and the audit of the taxpayer's US Income Taxes for several years. Documents 0893, 0896, 0899, 0957, 0960, 0962, 0989, 1083, 1084 and 1085 are the handwritten notes of individuals and deal with various aspects of the third party taxpayer's investigation. Documents 0855-0867, 0903-0921, 0931-0934, 0936-0940, 0942-0945, 0947-0951, 1061, 1062 and 1082 are tax returns filed by the third party taxpayer or on the taxpayer's behalf and IRS forms filled out in the name of the third party taxpayer that compute the taxpayer's US income tax liability. Documents 0900-0902 are Records Request, Charge and Recharge forms used to request the third party taxpayer's returns from the IRS field office. Documents 0868, 0891, 0892, 0894, 0895, 0898, 0924-0926, 0929, 0958, 0959, 0961, 0973, 0987, 0988, 1040-1042, 1058-1060, 1069 and 1092 are one and two page internal IRS memos either discussing the case, forwarding information about the case or acknowledging receipt of information in the case of a third party taxpayer. Documents 0869-890, 922, 0927, 0928, 0930, 0935, 0941, 0946, 0953, 0954, 0974, 1052-1057 and 1105 are letters sent between the IRS and the third party taxpayer's representative wherein the parties are discussing the case and negotiating a settlement. Documents 0975-0986, 1066-1068, 1070-1081 are correspondence between the third party taxpayer representative and various financial institutions where the taxpayer has accounts discussing the handling of those accounts. Documents 0956 and 0964-0970 are requests for the actual tax returns of the taxpayer for specific years being audited. Documents 0955 and 0963 are IRS Transmittal forms which forward documents and information concerning the third party taxpayer who is named in both. Documents 0990-1036, 1038 and 1039 are court documents for proceedings wherein the third party taxpayer was a party and the documents were provided to the Service by the taxpayer's representative. Documents 1043-1051 are an escrow agreement attempting to settle the taxpayer's outstanding US tax liability. All documents are the returns or return information and comprise the audit file of the same third party taxpayer.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box32-1108 | 12/03/1962 | A – Ross, Executive Assistant to Director<br>R – Mr. Christie |
| Box32-1109<br>Duplicate of Box32-1095 | 11/30/1962 | A – Financial Institution<br>R – Financial Institution |
| Box32-1110<br>Duplicate of Box32-1099 | 01/14/1963 | A – Financial Institution<br>R – Third Party Taxpayer Representative |
| Box32-1111 | 01/15/1963 | A – Financial Institution<br>R – C.I. Fox, Director, International Operations |
| Box32-1112 | 11/30/1962 | A – C. I. Fox, Director, International Operations<br>R – Financial Institution |
| Box32-1113 | Unknown | A – Christie<br>R – Ross |
| Box32-1114 | Unknown | A – Unknown<br>R – Unknown |
| Box32-1115<br>Box32-1116 (Duplicate) | Unknown | A – C. I. Fox, Director, International Operations<br>R – Financial Institution |

| Box | Date | A / R |
|---|---|---|
| Box32-1117 | 11/27/1962 | A – Financial Institution<br>R – Ross Thompson, Director, International Operations |
| Box32-1118 | 12/03/1962 | A – Financial Institution<br>R – Third Party Taxpayer Representative |
| Box32-1119 & Box32-1120 | 11/27/1962 | A – Financial Institution<br>R – Third Party Taxpayer Representative |
| Box32-1121 | 12/1962 | A – Financial Institution<br>R – Third Party Taxpayer Representative |
| Box32-1122 through Box32-1125 | 06/03/1962 | A – Financial Institution<br>R – Third Party Taxpayer Representative |
| Box32-1126, Box32-1127, Box32-1128 | 11/23/1962 | A – Third Party Taxpayer Representative<br>R – Various Financial Institutions |
| Box32-1129 | 03/04/1963 | A – Ross, Executive Assistant to Director<br>R – Mr. Christie |
| Box32-1130 | 03/01/1963 | A – Financial Institution<br>R – Third Party Taxpayer Representative |
| Box32-1131 | 01/21/1963 | A – Ross, Executive Assistant to Director<br>R – Mr. Christie |
| Box32-1132 | 01/18/1963 | A – Financial Institution<br>R – Third Party Taxpayer Representative |
| Box32-1133 | 12/06/1962 | A – Ross, Executive Assistant to Director<br>R – Mr. Christie |
| Box32-1134 & Box32-1135 | 12/04/1962 | A – Financial Institution<br>R – Third Party Taxpayer Representative |
| Box32-1136<br>Box32-1137 (Duplicate) | 11/23/1962 | A – W.D. Christie, Acting Executive Assistant<br>R – Revenue Service Representative, Manila |
| Box32-1138 | 02/07/1963 | A – C. I. Fox, Director, International Operations<br>R – Financial Institution |
| Box32-1139<br>Box32-1140 (Duplicate) | 02/06/1963 | A – C. I. Fox, Director, International Operations<br>R – Financial Institution |
| Box32-1141 | 02/21/1963 | A – Third Party Taxpayer Representative<br>R – Ross Thompson, Director, International Relations, US Treasury Dept., Wash., DC |
| Box32-1142, Box32-1143 through Box32-1163 | 05/25/1962 | A – Third Party Taxpayer Representative<br>R – US Consul General, US Embassy, Manila |
| Box32-1164 | 02/28/1963 | A – Revenue Service Representative<br>R – Office of International Operations |
| Box32-1165 | 04/29/1963 | A – Ross, Executive Assistant to Director<br>R – Mr. Christie & Chief, Audit Division |
| Box32-1167 | Unknown | A – Unknown<br>R – Unknown |
| Box32-1168 | 03/04/1963 | A – Ross, Executive Assistant to Director<br>R – Mr. Christie & Review Staff |
| Box32-1169<br>Box32-1170 (Duplicate) | 03/13/1963 | A – Donald Durkin, Chief, Intelligence Division<br>R – Chief, Audit Division, Attn: Howard Whitsett |

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box32-1171 | Unknown | A – IRS Auditor |
| Box32-1172 & Box32-1175 (Duplicates) | | R – File and Third Party Taxpayer |
| Box32-1173 | 04/01/1963 | A – Mortimer Caplin, IRS Commissioner by Director International Operations |
| | | R – Third Party Taxpayer Representative |
| Box32-1174, Box32-1176 | 03/21/1963 | A – Director of International Operations |
| | | R – Director, Tax Division, Chief Counsel |
| Box32-1177 | 04/01/1963 | A – Service Branch, HR |
| | | R – Third Party Taxpayer & File |
| Box32-1279 through Box32-1296 | None | A – Third Party Taxpayer |
| | | R – IRS |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |
| (b)(5) – Attorney Work Product | |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the remainder of the audit file for the third party taxpayer in previous entry. Documents 1108, 1129, 1131, 1133, 1165 and 1168 are IRS Memo Routing Slips used to transmit memos and letters concerning the case of the third party taxpayer. Document 1164 is an internal Transmittal Form forwarding enclosures to headquarters from the field. Documents 1109, 1110, 1118-1128, 1130, 1132, 1134 and 1135 are letters communicating information to and from the taxpayer about actions being taken on accounts being held in the name of the taxpayer at the various financial institutions. Documents 1111, 1112, 1115-1117 and 1138-1140 are letters sent between the Service and the financial institutions discussing the accounts of the third party taxpayer. Documents 1141-1163 and 1173 are correspondence between the third party taxpayer's representative and the Service discussing the case and providing necessary documentation. Documents 1113, 1114 and 1167 are handwritten notes about the case. Documents 1171, 1172, 1175 and 1177 are forms showing adjustments made to the tax liability of the third party taxpayer. Documents 1136, 1137, 1169, 1170, 1174 and 1176 are internal memos forwarding documents and information pertaining to the case. Documents 1279-1296 are a Individual income tax return of the third party taxpayer filed with the IRS.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box32-1178 | Unknown | A – Unknown |
| | | R – Unknown |
| Box32-1179 | 04/24/1962 | A – Service Branch, International Operations |
| | | R – Ross Thompson, International Operations & Mr. Christie |
| Box32-1180 & Box32-1181 | 04/19/1962 | A – Unknown |
| | | R – Unknown |
| Box32-1183 through Box32-1194 Box32-1197, Box32-1198, Box32-1200, | 03/23/1962 | A – Ross Thompson, Service Branch, International |
| | | R – Returns File Unit, Baltimore, MD |

| Box | Date | A/R |
|---|---|---|
| Box32-1201, Box32-1203, Box32-1204, Box32-1206, Box32-1207, Box32-1209, Box32-1210, Box32-1212, Box32-1213, Box32-1215, Box32-1216, Box32-1218, Box32-1219, Box32-1221, Box32-1222, Box32-1224, Box32-1225 | | |
| Box32-1195 | 05/04/1962 | A – Ross Thompson, Exec. Asst., International<br>R – John Walker, Acting Revenue Service Representative – Manila |
| Box32-1196, Box32-1199<br>Box32-1202, Box32-1205,<br>Box32-1208, Box32-1211 | 04/04/1962 | A – Service Branch, International Operations<br>R – Ross V. Thompson, International Operations |
| Box32-1214, Box32-1217<br>Box32-1220, Box32-1223 | 4/13/1962 | A – Service Branch, International Operations<br>R – Ross V. Thompson, International Operations |
| Box32-1226 through Box32-1267<br>Box32-1269 through Box32-1271 | 03/23/1962 | A – Ross V. Thompson, Service Branch, International<br>R – Returns File Unit, Manhattan, NY |
| Box32-1268 | Unknown | A – Unknown<br>R – Unknown |

**BASIS FOR WITHHOLDING**            **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103        W
(b)(5) – Attorney Work Product

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 1178 is a handwritten chart used by author to track receipt of requested returns for a third party taxpayer from the specified IRS field offices. Documents 1179, 1196, 1199, 1202, 1205, 1208, 1211, 1214, 1217, 1220 and 1223 are Memo Routing Slips forwarding information and documents of the third party taxpayer. Documents 1180, 1181 and 1268 are handwritten notes about the taxpayer's investigation. Documents 1183-1194, 1197-1201, 1203, 1204, 1206, 1207, 1209, 1210, 1212, 1213, 1215, 1216, 1218, 1219, 1221, 1222, 1224-1267 and 1269-1271 are Records Request, Charge and Recharge forms used to request returns of the taxpayer for several years from the various field offices. Several pages are the backs of the forms showing the date of receipt by the Manhattan office and some are duplicates. Document 1195 is an internal memo informing the recipient that the returns have been requested from the field and the result of the requests. All documents are the return information of the same third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box32-1272 & Box32-1273 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Internal IRS forms | 12/04/1961 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal administrative forms relating to the filing history and the potential examination of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box32-1274 & Box32-1275<br>Box32-1276<br>Box32-1277 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter and Attachment<br>Letter<br>Letter | 09/16/1961 (1274 & 1275)<br>10/13/1961 (1276)<br>10/19/1961 (1277) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A/R – Third Party Taxpayer Representative<br>R/A – Director of Internal Operations<br>    Director of International Operations (Actual R/A) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents constitute the correspondence between the Service and a third party taxpayer's representative regarding the third party taxpayer's US income tax returns and liability as calculated by the Service.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box32-1297 & Box32-1298 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Records Request, Charge and Recharge Forms | 3/23/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Ross V. Thompson, International Operations<br>R – Returns File Unit, Manhattan, NY |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are forms requesting copies of specific tax returns filed by a third party taxpayer from the IRS field office.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box32-1351 | 06/23/1965 | A – Suarez<br>R – Unknown |
| Box32-1352 through Box32-1354<br>Box32-1356 | 06/08/1965 | A – Financial Institution<br>R – Director, Office of International Operations |
| Box32-1355 | 7/21/1965 | A – Unknown<br>R – Manila (no name) |
| Box32-1357 | 06/11/1965 | A – Unknown<br>R – Unknown |
| Box32-1358<br>Box32-1359 (Duplicate) | 06/10/1965 | A – Unknown<br>R – Mr. LeBlanc & Manila (no name) |
| Box32-1360 through Box32-1369 | 02/28/1963 | A – William Ragland, IRS Tax Examiner<br>R – Third Party Taxpayer & File |
| Box32-1370<br>Box32-1371 (Duplicate) | 06/08/1965 | A – Jack (Handwritten Note from Christie)<br>R – George LeBlanc |
| Box32-1372 | 02/24/1965 | A – C. Burton, Office of Commissioner<br>R – Mr. Fox, Mr. Durkin, Wayne Christie |
| Box32-1373 & Box32-1374 | 02/12/1965 | A – Third Party Taxpayer Representative<br>R – Director of International Operations |
| Box32-1375 through Box32-1377 | 04/02/1965 | A – Third Party Taxpayer Representative<br>R – Mr. Mitchell Rogovin, Chief Counsel |
| Box32-1378 & Box32-1379 | 03/16/1965 | A – Third Party Taxpayer Representative |

| Box | Date | A/R |
|---|---|---|
| Box32-1380 | 04/02/1965 | R – Financial Institution<br>A – Third Party Taxpayer Representative |
| Box32-1381 | 03/19/1965 | R – Financial Institution<br>A – Third Party Taxpayer Representative |
| Box32-1382 | None | R – Financial Institution<br>A – Third Party Taxpayer Representative |
| Box32-1383 through Box32-1386<br>Box32-1391, Box32-1392 (Duplicates) | 12/08/1964 | R – IRS<br>A – Sterling Powers, Revenue Service Rep. |
| Box32-1387<br>Box32-1388 through Box32-1390 (Duplicates) | 12/17/1964 | R – Office of International Operations<br>A – C. I. Fox, Director, International Operations |
| Box32-1393 | 11/25/1964 | R – Chief Counsel, Initials GLeB<br>A – Donald Durkin, Acting Executive Assistant |
| Box32-1394<br>Box32-1405 (Duplicate) | 10/06/1964 | R – Revenue Service Representative, Manila<br>A – Wayne Christie, Acting Executive Assistant to Director of International Operations |
| Box32-1395 & Box32-1396 | 10/19/1964 | R – Revenue Service Representative, Manila<br>A – Sterling Powers, Revenue Service Rep., Manila |
| Box32-1397 through Box32-1400 | Unknown | R – Office of International Operations<br>A – Unknown |
| Box32-1401 | 10/12/1964 | R – Unknown<br>A – International Operations |
| Box32-1402 through Box32-1404 | 10/21/1964 | R – International Operations Branches<br>A – C.I. Fox, Director of International Operations |
| Box32-1406 & Box32-1407<br>Box32-1408 & Box32-1409 (Duplicate) | Unknown | R – Chief Counsel, Initials GJLeB<br>A – Director of International Operations |
| Box32-1410 & Box32-1411 | 08/03/1964 | R – Chief Counsel, Initials GJLeB<br>A – Unknown |
| Box32-1412 & Box32-1413 | 09/15/1964 | R – Unknown<br>A – Harold M. Washington, Acting Chief, Operational Research Staff |
| Box32-1414 | 04/17/1964 | R – Acting Executive Assistant, International Oper.<br>A – Wayne D. Christie, Acting Executive Assistant, International Operations |
| Box32-1415<br>Box32-1416 through Box32-1418 (Duplicates) | 03/24/1964 | R – Revenue Service Representative, Manila<br>A – Revenue Service Representative, Manila |
| Box32-1419 | 03/04/1964 | R – Chief, Intelligence Division, International Oper.<br>A – John Cerame, Tax Examiner |
| Box32-1420 through Box32-1422<br>Box32-1429 through Box32-1434 (Duplicates) | 06/29/1964 | R – Third Party Taxpayer Representative<br>A – Acting Revenue Service Rep., Manila |
| Box 32-1423<br>Box32-1424 (Duplicate) | 08/06/1964 | R – Office of International Operations<br>A – Wayne D. Christie, Acting Executive Asst. |
| Box32-1425 | Unknown | R – Chief, Operational Research Staff<br>A – Unknown |
| Box32-1426 | 08/26/1964 | R – Unknown<br>A – Sheldon S. Cohen, Chief Counsel<br>R – Third Party Taxpayer Representative |

| | | |
|---|---|---|
| Box32-1427 & Box32-1428 | 08/17/1964 | A – Third Party Taxpayer Representative<br>R – Chief Counsel, Attn: George LeBlanc |
| Box32-1435 | 06/16/1964 | A – H. W. Driscoll, Acting Executive Assistant<br>R – Revenue Service Representative, Manila |
| Box32-1436 | Unknown | A – Unknown<br>R – Unknown |
| Box32-1437 | 02/27/1964 | A – Revenue Service Representative, Manila<br>R – Office of International Operations |

**BASIS FOR WITHHOLDING**                    **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103            W
(b)(5) – Attorney Work Product

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are part of the audit file of a third party taxpayer relating to potential liability under the Internal Revenue Code. Documents 1351, 1355, 1357, 1397-1400, 1410, 1411, 1425 and 1436 are handwritten notes keeping track of different aspects of the case against the taxpayer. Documents 1372 and 1402 are internal Memo Routing Slips forwarding case information and documents. Documents 1352-1354 and 1356 are a letter from a financial institution informing the IRS of the taxpayer's account status and activities. Documents 1378-1380 and 1381 are correspondence between the taxpayer's representative and the financial institutions which were given to the IRS. Documents 1360-1369 are the audit computations adjusting the US income tax returns of the third party. Documents 1373-1377, 1382, 1419 and 1426-1428 are correspondence between the taxpayer's representative and the IRS discussing the status of the case. Documents 1358, 1370, 1383, 1384, 1387, 1393, 1394, 1395, 1396, 1402-1404, 1406, 1407, 1412-1415, 1420-1424, 1435 and 1437 are internal memoranda communicating facts and information about the status of the case, necessary further investigations and forwarding documentation for the third party taxpayer. All documents are the return information of the same third party taxpayer.

**Stonehill FOIA – Chief Counsel Box 5**

1

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0100<br>CCBox5-0101 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 6/3/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – H. Alan Long, Director, Intelligence Division<br>R – Director, Collection Litigation Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter discussing information about a third party taxpayer and the case pending against the taxpayer. Document 0101 is a copy of that document.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0102 through CCBox5-0106 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 5/18/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Special Agent (SA) Paul Wall<br>R – Regional Coordinator, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a five-page memorandum written at the request of counsel requesting information concerning the investigation of a third party taxpayer. Document contains identifying information of the taxpayer and information collected during the course of an investigation of the taxpayer. Document also identifies actions that are being considered with respect to the taxpayers.

**Stonehill FOIA – Chief Counsel Box 5**  2

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0111 & CCBox5-0112 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 2/5/1971 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Houstin Shockey, Chief, International Operations<br>R – John McCarthy, Chief, DOJ Litigation Section |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two-page letter forwarding copies of CC's recommendations for tax proceedings against two third party taxpayers. Contains identifying information of the third parties and information about the tax proceedings against them.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0221<br>CCBox5-0222 (Duplicate)<br>CCBox5-0223 & CCBox5-0224 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum<br>Letter | 6/9/1971<br>6/15/1971 (# 0223 & 0224) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Walter Gorman, Chief, Collection Division<br>R – Chief, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents 221 is a memorandum forwarding requested information of a third party taxpayer. The document contains taxpayer identifying information and reveals there is an investigation of the taxpayer. Document 0222 is a copy of 0221. Document 0223 is a letter that forwards the same information from Houstin Shockey, Chief, International Operations to John McCarthy, Chief, DOJ General Litigation. Document 0224 is the information that is being forwarded.

**Stonehill FOIA – Chief Counsel Box 5**

3

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| CCBox5-0225 & CCBox5-0226<br>CCBox5-0227 & CCBox5-0228<br>CCBox5-0229 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter<br>Memorandum | 11/18/1970<br>1/6/1970 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Hans Nathan, Attorney<br>R – John McCarthy, Chief, DOJ (0225&0226)<br>  C.I. Fox, Director, Inter. Oper. (0227&0228)<br>A – Walter Gorman, Chief, Collection Division (0229)<br>R – Chief, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two letters and one memorandum discussing a levy against the bank account of a third party taxpayer. The documents contain identifying information of the taxpayer including name, bank account information and the existence of a levy against the taxpayer. Attorney Nathan states in the letters that he is acting on behalf of the third party, not in his capacity as a representative of Stonehill or Brooks.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| CCBox5-0230 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 12/15/1971 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – H.A. Williamson, Jr., Special Procedures<br>R – Chief, Collection Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum forwarding the tax returns of a third party taxpayer for review and assessment of their potential use in the Stonehill litigation.

**Stonehill FOIA – Chief Counsel Box 5**

4

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0231 through CCBox5-0233 | W |
| CCBox5-0234 through CCBox5-0236 (Duplicate) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter and Tax Return | 1/22/1984 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter from a third party taxpayer transmitting that party's tax returns to the IRS to assess the party's tax liability. Duplicate is an exact copy.

---

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0237 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 3/5/1972 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Betsy Taylor, Collection & Taxpayer Service Div.<br>R – Chief, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a recommendation letter from IRS Collections to IRS Chief Counsel discussing the possible course of action to be taken in the Stonehill litigation in order to satisfy the outstanding tax liability and penalties with the sale of certain real property. Advice was requested for use in the litigation pending in the Central District of California, *US v. Stonehill*, Case Number 65-127.

**Stonehill FOIA – Chief Counsel Box 5**

5

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0341 through CCBox5-0344<br>CCbox5-0346 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 12/8/1979 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Marlene Gross, District Counsel, CC<br>R – M.C. Ferguson, Asst. Attorney General DOJ |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a four-page letter analyzing the legal ramifications of reaching a settlement agreement with a third party taxpayer and recommendations of CC. Document contains the identifying information of the taxpayer and indicates that there is an ongoing investigation of the taxpayer. Document 0346 is the one page response from DOJ about the potential settlement.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0350 through CCBox5-0352 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | Approximately January 1971 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – William McAleer, Director, Enforcement Div.<br>R – John Walters, Asst. Attorney General DOJ |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three-page letter providing DOJ with CC recommendations regarding litigation strategies in the tax cases of three third party taxpayers. Contains identifying and case information of the third parties. The document includes the attorney's impressions, legal analysis and opinions in relation to pursuing the cases.

**Stonehill FOIA – Chief Counsel Box 5**                                                                6

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0361<br>CCBox5-0362 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 7/15/1969 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – RA William Ragland<br>R – Chief, Foreign Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter requesting assistance in a locating a third party taxpayer for purposes of a testifying in a pending tax litigation. The information contained in the letter identifies the taxpayer. Number 0362 is a draft copy of the letter.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0363<br>CCBox5-0364 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Telegram | 7/15/1969<br>7/23/1969 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Department of the State<br>R – Foreign Operations Division, US Embassy Taipei |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are telegrams issued to find a third party taxpayer currently residing in a foreign country for purposes of tax litigation. Information in the documents identifies the taxpayer.

**Stonehill FOIA – Chief Counsel Box 5**                                                                              7

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0553 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 4/19/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Aaron Resnick, Asst. Regional Counsel<br>R – Donald Geerhart, Director, Tax Court Litigation |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is memorandum forwarding information concerning the tax case of two third party taxpayers. The document contains identifying information of the taxpayers and the litigation against them.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0720<br>CCBox5-0725<br>CCBox5-0726 (Duplicate of 0725)<br>CCBox5-0727 (Duplicate of 0720)<br>CCBox5-0729 (Duplicate of 0720) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda | 5/16/1969 (0720)<br>5/9/1969  (0725) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Donald Durkin, Chief, Foreign Oper. Div. (0720)<br>R – Revenue Service Representative Rome<br>A – RA William Ragland (0725)<br>R – Chief, Foreign Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memoranda requesting information concerning the financial activities of a third party taxpayer through the chain of command in the IRS. The request came from DOJ attorneys to the RA in order to obtain evidence for use in the criminal prosecution of other third party taxpayers as well as Stonehill. The documents contain identifying information of the third party taxpayers.

**Stonehill FOIA – Chief Counsel Box 5**

8

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0721 & CCBox5-0724 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 4/2/1969 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Robert Chandler, Revenue Service Rep. Rome<br>R – Chief, Foreign Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two-page memorandum that discusses the results of an attempt to obtain financial information of a third party taxpayer that was requested by DOJ attorneys. Document details the attempts and makes recommendations on how to proceed with obtaining the information in another manner. Contains identifying information of the third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0732 & CCBox5-0732A | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Postal Receipts | 1/16/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Director, International Operations<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the United States Postal Service's return receipt for mail sent to a third party taxpayer and contains the name of the third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0733<br>CCBox5-0739 through CCBox5-0742 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter<br>Tax Forms (0740-0742) | 1/12/1967 (0733), 1/27/1967(0739)<br>1/27/1967 (0739) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Director, International Operations (0733)<br>R – Third Party Taxpayer<br>A – Third Party Taxpayer Representative (0739)<br>R – C.I. Fox, Director, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0733 is a letter informing a third party taxpayer of an audit of their tax return. Document 0739 is the response letter from the taxpayer's attorney advising not to execute the tax forms. Tax forms are the ones sent to the taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0736<br>CCBox5-0738 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda | 8/31/1967 (0736)<br>9/27/1967 (0738) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney-Client Privilege<br>(b)(5) – Deliberative Process | A/R – John Sudel, Chief, Audit Division<br>R/A – Donald Durkin, Chief, Foreign Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memoranda seeking legal advice through the chain of command on the decision to audit and discussing potential issues with regard to the statute of limitations.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0743<br>CCBox5-0744 (Duplicate) | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda | 12/10/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative, Manila<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum discussing the potential audits of Brooks and a third party taxpayer. Redacted information includes identifying information of the taxpayer. Duplicate is an exact copy.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0759<br>CCBox5-0763 through CCBox5-0766 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda | 4/13/1964 (0759)<br>2/20/1964 (0763-0766) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative, Manila<br>R – Donald Durkin, Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are one-page memoranda written to update the intelligence division on the status of the investigations of Stonehill, Brooks and several third party taxpayers. Redacted information includes identifying information of the taxpayers. Numbers 0764-0766 are exact copies of 0763.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0762 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 4/20/1964 Approximately |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Unknown but appears to be page 2 of Document 0759<br>R – stamped as received by Exec. Asst., Director, International Operations |

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is the second page of a memo written to request assistance from collateral investigations in obtaining information for purposes of litigation. The document seems to refer to Stonehill and Brooks but given that several individuals involved in similar transactions were being investigated around the same time period, the taxpayer referred to cannot be confirmed with any certainty. However, given that it appears to be page 2 of Document 0759, it is likely that the taxpayers being investigated are Stonehill and Brooks.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0769 through CCBox5-0771 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 8/20/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – S.B. Wolfe<br>R – File |

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is the summary of a meeting involving several individuals to discuss cases they were pursuing. Redacted information is the name of a third party taxpayer. Numbers 0770 and 0771 are exact copies of 0769.

**Stonehill FOIA – Chief Counsel Box 5**                                                                              12

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox5-0772 & CCBox5-0773 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 2/26/1980 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Chief, Special Procedures Staff<br>R – Jerry Sekula, District Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum written in response to a request for information from counsel to IRS to obtain information for use in litigation. Document contains identifying information of three third party taxpayers.


| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| CCBox5-0774 throughCCBox5-0776<br>CCBox5-0777 throughCCBox5-0782 (Duplicates) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Lists | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – Unknown<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three-page list of documents intended to be used at trial. Describes the location of the document and its association with particular questions for witnesses. Numbers 0777-0782 are two exact copies of 0774-0776.