**Stonehill FOIA – Box 32**                                                                                                       8

| | | |
|---|---|---|
| Box32-0265 & Box32-0266 | 04/27/1962 | A – W.D. Christie, Office of International Operations<br>R – International Operations |
| Box32-0267, Box32-0270,<br>Box32-0273, Box32-0276<br>Box32-0279, Box32-0282,<br>Box32-0327, Box32-0330,<br>Box32-0349, Box32-0352,<br>Box32-0355, Box32-0358,<br>Box32-0361 | 4/30/1967 | A – None<br>R – None |
| Box32-0268, Box32-0269<br>Box32-0271, Box32-0272,<br>Box32-0274, Box32-0275,<br>Box32-0277, Box32-0278,<br>Box32-280, Box32-0281<br>Box32-0315 & Box32-0316<br>Box32-0326, Box32-0328,<br>Box32-0329, Box32-0347,<br>Box32-0348, Box32-0350,<br>Box32-0351, Box32-0353,<br>Box32-0354, Box32-0356,<br>Box32-0357, Box32-0359,<br>Box32-0360 | 4/27/1962 | A – W.D. Christie<br>R – Manhattan, NY Returns File Unit |
| Box32-0283 & Box32-0284<br>Box32-0317 through Box32-0325,<br>Box32-0331 through Box32-0346 | 4/27/1962 | R – Chicago, IL Returns File Unit |
| Box32-0285 through Box32-0314 | 5/1/1962 | R – San Francisco, CA Returns File Unit |

**BASIS FOR WITHHOLDING**                    **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103            W
(b)(5) – Attorney Work Product

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal requests and responses sent to and from various offices around the country and outside the country in an effort to obtain the tax returns of a third party taxpayer or to confirm that no returns had been filed. There are several because the returns could have been filed in any one of the locations and several filing years were requested. Document 0193 is a handwritten chart used to keep track of who responded and how the office responded to the requests. Document 0197 is a transmittal form forwarding the requests and briefly explaining why the third party taxpayer is being investigated. Documents 0267, 0270, 0273, 0276, 0279, 0282, 0327, 0330, 0349, 0352, 0355, 0358, and 0361 are cover sheets attached to the information and stamped with the date of receipt by the Manhattan Office. Many documents are duplicates. Documents listed as being received by the Returns File Unit are Records Request, Charge and Recharge Forms specific to the taxpayer and tax year requested. All documents are the return information of the same third party taxpayer.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box4-0362 | Unknown | A – Unknown<br>R – None |
| Box32-0363 | 5/27/1962 | A – Unknown<br>R – IRS Employee |
| Box32-0364 through Box32-0367 | 3/27/1962 | A – Ross V. Thompson<br>R – Brooklyn, NY and International Operations |
| Box32-0368 through Box32-0371 | 3/28/1962 | |
| Box32-0372 through Box32-0383 | 3/27/1962 | A – Approved by Ross V. Thompson<br>R – Brooklyn, NY Returns File Unit |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with § 6103 | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal requests and responses sent to and from various offices around the country and outside the country in an effort to obtain the tax returns of a third party taxpayer or to confirm that no returns had been filed. There are several filing years requested. Document 0362 is a handwritten chart used to keep track of who responded and how the office responded to the requests. Documents listed as being received by the Returns File Unit are Records Request, Charge and Recharge Forms specific to the taxpayer and tax year requested and some are duplicates. All documents are the return information of the same taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box32-0384 & Box32-0385 | P |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| IRS Form 7691-A Case Summary | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – S. W. Powers<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a summary of the agent's case against Stonehill (0384 is captioned in his name), Brooks (0385 is captioned in his name), Universal New York, Inc., and two third party taxpayers. Names of the third parties have been redacted.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box32-0387<br>Box32-0389<br>Box32-0390 & Box32-0391 (Duplicates of 0389) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 01/12/1966 (0387)<br>06/27/1966 (0389) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – W. A. Kolar, Director, Intelligence Division<br>R – C. I. Fox, Director, Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0387 forwards a memo updating the status of an investigation of a third party taxpayer who is mentioned by name and case number. Document 0389 is a request for a course of action with respect to the case of the same third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box32-0392 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 6/22/1966 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – William Hundley, Chief, Organized Crime and Racketeering Section<br>R – William Kolar, Director, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the recommendation of the Organized Crime and Racketeering Section on whether to pursue prosecution of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box32-0394 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 07/15/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Donald Durkin, Chief, Foreign Operations<br>R – Director, Intelligence Division, Attn: Raymond Fiellin |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document transmits a form and copy which close the case of a named third party taxpayer.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box32-0395<br>Box32-0396 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum<br>Numerical Card Index | 08/02/1962<br>April 1958 (Date Case Opened) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Robert L. Chandler, Revenue Service Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document relays the case numbers and IRS employee assigned regarding an investigation of the potential liability under the Internal Revenue Code of a third party taxpayer. Document 0396 is the card placed in the index of the file which provides a brief history of the case of the third party taxpayer, including the years under investigation.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box32-0397<br>Box32-0398 & Box32-0399 (Duplicates) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 10/03/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – W. A. Kolar, Director, Intelligence Division<br>R – C. I. Fox, Director, Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo informing the recipient that an investigation of a third party taxpayer for potential violations of the Internal Revenue Code has been terminated.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box32-0400 & Box32-0401<br>Box32-0402 & Box32-0403 (Duplicate)<br>Box32-0405 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 12/09/1965 (0400-0401)<br>12/14/1965 (0405) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Sterling Powers, Revenue Service Representative<br>R/A – Director, International Operations, Attn: Chief, Foreign Operations Division<br>R – Director, Intelligence Div., Attn: Andrew Hankowsky |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0400-0401 is a two page report of the criminal investigation for a third party taxpayer with respect to potential violations of the Internal Revenue Code. Document 0405 forwards the report.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box32-0406 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 07/15/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Donald Durkin, Chief, Foreign Operations, International Operations<br>R – Director, Intelligence Division Attn: William Mould |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document informs the recipient of the outcome of an investigation of a third party taxpayer for potential violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box32-0407<br>Box32-0408 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Transmittal Sheet | 12/09/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Sterling Powers, Revenue Service Representative<br>R – International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document transmits a memo and tax forms related to the investigation of a third party taxpayer for potential violations of the Internal Revenue Code. Taxpayer is identified by name.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box32-0409 | Unknown | A – Unknown<br>R – Unknown |
| Box32-0410 | 03/30/1962 | A – Unknown<br>R – Name looks like Inge |
| Box32-0411 | 03/27/1962 | A – Revenue Service Representative<br>R – International Operations |
| Box32-0412 through Box32-0414 | 04/02/1962 | A – Ross V. Thompson<br>R – International Operations |
| Box32-0415 through Box32-0431 | 4/3-4/10/62 | A – Ross V. Thompson<br>R – San Francisco, CA IRS Office |
| Box32-0432 through Box32-0459<br>Box32-0462 through Box32-0465 | 4/3-4/10/62 | A – International Operations, Headquarters DC<br>R – Returns File Unit, San Francisco, CA |
| Box32-0468 & Box32-0469<br>Box32-0471 through Box32-0474 | 4/2/1962 | A – International Operations, Headquarters, DC<br>R – Returns File Unit, International Operations |
| Box32-0460, Box32-0461,<br>Box32-0466, Box32-0467,<br>Box32-0470 | 4/26/1962 | A – Service Branch, International Operations<br>R – Ross V. Thompson, International Operations |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal requests and responses sent to and from various offices around the country and outside the country in an effort to obtain the tax returns of a third party taxpayer or to confirm that no returns had been filed. There are several because the return requests were for multiple years. Document 0409 is a handwritten chart used to keep track of who responded and how the office responded to the requests. Document 0410 is a handwritten list written instructing the recipient to requisition the returns of the third party taxpayer for the listed years. Document 0411 is a transmittal form forwarding the requests and briefly explaining why the third party taxpayer is being investigated. Documents listed as being received by the Returns File Unit are Records Request, Charge and Recharge Forms specific to the taxpayer and tax year requested. Several are duplicates. Documents 0460, 0461, 0466, 0467 and 0470 are memo routing slips forwarding the requested correspondence. All documents are the return information of the same third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box32-0475<br>Box32-0476 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum<br>Note | 5/17/1962<br>5/16/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – W.D. Christie, International Operations (0475)<br>R – John Walker, Acting Revenue Service Representative<br>A – Unknown (0476)<br>R – Name looks like Inge |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents reflect the results of a search for the tax returns of a third party taxpayer. Document 0475 transmits available returns and 0476 is a handwritten note directing the recipient to type up the memo and what it should contain.

| **DOCUMENT NUMBER(S)** | **DATE** | **Author (A) & Recipient (R)** |
|---|---|---|
| Box32-0477 | Unknown | A – Unknown<br>R – Unknown |
| Box32-0478, Box32-0479,<br>Box32-0482, Box32-0483,<br>Box32-0485 through Box32-0512 | 4/4/1962 | A – W.D. Christie, International Operations, Headquarters DC<br>R – Returns File Unit, San Francisco, CA |
| Box32-0480, Box32-0481,<br>Box32-0484 | 4/26/1962 | A – Service Branch, International Operations<br>R – Ross V. Thompson, International Operations |
| Box32-513 | 3/27/1962 | A – William Ragland, Revenue Service Rep.<br>R – International Operations |
| Box32-0516 through Box32-0532 | 4/4/1962 | A – Ross V. Thompson, Executive Assistant<br>R – San Francisco, CA IRS Office |
| Box32-0533 | 3/30/1962 | A – Unknown<br>R – Name looks like Inge |
| Box32-0534 | 5/17/1962 | A – W.D. Christie, International Operations<br>R – John Walker, Acting Revenue Service Rep. |

| **BASIS FOR WITHHOLDING** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal requests and responses sent to and from various offices around the country and outside the country in an effort to obtain the tax returns of a third party taxpayer or to confirm that no returns had been filed. There are several because the return requests were for multiple years. Documents listed as being received by the Returns File Unit are Records Request, Charge and Recharge Forms specific to the taxpayer and tax year requested. Several are duplicates. Documents 0480, 0481 and 0484 are memo routing slips forwarding the requested correspondence. Document 0513 is a transmittal form forwarding the requests and briefly explaining why the third party taxpayer is being investigated. Document 0533 is the unsigned, handwritten note requesting that the recipient requisition the listed returns for a third party taxpayer. Document 0534 is forwarding the retrieved returns to the Revenue Service Representative for investigative use and 0535 is the handwritten note instructing recipient as to 0534's contents. All documents are the return information of the same third party taxpayer.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box32-0514 through Box 32-0515 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Note and Correspondence Routing and Charge Sheet Form | 1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Federal Records Center (0515)<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0514 is a handwritten note about the contents of 0515 which is a routing slip forwarding copies of tax returns for a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 32-0536 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | 1/28/1963 – 2/12/1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten chart and dated notes of activities taken by the author with respect to the investigation of a third party taxpayer and attempts to obtain tax returns of the taxpayer for certain requested years.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box32-0537, Box32-0538<br>Box32-0544 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 7/12/1962 (0537 & 0544), 5/10/1962 (0538) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Ross V. Thompson, Executive Asst, International<br>R – Revenue Service Representative - Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents forward returns of a third party taxpayer to the Revenue Service Representative for use in an investigation of the taxpayer for violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box32-0539 through Box32-0543 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Note (0539 & 0541) | 4/26/1962 (0539) & 3/19/1962 (0541) |
| Request Sheets (0540 & 0543) | 4/27/1962 |
| Transmittal Form (0542) | 03/12/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Ross V. Thompson, International Operations (0540 & 0543), William Ragland, Revenue Service Rep. (0542), Unknown (remaining documents)<br>R – Name looks like Inge (0539 & 0541)<br>Manhattan, NY IRS Office (0540 & 0543)<br>Office of International Operations (0542) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents 0539 and 0543 are handwritten instructions regarding obtaining returns of a third party taxpayer. Documents 0540 & 0543 are confirming to which offices the requests for returns were sent to. Document 0542 is a handwritten transmittal requesting specified copies of tax returns for a certain tax year for a third party taxpayer and the reason the return is needed.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box32-0545 | 5/16/1962 | A – Unknown |
| Box32-0570 | 3/19/1962 | R – Name looks like Inge |
| Box32-0547 | 5/9/1962 | A – William Ragland and Sterling Powers, Revenue Service Representatives |
| Box32-0571 | 3/12/1962 | R – International Operations |
| Box32-0548 through Box32-0559 | 5/23/1962 | A – Ross V. Thompson, Executive Assistant |
| Box32-0562 through Box32-0564 | | R – Manhattan, NY IRS Office |
| Box32-0560 & Box32-0561 | 5/23/1962 | A – W.D. Christie, International Operations |
| Box32-0565 & Box32-0566 | | R – Returns File Unit, Manhattan, NY |
| Box32-0567 | 5/28/1962 | A – Director, IRS Manhattan NY<br>R – None |
| Box32-0568 & Box32-0569 | 9/10/1962 | A – Ross Thompson, Executive Assistant to the Director, International Operations<br>R – Revenue Service Representative, Manila |
| Box32-0572 through Box32-0587 | 3/23/1962 | A – Ross Thompson, International Operations<br>R – Baltimore, MD IRS Office |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal requests and responses sent to and from various offices around the country and outside the country in an effort to obtain the tax returns of a third party taxpayer or confirm that no returns had been filed. There are several because the return requests were for multiple years. Documents 0545 and 0570 are handwritten lists instructing the recipient to requisition the returns of the third party taxpayer for the listed years. Documents 0547 and 0571 are transmittal forms forwarding the requests and briefly explaining why the third party taxpayer is being investigated. Documents listed as being received by the Returns File Unit are Records Request, Charge and Recharge Forms specific to the taxpayer and tax year requested. Several are duplicates. Document 0567 is a cover page that has been stamped to note the date the requests were received. Documents 0568 & 0569 are memoranda informing the Revenue Service Representative of the fact that the requests had been made and the result of the requests. All documents are the return information of the same third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box32-0596, Box32-0598<br>Box32-0599 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Note (0596)<br>Letter (0598)<br>IRS Form 17 (0599) | Unknown<br>9/19/1961<br>9/15/1961 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown (0596)<br>R – Unknown<br>A – Third Party Taxpayer Representative (0598)<br>R – Director of International Operations<br>A – IRS (0599)<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0596 is a handwritten note about the interest calculations which are the subject of the letter (0598) wherein the third party taxpayer's representative is requesting an explanation of the interest charge and the calculations. Document 0599 is a statement of income tax due.

**Stonehill FOIA – Box 32**                                                                 20

### DOCUMENT NUMBER(S)

Box32-0600, Box32-0601, Box32-0609

### WITHHELD IN FULL (W) OR IN PART (P)

W

### TYPE OF DOCUMENT

Letter

### DATE OF DOCUMENT

10/13/1961 (0600), 10/19/1961 (0601), 12/9/1963 (0609)

### BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103

### AUTHOR (A) & RECIPIENT (R)

A/R – Director of International Operations
R/A – Third Party Taxpayer and Representative
A – Third Party Taxpayer Representative
R – District Director of Internal Revenue, NY

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document 0609 is a letter remitting payment for taxes owed by the third party taxpayer. Document 0600 explains the calculations of interest on the monies owed and 0601 disputes the calculations made by the IRS.

### DOCUMENT NUMBER(S)

Box32-0622 through Box32-0650
Box32-0654 through Box32-0673
Box32-0676 through Box32-0681

### WITHHELD IN FULL (W) OR IN PART (P)

W

### TYPE OF DOCUMENT

Memorandum, Certificate of Assessments and Payments, Request For Transcript of Account, Requests for Income Tax Returns, Note, Records Request, Charge and Recharge Form

### DATE OF DOCUMENT

Various Dates

### BASIS FOR WITHHOLDING

(b)(3) in conjunction with § 6103

### AUTHOR (A) & RECIPIENT (R)

A – Various IRS Employees and Offices
R – Various IRS Employees and Offices

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents were collected regarding the examination of two third party taxpayers, and consist of a memorandum seeking records regarding the taxpayers and the records obtained. Document 643 is a transmittal accompanying a request for records concerning another taxpayer. Document 0646 is a

memorandum from the Revenue Service Representative to the Office of International Operations discussing the nature of the tax information obtained and the additional tax information needed.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box32-0682 through Box32-0685<br>Box32-0689 through Box32-0730 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Chart (0682), Memoranda,<br>Tax Returns (0690-0730)<br>Envelope (0685) | Memos: 05/03/1962 (0683) & 05/01/1962 (0684 & 0689)<br>No dates for handwritten notes and tax returns |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | Memoranda only:<br>A – Ross V. Thompson, Executive Assistant<br>R – Robert L. Chandler, Revenue Service Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0682 is a handwritten chart documenting whether requested returns of a third party taxpayer had been received by the author, where the returns are located and dates of receipt. Memos are forwarding copies of the requested returns. Document 0685 is the envelope attached to the documents received from one of the field offices. Remaining documents are the actual returns of the third party taxpayer. All documents are the returns and return information of same third party.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box32-0731 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 2/12/1953 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Head, Collection Division<br>R – Head, Audit Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo forwarding a request from a third party taxpayer for an adjustment to the party's tax liability as previously filed.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box32-0732 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 2/18/1953 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Director, Collector of Internal Revenue<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo informing the third party taxpayer that he/she will be receiving a refund based on a previous request for adjustment to the taxpayer's liability.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box32-0733 through Box32-0824 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Request for adjustment file | Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS Revenue Agent<br>R – Third Party Taxpayer and File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the file of a third party taxpayer that requested an adjustment to the previously calculated US income tax liability. The file includes the taxpayer's Application for Tentative Carry-Back Adjustment, Form 1357 Interest Worksheet, notes of the examining officer, copies of tax returns of the third party taxpayer, and documents containing proposed and actual results of the audit.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box32-0825 | 03/23/1962 | A – Unknown |

| | | |
|---|---|---|
| Box32-0827 | 03/19/1962 | R – Name looks like Inge<br>A – William Ragland, Revenue Service Rep. |
| Box32-0828 through Box32-0839 | 03/27/1962 | R – International Operations<br>A – Ross V. Thompson |
| Box32-0840 | 04/2/1962 | R – Jacksonville, FL IRS Office<br>A – Unknown |
| Box32-0841 & Box32-0842 | 03/27/1962 | R – W.D. Christie, International Operations, DC<br>A – International Operations, Headquarters DC |
| Box32-0843 through Box32-0845 | 1/24/1962 | R – Returns File Unit, Jacksonville, FL<br>A – Executive Assistant to Director, International |
| Box32-0846 & Box32-0847 (Copy) | 1/23/1962 | R – Mrs. Frey (0843) & District Director, Jacksonville, FL IRS Office (0844 & 0845)<br>A – Laurie Tomlinson, Jacksonville District Office |
| Box32-0848 | Unknown | R – Ross V. Thompson, International Operations<br>A – Unknown<br>R – Unknown |

**BASIS FOR WITHHOLDING**          **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103         W

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal requests and responses sent to and from various offices around the country and outside the country in an effort to obtain the tax returns of a third party taxpayer or to confirm that no returns had been filed. There are several because the return requests were for multiple years. Document 0825 is a handwritten note instructing the recipient to requisition the returns of the third party taxpayer for the listed years. Document 0827 is a transmittal form forwarding the requests and briefly explaining why the third party taxpayer is being investigated. Document 0840 is a Memo Routing Slip which was used to inform the recipient that the request for the third party's tax returns had been made. Documents listed as being received by the Returns File Unit are Records Request, Charge and Recharge Forms specific to the taxpayer and tax year requested. Document 0843 is a request to mail document 0845 (0846 is a duplicate of 0845) which is a memo forwarding requested returns of the third party taxpayer. Document 0846 is a telegram requesting that returns sent to International be returned to the District Office for their immediate use. Document 0848 is a handwritten chart documenting what returns have been received, where they are currently located and date of receipt. All documents are the return information of the same third party taxpayer.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box32-0849 | 10/18/1966 | A – Eric Harvey, Revenue Service Representative<br>R – International Operations, Washington, DC |
| Box32-0850<br>Box32-0851 (Duplicate) | 09/23/1966 | A – Donald Durkin, Chief, Foreign Operations Div.<br>R – Revenue Service Representative, Manila |
| Box32-0852 | 12/27/1963 | A – Harry O. Swanson, Executive Assistant, International Operations<br>R – Chief, Audit Division |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are one page memos discussing the case of a third party taxpayer and forwarding information to address issues raised in the litigation of the taxpayer's case in the US Tax Court for liabilities arising from potential violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box32-0854 | 08/12/1965 | A – Mr. Berger<br>R – Mr. J. Harrell, International Operations |
| Box32-0855 through Box32-0867 | Unknown | A – Unknown<br>R – Unknown |
| Box32-0868 | 1/7/1964 | A – M.P. McCormack, Coordinator Field Audit Activity<br>R – William Shulman |
| Box32-0869 through Box32-0890 | 05/25/1962 | A – Third Party Taxpayer Representative<br>R – U.S. Consul General, U.S. Embassy, Manila |
| Box32-0891 | 02/14/1964 | A – Morris Altabef, Revenue Agent<br>R – Supervisor - Field Audit Group #08 |
| Box32-0892 | 02/17/1964 | A – M.P. McCormack, Coordinator Field Audit Activity<br>R – Executive Assistant to Director |
| Box32-0893 | Unknown | A – Unknown<br>R – Unknown |
| Box32-0894 | 07/18/1962 | A – C. I. Fox, Director, International Operations<br>R – Third Party Taxpayer Representative |
| Box32-0895 | 06/21/1962 | A – R. G. Clucas<br>R – Mr. Christie |
| Box32-0896 | 07/16/1962 | A – Signed Christie<br>R – Unknown |
| Box32-0897 | 06/04/1962 | A – Ross, Executive Assistant to Director<br>R – Mr. Christie |

**Stonehill FOIA – Box 32**                                                                 25

| | | |
|---|---|---|
| Box32-0898 | 04/09/1962 | A – Ross Thompson, Executive Assistant to Director |
| | | R – Revenue Service Representative, Manila |
| Box32-0899 | 04/09/1962 | A – Unknown |
| | | R – Name looks like Inge |
| Box32-0900 through Box32-0902 | 03/23/1962 | A – Ross V. Thompson |
| | | R – Manhattan, NY Returns File Unit |
| Box32-0903 through Box32-0921 | | A – Third Party Taxpayer |
| | | R – IRS |
| Box32-0922 | 07/22/1963 | A – Third Party Taxpayer Representative |
| Box32-1278 (Duplicate) | | R – Robert Chandler, Revenue Service Rep., Manila |
| Box32-0923 | 08/26/1964 | A – W.D. Christie |
| | | R – Mr. DeLuca |
| Box32-0924 | 05/04/1964 | A – Revenue Service Representative, Manila |
| Box32-0925 & Box32-0926 (Duplicates) | | R – Office of International Operations, DC |
| Box32-0927 | 04/29/1964 | A – Third Party Taxpayer Representative |
| | | R – Robert Chandler, Revenue Service Rep., Manila |
| Box32-0928 | 05/04/1964 | A – Robert Chandler, Revenue Service Representative, Far East |
| | | R – Third Party Taxpayer Representative |
| Box32-0929 | 09/24/1962 | A – William Ragland, Revenue Agent |
| | | R – Executive Assistant to the Director, Attn: Chief, Intelligence Division |
| Box32-0930 | 06/02/1964 | A – C. I. Fox, Director, International Operations |
| | | R – Third Party Taxpayer Representative |
| Box32-0931 through Box32-0934 | | A – Third Party Taxpayer |
| | | R – IRS |
| Box32-0935 | 04/15/1964 | A – Third Party Taxpayer Representative |
| | | R – Office of International Operations, Manila |
| Box32-0936 through Box32-0940 | | A – Third Party Taxpayer |
| | | R – IRS |
| Box32-0941 | 05/11/1964 | A – Third Party Taxpayer Fiduciary |
| Box32-0952 (Duplicate) | | R – Director of International Operations |
| Box32-0942 through Box32-0945 | | A – Third Party Taxpayer |
| | | R – IRS |
| Box32-0946 | 04/15/1964 | A – Third Party Taxpayer Representative |
| | | R – Office of International Operations |
| Box32-0947 through Box32-0951 | Unknown | A – Unknown |
| | | R – Unknown |
| Box32-0953 & Box32-0954 | 05/29/1962 | A – Third Party Taxpayer Representative |
| | | R – Internal Revenue Service, U.S. Embassy, Manila, Philippines |
| Box32-0955 | 05/31/1962 | A – Acting Revenue Service Representative |
| | | R – International Operations |
| Box32-0956 | 06/06/1962 | A – Ross V. Thompson |
| | | R – Office of International Operations |

**Stonehill FOIA – Box 32**                                                                                    26

| Box | Date | A / R |
|---|---|---|
| Box32-0957 | 06/04/1962 | A – Unknown<br>R – Name looks like Inge |
| Box32-0958 | 05/09/1962 | A – Ross Thompson, Executive Assistant, International Operations<br>R – John Walker, Acting Revenue Service Representative, Manila |
| Box32-0959 | 04/30/1962 | A – Ross Thompson, Executive Assistant<br>R – John Walker, Acting Revenue Service Representative – Manila |
| Box32-0960 | 04/22/1962 | A – Unknown<br>R – Name looks like Inge |
| Box32-0961 | 04/30/1962 | A – Ross Thompson, Executive Assistant<br>R – John Walker, Acting Revenue Service Representative – Manila |
| Box32-0962 | 03/19/1962 | A – Unknown<br>R – Name looks like Inge |
| Box32-0963 | 03/12/1962 | A – Revenue Service Representative<br>R – Office of International Operations |
| Box32-0964 & Box32-0965 | 03/22/1962 | A – Ross V. Thompson<br>R – Office of International Operations |
| Box32-0966 through Box32-0970 | 03/23/1962 | A – Ross V. Thompson<br>R – Office of International Operations |
| Box32-0971 | 12/03/1962 | A – Ross, Executive Asst. to the Director<br>R – Mr. Christie |
| Box32-0972 | 07/11/1966 | A – RHR<br>R – Mr. Powers |
| Box32-0973 | 07/05/1966 | A – Sterling Powers, Revenue Service Representative<br>R – Office of International Operations, DC |
| Box32-0974 | 05/16/1966 | A – Third Party Taxpayer Representative<br>R – George LeBlanc, Chief, Trial Branch, Tax Court Division IRS |
| Box32-0975 through Box32-0980 | 05/16/1966 | A – Third Party Taxpayer Representative<br>R – Third Party |
| Box32-0981 & Box32-0982 | 05/16/1966 | A – Third Party Taxpayer Representative<br>R – Third Party |
| Box32-0983 through Box32-0986 | 05/09/1966 | A – Third Party<br>R – Third Party |
| Box32-0987<br>Box32-0988 (Duplicate) | 07/05/1966 | A – Sterling Powers, Revenue Service Representative<br>R – Office of International Operations, DC |
| Box32-0989 | 11/16/1965 | A – Unknown<br>R – Unknown |
| Box32-0990 through Box32-1036 | Unknown | A – Unknown<br>R – Unknown |
| Box32-1037 | 12/15/1965 | A – B. Suarez<br>R – Mr. G. L. LeBlanc |
| Box32-1038 | 11/26/1965 | A – Unknown |

| | | |
|---|---|---|
| Box32-1039 (Duplicate) | | R – Unknown |
| Box32-1040 | 11/19/1965 | A – Donald Durkin, Chief, Foreign Operations |
| Box32-1041 & Box32-1042 (Duplicates) | | R – Chief Counsel, Attention: G. S. LeBlanc |
| Box32-1043 through Box32-1051 | 11/21/1962 | A – C. L. Fox, Director, Office of International Operations and Third Party Taxpayer Representative |
| Box32-1063 through Box32-1065 (Partial Copy) | | |
| Box32-1086 through Box32-1088 (Partial Copy) | | |
| Box32-1438 through Box32-1446 (Duplicate) | | R – File |
| Box32-1052 through Box32-1057 | 04/01/1963 | A – C. I. Fox, Director, International Operations |
| | | R – Third Party Taxpayer Representative |
| Box32-1058 through Box32-1060 | 10/21/1964 | A – C.I. Fox, Director, International Operations |
| | | R – Chief Counsel, Initials GJLeB |
| Box32-1061 | 08/12/1965 | A – Unknown |
| Box32-1062 & Box32-1082 (Duplicates) | | R – File |
| Box32-1066 through Box32-1068 | 11/23/1962 | A – Third Party Taxpayer Representative |
| Box32-1089 through Box32-1091 (Duplicates) | | R – Financial Institutions |
| Box32-1069 | 10/12/1964 | A – BSuarez, Chief Counsel Attorney |
| Box32-1092 (Duplicate) | | R – Unknown |
| Box32-1070 & Box32-1071 | 11/27/1962 | A – Financial Institution |
| Box32-1093 & Box32-1094 (Duplicate) | | R – Third Party Taxpayer Representative |
| Box32-1072 | 11/30/1962 | A – Financial Institution |
| Box32-1095 (Duplicate) | | R – Financial Institution & Third Party Taxpayer Rep. |
| Box32-1073 | 11/04/1962 | A – Financial Institution |
| Box32-1096 (Duplicate) | | R – Third Party Taxpayer Representative |
| Box32-1074 | 12/07/1962 | A – Financial Institution |
| Box32-1097 & Box32-1107 (Duplicates | | R – Financial Institution |
| Box32-1075 | 12/12/1962 | A – Financial Institution |
| Box32-1098 & Box32-1106 (Duplicates) | | R – Third Party Taxpayer Representative |
| Box32-1076 | 01/14/1963 | A – Financial Institution |
| Box32-1099 (Duplicate) | | R – Third Party Taxpayer Representative |
| Box32-1077 & Box32-1078 | 01/18 & 3/1/1963 | A – Financial Institution |
| Box32-1100 & Box32-1101 (Duplicates) | | R – Third Party Taxpayer Representative |
| Box32-1079 | 11/27/1962 | A – Financial Institution |
| Box32-1102 (Duplicate) | | R – Third Party Taxpayer Representative |
| Box32-1080 & Box32-1081 | 06/03/1962 | A – Financial Institution |
| Box32-1103 & Box32-1104 (Duplicates) | | R – Third Party Taxpayer Representative |
| Box32-1083 through Box32-1085 | Unknown | A – Unknown |
| | | R – Unknown |
| Box32-1105 | 1/31/1962 | A – C.I. Fox, Director, International Operations |
| | | R – Third Party Taxpayer Representative |

**BASIS FOR WITHHOLDING**                                **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103                        W
(b)(5) – Attorney Work Product