**Stonehill FOIA – Box 33**

Box33-1282 through Box33-1284A 03/22/1962 A – W.D. Christie, International Operations
R – Returns File Unit, Baltimore, MD

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the file of a third party taxpayer who is under investigation for potential violations of the Internal Revenue Code. Document 1248A is a file folder labeled with the taxpayer's name. Document 1248B is a handwritten chart used to track the receipt of returns requested for the taxpayer from the field office. Document 1249 is an internal memo discussing the request for returns and the taxpayer's filing history. Document 1250 is a handwritten note instructing the recipient to make requests for the specified tax returns of the third party. Document 1251 is transmittal memo briefly detailing why the investigation of the taxpayer is necessary. Documents 1252-1261 are internal confirmation forms confirming that the requests for the returns were made. Documents 1262-1263A, 1265, 1265A, 1267, 1267A, 1269, 1269A, 1271-1273A, 1275, 1275A, 1277, 1277A and 1282-1284A are Records Request, Charge and Recharge forms requesting specific tax returns of the third party from the field office. Documents 1264, 1266, 1268, 1270, 1274, 1276 and 1279-1281 are internal Memo Routing Slips forwarding information about the taxpayer's tax returns. All documents are the return information of the same third party taxpayer.

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box33-1284B | None | A – Unknown<br>R – None |
| Box33-1285 & Box33-1286 | 02/26/1964 | A – Revenue Service Representative<br>R – Executive Assistant, International Operations |
| Box33-1287 | 02/05/1964 | A – Executive Assistant to Director<br>R – Mr. Hueston, Mr. Christie, Suarez |
| Box33-1288 & Box33-1289 | 01/29/1964 | A – Revenue Service Representative |
| Box33-1290 through Box33-1293 | (Duplicates) | R – Executive Assistant |

| .BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 1284B is the file folder labeled with the name of the third party taxpayer and document 1287 is a Memo Routing Slip sending a brief note to the recipients about the taxpayer. All other documents are internal memos discussing the investigation of the taxpayer for potential violations of the Internal Revenue Code.

**Stonehill FOIA – Box 33**

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box33-1293A | None | A – Unknown<br>R – None |
| Box33-1293B | None | A – Unknown<br>R – None |
| Box33-1294 | 11/30/1962 | A – Revenue Service Representative, Manila<br>R – Executive Assistant, International Operations |
| Box33-1295 | Unknown | A – Unknown<br>R – Unknown |
| Box33-1296 through Box33-1298 | 07/30/1962 | A – Ross V. Thompson, Executive Assistant<br>R – Manhattan, NY IRS Field Office |
| Box33-1299 | 07/25/1962 | A – Unknown<br>R – Name looks like Inge |
| Box33-1300 | 07/20/1962 | A – Ross, Executive Assistant to the Director<br>R – Christie |
| Box33-1301 | 07/16/1962 | A – Revenue Service Representative<br>R – Office of International Operations |
| Box33-1361 through Box33-1362A | 07/30/1962 | A – W.D. Christie, International Operations<br>R – Returns File Unit, Manhattan, NY |
| Box33-1363 | 09/14/1962 | A – Executive Assistant to the Director<br>R – Service Branch |
| Box33-1364 & Box33-1364A | 07/30/1962 | A – W.D. Christie, International Operations<br>R – Returns File Unit, Manhattan, NY |
| Box33-1365 | 07/12/1962 | A – Third Party Taxpayer Representative<br>R – IRS |
| Box33-1366 | 05/22/1962 | A – R. Sobel<br>R – Returns File Unit & Index Unit |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are the file of a third party taxpayer who is under investigation for potential violations of the Internal Revenue Code. Document 1293A is a file folder labeled with the taxpayer's name. Document 1293B is a handwritten chart used to track the receipt of returns requested for the taxpayer. Document 1294 is an internal memo forwarding the requested returns. Document 1295 is handwritten notes about the taxpayer's activities. Document 1299 is a handwritten note instructing the recipient to make requests for the specified tax returns of the third party. Document 1301 is transmittal memo briefly detailing why the investigation of the taxpayer is necessary.

**Stonehill FOIA – Box 33**

Documents 1296-1298, 1364, 1364A and 1366 are internal confirmation forms confirming the requests were made.  Documents 1361-1362A are Records Request, Charge and Recharge forms requesting specific tax returns of the third party from the field office.  Documents 1300 and 1363 are internal Memo Routing Slips forwarding information about the taxpayer's tax returns.  Document 1365 is an envelope with the return address of the Third Party Taxpayer Representative.  All documents are the return information of the same third party taxpayer.

**Stonehill FOIA – Box 29**

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box 29-0098 & Box 29-0099 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 5/18/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Joseph Salus, Acting Chief, Review and Appeals Branch<br>R –C.I. Fox, Director, International Operations<br>Donald F. Durkin, Executive Assistant |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is two page memorandum discussing the IRS examiner's changing views on income associated with Stonehill and Brooks and the reasons for those changes. Document makes recommendations as to current approach to be adopted.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box 29-0159 & Box 29-0159(A) | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 4/6/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Acting Executive Assistant to Director<br>R –Revenue Service Representative, Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a signed one page memorandum and a duplicate stamped signed copy. Memorandum is forwarding documents and microfilmed prints. A paragraph referring to the requisitioning of a third party taxpayer's tax returns and other records has been redacted.

**Stonehill FOIA – Box 29**

2

**DOCUMENT NUMBER(S)**

Box 29-0160 through Box 29-0241

**WITHHELD IN FULL (W) OR IN PART (P)**

W

**TYPE OF DOCUMENT**

Report

**DATE OF DOCUMENT**

5/14/1964

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103
(b)(5) – Deliberative Process

**AUTHOR (A) & RECIPIENT (R)**

A – Paul H. Wall, Special Agent, Intelligence Division
R – District Director of Internal Revenue, Chief,
Intelligence Division

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is 70 page report from the agent providing a detailed analysis of the investigation for tax evasion by a third party taxpayer, including background information, detailed financial history and recommendations for follow-up to the investigation.

**DOCUMENT NUMBER(S)**

Box 29-0257

**WITHHELD IN FULL (W) OR IN PART (P)**

P

**TYPE OF DOCUMENT**

Partial Memorandum

**DATE OF DOCUMENT**

Unknown

**BASIS FOR WITHHOLDING**

(b)(3) in conjunction with § 6103

**AUTHOR (A) & RECIPIENT (R)**

A – Unknown
R – Unknown

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is page three of a memorandum of indeterminate length that discusses the tax liability of Stonehill and Brooks. Redacted portion reveals the fact of pending criminal prosecution and contains identifying information of a third party taxpayer.

**Stonehill FOIA – Box 29**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 29-0269 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Partial Memorandum | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is page fifteen of a memorandum discussing the potential ability of the IRS to sustain criminal prosecution of certain third party taxpayers as well as Stonehill and Brooks based on the evidence and its potential admissibility.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 29-0295 through Box 29-0299<br>Box 29-0302 through Box 29-0308<br>Box 29-0312 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Transmittals | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Deliberative Process | A – Revenue Service Representative<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are transmittal forms, with "remarks" from the representative written/typed thereof, for seven third party taxpayers. Documents request certain tax returns for the taxpayers. Certain of documents provide background information as to why taxpayers should be investigated for potential liability under the Internal Revenue Code.

**Stonehill FOIA – Box 29**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 29-0322 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 3/16/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Client Privilege<br>(b)(5) – Attorney Work Product | A – Fred B. Ugast, Chief, General Litigation Section<br>R – Donald F. Durkin, Chief, Foreign Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is letter from Department of Justice to IRS discussing a second letter requesting that the Department of State ascertain the availability of potential witnesses for use in litigation against Stonehill.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 29-0323, Box 29-0324 (Duplicate)<br>Box 29-0325 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda | 3/18/1966 (0323), 3/14/1966 (0324) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Client Privilege<br>(b)(5) – Attorney Work Product | A – Donald F. Durkin, Chief, Foreign Operations Division<br>R – Sterling Powers, Revenue Service Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents 0323 and 0324 are two copies of a memorandum dated 3/18/1966, concerning the Revenue Service Representative's briefing the U.S. Ambassador to the Philippines regarding the Harry S. Stonehill litigation and further actions the representative should take with respect to the investigation. Document 0325 is a memorandum dated 3/14/1966, regarding affidavits and a list of witnesses relating to the investigation of Stonehill's US income tax liability. This information

**Stonehill FOIA – Box 29**                                                                 **5**

was needed for the preparation of the pending cases against Harry S. Stonehill and Robert P. Brooks.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 29-0333<br>Box 29-0334 (Duplicate)<br>Box 29-0349 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 1/27/1966 (0333), 1/13/1966 (0349) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Donald F. Durkin, Chief, Foreign Operations Division<br>R – Sterling Powers, Revenue Service Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memoranda discussing the status of a recommendation to obtain particular documents relating to Stonehill.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 29-0338 through Box 29-0340 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 3/25/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Sterling W. Powers<br>R – Honorable William McC. Blair, Jr., American<br>      Ambassador to the Philippines |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are three copies of a letter regarding obtaining permission from the Philippine government to have Philippine witnesses made available to testify in the Southern District of California case against Harry S. Stonehill. Information was being obtained in preparation for the

**Stonehill FOIA – Box 29**

trial against Harry S. Stonehill and Robert P. Brooks for potential violations of the Internal Revenue Code.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box 29-0350 and Box 29-0352 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 1/11/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – William F. McAleer, Director, Enforcement Division |
| (b)(5) – Deliberative Process | R – Donald F. Durkin, Executive Assistant, Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum, with page 2 missing, regarding documents and correspondence transmitted from the Revenue Service Representative to the Enforcement Division. Document contains answers to certain questions raised about particular materials relating to Stonehill and Brooks litigation, such as the necessary of obtaining certification and authentication of particular documents and of obtaining additional documents.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box 29-0356 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 4/30/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Acting Executive Assistant to Director, Office of International Operations |
| (b)(5) – attorney work product | R – Edward Banas, Intelligence Division |

**Stonehill FOIA – Box 29**                                                                    **7**

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum about the travel schedule of Sterling Powers relating to Stonehill case and to another case with which Powers was involved, which had been scheduled for trial. The memoranda relates to a request by DOJ that Powers be available to work on the other case.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 29-0358<br>Box 29-0359<br>Box 29-0360 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 4/21/1965 (0358), 4/19/1965 (0359) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – William McAleer, Director, Enforcement Div. (0358)<br>R – H. Alan Long, Director, Intelligence Division<br>A – Fred Folson, Chief, Criminal Sec., DOJ Tax (0359)<br>R – Mitchell Rogovin, Chief Counsel<br>A – Acting Executive Assistant to Director, Office of<br>    International Operations (0360)<br>R – Edward Banas, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a series of one page memoranda about Power's availability for a case located in the Far East Region that had been scheduled for trial. The case is not related to the investigation of Harry S. Stonehill or Robert P. Brooks.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 29-0361 & Box 29-0362 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Notes | Undated |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS Employee<br>R – File |

Stonehill FOIA – Box 29

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are handwritten notes containing personal and financial information of a third party taxpayer who is under investigation for potential violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 29-0364 & Box 29-0365 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 12/09/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative<br>R – Chief, Foreign Operations Division |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a memorandum detailing the investigation into whether a third party taxpayer had engaged in income tax evasion in violation of the Internal Revenue Code. Document includes the results of the investigation.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 29-0366<br>Box 29-0367 (Duplicate) | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 10/19/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Chief, Foreign Operations Division<br>R – Revenue Service Representative, Manila |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a memorandum detailing the investigation concerning the US income tax liabilities of a third party taxpayer. The memorandum requests a final report of the findings from the Revenue Service Representative.

**Stonehill FOIA – Box 29**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 29-0368 & Box 29-0369 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 8/02/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Chief, Intelligence Division<br>R – Robert Chandler, Revenue Service Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two copies of a memorandum assigning a case number to the investigation of third party taxpayer for potential violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 29-0375 & Box 29-0376 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 3/26/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – H. Alan Long, Director, Intelligence Division<br>R – C.I. Fox, Director, Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two copies of a memorandum regarding a potential witness to the investigation of the US income tax liability of Harry S. Stonehill and Robert P. Brooks. The redacted portion discusses the actions of the third party taxpayer, who is under investigation for violations of the Internal Revenue Code.

**Stonehill FOIA – Box 29**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 29-0383 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum for the File | 8/20/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – S.B. Wolfe |
| (b)(5) – Deliberative Process | R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the summary of a meeting to discuss the status of the civil and criminal cases against Stonehill and Brooks.  Document includes recommendations as to future actions. Document includes a reference to the investigation of a named third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 29-0389 & Box 29-0390 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Chief Counsel Attorney |
| (b)(5) – Deliberative Process | R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are pages 4 and 5 of a memorandum discussing the cases against Stonehill and Brooks and discussing factually related cases against third party taxpayers.  Pages discuss defenses and other issues likely to arise at Stonehill and Brooks trial and the pre-trial preparations for dealing with them.

**Stonehill FOIA – Box 32**                                                                          1

**DOCUMENT NUMBER(S)**          **WITHHELD IN FULL (W) OR IN PART (P)**

Box32-019                        W

**TYPE OF DOCUMENT**             **DATE OF DOCUMENT**

Letter                           08/03/1962

**BASIS FOR WITHHOLDING**        **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103    A – C. I. Fox, Director of International Operations
(b)(5) – Attorney Work Product       R – US Immigration and Naturalization Service

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document requests information regarding visas obtained by one third party taxpayer for use in the investigation of the party's potential liability under the Internal Revenue Code.


**DOCUMENT NUMBER(S)**          **WITHHELD IN FULL (W) OR IN PART (P)**

Box32-020                        W

**TYPE OF DOCUMENT**             **DATE OF DOCUMENT**

Memorandum                       04/20/1962

**BASIS FOR WITHHOLDING**        **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103    A – Ross Thompson, Executive Assistant to Director
                                     R – Robert L. Chandler, Revenue Service Representative

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is forwarding information about the income tax returns of a third party that were requested by Chandler for use in his investigation of the taxpayer for potential liabilities under the Internal Revenue Code.

**Stonehill FOIA – Box 32**                                    **2**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box32-025, Box32-026<br>Box32-027, Box32-028 (Duplicate of 027)<br>Box32-063 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letters | 10/18/1961 (025), 10/19/1961 (026)<br>9/19/1961 (027), 12/9/1963 (063) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A/R – Director of International Operations<br>R/A – Third Party Taxpayer and Representative<br>R – District Director of IRS, New York, NY (063) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 025 is a letter sent in response to the inquiry of the third party's representative and answers questions with respect to the computation of interest on the taxpayer's tax liability. Document 026 is the letter from the taxpayer's representative responding to 025 and again questioning how the interest was calculated.  Document 027 is forwarding a copy of a tax form and requesting information about how the interest was calculated on the taxpayer's outstanding tax liability.  Document 063 forwards the taxpayers return for filing and a check for payment of the computed tax liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box32-0077 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 06/10/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Houstin Shockey, Chief, International Operations<br>R – Director, International Operations, Attn: Donald Durkin |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo confirming an oral request to obtain information concerning a third party taxpayer for use in the determination of the taxpayer's potential liability under the Internal Revenue Code.

**Stonehill FOIA – Box 32**                                                                 **3**

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box32-064 | 10/19/1965 | A – Donald Durkin, Chief, Foreign Operations<br>R – Revenue Service Representative, Manila |
| Box32-065 | 7/15/1966 | A – Donald Durkin, Chief, Foreign Operations<br>R – In-Service Racketeer Program |
| Box32-066 | 7/15/1966 | A – Donald Durkin, Chief, Foreign Operations<br>R – Director, Intelligence Div., Attn: William Mould |
| Box32-067 & Box32-068 | 12/9/1965 | A – Sterling Powers, Revenue Service Rep. Manila<br>R – Director, International Operations |
| Box32-069 | 1/4/1966 | A – William McAleer, Director, Enforcement Div.<br>R – William Kolar, Director, Intelligence Division |
| Box32-070 | 1/12/1966 | A – William Kolar, Director, Intelligence Division<br>R – C.I. Fox, Director, International Operations |
| Box32-071 | 3/22/1962<br>(Approximately) | A – Special Agent<br>R – International Operations |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with § 6103 | W |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are a series of memoranda and internal IRS forms transmitting and discussing the investigation of a third party taxpayer and the taxpayer's potential liability for violations of the Internal Revenue Code.  Document 065 is a Racketeer Action Report, IRS Form 2536, containing the status of the investigation of the third party taxpayer.

**Stonehill FOIA – Box 32**                                                    **4**

---

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box32-078 & Box32-079<br>Box32-080 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda | 08/22/1966 (078-079)<br>9/2/1966 (080) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Sterling Powers, Revenue Service Representative<br>R/A – Chief, Foreign Operations, International Operations<br>R – George LeBlanc, Tax Court Division, Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents 078-079 are a two page memo discussing the status of a case of a third party taxpayer, under investigation by the IRS, who was being prosecuted for tax evasion in a foreign country. Document 080 is a transmittal memo forwarding 078-079.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box32-0125 & Box32-0126 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 11/29/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Trust Company<br>R – Third Party Taxpayer Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter acknowledging receipt of information regarding exchanges between the third party taxpayer and the IRS with respect to funds being held in escrow by the trust company.

**Stonehill FOIA – Box 32**                                                                                    **5**

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|

Box32-0127 & Box32-0128                            W
Box32-0611 through CCBox32-0614 (Duplicates)

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|

Memorandum                                            05/31/1962

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|

(b)(3) in conjunction with § 6103          A – Acting Revenue Service Representative
                                            R – Office of International Operations, Washington, DC

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a two page memo discussing a request for information about the assets of a third party taxpayer from the taxpayer's representative.  The Revenue Service Representative seeks direction in responding to the requests.  Page 32-611 contains handwritten comments regarding documents sought and status of request.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|

Box32-0129                                            W

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|

Memorandum                                            12/16/1963

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|

(b)(3) in conjunction with § 6103          A – Assistant Revenue Service Representative, Manila
                                            R – Executive Asst. to the Director, International Oper.

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document describes the investigation of bank accounts held outside the US for third party under investigation for potential violation of the Internal Revenue Code.

**Stonehill FOIA – Box 32**                                                          **6**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |

Box32-0130
Box32-0615 & Box32-0617 through
Box32-0621 (Duplicate)
Box32-0616

W

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |

Memorandum
Notes (0616)

08/31/1965

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |

(b)(3) in conjunction with § 6103

A – Donald F. Durkin, Executive Asst. to Director
R – Revenue Service Representative, Paris

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0130 is a one page request for assistance for the representative to assist the representative of a third party taxpayer in obtaining counsel outside of the US in order to assist the representative in locating assets of the third party.  Document 0616 is the handwritten notes of the information contained in the memo.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |

Box32-0132

W

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |

Form 1906 – Transmittal Letter

03/18/1963

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |

(b)(3) in conjunction with § 6103

A – William Ragland, Internal Revenue Agent
R – Third Party Taxpayer and File

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page form used to transmit tax assessment information concerning a third party taxpayer and the deficiency as determined by the revenue agent pursuant to the Internal Revenue Code.

**Stonehill FOIA – Box 32**

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box32-0133 through Box32-0138 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Revenue Agent Report | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – William Ragland, Internal Revenue Agent<br>R – Third Party Taxpayer File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a six page typed detailed report of the life history, employment, and finances of a third party taxpayer prepared as part of an investigation of the taxpayer's potential liability under the Internal Revenue Code.

| DOCUMENT NUMBER(S) | DATE | AUTHOR (A) & RECIPIENT (R) |
|---|---|---|
| Box32-0193 | Unknown | A – Unknown<br>R – None |
| Box32-0194 | 08/30/1962 | A – R.V. Thompson<br>R – W.D. Christie and International Operations |
| Box 32-0195 | 08/30/1962 | A – R.V. Thompson<br>R – W.D. Christie and International Operations |
| Box32-0196 | Unknown | A – Unknown<br>R – Unknown |
| Box32-0197 | 04/02/1962 | A – Revenue Service Representatives Ragland and Powers<br>R – International Operations |
| Box32-0198 & Box32-0199 | 04/12/1962 | A – Ross V. Thompson<br>R – International Operations |
| Box32-0200 through Box32-0214 | 05/01/1962 | A – Ross V. Thompson, Executive Assistant<br>R – San Francisco, CA |
| Box32-0215 through Box32-0230 | 04/27/1962 | A – Ross V. Thompson, Executive Assistant<br>R – Chicago, IL |
| Box32-0231 through Box32-0243 | 04/27/1962 | A – Ross V. Thompson, Executive Assistant<br>R – Manhattan, NY |
| Box32-0250 through Box32-0253 | 08/30/1962 | A – W.D. Christie, Service Branch<br>R – International Operations |
| Box32-0263 & Box32-0264 | 05/9/1962 | A – W.D. Christie, Office of International Operations<br>R – John Walker, Acting Revenue Service Rep. |