| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box16-092 through Box16-094 | W |
| Box16-098 through Box16-0100 (Duplicate of 92-94) | |
| Box16-0171, Box16-0384, Box16-0411, | |
| Box16-0413, Box16-0415, Box16-0425, | |
| Box16-0595, Box16-596, | |
| Box16-0598 through Box16-0600, | |
| Box16-0610, Box16-0615, Box16-0616, | |
| Box16-0618 through Box16-0620 | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Partial Memorandum | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown |
| (b)(5) – Attorney Work Product | R – File |
| (b)(5) – Deliberative process | |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

All documents are parts of a legal memorandum, though it cannot be determined if all pages belong to the same legal memorandum. The documents provide legal analysis to the recipient of the tax liability cases pending and ones recommended to be filed against Stonehill, Brooks and several third party taxpayers who are mentioned by name in the memos. The memos discuss the government's litigation strategy and likelihood of success with various issues arising in the cases, including necessary witnesses, financial transactions, depositions, evidence admissibility, availability of witnesses, and exhibits necessary for trial. Documents contain handwritten changes and deletions indicating they were part of larger document(s).

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box16-0148, Box16-0254 through Box16-0258, Box16-0260 through Box16-0273, Box16-0275 through Box16-0293, Box16-0295 through Box16-0309, Box16-0317 through Box16-0366, Box16-0375 through Box16-0377, Box16-0387 through Box16-0395, Box16-0397 through Box16-0407, Box16-0417, Box16-0418, Box16-0428 through Box16-0445, Box16-0529 through Box16-0590, Box16-0592, Box16-0593, Box16-0601 through Box16-0604, Box16-0606, Box16-0607, Box16-0611 through Box16-0613, Box16-0621, Box16-0623 through Box16-0629, Box16-0631 through Box16-0774, Box16-0776 through CCBox16-0862 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process Privilege<br>(b)(3) in conjunction with § 6103(a) | A – Chief Counsel Attorneys<br>R – None |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the handwritten notes of approximately three attorneys (based on easily recognizable writing differences) analyzing all aspects of a civil and criminal case against Stonehill, Brooks and other third parties. Documents analyze, discuss, and raising questions about, *inter alia*, statute of limitations, admissibility of evidence, use of potentially tainted evidence, use of assets to prove liability, witness veracity, statute of limitations, venue, exhibits, filing additional cases and strengths and weaknesses of potential and pending cases.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box16-0775 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Case Note | None |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Deliberative Process Privilege<br>(b)(5) – Attorney Work Product | A – None<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

**Stonehill FOIA – Box 16**                                                              **12**

Document is a partial Supreme Court case summary that was with the notes of the attorneys; its disclosure would reveal the attorney's thought process on trial strategy for a particular issue.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-0001 through Box33-0008 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 11/29/1963 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – Sterling Powers, Asst. Revenue Service Rep.<br>R – Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo which discusses the progress of the Service's investigation of Universal New York, Inc., and the interrelationship between it and the cases of Stonehill and Brooks; it includes answers to questions posed and recommendations for future actions.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-0085 | P |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Form 1904 – No Change Report | 06/10/1960 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Alex Gruder, Examining Officer<br>R – Taxpayer & File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a form relating to a tax return of Universal New York, Inc. Redacted portion is the name of a third party taxpayer mentioned as a "related case" in the report.

# Stonehill FOIA – Box 33

2

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box33-0200 | 05/16/1962 | A – Unknown<br>R – Name looks like Inge |
| Box33-0200A | None | A – Unknown<br>R – None |
| Box33-0200B | Unknown | A – Unknown<br>R – Unknown |
| Box33-0201 | 11/30/1962 | A – Ross V. Thompson, Executive Assistant<br>R – Revenue Service Representative, Manila |
| Box33-0202 | 10/19/1962 | A – Ross V. Thompson, Executive Assistant<br>R – Revenue Service Representative, Manila |
| Box33-0203 through Box33-0205 | 08/02/1962 | A – Ross V. Thompson<br>R – Manhattan, NY (District IRS office) |
| Box33-0206 | 07/25/1962 | A – Unknown<br>R – Name looks like Inge |
| Box33-0207 | 07/20/1962 | A – Ross, Executive Assistant to Director<br>R – Mr. Christie |
| Box33-0208 | 07/16/1962 | A – Revenue Service Representative<br>R – Office of International Operations |
| Box33-0209 through Box33-0272 | 9/1/1959 | A – Third Party Taxpayer & IRS<br>R – IRS & Third Party Taxpayer |
| Box33-0273 | Unknown | A – Unknown<br>R – Photostat 70786 |
| Box33-0274 through Box33-280A | Unknown | A – Third Party Taxpayer<br>R – IRS |
| Box33-0281 | 08/02/1962 | A – Ross V. Thompson<br>R – Returns File Unit, Manhattan, N.Y. |
| Box33-0282 through Box33-0293 | Unknown | A – Third Party Taxpayer<br>R – IRS |
| Box33-0294 | 09/26/1962 | A – IRS Employee<br>R – Audit File |
| Box33-0294A | Unknown | A – Unknown<br>R – Unknown |
| Box33-0294B | Unknown | A – Unknown<br>R – Unknown |
| Box33-0295 | 8/2/1962 | A – Ross V. Thompson<br>R – Returns File Unit, Manhattan, N.Y. |
| Box33-0296 through Box33-0326A | Unknown | A – Third Party Taxpayer<br>R – IRS |
| Box33-0327 | 08/02/1962 | A – Ross V. Thompson<br>R – Returns File Unit, Manhattan, N.Y. |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the audit file of a third party taxpayer being audited for violations of the Internal Revenue Code. Documents 200 and 206 are handwritten notes instructing the recipient on what information needs to be obtained about the taxpayer. Documents 200A, 294A and 294B are file folders with the name of the taxpayer. Document 200B is a handwritten chart to track the receipt of the taxpayer's tax returns from the field. Documents 201 and 202 are memos transmitting copies of the tax returns for investigation/analysis. Documents 203-205 are internal confirmation forms confirming that the taxpayer's returns have been requested from the field office. Documents 207 and 273 are Memo Routing Slips forwarding case information. Document 208 is a transmittal form briefly stating why the taxpayer should be investigated. Documents 209-272, 274-280A, 282-293 and 296-326A are the tax returns, schedules and attached communications filed by the taxpayer with the IRS. Documents 281, 295 and 327 are Records Request, Charge and Recharge forms requesting specific returns of the taxpayer from the field office. Document 294 is an internal sheet used to classify the audit.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1069A & Box33-1069B | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 1069A is a folder bearing the name of a third party taxpayer and 1069B is a handwritten chart tracking the receipt of the returns of the taxpayer from the IRS field office.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1074 through Box33-1078 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Request for Information Contained in Director's Files Form | 07/24/1964 |
| Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – District Director of Internal Revenue, Wash., D.C.<br>R – Social Security Administration, District Office, |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents 1074-1077 are requests for information about two third party taxpayers who are being investigated for potential violations of the Internal Revenue Code. Document 1078 is handwritten notes about the taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1094 through Box33-1096 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| IRS Form | 4/6/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Ross V. Thompson<br>R – San Francisco, CA IRS District office |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are confirmation forms used to confirm the that records requests for copies of certain tax returns for a third party taxpayer had been sent to district office.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 33-1097 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Change of Address Form | None |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the change of address form for a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1106 & Box33-1107 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Transmittal Letter | 08/18/1961 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – George Baker, Internal Revenue Agent<br>R – File of Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents is transmitting information from an examination of two third party taxpayer's income tax returns.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1108 through Box33-1116 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Preliminary Statement<br>Adjustments to Income<br>Auditor's Notes | 1961<br>Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – George A. Baker, IRS Examiner<br>R – File of Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the auditor's forms used to document the investigation into and proposed changes in the income tax liability of two third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1117<br>Box33-1118 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Note<br>Transmittal Memorandum | 3/30/1962 (1117)<br>3/27/1962 (1118) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Name looks like Inge<br>A – Revenue Service Representative<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 1117 is a handwritten note instructing the recipient to obtain the tax returns of a third party taxpayer. Document 1118 is the request from an IRS representative for the tax returns and a brief explanation of why the returns should be investigated.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box33-1119 & Box33-1120 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memoranda | 05/18/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Ross V. Thompson, Executive Assistant<br>R – John Walker, Acting Revenue Service Representative - Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are one page internal memos forwarding information related to the IRS examination of two third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box33-1147 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 02/12/1958 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page letter between the two third parties that was provided to the IRS in connection with the examination of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box33-1148 through Box33-1150 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 07/02/1959 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Financial Institution<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter showing calculations for a business transaction that affects the invomr tax liability of third party taxpayers.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box33-1151 through Box33-1153 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | After 5/29/1959 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page memo commemorating a meeting between two third party taxpayers for the purposes of ending a financial relationship; it was communicated to the IRS in order to establish future tax liability for the transaction.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box33-1154 & Box33-1155 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter and Attachment | 07/24/1961 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer<br>R – George Baker, IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter forwarding information (attached) about a financial transaction affecting the tax liability of the third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box33-1159 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Transmittal | 05/16/1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a transmittal memo forwarding a memo and exhibit in the case of a third party taxpayer who is referenced therein.

**Stonehill FOIA – Box 33**                                                                                      10

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box33-1160 & Box32-1161 | 05/16/1963 | A – Sterling Powers, Asst. Revenue Service Rep.<br>R – Chief Intelligence Division, International Oper. |
| Box33-1204 & Box33-1205 | 08/04/1966 | A – William McAleer, Director, Enforcement Division<br>R – Mitchell Rogovin, Asst. Atty General, DOJ |
| Box33-1207 | 07/28/1966 | A – George LeBlanc, Chief, Trial Branch<br>R – Tax Court Division |
| Box33-1208 | 07/25/1966 | A – Third Party Taxpayer<br>R – George LeBlanc, Chief, Trial Branch |
| Box33-1209 | 07/25/1966 | A – Third Party Taxpayer Representative<br>R – Cecil Poole, United States Attorney |
| Box33-1210 | 07/22/1966 | A – Cecil Poole, United States Attorney<br>R – Third Party Taxpayer Representative |
| Box33-1211 | 07/20/1966 | A - Third Party Taxpayer Representative<br>R – Cecil Poole, United States Attorney |

| BASIS FOR WITHHOLDING | WITTHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a series of letters and memoranda discussing the status of the investigation of the potential Internal Revenue Code liability of a third party taxpayer, including recommendations as to future actions.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1211A | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Folder Tab | Undated |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – None |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a file folder labeled with the name of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1212 through Box33-1215 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 11/08/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative, Manila<br>R – Director of International Operations, Chief, Intelligence |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo discussing assets of a third party taxpayer and tactics to use to gain control of the assets for purposes of satisfying the taxpayer's outstanding US income tax liability.


| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1216 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 11/8/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS<br>R – Third Party Taxpayer Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is informing the representative of the status of the Service's investigation into alleged assets of the third party taxpayer.

**Stonehill FOIA – Box 33**  **12**

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1229 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memo Routing Slip | 11/06/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – D.F. Durkin<br>R – Vic Biskopf |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document relays information concerning the Service's investigation into the potential Internal Revenue Code liability of the third party taxpayer discussed in the routing slip.


| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1230<br>Box33-1231 & Box32-1232 (Duplicates) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Office Memorandum | 11/02/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – William C. Ragland, Internal Revenue Agent<br>R – Executive Assistant to the Director, Office of International Operations, Washington |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo discussing the activities of a third party taxpayer's representative with respect to the assets of a third party taxpayer.

**Stonehill FOIA – Box 33**  13

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1233 through Box33-1237 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 10/18/1962 (1233), 11/2/1962 (1234), 10/19/1962 (1235), 10/23/1962 (1236), 10/26/1962 (1237) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A/R – William C. Ragland, Internal Revenue Agent<br>R/A – Third Party Taxpayer Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a series of one page letters between the parties discussing the Service's investigation into a third party taxpayer's assets.


| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1238 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Court Document | 10/26/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer Representative<br>R – William Ragland, Revenue Agent |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Power of attorney relating to a third party taxpayer provided to the IRS in connection with attempts to determine the assets of the taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1239<br>Box33-1240 (Duplicate) | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 2/27/1961 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Financial Institution Branch<br>R – Financial Institution Branch |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an internal letter between bank branches concerning the account of a third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1242 & Box33-1243 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 09/19/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Max Stein, Special Agent, Manhattan District<br>R – Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memo forwarding documents that were requested by Service personnel that pertain to the investigation of a third party taxpayer's potential liability under the Internal Revenue Code.

**Stonehill FOIA – Box 33**                                                                                                   15

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box33-1244 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 08/13/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Paul H. Wall, Special Agent, Oakland, CA<br>R – Assistant Regional Commissioner-Intelligence<br>    Attn: Regional Coordinator, San Francisco |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document forwards requested documents obtained during the investigation of a third party taxpayer to the requesting office and suggests further investigation.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box33-1245 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 08/08/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – John H. Kerdue, Special Agent, Sacramento, CA<br>R – Attn: Joseph Harmon, Asst. Chief, Operations<br>    Coordination Branch, Washington, D.C., Director,<br>    Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the reply of the agent to a request for information concerning the financial assets of a third party taxpayer who is under investigation for potential violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1246 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 08/08/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Paul H. Wall, Special Agent, Oakland, CA<br>R – Attn: Regional Coordinator, San Francisco<br>        Assistant Regional Commissioner-Intelligence |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the reply to a request for information about the assets of a third party taxpayer who is under investigation for potential violations of the Internal Revenue Code.


| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-1247 & Box33-1248 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 07/31/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – James C. Milke, Special Agent, San Francisco, CA<br>R – Sterling Powers, Asst. Revenue Service Rep. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memo discussing documents the author is forwarding to the recipient for purposes of further investigation of a third party taxpayer's potential violation of the Internal Revenue Code.

# Stonehill FOIA – Box 33                                                    17

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box33-1248A | None | A – Unknown<br>R – None |
| Box33-1248B | Unknown | A – Unknown<br>R – Unknown |
| Box33-1249 | 02/12/1963 | A – Ross V. Thompson, Executive Assistant<br>R – Revenue Service Representative, Manila |
| Box33-1250 | 03/19/1962 | A – Unknown<br>R – Name looks like Inge |
| Box33-1251 | 03/13/1962 | A – Revenue Service Representative<br>R – International Operations |
| Box33-1252 through Box33-1261 | 03/22/1962 | A – R. V. Thompson<br>R – Baltimore, MD IRS Field Office |
| Box33-1262 through Box33-1263A | 03/22/1962 | A – W.D. Christie, International Operations<br>R – Returns File Unit, Baltimore, MD |
| Box33-1264 | 03/30/1962 | A – Service Branch, International Operations<br>R – Ross V. Thompson |
| Box33-1265 & Box33-1265A | 03/22/1962 | A – W.D. Christie, International Operations<br>R – Returns File Unit, Baltimore, MD |
| Box33-1266 | 03/30/1962 | A – Service Branch, International Operations<br>R – Ross V. Thompson |
| Box33-1267 & Box33-1267A | 03/22/1962 | A – W.D. Christie, International Operations<br>R – Returns File Unit, Baltimore, MD |
| Box33-1268 | 03/30/1962 | A – Service Branch, International Operations<br>R – Ross V. Thompson |
| Box33-1269 & Box33-1269A | 03/22/1962 | A – W.D. Christie, International Operations<br>R – Returns File Unit, Baltimore, MD |
| Box 33-1270 | 03/30/1962 | A – Service Branch, International Operations<br>R – Ross V. Thompson |
| Box33-1271 & Box33-1271A | 03/22/1962 | A – W.D. Christie, International Operations<br>R – Returns File Unit, Baltimore, MD |
| Box33-1272 | 03/30/1962 | A – Service Branch, International Operations<br>R – Ross V. Thompson & Mr. Christie |
| Box33-1273 & Box33-1273A | 03/22/1962 | A – W.D. Christie, International Operations<br>R – Returns File Unit, Baltimore, MD |
| Box33-1274 | 03/30/1962 | A – Service Branch, International Operations<br>R – Ross V. Thompson |
| Box33-1275 & Box33-1275A | 03/22/1962 | A – W.D. Christie, International Operations<br>R – Returns File Unit, Baltimore, MD |
| Box33-1276 | 04/02/1962 | A – Service Branch, International Operations<br>R – Mr. Christie |
| Box33-1277 & Box33-1277A | 03/22/1962 | A – W.D. Christie, International Operations<br>R – Returns File Unit, Baltimore, MD |
| Box33-1278 through Box33-1281 | 04/06/1962 | A – Service Branch, International Operations<br>R – Ross V. Thompson |