| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-0235 through Box 56-0242 | W |
| Box 56-0323 through Box 56-0330 (Duplicates of 0235-0242) | |
| Box 56-0243 through Box 56-0244 | |
| Box 56-0331 through Box 56-0332 (Duplicates of 0243-0244) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 1/24/1963 and 2/05/1963 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – L.H. Miller, IRS Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0235 through 0242 is a Memorandum of Interview dated 1/24/1963 with a third party taxpayer in connection with the investigation of the taxpayer's US income tax liability. Document 0243 through 0244 is a Memorandum of Interview dated 2/05/1963 with a third party taxpayer in connection with the investigation of the taxpayer's US income tax liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-0245 through Box 56-0247 | W |
| Box 56-0333 through Box 56-0335 (Duplicates of 0245-0247) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 2/13/1963 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – L.H. Miller, IRS Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a Memorandum of Interview with a third party taxpayer on the topic of certain financial transactions of the taxpayer.

**Stonehill FOIA – Box 56**                                                                                        7

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 56-0248 & Box 56-0249 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memoranda | 8/09/1962 and 6/22/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Christian Paul, Jr., IRS Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0248 is a Memorandum of Telephone Conversation dated 8/09/1962, with a third party taxpayer in connection with the investigation of the taxpayer's US income tax liability and the availability of certain financial records. Document 0249 is a Memorandum of Telephone Conversation dated 6/22/1962, with a third party taxpayer in connection with the investigation of the taxpayer's US income tax liability and availability of financial records.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 56-0250 through Box 56-0254<br>Box 56-0255 through Box 56-0258 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memoranda | 1/17/1963 and 12/19/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – L.H. Miller, IRS Special Agent<br>R – IRS Employee |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0250 through 0254 is a Memorandum of Interview dated 1/17/1963 with a third party taxpayer in connection with the investigation of the taxpayer's US income tax liability and discussing financial transaction involving bank records and real estate investments. Document 0255 through 0258 is a Memorandum of Interview dated 12/19/1962, with a third party taxpayer in connection with the investigation of the taxpayer's U.S. income tax liability and deposits made to the taxpayer's bank account.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-0305 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 8/30/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Jerald R. Sharp, IRS Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a Memorandum to File requests placed to the US Postal Inspector for information sought in connection with the investigation of US income tax liability of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-309 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 8/21/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Jerald R. Sharp, IRS Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a Memorandum of Interview with a third party taxpayer relating to the investigation of the taxpayer's US income tax liability and cancelled checks for investments of the taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-0338 through Box 56-0345 | W |
| Box 56-2092 through Box 56-2099 (Partial Duplicate) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 6/28/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Christian Paul, Jr., IRS Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a Memorandum of Interview with a third party taxpayer performed as part of the investigation of the taxpayer's US income tax liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-0347 through Box 56-0349 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 8/02/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Christian Paul, Jr., IRS Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a Memorandum of Interview with a third party taxpayer relating to the investigation of the taxpayer's US income tax liability.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 56-0350 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | 6/25/1965 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS Employee<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is handwritten notes relating to a transfer of real property owned by third party taxpayers. The taxpayers are under investigation by the IRS regarding potential US income tax liability.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 56-0351 through Box 56-0415<br>Box 56-0454 through Box 56-0457 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Checks and Wire Transfer Slips Authentication of Document Paper Stamped by the Foreign Country | 1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Foreign Bank and two US Banks<br>R – Third Party Taxpayers |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are cancelled checks and wire transfer slips sending money to the bank accounts of two third party taxpayers from a foreign bank. The documents were obtained for purposes of investigation of the third party taxpayers' US income tax liabilities.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-0422 & Box 56-0423 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | Undated |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS Special Agents<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a list of Memoranda of Interview with a third party taxpayer regarding the investigation of the taxpayer's US income tax liability. Document summarizes the interviews.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-0458 & Box 56-0459<br>Box 56-0460 through Box 56-0463 (Duplicates) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 2/06/1963 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Lewis A. Smith, Jr., IRS Special Agent<br>R – District Director, Los Angeles District, Attn: Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memorandum created in connection with the investigation of two third party taxpayers for violations of the Internal Revenue Code. Document relates to assets owned, or potentially owned, by the taxpayers.of the regarding a corporation which is owned by a third party taxpayer who is

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-0464 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Telegram | 2/04/1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Robert K. Lund, Chief, Intelligence Division<br>R – Chief, Intelligence Division, Jacksonville, FL |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an telegram regarding informing the recipient that the requested information had not arrived to finish the investigation of two third party taxpayers for violations of the Internal Revenue Code.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-0467 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Note | Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS Chief Counsel Attorney<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten note regarding transmittal of documents to the DOJ for use at the trial of a third party taxpayer. The taxpayer was in litigation due to violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 56-1627 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the second page of a memorandum memorializing the questioning with respect to the property and investments of a third party taxpayer who is under investigation by the IRS for violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 56-1764 through Box 56-1765 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Special Agent Progress Report | August 1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Christian Paul, Jr., IRS Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a Special Agent's Progress Report on Organized Crime Cases. Document reports on the status of an investigation of a third party taxpayer and the taxpayer's business relationships with persons also being investigated.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-1766 through Box 56-1768 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Special Agent Progress Report | August 1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Christian Paul, Jr., IRS Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a Special Agent's Progress Report on Organized Crime Cases. Document reports on the status of an investigation of a third party taxpayer and the taxpayer's business relationships with persons also being investigated.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-1933 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Note | Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS Employee<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten note documenting names and addresses collected in connection with the potential income tax liability of third party taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 56-1951 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Internal Request | Undated |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Deliberative Process | A – IRS Employee<br>R – IRS Employee |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a draft report, types but with many typed and handwritten changes, regarding a proposed investigation of Harry S. Stonehill collateral to that of two third party taxpayers. Document contains financial details relating to the current investigation of the two third party taxpayers and makes recommendations regarding how all of the investigations should be carried out.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 56-1997 through Box 56-1999<br>Box 56-2001 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Workplan | Undated |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS Employee<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten workplan regarding the investigations of the US income tax liability of third party taxpayers. Includes a list of information to be obtained, including tax returns of additional third parties.

**Stonehill FOIA – Box 56**                                                                                     **16**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-2105 & Box 56-2107 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer<br>R – IRS Employee |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are pages six and seven of a statement given in connection with the investigation of third party taxpayers for potential violations of the Internal Revenue Code. Documents discuss financial transactions the party with which the party was involved.

**Stonehill FOIA – Box 16**                                                                                     1

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box16-0024 through Box16-0030 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are handwritten notes detailing information of pending litigation against a third party taxpayer. Discusses the taxpayer's sources of money, DOJ Attorney Jack McCarthy's review of the case, and the next steps that need to be taken with regards to the case.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box16-0035 & Box16-0036 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 03/16/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction § 6103 | A – Donald Durkin, Chief, Foreign Operations Division<br>R – Harlow Huckabee, Director, Enforcement Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page transmittal memo forwarding copies of three memos written by Sterling Powers concerning the investigation of the Philippine companies owned by Stonehill and Brooks. The redacted paragraphs discuss the investigation of a third party taxpayer's potential liability under the Internal Revenue Code and the documents needed to assist with that investigation.

**Stonehill FOIA – Box 16**                                                          2

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box16-0038 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 12/23/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Sterling Powers, Revenue Service Representative<br>R – Chief, Foreign Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

This internal document discusses the fact that IRS employees working on the Stonehill investigation have photographed records which relate to the examinations of various Stonehill Philippine corporations. Redacted portion contains a third party taxpayer's name and the fact of an investigation into the taxpayer's potential liability under the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box16-0039 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 02/10/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Chief, Foreign Operations<br>R – Harlow Huckabee, Director, Enforcement Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an internal memo forwarding information received from Sterling Powers with regard to the Stonehill investigation. One of the items in the list has been redacted as it relates to and identifies by name a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box16-0053<br>Box16-0103 (Duplicate) | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 05/25/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Harlow Huckabee<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is page three of an internal memo in which certain documents consisting of copies of financial transactions involving companies of Stonehill and Brooks are being forwarded to the recipient for use in the investigation of Stonehill. Portions have been redacted to remove information revealing identifying information of a third party taxpayer who is being investigated simultaneously.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box16-0076 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Notes | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is one page of handwritten notes discussing various bank accounts belonging to Stonehill and how payouts from Universal New York Inc., were handled on the US income tax returns of Stonehill, and Brooks. Redacted portion contains information that was filed in the US income tax returns of two third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box16-0104 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 07/29/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Sterling Powers, Revenue Service Representative<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a request for advice from Chief Counsel regarding how to proceed on an investigation of a third party taxpayer for potential liability of the Internal Revenue Code. The requester seeks information about the Stonehill case to use in the separate investigation.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box16-0105 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 08/09/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – W.D. Christie, Chief, Foreign Operations Division<br>R – Harlow Huckabee, Attorney, Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document forwards memos from Sterling Powers to Chief Counsel. Redacted portion contains a request for advice on how to proceed in the investigation of a third party taxpayer who is being investigated for potential violations of the Internal Revenue Code.

**Stonehill FOIA – Box 16**                                                                                    5

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box16-0106 through Box16-0110 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 03/21/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer Representative<br>R – Accounting Firm |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a five page letter from a third party taxpayer's representative to an accounting firm, and was sent to the IRS because the taxpayer had an outstanding tax liability under the Internal Revenue Code. Document was to keep the IRS apprised of the taxpayer's situation.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box16-0111 through Box16-0115<br>Box16-0426 & Box16-0427 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Notes | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process Privilege | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are seven pages of typewritten notes (total number is unclear). First five pages analyze testimony presented to the Grand Jury and information obtained from witness interviews during the course of the investigation of Stonehill and Brooks. Pages contain analysis of the validity and value of the information and testimony. Last two pages contain a discussion of stock sales involving Brooks and his interest in that sale, including conjecture about the probability of certain events occurring. The documents contain handwritten editing marks indicating that the document is a draft.

**Stonehill FOIA – Box 16**                                                                                         6

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box16-0116 through Box16-0118 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is three pages of handwritten notes concerning the tax liability case against a third party taxpayer and analysis of the taxpayer's financial transactions.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box16-0119 through Box16-0124 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process Privilege | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are five pages of handwritten notes referring to the investigation of a third party taxpayer for violations of the Internal Revenue Code, litigation strategies and the thought processes of the author regarding the litigation.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box16-0127<br>Box16-0128 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 05/26/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – William McAleer, Director, Enforcement Division<br>R – Fred Ugast, Chief, General Litigation Div., DOJ |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a brief note recommending a course of conduct in regards to evidence and potential witnesses in the Stonehill and Brooks litigation.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box16-0133 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 08/30/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Fred Ugast, Chief, General Litigation Division<br>R – Mitchell Rogovin, Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a request for recommendations from the enforcement division with regard to ligitation strategy in the civil and criminal cases against Stonehill.

**Stonehill FOIA – Box 16**                                                                 8

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box16-0367 through Box16-0369<br>Box16-0259 (Duplicate 0367) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | 11/12/1965 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Chief Counsel Attorney<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten memo to the file discussing litigation strategies for pursuing Stonehill criminally and/or civilly. Contains analysis regarding timing issues and Stonehill's assets.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box16-0380, Box16-0526 (Copy), Box16-0380(A), Box16-0527 (Copy), Box16-0381, Box16-0528 (Copy), Box16-0410, Box16-0412, Box16-0414, Box16-0416, Box16-0422, Box16-0424, Box61-0525, Box16-0591, Box16-0594, Box16-0597, Box16-0605, Box16-0608, Box16-0609, Box16-0614, Box16-617 & Box16-0622 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process Privilege | A – Chief Counsel Attorney<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are series of individual unnumbered pages of typed notes consisting of questions and answers regarding litigation strategies. Questions and answers relate to the necessity of witnesses, admissibility of evidence, financial transactions and the general thoughts of the attorney on pursuing Stonehill, Brooks and another third party criminally and/or civilly. Several pages contain handwritten analysis, changes or answers to the questions posed. Pages contain handwritten editing changes indicating that they are drafts of sections of a larger document.

**Stonehill FOIA – Box 16**                                                                 9

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box16-0089 through Box16-0091<br>Box16-0095 through Box16-0097 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum for the File | 11/19/1965 (Handwritten date in the corner of 0089) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Initials HMH are referenced in the heading.<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents 089-091 are pages 1-3 of a memo. Documents 095-097 are copies of 089-091. The memo summarizes a meeting held with IRS personnel and Chief Counsel Attorneys. The purpose of the meeting was to formulate a litigation strategy with regard to certain actions to be taken against Stonehill and the potential impact of the suggested courses of action on companion cases against Stonehill, Brooks and a third party taxpayer. Document discusses recommendations already made by IRS and information needed for other entities to make additional recommendations. Reference at the top of the page indicates it was written by a Chief Counsel Attorney and based on the initials in the heading it appears to be Harlow Huckabee.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box16-0419 through Box16-0421 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative process | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is three pages of typed notes describing the Stonehill/Brooks and actions that needed to be taken to make available for testimony certain witnesses. Analyzes the importance of particular evidence, describes the uses of the witnesses, and describes additional information hoped to be obtained. Contains handwritten editing changes indicating document is a draft of a larger document