about investigations of third party taxpayers for their own potential violations under the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0503 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 10/20/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with § 6103 | A – Roy J. Arnold Jr.<br>R – AUSA Fleming |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page update advising the AUSA on the status of the investigations of Stonehill, Universal New York, Inc., US Tobacco Corporation and two third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0502 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum for the Files | 1/7/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Client Privilege | A – Selden S. Baker<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo which documents a request for legal advice concerning the identification of Stonehill. Request was made from IRS personnel to the DOJ attorneys, whose advice is detailed in the document.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0505 & Box 85-0506 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum<br>& Memorandum for File | 03/20/1962<br>03/19/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Client Privilege | For Memorandum:<br>A – H. Alan Long, Director, Intelligence Div. CP:I:C<br>R – Director, Office of International Operations<br>Attn: Chief, Intelligence Division<br>For Memorandum for File:<br>A – Anatole G. Richman, Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are one page memoranda relaying legal advice given to IRS personnel received from the DOJ attorney with respect to a legal issue in the Stonehill case involving the storage of documents.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 85-0525 through Box 85-0534 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Investigation Report | 07/02/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – US Naval Intelligence Special Agents<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an intelligence report which documents an interview with a third party taxpayer undertaken at the request of the Internal Revenue Service and DOJ.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 85-0535 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum of Conference | 07/02/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document memorializes a meeting with William Saunders who was representing Stonehill at the time of the meeting. Redacted portion is a reference to the investigation of a third party taxpayer for potential violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0661 through Box 85-0664 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| US Income Tax Return & Additional Attachments | |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the tax return of a third party taxpayer filed with the IRS.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0666 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 03/19/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Acting Executive Assistant to Director, International Operations<br>R – Director, Intelligence Division, Attn: A. G. Richman |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo confirming and forwarding a memorandum written by Sterling Powers. Redacted information is the name of a third party under investigation for potential violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 85-0667 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 03/05/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Deliberative Process | A – Revenue Service Representative, Manila<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo detailing information obtained in connection with the investigation of the potential violation of the Internal Revenue Code by a third party taxpayer. Information at issue related to potential actions by the third party taxpayer. Document discusses information received about the position of the U.S. Department of State on actions that could be taken in response to the third party's potential actions.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 85-0678 & Box 85-0679 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 06/25/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – A. L. Hankowsky, Acting Director Intelligence Division, Washington, DC<br>R – ARC – Intelligence, San Francisco, CA Attn: Regional Coordinator |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memo forwarding information for purposes of investigations against Stonehill and several third party taxpayers. Redacted portions contain the information pertaining to the investigations of the third party taxpayers' cases pursuant to the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 85-0680 & Box 85-0681 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum – Collateral Request | 03/09/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative, Manila<br>R – Chief, Intelligence Division, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memo providing background information and requesting additional returns in order to begin an investigation of Stonehill, Brooks and two third party taxpayers for violations of the Internal Revenue Code. Redacted portions contain identifying information of the third parties and refer to specific tax returns and the information contained on the returns.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 85-0682 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 05/20/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Acting Executive Assistant to Director, Office of International Operations<br>R – Director, Intelligence Division, Attn: A. G. Richman |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo about a third party taxpayer's case, the amount of time Sterling Powers will be obligated to expend on the trial of that taxpayer and the effect this will have on his completion of the Stonehill case.

**Stonehill FOIA – Box 85** **17**

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box 85-0683 & Box 85-0684 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are pages 2 and 3 of a memorandum of indeterminate length describing the factual background of the Stonehill proceedings in the Philippines. Redacted information contains references to two third party taxpayers who are being investigated for violations of the Internal Revenue Code and their association with Stonehill.

**Stonehill FOIA – Box 75**                                                                 1

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 75-0010 through Box 75-0047 | W |
| Box 75-0054 through Box 75-0062 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Notes | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with § 6103<br>(b)(5) – Deliberative Process | A – IRS Employee<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are handwritten notes containing information obtained in connection with investigation of the potential liability under the Internal Revenue Code of, in general, third party taxpayers. (Some of information may have been obtained in connection with the potential liability of Stonehill and Brooks.) This information was organized in form of these notes to prepare for use in the cases against Stonehill, Brooks and third party taxpayers for potential violations of the Internal Revenue Code. Discusses important witness interviews, financial transactions of the parties, exhibits to be used at trial, and analysis of the value of the exhibits in making the cases against the taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 75-0098 through Box 75-0103 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Notes and Records Request, Charge and Recharge Forms | 11/24/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – William C. Ragland, IRS Special Agent<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 098 is a handwritten note about the actions taken by the author in an investigation of the US income tax liability of several third party taxpayers. Documents 099 through 0103

are Form 2275, requesting the income tax returns filed by two third party taxpayers in relation to the investigation of the US income tax liability of those third party taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 75-0105 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | 5/18/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten note documenting the author's action with respect to requisitioning the tax returns of three third party taxpayers as part of an investigation of Harry S. Stonehill's potential US income tax liability.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 75-0106 through Box 75-0119 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Form 2275 Records Request, Charge and Recharge | 5/23/1967, 6/30/1967, 11/28/1967 and 4/09/1968 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – William C. Ragland, IRS Special Agent<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the forms used to request the tax returns filed by four third party taxpayers for purposes of an investigation of the taxpayers for violations of the Internal Revenue Code and calculating potential tax liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 75-0120 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Note | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – IRS Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten note documenting the requisition of tax records of third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 75-0121 through Box 75-0123<br>Box 75-0125 through Box 75-0127 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Form 2275 Records Request, Charge and Recharge | 4/09/1968, 6/10/1968 and 10/20/1969 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – William C. Ragland, IRS Special Agent<br>R – Office of International Operations, Field Audit Group |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are forms requesting the tax returns of a third party taxpayer as part of the investigation of the third party taxpayer's potential liability under the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 75-0128, Box 75-0129 through Box 75-0130, Box 75-0131, Box 75-0132, Box 75-0133, Box 75-0134 through Box 75-0135 Box 75-0136, Box 75-0137, Box 75-0138, Box 75-0139 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Loan Application, Installment Note Character Credit Report, Acceptance Of Modification, Grant Deed and Letters | Unknown (0128), 2/01/1964 (0129-0130), 4/16/1964 (0131), 4/07/1964 (0132-135), 2/26/1964 (0136) and 4/27/1964 (0137) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer/Financial Institution R – Financial Institution /Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0128 is a handwritten name of the third party taxpayer who is the subject of all the other documents which in total form an investigative file. Document 0129 through 0130 is an Application for Loan filled out by the taxpayer to buy real property. Document 0131 is a letter from a bank officer to a mortgage corporation concerning the loan. Document 0132 is an Acceptance of Modification to the loan signed by the third party taxpayer. Document 0133 is the Installment Note. Document 0134 through 0135 is a Character Credit Report for the third party taxpayer. Document 0136 is a letter from a mortgage company to an insurance company concerning the loan. Document 0137 is a letter from a bank official to an insurance company discussing the loan. Document 0139 is an undated, unsigned Grant Deed. Document 0139 is an undated statement of financial condition filled out for the third party taxpayer. The third party taxpayer was under investigation by the IRS and the documents were collected by the IRS in an effort to ascertain if the taxpayer had violated the provisions of the Internal Revenue Code.

**Stonehill FOIA – Box 75** 5

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 75-0206 through Box 75-0220 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process Privilege | A – Paul Barker, Attorney, CC General Litigation<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are pages 5-19 of a memorandum updating the status of the criminal and civil tax cases pending around the country against Stonehill, Brooks and various third party taxpayers. Document discusses the cases against the third parties and other identifying information of the taxpayers. Update summaries include the attorney's legal analysis of the cases' status and procedural and litigation recommendations. Certain pages contain handwritten comments.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 75-0227 through Box 75-0230<br>Box 75-0231<br>Box 75-0232 through 0246 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Notes | Undated |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – Chief Counsel Attorney<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents 0227 through 0230 are undated handwritten notes consisting of an incomplete list of the assets of Robert P. Brooks prepared for pending litigation against Brooks and Stonehill. List is numbered 1 through 26, but 26 is blank. Document 0231 is an undated handwritten note listing documents obtained for the pending litigation against Harry S. Stonehill and Robert P. Brooks. Document 0232 through 0246 is an undated handwritten list of questions prepared for use in the deposition of Harry S. Stonehill in relation to pending litigation; following certain questions are actions to be taken or answers expected.

**Stonehill FOIA – Box 75**

6

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 75-0271 & Box 75-0272 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Draft memorandum | Undated |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process Privilege | A – Chief Counsel Attorney<br>R – Assistant Regional Commissioner (Intelligence) North Atlantic Region |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a draft of a memorandum forwarding the recommendations of DOJ with respect to potential conflicts between certain actions in the civil cases of Universal New York, Inc. and a third party taxpayer and the cases against Harry S. Stonehill and Robert P. Brooks then in litigation. Document summarizes DOJ's positions and explains how the positions should be applied in practice. It also requests that certain information be provided.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 75-0273 through Box 75-0275 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 8/16/1971 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Client Privilege<br>(b)(5) – Deliberative Process<br>(b)(5) – Attorney Work Product<br>(b)(3) in conjunction with IRC § 6103(a) | A – John J. McCarthy, Chief, General Litigation Section, Department of Justice<br>R – Chief Counsel, IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page memo from DOJ to Chief Counsel containing detailed recommendations with respect to potential conflicts between certain actions in the civil cases of Universal New York, Inc. and a third party taxpayer and the cases against Harry S. Stonehill and Robert P. Brooks then in litigation. The document also contains detailed recommendations as to actions to be taken in the civil cases Universal New York, Inc. and the third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 75-0276 through Box 75-0284 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Draft document | Undated |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Deliberative Process Privilege<br>(b)(5) – Attorney Work Product<br>(b)(3) in conjunction with IRC § 6103(a) | A – Chief Counsel Attorney<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is draft with hand-written changes, and with no information about the type of documents, the author, and the intended recipient. Document contains detailed analysis of potential conflicts between certain actions in the civil cases of Universal New York, Inc. and a third party taxpayer and the cases against Harry S. Stonehill and Robert P. Brooks then in litigation. Document makes recommendations as to actions to be taken in the civil cases of Universal New York, Inc. and the third party.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 75-0353 through Box 75-0382 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Grand Jury Transcript | 2/21/1961 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with<br>Fed. R. Cr. P. Rule 6(e) | A – Louis Blizzard, US Attorney, District of Hawaii<br>R – District Court for the District of Hawaii |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a grand jury transcript of Harry S. Stonehill's testimony before the grand jury in Honolulu, Hawaii.

**Stonehill FOIA – Box 75**                                                                 8

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 75-0390 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Note | Undated |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – IRS Special Agent<br>R – DOJ Attorney |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is one page of handwritten notes analyzing the arguments made by Stonehill's attorney, with item by item analysis. It also provides information to be to refute the arguments.

**Stonehill FOIA – Box 56** 1

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-0189 & Box 56-0190 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Promissory Notes | 3/01/1962 and 2/28/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a promissory note dated 3/01/1962 and a Bank of America Beneficiary's Form dated 2/28/1962 from a third party taxpayer. The documents were obtained as part of the investigation of the third party taxpayer's US income tax liabilities.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-0191 & Box 56-0192 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 2/21/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer<br>R – Bank of America |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0191 is a letter from a foreign bank authorizing payment to a third party taxpayer. The document was obtained in reference to the investigation of the US income tax liabilities of the third party taxpayer. Document 0192 is a stamp certifying that the letter is an original document.

**Stonehill FOIA – Box 56**                                                                 2

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 56-0193 through Box 56-0196<br>Box 56-0197 through Box 56-0200 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Promissory Notes | 3/01/1962, 2/28/1962 and 3/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Bank of America<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents 0193 through 0196 are copies of a promissory note dated 3/01/1962, and a Bank of America Beneficiary's Form dated 2/28/1962 from a third party taxpayer. The documents were obtained as part of the investigation of the third party taxpayer's US income tax liabilities. Documents 0197 through 0200 are the front and back of a cashiers check from the Bank of America to a third party taxpayer. These documents were obtained in connection with investigation of the US income tax liabilities of the third party taxpayer.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 56-0201<br>Box 56-1355 (Duplicate) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 12/14/1962 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – L.H. Miller, IRS Special Agent<br>R – Third Party Taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a Memorandum of Telephone Conversation with a witness in reference to property and bank accounts held by third party taxpayers. The taxpayers are under investigation by the IRS regarding their US income tax liabilities.

**Stonehill FOIA – Box 56**

3

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box 56-0202 through Box 56-0207<br>Box 56-0263 (Duplicate of 0205) | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 6/18/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Curtis G. Stielow and James P. Donley, IRS Special Agents<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a Memorandum of Interview of a witness with respect to the various financial transactions of two third party taxpayers as part of an investigation of the US income tax liabilities of the third parties.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box 56-0208<br>Box 56-1354 (Duplicate) | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 12/18/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – L.H. Miller, IRS Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a Memorandum of Telephone Conversation of a witness in relation to the investigation of the US income tax liabilities of a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-0209<br>Box 56-1352 & Box 56-1353 (Duplicates) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 1/30/1963 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – L.H. Miller, IRS Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a Memorandum of Telephone Conversation with two witnesses in reference to the investigation of the US income tax liabilities of a third party taxpayer.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-0210 through Box 56-0212 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | Undated |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – IRS Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a Memorandum to File and summarizes the witness interviews concerning the financial transactions of two third party taxpayers who are being investigated for potential violations of the Internal Revenue Code.

# Stonehill FOIA – Box 56

5

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-0213 through Box 56-0215<br>Box 56-0310 through Box 56-0312 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 6/19/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Leonard J. Katz and Richard J. Trattnor, IRS Special Agents<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a Memorandum of Interview with a third party taxpayer relating to his real estate investments and other financial transactions. The taxpayer was informed that the IRS was investigating the tax returns for possible violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 56-0216 through Box 56-0219<br>Box 56-0220 through Box 56-0223 (Duplicates of 0216-0219)<br>Box 56-0314 through Box 56-0317 (Duplicates of 0216-0219)<br>Box 56-0224 through Box 56-0228<br>Box 56-0229 through Box 56-0233 (Duplicates of 0224-0228)<br>Box 56-0318 through Box 56-0322 (Duplicates of 0224-0228)<br>Box 56-0234, Box 56-0336 (Duplicate of 0234) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda | 12/19/1962 (0216), 1/17/1963 (0224)<br>& 2/15/1963 (0234) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – L.H. Miller, IRS Special Agent<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the agent's memoranda memorializing telephone and in-person interviews with a third party taxpayer in relation to the investigation of the taxpayer's US income tax liability.