**Stonehill FOIA – Box 35**                                                          1

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| Box 35-0433 & Box 35-0434 | 04/06/1965 | A – A. E. Walters, Jr., Chief, Intelligence Div.<br>R – Third Party Taxpayer |
| Box35-0435 through Box35-0441 | 6/1/1962 | A – Unknown<br>R – None |
| Box35-0442 | 06/19/1963 | A – Herbert Ravett, Special Agent<br>R – Unknown |
| Box35-0443 & Box35-0444 | 04/14/1965 | A – Herbert Ravett, Special Agent<br>R – File |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are part of an investigation of a third party taxpayer's potential liability under the Internal Revenue Code. Documents 433-434 are a letter to the third party taxpayer discussing the status of the investigation of the taxpayer. Documents 435-441 are handwritten questions to ask the taxpayer about various transactions. Document 442 is a note to the file about a conversation with the taxpayer and 443 is a note about a conversation with the taxpayer's representative.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box35-0445 through Box35-0450 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum of Telephone Conversation and 2 Duplicates | 04/22/1965 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – John P. Gildea<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the two page handwritten notes of a telephone conversation with the third party taxpayer's representative concerning the investigation of the third party taxpayer and a meeting that had been scheduled.

**Stonehill FOIA – Box 35**                                                                         2

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box35-0451 through Box35-0453<br>Box35-0454 through Box35-0458 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Testimony (formal interview) | 04/26/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Sally M. Dowling, Court Reporter<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a transcript of the testimony (formal interview) of a third party taxpayer's representative in connection with the investigation of the taxpayer's potential liability under the internal revenue code. The document is in the nature of a statement.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box35-0459 through Box35-0461<br>Box35-0462 through Box35-0464 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum of Conference | 04/26/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – John P. Gildea, Herbert Ravett &<br>     Gerald Davis (all signed)<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page memo commemorating the perspectives of the participants at the testimony of a third party taxpayer's representative given in connection with the taxpayer's potential liability under the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box35-0466 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten Memorandum | 10/02/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Herbert Ravett, Special Agent<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document constitutes a memorandum of a telephone conversation with a third party taxpayer being investigated for potential violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box33-0467 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten Notes | 10/02/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document contains notations about the accounts of a third party taxpayer being investigated for potential violations of the Internal Revenue Code.

**Stonehill FOIA – Box 35**                                                                 4

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box35-0468 & Box35-0469 Box35-0475, Box35-0479 through Box 35-0482, Box35-0483, Box35-0484 through Box35-0489, Box35-0490 through Box35-00495, Box35-0497 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memoranda of Conference | 10/02/1962, 09/28/1962, 8/13/1962, 7/2/1962, 6/29/1962, 6/29/1962, 6/29/1962 and 6/18/1962 (Respectively) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Herbert Ravett & Gerald Davis<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents constitute memoranda of meetings with a third party taxpayer being investigated for potential violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box35-0470 through Box35-0474 Box35-0476 through Box35-0478 Box35-0496 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memoranda | 09/24/1962, 09/21/1962, 09/20/1962, 08/23/1962, 8/9/1962, 8/7/1962 and 7/9/1962 (Respectively) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Herbert Ravett & Gerald Davis<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are memoranda commemorating telephone conversations with the third party taxpayer's representative and with the third party taxpayer being investigated for potential violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box35-0498<br>Box35-0499 through Box35-0501 (Duplicates) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 06/09/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative, Manila<br>R – Office of International Operations, Washington |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a response to a request for the tax returns of a third party taxpayer being investigated for potential violations of the Internal Revenue Code. The response discusses the filing status of the tax payer for various years and the availability of returns.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box35-0523<br>Box35-0524 (Duplicate)<br>Box35-0525 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum<br>Notes | 06/01/1966<br>Undated |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Chief, Foreign Operations<br>R – Revenue Service Representative, Manila<br>A – Probably Durkin (0525) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document requests certain tax returns of a third party taxpayer being investigated for potential violations of the Internal Revenue Code. Document 0525 consists of handwritten notes about the tax returns and the years requested.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box35-0526 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten Notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – JAB<br>R – Susan |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a list of tax returns being requested for use in litigation against Stonehill Brooks and two third party taxpayers. The third party taxpayers' identifying information and the years of the tax returns at issue have been redacted.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box35-0527 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 06/27/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Donald F. Durkin, Chief, Foreign Operations Division, Office of International Operations<br>R – Office of Chief Counsel, Attn: H. M. Huckabee |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document discusses a request for the tax returns of a third party and transmits the listed tax returns of various third party taxpayers to the recipient for investigation into the parties' possible liability under the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box35-0541 & Box35-0542<br>Box35-0543 & Box35-0544 (Duplicates) | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 07/19/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – William McAleer, Director, Enforcement Division<br>R – C. I. Fox, Director, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page which discusses the transmittal of tax returns for the listed years for Stonehill, Brooks and two third party taxpayers whose names have been redacted.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box35-0555<br>Box35-0556 (Duplicate) | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | Approximately 04/04/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – William McAleer, Director, Enforcement Div.<br>R – Attn: Donald F. Durkin, Executive Assistant,<br>     C. I. Fox, Director, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document discusses the request for and transmittal of tax returns for certain years for Stonehill, Brooks and two third party taxpayers whose names have been redacted.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box35-0557<br>Box35-0558 (Duplicate) | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 04/29/1966 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – William McAleer, Director, Enforcement Division<br>R – Attn: Donald F. Durkin, Executive Assistant,<br>   C. I. Fox, Director, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document discusses the request for and transmittal of copies of tax returns for certain years for Stonehill, Brooks and two third party taxpayers whose names and other identifying have been redacted.

**Stonehill FOIA – Box 59** 1

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 59-1719 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 9/7/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – Donald Durkin, Chief, Foreign Operations Division<br>R – Director, Collection Litigation Division, Attn: Houstin Shockey |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo forwarding information requested by DOJ for use in litigation against Stonehill. The requested information is described in the memo and would reveal litigation strategy of the attorney if released.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 59-1801 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 7/6/1967 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Chief, Foreign Operations, International Operations<br>R – Director, Collection Litigation Division, Attn: Houstin Shockey |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo forwarding information requested by DOJ for use in litigation against Brooks and other third party taxpayers named therein, for evasion of US income taxes. The requested information is described in the memo and would reveal litigation strategy of the attorney if released.

# Stonehill FOIA – Box 85                                                              1

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0050 | W |
| Box 85-0051 (Duplicate of 0050) | |
| Box 85-0052 & Box 85-0053 | |
| Box 85-0054 & Box 85-0055 (Duplicates of 0052 & 0053) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum and Attachment | 01/18/1968 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – John Rogers, Director, Tax Court Division<br>    Office of the Chief Counsel<br>R – Director, Office of International Operations<br>    Attn: Chief, Foreign Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0050 is a one page memo discussing a request for information with respect to the proper valuation of the property of a third party taxpayer who has cases pending before the US Tax Court. Documents 0052 & 0053 are a Valuation Report assessing the value of the taxpayer's property

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0160 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 05/21/1963 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Harold J. Reeves, Special Agent<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the second page of a two page memo providing background information about a company, whose name came up during the investigation of Stonehill. Redacted portion is a discussion about a third party taxpayer's investigation for violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0190 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 11/21/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Gabriel Dennis & Christian Paul, Jr. Special Agents<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the agents' report updating the investigation of a collateral request. Redacted information makes reference to two third party taxpayers' investigations.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0215 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 02/08/1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Intelligence Division, Washington, DC<br>R – Intelligence, Philadelphia Attn: Regional Coor. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum concerning the investigation of a third party taxpayer; it outlines the investigative approach the agents should take with respect to holdings of the taxpayer and provides necessary background information to start the investigation.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 85-0266 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Internal document | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Anatole G. Richman<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the second page of a two page memo which outlines the next steps in the investigation of two named third party taxpayers.


| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 85-0270 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten notes | 05/25/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten note detailing information about two third party taxpayers concerning whom there were active investigations for potential liability of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0275 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 03/21/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – H. Alan Long, Director, Intelligence Division<br>R – Director, Office of International Operations<br>   Attn: Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo forwarding a letter from DOJ requesting that an income tax investigation of a named third party taxpayer be added to the list for the Organized Crime Section.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0276 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Client Privilege | A – Herbert Miller, Assistant Attorney General, DOJ<br>R – IRS Commissioner |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter to the Commissioner forwarding a request that the investigation of a third party taxpayer be assigned a National Office number so the case can be given over to the Organized Crime Section for further investigation.

**Stonehill FOIA – Box 85**                                                                                                       5

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box 85-0286 through Box 85-0288 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is three pages of handwritten notes with respect to the investigation of a third party taxpayer for violations of the Internal Revenue Code. Discusses financial transactions and documents the explanations from the third party regarding the legality of the transactions.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box 85-0304 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 03/12/1964 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Revenue Service Representative, Manila<br>R – Donald F. Durkin, Chief, Intelligence Division<br>     Office of International Operations, Washington |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo created in the Stonehill case. Redacted portions contain information about the tax investigations of third party taxpayers.

# Stonehill FOIA – Box 85

6

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0311 & Box 85-0312 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten notes | 1/9/1963 through 11/15/1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two pages of handwritten notes detailing information in the investigations of two third party taxpayers for potential violations of the Internal Revenue Code.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0313 through Box 85-0318 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memoranda & Memorandum of Interview | 01/15/1963 (0313-0314), 02/04/1963 (0315-0316)<br>01/09/1963 (0317-0318) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | For the 2 memos:<br>A – Herbert Ravett, Special Agent, Manhattan District<br>R – District Director of Internal Revenue<br>    Attn: Chief, Intelligence Div.<br>For Memorandum of Interview:<br>A – Gerald Davis, Revenue Agent<br>    Herbert Ravett, Special Agent<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a series of memos created in connection with the investigation of two third party taxpayers for violations of the Internal Revenue Code. The documents contain information about the financial transactions entered into by the taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0324 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten memo discussing the financial transactions of the Stonehill, Brooks and a third party taxpayer, whose name has been redacted from the document. Analyzes the transactions for purposes of income reporting on US income tax returns, including that the of third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0325 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten notes | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Herbert Ravett<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a handwritten memo summarizing schedules for constructive dividends allocated to Stonehill, Brooks and two third party taxpayers, all of whom were under investigation for potential violations of the Internal Revenue Code. Redacted information relates to two third party taxpayers.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0455 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 04/05/1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – H. Alan Long, Director, Intelligence Division<br>R – ARC – Intelligence, San Francisco,<br>   Attn: Regional Coordinator |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo forwarding copies of memoranda from the Chief, Intelligence Division, International Operations concerning a request for information about Stonehill. Redacted portion concerns the investigations of two third party taxpayers for potential violations of the Internal Revenue Code; it identifies the taxpayers by name and case number

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0486 | P |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 03/26/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – H. Alan Long, Director, Intelligence Div.<br>R – C.I. Fox, Director, Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo providing information about the Stonehill and Brooks cases. Redacted portion contains information about investigation into a third party taxpayer for potential violations of the Internal Revenue Code.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 85-0489<br>Box 85-0490 through Box 85-0492 (Duplicates) | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 02/18/1965 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Elwyn Shannon, Acting Chief, Intelligence Div., Los Angeles, CA<br>R – Director, Intelligence Div., Washington, DC |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo which discusses the transfer of documents to and from Sterling Powers, what the documents are, and recommendations as to their safeguarding and the reason therefore. Document also contains a paragraph which discusses the tax liability investigation of two third party taxpayers.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 85-0494 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Handwritten Notes | 01/28/1965 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Client Privilege<br>(b)(5) – Attorney Work Product | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is handwritten notes outlining status of investigation of Stonehill and actions to be taken as a result by DOJ.

**Stonehill FOIA – Box 85**　　　　　　　　　　　　　　　　　　　　　　　　　　　**10**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0495 & Box 85-0496 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 01/22/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – C.I. Fox, Director of International Operations<br>R – Assistant Commissioner, Compliance |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memo discussing the status of jeopardy assessments made against the assets of Stonehill and the nominee liens and levies against third parties who are in possession of Stonehill assets. Document discusses the evidence developed to support such actions and the involvement in the actions, and recommendations, of various parts of the IRS and DOJ. It discusses actions that might be taken in connection with one lien depending upon the results of an ongoing investigation and prepares recipient for potential contacts on the matter. It also discloses actions to be taken by DOJ.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-0497 through Box 85-0501 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Handwritten Notes | 1/19/1965 through 1/20/1965 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with § 6103<br>(b)(5) – Deliberative Process | A – Unknown<br>R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are four pages of handwritten notes that memorialize communications between the author and several individuals relating to investigation of Stonehill. Documents describe status of investigation and information being obtained and from whom; they also include recommendations about how to obtain more information. Document contains information