**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 2**      page 1

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox6-0079<br>Box 28-135 & Box 84-234 (Duplicates) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 7/23/1965 (date of receipt) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 Information Arising Under Treaty Obligations<br>(b) (3) in conjunction with § 6103(e)(7) | A – Deputy Director, Switzerland Tax Admin.<br>R – C.I. Fox, Dir. International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter from the tax administration agency of Switzerland responding to the requests from the US regarding the accounts of Stonehill and Brooks that may have been maintained in that country.  Requested pursuant to Convention Between The United States Of America And The Swiss Confederation For The Avoidance Of Double Taxation With Respect To Taxes On Income, Article 16 is confidential pursuant to the terms of the agreement.  Release of the document would impair relations with the treaty partner.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox6-0080 through CCBox6-0082 | W |
| CCBox6-0083 through CCBox6-0088 (Duplicates) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 4/25/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Donald Durkin, Chief, Foreign Operations Div. |
| (b)(5) – Attorney Work Product | R – Houstin Shockey, Director, Collection Litigation |
| (b)(5) – Deliberative Process | |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page letter discussing a request made by DOJ to obtain information from the Canadian taxing authority and the legal issues surrounding the release of that information. Requested pursuant to Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and is confidential pursuant to the terms of the agreement. Release of the document would impair relations with the treaty partner. Document also forwards recommendations by other Service employees, draws attention to particular facts and their importance, and states opinions about the nature of the Stonehill and Brooks income tax cases. Documents 0083-0088 are two copies of the letter.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox6-0177 & CCBox6-0178 | W |
| CCBox6-0642 (Duplicate), CCBox6-848 & CCBox6-849 (Duplicates) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 6/2/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Donald Durkin, Chief, Foreign Operations |
| (b)(5) – Attorney Work Product | R – Houstin Shockey, Director, Collection |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memo listing documents received from the Canadian taxing authority for use in the investigation of Stonehill, Brooks and two third party taxpayers. Documents were requested pursuant to Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and are confidential pursuant to the terms of the agreement. Release of the document would impair relations with the treaty partner. Document also contains information on documents not yet available and statements about procedures for obtaining them and predictions as to when they will be available.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox6-0902 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 6/2/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 | A – E.G. Hauch, Special Investigation Division |
| (b)(5) – Attorney Work Product | R – C.I. Fox, Director, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is page one of letter from the Canadian taxing authority providing information related to the bank accounts of Robert Brooks that are located in Canada. Requested pursuant to Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and is confidential pursuant to the terms of the agreement. Release of the document would impair relations with the treaty partner.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox6-0921 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 8/30/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the second page of memo relating to documents from the Philippine Bureau of Internal Revenue for use in Stonehill cases. Document contains information concerning the negotiations of the tax treaty with their government. Document recommends certain steps to be taken to obtain documents; document outlines steps the author would take in the event nothing is heard in response to document and how those actions should be interpreted by recipient.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 28-0330 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum of Conversation | 6/06/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105<br>(b)(3) in conjunction with § 6103 (e)(7)<br>(b)(5) – Attorney Work Product | A – William M. Owen & Canadian Vice Counsel Manila<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document memorializes a conversation between a US representative and the representative of the treaty partner country regarding that country's interest in Stonehill and what they have discovered through their investigation. Requested pursuant to Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and confidential pursuant to the terms of the agreement. Release of this document would impair relations with the treaty partner.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 28-0136 through Box 28-0140 | W |
| Box 28-385 through Box 28-389 (Duplicate) | |
| Box 35-561 through Box 35-565 (Duplicate) | |
| Box 35-361 through Box 35-365 (Duplicate) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 9/21/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Revenue Service Representative |
| (b)(5) – Deliberative Process | R – Chief, Intelligence Division of Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an IRS memorandum which discusses information received from the German taxing authority with respect to a bank account held by Stonehill in that country and was requested as part of the investigation of Stonehill's tax liability in anticipation or use during the litigation. Document discusses the importance of various aspects of information and requests development of certain types of information.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 28-0142 through Box 28-0147 | W |
| Box 28-149 though Box 28-154 (Duplicate) | |
| Box 84-235 through Box 84-240 (Duplicate) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 3/10/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – C.I. Fox, Director, International Operations |
| (b)(5) – Deliberative Process | R – Pierre Goshenheintz, Swiss Federal Tax Administration |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two copies of a letter written to the Swiss taxing authority in an effort to obtain additional information with respect to the investigation of Stonehill and Brooks. Letter provides information deemed important to the case with respect to the investigation of the parties various assets and would reveal the focus of the investigation and litigation strategy of the attorneys. Letter gives IRS views of substance behind form of certain financial transactions.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 28-157<br>Box 28-159 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 5/13/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – William Beinert, Revenue Service Rep<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo requesting assistance with respect to the investigation of Stonehill and Brooks and provides information deemed important to the case with respect to the investigation of the parties various assets and would reveal the focus of the investigation and litigation strategy of the attorneys. Letter states suggestions made by third parties as to how to work around certain problems in obtaining information, and it recommends that certain actions be initiated immediately.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 28-0391 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 2/27/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Sterling W. Powers<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an IRS memorandum discussing information received from the German taxing authority with respect to the assets of Stonehill located in that country and was obtained for use in litigation. Document requests that certain actions be taken to obtain evidence.

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box 29-0110 through Box 29-0113<br>Box 29-114 & Box 29-115 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letters<br>Memorandum | 3/02/1965, 2/26/1965, 3/05/1965<br>3/8/1965 (114-115) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6105<br>(b)(5) – Attorney Work Product | A – Sterling W. Powers, Revenue Service Representative<br>R – Canadian Consulate General<br>R – Office of International Operations (114-115) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are three memos forwarding information to the Canadian government in an effort to obtain further information from the Canadian taxing authority for use in the investigation of Stonehill and Brooks. Document 114-115 informs headquarters of the agent's activities and what was forwarded. Documents and information were exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and is confidential pursuant to the terms of the agreement. Release of the document would impair relations with the treaty partner.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 29-0116 through Box 29-0121 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letters | 3/11/1965, 2/26/1965 and 2/24/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105<br>(b)(5) – Deliberative Process<br>(b)(5) – Attorney Work Product | A – Sterling W. Powers, Revenue Service Rep.<br>R – Royal Canadian Mounted Police & The Counsel General |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are three letters written to Canada and forwarding information and certified documents for their reference and use in the investigation of Brooks. Letters suggest information that IRS would consider helpful if it could be obtained from Canada and the use that the IRS could make of such information. Canada has requested the information remain confidential. Documents and information were exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and is confidential pursuant to the terms of the agreement. Release of the document would impair relations with the treaty partner. Document 121 is a duplicate.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 29-0017 through Box 29-0019 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum and Telegram | 9/23/1965 and 8/13/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Sterling Powers, Revenue Service Representative and Tax Treaty Partner<br>R – Office of International Operations and Secretary of State, Washington, DC |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a memo discussing sending information about a third party taxpayer to Switzerland and a telegram from Switzerland discussing information they have about the taxpayer. Document 19 is a duplicate of 17.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box31-046 through Box31-047 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 4/03/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with § 6103 | A – Sterling Powers, Acting Revenue Service Rep.<br>R – Nora Hoffman, Investigation Section, Taxation Department, Australia |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter requesting financial information from a tax treaty partner with respect to the income tax investigation of Stonehill, Brooks and a third party taxpayer. The information was requested for use in the litigation against the parties for violations of the Internal Revenue Code. Document discusses and seeks advice as to whether the IRS needed to take additional actions to obtain certain information.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 31-0065 through Box 31-0071<br>Box 35-0566 through Box 35-0572 (Duplicate)<br>Box 35-354 through Box 35-360 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 9/03/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Sterling W. Powers, Revenue Service Rep.<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum relating to a request for information from Australia. The memo details the investigation of the financial transactions related to two corporations of which Harry S. Stonehill and Robert P. Brooks are the suspected owners. Disclosure of the information which was collected for use in litigation would reveal the focus and strategy of the litigation.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 35-360 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | Undated |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Unknown<br>R – Director, National Tax Agency, Japan |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the first page of a letter of indeterminate length to the Japanese taxing authority requesting information about certain named bank accounts of Stonehill and Brooks located in that country and to be used in the litigation against the parties for evasion of US income taxes.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 35-429 & Box 35-430 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum & Letter | 8/26/1963 & 7/3/1963 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Harry Swanson, Revenue Service Rep.<br>R – Acting Executive Asst. to the Director of International Operations (429)<br>Paul Potvin, Special Investigations, Canada National Revenue (430) |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 429 forwards 430 for approval and discusses the request for information contained in 430, which asks for information related to specific bank accounts located within the country to be used use in the litigation against the Stonehill and Brooks.

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 2            page 13**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 35-0428 & Box 35-0428A | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 08/27/1963 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Harry Swanson, Revenue Service Rep.<br>R – Acting Executive Assistant to the Director, Office of International Operations, National Office |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo discussing the location of Stonehill and Brooks, discussing alternative options with respect to their prosecution, and seeking advice on the matter.