**Stonehill FOIA – Box 14**  1

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box14-0001 & Box14-0002 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Promissory Note | 02/21/1962 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Third Party Taxpayer<br>R – Bank of America, Los Angeles, CA. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Bank record about, and obtained in connection with the tax investigation of, a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box14-0044 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memo | 02/27/1968 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Chief, International Operations Branch<br>R – Chief, Collection Divisions |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document discusses, in light of DOJ input and recently obtained evidence, Stonehill's potential ownership of a particular asset and actions the IRS might take with regard to it as part of IRS's actions against Stonehill. Document also discusses information contained on return filed by third party taxpayer. Document requests recipient forward a copy of it to DO attorney John McCarthy.

**Stonehill FOIA – Box 14**  2

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box14-0045 through 14-0047 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memo | 07/15/1968 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – F. Ugast, Act'g Asst. Att'y General, Tax Div.<br>R – Richard Kleindienst, Deputy Att'y General |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document discusses request made by representative of Stonehill relating to potential criminal tax investigation of Stonehill, discusses arguments against undertaking requested action, and provides proposed rely to request.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box14-0054 through 14-0063 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Examination forms and workpaper | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with IRC 6103 | A – Unnamed revenue agent<br>R – File of third party taxpayer |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are hand-completed examination forms proposing adjustment in income of third party taxpayer and workpaper related to same.

**Stonehill FOIA – Box 14**                                                                 3

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box14-0084 through 14-0086 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memo | 09/09/1971 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Chief, Foreign Operations Div.. |
| (b)(5) – Deliberative Process | R –Revenue Service Representative Powers |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document sets forth certain aspects of corporate history of U.S. Tobacco Corp., requests that particular attention be paid to two aspects thereof, and requests that document and attachments be forwarded to DOJ attorney John McCarthy for use in tax litigation against Stonehill.