IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAULINE STONEHILL, Co-executor )
and Co-special administrator of the )
Estate of Harry S. Stonehill, )
                            )
          Plaintiff, )
                            )
v.                        )        NO. 1:06-cv-00599 JDB
                            )
INTERNAL REVENUE SERVICE, )
                            )
          Defendant. )

### INTERNAL REVENUE SERVICE'S STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE

Pursuant to L.Civ.R. 7.1(h) and 56.1, the Internal Revenue Service asserts that the following facts are not in genuine dispute:

1. In 1998 and 2001 plaintiff submitted identical FOIA requests that sought documents related to the investigations of Harry S. Stonehill and Robert P. Brooks for tax evasion and more specifically documents related to United States v. Stonehill, 65-cv-0127(C.D.Cal.). (Fultz Decl. ¶3).

2. Richard Fultz, an attorney with the office of Associate Chief Counsel (International), was assigned to coordinate and review documents responsive to plaintiff's 1998 and 2001 (identical) FOIA requests. (Fultz Decl. ¶3). Fultz was assigned to the case due to International's involvement in the investigations which began in the 1960's, and collection of taxes after assessments were made against Stonehill and Brooks.(Id.)

3.  At the time of both the 1998 and 2001 requests, plaintiff did not have a properly executed Form 8821 Tax Information Authorization signed by the Estate of William Saunders, Sr.(Piersol Decl. ¶3.)  Plaintiff obtained a properly executed consent form and the documentation verifying the identity of the estate's executor on or about February 17, 2006. (Piersol Decl. ¶3.) The consent was submitted to the Service on or about March 23, 2006, together with a renewed request for all documents related to William Saunders, Sr.

4.  By letters dated March 9, 2006 and April 10, 2006, plaintiff made specific FOIA requests for a hearing transcript dated November 20, 1984 held in the District Court of Hawaii and the deposition transcript of Sterling Powers, former Internal Revenue Service Special Agent.  (Fultz Decl. ¶8).

5.  Plaintiff filed suit on March 31, 2006, alleging the Internal Revenue Service (the "Service") wrongfully withheld responsive documents on the basis of FOIA exemption (b)(3) in conjunction with I.R.C. § 6103(a). (Piersol Decl. ¶2).

6.  On August 11, 2006, plaintiff filed an amended complaint expanding the allegations against the Service to include documents requested pursuant to plaintiff's 2001 FOIA request (collectively, the "Amended Complaint Documents.") Specifically, plaintiff alleged the Service was wrongfully withholding the following information:

> a.    Documents related to William Saunders, Sr.  (Hereinafter referred to as the "Saunders' Documents").

2

b.    Reel-to-Reel Audio Tapes

c.    Documents responsive to two subsequent FOIA requests dated March 9, 2006, which was received by the IRS on March 23, 2006 and a FOIA request dated April 10, 2006, which was received by the IRS on May 12, 2006.  The requests were for the transcript of a 1984 Hawaii District Court hearing and a transcript of the deposition of IRS Special Agent Sterling Powers (hereinafter referred to as "the Transcripts").

d.    Control Numbered Documents listed in Exhibit A ("Control Numbered Documents")

e.    Unidentified non-Control Numbered Documents listed in Exhibit A ("non-Control Numbered Documents").

(Piersol Decl. ¶5.)

6.    The case was assigned at the Internal Revenue Service to Krista Piersol, Office of the Assistant Chief Counsel (Disclosure and Privacy Law)(hereafter "DPL") for purposes of responding to the FOIA request and assisting the Department of Justice in connection with the above-captioned litigation. (Piersol Decl. ¶2.)

7.    The search for the documents identified in plaintiff's Amended Complaint was initiated and completed in 2001 pursuant to plaintiff's 2001 FOIA request. (*see* Fultz Declaration.)

8.  Initially, the Service was unable to locate responsive documents to

plaintiff's 2001 FOIA request. (Fultz Decl. ¶4. )  A search in May 2001 located eight files of responsive documents.   It was decided, and plaintiff agreed, that he would be permitted to access the documents, by appointment, in the FOIA reading room at the Service's National Headquarters, Washington, DC. (Id.)  Plaintiff was able to copy documents, as requested, with the assistance of Carol Field, who, at the time, was a former Internal Revenue Service Disclosure Officer responsible for this case. (Id.)  Field has since left that position.    Field coordinated the appointments and stayed with plaintiff, providing copying services as needed. (Id.)  Plaintiff accessed the eight files of documents on July 23, 2001, August 6, 2001, August 27, 2001, and October 10, 2001. These files are those referenced as "Chief Counsel."  (Id.)

9.    During this time, the Service continued to search for responsive documents. (Fultz Decl. ¶5.)   In September 2001, 82 additional boxes were discovered in a Federal Records Center in Suitland, Maryland.[1]  Two of the boxes contained reel-to-reel audio tapes. (Id.)  It took several months to review the documents for possible exemptions due to the number of documents, the other agencies required to review their documents contained therein, foreign tax treaty partners that had to agree/disagree with release, the delicacy of the paper and the condition of the boxes and documents. (Id.)  Following the removal of all exempt documents, plaintiff was provided access to the 82 boxes on the following dates, again with Field in attendance providing copying services: November 2, 2001,

---

[1] Although the boxes have written markings indicating there were a total of 84, there were only 82 boxes maintained and retrieved from the Federal Records Center.

November 20, 2001, December 14, 2001, January 10, 2002, January 23, 2002, January

28, 2002,    February 14, 2002, March 7, 2002, March 28, 2002, May 22, 2002, June 12,

2002, September 27, 2002 and October 2, 2002.  (Id.)

10.  The Internal Revenue Service relied on the search conducted in 2001 in

responding to plaintiff's current FOIA requests and Amended Complaint.

### The Saunders Documents

11.  During Piersol's search for the Saunders Documents, she contacted

Richard Fultz, Special Counsel with the office of Associate Chief Counsel

(International). (Piersol Decl. ¶4.) Fultz is currently assisting Charles Duffy, Trial

Attorney, Tax Division, DOJ (Western Region) who is the attorney of record in the

case pending in Oregon, captioned United States v. Stonehill, 65-cv-0127 (C.D. Cal.).

The defendants in this case were originally Harry S. Stonehill ("Stonehill") and

Robert P. Brooks ("Brooks").  Currently, the only remaining party to the case is the

personal representative of the Estate of Harry S. Stonehill, who is the plaintiff in the

instant proceeding.  Fultz provided Piersol with all the documents relating to

William Saunders, Sr., and withheld on the basis of FOIA exemption (b)(3) in

conjunction with  26 U.S.C. §6103(a).  (See Fultz Declaration ¶ 7.)

12.  Fultz was able to locate the documents due to a prior system of

categorization of the documents. (See e.g. Fultz Decl. ¶7.)  During the initial

processing of the documents, Fultz determined that many of the boxes contained

returns and return information of third party taxpayers. (Fultz Decl. ¶7.)  The

documents, or portions thereof, were withheld under FOIA exemption (b)(3) in conjunction with I.R.C. § 6103. In the event that counsel for Stonehill ("Heggestad") was able to obtain consents for release from other taxpayers whose information was contained within the files, Fultz devised a system whereby he could track individual taxpayers and the documents referencing their information.(Id.) Each third party was assigned a number and the privilege logs were marked with the corresponding page number for each withholding made pursuant to (b)(3) and section 6103. (Id.)

13. Due to Fultz's categorization of the documents, when plaintiff obtained the Form 8821 Consent from the Estate of William Saunders, Sr., Fultz was able to easily access the information relating to William Saunders, Sr. (Fultz. Decl. ¶7.) Fultz provided all of the documents related to William Saunders, Sr. that were withheld on the basis of section 6103 to Krista Piersol. (Id.)

14. On June 20, 2006, Piersol provided the documents to Brittney Campbell, Trial Attorney, Tax Division, DOJ (Eastern Region) for release to the plaintiff. (Piersol Decl. ¶4.)

15. On or about June 20, 2006, the documents were released to plaintiff.

### Reel-to-Reel Audio Tapes

16. The Reel-to-Reel Audio Tapes were located in 2001 during the processing of the plaintiff's 2001 FOIA request. (Fultz ¶6.) The Reel-to-Reel Audio Tapes were located within the 82 boxes that were located in the Federal Records Center in Suitland, Maryland (Fultz Decl. ¶6. ) Because of the difficulty of obtaining the

necessary reel-to-reel audio equipment to listen to the contents of the tapes and because the Service needs to redact any portions of the tapes that are exempt from disclosure, the tapes must be converted to Compact Discs prior to being released. (Piersol Decl. ¶6(b).)

17.  In the course of the district court litigation, the Department of Justice converted the tapes to CDs at an approximate cost of $6000.  (Piersol Decl. ¶6(b). ) The Service provided plaintiff with a list of the contents of the tapes and agreed to prorate the cost of duplication based on the tapes that plaintiff requested and received.  (Id.)  Plaintiff indicated that he believed he could convert the tapes at a lower cost.  (Id.)  The Service agreed to negotiate the cost based on the estimates provided by plaintiff.  (Id.)

18.  To date, the plaintiff has not provided any estimates to the Service or agreed to pay the duplication fees.  (Id.)

### The Transcripts and Non Control-Numbered Documents

19.  In addition to identifying specific documents with control numbers in her complaint,  plaintiff listed a number of documents that do not have control numbers. Other than the identification provided in Exhibit A of her amended complaint, the Service has no way to positively ascertain which documents the plaintiff is seeking and/or where the documents are located within the original boxes. (Piersol Decl. ¶6(c).)  Similarly, with respect to the Transcripts,  the Service has no way to positively determine where the Transcripts are located within the original

boxes.(Id.)  Further, it is unclear if the Service ever obtained copies of the

Transcripts.  (*See* Fultz Decl. ¶ 8).

20.  In order to determine if the Non-Control Numbered documents and the

Transcripts are contained within the Service's records, personnel would be required

to perform a search of the entire set of boxes. (Piersol Decl. ¶6.)  The Service

requested that plaintiff pay an advance search fee of $5,000 in order to begin

searching for the documents.  The requested dollar amount is based on two

employees working 40 hours per week for approximately four weeks.  It originally

took 1400 hours to review the documents pursuant to the original FOIA request.

While it will not require the same depth of review, it will require someone to review

all of the pages contained in the boxes to determine if they match the description

plaintiff has provided. (Piersol Decl. ¶6(c).)

21.  Plaintiff has not agreed to pay any fees associated with the search for the

Transcripts or the Non Control Numbered documents; therefore, the Service did not

allocate personnel to perform the search. (Piersol Decl.  ¶6(c).)

## **Control Numbered Documents**

20.  The Control Numbered Documents (approximately 9,714 pages) are

documents[1] which were withheld either in full or in part from the responses to

plaintiff's 1998 and 2001 FOIA requests or through discovery in the <u>Stonehill</u> district

---

[1] The term document is merely a term of art; there are over 9,000 separate pieces of paper for which the plaintiff is requesting a <u>Vaughn</u> index.  Each piece of paper may be an individual document (i.e. a one page memorandum) or one page of a multi-page document.

court litigation. (Piersol Decl. ¶6(d).) The control numbers are those assigned through the Stonehill litigation.(Id.)  Upon receiving a copy of Exhibit A of plaintiff's Amended Complaint, Piersol contacted Richard Fultz to verify the location of the documents. (Piersol ¶7. )  The original documents are currently stored at the DOJ, Judiciary Center Building, Washington, DC, for use in the Stonehill litigation.  (Id.) The Control Numbered Documents are documents which were withheld during discovery in the Stonehill litigation.  (Id.) These documents are collectively maintained in numbered binders in the Judiciary Center Building, Washington, DC. (Id.)  Two Chief Counsel paralegals familiar with the documents were assigned to pull the documents from the binders and make copies for Piersol's review. (Id.)

21.  On August 4, 2006, this Court re-issued its previous order requiring the Service to complete a Vaughn index for any responsive documents withheld in full or in part.  (Piersol Decl. ¶7.)  Piersol reviewed and created a Vaughn index with respect to all of the documents requested in Exhibit A to the Amended Complaint, with the exception of the documents being reviewed by the Central Intelligence Agency (CIA) and the documents raising tax treaty implications (See Lew Declaration).  (Id.)

22.  After a thorough review of the documents, Piersol determined that entire documents or portions thereof are exempt from disclosure based on the following FOIA exemptions: (b)(3) in conjunction with 26 U.S.C. § 6103; (b)(5) on the basis of the Work Product Privilege, the Attorney-Client Privilege and the

Deliberative Process Privilege; (b)(7)(D), information revealing the identity of a confidential informant; and (b)(3) in conjunction with Fed.R.Crim.P. 6(e).

<u>EXEMPTION 3 IN CONJUNCTION WITH §6103(A)</u>

23.    Exemption (b)(3) is being asserted in conjunction with 26 U.S.C. § 6103, as the basis for withholding certain documents, or portions of documents, that are the actual tax returns of third parties, consist of third party return information in their entirety, those that reference specific third party taxpayers or the investigations/audits thereof for violations of the Internal Revenue Code. (Piersol Decl. ¶9.)

24.  Exemption (b)(3) is being asserted in conjunction with 26 U.S.C. §6103(a) to withhold the returns and return information of individuals and entities other than the plaintiff.[2]  The Internal Revenue Service is withholding the following types of documents and/or information: the actual tax returns and all schedules attached thereto, filed by or on behalf of the third party taxpayer; identifying information of the third party taxpayer consisting of, *inter alia*, the name, address and taxpayer identification number of the third party taxpayer; documents recommending investigation and/or prosecution of the third party taxpayer; all correspondence to and from the third party or the third party's representative; and all documents comprising the investigative and/or audit files of the third party taxpayer.   (Piersol Decl. ¶9.)

---

[2] Plaintiff is entitled to the returns and return information of Brooks pursuant to a Power of Attorney.

25.  Plaintiff has not demonstrated a material interest, nor has plaintiff furnished the Service with consents of any third party taxpayers, other than William Saunders, Sr.  Accordingly, plaintiff has not demonstrated its entitlement to any third party tax information.  (Piersol Decl. ¶9.)

26.  The following documents have been withheld, in full or in part, pursuant to Exemption b(3) in conjunction with 26 U.S.C. §6103 and have been more fully described in the document description section of the <u>Vaughn</u> Index submitted to the Court: :

> Box 54-1253, Box 54-1255, Box 54-1259,Misc-0388, Misc-0389, Misc-0396, Misc-0440 through Misc-0445, Misc-0489, Misc-0490 through Misc-0492, Misc-0494, Misc-0497, Misc-0548, Misc-550 Misc-551, Misc-0554, Misc-0780, Misc-0993, Misc-0995, CCBox1-057, CCBox1-059, CCBox1-060, CCBox1-068, CCBox1-069(duplicate), CCBox1-061 through CCBox1-065, CCBox1-066, CCBox1-067, CCBox1-070, CCBox1-080, CCBox1-081, CCBox1-156, CCBox1-157(duplicate), CCBox1-158, CCBox1-159, CCBox1-160, CCBox1-161 through CCBox1-163, CCBox1-168, CCBox1-164, CCBox1-165, CCBox1-166, CCBox1-167CCBox1-169, CCBox1-194, CCBox1-211, CCBox1-214, CCBox1-215, CCBox1-216, CcBox1-221, CCBox1-222(duplicate), CCBox1-227(duplicate), CCBox1-228(duplicate), CCBox1-223, CCBox1-223A(duplicate), CCBox1-224,CCBox1-225(duplicate), CCBox1-226, CCBox1-226A(duplicate), CCBox1-243 through CCBox1-245, CCBox1-246, CCBox1-0309, CCBox3-0007, CCBox3-0008(duplicate), CCBox3-0014,CCBox3-0020, CCBox3-0021, CCBox3-0028, CCBox3-0029, CCBox3-0030, CCBox3-0031, CCBox3-0055, CCBox3-0056, CCBox3-0057, CCBox3-0059, CCBox3-0064, CCbox3-0070, CCB0x3-0071, CCBox3-0085, CCBox3-0086, CCBox3-0087,CCB0x3-0088(duplicate), CCBox3-0089(duplicate), CCBox3-0090, CCBox3-0092, CCBox3-0102, CCBox3-0103, CCBox3-0104,CCBox3-0105 (Copy),

11

CCBox3-0106(Signed Copy), CCBox3-0107(Copy),
CCBox3-0108 through CCBox3-0111, CCBox3-0112,
CCBox3-0113, CCBox3-0114, CCBox3-0115(duplicate),
CCBox3-0116 through CCBox3-0175, CCBox3-0225
through CCBox3-0227, CCBox3-0228, CCBox3-00229,
CCBox3-0231, CCBox3-0232,CCBox3-0265, CCBox3-0266,
CCBox3-0267, CCBox3-0268(duplicate), CCBox3-0271,
CCBox3-0275, CCBox3-0283, CCBox3-0309, CCBox3-310,
CCBox3-0350 through CCBox3-0352,CCBox-0004,
CCBox4-0005, CCBox4-0006, CCBox4-0320(duplicate),
CCBox4-0204, CCBox4-0284, CCBox4-0285, CCBox4-0268
through CCBox4-0271, CCBox4-0302, CCBox4-
0303(duplicates 0268 & 0269),
CCBox4-0274, CCBox4-0315, CCBox4-0316, CCBox4-0319,
CCBox4-0321,CCBox4-0325(duplicate), CCBox4-0323,
CCBox4-0324(duplicate), CCBox4-0326, CCBox4-0327,
CCBox4-0331, CCBox4-0345, CCBox4-0347, CCBox4-0348,
CCBox4-0349, CCBox4-0350, CCBox4-0351, CCBox4-0471
through CCox4-0487, CCBox4-0488 through CCBox4-
0504(duplicate), CCBox4-0505, CCBox4-0506, CCBox4-
0507 through CCBox4-0531, CCBox4-0532, CCBox4-0533,
CCBox4-0534, CCBox4-0712, CCBox4-0713 through
CCBox4-0724, CCBox4-0727 through CCBox4-0739,
CCBox4-0754, CCBox4-0755, CCBox4-0992, CCBox4-0993,
CCBox7-025, CCBox7-026, CCBox7-027, CCBox7-
028CCBox7-032, CXCBox7-033, CCBox7-039, CCBox7-
0117 through CCBox7-0119, CCBox7-0120, CCBox7-0121,
CCBox7, 0122(duplicate), CCBox7-0123, CCBox7-0125,
CCBox7-0126, CCBox7-0127, CCBox7-0129, CCBox7-0130,
CCBox7-0131, CCBox7-0132(duplicate), CCBox7-0133,
CCBox7-0134, CCBox7-0136, CCBox7-0138, CCBox7-1039,
CCBox7-0140, CCBox7-0141, CCBox7-0142, CCBox7-0252,
CCBox7-0253, CCBox7-0254, CCBox7-0255(duplicate),
CCBox7-0256, CCBox70257, CCBox8-0220, CCBox8-0228,
CCBox8-0229, CCBox8-0230, Box18-0976 through Box18-
1050, Box21-1194 through Box21-1211, Box21-1212
through Box21-1214, Box211215 through Box21-1222,
Box21-1223- through Box21-1239, Box21-1240 through
Box21-1264, Box21-1271 through Box21-1276, Box21-1277
through Box21-1292, Box21-12-93 through Box21-1545,
 Box21-1917 through Box21-1931, Box13-0018 through
Box13-0030, Box13-0035 through Box13-0041, Box13-0043,

Box13-0044, Box13-0045 through Box13-0049, Box13-0050 through Box13-0055, Box1-0005, Box1-0006, Box1-0007(duplicate), Box1-0008, Box1-0010, Box1-0011,  Box1-0032, Box1-0033, Box1-0040, Box1-0043 through Box1-0072, Box1-0204, Box1-0205, Box27-031 through Box27-036, Box27-0073, Box27-0074, Box24-0517, Box24-0518Box14-0001, Box14-0002, Box5-2364, Box5-2365, Box5-2542, Box5-2549,
Box5-2550, Box3-0842, Box3-0848, Box3-1402 through Box3-1406, Box3-1535 through Box3-1539, CCBox2-051, CCBox2-052 Duplicate of CCBox1-159 & - 160, CCBox2-236 through CCBox2-267, Box2-025, Box2-026, Box2-027, Box2-069 through Box2-099,Box2-0133 through Box2-0144, Box2-0146 through Box2-0150, Box19-033 through Box19-035, Box19-073, Box19-073A(duplicate), Box19-074, Box19-075, Box19-076, Box19-0184, Box19-0185(duplicate), Box19-0186 through Box19-0200, Box20-0161, Box20-0162 through Box20-0164, Box20-0197 through Box20-0209, Box20-0211 through Box20-0213,Box20-0214 through Box20-0229, Box20-0230 through Box20-0247, Box20-0248, Box20-0257 through Box20-0263, Box20-0264 through Box20-0270, Box20-0271 through Box20-0274, Box20-0275 through Box20-0289, Box20-0387 through Box20-0389, Box20-0413, Box20-0512, Box20-0531 through Box20-0539, Box20-0540 through Box20-0542, Box20-0543, Box20-0562, Box20-0627, Box20-0627(A), Box23-001, Box23-002 through Box23-027, Box23-028 through Box23-036, Box23-071 through Box23-088, Box23-104, Box23-105, Box23-0109, Box23-161, Box23-163, Box23-488(duplicate of 163), Box23-164, Box23-489(duplicate of 164), Box23-203, Box23-204, Box23-205 through Box23-230,Box23-231, Box23-232, Box23-233, Box23-234, Box23-499, Box23-500, Box23-611, Box23-624, Box23-634 through Box23-637, Box23-638, Box23-639 through Box23-641, Box23-0641 through Box23-0644, Box23-645, Box23-646, Box28-001 through Box28-008, Box28-010, Box28-011(duplicate), Box28-0133, Box28-0162, Box28-0169 through Box28-0171, Box28-0369, Box28-0370, Box28-0371(duplicate 0370), Box28-0372, Box28-0373(duplicate 372), Box28-0380, Box28-0381, Box28-0399, Box28-0402,
Box28-0374 through Box28-0376, Box28-0382, Box28-0383,

13

Box28-0400, Box28-402 through Box28-0404, Box30-076, Box30-090, Box30-099, Box30-0100, Box30-0101(duplicate), Box30-0112, Box30-0113(duplicate of 0112), Box30-0114, Box30-0115, Box30-0116(duplicate of 0114), Box30-0117, Box30-0118, Box30-0119 through Box30-0121, Box30-0122, Box30-0125 through Box30-0127, Box30-0131, Box30 through Box30-0134, Box30-0135, Box30-0136, Box30-0137(duplicates of 0135), Box30-0138 through Box30-0142, Box30-0143 through Box30-0148, Box30-0751, Box30-0752(duplicate)Box35-0433, Box35-0434, Box35-0435 through Box35-0441, Box35-0442, Box35-0443, Box35-0444, Box35-0445 through Box35-0450,Box35-o451 through Box35-0453,

Box35-0454 through Box35-0458, Box35-0459 through Box35-0461, Box35-0462 through Box35-0464(duplicate), Box35-0466, Box33-0467Box35-0468, Box35-0469, Box35-0475, Box35-0479 through Box3500482, Box35-0483, Box35-0484 though Box35-0489,

Box35-0490 though Box35-00495, Box35-0497, Box35-0470 through Box35-0474,

Box35-0476 through Box35-0478, Box35-0496, Box35-0498, Box35-0499 through Box35-0501(duplicate), Box35-0523, Box35-0524(duplicate), Box35-0525, Box35-0526, Box35-0527Box35-0541, Box35-0542, Box35-0543, Box35-0544(duplicate), Box35-0555, Box35-0556(duplicate), Box35-0557, Box350558(duplicate), Box59-1801, Box85-0050, Box85-0051(duplicate of 0050), Box85-0052, Box85-0053, Box85-0054, Box85-0055(duplicates of 0052 & 0053), Box85-0160, Box85-0190, Box85-0215, Box85-0266, Box85-0270,Box85-0275, Box85-0276, Box85-0286 through Box85-0288, Box85-0304,

Box85-0311, Box85-0312, Box85-0313 through Box85-0318, Box85-0324, Box85-0325, Box85-0455, Box85-0486, Box85-0489, Box85-0490 through Box85-0492(duplicates), Box85-0497 through Box85-0501, Box85-0503, Box85-0525 through Box85-0534,

Box85-0535, Box85-0661 through Box85-0664, Box85-0666, Box85-0667, Box85-0678, Box85-0679, Box85-0680, Box85-0681, box85-0682, Box85-0683, Box85-0684, Box75-0010 through Box75-0047, Box75-0054 through Box75-0062, Box75-0098 through Box75-0103, Box75-0105, Box75-0106 through Box75-0119, Box75-0120, Box75-0121 through

Box75-0123, Box75-0125 through Box75-0127, Box75-0128,
Box75-0129 through Box75-0130, Box75-0131, Box75-0132,
Box75-0133, Box75-0134 through Box75-0135, Box75-0136,
Box75-0137, Box75-0138, Box75-0139, Box75-0206 through
Box75-0220, Box75-0271, Box75-0272, Box75-0273 through
Box75-0275, Box75-0276 through Box75-0284,
Box56-0189, Box56-0190., Box56-0191, Box56-0192, Box56-
0193 through Box56-0196,
Box56-0197 through Box56-0200, Box56-0201, Box56-
1355(duplicate), Box56-56-0202 through Box56-0207,
Box56-0263(duplicate of 0205), Box56-0208, Box56-
1354(duplicate),
Box56-0209, Boc56-1352, Box56-0353(duplicates), Box56-
0210 through Box56-0212,
Box56-0213 through Box56-0215, Box56-0310 through
Box56-0312(duplicate),
Box56-0216 through Box56-0219, Box56-0220 through
Box56-0223(duplicates of 0216-0219), Box56-0314 through
Box56-0317(duplicates of 0216-0219), Box56-0224 thorugh
Box56-0228, Box56-0229 through Box56-0233 (duplicates
of 0224-0228), Box56-0318 through Box56-0322(duplicates
of 0224-0228), Box56-0234, Box56-0336(duplicate of 0234),
Box56-0235 through Box56-0242, Box56-0323 through
Box56-0330(duplicates of 0235-0242), Box56-0243 through
Box56-0244, Box56-0331 through Box56-0332(duplicates
of 0243-0244), Box56-0245 through Box56-0247, Box56-
0333 through Box56-0335(duplicates of 0245-0247),
Box56-0248, Box56-0249, Box56-0250 through
Box56-0254, Box56-0255 through Box56-0258, Box56-0305,
Box56-309, Box56-0338 through Box56-0345, Box56-2092
through Box56-2099(partial duplicate), Box56-0347
through Box56-0349, Box56-0350, Box56-0351 through
Box56-0415, Box56-0454 through Box56-0457, Box56-0422,
Box56-0422, Box56-0423, Box56-0458, Box56-0459, Box56-
0460 through Box56-0463(duplicated), Box56-0464,
Box56-0467, Box56-1627, Box56-1764 through Box56-1765,
Box56-1766 through Box56-1768, Box56-1933, Box56-1951,
Box56-56-1997 through Box56-1999, Box56-2001, Box56-
2105, Box56-2107, Box16-0024 through Box16-0030,
Box16-0035 through Box16-0036, Box16-0038, Box16-0039,
Box16-0053, Box16-0103(duplicate), Box16-0076, Box16-
0104, Box16-0105, Box16-0106 through Box16-0110,

Box16-0111 through Box16-0115, Box16-0426, Box16-0427,
Box16-0116 through Box16-0118, Box16-0119 through
Box16-0124, Box16-0089 through Box16-0091, Box16-0095
through Box16-0097, Box16-092 through Box16-094,
Box16-098 through Box16-0100(duplicate of 94-94),
Box16-0171, Box16-0384, Box16-0411, Box16-0413, Box16-
0415, Box16-0425, Box16-0595, Box16-596, Box16-0598
through Box16-0600, Box16-0610, Box16-0615, Box16-
0616, Box16-0618 through Box16-0620, Box16-0148,
Box16-0254 through Box16-0258, Box16-0260 through
Box16-0273, Box16-0275 through Box16-0293, Box16-0295
through Box16-0309, Box16-0317 through Box16-0366,
Box16-0375 through Box16-0377, Box16-0387 through
Box16-0395, Box16-0397 through Box16-0407, Box16-0417,
Box16-0418, Box16-0428 through Box16-0445, Box16-0529
through Box16-0590, Box0592, Box16-0593, Box16-0601
through Box16-0604, Box16-0606, Box16-0607, Box16-0611
through Box16-0613, Box26-0621, Box16-0623 through
Box16-0629, Box16-0631 through Box16-0774, Box16-0776
through CCBox16-0862, Box33-0085,
Box33-0200, Box33-0200A, Box33-0200B, Box33-0201,
Box33-0202, Box33-0203 through Box33-0205, Box33-0206,
Box33-0207, Box33-0208, Box33-0209 through Box33-0272,
Box33-0273, Box33-0274 through Box33-280A, Box33-
0281, Box33-0282 through Box33-0293, Box33-0294,
Box33-0294A, Box33-0294B, Box33-0295, Box33-0296
through Box33-0326A, Box33-0327, Box33-1069A, Box33-
0169B, Box33-1074 through Box33-1078,
Box33-1094 through Box33-1096, Box33-1097, Box33-1106,
Box33-1107, Box33-1108 through Box33-1116, Box33-1117,
Box33-1118, Box33-1119, Box33-1120, Box33-1147, Box33-
1148 through Box33-1150, Box33-1151 through Box33-
1153, Box33-1154,
Box33-1155, Box33-1159, Box33-1160, Box32-1161, Box33-
1204, Box33-1205, Box33-1207, Box33-1208, Box33-1209,
Box33-1210, Box33-1211, Box33-1211A, Box33-1212
through Box33-1215, Box33-1216, Box33-1229, Box33-
1230, Box33-1231, Box32-1232(duplicates), Box33-1233
through Box33-1237, Box33-1238, Box33-1239, Box33-
1240(duplicate),
Box33-1242, Box33-1243, Box33-1244, Box33-1245, Box33-
1246, Box33-1247, Box33-1248,

Box33-1248A, Box33-1248B, Box33-1249, Box33-1250,
Box33-1251, Box33-1252 through Box33-1261, Box33-1262
through Box33-1263A, Box33-1264, Box33-1265, Box33-
1265A, Box33-1266, Box33-1267, Box33-1267A, Box33-
1268, Box33-1269, Box33-1269A, Box33-1270, Box1271,
Box33-1271A, Box33-1272, Box33-1273, Box33-1273A,
Box33-1274, Box1275, Box33-1275A, Box33-1276, Box1277,
Box33-1277A, Box33-1278 through Box33-1281, Box33-
1282 through Box33-1284A, Box33-1284B, Box1285,
Box33-1286, Box33-1287, Box33-1288, Box33-1289, Box33-
1290 through Box33-1293(duplicates),Box33-1293A,
Box33-1293B, Box33-1294, Box33-1295, Box33-1296
through Box33-1298, Box33-1299, Box33-1300, Box33-
1301, Box33-1361 through Box33-1362A, Box33-1363,
Box33-1364, Box33-1364A, Box33-1365, Box33-1366,
Box29-0159, Box29-0159(A),Box29-0160 through
Box29–241, Box29-0257, Box29-0269, Box29-0295 through
Box29-0299, Box29-0302 through Box29-0308, Box29-0312,
Box29-0356, Box29-0358, Box29-0359, Box29-0360, Box29-
0361, Box29-0362,, Box29-0364, Box29-0365, Box29-0366,
Box29-0367(duplicate), Box29-0368, Box29-0369, Box29-
0375, Box29-0376, Box29-0383, Box29-0389, Box29-0390,
Box32-019, Box32-020, Box32-025, Box32-026, Box32-
027,Box32-028(duplicate of 027), Box32-063, Box32-0077,
Box32-064, Boc32-065, Box32-066, Box32-067, Box32-068,
Box32-069, Box32-070, Box32-071, Box32-078, Box32-079,
Box32-080, Box32-0125, Box32-0126, Box32-0127, Box32-
0128, Box32-0611 through Box32-0614(duplicates), Box32-
0129, Box32-0130, Box32-0615, Box32-0617 through
Box32-0621(duplicates), Box32-0616, Box32-0132, Box32-
0133 through Box32-0138, Box32-0193, Box32-0194,
Box32-0195, Box32-0196, Box32-0197, Box32-0198, Box32-
0199, Box32-0200 through Box32-0214, Box32-0215
through Box32-0230, Box32-0231 through Box32-0243,
Box32-0250 through Box32-0253, Box32-0263, Box32-0264,
Box32-0265, Box32-0266, Box32-0267, Box32-0270,Box32-
0273, Box32-0276, Box32-0279, Box0282, Box32-0327,
Box32-0330, Box32-0349, Box32-0352, Box32-0355,
Box332-0358, Box32-0361, Box32-0268, Box32-0269,
Box32-0271, Box32-0272, Box32-0274, Box32-0275,Box32-
0277, Box32-0278, Box32-280, Box32-0281, Box32-0315,
Box32-0316, Box32-0326, Box32-0328, Box32-0329, Box32-

17

0347, Box32-0348, Box32-0350, Box32-0351, Box32-0353, Box32-0354, Box32-0356, Box32-0357, Box32-0359, Box32-0360, Box32-0283, Box32-0284, Box0317 through Box32-0325, Box32-0331 through Box32-0346, Box32-0285 through Box32-0314, Box4-0362, Box32-0363, Box32-0364 through Box32-0367, Box32-0368 through Box32-0371, Box32-0372 through Box32-0383, Box32-0384, Box32-0385, Box32-0387, Box32-0389, Box32-0390, Box32-0391, Box32-0392, Box32-0394, Box32-0395, Box32-0396, Box32-0397, Box32-0398, Box32-0399(duplicates), Box32-0400, Box32-0401, Box32-0402, Box32-0403(duplicate), Box32-0405, Box32-0406, Box32-0407, Box32-0408(duplicate), Box32-0409, Box32-0410,Box32-0411, Box32-0412 through Box32-0414, Box32-0415 through Box32-0431, Box32-0432 through Box32-0459, Box32-0462 through Box32-0465, Box32-0468, Box32-0469, Box32-0471 through Box32-0474, Box32-0460, Box32-0461, Box32-0466, Box32-0467, Box32-0470, Box32-0475, Box32-0476, Box32-0477, Box32-0478, Box32-0479, Box32-0482, Box32-0483, Box32-0485 through Box32-0512, Box32-0480, Box32-0481, Box32-0484, Box32-513, Box0516 through Box32-0532, Box32-0533,Box32-0534, Box32-0514 through Box32-0515, Box32-0536, Box32-0537, Box32-0538, Box32-0544, Box32-0539 through Box32-0543, Box32-0545, Box32-0570, Box32-0547, Box32-0571, Box32-0548 through Box32-0559, Box32-0562 through Box32-0564, Box32-0560, Box32-0561, Box32-0565, Box32-0566, Box32-0567, Box32-0568,Box32-0569, Box32-0572 through Box32-0587, Box32-0596, Box32-0598, Box32-0599, Box32-0600, Box32-0601, Box32-0609, Box32-0622 through Box32-0650, Box32-0654 through Box32-0673, Box32-0676 through Box32-0681, Box32-0682 through Box32-0685, Box32-0689 through Box32-0730, Box32-0731, Box32-0732,
Box32-0733 through Box32-0824, Box32-0827, Box32-0828 through Box32-0839,
Box32-0840, Box32-0841, Box32-0842, Box32-0843 through Box32-0845, Box32-0846, Box32-0847, Box32-0848, Box32-0849, Box32-0850, Box32-0851, Box32-0852, Box32-0849 through Box32-0852, *Box32-0854 through Box32-0922, Box32-1278, Box32-0923 through Box32-0923 through Box32-0941, Box32-0952, Box32-0942 through Box32-0951, Box32-0953 through Box 32-1051, Box 32-1063 through

18

Box 32-1065, Box32-1086 through Box32-1088, Box32-1438
through Box32-1446, Box32-1052 through Box 32-1062,
Box32-1082, Box32-1066 through Box32-1068, Box32-1089
through Box 32-1091, Box
Box32-1069, Box32-1092 (Duplicate), Box32-1070 &
Box32-1071,Box32-1093 & Box32-1094 (Duplicate), Box32-
1072, Box32-1095 (Duplicate), Box32-1073, Box32-1096
(Duplicate), Box32-1074, Box32-1097 & Box32-1107
(Duplicates), Box32-1075, Box32-1098 & Box32-1106
(Duplicates), Box32-1076, Box32-1099 (Duplicate), Box32-
1077 & Box32-1078, Box32-1100 & Box32-1101
(Duplicates), Box32-1079, Box32-1102 (Duplicate), Box32-
1080 & Box32-1081, Box32-1103 & Box32-1104
(Duplicates), Box32-1083 through Box32-1085, Box32-
1105, Box32-1108,      Box32-1109, Duplicate of Box32-1095,
Box32-1110, Duplicate of Box32-1099, Box32-1111, Box32-
1112, Box32-1113, Box32-1114, Box32-1115, Box32-1116
(Duplicate), Box32-1117, Box32-1118, Box32-1119 &
Box32-1120, Box32-1121, Box32-1122 through Box32-1125,
Box32-1126, Box32-1127,Box32-1128, Box32-1129, Box32-
1130Box32-1131, Box32-1132, Box32-1133, Box32-1134 &
Box32-1135, Box32-1136      Box32-1137 (Duplicate),
Box32-1138, Box32-1139, Box32-1140 (Duplicate), Box32-
1141, Box32-1142, Box32-1143 through Box32-1163,
Box32-1164, Box32-1165, Box32-1167, Box32-1168, Box32-
1169, Box32-1170 (Duplicate), Box32-1171, Box32-1172 &
Box32-1175 (Duplicates),Box32-1173, Box32-1174, Box32-
1176, Box32-1177, Box32-1279 through Box32-1296,
Box32-1178    Box32-1179    Box32-1180 & Box32-1181
Box32-1183 through Box32-1194, Box32-1197, Box32-1198,
Box32-1200,   Box32-1201, Box32-1203, Box32-1204,Box32-
1206, Box32-1207, Box32-1209,Box32-1210, Box32-1212,
Box32-1213, Box32-1215, Box32-1216, Box32-1218, Box32-
1219, Box32-1221, Box32-1222, Box32-1224, Box32-1225
Box32-1195 Box32-1196, Box32-1199 Box32-1202, Box32-
1205, Box32-1208, Box32-1211 Box32-1214, Box32-1217
Box32-1220, Box32-1223 Box32-1226 through Box32-1267
through 1268, Box32-1272 & Box32-1273, Box32-1274 &
Box32-1275,  Box32-1276 Box32-1277, Box32-1297 &
Box32-1298, Box32-1351Box32-1352 through Box32-1354
Box32-1356 Box32-1355 Box32-1357 Box32-1358 Box32-
1359 (Duplicate) Box32-1360 through Box32-1369 Box32-

19

1370 Box32-1371 (Duplicate) Box32-1372, Box32-1373 & Box32-1374 Box32-1375 through Box32-1377, Box32-1378 & Box32-1379, Box32-1380, Box32-1381 Box32-1382 Box32-1383 through Box32-1386    Box32-1391, Box32-1392 (Duplicates)Box32-1387  Box32-1388 through Box32-1390 (Duplicates) Box32-1393 Box32-1394 Box32-1405 (Duplicate) Box32-1395 & Box32-1396 Box32-1397 through Box32-1400 Box32-1401 Box32-1402 through Box32-1404 Box32-1406 & Box32-1407 Box32-1408 & Box32-1409 (Duplicate) Box32-1410 & Box32-1411 Box32-1412 & Box32-1413Box32-1414Box32-1415Box32-1416 through Box32-1418 (Duplicates)Box32-1420 through Box32-1422Box32-1429 through Box32-1434 (Duplicates) 32-1423 (Duplicate) Box32-1426Box32-1427 & Box32-1428 Box32-1435 Box32-1436 Box32-1437, Box54-1725 Box54-1726 Box54-1727 (Duplicate of 1725), Box54-1731Box54-2252 Box54-2266         Box54-2540 & Box54-2541Box 57-0160 & Box 57-161Box 57-0462 through Box 57-0465Box 57-0599 through Box 57-0620 Box 57-2004 through Box 57-2016 Box 57-2254 & Box 57-2254A Box 84-0019 Box 84-0020 Box 84-0021 & Box 84-0022 Box 84-0023Box 84-0046 Box 84-0048 Box 84-0051 through Box 84-0053 Box 84-0061 Box 84-0073 & Box 84-0074 Box 84-0075 Box 84-0076 Box 84-0080 Box 84-0081 Box 84-0089

     Box 84-0109   Box 84-0112 & Box 84-0113Box 84-0114Box 84-0116 Box 84-0133 through Box 84-0137 Box 84-0142 Box 84-0143 & Box 84-0144 Box 84-0145 Box 84-0148, Box 84-0150 Box 84-0151 Box 84-0398 Box 84-0399 (Duplicate) Box 84-0404 Box 84-0410 Box 84-0412, Box84-0538 (Duplicate of 0410) Box 84-0431 Box 84-0432 (Duplicate)Box 84-0433 Box 84-0434Box 84-0435 & Box 84-0436 (Duplicates)Box 84-0437 through Box 84-0442 (0440-0442 are duplicates of 0438)Box 84-0547 through Box 84-0549 (0549 is a duplicate of 0548), Box 84-0553 & Box 84-0554, Box 84-0563 Box 84-0444 Box 84-0505 Box 84-0506 & Box 84-0507 Box 84-0509, Box 84-0513, Box 84-0514 through Box 84-0516 (Duplicates of 0513)Box 84-0517 & Box84-0518, Box 84-0527,
Box 84-0528, Box 84-0529, Box 84-0530,Box 84-0531, Box 84-0532, Box 84-0533,
Box 84-0534 Box 84-0519 Box 84-0521 & Box 84-0522 Box 84-0523 & Box 84-0524 Box 84-0525Box 84-0526 Box 84-

0535Box 84-0536Box 84-0540 Box 84-0541, Box 84-0542
Box 84-0543 & Box 84-0544 Box 84-0550 & Box 84-0551
Box 84-0552 Box 84-0555Box 84-0557       Box 84-0558
Box 84-0559 Box 84-0566Box 84-0564Box 84-0565 Box 84-
0567 & Box 84-0568 Box 84-0570 through Box 84-0574Box
84-0597 Box84-0598 through Box84-0602 Box 84-0603 &
Box 84-0604Box 84-0605 Box84-0606 through Box84-0616
Box 84-0617Box 84-0776 through Box 84-0778 Box 84-0792
through Box 84-0794 Box 43-001 through Box 43-029 Box
43-030 through Box 43-0119 Box 43-120 through Box 43-
0438 Box 43-439 Box 43-440 43-441 & Box 43-442
(Duplicates) 43-443 through Box 43-450 Box 43-451
through Box 43-0522 Box 43-523 through Box 43-525 Box
43-526 through Box 43-535 Box 43-536 through Box 43-
548 Box 43-549 through Box 43-557Box 43-557 through
Box 43-560 Box 43-561 through Box 43-569 Box 43-570
through Box 43-586  Box 43-603 through Box 43-619
(duplicate)Box 43-587 & Box 43-588Box 43-589
Box 43-590 through Box 43-602Box 43-620 through Box
43-751Box 43-753 & Box 43-754 Box 43-755 through -757,
Box 43-758 through Box 43-760, Box 43-764 through Box
43-769, Box 43-771 through -776 Box 43-779, Box 43-
780Box 43-763, Box 43-848 (Duplicate) Box 43-781
through Box 43-0783Box 43-761 & Box 43-762 Box 43-777
& Box 43-778Box 43-770Box 43-784Box 43-908 & Box 43-
909Box 43-785 through Box 43-791 Box 43-838 through
Box 43-0840 Box 43-841 through Box 43-0846 Box 43-888,
Box 43-901 & Box 43-902 Box 43-847, Box 43-849,Box 43-
885 through Box 43-887 Box 43-850 Box 43-851 through
Box 43-855 (Duplicates) Box 43-856 through Box 43-861
Box 43-872, Box 43-873, Box 43-875 through Box 43-884,
Box 43-905 through Box 43-907, Box 43-910 through Box
43-933 Box 43-863Box 43-864Box 43-866 & Box 43-867Box
43-868 & Box 43-869 Box 43-870Box 43-871Box 43-889,
Box 43-890 Box 43-894, (Duplicate) Box 43-895 through
Box 43-899 (Duplicates) Box 43-892 & Box 43-893 Box 43-
900 Box 43-903 Box 43-904, Box 43-934 (Duplicate)Box 43-
935 Box 43-936 & Box 43-937Box 43-865, Box 43-891Box
43-938 & Box 43-939, Box 43-940 through Box 43-950, Box
43-957, Box 43-958, Box 43-963, Box 43-966 through Box
43-976, Box 43-978 through Box 43- 981 Box 43-959
through Box 43-962 Box 43-982 through Box 43-984 Box

21

43-991 through Box 43-994 Box 43-996 through Box 43-
1003 Box 43-1006, Box 43-1008 through Box 43-1020
Box 43-985, Box 43-986, Box 43-988, Box 43-989 Box 43-
953 through Box 43-956Box 43-964 through Box 43-965
Box 43-977, Box 43-990, Box 43-1007 Box 43-951 & Box 43-
952Box 43-995, Box 43-1004 &Box 43-1005, Box 43-1021 &
Box 43-1022 Box 43-987 Box 43-1024 through Box 43-1028
Box 43-1031 Box 43-1023 Box 43-1029, Box 43-1030
(Duplicate) Box 43-1032 & Box 43-1033 Box 43-1049, Box
43-1050, Box 43-1052, Box 43-1053, Box 43-1055, Box 43-
1056, Box 43-1058 Box 43-1059 Box 43-1034 through Box
43-1048 Box 43-1051, Box 43-1054,Box 43-1057, Box 43-
1061 through Box 43-1072, Box 43-1074 Box 43-1060 Box
43-1075 (Duplicate) Box 43-1073Box 43-1076 & Box 43-
1077Box 43-1076 & Box 43-1077Box 43-1079      Box 43-
1080 through Box 43-108 Box 43-1094 through Box 43-
1101 Box 43-1090 through Box 43-1093Box 43-1102 Box
43-1103 Box 43-1104 (Duplicate) Box 43-1105 through Box
43-1109 Box 43-1110Box 43-1111 through Box 43-1113Box
43-1114      Box 43-1115 through Box 43-1118 Box 43-1119
through Box 43-1126 (Duplicates) Box 43-1127   Box 43-
1128 & Box 43-1129Box 43-1130 through Box 43-1145Box
43-1146 & Box 43-1147 Box 43-1148 & Box 43-1149
(Duplicate 1146-1147) Box 43-1150 through Box 43-1154
Box 43-1155 through Box 43-1169 (Duplicates of 1150-
1154) Box 43-1170 through Box 43-1198Box 43-1199 Box
43-1200 Box 43-1491 & Box 43-1492 Box 43-1201 through
Box 43-1204 Box 43-1205 through Box 43-1206,  Box 43-
1207 through Box 43-1208, Box 43-1209  through Box 43-
1211, Box 43-1212 through Box 43-1214, Box 43-1215, Box
43-1216 & Box 43-1217 Box 43-1218 through Box 43-
1220Box 43 1221 through Box 43-1223 (Duplicate of 1218-
1220) Box 43-1224 through Box 43-1236 Box 43-1237
through Box 43-1262 (Duplicates of 1124-1236) Box 43-
1263 & Box 43-1264
Box 43-1265   Box 43-1266 through Box 43-1299Box 43-
1300 through Box 43-1304(1303 & 1304 are duplicates)Box
43-1305 & Box 43-1306Box 43-1308, Box 43-1313 Box 43-
1314, Box 43-1323Box 43-1311 & Box 43-1312 Box 43-1319
through Box 43-1322Box 43-1335 through Box 43-1345
Box 43-1346 through Box 43-1363 Box 43-1366 through
Box 43-1399 Box 43-1307     Box 43-1309   Box 43-1310

(Duplicate)Box 43-1315Box 43-1316 through Box 43-1318 (Duplicates)  Box 43-1324 through Box 43-1328 Box 43-1329 through Box 43-1333 (Duplicates) Box 43-1334 Box 43-1364 Box 43-1365 (Duplicate)Box 43-1400 through Box 43-1408Box 43-1409 through Box 43-1416Box 43-1417 through Box 43-1421Box 43-1422 through Box 43-1428Box 43-1429 through Box 43-1443 Box 43-1448 & Box 43-1449 (Duplicate of 1430-1431) Box 43-1444 through Box 43-1447 Box 43-1450 through Box 43-1454 Box 43-1455, Box 43-1456 (Duplicate of 1455) Box 43-1457 through Box 43-1466 (Duplicates),Box 43-1467 & Box 43-1468Box 43-1469 & Box 43-1470Box 43-1471 & Box 43-1472Box 43-1473Box 43-1474 Box 43-1475 through Box 43-1490, Box 43-1493 through Box 43-1558, Box 43-1560 through Box 43-1563, Box 43-1567, Box 43-1570 (Duplicates) Box 43-1573, Box 43-1576, Box 43-1577 (Duplicates) Box 43-1564 Box 43-1568, Box 43-1571 (Duplicates) Box 43-1574 (Duplicate) Box 43-1565 Box 43-1566 Box 43-1569, Box 43-1572 (Duplicates)Box 43-1575 (Duplicate) Box 43-1578 Box 43-1579 (Routing Slip)

Box 43-1580 Box 43-1581 through Box 43-1595 (Duplicates)) Box 43-1559 Box 43-1596 & Box 43-1597 Box 43-1598        Box 43-1599 & Box 43-1600 (Duplicates) Box 43-1601Box 43-1602 & Box 43-1603 (Duplicates)Box 43-1604 through Box 43-1609 Box 43-1610 & Box 43-1611 Box 43-1613 through Box 43-1618Box 43-1620 & Box 43-1621Box43-1632 throughBox43-1652Box 43-1612, Box 43-1616, Box 43-1619, Box 43-1631,Box 43-1655, Box 43-1665, Box 43-1675 Box 43-1622A, Box 43-1624 Box 43-1625, Box 43-1627, Box 43-1628, Box 43-1630 Box 43-1622, Box 43-1623 Box 43-1626, Box 43-1629 Box 43-1660, Box 43-1661 Box 43-1653 Box 43-1680, Box 43-1682 Box 43-1812 (Duplicate of 1682)

Box 43-1654 Box 43-1656 through Box 43-1659 Box 43-1662Box 43-1663 Box 43-1664Box 43-1666        Box43-1667 through Box43-1670Box 43-963 Box 43-1671 through Box 43-1674 Box 43-1676 through Box 43-1679Box 43-1681 Box 43-1683 & Box 43-1684Box 43-1685 & Box 43-1686 Box 43-1687 & Box 43-1688 (Duplicate)

Box 43-1689 through Box 43-1700 Box 43-1701 through Box 43-1712 (Duplicate)

Box 43-1713 through Box 43-1722 Box 43-1723 through
Box 43-1732 (Duplicate) Box 43-1740 through Box 43-1757
Box 43-1758 through Box 43-1775 (Duplicate) Box 43-1733
through Box 43-1739Box 43-1776 & Box 43-1777 through
Box 43-1781Box43-1783 through Box43-1787Box 43-
1782Box 43-1788 through Box 43-1792Box 43-1794
through Box 43-1797Box 43-1793, Box 43-1799Box 43-
1801Box 43-1798, Box 43-1800 Box 43-1802 through Box
43-1807 Box 43-1808 Box 43-1809 & Box 43-1810Box 43-
1811Box 43-1813Box 43-1847Box 43-1852 through Box 43-
1858 Box 43-1848 Box 43-1849Box 43-1851 Box 43-1850Box
43-1859 through Box 43-1878 Box 43-1879 through Box
43-1905Box 43-1888A, Box 43-1888BBox 43-1892 through
Box 43-1895Box 43-1889 through Box 43-1891 Box 43-1896
Box 43-1906 through Box 43-1910Box 43-1911 through
Box 43-2017Box 43-2018Box 43-2019 through Box 43-
2041Box 43-2046, Box 43-2048 through Box 43-2050, Box
43-2054, Box 43-2055 & Box 43-2056 (Duplicates of 2054),
Box 43-2058, Box 43-2059 through Box 43-2061
(Duplicates 2027-2029), Box 43-2062 & Box 43-2063
(Duplicate of 2030-2031), Box 43-2064 & Box 43-2065Box
43-2188 (Duplicate) Box 43-2042, Box 43-2045, Box 43-
2047, Box 43-2057,Box 43-2066
Box 43-2043 & Box 43-2044Box 43-2051Box 43-2052 Box
43-2187 (Duplicate)
Box 43-2053   Box 43-2067Box 43-2070 Box 43-2068Box 43-
2069, Box 43-2071
Box 43-2076, Box 43-2086 Box 43-2072 through Box43-
2075Box 43-2077Box 43-2082Box 43-2083 Box 43-2087Box
43-2088 & Box 43-2089Box 43-2090Box 43-2091 Box 43-
2092 through Box 43-2105Box 43-2106 through Box 43-
2109Box 43-2110 through Box 43-2135 Box 43-2145
through Box 43-1249 (Duplicate) Box 43-2150 through
Box 43-2168 Box 43-2169 through Box 43-2171Box 43-2172
through Box 43-2176 Box 43-2177 though Box 43-2186
(Duplicates) Box 43-2136, Box 43-2138 Box 43-2140, Box
43-2141 Box 43-2137, Box 43-2139 Box 43-2142 Box 43-
2078 through Box 43-2081 Box 43-2084, Box 43-2085 Box
43-2143 Box 43-2144 Box 43-2189 through Box 43-2191
Box 43-2192 through Box 43-2194 (Duplicate) Box 43-2195
Box 43-2196 Box 43-2197 Box 43-2198Box 43-2199 through
Box 43-2201 Box 43-2202     through Box 43-2230 Box 43-

24

2242 through Box 43-2265

Box 43-2273 through Box 43-2327 Box43-2231 through Box 43-2241Box43-2266 through Box 43-2272 Box 43-2328 through Box 43-2332Box 43-2333 through Box 43-2336 Box 43-2340 Box 43-2337Box 43-2339 Box 43-2341 Box 43-2342 (Duplicate)

Box 43-2343Box 43-2344Box 43-2345through Box43-2352Box 43-3110 Box 43-3000, Box 43-3001Box 43-2623, Box 43-2635, Box 43-2792, Box 43-2793,Box 43-2854 through Box 43-2856, Box 43-2874 through Box 43-2880, Box 43-2929 through Box 43-2932, Box 43-2989, Box 43-2990 Box 43-2582 through Box 43-2599Box 43-2522 & Box 43-252 Box 43-2811 through Box 43-2814, Box 43-2824, Box 43-2825 (Duplicate of 2824)

Box 43-2601 through Box 43-2614Box 43-2413 & Box 43-2414Box 43-2353 through Box 43-2355 Box 43-2454 through Box 43-2466 Box 42-2469 Box 43-2356 & Box 43-2357Box 43-2644 through Box 43-2646 Box 43-2648 through Box 43-2650 (Duplciate)

Box 43-2678 , Box 43-2723 Box 43-2821 & Box 43-2822Box 43-2452 & Box 43-2453  Box 43-2467 & Box 43-2468 Box 43-2373, Box 43-2392, Box 43-2581, Box 43-2772, Box 43-2840, Box 43-2934, Box 43-3040 Box 43-2393, Box 43-2724, 43-2748 through Box 43-2752

Box 43-2758 thorugh Box 43-2761Box 43-3015 through Box 43-3020

 Box 43-2383 through Box 43-2386 43-2387 through Box 43-2390 (Duplicate) Box 43-2665 through Box 43-2670 Box 43-2725 through Box 43-2734 Box 43-2735 through Box 43-2744 (Duplicate) Box 43-2626 through Box 43-2629Box 43-2966 through Box 43-2969Box 43-2826 Box 43-2358, Box 43-2360, Box 43-2394, Box 43-2395, Box 43-2397 Through Box 43-2399, Box 43-2432, Box 43-2470,Box 43-2490 through  Box 43-2493, Box 43-2501,Box 43-2507, Box 43-2619, Box 43-2632, Box 43-2633, Box 43-2618, Box 43-2807,

Box 43-2844 through Box 43-2846, Box 43-2984,Box 43-2985, Box 43-3166

Box 43-2451   Box 43-2828 through Box 43-2831Box 43-3075 through Box 43-3078,

Box 43-3084 through Box 43-3086Box 43-3161 through Box 43-3163Box 43-3087 through  Box 43-3090   Box 43-

3091 through Box 43-3094 Box 43-3095 through Box 43-3098 Box 43-3071 through Box 43-3074 Box 43-3122 through Box 43-3123 Box 43-3124 through Box 43-3153 Box 43-2471 through Box 43-2478 Box 43-2479 through Box 43-2481Box 43-2482, Box 43-3104 through Box 43-3107,Box 43-3109 (Duplicate), Box 43-3111 through Box 43-3121 (Duplicates) Box 43-2405 through Box 43-2412 Box 43-3044 through Box 43-3069 Box 43-2485 through Box 43-3098 through Box 43-3103Box 43-2421 & Box 43-2422,Box 43-2423 through Box 43-2426 (Duplicates) Box 43-2486 & Box 43-2487, Box 43-2488 & Box 43-2489, Box 43-2515, Box 43-2516 & Box 43-2517Box 43–2542Box43-2555 through Box43-2557Box 43-2561Box 43-2579 & Box 43-2580 Box 43-2777 through Box 43-2782 Box 43-2820Box 43-2842 7 Box 43-2843Box 43-2862Box 43-2866 Box 43-2868 & Box 43-2870 (Duplicates) Box 43-2893 & Box 43-2894 Box 43-2952, Box43-2953      Box43-2898 through Box43-2906Box 43-2924Box43-2941 through Box43-2946Box 43-2437Box 43-2518Box 43-2526Box 43-2539Box43-2543 through Box43-2547Box 43-2548Box 43-2551 (Duplicate of Box 43-2539)Box 43-2770 & Box 43-2771Box 43-2800Box 43-2801 (Duplicate of 2800) Box 43-2805 Box 43-2823Box 43-2835Box 43-2838 (Duplicate of 2835) Box 43-2947Box 43-2961 Box 43-2979Box 43-2541Box 43-2374 Box 43-237 Box 43-238 Box 43-2391 Box 43-2396 Box 43-2400Box 43-2401Box 43-2416Box 43-2418Box 43-2429Box 43-2430Box 43-2431Box 43-2433 Box 43-2438 Box 43-2494 Box 43-2495 Box 43-2510
Box 43-2527 Box 43-2528Box 43-2536 Box 43-2537 Box 43-2558 Box 43-2563      Box 43-2564Box 43-2571Box 43-2572Box 43-2575 & Box 43-2576Box 43-2577Box 43-2578Box 43-2620Box 43-2637Box 43-2639Box 43-2651Box 43-2659Box 43-2671Box 43-267Box 43-2687Box 43-2714Box 43-2745Box 43-2762Box 43-2765Box 43-2775Box 43-2776Box 43-2784Box 43-2799Box 43-2806Box 43-2836Box 43-2839      Box 43-2841 Box 43-2853Box 43-2858 Box 43-2860Box 43-2864Box 43-2872Box 43-2881Box 43-2884Box 43-2886Box 43-2891 Box 43-2897Box 43-2907Box 43-2909Box 43-2912Box 43-2933Box 43-2948Box 43-2951Box 43-2973Box 43-2982& Box 43-2983Box 43-2987Box 43-2988Box 43-2991Box 43-3008Box 43-3035Box 43-2998Box 43-2359 through Box 43-2372 Box 43-2376

through Box 43-2382 Box 43-2402Box 43-2403 & Box 43-2404 (Duplicates of 2402)
Box 43-2417Box 43-2419 & Box 43-2420Box 43-2435Box 43-2436 Box43-2439 through Box 43-2450Box 43-2483 & Box 43-2484Box 43-2496 Box 43-2497 through Box 2535 Box 43-2538Box 43-2540 (Duplicate of 2538)Box 43-2549Box 43-2550 Box 43-2552Box 43-2553Box 43-2554 Box 43-2559Box 43-2560 (Duplicate of 2559)Box5-2364 & Box5-2365Box 5-2542 Box5-2549 & Box5-2550CCBox5-0100 CCBox5-0101 (Duplicate) CCBox5-0102 through CCBox5-0106Box14-0044 Box14-0054 through 14-0063 CCBox7-0017 Box A-Misc-0157 & Box A-Misc-0158 Box A-Misc-0159 & Box A-Misc-0160 (Duplicate) Box A-Misc-0161 & Box A-Misc-0162 (Duplicate) MISC-0460 through MISC-0463
Box 43-2562 Box 43-2565 through Box 43-2574 Box 43-2600 Box 43-2615 and more particularly described on pages 114-124 of Box 43 of the <u>Vaughn</u> Index and other documents claimed under this exemption more particularly described in the <u>Vaughn</u> index for Chief Counsel Box 6 and Box A-Misc..

## EXEMPTION (b)(5)

27.  The Government is also withholding certain information in the documents that are responsive to plaintiff's FOIA request pursuant to subsection (b)(5) of the FOIA.   (Piersol Decl. ¶10.)

## <u>ATTORNEY CLIENT PRIVILEGE</u>

28.  The information being withheld based on the attorney-client privilege contains confidential legal advice, and facts necessary to the legal advice, from and/or to  Chief Counsel and DOJ attorneys with expertise in legal issues, *e.g.*, the legal ramifications of entering into settlement agreements and prosecuting

simultaneous tax court cases having inter-related financial transactions and/or

defendants, to their clients.  (Piersol Decl. ¶11.)

29.  The following documents are being withheld in whole or in part

pursuant to the Attorney-Client Privilege and have been more fully described in the

document description section of the <u>Vaughn</u> Index submitted to the Court: Box 84-

0264 through Box 84-0266 Box 84-0404 Box 84-0567 & Box 84-0568 Box 84-0575 & Box

84-0576Box 84-0577 through Box 84-0582 (Duplicates)Box 84-0583 Box 84-0650 & Box

84-0651 and other documents claimed under this exemption more particularly

described in the <u>Vaughn</u> index for Chief Counsel Box 6 and Box A-Misc.


## WORK PRODUCT DOCTRINE

30.  Pursuant to FOIA subsection (b)(5) and the work product doctrine

(labeled as Attorney Work Product in the <u>Vaughn</u> Index), the Service is withholding

information that was prepared by Chief Counsel and DOJ attorneys during, and in

reasonable anticipation of, various judicial proceedings arising out of the

investigation and subsequent prosecutions of Stonehill, Brooks and numerous third

party taxpayers.  The information being withheld includes the mental impressions,

conclusions, opinions and litigation strategy of Chief Counsel attorneys, DOJ

attorneys and the investigators (including Special Agents, Revenue Agents and

Revenue Service Representatives) for use in, and in anticipation of, various court

proceedings.  Even though at the time some of the documents were created, the

Service was not in litigation with the taxpayers involved in these transactions, based on the numerous transactions involving the taxpayers and the financial and punitive ramifications of disallowing the tax benefits associated with these transactions, the agency fully expected many of those taxpayers involved in these transactions would pursue legal challenges if the Service took adverse action.  (Piersol Decl. ¶12.)

31.  The following documents are being withheld in whole or in part pursuant to the Work Product Doctrine and have been more fully described in the document description section of the <u>Vaughn</u> Index submitted to the Court:

> Misc-0388, Misc-0389, Misc-0396, Misc-0403 through Misc-0410, Misc-0411, Misc-0412, Misc-0440 through Misc-0445, Misc-0497, Misc-0614 Misc-0615, Misc-0620, Misc-0621,Misc-0622 through Misc-624, Misc-0780, Misc-0897 through Misc-0902, Misc-0989 through Misc-0991, Misc-0993, Misc-0995, CCBox1-194, CCBox1-0269 through CCBox1-0282, CCBox1-0283 through CCBox1-0296(duplicate), CCBox1-0322, CCBox3-0014 , CCBox3-0056, CCBox3-0057, CCBox3-0059, CCBox3-0060, CCBox3-0061, CCBox3-0304, CCBox3-0305(duplicate), CCbox3-0070, CCB0x3-0071, CCBox3-0085, CCBox3-0086, CCBox3-0090, CCBox3-0092, CCBox3-0095, CCbox3-0096, CCBox3-0097, CCBox3-0098(duplicate), CCBox33-0099, CCBox3-0103, CCBox3-0104, CCBox3-0108 through CCBox3-0111, CCBox3-0114, CCBox3-0115(duplicate), CCBox3- through CCBox3-0225, CCBox3-0260, CCBox3-0350 through CCBox3-0352, CCCBox3-074, CCBox4-0004, CCBox4-0005, CCBox4-0006, CCBox4-0320(duplicate), CCBox4-0204, CCBox4-0284, CCBox4-0285, CCBox4-0268 through CCBox4-0271, CCBox4-0302, CCBox4-0303(duplicates 0268 & 0269), CCBox4-0274, CCBox4-0315, CCBox4-0316, CCBox4-0319, CCBox4-0321, CCBox4-0325(duplicate), CCBox4-0323, CCBox4-0324(duplicate), CCBox4-0326, CCBox4-0327,  CCBox4-0713 through CCBox4-0724, CCBox4-0727 through CCBox4-0739, CCBox4-0740, CCBox4-0741, CCbox4-0742,

CCBox4-0745, CCBox4-0746, CCBox4-0747, CCBox4-0748,
CCBox4-0754, CCBox4-0755, CCBox4-0756 through
CCBox4-0761, CCBox4-0764, CCBox4-0766, CCBox4-0767,
CCBox4-0965, CCBox4-0968, CCBox4-0970, CCBox4-0973,
CCBox4-0974, CCBox4-0975, CCBox4-0976, CCBox4-0979,
CCBox4-0981, CCBox4-0982, CCBox4-0983, CCBox4-0989,
CCBox4-0990, CCBox4-0992, CCBox4-0993, CCBox4-0781,
CCBox7-040, CCBox7-097, CCBox7-0103, CCBox7-0112,
CCBox7-0117 through CCBox7-0119, CCBox7-0120,
CCBox7-0121, CCBox7, 0122(duplicate), CCBox7-0123,
CCBox7-0125, CCBox7-0126, CCBox7-0127, CCBox7-0129,
CCBox7-0130, CCBox7-0131, CCBox7-0132(duplicate),
CCBox7-0133, CCBox7-0134, CCBox7-0136, CCBox7-0138,
CCBox7-1039, CCBox7-0140, CCBox7-0141, CCBox7-0142,
CCBox7-0175, CCBox7-0176, CCBox7-0211 through
CCBox7-0213, CCBox7-0252, CCBox7-0253, CCBox7-0254,
CCBox7-0255(duplicate), CCBox7-0256, CCBox7-
0257(duplicate), CCBox7-0263, CCBox7-0264, CCBox7-
0274, CCBox0465 through CCBox7-0468, CCBox8-0220,
Box18–323, Box18-0324, Box18-0338, Box18-0339, Box18-
0340, Box18-0341, Box18-0531 through Box18-0538,
Box18-0541 through Box18-0549, Box18-0659 through
Box18-0669, Box18-0671, Box18-0673 through Box18-0677,
Box18-1051 through Box18-1062, Box18-0705 through
Box18-0723, Box18-0842 through Box18-0844Box18-0946,
Box18-0976 through Box18-1050, Box18-0680 through
Box18-0683, Box1-0005, Box1-0030, Box1-0031, Box25-
0204,Box25-0205, Box25-0206, Box0209, Box25-0210,
Box25-0213, Box25-0214, Box25-0215, Box25-0207, Box25-
0208, CCBox2-236 through CCBox2-267, Box2-0001
through Box2-0006, Box2-022, Box2-025, Box2-026, Box2-
027, Box2-030, Box2-031, Box2-032, Box3-033(duplicate),
Box2-044, Box2-045, Box2-101, Box2-0115, Box2-0116,
Box2-0119, Box2-130 through Box2-132, Box2-0151
through Box2-0153, Box2-0159, Box19-074, Box19-075,
Box19-076, Box19-0169 through Box19-0179, Box19-0186
through Box19-0200, Box19-0315, Box20-0197 through
Box20-0209, Box20-0210, Box20-0479 through Box20-0482,
Box20-0562, Box20-0607 through Box20-0609, Box20-0620
through Box20-0624, Box23-071 through Box23-088,
Box23-0109, Box23-205 through Box23-230,Box28-0169
through Box28-0171, Box28-402 through Box28-0404,

Box31-0130 Box59-1719, Box59-1801, Box85-0050, Box85-0051(duplicate of 0050), Box85-0052,
Box85-0053, Box85-0054, Box85-0055(duplicates of 0052 & 0053), Box85-0489, Box85-0490 through Box85-0492(duplicates), Box85-0494, Box85-0495, Box85-0496, Box85-0497 through Box85-0501, Box85-0503, Box75-0010 through Box75-0047, Box75-0054 through Box75-0062, Box75-0206 through Box75-0220, Box75-0227 through Box75-0230,
Box75-0231, Box75-0232 through 0246, Box75-0271, Box75-0272, Box75-0273 through Box75-0275, Box75-0276 through Box75-0284, Box75-0390, Box16-0116 through Box16-0118, Box16-0119 through Box16-0124, Box16-0127, Box16-0128(duplicate), Box16-0133,
Box16-0367 through Box16-0369, Box16-0259(duplicate 0367), Box16-0380,
Box16-0526(copy), Box16-0380A, Box16-0527(copy), Box16-0381, Box16-0528(copy),
Box16-0410, Box16-0412, Box16-0414, Box16-0416, Box16-0422, Box16-0424, Box16-0525, Box16-0591, Box16-0594, Box16-0597, Box16-0605, Box16-0608, Box16-0609, Box0614, Box16-617, Box16-0622, Box16-0089 through Box16-0091, Box16-0095 through Box16-0097, Box16-0419 through Box16-0421, Box16-092 through Box16-094, Box16-098 through Box16-0100(duplicate of 94-94), Box16-0171, Box16-0384, Box16-0411, Box16-0413, Box16-0415, Box16-0425, Box16-0595, Box16-596, Box16-0598 through Box16-0600, Box16-0610, Box16-0615, Box16-0616, Box16-0618 through Box16-0620, Box16-0148, Box16-0254 through Box16-0258, Box16-0260 through Box16-0273, Box16-0275 through Box16-0293, Box16-0295 through Box16-0309, Box16-0317 through Box16-0366, Box16-0375 through Box16-0377, Box16-0387 thorugh Box16-0395, Box16-0397 through Box16-0407, Box16-0417, Box16-0418, Box16-0428 through Box16-0445, Box16-0529 through Box16-0590, Box0592, Box16-0593, Box16-0601 through Box16-0604, Box16-0606, Box16-0607, Box16-0611 through Box16-0613, Box26-0621, Box16-0623 through Box16-0629, Box16-0631 through Box16-0774, Box16-0776 through CCBox16-0862, Box16-0775,
Box33-0001 through Box33-0008, Box33-0200, Box33-0200A, Box33-0200B, Box33-0201, Box33-0202, Box33-0203

through Box33-0205, Box33-0206, Box33-0207, Box33-0208, Box33-0209 through Box33-0272, Box33-0273, Box33-0274 through Box33-280A,

Box33-0281, Box33-0282 through Box33-0293, Box33-0294, Box33-0294A, Box33-0294B, Box33-0295, Box33-0296 through Box33-0326A, Box33-0327, Box33-1160, Box32-1161, Box33-1204, Box33-1205, Box33-1207, Box33-1208, Box33-1209, Box33-1210, Box33-1211,

Box29-0098, Box29-0099, Box29-0269, Box29-0322, Box29-0323, Box29-0324(duplicate), Box29-0325, Box29-0333, Box29-0334(duplicate), Box29-0349, Box29-0338 through Box29-0340, Box29-0350, Box29-0352, Box29-0356, Box32-019, Box32-064, Boc32-065, Box32-066, Box32-067, Box32-068, Box32-069, Box32-070, Box32-071, Box32-0193, Box32-0194, Box32-0195, Box32-0196, Box32-0197, Box32-0198, Box32-0199, Box32-0200 through Box32-0214, Box32-0215 through Box32-0230, Box32-0231 through Box32-0243,

 Box32-0250 through Box32-0253, Box32-0263, Box32-0264, Box32-0265, Box32-0266, Box32-0267, Box32-0270,Box32-0273, Box32-0276, Box32-0279, Box0282, Box32-0327, Box32-0330, Box32-0349, Box32-0352, Box32-0355, Box332-0358, Box32-0361, Box32-0268, Box32-0269, Box32-0271, Box32-0272, Box32-0274, Box32-0275, Box32-0277, Box32-0278, Box32-280, Box32-0281, Box32-0315, Box32-0316, Box32-0326, Box32-0328, Box32-0329, Box32-0347, Box32-0348, Box32-0350, Box32-0351, Box32-0353, Box32-0354, Box32-0356, Box32-0357, Box32-0359, Box32-0360, Box32-0283, Box32-0284, Box0317 through Box32-0325, Box32-0331 through Box32-0346, Box32-0285 through Box32-0314, Box4-0362,

Box32-0363, Box32-0364 through Box32-0367, Box32-0368 through Box32-0371,

Box32-0372 through Box32-0383, Box32-0545, Box32-0570, Box32-0547, Box32-0571, Box32-0548 through Box32-0559, Box32-0562 through Box32-0564, Box32-0560,

Box32-0561, Box32-0565, Box32-0566, Box32-0567, Box32-0568, Box32-0569, Box32-0572 through Box32-0587, Box32-0854 through Box32-0922, Box32-1278, Box32-0923 through Box32-0923 through Box32-0941, Box32-0952, Box32-0942 through Box32-0951, Box32-0953 through Box 32-1051, Box 32-1063 through Box 32-1065, Box32-1086

through Box32-1088, Box32-1438 through Box32-1446, Box32-1052 through Box 32-1062, Box32-1082, Box32-1066 through Box32-1068, Box32-1089 through Box 32-1091, Box Box32-1069, Box32-1092 (Duplicate), Box32-1070 & Box32-1071,Box32-1093 & Box32-1094 (Duplicate), Box32-1072, Box32-1095 (Duplicate), Box32-1073, Box32-1096 (Duplicate), Box32-1074, Box32-1097 & Box32-1107 (Duplicates), Box32-1075, Box32-1098 & Box32-1106 (Duplicates), Box32-1076, Box32-1099 (Duplicate), Box32-1077 & Box32-1078, Box32-1100 & Box32-1101 (Duplicates), Box32-1079, Box32-1102 (Duplicate), Box32-1080 & Box32-1081, Box32-1103 & Box32-1104 (Duplicates), Box32-1083 through Box32-1085, Box32-1105, Box32-1108,     Box32-1109, Duplicate of Box32-1095, Box32-1110, Duplicate of Box32-1099, Box32-1111, Box32-1112, Box32-1113, Box32-1114, Box32-1115, Box32-1116 (Duplicate), Box32-1117, Box32-1118, Box32-1119 & Box32-1120, Box32-1121, Box32-1122 through Box32-1125, Box32-1126, Box32-1127,Box32-1128, Box32-1129, Box32-1130Box32-1131, Box32-1132, Box32-1133, Box32-1134 & Box32-1135, Box32-1136Box32-1137 (Duplicate), Box32-1138, Box32-1139, Box32-1140 (Duplicate), Box32-1141, Box32-1142, Box32-1143 through Box32-1163, Box32-1164, Box32-1165, Box32-1167, Box32-1168, Box32-1169, Box32-1170 (Duplicate), Box32-1171, Box32-1172 & Box32-1175 (Duplicates),Box32-1173, Box32-1174, Box32-1176, Box32-1177, Box32-1279 through Box32-1296, Box32-1178 Box32-1179    Box32-1180 & Box32-1181 Box32-1183 through Box32-1194, Box32-1197, Box32-1198, Box32-1200, Box32-1201, Box32-1203, Box32-1204, Box32-1206, Box32-1207, Box32-1209,Box32-1210, Box32-1212, Box32-1213, Box32-1215, Box32-1216, Box32-1218, Box32-1219, Box32-1221, Box32-1222, Box32-1224, Box32-1225 Box32-1195 Box32-1196, Box32-1199 Box32-1202, Box32-1205, Box32-1208, Box32-1211 Box32-1214, Box32-1217 Box32-1220, Box32-1223 Box32-1226 through Box32-1267 through 1268, Box32-1351Box32-1352 through Box32-1354 Box32-1356 Box32-1355 Box32-1357 Box32-1358 Box32-1359 (Duplicate) Box32-1360 through Box32-1369 Box32-1370 Box32-1371 (Duplicate) Box32-1372, Box32-1373 & Box32-1374 Box32-1375 through Box32-1377, Box32-1378 & Box32-1379, Box32-1380, Box32-1381 Box32-1382

33

Box32-1383 through Box32-1386 Box32-1391, Box32-1392 (Duplicates)Box32-1387 Box32-1388 through Box32-1390 (Duplicates) Box32-1393 Box32-1394 Box32-1405 (Duplicate) Box32-1395 & Box32-1396 Box32-1397 through Box32-1400 Box32-1401 Box32-1402 through Box32-1404 Box32-1406 & Box32-1407 Box32-1408 & Box32-1409 (Duplicate) Box32-1410 & Box32-1411 Box32-1412 & Box32-1413Box32-1414Box32-1415Box32-1416 through Box32-1418 (Duplicates)Box32-1420 through Box32-1422Box32-1429 through Box32-1434 (Duplicates) 32-1423 (Duplicate) Box32-1426Box32-1427 & Box32-1428 Box32-1435 Box32-1436 Box32-1437, Box26-0121 & Box26-0122, Box 57-0157 & Box 57-0158 Box 57-0162 & Box 57-0163 (Duplicate)Box 57-0160 & Box 57-161Box 57-0462 through Box 57-0465Box 57-0508Box 84-0051 through Box 84-0053 Box 84-0109Box 84-0126 & Box 84-0127 Box 84-0143 & Box 84-0144 Box 84-0223 & Box 84-0224 Box 84-0251 Box 84-0252 & Box 84-0253 84-0254 & Box 84-0255 Box 84-0264 through Box 84-0266 Box 84-0276 Box 84-0282          Box 84-0304 & Box 84-0305 Box 84-0308 Box 84-0309 Box 84-0310 through Box 84-0312 Box 84-0396 Box 84-0407 Box 84-0408 & Box 84-0409 (Duplicates) Box 84-0418 84-0419 (Duplicate) Box 84-0420 & Box 84-0421 Box 84-0422 (Duplicate 0420) Box 84-0661, Box 84-0796 (Duplicate 0661) Box 84-0431 Box 84-0432 (Duplicate) Box 84-0433 Box 84-0445 & Box 84-0446 Box 84-0448Box 84-0449 & Box 84-0450 (Duplicates) Box 84-0477 Box 84-0506 & Box 84-0507Box 84-0509, Box 84-0513,Box 84-0514 through Box 84-0516 (Duplicates of 0513)Box 84-0517 & Box84-0518, Box 84-0527,Box 84-0528, Box 84-0529, Box 84-0530Box 84-0531, Box 84-0532, Box 84-0533,Box 84-0534 Box 84-0519 Box 84-0521 & Box 84-0522 Box 84-0523 & Box 84-0524 Box 84-0525 Box 84-0526 Box 84-0543 & Box 84-0544 Box 84-0550 & Box 84-0551 Box 84-0570 through Box 84-0574 Box 84-0575 & Box 84-0576 Box 84-0577 through Box 84-0582 (Duplicates) Box 84-0583 Box 84-0597 Box84-0598 through Box84-0602 Box 84-0603 & Box 84-0604Box 84-0605     Box84-0606 through Box84-0616 Box 84-0617Box 84-0619 & Box 84-0620 Box 84-0650 & Box 84-0651 Box 84-0660 Box 84-0662Box 84-0663 through Box 84-0665 Box 84-0689 Box 84-0699 Box 84-0700 through Box 84-0702 (Duplicates of 0699), Box 84-

0703, Box 84-0704 (Duplicate of 0703),Box 84-0705Box 84-
0724 Box 84-0725 Box 84-0726 Box 84-0770 Box 84-0776
through Box 84-0778 Box 84-0786Box 84-0787
(Duplicate)Box 84-0791 Box 84-0792 through Box 84-0794
Box 43-523 through Box 43-525 Box 43-526 through Box
43-535 Box 43-536 through Box 43-548 Box 43-557
through Box 43-560Box 43-1265Box 43-1311 & Box 43-
1312Box 43-1319 through Box 43-1322Box 43-1444
through Box 43-1447Box 43-1467 & Box 43-1468Box 43-
1469 & Box 43-1470 Box 43-1596 & Box 43-1597 Box 43-
1598          Box 43-1599 & Box 43-1600 (Duplicates) Box
43-1622A, Box 43-1624Box 43-1625, Box 43-1627,Box 43-
1628, Box 43-1630 Box 43-2072 through Box43-2075Box
43-2077Box 43-2082Box 43-2083 Box 43-2087Box 43-2088
& Box 43-2089Box 43-2090Box 43-2091Box 43-2421 & Box
43-2422, Box 43-2423 through Box 43-2426 (Duplicates)
Box 43-2777 through Box 43-2782 Box 43-2820Box 43-2842
7 Box 43-2843Box 43-2862Box 43-2866 Box 43-2868 & Box
43-2870 (Duplicates)
Box 43-2893 & Box 43-2894 Box43-2898 through Box43-
2906Box 43-2924 Box43-2941 through Box43-2946 and
other documents claimed under this exemption more
particularly described in the <u>Vaughn</u> index for Chief
Counsel Box 6 and Box A-Misc.

## DELIBERATIVE PROCESS PRIVILEGE

32.     The Service is withholding drafts of documents and other

records, either in full or in part, containing advisory opinions and recommendations

generated during the course of Chief Counsel and DOJ attorneys' review and

consideration of various legal guidance in conjunction with agency positions.

Furthermore, to the extent other documents reflect the opinions or

recommendations of agency personnel involved in the drafting and review of such

guidance, that information is also subject to the protections of the deliberative

process privilege.  (Piersol Decl. ¶13.)

33.   All of the records being withheld pursuant to the deliberative process privilege are pre-decisional.  These documents were prepared by components within the agency, primarily within Chief Counsel, to assist the lead DOJ attorney and tax court attorneys handling the various litigation cases around the country involving Stonehill, Brooks and several third party taxpayers before reaching final decisions on how certain issues would be treated.  The withheld information is also deliberative as it contains opinions and/or recommendations reflecting "the give-and-take" of the agency's deliberative processes leading to a decision on issues affecting litigation, including but not limited to, whether to file cases in the tax and district courts and what charges should be brought in companion criminal cases.  The disclosure of these documents would expose the decision making processes of the agency, including the Office of Chief Counsel, in such a way as to discourage candid discussion within the agency and undermine its ability to perform its tax administration function.  Further, with respect to the final decisions that were made by various executives within the agency regarding the positions that should be taken with respect to the cases, the final decision-makers did not adopt or incorporate the deliberations contained in these withheld documents by reference.(Piersol Decl. ¶13.)

34.  Further, to the extent any factual information was so inextricably connected to the deliberative material that its disclosure would cause harm to the

agency's deliberations, the information was withheld.  Also, when documents

contained selective facts upon which analysis, opinions and recommendations were

made, such that they too, reflect agency deliberations, those facts were also

withheld.

35.  Finally, the records withheld under FOIA exemption (b)(5) and the

deliberative process privilege were not disclosed outside the agency or the

Department of Justice personnel serving as counsel in the Stonehill litigation.

(Piersol Decl. ¶13.)

36.  The following documents are being withheld in whole or in part

pursuant to the Work Product Doctrine and have been more fully described in the

document description section of the Vaughn Index submitted to the Court:

> CCBox1-059, CCBox1-060, CCBox1-068, CCBox1-
> 069(duplicate), CCBox1-080,
> CCBox1-081, CCBox1-156, CCBox1-157(duplicate),
> CCBox1-158CCBox1-159, CCBox1-160, CCBox1-194,
> CCBox1-0269 through CCBox1-0282, CCBox1-0283
> through CCBox1-0296(duplicate), CCBox1-0310, CCBox1-
> 0311, CCBox1-0322, CCBox4-0202, CCBox4-0741,
> CCBox4-0742, CCBox4-0745, CCBox4-0746, CCBox4-0747,
> CCBox4-0748, CCBox4-0754, CCBox4-0755, CCBox4-0756
> through CCBox4-0761, CCBox4-0764, CCBox4-0766,
> CCBox4-0767, Box1-0030, Box1-0031, Box25-0204, Box25-
> 0205, Box25-0206, Box0209, Box25-0210, Box25-0213,
> Box25-0214, Box25-0215, CCBox2-051, CCBox2-052
> Duplicate of CCBox1-159 & - 160, CCBox2-236 through
> CCBox2-267,Box2-0001 through Box2-0006, Box2-130
> through box2-132, Box28-001 through Box28-008, Box28-
> 0169 through Box28-0171 Box85-0495, Box85-0496, Box85-
> 0497 through Box85-0501, Box85-0667, Box75-0010
> through Box75-0047, Box75-0054 through Box75-0062,
> Box75-0206 through Box75-0220,

Box75-0271, Box75-0272, Box75-0273 through Box75-0275, Box75-0276 through Box75-0284, Box56-1951, Box16-0119 through Box16-0124, Box16-0127, Box16-0128(duplicate), Box16-0367 through Box16-0369, Box16-0259(duplicate 0367), Box16-0380,

Box16-0526(copy), Box16-0380A, Box16-0527(copy), Box16-0381, Box16-0528(copy),

Box16-0410, Box16-0412, Box16-0414, Box16-0416, Box16-0422, Box16-0424, Box16-0525, Box16-0591, Box16-0594, Box16-0597, Box16-0605, Box16-0608, Box16-0609, Box0614, Box16-617, Box16-0622, Box16-0089 through Box16-0091, Box16-0095 through Box16-0097, Box16-0419 through Box16-0421, Box16-092 through Box16-094, Box16-098 through Box16-0100(duplicate of 94-94), Box16-0171, Box16-0384, Box16-0411, Box16-0413, Box16-0415, Box16-0425, Box16-0595, Box16-596, Box16-0598 through Box16-0600, Box16-0610, Box16-0615, Box16-0616, Box16-0618 through Box16-0620, Box16-0148, Box16-0254 through Box16-0258, Box16-0260 through Box16-0273, Box16-0275 through Box16-0293, Box16-0295 through Box16-0309, Box16-0317 through Box16-0366, Box16-0375 through Box16-0377, Box16-0387 thorugh Box16-0395, Box16-0397 through Box16-0407, Box16-0417, Box16-0418, Box16-0428 through Box16-0445, Box16-0529 through Box16-0590, Box0592, Box16-0593, Box16-0601 through Box16-0604, Box16-0606, Box16-0607, Box16-0611 through Box16-0613, Box26-0621, Box16-0623 through Box16-0629, Box16-0631 through Box16-0774, Box16-0776 through CCBox16-0862, Box16-0775.

Box29-0098, Box29-0099, Box29-0160 through Box29–241, Box29-0295 through Box29-0299, Box29-29-0302 through Box29-0308, Box29–0312, Box29-0333, Box29-0334(duplicate), Box29-0349, Box29-0350, Box29–0352, Box29-0383, Box29-0389, Box29-0390, Box 57-0160 & Box 57-161Box 57-0462 through Box 57-0465Box 57-0508 Box 84-0023 Box 84-0051 through Box 84-0053 Box 84-0109 Box 84-0126 & Box 84-0127 Box 84-0143 & Box 84-0144 Box 84-0223 & Box 84-0224 Box 84-0304 & Box 84-0305 Box 84-0308 Box 84-0309Box 84-0310 through Box 84-0312 Box 84-0398 Box 84-0399 (Duplicate) Box 84-0418Box 84-0419 (Duplicate) Box 84-0445 & Box 84-0446 Box 84-0506 & Box 84-0507 Box 84-0509, Box 84-0513,Box 84-0514

through Box 84-0516 (Duplicates of 0513)Box 84-0517 &
Box84-0518, Box 84-0527,Box 84-0528, Box 84-0529, Box
84-0530,Box 84-0531, Box 84-0532, Box 84-0533,Box 84-
0534 Box 84-0543 & Box 84-0544 Box 84-0550 & Box 84-
0551Box 84-0570 through Box 84-0574Box 84-0583 Box 84-
0619 & Box 84-0620 Box 84-0724 Box 84-0725 Box 84-0726
Box 84-0770 Box 84-0776 through Box 84-0778 CCBox5-
0102 through CCBox5-0106Box14-0044 Box14-0045
through 14-0047CCBox5-0366      CCBox5-0712 &
CCBox5-0713 CCBox5-0784CCBox5-0787CCBox5-0811
throughCCBox5-0812 CCBox5-0789 & CCBox5-0790
CCBox5-0102 through CCBox5-0106 Box14-0001 &
Box14-0002Box14-0044 Box14-0045 through 14-
0047CCBox6-0004 & CCBox6-0015Box A-Misc-0179
through Box A-Misc-0182CCBox5-0366 CCBox5-
0784CCBox5-0787CCBox5-0811 throughCCBox5-
0812CCBox5-0369CCBox5-0807 (Duplicate)CCBox2-0466
(Duplicate)CCBox5-370 through CCBox5-375 CCBox5-
785 & CCBox5-786 CCBox5-796 through CCBox5-801
(Duplicate of CCBox5-370 through CCBox5-375)CCBox2-
460 through CCBox2-465 (Duplicate of CCBox5-370
through CCBox5-375)CCBox6-0080 through CCBox6-
0082CCBox6-0083 through CCBox6-0088
(Duplicates)CCBox6-0177 & CCBox6-0178CCBox6-0642 &
CCBox6-0848 (Duplicates of 0177)CCBox6-0849
(Duplicate of 0178) and other documents claimed under
this exemption more particularly described in the
<u>Vaughn</u> index for Chief Counsel Box 6 and Box A-Misc.


EXEMPTION (b)(7)(D)

37.    The Internal Revenue Service is withholding, in whole or in

part, documents containing identifying, personal information pursuant to FOIA

exemption (b)(7)(D).  (Piersol Decl. ¶14.)

38.  These memoranda were compiled during the course of the

investigation of Stonehill and Brooks and the information was provided on a

39

confidential basis by the informant/interviewee.  Disclosing these memoranda would, necessarily, disclose the identity of the informant.  The information provided by the informant was of a financial nature and its limited accessibility to persons other than Stonehill and Brooks would reveal the identity of the informant.  Even though Stonehill is deceased, it is reasonable to believe that disclosure of certain personal and factual information contained in the memoranda would allow Stonehill's living co-conspirators and/or beneficiaries to identify the informant who provided information regarding Stonehill and Brooks on a confidential basis, thereby subjecting the informant to possible harm.  (Piersol Decl. ¶14.)

39.  Several facts imply the informant expected confidentiality.  The informant, at the time of the interview, refused to meet with the agent at the American Embassy and refused to provide further information once he/she suspected that that Stonehill and/or Brooks were suspicious of his/her activities.  Further, Stonehill and Brooks were charged with brutally assaulting a witness, Meinhart Spielman, who subsequently disappeared during the deportation proceedings and was presumed dead. (Piersol Decl. ¶14.)  Accordingly, the Service withholds that information which would tend to disclose the identity of the informant pursuant to FOIA exemption (b)(7)(D).

40.  The following documents are being withheld in whole or in part pursuant to FOIA exemption (b)(7)(D) and have been more fully described in the document description section of the <u>Vaughn</u> Index submitted to the Court:  CCBox7-

022 through CCBox7-024, Box1-0006, Box1-0007(duplicate) CCBox6-0107 through

CCBox6-0109 CCBox6-0110 & CCBox6-0111 CCBox6-0138 through CCBox6-0140

(Duplicate of 0107-0109) CCBox6-1065 & CCBox6-1066 (Duplicate of 0110 & 0111)

and other documents claimed under this exemption more particularly described in

the <u>Vaughn</u> index for Chief Counsel Box 6 and Box A-Misc.

.

EXEMPTION (b)(3) IN CONJUNCTION WITH FED.R.CRIM.P.6(e)

41.   The documents withheld under FedR.Crim.P. 6(e) are the

transcripts of witness testimony given to the grand jury in connection with Stonehill

and/or third party taxpayers or contain detailed information, which could only

have been derived from grand jury subpoenas, gathered during the course of the

grand jury investigation of Stonehill and/or third-party taxpayers.  Because the

documents were prepared during the course of the grand jury proceedings or

investigation of Stonehill and were intended to be used as part of the grand jury

proceedings, disclosure would tend to reveal secret aspects of the grand jury's

investigation including the identities of witnesses, details of evidence gathered

during the course of the investigation, and the strategy and direction of the

investigation.  Because disclosure of these documents could reasonably be expected

to reveal secret aspects of the grand jury investigation and proceedings, the

documents are appropriately protected from disclosure pursuant to FOIA

exemption (b)(3) in conjunction with Fed. R. Crim. P. 6(e).  (Piersol Decl. ¶15.)

41

42.   The Service withholds the documents, more particularly described in the Vaughn Index, either in full or in part, on the basis of FOIA exemption (b)(3) in conjunction with Fed. R. Crim. P. 6(e).

EXEMPTION (b)(3) IN CONJUNCTION WITH 26 U.S.C. §§ 6105 and 6103(e)(7)

43.   Mae Lew is a Special Counsel with the office of Associate Chief Counsel (International) ("ACCI")  International.  In her capacity as Special Counsel, Lew provides legal advice and assistance to Internal Revenue Service personnel on numerous matters, including responding to Freedom of Information Act (FOIA) requests implicating matters within ACCI's field of expertise. (Lew Decl. ¶1.)

44.   Within the course of her official duties, Lew was assigned to review documents responsive to plaintiff's 1998 and 2001 FOIA requests that implicated information and/or documents received from various income tax treaty partners of the United States.  The requests were for documents related to the Federal income tax investigations of Harry S. Stonehill and Robert P. Brooks; specifically documents related to United States v. Stonehill, 65-cv-0127 (C.D. Cal.).  Lew was assigned the case due to  ACCI's[3] involvement in the investigations which began in the 1960's, and collection of taxes after assessments were made against Stonehill and Brooks. (Lew Decl. ¶2.)

45.   As part of her duties, Lew coordinated with the Department of Justice, Tax Division (Western Region)("DOJ") to obtain the documents for review.  DOJ

_____

[3] ACCI was created in 1986; before then, the Stonehill case was being handled by the Tax Litigation Division of Chief Counsel.

sent to Lew documents containing information received from a foreign taxing

authority.  Lew then coordinated with the office of the U.S. Competent Authority.

That office forwarded the documents to the competent taxing authorities of the

following countries and consulted with them in order to determine whether the

documents could be disclosed in the instant litigation: Canada, Switzerland, Japan,

Germany, and Australia.  A copy of the tax treaty with each of these countries is

attached to Lew's Declaration and labeled as Exhibits A-E. (Lew Decl. ¶3.)

    46.    Each of the five tax treaties provides that the information obtained

pursuant to the tax treaty is to be treated as confidential or secret under the treaty.

For treaty language stating that information received by a Contracting State shall be

treated as confidential, see Convention Between The United States Of America And

Canada With Respect To Taxes On Income And On Capital, Article 27; Convention

Between The United States Of America And The Swiss Confederation For The

Avoidance Of Double Taxation With Respect To Taxes On Income, Article 16;

United States – Japan Income Tax Convention, Article 26; Convention Between The

United States Of America And The Federal Republic Of Germany, Article 26; and

Convention Between The Government Of The United States Of America And The

Government Of Australia For The Avoidance Of Double Taxation And The

Prevention Of Fiscal Evasion With Respect To Taxes On Income, Article 25. (Lew

Decl. ¶4.)

    47.    In June 2005, Lew received documents from DOJ.  Lew sorted the

documents based on the countries  from they were received.  Lew then reviewed the documents to determine whether they, in fact, contained information received from a treaty partner.  With respect to the documents that contained information received from a treaty partner, Lew coordinated with the office of the U.S. Competent Authority.  The office of the U.S. Competent Authority forwarded the documents to the relevant treaty partners and consulted with each of them to determine whether disclosure of the document(s) would impair tax administration.  (Lew Decl. ¶5.)

48.    Each of the five countries responded to the U.S. Competent Authority and indicated whether it had any objections to disclosure of the documents in this litigation.  Once the office of the U.S. Competent Authority received the treaty partners' responses, it sent three memoranda to ACCI, indicating which documents could be released and which documents must be protected from disclosure, based upon the United States Competent Authority's consultations with these treaty partners. (Lew Decl. ¶6.)

49.    Once ACCI received the above-described memorandum from the U.S. Competent Authority, Lew forwarded the memoranda, along with a copy of each of the documents that may be released, to DOJ. (Lew Decl. ¶7.)

50.    Pursuant to the current FOIA litigation, Piersol resubmitted the responsive documents to Lew for her review. (Piersol Decl. ¶16.) During her recent review, Lew reaffirmed that she had previously reviewed the documents in 2005 and made a determination that they could either be disclosed or withheld under the

provisions of 26 U.S.C. §6105 and/or §3103(e)(7). (Lew Decl. ¶8.)

51. During Lew's review of the documents, she discovered several pages which were not among those originally sent to the Competent Authority. (Lew Decl. ¶10.) It is necessary to forward the documents for review by the treaty partner country's taxing authority in order to maintain positive relations with the treaty partner. Lew is forwarding the following documents to the treaty partner country's taxing authority:

> Box 28, pages 156, 343 – 348; Box 29, pages 122 – 143; Box 30, pages 162 – 175, 178 – 192, 205 – 207, 216, 222, 236 – 239; Box 31, pages 43, 52, 55, 58, 127 – 129, 155 – 158, 237 – 239; Box 34, pages 89 – 91; Box 35, pages 404 – 412; Box 49, pages 4, 36 - 37, 40, 42 – 44, 51; Box 51, pages 123 - 125, 134; Box 54, page 2209; Box 59, pages 1678 – 1679, 1688 – 1690, 1718, 1721, 1802 – 1803; Box 85, pages 420 – 427, 432 – 440, 480 – 484, 578 – 586; and CC Box 6, page 65.

52. The remainder of the documents that are being withheld constitute "tax convention information" as defined under 26 U.S.C. § 6105(c)(1). In the instant case, the Secretary (or his delegate) has determined that, after consultation with each of the United States' five treaty partners, if the treaty partner objects to disclosure of any or all of the documents, then the disclosure would constitute impairment of tax administration in that the United States' relations with that treaty partner will be harmed. (Lew Decl. ¶9.)

53.  In addition to I.R.C. § 6105, another basis for the government's (b)(3) claim is I.R.C. §6103(e)(7), which prevents disclosure or inspection of return information if such disclosure would seriously impair Federal tax administration. The Secretary (or his delegate) has made the determination that disclosure of information (that a treaty partner has objected to) to the taxpayer would constitute serious impairment of tax administration, under 26 U.S.C. § 6103(e)(7), in that relations with that treaty partner would be harmed. (Lew Decl. ¶9.)

54.  The Service is withholding certain documents, either in whole or in part, because a determination has been made by the Secretary (or his delegate) that disclosure of such documents would constitute serious impairment of tax administration.  Accordingly, the following documents, as more fully described in the Vaughn index,  have been withheld as exempt from disclosure pursuant to FOIA exemption (b)(3) in conjunction with 26 U.S.C. §§ 6105 and 6103(e)(7):

CCBox1-093 through CCBox1-112 MISC-0458 & MISC-0459 (Copies of
    CCBox1-093 & CCBox1-094) CCBox1-247 CCBox1-248 &
    CCBox1-249 CCBox1-250 & CCBox1-250A (Duplicate
    248-249) Misc-0457 (Duplicate) CCBox5-0814 MISC-0460
    through MISC-0463 CCBox4-0308 & CCBox4-0309
    CCBox4-0310CCBox4-0311 through CCBox4-
    0314CCBox5-0366 CCBox5-0712 & CCBox5-0713 CCBox5-
    0784CCBox5-0787CCBox5-0811 throughCCBox5-0812
    CCBox5-0357CCBox6-0065          CCBox6-0079CCBox6-
    0080 through CCBox6-0082 CCBox6-0083 through
    CCBox6-0088 (Duplicates)CCBox6-0177 & CCBox6-0178
    CCBox6-0642 & CCBox6-0848 (Duplicates of 0177)
    CCBox6-0849 (Duplicate of 0178)CCBox6-0902CCBox6-
    0921

Dated: March 19, 2007

Respectfully submitted,

/s/ Brittney N. Campbell
DAVID M. KATINSKY
BRITTNEY N. CAMPBELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6435

OF COUNSEL:
JEFFREY TAYLOR
United States Attorney

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that service of the foregoing defendant's Statement of

Material Facts has been made this 19th day of March, 2007, by mailing, postage

prepaid, addressed to:

> JOHN R. GERSTEIN
> ROBERT E. HEGGESTAD
> JONATHAN COHEN
> Ross, Dixon & Bell, LLP
> 2001 K Street, N.W.
> Washington, D.C. 20006-1040.

> /s/ Brittney N. Campbell
> BRITTNEY N. CAMPBELL