

U.S. General Accounting Office, Information Management: Update on Freedom of Information Act Implementation Status, 36 (Washington, D.C.: February 2004).

EXHIBIT B-1



Figure 6: Agency Processing Rate for 25 Agencies

GAO-07-491T

U.S. General Accountability Office, *FOIA Processing Trends Show Importance of Improvement Plans*, 31 (Washington, D.C.: February 2007).