**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**                    1

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 54-1885 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 6/13/1963 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6105 | A – W.G. Beinert, Revenue Service Rep., Paris |
| (b)(3) in conjunction with § 6103(e)(7) | R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page internal memo responding to a request for information about corporate records and financial statements.  The information was being requested pursuant to the Convention Between The United States Of America And The Federal Republic Of Germany, Article 26 and Germany has requested that the document remain confidential pursuant to the terms of the agreement.  Release of the document would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 54-2486, Box 54-2587, Box 54-2488, Box 54-2492, Box 54-2503, Box 54-2511, Box 54-2520, Box 54-2521, Box 54-2522, Box 54-2526, Box 49-039 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Attestations | Undated |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Director, National Tax Administration, Japan |
| (b)(3) in conjunction with § 6103(e)(7) | Chief, Investigation Section, National Tax Agency |
| (b)(5) – Attorney Work Product | Asst. Chief, Investigation Section |
| | R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are one page attestations from the listed personnel, certifying that documents and signatures were authenticate.  Information was requested for use in litigation and pursuant to the United States – Japan Income Tax Convention, Article 26.  The treaty partner has requested that said documents remain confidential pursuant to the terms of the

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**                      2

agreement.  Release of the document would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 34-0084 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 9/28/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105<br>(b)(3) in conjunction with § 6103(e)(7) | A – Senior Asst. Commissioner, Australian Tax Administration<br>R – C.I. Fox, Director, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter from a tax treaty partner relating to the investigation of the income tax liabilities of Harry S. Stonehill and Robert P. Brooks.  This request for assistance is made under the provisions of Convention Between The Government Of The United States Of America And The Government Of Australia For The Avoidance Of Double Taxation And The Prevention Of Fiscal Evasion With Respect To Taxes On Income, Article 25 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement.  Release of the document would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 34-0092 & Box 34-0093 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 7/20/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105<br>(b)(3) in conjunction with § 6103(e)(7)<br>(b)(3) in conjunction with § 6103 | A – Senior Asst. Commissioner, Australian Tax Administration<br>R – C.I. Fox, Director, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter from the tax treaty partner providing information and requesting information relating to the investigation of the income tax liabilities of Harry S. Stonehill and

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**                    3

Robert P. Brooks and contains identifying information of third party taxpayers.  This request for assistance is made under the provisions of Convention Between The Government Of The United States Of America And The Government Of Australia For The Avoidance Of Double Taxation And The Prevention Of Fiscal Evasion With Respect To Taxes On Income, Article 25 and the treaty partner has requested that the document remain confidential pursuant to the terms of the agreement.  Letter contains information about the cases of two third party taxpayers who are being investigated by both countries.  Release of the document would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| --- | --- |
| Box 54-1812 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| --- | --- |
| Memorandum | 8/14/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| --- | --- |
| (b)(3) in conjunction with § 6105 | A – C.I. Fox, Director of International Operations |
| (b)(5) – Attorney Work Product | R – David Tillinghast, Special Asst. to Asst. Secretary |
| (b)(3) in conjunction with § 6103(e)(7) | |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter discussing the negotiations of a tax treaty with the Philippines.  The US Competent Authority has requested that the document remain confidential as its release would impair tax administration.  Document is also informing the recipient of the status of requests for the tax returns of Stonehill and Brooks for use in anticipated and/or ongoing litigation.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| --- | --- |
| Box 85-0428 through Box 85-0431, Box 30-0209 & Box 30-210, Box 35-396 & Box 35-397 (Duplicate), Box 85-0588 & Box 85-0589 (Duplicate) Box 85-0417 & Box 85-0418 (Duplicate) Box 85-0591, Box 85-0177 (Duplicate) Box 84-220 & Box 84-221, Box 85-604 & Box 85-605 (Duplicate), Box 30-212 & Box 30-213 (Duplicate), Box 30-197 & Box 30-198 (Duplicate), Box 35-0384 & Box 35-0385 (Duplicate), Box 85-612 through Box 85-615, Box 85-616 through Box 85-619 (Duplicate) | W |

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**          4

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letters | 7/30/1964, 8/13/1964, 8/26/1964, 9/11/1964, & 10/02/1964   Respectively |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6105<br>(b)(3) in conjunction with § 6103(e)(7)<br>(b)(5) – Attorney Work Product | A – G. N. Jones, Insp., Asst. Officer in Charge<br>     Criminal Investigation Branch, Royal<br>     Canadian Mounted Police<br>R – H. Alan Long, Director, Intelligence Division;<br>     Director, National Bureau of Investigation<br>     Manila, Philippine Islands &<br>     Sterling Powers, Revenue Service Rep. |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are a series of letters forwarding information and requesting additional information in order to continue investigations of the tax liability of Stonehill and Brooks. The information is being exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement.  Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| DOCUMENT NUMBER(S) | DATE | AUTHOR (A) & RECIPIENT (R) |
|---|---|---|
| Box 85-640 through Box 85-642 | 1/31/1964 | A – Superintendent, Officer in Charge,<br>     Criminal Investigations Branch,<br>     Canada<br>R – Alan Long, Director, Intelligence Div. |
| Box 85-635 | 4/5/1965 | A – Inspector, Royal Canadian Mounted<br>     Police (RCMP), Liaison Officer<br>R – Alan Long, Director, Intelligence Div. |
| Box 30-746 | 4/20/1965 | A – Consul General of Canada<br>R – Sterling Powers, Revenue Service Rep. |
| Box 30-747 through Box 43-749 (Duplicates) | | |
| Box 84-480 & Box 84-481 | 6/2/1967 | A – Chief Investigator, Special<br>     Investigations Division, RCMP<br>R – C.I. Fox, Director, International Oper. |
| Box 84-478 & Box 84-479 (Duplicate) | | |
| Box 59-1678 & Box 59-1679 (Duplicate) | | |
| Box 84-198 & Box 84-199 | 6/27/1967 | A – Chief Investigator, Special<br>     Investigations Division, RCMP<br>R – C.I. Fox, Director, International Oper. |

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**                   5

| | | |
|---|---|---|
| Box 59-1802 & Box 59-1803 (Duplicate) | | |
| Box 85-569 & Box 85-570 | 7/17/1964 | A – Superintendent, Acting Director, Criminal Investigation, RCMP |
| | | R – H. Alan Long, Director, Intelligence Div. |
| Box 35-400 through Box 35-403 | 7/30/1964 | A – Superintendent, Acting Director, Criminal Investigation, RCMP |
| | | R – H. Alan Long, Director, Intelligence Div. |
| Box 85-476 through Box 85-479 (Duplicate) | | |
| Box 85-574 through Box 85-577 (Duplicate) | | |
| Box 35-413 | 8/4/1964 | A – Chief Investigator, Special Investigations Section, Canadian Department of National Revenue, Taxation Div. |
| | | R – C.I. Fox, Director, International Oper. |
| Box 35-431 & Box 35-432 | 8/8/1963 | A - Chief Investigator, Special Investigations Section, Canadian Department of National Revenue, Taxation Div. |
| | | R – H. O. Swanson, Revenue Service Rep. |
| Box 85-460 & Box 85-461 (Duplicate) | | |
| Box 35-387 | 8/24/1964 | A – Inspector, RCMP, Liaison Officer |
| | | R – H. Alan Long, Director, Intelligence Div. |
| Box 85-598 (Duplicate) | | |
| Box 85-590 | 8/26/1964 | A – Assistant Officer in Charge, Criminal Investigations Branch, RCMP |
| | | R – H. Alan Long, Director, Intelligence Div. Sterling Powers, Revenue Service Rep. |
| Box 30-176 (Duplicate) | | |
| Box 84-242 | 8/30/1967 | A – Chief Investigator, Special Investigations Section, Canadian Department of National Revenue, Taxation Div. |
| | | R – C.I. Fox, Director, International Oper. |
| Box 85-606 & Box 85-607 | 9/10/1964 | A – Inspector, Asst. Officer in Charge, Criminal Investigations Branch, RCMP |
| | | R – H. Alan Long, Director, Intelligence Div. |
| Box 85-608 through Box 85-611 (Duplicates) | | |
| Box 84-231 | 10/15/1965 | A – Inspector, Asst. Officer in Charge, Criminal Investigations Branch, RCMP |
| | | R – Sterling Powers, Revenue Service Rep. |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103 | W |
| (b)(3) in conjunction with § 6105 | |
| (b)(3) in conjunction with § 6103 (e)(7) | |

(b)(5) – Attorney Work Product

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are letters received from Canada forwarding information about the financial activities of Stonehill, Brooks, third party taxpayers (documents Box 84-480 & Box 84-481, Box 84-198 & Box 84-199, Box 85-431 & Box 85-432, and Box 85-606 & Box 85-607 contain references and/or discussions of third party taxpayers) and third parties occurring in Canada, acknowledging receipt of documents from the IRS, providing bank account information of Stonehill, Brooks and third party taxpayers for use in litigation and requesting further information about the parties for use in Canadian proceedings.  The information and documents were exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that said documents remain confidential pursuant to the terms of the agreement.  Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| DOCUMENT NUMBER(S) | DATE | AUTHOR (A) & RECIPIENT (R) |
|---|---|---|
| Box 85-660 | 6/23/1964 | A – A.L. Hankowsky, Acting Director, Intelligence Division<br>R – Superintendent, Officer in Charge, Criminal Investigations, RCMP |
| Box 85-566 | 7/24/1964 | A – A.R. Manzi, Acting Director, Intelligence Division<br>R – Inspector, Liaison Officer, RCMP |
| Box 85-567 & Box 85-568 | 8/3/1964 | A – A.R. Manzi, Acting Director Intelligence Division<br>R – Superintendent, Officer in Charge, Criminal Investigations, RCMP |
| Box 85-594 | 8/24/1964 | A – H. Alan Long<br>R – RCMP (Return Receipt) |
| Box 85-599 & Box 85-600 | 9/25/1964 | A – H. Alan Long, Director, Intelligence Div.<br>R – Acting Director, Criminal Investigation RCMP |
| Box 84-424 through Box 84-425 | 2/24/1965 | A – Sterling Powers, Revenue Service Rep.<br>R – Consul General, Canada |
| Box 85-625 through Box 85-628 (Duplicates) | | |
| Box 84-426 | 2/26/1965 | A – Sterling Powers, Revenue Service Rep.<br>R – Consul General, Canada |
| Box 84-427, Box 85-629 & Box 85-630 (Duplicates) | | |
| Box 84-428 | 3/2/1965 | A – Sterling Powers, Revenue Service Rep.<br>R – Consul General, Canada |

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**                    7

|  |  |  |
|---|---|---|
| Box 84-631 (Duplicate) | | |
| Box 84-429 & Box 84-430 | 3/5/1965 | A – Sterling Powers, Revenue Service Rep.<br>R – Consul General, Canadian Consulate General |
| Box 85-632 & Box 85-633 (Duplicate) | | |
| Box 85-585 | 11/3/1965 | A – Sterling Powers, Revenue Service Rep.<br>R – Inspector, Assistant Officer in Charge, Criminal Investigation, RCMP |

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**                    8

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(3) in conjunction with § 6103(e)(7) | W |
| (b)(3) in conjunction with § 6105 | |
| (b)(3) in conjunction with § 6103 | |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are letters sent from IRS personnel to the listed personnel within the Canadian government.  Documents forward information and certified/authenticated documents to Canada for use in proceedings in Canada and request further information for use in US proceedings against Stonehill and Brooks.  Documents Box 85-567 & Box 85-568 and Box 85-599 & Box 85-600 contain identifying information of third party taxpayers.  Information and documents were exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement.  Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 85-0637 through Box 85-0639 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter & Envelope | 04/02/1965 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Inspector, Asst. Officer in Charge, |
| (b)(3) in conjunction with § 6103(e)(7) | Criminal Investigation Branch, |
| | R – RCMP Liaison Officer, Canadian Joint |
| | Staff (was sent to H. Alan Long at the IRS) |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are a letter and the envelope it was mailed in to the IRS discussing the investigation and a search of the offices and residences of Stonehill and Brooks.  Information was sent pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement.  Release of the document would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**                    9

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 85-0419 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Envelope | Undated |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Canadian Taxing Authority |
| (b)(3) in conjunction with § 6103(e)(7) | R – Sterling Powers, Revenue Service Rep. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an envelope mailed to the IRS, and attached to a letter from the Canadian taxing authority.  Information was sent pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement.  Release of the document would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 84-487 Box 84-465 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Certifications | 6/02/1967 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Acting Chief of Records, Canada |
| (b)(3) in conjunction with § 6103(e)(7) | R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two one page documents certifying the authenticity of records being sent to the IRS for use in anticipated litigation of Stonehill and Brooks sent to the IRS pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement.  Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-603<br>Box 30-196 & Box 84-219 (Duplicates)<br>Box 35-395<br>Box 85-587 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memo Routing Slips | 9/29/1964 (603) & 8/17/1964 (395) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105<br>(b)(3) in conjunction with § 6103(e)(7) | A – Anatole Richman<br>R – Office of International Operations, Chief,<br>Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are two routing slips forwarding letters received from the RCMP and the Canadian Department of National Revenue.  Information was exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement.  Release of the document would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| **DOCUMENT NUMBER(S)** | **DATE** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|---|
| Box 85-621 & Box 85-622 | 3/8/1965 | A – Sterling Powers, Revenue Service Rep.<br>R – Office of International Operations |
| Box 85-623 & Box 85-624 (Duplicate)<br>Box 84-202 (Duplicate of 1st Page) | | |
| Box 85-634 | 3/19/1965 | A – Donald Durkin, Acting Executive Asst.<br>to the Director of International Operations<br>R – Director, Intelligence Division, Attn:<br>Anatole Richman |
| Box 35-419 & Box 35-420 | 4/14/1964 | A – Revenue Service Representative<br>R – Executive Assistant |
| Box 35-421 & Box 35-422 (Duplicate) | | |
| Box 84-460 through Box 84-462 | 4/25/1967 | A – Donald Durkin, Chief, Foreign Oper.<br>R – Director, Collection Litigation Div. |
| Box 84-457 through Box 84-459 (Duplicate) | | |
| Box 30-246 | 5/12/1964 | A – Donald Durkin, Chief, Intelligence Div. |

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**          11

|  |  |  |
|---|---|---|
|  |  | R – Sterling Powers, Revenue Service Rep. |
| Box 30-247 (Duplicate) |  |  |
| Box 85-654 & Box 85-655 | 6/4/1964 | A – Revenue Service Representative |
|  |  | R – Office of International Operations |
| Box 85-658 & Box 85-659 (Duplicate) |  |  |
| Box 30-217 & Box 30-218 (Duplicate) |  |  |
| Box 84-483 | 6/7/1967 | A - Revenue Service Representative |
|  |  | R – Chief, Foreign Operations Division |
| Box 84-484 (Duplicate) |  |  |
| Box 85-653 | 6/23/1964 | A – Donald Durkin, Chief, Intelligence Div. |
|  |  | R – Director, Intelligence Division, Attn: Joseph Harmon |
| Box 85-656 & Box 85-657 (Duplicate) |  |  |
| Box 30-240 | 6/24/1964 | A – Donald Durkin, Chief, Intelligence Div. |
|  |  | R – Robert Chandler, Revenue Service Rep. |
| Box 30-241 (Duplicate) |  |  |
| Box 30-203 & Box 30-204 | 6/25/1964 | A – Sterling Powers, Revenue Service Rep. |
|  |  | R – Chief, Intelligence Division |
| Box 30-243 & Box 30-244 (Duplicate) |  |  |
| Box 35-388 & Box 35-389 (Duplicate) |  |  |
| Box 85-647 through Box 85-650 (Duplicates) |  |  |
| Box 85-644 | 7/1/1964 | A – Donald Durkin, Chief, Intelligence Div. |
|  |  | R – Director, Intelligence Division, Attn: Joseph Harmon |
| Box 85-651 & Box 85-652 (Duplicates) |  |  |
| Box 59-1801 | 7/6/1967 | A – Donald Durkin, Chief, Foreign Operations Division |
|  |  | R – Director, Collection Litigation Division, Attn: Houstin Shockey |
| Box 84-197 (Duplicate) |  |  |
| Box 85-645 | 7/13/1964 | A – Donald Durkin, Chief, Intelligence Div. |
|  |  | R – Director, Intelligence Division, Attn: Joseph Harmon |
| Box 85-646 (Duplicate) |  |  |
| Box 30-214 | 8/20/1964 | A – Donald Durkin, Chief, Intelligence Div. |
|  |  | R – Sterling Powers, Revenue Service Rep. |
| Box 30-215 (Duplicate) |  |  |
| Box 84-200 | 8/26/1964 | A – Sterling Powers, Revenue Service Rep. |
|  |  | R – Chief, Intelligence Division |
| Box 85-596, Box 30-233, Box 30-234, Box 35-393 (Duplicates) |  |  |
| Box 84-456 | 9/7/1967 | A – Donald Durkin, Chief, Foreign Operations Division |
|  |  | R – Director, Collection Litigation Division, Attn: Houstin Shockey |
| Box 59-1719 (Duplicate) |  |  |
| Box 30-202 | 9/11/1964 | A – H. Alan Long, Director, Intelligence Div. |

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**                    12

|  |  |  |
|---|---|---|
|  |  | R – C.I. Fox, Director, International Oper. |
| Box 85-592, Box 35-386, Box 35-394 (Duplicates) |  |  |
| Box 35-426 & Box 35-427 | 9/17/1963 | A – Harry Swanson, Revenue Service Rep. |
|  |  | R – Acting Executive Asst. to the Director |
| Box 85-462 & Box 85 -463 (Duplicate) |  |  |
| Box 84-217 & Box 84-218 | 9/30/1964 | A – Sterling Powers, Revenue Service Rep. |
|  |  | R – Chief, Intelligence Division |
| Box 84-216 | 10/16/1964 | A - Revenue Service Representative |
|  |  | R – Chief, Intelligence Division |
| Box 30-231 (Duplicate) |  |  |

**BASIS FOR WITHHOLDING**          **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6103(e)(7)    W
(b)(3) in conjunction with § 6105
(b)(5) – Attorney Work Product
(b)(3) in conjunction with § 6103

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are internal memoranda forwarding information and/or documents obtained from the Canadian Department of National Revenue, discussing activities related to assisting Canada with their investigation of Stonehill and Brooks (i.e. obtaining documents for them from the Philippines and the US), discussing meetings with Canadian officials to discuss the countries' respective cases, third party taxpayer information (Box 59-1801) and information related to the deportation of Stonehill and Brooks from the Philippines.  The information was exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement.  Release of the document would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**          13

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| Box 54-1925 & Box 54-1926 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum of Discussions | 8/30/1962 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product | A – IRS Employee |
| (b)(5) – Deliberative Process | R – File |
| (b)(3) in conjunction with IRC 6103 | |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memo discussing a conference between the parties and the interpretation of Swiss law as it applies to the tax treaty between the US and Switzerland. The purpose of the meeting was an effort to obtain information about a third party taxpayer.

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**                    14

| DOCUMENT NUMBER(S) | DATE | AUTHOR (A) & RECIPIENT (R) |
|---|---|---|
| Box 84-313 | 1/27/1967 | A – Donald Durkin, Chief, Foreign Oper.<br>R – Revenue Service Rep., Canada |
| Box 84-223 & Box 84-224 | 06/21/1968 | A – Revenue Service Rep., Manila<br>R – Chief, Foreign Operations Division |
| Box 84-222 | 9/29/1964 | A – Donald Durkin, Chief, Intelligence Div.<br>R – Roland Wolfe, Revenue Service Rep.<br>London |
| Box 54-1804 (Duplicate) | | |
| Box 84-215 | 10/13/1964 | A – Revenue Service Rep., Manila<br>R – Chief, Intelligence Division |
| Box 34-067 | 11/3/1964 | A - Revenue Service Rep., London<br>R – Office of International Operations |
| Box 34-067A (Duplicate) | | |
| Box 34-065 & Box 34-066 | 11/3/1964 | A - Revenue Service Rep., London<br>R – Chief, Intelligence Division |
| Box 34-075 & Box 34-076 (Duplicate) | | |
| Box 84-210 | 11/25/1964 | A – Donald Durkin, Acting Asst. to the<br>    Director<br>R – Roland Wolfe, Revenue Service<br>Representative, London |

| BASIS FOR WITHHOLDING | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | W |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are internal memos discussing attempts to obtain information and documents from foreign taxing authorities for use in the Stonehill and Brooks litigations, the taking of depositions of foreign nationals, forwarding information and/or documents, discussions about the interpretation of the tax treaties and obtaining certifications related to documents obtained for use in litigation from foreign entities. Disclosure of the documents would reveal the attorneys' mental processes and litigation strategy.

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**            15

| DOCUMENT NUMBER(S) | DATE | AUTHOR (A) & RECIPIENT (R) |
|---|---|---|
| Box 34-079 through Box 34-081 | 1964 | A – C.I. Fox, Director, International Oper. |
|  |  | R – Ministerial Director, Federal Finance |
| (Rough Draft) |  | Ministry, Bonn, Germany |
| Box 84-589 & Box 84-590 | 1/27/1967 | A – C.I. Fox, Director, International Oper. |
|  |  | R – Deputy Minister, Department of |
|  |  | National Revenue, Canada |
| Box 84-591 & Box 84-592 (Duplicate) |  |  |
| Box 52-036 & Box 52-037 | 05/05/1964 | A – Deputy Commissioner of Taxation |
| (Affidavits) |  | Australia |
|  |  | R – IRS |
| Box 84-447 | 5/16/1967 | A – C.I. Fox, Director of International Oper. |
|  |  | R – Deputy Minister, Department of |
|  |  | National Revenue, Canada |
| Box 52-029 & Box 52-030 | 10/28/1966 | A – Deputy Commissioner of Taxation |
| (Affidavits) |  | Australia |
|  |  | R – IRS |
| Box 34-068 through Box 34-071 | 11/20/1964 | A – C.I. Fox, Director, International Oper. |
|  |  | R – Ministerial Director, Federal Finance |
|  |  | Ministry, Bonn, Germany |
| Box 84-211 through Box 84-214 (Duplicate) |  |  |
| Box 54-2497 & Box 54-2498 | 9/16/1963 | A – Advisor, Japan Branch Chartered Bank |
|  |  | R – Secretary of Financial Affairs, Tokyo |
|  |  | Tax Administration Bureau |
| Box 54-2497 & Box 54-2498 (Duplicate) |  | Forwarded to the IRS |

**BASIS FOR WITHHOLDING**            **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(5) – Attorney Work Product            W
(b)(3) in conjunction with § 6103
(b)(5) – Deliberative Process Privilege (34-079 through 34-081)

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are letters requesting information and documents from foreign taxing authorities for use in the Stonehill and Brooks litigations and certificates of authenticity for documents. Disclosure of the documents would reveal the attorneys' mental processes and litigation strategy.  Documents Box 34-079 through Box 34-081, Box 52-036, Box 52-030, Box34-068 through Box 34-071 and Box 54-2497 & Box 54-2498 contain identifying information of Third Party Taxpayers and indicate that the parties were under investigation for violations of the Internal Revenue Code.  Documents Box 34-079 through Box 34-081 are a rough draft of documents Box 34-068 through Box 34-071 and contain the editing marks of the author as well as a notation that it is a proposed letter.

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**                16

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
| --- | --- |
| Box 85-292 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
| --- | --- |
| Memorandum | 7/22/1964 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
| --- | --- |
| (b)(5) – Attorney Work Product | A – Revenue Service Representative |
| (b)(3) in conjunction with § 6103 | R – Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo discussing a request for information about two third party taxpayers with respect to transaction with Canadian business.  Document details the strategy of the attorney with respect to which information will/will not be obtained for use in the litigation against Stonehill and Brooks.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
| --- | --- |
| Box 85-459 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
| --- | --- |
| Letter | 7/3/1963 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
| --- | --- |
| (b)(3) in conjunction with § 6103 | A – Harry Swanson, Revenue Service Repres. |
| (b)(5) – Attoney Work Product | R – Asst. Chief, Special Investigations, Canada |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page letter requesting information relating to a financial transaction involving Third Party Taxpayers that may have been related to Stonehill and Brooks. Information was requested for use in litigation and its release would reveal the attorneys' litigation strategy.

**DOCUMENT NUMBER(S)**                    **WITHHELD IN FULL (W) OR IN PART (P)**

Box 84-0492 through Box 84-0494           W

**TYPE OF DOCUMENT**                      **DATE OF DOCUMENT**

Memorandum                                12/03/1962

**BASIS FOR WITHHOLDING**                 **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103         A – W. G. Reinart, Revenue Service Repres.
(b)(5) – Attorney Work Product            R – Office of International Operations
(b)(5) – Deliberative Process

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page memo discussing information received pursuant to a request for
information from Switzerland concerning Third Party Taxpayers that may have been
associated with Stonehill and Brooks.  Document discusses the value of the information to
the pursuit of charges against Stonehill and Brooks and release would reveal the litigation
strategy of the attorneys.  Contains identifying information of the third party taxpayers.

**DOCUMENT NUMBER(S)**                    **WITHHELD IN FULL (W) OR IN PART (P)**

Box 84-0451 & Box 84-0452                 W

**TYPE OF DOCUMENT**                      **DATE OF DOCUMENT**

Letter                                    Unknown

**BASIS FOR WITHHOLDING**                 **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6103         A – C.I. Fox, Director, International Operations
(b)(5) – Attorney Work Product            R – Director, National Tax Agency Japan

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter requesting information about financial transactions and bank
accounts held by Stonehill, Brooks and third party taxpayers who are named in the
document, in Japan.  Information is being obtained for use in the litigation against Stonehill
and Brooks and release would reveal the litigation strategy of the attorneys.

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**                    18

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 84-0454 & Box 84-0455 Box 84-229 & Box 84-230 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 10/8/1963 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 (b)(5) – Attorney Work Product (b)(5) – Deliberative Process Privilege | A – Revenue Service Representative, Manila R – Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memo forwarding a request and the reasons therefore for a competent authority letter to Japan wherein the IRS will request information about financial transactions and bank accounts held by Stonehill, Brooks and third party taxpayers who are named in the document, in Japan. Information is being obtained for use in the litigation against Stonehill and Brooks and release would reveal the litigation strategy of the attorneys.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 34-0095 through Box 34-0101 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 9/03/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 (b)(5) – Attorney Work Product | A – Sterling W. Powers, Acting Revenue Service Representative R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo relating to a request for information from a tax treaty partner concerning the investigation of income tax liabilities of Harry S. Stonehill and Robert P. Brooks for use in litigation. Details a case against the taxpayers with respect to their involvement with Third Party Taxpayer's who are named within the document. Release would reveal the course of the investigation, litigation strategy, theory of the cases and information deemed important to the cases and/or filing additional cases/charges.

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**                    19

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box34-0063 through Box34-0064 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 6/11/1964 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – Roland Wolfe, Revenue Service Representative<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum regarding a request for information from the German Taxing Authority concerning letters of credit from a corporation located in Germany for use in the tax case of Harry S. Stonehill and release would reveal the course of the investigation, litigation strategy, theory of the cases and information deemed important to the cases and/or filing additional cases/charges.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box84-0204 through Box84-0209 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 3/10/1965 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – C.I. Fox, Dir. International Operations<br>R – Pierre Grosheintz, Director, Federal Tax Administration, Switzerland |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter detailing the investigation and the subsequent cases for violations of the Internal Revenue Code pending against Stonehill and Brooks. Document is a six page request for information regarding financial transactions using bank accounts in Switzerland. The Swiss Competent Authority has granted permission for release of the document, however its release would reveal the course of the investigation, litigation strategy, theory of the cases and information deemed important to the cases and/or filing additional cases/charges.

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**                    20

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box84-0227<br>Box84-0226 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letters | 9/13/1965 & 8/6/1965 (respectively) |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A/R – Sterling Powers, Revenue Service Rep.<br>R/A – Superintendant, Criminal Crime Office,<br>Hong Kong Police |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 0277 is a letter detailing the information and requesting assistance in finding witness with respect to the cases for violations of the Internal Revenue Code pending against Stonehill and Brooks.  Document 0226 an initial request for information about the persons in 0277.  Release of the documents would reveal the course of the investigation, litigation strategy, theory of the cases and information deemed important to the cases and/or filing additional cases/charges.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box54-2461 through Box54-2464<br>Box 54-2465 through Box54-2468 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letter | 11/29/1963 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(5) – Attorney Work Product | A – Sterling Powers, Revenue Service Rep.<br>R – Director, National Tax Administration, Agency<br>Tokyo, Japan |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter detailing the investigation and the subsequent cases for violations of the Internal Revenue Code pending against Stonehill and Brooks and requests information regarding financial transactions using bank accounts in Japan.  The Japanese Competent Authority has granted permission for release of the documents however release would

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 3**          21

reveal the course of the investigation, litigation strategy, theory of the cases and information deemed important to the cases and/or filing additional cases/charges.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box50-188 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Certification | 7/29/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Deputy Commissioner of Taxation, Australia<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a certification that records received from Canada are authentic and that the signatory is the legal custodian of the records belonging to a Third Party Taxpayer for use in subsequent litigation and obtained as part of the investigation against Stonehill and Brooks and its release would reveal the course of the investigation, litigation strategy, theory of the cases and information deemed important to the cases and/or filing additional cases/charges.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 54-2528 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 1/20/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Yaesuguchi Branch, The Fugi Bank Ltd.<br>R – Director, Tokyo Tax Administration Bureau |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter informing the recipient that Stonehill has no accounts on file with the bank. Redacted portion is a reference to attached material belonging to a third party taxpayer.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box28-343 & Box 28-344 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum of Conference | 5/6/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – R.M. Service, American Embassy, Manila |
| (b)(3) in conjunction with § 6103 | R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page memo discussing a meeting with the Philippine's Secretary of Finance to negotiate the release of the tax returns of Stonehill, Brooks and two third party taxpayers filed in that country.  Contains identifying information of the third parties and its release would reveal the course of the investigation, litigation strategy, theory of the cases and information deemed important to the cases and/or filing additional cases/charges.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box28-345 through Box28-348 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 4/29/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Sterling Powers, Revenue Service Rep. |
| (b)(3) in conjunction with § 6103 | R – R.M. Service, American Embassy, Manila |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a four page memo providing background information and talking points for a meeting with the Philippine's Secretary of Finance to negotiate the release of the tax returns of Stonehill, Brooks and two third party taxpayers filed in that country.  Contains identifying information of the third parties and its release would reveal the course of the investigation, litigation strategy, theory of the cases and information deemed important to the cases and/or filing additional cases/charges.