IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | NO. 1:06-cv-00599 JDB |

## ORDER

Having considered the Internal Revenue Service's motion for leave to file its third motion for partial summary judgment *nunc pro tunc*, together with the memorandum of points and authorities in support thereof, and having further considered plaintiff's opposition thereto, and the entire record of the case, it is

ORDERED that the Internal Revenue Service's motion for leave to file its third motion for partial summary judgment *nunc pro tunc* be and is GRANTED; and it is further

ORDERED that the Clerk distribute copies of this order to the parties listed below.

So ordered this ___ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Brittney N. Campbell
Robert Heggestad

2067323.1

## CERTIFICATE OF SERVICE

_____IT IS CERTIFIED that service of the foregoing United States' proposed ORDER was caused to be served upon plaintiff's counsel on the 27th day of March, 2007, by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

> JOHN R. GERSTEIN
> ROBERT E. HEGGESTAD
> JONATHAN COHEN
> Ross, Dixon & Bell, LLP
> 2001 K Street, N.W.
> Washington, D.C. 20006-1040

> /s/Brittney N. Campbell
> BRITTNEY N. CAMPBELL