IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAULINE STONEHILL, Co-executor )
and Co-special administrator of the )
Estate of Harry S. Stonehill, )
　 )
　　　　Plaintiff, )
　 )
　　v. ) NO. 1:06-cv-00599 JDB
　 )
INTERNAL REVENUE SERVICE, )
　 )
　　　　Defendant. )

## DECLARATION OF BRITTNEY N. CAMPBELL

I, Brittney N. Campbell, pursuant to 28 U.S.C. §1726, having reviewed plaintiff's amended Opposition and the amended Declaration of Robert Heggestad do hereby amend my previous declaration and declare as follows:

1. I am a trial attorney with the Tax Division of the United States Department of Justice in Washington, D.C.

2. I have been assigned litigation responsibility for the present civil action.

3. I was informed by counsel for the Internal Revenue Service, Krista Piersol, that on or about February 28, 2007, certain documents were sent to the FBI for review and redactions (the "FBI Documents").

4. On Thursday, March 15, 2007, I contacted counsel for the FBI to confirm that the FBI would produce a <u>Vaughn</u> index and the documents in time to comply with

the Court's deadline of March 19, 2007.  Counsel for the FBI confirmed that the FBI would be able to meet the Court's deadline.

5.    On March 16, 2007, I filed a motion to extend time to file a <u>Vaughn</u> index and motion for summary judgment with respect to certain documents responsive to plaintiff's FOIA request but for which the Service had been unable to complete its review.  Due to the FBI's representation that it would complete its review and <u>Vaughn</u> index by the Court's deadline, I did not include the FBI Documents in the Internal Revenue Service's third motion to extend time.

6.    On the morning of March 19, 2007, counsel for the FBI again confirmed that the FBI would send its <u>Vaughn</u> index of the FBI Documents to me for inclusion in the motion for partial summary judgment and forward the documents to plaintiff's counsel.

7.    At approximately 5:00 p.m. on March 19, 2007, counsel for the FBI contacted me and indicated that the FBI would be unable to provide the Service with its <u>Vaughn</u> index or provide the plaintiff with the documents on that day.  At that time, counsel for the FBI was unable to provide me with the specific date that it would be able to provide the <u>Vaughn</u> index and the documents.  Because of the extreme late notification and the imminent filing deadline, my supervisor instructed me to proceed with the filing of the Service's motion for partial summary judgment without the FBI Documents.

8. On Friday afternoon, March 23, 2007, counsel for the FBI contacted me and indicated that the FBI should be able to produce the documents and the <u>Vaughn</u> index on Monday, March 26, 2007.

9. On Monday, March 26, 2007, I received a finalized declaration from David M. Hardy of the FBI. Additionally, the FBI forwarded to plaintiff by e-mail the declaration and the FBI Documents.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2007.

　　　　　　　　　　　　　　　　　/s/ Brittney N. Campbell
　　　　　　　　　　　　　　　　　BRITTNEY N. CAMPBELL
　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing amended DECLARATION OF BRITTNEY CAMPBELL was caused to be served upon defendant on the 27th day of March, 2007, by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

>JOHN R. GERSTEIN
>ROBERT E. HEGGESTAD
>JONATHAN COHEN
>Ross, Dixon & Bell, LLP
>2001 K Street, N.W.
>Washington, D.C. 20006-1040.

　　　　　　　　　　　　　　　　　　/s/ Brittney N. Campbell
　　　　　　　　　　　　　　　　　　BRITTNEY N. CAMPBELL