IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, )<br>)<br>Defendant. ) | NO. 1:06-cv-00599 JDB |

### ORDER

This matter comes before the Court on defendant's third motion for partial summary judgment. Having considered defendant's motion, plaintiff's opposition thereto, and the entire record of the case, it is

ORDERED that the defendant's third motion for partial summary judgment is GRANTED;

ORDERED that the Clerk shall enter partial judgment in favor of the defendant; and it is further

ORDERED that the Clerk distribute copies of this order to the parties listed below.

So ordered this ___ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Brittney N. Campbell
Robert Heggestad

- 2 -

Case 1:06-cv-00599-JDB   Document 36-3   Filed 03/23/2007   Page 2 of 3

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing proposed Order has been made this 27th day of March, 2007, by mailing, postage prepaid, addressed to:

>JOHN R. GERSTEIN
>ROBERT E. HEGGESTAD
>JONATHAN COHEN
>Ross, Dixon & Bell, LLP
>2001 K Street, N.W.
>Washington, D.C. 20006-1040.


　　　　　　　　　　　　　　　　　　/s/ Brittney N. Campbell
　　　　　　　　　　　　　　　　　　BRITTNEY N. CAMPBELL