IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAULINE STONEHILL, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-cv-00599-JDB |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

# EXHIBIT A



UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

Memphis, Tennessee

April 10, 1962

b6 -4
b7C -4

On April 10, 1962, records of the First National Bank (hereinafter referred to as First National), Memphis, Tennessee, reflecting the following information, were made available to a representative of the Federal Bureau of Investigation:

b6 -4
b7C -4

On March 22, 1962, First National received a wire from [ ] National Bank, San Francisco, California, transferring $3,100.00 to be paid to Lieutenant - Junior Grade [ ] Bachelors officers Quarters, Room A1062, Naval Air Station, in order of John Crane.

b6 -4
b7C -4

On the same date, March 22, 1962, First National received a wire from Chase Manhattan Bank, New York, New York, transmitting $13,611.74 to be paid to [ ] the same having been transmitted from Philippine [ ] Company, Manila, Philippine Islands.

b6 -4
b7C -4

On the following day, [ ] opened Savings Account No. [ ] at First National, depositing therein the proceeds of these two wires, $9,000.00.

b6 -4
b7C -4

On March 27, 1962, First National received a wire from First National City Bank, New York, New York, transmitting $13,611.74 to [ ] the money being sent in order of [ ] through First National City Bank, Manila, Philippine Islands.

b6 -4
b7C -4

On March 28, 1962, [ ] transferred the $9,000.00 from the savings account to the checking account and also deposited in the checking account the $13,611.74 received on March 27, 1962 from New York.

Box59-1433

STONEHILL-1

OPTIONAL FORM NO. 10
5010-104-01

UNITED STATES GOVERNMENT

*Memorandum*

TO    :   Mr. Robert Chandler              DATE: May 28, 1963

FROM  :   Robert B. Hawley

SUBJECT:  HARRY STONEHILL

        Enclosed herewith for your information is copy of a
letter received at Washington, D. C., by my headquarters.
The original has been sent to the Commissioner, Internal
Revenue Service, 12th and Constitution Avenue, N. W., for
appropriate action.

Enclosure



Box59-1434

STONEHILL-2

FD-342 (10-19-61)

United States Department of Justice
Federal Bureau of Investigation



Mr. Robert L. Chandler
IRS

                              Re:   HARRY S. STONEHILL, aka

Dear Sir:

        For your information, I am enclosing communications
which may be of interest to you.

                              Very truly yours,

                              Legal Attache

Enclosures


LIMITED OFFICIAL USE

**Box59-1439**

(Upon removal of classified enclosures, if any, this transmittal form becomes
UNCLASSIFIED.)


STONEHILL-3



UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

New York, New York

In Reply, Please Refer to
File No.

June 4, 1963

LIMITED OFFICIAL USE

<u>Harry S. Stonehill</u>

On June 3, 1963, a confidential source, who has furnished reliable information in the past, advised that Harry Stonehill and Robert Brooks are now in Mexico City, Mexico, and have formed a Mexican company known as Inversiones Orientales, S.A. According to the confidential source, Stonehill is reported to have purchased a large home in the city's fashionable "Jardines de Pedregal" section. According to the source, Stonehill and his company are reported to soon become engaged in financing and developing a number of major projects in Mexico.

The source added that Stonehill has made approaches to various bank officials in Mexico City to finance some of his various projects.

It will be noted that the same confidential source advised in the past that Stonehill and Robert Brooks were deported from the Philippine Islands in the summer of 1962 and have been forbidden to return to that Republic. The source advised that Stonehill was deported because of tax evasion, suspicion of illegal importation, and corruption of public officials. The source stated that Stonehill has also been engaged in a banking scheme wherein American dollars are sent through the British Colony of Hong Kong, which subsequently are turned over to the Chinese Peoples Republic.

LIMITED OFFICIAL USE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Box59-1440

STONEHILL-4

On March 28, 1962, using the facilities of First
National, [ ] wired $22,570.19 to the Wells Fargo Bank,
San Francisco, California, for credit to the account of [ ]
Account No.

b6 -4
b7C -4

On April 2, 1962, First National received a wire
from Continental Illinois National Bank and Trust Company,
Chicago, Illinois, transmitting $10,125.68 to [ ] by
order of [ ] requested by Peoples Bank and Trust
Company, Manila.

b6 -4
b7C -4

On April 4, 1962, First National received a wire
from First National City Bank, New York, New York, transmitting
$13,503.78 to [ ] by order of [ ] which order
was placed by [ ] at First National City Bank, Port Area
(locality unknown).

b6 -3, 4
b7C -3, 4

[ ] Navy Serial
No. [ ] is presently assigned as Materiel Officer, A. D.
School, Naval Air Technical Training Command, Millington,
Tennessee. During the period March 18, 1960, through September 17,
1961, he was stationed in the Philippine Islands. (This
information was furnished April 10, 1962, by Detective [ ]
Security Office, Naval Air Station, Millington, Tennessee.)

b6 -2, 4
b7C -2,

The information from records of First National Bank,
Memphis, Tennessee, contained herein can be made available
only by issuance of a subpoena duces tecum which may be directed
to [ ] First National Bank, Memphis, Tennessee.

b6 -3
b7C -3

The above information was voluntarily furnished to the
FBI and no investigation in this matter has been conducted by the
FBI.

- 2 -

Box59-1441

STONEHILL-5

OPTIONAL FORM NO. 10
3010—104—01

UNITED STATES GOVERNMENT

# *Memorandum*

TO  :  ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛  b6 -2   DATE:  October 31, 1962
       Internal Revenue Agent    b7C -2

FROM  :  Robert B. Hawley, Legal Attache

SUBJECT:  **HARRY S. STONEHILL**

      Enclosed herewith for your information is memorandum
prepared by the New York Office of the FBI on October 18, 1962.

      You will be advised of any pertinent developments.


Enclosure


**Box59-1442**

STONEHILL-6



**UNITED STATES DEPARTMENT OF JUSTICE**

FEDERAL BUREAU OF INVESTIGATION
New York, New York
October 18, 1962

In Reply, Please Refer to
File No.

Re:  Ira Blaustein

Information was received to the effect that the
U.S. Tobacco Corporation, Manila, is a manufacturer of cigar-
ettes.  It was alleged that the U.S. Tobacco Corporation was
a front for a very large illegal operation in the manufacture
of cigarettes, avoiding the payment of excise tax.  Reportedly,
the operation included obtaining tobacco, excise tax stamps
and cigarette paper by other than legal means.  The excise
stamps were allegedly obtained from Japan, through overprint-
ing of legally manufactured tax stamps.

It was reported that Universal New York,
Incorporated, 350 Fifth Avenue, New York, New York, acquired
from Machine Chambon, 68, Rue de Crimee, Paris, France, a
slitter and rewinder machine which was received at New York,
New York, then transshipped to Manila on a bill of lading which
described it as a thresher machine.  The machine reportedly
was to be used to slit larger rolls of cigarette paper to the
size appropriate for manufacture of cigarettes in the U.S.
Tobacco Corporation plant.  It was reported that the machine
upon arrival in Manila, was stored in the building of the
"Evening News".

It was stated that through some arrangement made
by Ira Blaustein, General Manager of Universal New York,
Incorporated, and the Peter J. Schweitzer Division of Kimberly-
Clark Corporation, New York, New York, bobbins of cigarette
paper shipped to U.S. Tobacco Corporation, Manila, have 8,000
meters to the bobbin instead of the 6,000 meters stated on
shipping documents.  This allegedly provided 2,000 meters of
cigarette paper per bobbin which went into the manufacture of
illegal cigarettes in the Philippines.

This document contains neither recommenda-
tions nor conclusions of the FBI.  It is
the property of the FBI and is loaned to
your agency; it and its contents are not to
be distributed outside your agency.

Box59-1444

STONEHILL-7

Re:  Ira Blaustein

With respect to the aforementioned, investigation disclosed that Universal New York, Incorporated, acquired a Chambon slitter and rewinder machine from the firm in France, which was received at New York, New York in bond.  The machine arrived on documents which described it as three cases of cigarette machines, however, it was shipped about June 15, 1961, on a bill of lading which described three cases "Thresher Machine".  The machine was consigned to the Far East Bank and Trust Company, Manila, for the U.S. Tobacco Corporation, Manila.

Investigation at the Peter J. Schweitzer Division of the Kimberly-Clark Corporation, and a review of records of Universal New York, Incorporated, disclosed gross sales of cigarette paper of $247,877 by the Peter J. Schweitzer Division to Universal New York, Incorporated.  Records of the Peter J. Schweitzer Division indicated that all sales of cigarette paper were bobbins in 29 millimeter widths and 7,200 meter lengths.  A representative of the Peter J. Schweitzer Company advised that no jumbo rolls of cigarette paper were sold to Universal New York, Incorporated, or the U.S. Tobacco Corporation.  One sale of cigarette paper in the sum of $44,520 was split between two invoices; $12,020 to Universal New York, Incorporated, and $32,500 to M-C International, however, this total sale was exported on a bill of lading which reflected the shipper as Major Supply Company, San Francisco; notify Davao Merchandising Corporation, Manila.  Invoices and bills of lading for the cigarette paper were examined and no significant differences were noted.

Ira Blaustein declined to be interviewed in connection with the aforementioned matters.

- 2 -

Box59-1445

STONEHILL-8



UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION
1184 Sterick Building
Memphis, Tennessee
May 14, 1962

In Reply, Please Refer to
File No.

RE:                                                    b6 -4
U. S. Navy, Materiel Officer,                          b7C -4
A. D. School, Naval Air Technical
Training Command, Millington,
Tennessee/

On May 14, 1962, the following information was
furnished voluntarily to a representative of the Federal
Bureau of Investigation at Memphis, Tennessee:

The records of the First National Bank, Memphis,
Tennessee, reflect the following information:

On the afternoon of May 14, 1962, on order of      b6 -4
Naval Air Station, Memphis, Tennessee,             b7C -4
special checking account containing a balance of
$80,642.20 was closed and this sum of money less the usual
cable charges, was transferred to the Swiss Bank Corporation,
3 Rue De La Confederation, Geneva, Switzerland, to be
credited to the account of "Estate Cypress."

at the time he ordered this transfer of
funds, committed to an official of the bank that           b6 -4
he did not expect to remain in the Memphis area about      b7C -4
one additional month and expected to leave the United States
Navy.            also stated that he desired that this money
be wired on May 14, 1962, without fail.

Arrangements were made by the First National Bank of
Memphis to immediately wire the above sum of money, as directed,
through the International Department of the First National
City Bank of New York City.

The above information from the records of the First
National Bank, Memphis, Tennessee, will be produced only upon    b6 -3
the issuance of a subpoena duces tecum addressed to            b7C -3
First National Bank, Memphis, Tennessee.

All of the above information was voluntarily furnished
and is not the result of an FBI investigation.

This document contains neither recommendations nor
conclusions of the FBI. It is the property of the FBI and is
loaned to your agency; it and its contents are not to be
distributed outside your agency.

STONEHILL-9                    Box59-1446



UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION
1104 Sterick Building
Memphis, Tennessee
May 23, 1962

*In Reply, Please Refer to File No.*

Re: ☐☐☐☐☐ (jg),
United States Navy, Materiel
Officer, A. D. School, Naval
Air Technical Training Command,
Millington, Tennessee; ☐☐☐☐☐

b6 -4
b7C -4

On May 23, 1962, the following information was furnished voluntarily to a representative of the Federal Bureau of Investigation at Memphis, Tennessee. The records of the First National Bank, Memphis, Tennessee (hereinafter referred to as First National) reflect the following information:

On May 22, 1962, First National received a wire from Swiss Bank Corporation, Geneva, Switzerland, transmitted through First National City Bank, New York, New York, stating that Swiss Bank was unable to apply the funds transmitted to them without knowing the beneficiary of the account in the name of "Estate Cypress." This wire was in reference to a wire transmitted on May 14, 1962, on order of ☐☐☐☐☐ Naval Air Station, Memphis, Tennessee, sending $50,652.26 to the Swiss Bank Corporation to the account of "Estate Cypress."

b6 -4
b7C -4

On May 23, 1962, on order of ☐☐☐☐☐ First National ordered the funds in question transferred to Julius Bar and Company (a private bank at Zurich, Switzerland). ☐☐☐☐☐ has previously transferred a substantial amount of money to Julius Bar and Company for credit to an account in the name of "Establishment Ponderoza," ☐☐☐☐☐.

b6 -4, 5
b7C -4, 5

The information from the records of First National Bank, Memphis, Tennessee, contained herein cannot be made available only by a subpoena duces tecum to First National Bank, Memphis, Tennessee.

b6 -3
b7C -3

The above information was voluntarily furnished and it is not the result of an FBI investigation.

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Box59-1447

STONEHILL-10



UNITED STATES DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

*In Reply, Please Refer to*
*File No.*

Memphis, Tennessee
May 12, 1962

RE: ☐ (JS),
U. S. Navy, Materiel Officer,
A. D. School, Naval Air Technical          b6 -4
Training Command, Millington,             b7C -4
Tennessee:

On May 10, 1962, the following information was
furnished voluntarily to a representative of the Federal
Bureau of Investigation at Memphis, Tennessee:

The records of First National Bank (hereinafter
referred to as First National), Memphis, Tennessee, contain
the following information:

On April 11, 1962, First National sent a wire to
Wells-Fargo Bank, San Francisco, California, transmitting
$5,000 from ☐ depositor of First National, for    b6 -4
credit to the account of ☐ Account No. ☐          b7C -4
at Wells-Fargo Bank.

On May 7, 1962, First National received a wire from
Wells-Fargo Bank, San Francisco, transmitting to ☐    b6 -4
$88,000 on the order of ☐                             b7C -4

On May 8, 1962, on order of ☐
Naval Air Station, Memphis, Tennessee, First National transmitted   b6 -4, 5
by wire $50,000.00 through First National City Bank, New York,      b7C -4, 5
New York, to Julius Bar and Company, ☐ Zurich,
Switzerland, for credit to account of establishment Ponderosa,
☐

The 1960 edition of "Rand-McNally, International Bankers
Directory," shows that Julius Bar and Company, Bahnhofstrasse 36,
Zurich, Switzerland, is a private bank.

The checking account of ☐ at     b6 -4
First National had a balance of $50,052.26 as of May 10, 1962,   b7C -4
after charging the above $50,000 against it.

STONEHILL-11

Box59-1454

                **et cetera**     b6 -4
                                 b7C -4

        The information from records of **First National Bank**,   b6 -3
Memphis, Tennessee, contained **herein can be made available only**   b7C -3
by a subpoena duces tecum to [               ] **First National**
Bank, Memphis, Tennessee.

        The above information **was voluntarily furnished and it is** not
the result of an FBI investigation.

- 2 -

STONEHILL-12

Box59-1455

0-14 (Rev. 4-28-59)

Federal Bureau of Investigation

5-29-62

Mr. H. Alan Long
Director, Intelligence Division
Internal Revenue Service
Department of the Treasury
Washington 25, D.C.


Dear Sir:

For your information, I am en-
closing communications which may be of
interest to you.

Very truly yours,

John Edgar Hoover
Director

Enclosures        *(Upon removal of classified enclosures, if any,
this transmittal form becomes UNCLASSIFIED.)*

BOX 7-10627

STONEHILL-13

*ILS*
*(non-personnel)*

FD-204 (Rev. 3-3-59)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION

Copy to:      **1 - USA, Washington, D. C.**
              **(Attn:  AUSA FREDERICK G. SMITHSON)**
              **1 - USA, Southern District of New York**

Report of:    _____    Office:  **Washington, D. C.**  b6 -1
Date:         **5/25/62**                                            b7C -1

Field Office File No.:  **46-7400**        Bureau File No.:  **46-43464**

Title:        **REPUBLIC GLASS CORPORATION**
              **MANILA, PHILIPPINES**

Character:    **FRAUD AGAINST THE GOVERNMENT**

[stamp: INTERNAL REVENUE  MAY 31 1962  INTELLIGENCE DIVISION]

Synopsis:

Files of Export-Import Bank of Washington on Credit Lines
777-A-16 and 1022-B-16 to Central Bank of the Philippines
contained documents on reimbursements to latter bank by
Export-Import Bank of Washington for machinery, equipment
and other services furnished by Arthur W. Schmid Company
of Pittsburgh, Pennsylvania for Republic Glass Corporation
Manila, Philippines. Suppliers Certificates Exhibit "D"
executed by Arthur W. Schmid Company were attached to each
reimbursement. Schedules of these reimbursements are set
out herein. Mr. JOHN E. JORDAN, Loan Officer, Export-Import
Bank of Washington advised that payments on Credit Line
777-A-16 were made by the latter bank in accordance with
terms and conditions of the banks loan agreement with the
Central Bank of Philippines dated 12/10/56, Article III;
that the payments on Credit Line 1022-B-16 were made by the
Export-Import Bank of Washington in accordance with the
terms and conditions of the banks loan agreement with the
Central Bank of the Philippines dated 6/29/60, Article III.
Mr. JORDAN stated that the balance of Credit Lines 777-A-16
and 1022-B-16 totaling $29,686.58 was canceled as this amount
was not utilized by the Central Bank of the Philippines in
submitting documentation for disbursements. From an exam-
ination of the enclosed documents, there was no indication
that kick-backs were made to HARRY S. STONEHILL. Mr.
WALTER C. SAUER, Executive Vice President, Export-Import
Bank of Washington stated that latter bank depended second-
arily on Suppliers Certificates Exhibit "D" and the Export-
Import Bank of Washington depended primarily on the Central
Bank of the Philippines for disbursements to the Republic
Glass Corporation.

- C -

BOX 7-10628

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and
its contents are not to be distributed outside your agency. STONEHILL 14

WFO 46-7400

Enclosures to the Department of Justice, Attention:
Mr. CHARLES J. CARROLL, Attorney, Criminal Division

Photostats of the documents listed in the body of
this report as items one through fifty-nine inclusive.

DETAILS:    AT WASHINGTON, D. C.

Mrs. NELLIE DOUGLAS, Chief, Mail and Files Section,
Export-Import Bank of Washington, made available for examin-
ation on April 30 and May 1, 2, 3 and 4, 1962, the files on
Credit Lines 777-A-16 and 1022-B-16 to the Central Bank of the
Philippines.

These Suppliers Certificates Exhibit "D" were
examined on Credit Line 777-A-16 totaling $240,707.13 and
Credit Line 1022-B-16 totaling $1,044,282.29 together with
documents for each transaction on these lines, such as copies
of sight drafts by Arthur W. Schmid Company to Republic Glass
Corporation, Manila, Philippines, Schmid Company invoices,
bills of lading and consular invoices of merchandise, and
none of these documents reflected any indication of kick-backs
to HARRY S. STONEHILL, Chairman of the Board of Directors of
the United States Tobacco Corporation, a Philippine corporation
and President and Managing Director of the Republic Glass
Corporation.

The Suppliers Certificates Exhibit "D" for each
transaction in this case were signed Arthur W. Schmid Company,
1414 Investment Building, Pittsburgh 22, Pennsylvania by H. M.
BAUMLER, Assistant Treasurer and F. A. (last name not legible)
and the wording therein is herewith quoted:

"Export-Import Bank of Washington,
Washington 25, D. C.

"We understand that the goods and services
covered by the invoice on which this certificate is
placed or to which this certificate is attached may
be financed in whole or in part under a credit
established by Export-Import Bank of Washington, an
Agency of the United States of America.

"We hereby represent to and agree with you
(1) that said invoice sets forth in full detail all
fees, rebates, discounts, commissions or similar pay-
ments made to the purchaser or his representative as
named on the face of the invoice; (2) that we have
not paid, shared or passed on and will not pay, share

- 2 - STONEHILL-15

BOX 7-10629

WFO 46-7400 -

> or pass on to any person or organization any
> other fee, rebates, discounts, commissions or
> other similar payments in connection with the
> sale covered by said invoice except to (a)
> None
> (Name) (Address), a bona fide established
> commercial or selling firm, or to (b)
> None
> (Name) (Address), an agent regularly employed
> by us (full details with respect to said firm's
> or agent's compensation or terms of employment
> will, upon demand, be disclosed to you) and (3)
> that said goods and products of the soil and
> industry of the United States."

The following schedule reflects the amounts of the invoices submitted to the Republic Glass Corporation, Manila, Philippines, by the Arthur W. Schmid Company and the amounts of the sight drafts drawn by the latter company to the Republic Glass Corporation, Manila, Philippines, against each invoice on Credit Line 777-A-16:

| | Date | Invoice Number | Amount | Sight Draft | Drawing | Material and Services |
|---|---|---|---|---|---|---|
| 1. | 10/9/58 | 2653 | $ 2,500.00 | $ 625.00 1,875.00 | | Fee 1st trip made by A. W. SCHMID re Proposal 2960 |
| 2. | 10/13/58 | 2654 | 180,713.85 | 135,535.39 | 75 per cent only | Unused machinery, equipment for 3 machine Fourcault Plant re proposals 2955A and 2960 |
| 3. | 10/27/58 | 2660 | 29,819.11 | 22,364.33 | 75 per cent only | " |
| 4. | 11/4/58 | 2664 | 107.076.55 | 80,307.41 $240,707.13 | 75 per cent only | " |

The following schedule reflects the amounts of the invoices submitted to the Republic Glass Corporation, Manila, Philippines, by the Arthur W. Schmid Company, and the amounts

- 3 -

BOX 7-10630

WFO 46-7400

of the sight drafts drawn by the latter company to the Republic
Glass Corporation, Manila, Philippines, against each invoice on
Credit Line 1022-B-16:

| | Date | Invoice Number | Amount | Sight Draft | Drawing | Material and Services |
|---|---|---|---|---|---|---|
| 5. | 11/18/58 | 2677 | $15,245.77 | $11,434.33 | 75 per cent | Unused machinery, equipment for 3 machine Fourcault Plant and Proposals 2955A and 2960 |
| 6. | 12/3/58 | 2680 | 51,348.88 | 38,511.66 | | " |
| 7. | 12/31/58 | 2660 | | 7,454.78 | | On 5/3/62, Mr. STANLEY CURTIS, Loan Clerk, Export-Import Bank of Washington advised 25% drawing on invoice value. These invoices and other supporting documents mislaid. Invoice numbers taken from itemized statement of payments #6 covering period from 9/6/58 to 12/2/58. Mr. CURTIS stated missing documents in existence when paid by Export-Import Bank of Washington; that copies of invoices and other documents can be obtained from Schmid Company or from Central Bank of the Philippines. |
| 8. | 12/31/58 | 2664 | | 26,769.14 | | |
| | 12/31/58 | 2677 | | 3,811.44 | | |
| 10. | 12/31/58 | 2680 | | 12,837.22 | | |
| 11. | 12/31/58 | 2654 | | 45,178.46 | | |

BOX 7-10631

STONEHILL-17

- 4 -

WFO 46-7400

| | | | | | |
|---|---|---|---|---|---|
| 12. | 1/27/59 | 2689 | $ 8,205.63 | $ 8,205.63 | Unused machinery, equipment for 3 machine Fourcault Plant re Proposals 2955-A and 2960 |
| 13. | 2/5/59 | 2693 | 44,711.83 | 44,711.83 | " |
| 14. | 2/6/59 | 2694 | 27,778.91 | 27,778.91 | " |
| 15. | 2/6/59 | 2695 | 9,155.41 | 9,155.41 | " |
| 16. | 3/4/59 | 2698 | 2,386.50 | 2,386.50 | " |
| 17. | 3/4/59 | 2699 | 16,917.03 | 16,917.03 | " |
| 18. | 3/4/59 | 2701 | 24,400.00 | 24,400.00 | Technical services and fees re Proposal 2960-A, Schmid Glass Technologist, 24 months at $1,000 per month and incidental expenses |
| 19. | 3/12/59 | 2699 | 8,287.38 | 8,287.38 | Unused machinery, equipment for 3 machine Fourcault Plant re Proposals 2955A and 2960 |
| 20. | 3/26/59 | | 12,753.41 | 12,753.41 | " |
| 21. | 4/2/59 | 97228 | 7,164.25 | 7,164.25 | " |
| 22. | 4/3/59 | 2727 | 5,846.83 | 5,846.83 | " |
| 23. | 4/11/59 | 2732 | 26,507.45 | 26,507.45 | " |
| . | 4/13/59 | | 6,042.40 | 6,042.40 | " |

- 5 -

BOX 7-10632
STONEHILL-18

WFO 46-7400

| | | | | | |
|---|---|---|---|---|---|
| 25. | 4/16/59 | 2719 | $ 2,500.00 | $ 2,500.00 | Fee second trip to Manila re Proposal 2960A |
| 26. | 4/16/59 | 2720 | 30,000.00 | 30,000.00 | Technical services and fees per Proposal 2960A |
| 27. | 4/25/59 | Contract 670 | 38,168.40 | 38,168.40 | Unused machinery, equipment for 3 machine Fourcault Plant re Proposals 2955A and 2960 |
| 28. | 5/5/59 | Contract 670 | 11,564.47 | 11,564.47 | " |
| 29. | 5/11/59 | 2743 | 19,874.63 | 19,874.63 | " |
| 30. | 5/18/59 | 2746 | 10,314.88 | 10,314.88 | " |
| 31. | 5/25/59 | 98225 | 5,383.81 | 23,892.96 | " |
| 32. | 5/27/59 | 98606 | 18,509.15 | | |
| 33. | 5/28/59 | 2751 | 30,000.00 | 30,000.00 | Technical services and fees per Proposal 2960A |
| 34. | 5/28/59 | 98860 | 6,053.00 | 6,053.00 | Unused machinery, equipment for 3 machine Fourcault Plant re Proposals 2955A and 2960 |
| 35. | 5/28/59 | 98863 | 65,579.06 | 65,579.06 | " |
| 36. | 6/2/59 | 98904 | 6,081.03 | 6,081.03 | " |
| 37. | 6/5/59 | 98852 | 981.00 | 981.00 | " |

- 6 -

BOX 7-10633

STONEHILL-19

WFO 46-7400

| | | | | | |
|---|---|---|---|---|---|
| 38. | 6/5/59 | 98862 | $ 23,652.92 | $ 23,652.92 | Unused machinery, equipment for 3 machine Fourcault Plant re Proposals 2955A and 2960 |
| 39. | 6/19/59 | 99340 | 52,738.15 | 52,738.15 | " |
| 40. | 6/25/59 | 99560 | 38,269.36 | 38,269.36 | " |
| 41. | 6/26/59 | 99412 | 57,135.97 | 57,135.97 | " |
| 42. | 6/30/59 | 99557 | 11,886.00 | 11,886.00 | " |
| 43. | 6/-/59 | Order 670 | 61,658.70 | 56,646.00 | " |
| t. | 7/1/59 | 99766 | 3,034.00 | 3,034.00 | " |
| 45. | 7/2/59 | 99408 | 140,328.37 | 140,328.37 | " |
| 46. | 7/2/59 | 99788 | 31,068.42 | 30,066.00 | " |
| 47. | 7/6/59 | 99663 | 7,648.53 | 7,648.53 | " |
| 48. | 7/8/59 | 99826 | 7,774.00 | 7,774.00 | " |
| 49. | 7/10/59 | 99852 | 3,034.00 | 3,034.00 | " |
| 50. | 7/18/59 | 99974 | 13,365.50 | 13,365.50 | " |
| 51. | 7/-/59 | Order 670 | 4,149.28 | 4,044.00 | " |
| 52. | 8/1/59 | 10194 | 3,046.00 | 3,046.00 | " |
| 53. | 8/6/59 | 10619 | 450.00 | 450.00 | " |

$1,044,282.29

Photostats of the above listed invoices and sight drafts with Suppliers Certificates Exhibit "D" and other supporting documents on Credit Lines 777-A-16 and 1022-B-16 are herewith enclosed with the exception of invoices and supporting documents to sight drafts for December 3 and 31, 1958, shown in above schedule 1022-B-16.

- 7 -

BOX 7-10634
STONEHILL-20

ation to the Republic Glass Corporation, Magsaysay Building, Manila, Philippine Islands by the Arthur W. Schmid Company, Pittsburgh, Pennsylvania, covering a Three-machine Fourcault Plant. Pages A to K inclusive in Proposal Number 2955-A were missing in the above document and on May 10, 1962, this discovery was reported to Mrs. NELLIE DOUGLAS, Chief, Mail and Files Section, Export-Import Bank of Washington, who advised that a search of the files would be made to locate the missing pages.

55.  On May 15, 1962, Mr. JOHN E. JORDAN, Loan Officer, Export-Import Bank of Washington and Mrs. NELLIE DOUGLAS of the latter bank informed that in connection with the missing pages in Proposal 2955-A, a letter was found dated March 19, 1958, addressed to Mr. F. D. HAVENS, Export-Import Bank, 811 Vermont Avenue, Washington, D. C. signed Arthur W. Schmid Company by A. W. SCHMID, President, enclosing "Qualifications of the Arthur W. Schmid Company," Pages A to K inclusive, Proposal 2955-A, dated June 14, 1957, together with recent issue of the National Glass Budget with an article on the back cover as well as text inside of the magazine (regarding ARTHUR W. SCHMID); also Photostat of testimonial from SCHMID's most recent completed window glass plant in Brazil, which was requested by Cristaleria Peldar Limitada, Medellin, Colombia, before Schmid Company received the contract for this present job which is now in process and a letter from Mr. Z. TOKUNAGA of the Tokunaga Plate Glass Company, Osaka, Japan, pertaining to the plant that Schmid Company erected for his company, which was one of the Mitsui interests.  Schmid Company redesigned the window glass furnace for Mr. TOKUNAGA in 1950.

- 8 -

BOX 7-10635

STONEHILL-21