IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> NO. 1:06-cv-00599 JDB |

**NOTICE OF FILING ERRATA RE: VAUGHN INDEX PART 28**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 23, 2007, the Internal Revenue Service filed and served a partial <u>Vaughn</u> index. The following errors were corrected:

- Page 14 of part 28 of the <u>Vaughn</u> index incorrectly states that the document with control number CCBox6-0065 is being withheld in full pursuant to 5 U.S.C. §552(b)(3) in conjunction with 26 U.S.C. §6105. The document is actually being withheld based on 5 U.S.C. §552(b)(5), government deliberative process. The <u>Vaughn</u> index was amended to correct this error.

For the Court's convenience, attached as <u>Exhibit 1</u> is the fully revised part 28 of the <u>Vaughn</u> index which reflects the changes referenced above.

//

//

//

//

2350827.1

Date: March 27, 2007.

                                      Respectfully submitted,

                                      /s/ Brittney N. Campbell
                                      DAVID KATINSKY
                                      BRITTNEY N. CAMPBELL
                                      Trial Attorneys, Tax Division
                                      U. S. Department of Justice
                                      Post Office Box 227
                                      Washington, DC  20044
                                      Telephone:  (202) 353-2260

CERTIFICATE OF SERVICE

    IT IS CERTIFIED that the foregoing Notice of Filing Errata Re: part 29 of the Vaughn index was caused to be served upon plaintiff's counsel on the 27th day of March, 2007, by depositing a copy thereof in the United States' mail, postage prepaid, addressed to:

> JOHN R. GERSTEIN
> ROBERT E. HEGGESTAD
> JONATHAN COHEN
> Ross, Dixon & Bell, LLP
> 2001 K Street, N.W.
> Washington, D.C. 20006-1040.

      /s/ Brittney N. Campbell
    BRITTNEY N. CAMPBELL

2350827.1