**Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1**   1

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-093 through CCBox1-112 | W |
| MISC-0458 & MISC-0459 (Copies of CCBox1-093 & CCBox1-094) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Typed Interview and Handwritten Notes | 10/1968 Approximately |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 Information Arising Under Treaty Obligations | A – Canadian Visa Control Office, Hong Kong and a Canadian Citizen |
| (b)(3) in conjunction with § 6103(e)(7) | R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the summary of an interview of a Canadian citizen (CCBox1-093 & CCBox1-094) and handwritten notes of the citizen concerning his recent involvement with a foreign company and its financial records CCBox1-095 through CCBox1-0112). Information was requested by the IRS, and was obtained, from the Canadian Department of National Revenue, Taxation pursuant to the terms of the CONVENTION BETWEEN THE UNITED STATES OF AMERICA AND CANADA WITH RESPECT TO TAXES ON INCOME AND ON CAPITAL Article XXVII. The information is confidential pursuant to the terms of the agreement and the Canadian Competent Authority has requested it remain confidential. The release of the documents would impair cooperation between the taxing authorities of the US and Canada and therefore would impair US tax administration.

EXHIBIT 1

**Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1**  2

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox1-247 | P |
| CCBox1-248 & CCBox1-249 | |
| CCBox1-250 & CCBox1-250A (Duplicate 248-249) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 2/4/1974   (247) |
| Memorandum | 1/21/1974 (248-250A) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 | A – S.J. Grande, Foreign Programs & Research (247) |
| (b)(3) in conjunction with § 6103(e)(7) | R - Chief, Foreign Programs & Research Division, Office of International Operations |
| | A – Revenue Service Rep. – Canada (248-250A) |
| | R – Chief, Foreign Operations Branch |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document 247 is a memorandum transmitting documents 248-250 to the International Operations Branch; it discusses the IRS's attempt to obtain information from Canada, at the request of DOJ attorney, Arthur Biggins, regarding Stonehill and the results of such attempt. Document 248 is a memorandum also discussing the attempt to obtain information from Canada at the request of the DOJ attorney; it describes the specific information sought and the results of the attempt. Each of the documents contains information requested by the IRS, and obtained from the Canadian Department of National Revenue, Taxation pursuant to the terms of the CONVENTION BETWEEN THE UNITED STATES OF AMERICA AND CANADA WITH RESPECT TO TAXES ON INCOME AND ON CAPITAL Article XXVII. The information is confidential pursuant to the terms of the agreement and the Canadian Competent Authority has requested it remain confidential. The release of this document would impair cooperation between the taxing authorities of the US and Canada and therefore would impair US tax administration.

# Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1    3

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Misc-0457 (Duplicate) <br> CCBox5-0814 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Certification | 6/2/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 Information Arising Under Treaty Obligations <br> (b)(3) in conjunction with § 6103(e)(7) | A – Raymond St. Jean, Canadian Immigration, Acting Chief of Records <br> R – IRS |

**Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1**  4

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a sworn certificate affirming that lists of documents were true and accurate photo prints of original documents on file with the author's office. The documents were sent to the IRS in response to a request for information and obtained from the Canadian Department of National Revenue, Taxation pursuant to the terms of the CONVENTION BETWEEN THE UNITED STATES OF AMERICA AND CANADA WITH RESPECT TO TAXES ON INCOME AND ON CAPITAL Article XXVII. The information is confidential pursuant to the terms of the agreement and the Canadian Competent Authority has requested it remain confidential. The release of this document would impair cooperation between the taxing authorities of the US and Canada and therefore would impair US tax administration.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| MISC-0460 through MISC-0463 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Police Report | 3/6/1968 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6105 Information Arising Under Treaty Obligations<br>(b)(3) in conjunction with § 6103<br>(b)(3) in conjunction with § 6103(e)(7) | A – G.M. Mowatt, Royal Canadian Mounted Police<br>R – IRS |

## DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Document is a police report detailing the investigation performed by the Royal Canadian Mounted Police of a third party taxpayer at the request of the IRS. The documents were sent in response to the request from the Canadian Department of National Revenue, Taxation pursuant to the terms of the CONVENTION BETWEEN THE UNITED STATES OF AMERICA AND CANADA WITH RESPECT TO TAXES ON INCOME AND ON CAPITAL Article XXVII. The information is confidential pursuant to the terms of the agreement and the Canadian Competent Authority has requested it remain confidential. The release of this document would impair cooperation between the taxing authorities of the US and Canada and therefore would impair US tax administration.

**Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1**  5

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox4-0308 & CCBox4-0309<br>CCBox4-0310 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memoranda | 11/3/1964 (308 &309)<br>11/9/1964 (310) |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – Roland Wolfe, Revenue Service Representative<br>R – Chief, Intelligence Division<br>A – Roland Wolfe, Revenue Service Rep. (310)<br>R – International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a two page and one page memoranda discussing a request for information made to the German Taxing Authority and their reply. Document refers to documents being collected to assist in the prosecution and litigation of cases currently pending against Stonehill and Brooks, the release of which would reveal the litigation strategy of the attorneys involved. One paragraph of document CCBox4-0308 refers to a request for information about a third party taxpayer involved in litigation with the IRS who is referred to by name.

# Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1     6

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| CCBox4-0311 through CCBox4-0314 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | 8/30/1973 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Attorney Work Product<br>(b)(5) – Deliberative Process | A – Sterling Powers, Revenue Service Representative<br>R – Chief, Foreign Programs and Research Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a four page handwritten memorandum documenting a recent meeting between Powers and a representative of Switzerland's Tax Administration, wherein Powers discussed Swiss cooperation with a collateral request from Chief Counsel attorney Houstin Shockey for information and the authentication of certain documents already in the possession of the DOJ. Letter includes personal views of author on closing of collateral report in light of conclusions set forth.

**Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1**  7

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0366 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 2/6/1973 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product<br>(b)(3) in conjunction with § 6105<br>Information Arising Under<br>Treaty Obligations<br>(b)(3) in conjunction with § 6103(e)(7)<br>(b)(5) – Deliberative Process | A – Revenue Service Representative, Ottawa<br>R – Chief, Foreign Programs & Research Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo forwarding information and suggesting a course of conduct in regards to the Brooks' investigation and litigation. The memo discusses potential issues arising with the exchange of information between the Canadian Department of National Revenue, Taxation and the IRS. The requests were made pursuant to the terms of the CONVENTION BETWEEN THE UNITED STATES OF AMERICA AND CANADA WITH RESPECT TO TAXES ON INCOME AND ON CAPITAL Article XXVII. The requests and the exchanged information are confidential pursuant to the terms of the agreement and the Canadian Competent Authority has requested it remain confidential. The release of this document would impair cooperation between the taxing authorities of the US and Canada and therefore would impair US tax administration.

**Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1**  8

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0712 & CCBox5-0713 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 4/14/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 Information Arising Under Treaty Obligations<br>(b)(3) in conjunction with § 6103(e)(7)<br>(b)(5) – Deliberative Process | A – Eric Harvey, Revenue Service Representative<br>R – IRS Executive Assistant |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter detailing discussions during a meeting with Canadian officials to determine if the Canadian-US Tax Treaty is a possible avenue to obtain information the Canadian government needs in proceedings against Stonehill and Brooks. Document contains advice provided by IRS as to possible cooperation and possible methods of exchanging information. The meeting and the information requested were pursuant to the terms of the CONVENTION BETWEEN THE UNITED STATES OF AMERICA AND CANADA WITH RESPECT TO TAXES ON INCOME AND ON CAPITAL Article XXVII. The meeting discussions and the exchanged information are confidential pursuant to the terms of the agreement and the Canadian Competent Authority has requested it remain confidential. The release of this document would impair cooperation between the taxing authorities of the US and Canada and therefore would impair US tax administration.

**Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1**   9

| DOCUMENT NUMBER(S) | DATE | Author (A) & Recipient (R) |
|---|---|---|
| CCBox5-0784 | 8/20/1964 | A – Donald Durkin, Chief, Intelligence Division<br>R – Sterling Powers, Revenue Representative |
| CCBox5-0787 | 6/5/1969 | A – Acting Revenue Service Representative<br>R – Chief, Foreign Operations Division |
| CCBox5-0811 through CCBox5-0812 | 6/2/1967 | A – Revenue Service Representative, Canada<br>R – Chief, Foreign Operations Division |

**BASIS FOR WITHHOLDING**          **WITHHELD IN FULL (W) OR IN PART (P)**

(b)(3) in conjunction with § 6105          W
Information Arising Under
Treaty Obligations
(b)(3) in conjunction with § 6103(e)(7)
(b)(5) – Attorney Work Product
(b)(5) – Deliberative Process

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are letters that discuss obtaining information and information received from the Canadian Department of National Revenue, Taxation. The information was requested, received from and sent to the foreign taxing authorities pursuant to the CONVENTION BETWEEN THE UNITED STATES OF AMERICA AND CANADA WITH RESPECT TO TAXES ON INCOME AND ON CAPITAL Article XXVII. Information exchanged under the articles of the treaty is confidential pursuant to the terms of the agreement and the Canadian Competent Authority has requested it remain confidential. The release of this document would impair cooperation between the taxing authorities of the US and Canada and therefore would impair US tax administration.

**Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1**                                                       10

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0357 | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 5/7/1963 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103<br>(b)(5) – Attorney Work Product | A – C.I. Fox, Director, International Operations<br>R – Commissioner of Taxation, Australia |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter requesting information from the Australian Federal Taxation Office. The Australian Competent Authority has granted permission for the release of the document. Redactions are information revealing the investigation of a third party taxpayer, identifying information of the taxpayer and information revealing the litigation strategy of the attorneys and focus of their investigation.

# Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1    11

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0369<br>CCBox5-0807 (Duplicate)<br>CCBox2-0466 (Duplicate) | P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 7/23/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Dr. K. Locher, Deputy Director, Federal Tax Administration of Switzerland<br>R – C.I. Fox, Director, International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter responding to the IRS's request for information of financial activities of Stonehill and Brooks utilizing Swiss banks and corporations. The Swiss Competent Authority has granted permission for the release of the document. Redaction portions contain information revealing litigation strategy and information deemed vital to litigation.

**Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1**   12

**DOCUMENT NUMBER(S)**     **WITHHELD IN FULL (W) OR IN PART (P)**

CCBox5-370 through CCBox5-375     W
CCBox5-785 & CCBox5-786
CCBox5-796 through CCBox5-801 (Duplicate of CCBox5-370 through CCBox5-375)
CCBox2-460 through CCBox2-465 (Duplicate of CCBox5-370 through CCBox5-375)

**TYPE OF DOCUMENT**     **DATE OF DOCUMENT**

Letter     3/10/1965 (370-375)
           3/13/1964 (785-786)

**BASIS FOR WITHHOLDING**     **AUTHOR (A) & RECIPIENT (R)**

(b)(5) – Attorney Work Product     A – C.I. Fox, Dir. International Operations
R – Pierre Grosheintz, Director, Federal Tax Administration Switzerland (370-375)
R – Doctor Debatin, Director, Federal Finance Ministry, Germany (785-786)

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are letters detailing the investigation and the subsequent cases for violations of the Internal Revenue Code pending against Stonehill and Brooks. Document 370-375 is a six page letter providing information developed by the IRS and providing opinions as to the substance of the events and information described. Document 785-786 is a two page request for information regarding financial transactions using bank accounts in Switzerland, Lichtenstein and Germany. The Swiss and German Competent Authorities have granted permission for release of the documents. However, the letter reveal the course of the investigation, litigation strategy, theory of the cases and information deemed important to the cases and/or filing additional cases/charges.

**Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1**  13

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox5-0789 & CCBox5-0790 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Notes | Undated |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(5) – Deliberative Process Privilege | A – Sterling Powers, Revenue Service Representative |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the handwritten notes and partial rough draft with editing marks of document CCBox5-0792.

14

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox6-065 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 8/5/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Deliberative Process Privilege | A – Revenue Service Representative, Manila<br>R – Office of International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo discussing a request for information from the Philippine's with respect to documents in the possession of the IRS and concerns with complying with the request. The Revenue Service Representative is asking for a decision with respect to the request.

**Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1**   15

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox6-0079 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 7/23/1965 (date of receipt) |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6105 Information Arising Under Treaty Obligations | A – Deputy Director, Switzerland Tax Administration<br>R – C.I. Fox, Dir. International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter from the tax administration agency of Switzerland responding to the requests from the US regarding the accounts of Stonehill and Brooks that may have been maintained in that country. Requested pursuant to Article XVI(3) of the Tax Convention between the US and Switzerland and expected to remain confidential pursuant to the terms of the agreement.

# Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1     16

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox6-0080 through CCBox6-0082 | W |
| CCBox6-0083 through CCBox6-0088 (Duplicates) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 4/25/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 Information Obtained Under Treaty Obligations<br>(b)(5) – Attorney Work Product | A – Donald Durkin, Chief, Foreign Operations Division<br>R – Houstin Shockey, Director, Collection Litigation |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page letter discussing a request made by DOJ to obtain information from the Canadian tax authority and the legal issues surrounding the release of that information. The information was requested and received from the foreign taxing authority pursuant to the CONVENTION BETWEEN THE UNITED STATES OF AMERICA AND CANADA WITH RESPECT TO TAXES ON INCOME AND ON CAPITAL Article XXVII. Information exchanged under the articles of the treaty is confidential pursuant to the terms of the agreement and the Canadian Competent Authority has requested it remain confidential. The release of this document would impair cooperation between the taxing authorities of the US and Canada and therefore would impair US tax administration.

**Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1**  17

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox6-0177 & CCBox6-0178<br>CCBox6-0642 & CCBox6-0848 (Duplicates of 0177)<br>CCBox6-0849 (Duplicate of 0178) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 7/2/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 Information Arising Under Treaty Obligations<br>(b)(5) – Attorney Work Product | A – Revenue Service Representative, Ottawa<br>R – Chief, Foreign Operations Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter forwarding documents that were requested through the Canadian representative for use in the litigation against Stonehill and Brooks. The information was requested and received from the foreign taxing authority pursuant to the CONVENTION BETWEEN THE UNITED STATES OF AMERICA AND CANADA WITH RESPECT TO TAXES ON INCOME AND ON CAPITAL Article XXVII. Information exchanged under the articles of the treaty is confidential pursuant to the terms of the agreement and the Canadian Competent Authority has requested it remain confidential. The release of this document would impair cooperation between the taxing authorities of the US and Canada and therefore would impair US tax administration.

**Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1**  18

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox6-0902 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 6/6/1967 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 Information Arising Under Treaty Obligations | A – E.G. Hauch, Special Investigation Div., Canada<br>R – C.I. Fox, Dir. International Operations |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is the first page of a response to a request for financial information. The information was requested and received from the foreign taxing authority pursuant to the CONVENTION BETWEEN THE UNITED STATES OF AMERICA AND CANADA WITH RESPECT TO TAXES ON INCOME AND ON CAPITAL Article XXVII. Information exchanged under the articles of the treaty is confidential pursuant to the terms of the agreement and the Canadian Competent Authority has requested it remain confidential. The release of this document would impair cooperation between the taxing authorities of the US and Canada and therefore would impair US tax administration.

**Stonehill FOIA – Documents Reviewed § 6105 Exemption File 1**  19

| | |
|---|---|
| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
| CCBox6-0921 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Memorandum | Unknown |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6105 Information Arising Under Treaty Obligations | A – Unknown<br>R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is page 2 of a two page memo discussing what is needed to complete the case against Stonehill and Brooks. The redacted portion contains information requested and received from the foreign taxing authority pursuant to the CONVENTION BETWEEN THE UNITED STATES OF AMERICA AND CANADA WITH RESPECT TO TAXES ON INCOME AND ON CAPITAL Article XXVII. Information exchanged under the articles of the treaty is confidential pursuant to the terms of the agreement and the Canadian Competent Authority has requested it remain confidential. The release of this portion of the document would impair cooperation between the taxing authorities of the US and Canada and therefore would impair US tax administration.