UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAULINE STONEHILL**, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, Calle Guillermo Tell 14 Churriana 29140 Malaga, ESP )<br><br>**Plaintiff,** )<br><br>v. )<br><br>**INTERNAL REVENUE SERVICE** 1111 Constitution Avenue, N.W. Washington, D.C. 20224 )<br><br>**Defendant.** ) | **Case No. 06-599 (JDB)**<br><br>**Honorable John D. Bates** |

**PLAINTIFF'S OPPOSITION
TO THE IRS' MOTION FOR LEAVE TO FILE *NUNC PRO TUNC***

The IRS moved for leave to file the FBI-related portion of its motion for summary judgment "only" eight days after the Court's March 19, 2007 deadline (rather than weeks or months from now) because *Plaintiff* raised the issue with the IRS:[1] specifically, Plaintiff challenged the agency's ability to file yet another late motion, particularly given that the IRS' most recent (third) motion for additional time never mentioned the documents the IRS apparently sent to the FBI. This "*nunc pro tunc*" motion should be called what it is: The IRS' *Fourth* Motion for Additional Time.

---

[1] Letter from R. Heggestad to B. Campbell (Mar. 22, 2007) attached hereto as Exhibit A.

Although (following the IRS' Second Motion for Additional Time) the Court ordered that no further extensions be allowed "absent extraordinary circumstances,"[2] the Court reluctantly accepted the agency's plea that alleged bureaucratic backlog warranted a third extension. Now, the IRS does not even pay "lip service" to the "extraordinary circumstances" rule. In fact – and quite amazingly – the agency gives *no reason at all* why it needs more time (or, more properly, why it need*ed* more time).

Worse still, the IRS attaches a declaration revealing that the agency didn't bother to begin sending the documents at issue to the FBI until February 28, 2007, and did not finish sending documents to the FBI until March 8, 2007 – long after the Court's February 15, 2007 "extraordinary circumstances" order, and even longer after this process began, last August. It is difficult to imagine how this possibly could have happened.

Significantly, unlike the CIA documents, neither the IRS nor the FBI asserts any "national security"-related privilege.[3] If these agencies wish to advance various exemptions with respect to documents responsive to Plaintiff's FOIA request, they must do so in accordance with the schedule this Court determines – not at their leisure. Accordingly, the IRS has forfeited any right to move for summary judgment with respect to the FBI documents, and the Court should order the IRS to produce unredacted copies immediately.

Nevertheless, to the extent the Court is inclined to grant the IRS' remarkable fourth motion for additional time, Plaintiff urges the Court to consider whether, at this point, some form of consequence is appropriate. Among other things, Plaintiff invites the Court to consider (1) publishing its decision, to make publicly known the agency's approach to this matter; and (2)

---

[2] Order, Stonehill v. IRS, No. 06-599 (JDB) (filed Feb. 15, 2007).

[3] According to the FBI Disclosure Officer, the FBI redacted material because its release allegedly would constitute an invasion of privacy. See D. Hardy Dec. ¶ 9 (Mar. 27, 2007).

ordering that the IRS pay Plaintiff's fees and costs associated with this short opposition. Plaintiff believes these alternatives – especially the former – will most effectively remind the parties not to take this Court's orders lightly.

Respectfully submitted,

 /s/          Robert E. Heggestad
Robert E. Heggestad (D.C. Bar. No. 953380)
John R. Gerstein (D.C. Bar. No. 913228)
Jonathan Cohen (D.C. Bar. No. 483454)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
(202) 662-2000

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **PLAINTIFF'S OPPOSITION TO THE IRS' MOTION FOR LEAVE TO FILE** *NUNC PRO TUNC* was served by United States mail addressed to the following on this 28th day of March, 2007:

> Brittney N. Campbell
> David M Katinsky
> TAX DIVISION
> Post Office Box 227
> Ben Franklin Station
> Washington, D.C. 20044

                                          /s/          Robert E. Heggestad
                                                Robert E. Heggestad