# Exhibit A

# ROSS, DIXON & BELL, LLP

2001 K Street, N.W. • Washington, D.C. 20006-1040 • *p* (202) 662-2000 *f* (202) 662-2190

ROBERT E. HEGGESTAD
DIRECT DIAL: (202) 662-2054
EMAIL: RHEGGESTAD@RDBLAW.COM

March 22, 2007

**VIA ELECTRONIC MAIL & U.S. MAIL**

Britney Campbell
U.S. Department of Justice
Tax Division
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044

Re: **Stonehill v. IRS**

Dear Ms. Campbell:

In her declaration supporting the IRS' recently-filed Motion for Partial Summary Judgment, Ms. Piersol states that on February 28, 2007, several responsive documents "were returned to the FBI."[1] She further writes that the IRS will submit a declaration from the FBI concerning these documents.[2] The IRS, however, did not request an extension to file a declaration concerning FBI documents. Additionally, your Motion for Summary Judgment does not mention FBI documents, nor does Ms. Piersol's declaration provide any information about when the IRS will file the FBI declaration or when the IRS will release any non-exempt FBI documents.

Because you did not submit a declaration concerning the FBI documents and also failed to request any additional time to file such a declaration, the IRS has waived any arguably applicable FBI-related exemptions. Please let me know immediately if you plan to move the Court for additional time to file an FBI declaration. Otherwise, I will assume that you plan to file the declaration late, or request an extension at an undetermined future time.

Please note that we will move to strike any late-filed declaration.

---

[1] K. Piersol Dec. at 16 (March 16, 2007).

[2] Id. at 16-17.

---

WASHINGTON • ORANGE COUNTY • SAN DIEGO • CHICAGO

351165

# ROSS, DIXON & BELL, LLP

Britney Campbell
March 22, 2007
Page 2

        Very truly yours,

        ROSS, DIXON & BELL, LLP

        By _____
             Robert E. Heggestad

REH:rsh

351165