## STONEHILL FOIA – CIA Documents                                    1

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox2-008 through CCBox2-050 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Notes of Interview with Ragland | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Unknown |
| (b)(5) – Deliberative Process | R – File |

### DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD

Documents are the handwritten attorney notes of an interview with Special Agent Ragland in regards to the Newcomb Affidavit.  The document contains information which the CIA has determined should not be released.  The information has been classified as Secret.  Documents 035-039 and 041 contain CIA redactions.

Documents 008-034, 040 and 043-045 were released in full.

Additional redactions on documents 042, 046-050 contain information conveying the interviewee's opinions regarding evidence and statements made in the Newcomb Affidavit, legitimacy of assessments, deportation proceedings of Stonehill and Brooks from other countries, financial transactions involving third parties and availability of witnesses for use in preparing for litigation against Stonehill and Brooks.  Redacted information contains impressions, thoughts and legal analysis regarding the continued prosecution of the cases and the effect of events and factual evidence on certain aspects of the litigation.

Documents 046-050 were withheld in full.

**STONEHILL FOIA – CIA Documents**                                      **2**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| CCBox2-081 through CCBox2-104 | W & P |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Interview Notes | 2/11-2/13/1966 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Harlow Huckabee, Chief Counsel Attorney |
| (b)(5) – Deliberative Process | R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are the typed notes of an interview with Revenue Service Representative Robert Chandler in regards to the cases that had been or were going to be filed against Stonehill, Brooks and other third parties.  The document contains information which the CIA has determined should not be released and has been classified as Secret. Documents 090 and 097-100 contain CIA redactions.

Additional redactions on documents 100-102 and 104 contain information conveying Chandler's opinions regarding evidence and statements made in the Newcomb Affidavit, legitimacy of assessments, deportation proceedings of Stonehill and Brooks from other countries, financial transactions involving third parties and informant information for use in preparing for litigation against Stonehill and Brooks.  Redacted information contains the attorney's impressions, thoughts and legal analysis regarding the continued prosecution of the cases and the effect of events and factual evidence on certain aspects of the litigation.

Documents 081-089, 091-096 and 103 were released in full.  Document 104 was withheld in full.

**STONEHILL FOIA – CIA Documents**                                                    **3**

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|

CCBox2-0106 through CCBox2-0114    P
CCBox2-0687 through CCBox2-0695 (Duplicate)

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|

Memorandum                          3/9/1966

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|

(b)(5) – Attorney Work Product          A – William McAleer, Director, IRS
                                             Enforcement Div.

(b)(3) in conjunction with § 6103      R – Mitchell Rogovin, Asst. Atty General DOJ
(b)(5) – Deliberative Process

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo to DOJ conveying Chief Counsel's detailed factual and legal analysis of the Stonehill and Brooks cases, including the case currently pending in the Central District of California, *United States v. Stonehill*, Case No. 65-127.  It states that it was based on the analysis contained in the Memorandum of Fact and Law dated March 4, 1996 (pages CCB2-115 through CCB2-232).  It is in the nature of a position paper based upon the continued review of the case and recommendations that the Service might make concerning prosecution of Stonehill and Brooks; it discusses issues under consideration and describes actions that might be taken concerning them.  The document also contains information which the CIA has classified as Secret and has been redacted.  The CIA made redactions to pages 107-109 and 113.  A handwritten notation on page 106 dated 3/10/1966 recommends that the memorandum be made available to DOJ.   Additional redactions have been made to pages 106, 112 and 113.  Page 106 contains the name of a third party taxpayer and indicates that the Service was considering a recommendation for prosecution of the taxpayer.  Pages 112 and 113 contain impressions of the attorney with respect to evidentiary issues pertaining to the ability of the Government to sustain a successful prosecution in light of recent factual developments.

Pages 110, 111 and 114 were released in full.  Corresponding duplicate pages were treated in an identical manner.

**STONEHILL FOIA – CIA Documents**                                    **4**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box16-079 through Box16-083 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Notes | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(5) – Attorney Work Product | A – Harlow Huckabee, Chief Counsel Attorney |
| (b)(5) – Deliberative Process | R – File |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are five pages of handwritten notes wherein the author is analyzing legal and factual situations relevant to the Stonehill and Brooks cases, including the case currently pending in the Central District of California, *United States v. Stonehill*, Case No. 65-127. The document contains information which the CIA has found exempt from release and has been classified as Secret. The CIA has made redactions on pages 080 and 081. Release of the documents would reveal the attorney's thought processes and litigation strategy. Contains references to factual information that the attorney thought important to the case, the release of which would reveal trial strategy.

**STONEHILL FOIA – CIA Documents**                                        **5**

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|

CCBox2-0115 through CCBox2-0232     P & W
CCBox2-0569 through CCBox2-0686 (Duplicate)
CCBox2-0696 through CCBox2-0813 (Duplicate)

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|

Memorandum                                        3/4/1966

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|

(b)(5) – Attorney Work Product                A – Harlow Huckabee, Chief Counsel Attorney
(b)(3) in conjunction with § 6103          R – Mitchell Rogovin, Asst. Atty General DOJ
(b)(5) – Deliberative Process

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memorandum of fact and law containing a detailed factual and legal analysis of the evidence and deposition testimony of several persons in the Stonehill and Brooks cases, including the case currently pending in the Central District of California, *United States v. Stonehill*, Case No. 65-127.  It states that the Service was considering recommendations for prosecution of Stonehill and Brooks, and it discusses factual and legal issues related to such potential recommendation, noting arguments for and against various positions.  The document also contains information which the CIA has is exempt from release and has been classified as Secret.  The CIA has made redactions on pages 119-129, 135-136, 138, 142, 148-156, 159, 161, 162, 164, 181, 184, 191, 193-197, 199, 229 and 230.

Additional redactions on the basis of attorney work product have been made on pages 121, 124, 125, 218-232.  Redacted information contains the attorney's impressions, thoughts and legal analysis regarding the continued prosecution of the cases and the effect of events and factual evidence on certain aspects of the litigation.

Additional redactions containing third party taxpayer information have been made to pages 115, 116, 117, 218-219, 223.  Information pertaining to third party taxpayers includes identifying information and the existence of tax proceedings against the taxpayer.

Documents 118, 130-134, 137, 139-141, 143-147, 157, 158, 160, 163, 165-180, 182, 183, 185-190, 192, 198, 200-217 were released in full.  Corresponding duplicate pages were treated in an identical manner.