Stonehill v. IRS
Vaughn Index

**DOCUMENT NUMBER(S)**

CCBOX2106 through CCBOX2114
B2CC687 through B2CC695 (Duplicate)

**TYPE OF DOCUMENT**

Memorandum

**BASIS FOR WITHHOLDING**

(b)(1)
(b)(3)

**DOCUMENT DESCRIPTION AND DESCRIPTION OF INFORMATION WITHHELD**

This document is a 9-page memorandum to DOJ conveying Chief Counsel's detailed factual and legal analysis of the Stonehill and Brooks cases. It states that it was based on the analysis contained in the Memorandum of Fact and Law dated March 4, 1966 (pages B2CC 115 through B2CC232). Certain CIA information contained in this document is being withheld because it would reveal classified information, including intelligence sources and methods, intelligence activities, U.S. foreign activities, CIA functions, and names of individuals possibly related to the CIA. For reasons explained in the Dorn declaration, disclosure of this material would reveal information properly and currently classified at the SECRET level.

**WITHHELD IN FULL (W) OR IN PART (P)**

P

**DATE OF DOCUMENT**

3/9/1966

**AUTHOR (A) & RECIPIENT (R)**

A - William McAleer, Director, IRS

R - Mitchell Rogovin, Assistant Attorney

Stonehill v. IRS
Vaughn Index

**DOCUMENT NUMBER(S)**

CCBox7001 through CCBox7021
CCBox152 through CCBox172 (Duplicate)

**TYPE OF DOCUMENT**

Memorandum

**DATE OF DOCUMENT**

2/21/1966 Approximately

**AUTHOR (A) & RECEIPIENT (R)**

A - Harlow Huckabee, Attorney

R - File

**WITHHELD IN FULL (W) OR IN PART (P)**

P

**BASIS FOR WITHHOLDING**

(b)(1)
(b)(3)

**DOCUMENT DESCRIPTION AND DESCRIPTION OF INFORMATION WITHHELD**

This document is a 21-page memorandum of conference wherein the participants are interviewing a United States Government employee regarding events involving Stonehill and Brooks in the 1960s. Certain CIA information contained in this document is being withheld because it would reveal classified information, including intelligence sources and methods, intelligence activities, U.S. foreign activities, CIA functions, and names of individuals possibly related to the CIA. For reasons explained in the Dorn declaration, disclosure of this material would reveal information properly and currently classified at the SECRET level.

Stonehill v. IRS
Vaughn Index

**DOCUMENT NUMBER(S)**                    **WITHHELD IN FULL (W) OR IN PART (P)**

B2CC081 through B2CC104                   P

**TYPE OF DOCUMENT**                      **DATE OF DOCUMENT**

Interviews with Revenue Service           2/11/1966 through 2/13/1966
Representative

**BASIS FOR WITHHOLDING**                 **AUTHOR (A) & RECEIPIENT (R)**

(b)(1)                                    A - Department of Justice Attorney John J.
(b)(3)                                        McCarthy and Attorney Harlow M. Huckabee of
                                              the Chief Counsel's Office

                                          R - File

**DOCUMENT DESCRIPTION AND DESCRIPTION OF INFORMATION WITHHELD**

This document is a 24-page interview report with Revenue Service Representative Robert L. Chandler. The document details Chandler's recollection of events involving Stonehill and Brooks in 1961. Certain CIA information contained in this document is being withheld because it would reveal classified information, including intelligence sources and methods, intelligence activities, U.S. foreign activities, CIA functions, and names of individuals possibly related to the CIA. For reasons explained in the Dorn declaration, disclosure of this material would reveal information properly and currently classified at the SECRET level.

Stonehill v. IRS
Vaughn Index

**DOCUMENT NUMBER(S)**

CCBox2008 through CCBox2050

**TYPE OF DOCUMENT**

Handwritten Notes

**BASIS FOR WITHHOLDING**

(b)(1)
(b)(3)

**DOCUMENT DESCRIPTION AND DESCRIPTION OF INFORMATION WITHHELD**

This document consists of 43-pages of handwritten notes by IRS Agent Ragland regarding the Newcomb affidavit. Certain CIA information contained in this document is being withheld because it would reveal classified information, including intelligence sources and methods, intelligence activities, U.S. foreign activities, CIA functions, and names of individuals possibly related to the CIA. For reasons explained in the Dorn declaration, disclosure of this material would reveal information properly and currently classified at the SECRET level.

**WITHHELD IN FULL (W) OR IN PART (P)**

P

**DATE OF DOCUMENT**

Unknown

**AUTHOR (A) & RECIPIENT (R)**

A – Ragland
R – Unknown

Stonehill v. IRS
Vaughn Index

**DOCUMENT NUMBER(S)**

B2CC115 through B2CC232
B2CC569 through B2CC686 (Duplicate)
B2CC696 through B2CC813 (Duplicate)

**TYPE OF DOCUMENT**

Memorandum of Fact and Law

**DATE OF DOCUMENT**

3/4/1966

**AUTHOR (A) & RECIPIENT (R)**

A - Unknown
R - File

**WITHHELD IN FULL (W) OR IN PART (P)**

P

**BASIS FOR WITHHOLDING**

(b)(1)
(b)(3)

**DOCUMENT DESCRIPTION AND DESCRIPTION OF INFORMATION WITHHELD**

This document is a 115-page Memorandum of Fact and Law regarding the prosecution of Stonehill and Brooks. Certain CIA information contained in this document is being withheld because it would reveal classified information, including intelligence sources and methods, intelligence activities, U.S. foreign activities, CIA functions, and names of individuals possibly related to the CIA. For reasons explained in the Dorn declaration, disclosure of this material would reveal information properly and currently classified at the SECRET level.

Stonehill v. IRS
Vaughn Index

**DOCUMENT NUMBER(S)**

Box16079 through Box16083

**WITHHELD IN FULL (W) OR IN PART (P)**

P

**TYPE OF DOCUMENT**

Handwritten Notes

**DATE OF DOCUMENT**

Unknown

**BASIS FOR WITHHOLDING**

(b)(1)

(b)(3)

**AUTHOR (A) & RECEIPIENT (R)**

A - Unknown

R - Unknown

**DOCUMENT DESCRIPTION AND DESCRIPTION OF INFORMATION WITHHELD**

This document consists of 5-pages of handwritten notes regarding the prosecution of the Stonehill and Brooks cases. Certain CIA information contained in this document is being withheld because it would reveal classified information, including intelligence sources and methods, intelligence activities, U.S. foreign activities, CIA functions, and names of individuals possibly related to the CIA. For reasons explained in the Dorn declaration, disclosure of this material would reveal information properly and currently classified at the SECRET level.

Stonehill v. IRS
Vaughn Index

**DOCUMENT NUMBER(S)**   **WITHHELD IN FULL (W) OR IN PART (P)**

Box84246 through Box84249   P

**TYPE OF DOCUMENT**   **DATE OF DOCUMENT**

Handwritten Notes   Unknown

**BASIS FOR WITHHOLDING**   **AUTHOR (A) & RECIPIENT (R)**

(b)(1)   A - Unknown

(b)(3)   R - Unknown

**DOCUMENT DESCRIPTION AND DESCRIPTION OF INFORMATION WITHHELD**

This document consists of 4-pages of handwritten notes. Certain CIA information contained in this document is being withheld because it would reveal classified information, including intelligence sources and methods, intelligence activities, U.S. foreign activities, CIA functions, and names of individuals possibly related to the CIA. For reasons explained in the Dorn declaration, disclosure of this material would reveal information properly and currently classified at the SECRET level.

Stonehill v. IRS
Vaughn Index

**DOCUMENT NUMBER(S)**

CCBox40964

**TYPE OF DOCUMENT**

Conference Cover Sheet

**BASIS FOR WITHHOLDING**

(b)(1)

(b)(3)

**WITHHELD IN FULL (W) OR IN PART (P)**

P

**DATE OF DOCUMENT**

Unknown

**AUTHOR (A) & RECIPIENT (R)**

A - Unknown

R - Unknown

**DOCUMENT DESCRIPTION AND DESCRIPTION OF INFORMATION WITHHELD**

Document is a 1 page cover page regarding a conference among United States Govnerment employees related to the Stonehill and Brooks cases. Certain CIA information contained in this document is being withheld because it would reveal classified information, including intelligence sources and methods, intelligence activities, U.S. foreign activities, CIA functions, and names of individuals possibly related to the CIA. For reasons explained in the Dorn declaration, disclosure of this material would reveal information properly and currently classified at the SECRET level.