IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAULINE STONEHILL, Co-executor　)
and Co-special administrator of the　)
Estate of Harry S. Stonehill,　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　)　　NO. 1:06-cv-00599 JDB
　　　　　　　　　　　　　　　　)
INTERNAL REVENUE SERVICE,　　)
　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　)

## ORDER

This matter comes before the Court on defendant's fifth motion for partial summary judgment. Having considered defendant's motion, plaintiff's opposition thereto, and the entire record of the case, it is

ORDERED that the defendant's fifth motion for partial summary judgment is GRANTED;

ORDERED that the Clerk shall enter partial judgment in favor of the defendant; and it is further

ORDERED that the Clerk distribute copies of this order to the parties listed below.

So ordered this ___ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Brittney N. Campbell
Robert Heggestad

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing proposed order has been made this 18th day of May, 2007, by mailing, postage prepaid, addressed to:

>JOHN R. GERSTEIN
>ROBERT E. HEGGESTAD
>JONATHAN COHEN
>Ross, Dixon & Bell, LLP
>2001 K Street, N.W.
>Washington, D.C. 20006-1040.

    /s/ Brittney N. Campbell
BRITTNEY N. CAMPBELL