**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 4**  1

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 30-167 & Box 30-168 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 9/13/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Sterling Powers, Revenue Service Rep. |
| (b)(3) in conjunction with § 6103(e)(7) | R – Asst. Officer in Charge, Royal Canadian Mounted Police |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter informing the Canadian official of the results of an official inquiry.  The information is being exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement.  Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 30-170 & Box 30-171 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 7/30/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Asst. Officer in Charge, Royal Canadian Mounted Police |
| (b)(3) in conjunction with § 6103(e)(7) | R – Sterling Powers, Revenue Service Rep. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter forwarding a request for information and information concerning an investigation.  The information is being exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement.  Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 30-172 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Typed Note | 3/5/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Sterling Powers, Revenue Service Rep. |
| (b)(3) in conjunction with § 6103(e)(7) | R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a brief letter forwarding a request from the Canadian Consul General. The information is being exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement. Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 30-173 & Box 30-174 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 1/29/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Asst. Officer in Charge, Royal Canadian Mounted Police |
| (b)(3) in conjunction with § 6103(e)(7) | R – Sterling Powers, Revenue Service Rep. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter concerning a request for information and forwarding additional information. The information is being exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement. Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 30-175 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 1/27/1965 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Asst. Officer in Charge, Royal Canadian Mounted Police |
| (b)(3) in conjunction with § 6103(e)(7) | R – Sterling Powers, Revenue Service Rep. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter acknowledging receipt of information that had been requested as part of a Canadian investigation. The information is being exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement. Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 30-205 through Box 30-207 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 10/9/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Unknown |
| (b)(3) in conjunction with § 6103(e)(7) | R – Asst. Officer in Charge, Royal Canadian Mounted Police |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page letter forwarding information about Stonehill and Brooks and requesting/offering assistance with further investigations. The information is being exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement. Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 30-222 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 10/13/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Sterling Powers, Revenue Service Rep. |
| (b)(3) in conjunction with § 6103(e)(7) | R – Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo forwarding an original letter received as part of the investigation and is being forwarded to Canada. The information is being exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the document remain confidential pursuant to the terms of the agreement. Release of the document would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 30-236 & Box 30-237 (Duplicate) | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Memorandum | 7/13/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 | A – William Ragland, Acting Revenue Service Rep. |
| (b)(3) in conjunction with § 6103(e)(7) | R – Chief, Intelligence Division |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a memo discussing the outcome of a hearing and that the information is being sent to Canada. The information is being exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement. Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

**STONEHILL FOIA - Documents Reviewed § 6105 Exemption File 4**                              5

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 30-238 & Box 30-239 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Transmittal Slip & Memo | 7/2/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Sterling Powers, Revenue Service Rep. |
| (b)(3) in conjunction with § 6103(e)(7) | R – Executive Asst. Director, International |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents transmit information that is to be sent to Canada for use in their investigation of Stonehill.  The information is being exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement.  Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 35-404 through Box 35-412 | W |
| Box 85-420 through Box 85-423 (Partial Duplicate) | |
| Box 85-432 through Box 85-440 (Partial Duplicate) | |
| Box 85-480 through Box 85-484 (Partial Duplicate) | |
| Box 85-578 through Box 85-586 (Duplicate) | |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Attachments | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Unknown |
| (b)(3) in conjunction with § 6103(e)(7) | R – Unknown |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a nine page attachment to another document (unknown) listing information being used and/or obtained for use in the litigations involving Stonehill and Brooks.  The information is being exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of

the agreement.  Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

**DOCUMENT NUMBER(S)**                **WITHHELD IN FULL (W) OR IN PART (P)**

Box 51-123 & Box 51-134 (Duplicate)    W

**TYPE OF DOCUMENT**                   **DATE OF DOCUMENT**

Memorandum                             8/14/1964

**BASIS FOR WITHHOLDING**              **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6105      A – Victor Biskup, Acting Chief, Intelligence Div.
(b)(3) in conjunction with § 6103(e)(7)   R – Sterling Powers, Revenue Service Rep.

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is an acknowledgment of a request for information and forwarding the response from Canada.  The information is being exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the document remain confidential pursuant to the terms of the agreement.  Release of the document would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

**DOCUMENT NUMBER(S)**                **WITHHELD IN FULL (W) OR IN PART (P)**

Box 59-1688 through Box 59-1690        W

**TYPE OF DOCUMENT**                   **DATE OF DOCUMENT**

Memorandum                             6/9/1967

**BASIS FOR WITHHOLDING**              **AUTHOR (A) & RECIPIENT (R)**

(b)(3) in conjunction with § 6105      A – Mitchell Rogovin, Asst. Attorney General
(b)(3) in conjunction with § 6103(e)(7)   R – Lester Uretz, Chief Counsel

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Documents are a one page memo and two duplicates forwarding information from IRS to DOJ that was received from Canada. Information was exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement. Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 59-1718 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Memorandum | 9/12/1967 |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Mitchell Rogovin, Asst. Attorney General |
| (b)(3) in conjunction with § 6103(e)(7) | R – Lester Uretz, Chief Counsel |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page memo forwarding information from IRS to DOJ that was received from Canada. Information was exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement. Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| DOCUMENT NUMBER(S) | WITHHELD IN FULL (W) OR IN PART (P) |
|---|---|
| Box 85-424 & Box 85-425 | W |

| TYPE OF DOCUMENT | DATE OF DOCUMENT |
|---|---|
| Letters | Unknown |

| BASIS FOR WITHHOLDING | AUTHOR (A) & RECIPIENT (R) |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Asst. Officer in Charge, Royal Canadian Mounted Police |
| (b)(3) in conjunction with § 6103(e)(7) | R – Sterling Powers, Revenue Service Rep. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a two page letter forwarding requested information for use in the investigation of Stonehill and Brooks.  The information is being exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement.  Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 85-427 & Box 85-426 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 10/2/1964 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6105 | A – Unknown |
| (b)(3) in conjunction with § 6103(e)(7) | R – Foreign Government Official |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is letter forwarding information from the Canadians through the IRS to another country for use in the continued investigations of Stonehill and Brooks.  The information is being exchanged pursuant to the Convention Between The United States Of America And Canada With Respect To Taxes On Income And On Capital, Article 27 and the treaty partner has requested that the documents remain confidential pursuant to the terms of the agreement.  Release of the documents would impair ongoing relations and cooperation with the treaty partner with respect to tax administration.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 31-237 through Box 31-239 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | 10/14/1963 |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Australian Deputy Commissioner of Taxation |
| (b)(5) – Attorney Work Product | R – Sterling Powers, Revenue Service Rep. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a three page letter forwarding information from Australia obtained during the interview of an Australian citizen. The information pertains to Stonehill and Brooks' financial dealings and was obtained as part of the investigation and for use in the subsequent prosecution of their individual tax liability under the Internal Revenue Code. Also contained in the document is information pertaining to third party taxpayers and their potential liability for US income tax. These individuals were also being investigated.


| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 31-0155 | W |

| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
|---|---|
| Letter | Unknown |

| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
|---|---|
| (b)(3) in conjunction with § 6103 | A – Senior Investigative Officer, Australian Taxing Authority |
| (b)(5) – Attorney Work Product | R – Sterling Powers, Revenue Service Rep. |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a one page letter forwarding information with respect to bank accounts of Stonehill, Brooks and two third party taxpayers who are identified by name. The information was obtained for use in the prosecution of Stonehill and Brooks for their US income tax liability.

| **DOCUMENT NUMBER(S)** | **WITHHELD IN FULL (W) OR IN PART (P)** |
|---|---|
| Box 49-042 | W |
| **TYPE OF DOCUMENT** | **DATE OF DOCUMENT** |
| Letter | 12/13/1963 |
| **BASIS FOR WITHHOLDING** | **AUTHOR (A) & RECIPIENT (R)** |
| (b)(3) in conjunction with § 6103 | A – Japanese Financial Institution<br>R – IRS |

**DOCUMENT DESCRIPTION AND/OR DESCRIPTION OF INFORMATION WITHHELD**

Document is a letter detailing a financial transaction of a third party taxpayer and contains identifying information of the third party.