IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　NO. 1:06-cv-00599 JDB<br>)<br>)<br>)<br>) |

## STIPULATION TO ENLARGE TIME

Defendant, Internal Revenue Service and plaintiff, Pauline Stonehill, STIPULATE and AGREE as follows:

1) Plaintiff shall have an additional 21 days to file its opposition defendant's motions for summary judgment to and including June 29, 2007; and

2) The corresponding deadlines shall be extended by 21 days as follows: defendant's reply due July 13, 2007 and plaintiff's reply in support of its cross-motion, if any, due by July 20, 2007.

The parties agree that the Court may issue an order consistent with this stipulation.

//

//

2517160.1

DATE: June 8, 2007

                                      Respectfully submitted,

| | |
|---|---|
| /s/ Robert E. Heggestad | /s/ Brittney N. Campbell |
| ROBERT E. HEGGESTAD | BRITTNEY N. CAMPBELL |
| Ross, Dixon & Bell, LLP | Trial Attorney, Tax Division |
| 2001 K Street, N.W. | United States Department of Justice |
| Washington, D.C. 20006-1040 | Post Office Box 227 |
| | Ben Franklin Station |
| *Attorney for Plaintiff* | Washington, DC 20044 |
| | Telephone: (202) 353-2260 |
| | E-mail: brittney.n.campbell@usdoj.gov |

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

*Attorney for Defendant*

SO ORDERED this ____ day of _____ 2007.

_____
UNITED STATES DISTRICT JUDGE

2517160.1