UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, Calle Guillermo Tell 14 Churriana 29140 Malaga, ESP <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE 1111 Constitution Avenue, N.W. Washington, D.C. 20224 <br><br> Defendant. | Case No. 06-599 (JDB) <br><br> Honorable John D. Bates |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Pauline Stonehill hereby moves the Court for an order extending the time limit to file Plaintiff's Opposition to the Government's Motions for Summary Judgment by one week, until July 6, 2007. Additionally, Plaintiff wishes to clarify that the Stipulation to Enlarge Time filed on June 8, 2007 also was intended to extend the time for filing Plaintiff's Cross Motions for Summary Judgment until June 29, 2007; accordingly, Plaintiff hereby also moves the Court for an order extending the time limit for Plaintiff's Cross Motions for Summary Judgment until July 6, 2007. Counsel for Plaintiff have been in Hawaii since May 23, 2007 preparing for and participating in a trial. They expect to return by June 29, 2007.

Pursuant to Local Rule 7(m), counsel for Plaintiff contacted counsel for Defendant, Brittney N. Campbell, to request Defendant's consent to this motion. Defendant does not object

354873 v1

to the requested extension.

Accordingly, Plaintiff respectfully requests that she receive an extension until July 6, 2007, to file Plaintiff's Opposition to the Defendant's Motions for Summary Judgment and Plaintiff's Cross Motions for Summary Judgment.

Respectfully submitted,

/s/      Robert E. Heggestad
Robert E. Heggestad (D.C. Bar. No. 953380)
John R. Gerstein (D.C. Bar. No. 913228)
Jonathan Cohen (D.C. Bar. No. 483454)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
(202) 662-2000

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO GOVERNMENT'S MOTIONS FOR SUMMARY JUDGMENT AND CROSS MOTIONS FOR SUMMARY JUDGMENT** was served by United States mail addressed to the following on this 18th day of June, 2007:

>Brittney N. Campbell
>David M Katinsky
>TAX DIVISION
>Post Office Box 227
>Ben Franklin Station
>Washington, D.C. 20044

>/s/   Rhonda Hill
>Rhonda Hill

354873 v 1