UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, Calle Guillermo Tell 14 Churriana 29140 Malaga, ESP<br><br>**Plaintiff,**<br><br>v.<br><br>**INTERNAL REVENUE SERVICE** 1111 Constitution Avenue, N.W. Washington, D.C. 20224<br><br>**Defendant.** | Case No. 06-599 (JDB)<br><br>Honorable John D. Bates |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Pauline Stonehill hereby moves the Court for an order extending the time limit to file Plaintiff's Opposition to the Government's Motions for Summary Judgment and Plaintiff's Cross Motions for Summary Judgment by three weeks, until July 27, 2007. Counsel for Plaintiff have been in Hawaii since May 23, 2007 preparing for and participating in a trial, and expects to return to Washington during the week of July 9, 2007.

Pursuant to Local Rule 7(m), counsel for Plaintiff contacted counsel for Defendant, Brittney N. Campbell, to request Defendant's consent to this motion. Defendant does not object to the requested extension.

355257 v 1

Accordingly, Plaintiff respectfully requests that she receive an extension until July 27, 2007, to file Plaintiff's Opposition to the Defendant's Motions for Summary Judgment and Plaintiff's Cross Motions for Summary Judgment.

Respectfully submitted,

/s/     Robert E. Heggestad
Robert E. Heggestad (D.C. Bar. No. 953380)
John R. Gerstein (D.C. Bar. No. 913228)
Jonathan Cohen (D.C. Bar. No. 483454)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
(202) 662-2000

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Unopposed Motion for Enlargement of Time to File Opposition to Government's Motions for Summary Judgment and Plaintiff's Cross Motions for Summary Judgment was served by United States mail addressed to the following on this 3rd day of July, 2007:

> Brittney N. Campbell
> David M Katinsky
> TAX DIVISION
> Post Office Box 227
> Ben Franklin Station
> Washington, D.C. 20044

/s/   Morgan L. Chinoy
      Morgan L. Chinoy

355257 v 1