# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PAULINE STONEHILL, Co-executor and )
Co-special administrator of the Estate of Harry )
S. Stonehill, )
Calle Guillermo Tell 14 )
Churriana 29140 Malaga, ESP )          **Case No. 06-599 (JDB)**
                                       )
      **Plaintiff,** )
                                       )
v.                                     )          **Honorable John D. Bates**
                                       )
INTERNAL REVENUE SERVICE )
1111 Constitution Avenue, N.W. )
Washington, D.C. 20224 )
                                       )
      **Defendant.** )
                                       )
                                       )

---

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTIONS FOR SUMMARY JUDGMENT

Plaintiff Pauline Stonehill hereby moves the Court for an order extending the time limit to file Plaintiff's Opposition to the Government's Motions for Summary Judgment and Plaintiff's Cross Motions for Summary Judgment until August 13, 2007. Counsel for Plaintiff has just returned from trial in Hawaii.

Pursuant to Local Rule 7(m), counsel for Plaintiff contacted counsel for Defendant, Brittney N. Campbell, to request Defendant's consent to this motion. Defendant does not object to the requested extension.

Accordingly, Plaintiff respectfully requests that she receive an extension until August 13, 2007, to file Plaintiff's Opposition to the Defendant's Motions for Summary Judgment and Plaintiff's Cross Motions for Summary Judgment.

355996 v 1

Respectfully submitted,


/s/           Robert E. Heggestad
Robert E. Heggestad (D.C. Bar. No. 953380)
John R. Gerstein (D.C. Bar. No. 913228)
Jonathan Cohen (D.C. Bar. No. 483454)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
(202) 662-2000

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Unopposed Motion for

Enlargement of Time to File Opposition to Government's Motions for Summary Judgment and

Plaintiff's Cross Motions for Summary Judgment was served by United States mail addressed to

the following on this 17th day of July, 2007:

> Brittney N. Campbell
> David M Katinsky
> TAX DIVISION
> Post Office Box 227
> Ben Franklin Station
> Washington, D.C.  20044

> /s/     Robert E. Heggestad
> Robert E. Heggestad

355996 v 1