UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAULINE STONEHILL**, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill,  )<br>)<br>)<br>)<br>)<br>         Plaintiff,  )<br>)<br>v.  )<br>)<br>**INTERNAL REVENUE SERVICE**,  )<br>)<br>         Defendant.  )<br>_____ ) | Case No. 1:06-cv-599 (JDB)<br><br>Honorable John D. Bates |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion for Enlargement of Time to File Opposition to Defendant's Motions for Summary Judgment and Plaintiff's Cross Motions for Summary Judgment, it is hereby

ORDERED that the Motion for Enlargement of Time is GRANTED.  It is further

ORDERED that:

1. Plaintiff's Opposition to Defendant's Motions for Summary Judgment and Plaintiff's Cross Motions for Summary Judgment are due August 29, 2007;

2. Defendant's Reply in Support of its Motions for Summary Judgment and Defendant's Opposition to Plaintiff's Cross Motions for Summary Judgment are due September 12, 2007; and

3. Plaintiff's Reply in Support of Cross Motions for Summary Judgment is due September 19, 2007.

357090 v 1

- 2 -

    SO ORDERED this _____ day of _____, 2007.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

*Copies to:*

Robert E. Heggestad
John R. Gerstein
Jonathan Cohen
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C.  20006-1040

Brittney N. Campbell
David M. Katinsky
TAX DIVISION
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044