UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAULINE STONEHILL**, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, )<br><br>Plaintiff, )<br><br>v. )<br><br>**INTERNAL REVENUE SERVICE,** )<br><br>Defendant. ) | Case No. 1:06-cv-599 (JDB)<br><br>Honorable John D. Bates |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Pauline Stonehill hereby moves the Court for an order extending the time limit to file Plaintiff's Opposition to the Government's Motions for Summary Judgment and Plaintiff's Cross Motions for Summary Judgment until September 7, 2007.  Additional time is needed to respond to Defendant's five summary judgment motions and the approximately 2,840 documents at issue listed in the IRS Vaughn Indexes due to the recent unforeseen medical emergency with counsel for plaintiff's immediate family.

Pursuant to Local Rule 7(m), counsel for Plaintiff contacted counsel for Defendant, Brittney N. Campbell, to request Defendant's consent to this motion.  Defendant does not object to the requested extension.

357741 v 1

Accordingly, Plaintiff respectfully requests that she receive an extension until September 7, 2007, to file Plaintiff's Opposition to the Defendant's Motions for Summary Judgment and Plaintiff's Cross Motions for Summary Judgment.

Respectfully submitted,

 /s/            Robert E. Heggestad
Robert E. Heggestad (D.C. Bar. No. 953380)
John R. Gerstein (D.C. Bar. No. 913228)
Jonathan Cohen (D.C. Bar. No. 483454)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C.  20006-1040
(202) 662-2000

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's Unopposed Motion for Enlargement of Time to File Opposition to Government's Motions for Summary Judgment and Plaintiff's Cross Motions for Summary Judgment was served by United States mail addressed to the following on this 28th day of August, 2007:

>Brittney N. Campbell
>David M Katinsky
>TAX DIVISION
>Post Office Box 227
>Ben Franklin Station
>Washington, D.C.  20044

>/s/    Robert E. Heggestad
>Robert E. Heggestad

357741 v 1