UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>　　　　Defendant. | Case No. 1:06-cv-599 (JDB)<br><br>Honorable John D. Bates |

## ORDER

This matter comes before the court on Plaintiff's motion for partial summary judgment. Having considered Plaintiff's motion, Defendant's opposition thereto, and the entire record of the case, it is

ORDERED that the Plaintiff's motion for partial summary judgment IS granted;

Ordered that the Clerk shall enter partial judgment in favor of the Plaintiff; and it is further

ORDERED that the Clerk distribute copies of this order to the parties listed below.

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

*Copies to:*

Robert E. Heggestad
Jonathan Cohen
ROSS, DIXON & BELL, LLP

358137 v 1

2001 K Street, N.W.
Washington, D.C. 20006-1040

Brittney N. Campbell
David M. Katinsky
TAX DIVISION
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044

358137 v 1