UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | Case No. 1:06-cv-599 (JDB) <br><br> Honorable John D. Bates |

## NOTICE REGARDING BULKY EXHIBIT ATTACHMENT

Exhibits 1 through 63, attachments to the Declaration of Robert E. Heggestad dated September 7, 2007 filed in support of Plaintiff's Opposition to Defendant's Motions for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment, are being submitted on CD and are being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

Dated: September 7, 2007

Respectfully submitted,

   /s/     Robert E. Heggestad
Robert E. Heggestad (D.C. Bar. No. 953380)
Jonathan Cohen (D.C. Bar. No. 483454)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
(202) 662-2000

Attorneys for Plaintiff

358103 v 1