IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | NO. 1:06-cv-00599 JDB |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT AND A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

DEFENDANT, the Internal Revenue Service, by and through its attorneys, and pursuant to Fed. R. Civ. P. 6(b)(1), moves the Court to enlarge the time for complying with the Court's Order of August 28, 2007, by 21 days, to and including October 12, 2007. Additional time is needed to reply to plaintiff's opposition and cross motion for summary judgment.

Pursuant to Local Rule 7(m), counsel for defendant contacted counsel for plaintiff, Robert Heggestad, to request plaintiff's consent to this motion. Plaintiff does not object to the requested extension.

Accordingly, defendant respectfully requests that it receive an extension until October 12, 2007, to file its reply to plaintiff's opposition and its opposition to plaintiff's cross motion for summary judgment.

DATE: September 19, 2007.

                                        Respectfully submitted,

                                        /s/ Brittney N. Campbell
                                       DAVID KATINSKY
                                       BRITTNEY N. CAMPBELL
                                       Trial Attorneys, Tax Division
                                       U. S. Department of Justice
                                       Post Office Box 227
                                       Washington, DC  20044
                                       Telephone:  (202) 353-2260

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

_____IT IS CERTIFIED that service of the foregoing MOTION FOR ENLARGEMENT OF TIME was caused to be served upon plaintiff's counsel on the 19th day of September, 2007, by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

> JOHN R. GERSTEIN
> ROBERT E. HEGGESTAD
> JONATHAN COHEN
> Ross, Dixon & Bell, LLP
> 2001 K Street, N.W.
> Washington, D.C. 20006-1040

/s/ Brittney N. Campbell
BRITTNEY N. CAMPBELL

2209558.1