IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  NO. 1:06-cv-00599 JDB<br>)<br>)<br>)<br>)<br>) |

### ORDER

Having considered defendant's unopposed motion for enlargement of time, and the entire record of the case, it is

ORDERED that defendant's motion for enlargement of time is GRANTED; and it is further

　ORDERED that:

1. Defendant's reply to plaintiff's opposition to defendant's motion for summary judgment and defendant's opposition to plaintiff's cross motion for summary judgment are due October 12, 2007;

2. Plaintiff's reply in support of cross motion for summary judgment is due October 28, 2007.

　　　　So ordered this ___ day of _____, 2007.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

_____IT IS CERTIFIED that service of the foregoing United States' proposed ORDER was caused to be served upon plaintiff's counsel on the 19th day of September, 2007, by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

> JOHN R. GERSTEIN
> ROBERT E. HEGGESTAD
> JONATHAN COHEN
> Ross, Dixon & Bell, LLP
> 2001 K Street, N.W.
> Washington, D.C. 20006-1040

>  /s/Brittney N. Campbell
> BRITTNEY N. CAMPBELL