UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PAULINE STONEHILL**, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, ) ) ) ) | |
| Plaintiff, ) | Case No. 1:06-cv-599 (JDB) |
| v. ) | Honorable John D. Bates |
| **INTERNAL REVENUE SERVICE**, ) ) | |
| Defendant. ) ) | |

# NOTICE OF ERRATA RE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN GENUINE DISPUTE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 7, 2007, Plaintiff's filed and served an Opposition to Defendant's Motions for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment and a Statement of Material Facts in Genuine Dispute. The following typographical errors and omissions were noticed:

| **Opposition to Defendant's Motions for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment** | |
|---|---|
| Page 1, line 11 | Delete the words "the same" |
| Page 1, line 12 | After "proceedings." add the footnote "Maydak v. U.S. Dep't of Justice, 218 F.3d 760,764 (D.C. Cir 2000)" |

358492 v 1

| | |
|---|---|
| Page 1, line 14 | At the end of the paragraph, add the footnote: "<u>Thompson v. Dep't of Navy</u>, No. 95-347 (RMU), 1997 WL 527344, at *2 n.2 (D.D.C. Aug. 18, 1997)." |
| Page 1, footnote 1 | After "2002." add "<u>See</u> Heggestad Decl. ¶ 16." |
| Page 1, footnote 2 | Delete "Stonehill died on March 20, 2002. <u>See</u> Heggestad Decl. ¶ 16." |
| Page 3, line 13 | After 92 insert footnote "See Heggestad Decl. ¶ 14. Although the IRS originally reported that 94 boxes of documents had been located, the IRS subsequently reported that Boxes 17 and 83 were missing from the Federal Records Center. <u>See</u> Letter from C. Field to R. Heggestad (Nov. 14, 2002), attached as Heggestad Decl. Ex. 7." |
| Page 5, line 1 | After "(b)(7)(c)" add "(2)" |
| Page 13, line 11 | After "Justice" add "These documents revealed that IRS and FBI agents had presented false testimony about the United States' involvement in the raids during the District Court proceedings on Stonehill's motions to suppress filed in 1967, 1971 and 1974." |
| Page 14, line 2 | Change "86" to "84" |
| Page 16, line 2 | At end of sentence add footnote "<u>See</u> Heggestad Decl. ¶ ¶27, 43, n.63, Ex. 43." |
| Page 23, lines 7-9 | Sentence rewritten to say "Precluding the IRS from relitigating these issues in this case, does not work an unfairness on the Government because the IRS had the opportunity and a great incentive to litigate these same issues in Stonehill in connection with the Plaintiff's claim of Government fraud upon the Court." |
| Page 24, line 3 | Replace the word "thousands" with "hundreds" |
| Page 26, line 10 | After "(1)" add "documents related to" |
| Page 39, line 10 | After "(b)(7)(c)" add "(2)" |
| Page 40, line 8 | Replace "In contrast" with "Consequently" |

| **Statement of Material Facts in Genuine Dispute** | |
|---|---|
| Page 2, line 11 | After "proceedings." insert "The Government did not assert the deliberative process privilege in <u>Stonehill</u> as a basis for withholding documents from the 92 IRS boxes." |
| Page 2, line 16 | Replace "Chart titled Vaughn Deliberative Process Not Asserted by Tax Division, attached to Heggestad Decl. as Ex. 43." with "Heggestad Decl. at ¶¶ 24, 25 and Exhibits 51-58." |
| Page 3, line 4 | At end of paragraph, add "The District Court in <u>Stonehill</u> rejected the Government's claim of attorney-work product doctrine and attorney-client privilege as the basis for withholding documents from the 92 IRS boxes. Heggestad Decl. at ¶ 30 and Exhibit 27." |

For the Court's convenience, attached hereto as Exhibit "A" is a fully revised copy of the Opposition to Defendant's Motions for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment and Statement of Material Facts in Genuine Dispute, reflecting these minor changes.

Date:  September 26, 2007         Respectfully submitted,

　　　　　　　　　　　　　　　　　 /s/        Robert E. Heggestad
　　　　　　　　　　　　　　　　Robert E. Heggestad (D.C. Bar. No. 953380)
　　　　　　　　　　　　　　　　Jonathan Cohen (D.C. Bar. No. 483454)
　　　　　　　　　　　　　　　　ROSS, DIXON & BELL, LLP
　　　　　　　　　　　　　　　　2001 K Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C.  20006-1040
　　　　　　　　　　　　　　　　(202) 662-2000

　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF ERRATA RE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT, PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE and PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN GENUINE DISPUTE was served by United States mail addressed to the following on this 26th day of September, 2007:

> Brittney N. Campbell
> David M Katinsky
> TAX DIVISION
> Post Office Box 227
> Ben Franklin Station
> Washington, D.C. 20044

      /s/    Robert E. Heggestad
            Robert E. Heggestad

358492 v 1