IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAULINE STONEHILL, Co-executor )
and Co-special administrator of the )
Estate of Harry S. Stonehill, )
                   )
         Plaintiff, )
                   )
      v. )        NO. 1:06-cv-00599 JDB
                   )
INTERNAL REVENUE SERVICE, )
                   )
         Defendant. )

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO
FILE AN OPPOSITION TO DEFENDANT'S CROSS MOTION FOR
SUMMARY JUDGMENT AND A REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

DEFENDANT, the Internal Revenue Service, by and through its attorneys, and pursuant to Fed. R. Civ. P. 6(b)(1), moves the Court to enlarge the time for complying with the Court's Order of September 24, 2007, by 14 days, to and including October 26, 2007. Additional time is needed to reply to plaintiff's opposition and cross motion for summary judgment.

Pursuant to Local Rule 7(m), counsel for defendant contacted counsel for plaintiff, Robert Heggestad, to request plaintiff's consent to this motion. Plaintiff does not object to the requested extension.

Accordingly, defendant respectfully requests that it receive an extension until October 26, 2007, to file its reply to plaintiff's opposition and its opposition to plaintiff's cross motion for summary judgment.

DATE: October 3, 2007.

Respectfully submitted,

 /s/ Brittney N. Campbell
DAVID KATINSKY
BRITTNEY N. CAMPBELL
Trial Attorneys, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 353-2260

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

_____IT IS CERTIFIED that service of the foregoing MOTION FOR ENLARGEMENT

OF TIME was caused to be served upon plaintiff's counsel on the 3rd day of October,

2007, by depositing a copy thereof in the United States' mail, postage prepaid,

addressed as follows:

> JOHN R. GERSTEIN
> ROBERT E. HEGGESTAD
> JONATHAN COHEN
> Ross, Dixon & Bell, LLP
> 2001 K Street, N.W.
> Washington, D.C. 20006-1040

/s/ Brittney N. Campbell
BRITTNEY N. CAMPBELL

2209558.1