# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **PAULINE STONEHILL**, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, | ) ) ) ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:06-cv-599 (JDB)** |
| | ) | |
| v. | ) | **Honorable John D. Bates** |
| | ) | |
| **INTERNAL REVENUE SERVICE,** | ) | |
| | ) | |
| **Defendant.** | ) ) | |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

Plaintiff Pauline Stonehill hereby moves the Court for an order extending the time limit to file her Reply in Support of Plaintiff's Cross Motion for Summary Judgment until November 16, 2007. Additional time is needed to respond to Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment due to recent medical emergencies with counsel for plaintiff's immediate family.

Pursuant to Local Rule 7(m), counsel for Plaintiff attempted to contacted counsel for Defendant, Brittney N. Campbell and David M. Katinsky to request Defendant's consent to this motion. Plaintiff's counsel has not been able to reach either Ms. Campbell or Mr. Katinsky.

Accordingly, Plaintiff respectfully requests that she receive an extension until November 16, 2007, to file Plaintiff's Reply in Support of Plaintiff's Cross Motion for Summary Judgment.

Respectfully submitted,

/s/   Robert E. Heggestad

Robert E. Heggestad (D.C. Bar. No. 953380)
John R. Gerstein (D.C. Bar. No. 913228)
Jonathan Cohen (D.C. Bar. No. 483454)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C.  20006-1040
(202) 662-2000

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Motion for Enlargement of Time to File in Support of Plaintiff's Cross Motion for Summary Judgment was served by United States mail addressed to the following on this 8th day of November, 2007:

> Brittney N. Campbell
> David M Katinsky
> TAX DIVISION
> Post Office Box 227
> Ben Franklin Station
> Washington, D.C.  20044

                              /s/      Robert E. Heggestad
                                       Robert E. Heggestad

360686 v 1