UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, <br><br>   Plaintiff, <br><br>v. <br><br>INTERNAL REVENUE SERVICE, <br><br>   Defendant. | Case No. 1:06-cv-599 (JDB) <br><br> Honorable John D. Bates |

## PLAINTIFF'S CORRECTED UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

Plaintiff Pauline Stonehill hereby moves the Court for an order extending the time limit to file her Reply in Support of Plaintiff's Cross Motion for Summary Judgment until November 16, 2007. Additional time is needed to respond to Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment due to recent medical emergencies with counsel for plaintiff's immediate family.

Pursuant to Local Rule 7(m), counsel for Plaintiff contacted counsel for Defendant, Brittney N. Campbell to request Defendant's consent to this motion. Defendant does not object to the requested extension.

Accordingly, Plaintiff respectfully requests that she receive an extension until November 16, 2007, to file Plaintiff's Reply in Support of Plaintiff's Cross Motion for Summary Judgment.

360686 v 1

Respectfully submitted,

/s/          Robert E. Heggestad
Robert E. Heggestad (D.C. Bar. No. 953380)
John R. Gerstein (D.C. Bar. No. 913228)
Jonathan Cohen (D.C. Bar. No. 483454)
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
(202) 662-2000

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Corrected Unopposed Motion for Enlargement of Time to File in Support of Plaintiff's Cross Motion for Summary Judgment was served by United States mail addressed to the following on this 8th day of November, 2007:

>Brittney N. Campbell
>David M Katinsky
>TAX DIVISION
>Post Office Box 227
>Ben Franklin Station
>Washington, D.C. 20044

>/s/   Robert E. Heggestad
>Robert E. Heggestad

360686 v 1