UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PAULINE STONEHILL**, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, ) ) ) ) ) | |
| Plaintiff, ) | Case No. 1:06-cv-599 (JDB) |
| ) | |
| v. ) | Honorable John D. Bates |
| ) | |
| **INTERNAL REVENUE SERVICE**, ) ) | |
| Defendant. ) ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

Plaintiff Pauline Stonehill hereby moves the Court for an order extending the time limit to file her Reply in Support of Plaintiff's Cross Motion for Summary Judgment until November 26, 2007. Additional time is needed to respond to Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment due to a recent medical emergency with counsel for plaintiff's immediate family.

Pursuant to Local Rule 7(m), counsel for Plaintiff contacted counsel for Defendant, Brittney N. Campbell to request Defendant's consent to this motion. Defendant does not object to the requested extension.

360968 v 1

Accordingly, Plaintiff respectfully requests that she receive an extension until November 26, 2007, to file Plaintiff's Reply in Support of Plaintiff's Cross Motion for Summary Judgment.

        Respectfully submitted,

        /s/    Robert E. Heggestad
        Robert E. Heggestad (D.C. Bar. No. 953380)
        John R. Gerstein (D.C. Bar. No. 913228)
        Jonathan Cohen (D.C. Bar. No. 483454)
        ROSS, DIXON & BELL, LLP
        2001 K Street, N.W.
        Washington, D.C. 20006-1040
        (202) 662-2000

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Unopposed Motion for Enlargement of Time to File in Support of Plaintiff's Cross Motion for Summary Judgment was served by United States mail addressed to the following on this 15th day of November, 2007:

> Brittney N. Campbell
> David M Katinsky
> TAX DIVISION
> Post Office Box 227
> Ben Franklin Station
> Washington, D.C.  20044

                    /s/        Robert E. Heggestad
                            Robert E. Heggestad

360968 v 1