UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAULINE STONEHILL**, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>**INTERNAL REVENUE SERVICE**,  )<br><br>Defendant.  ) | Case No. 1:06-cv-599 (JDB)<br><br>Honorable John D. Bates |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion for Enlargement of Time to File Reply in Support of Plaintiff's Cross Motion for Summary Judgment, it is hereby

ORDERED that the Unopposed Motion for Enlargement of Time is GRANTED. It is further

ORDERED that:

1. Plaintiff's Reply in Support of Plaintiff's Cross Motion for Summary Judgment is due November 26, 2007;

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

*Copies to:*

Robert E. Heggestad
John R. Gerstein
Jonathan Cohen
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040

360695 v 1

Brittney N. Campbell
David M. Katinsky
TAX DIVISION
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044