UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Civil Action No. 06-0599 (JDB) |

# ORDER

Upon consideration of the IRS's five motions for summary judgment -- [27], [33], [36], [39], and [42] -- as well as the oppositions and replies thereto, and [51] plaintiff's cross-motion for summary judgment, the opposition and reply thereto, and the entire record therein, and for the reasons set forth in the Memorandum Opinion issued on this date, it is hereby

1. **ORDERED** that the IRS's motions are **GRANTED IN PART** and **DENIED IN PART**; it is further

2. **ORDERED** that the IRS cannot withhold on the basis of attorney work product and attorney-client privileges any documents as to which those privileges were previously asserted and denied in the related Rule 60(b) litigation in the Central District of California; it is further

3. **ORDERED** that plaintiff's cross-motion for summary judgment is **GRANTED IN PART** and **DENIED IN PART**; it is further

4. **ORDERED** that the IRS cannot withhold the name of an IRS agent on the basis of FOIA Exemptions 6 or 7(c); and it is further

5. **ORDERED** that the IRS's various motions are **GRANTED** in all other respects and plaintiff's cross-motion for summary judgment is **DENIED** in all other respects.

**SO ORDERED**.

/s/     John D. Bates
JOHN D. BATES
United States District Judge

Dated:   January 10, 2008