IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) NO. 1:06-cv-00599 JDB |

**INTERNAL REVENUE SERVICE'S NOTICE OF APPEAL**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA:

Notice is given that the Internal Revenue Service, defendant in the above-named

case, appeals to the United States Court of Appeals for the District of Columbia from

the order and judgment entered in this action on January 10, 2008.


DATE: March 6, 2008.

                                                                      /s/ Brittney N. Campbell
                                                                     DAVID M. KATINSKY
                                                                       BRITTNEY N. CAMPBELL
                                                                       Trial Attorneys, Tax Division
                                                                       U.S. Department of Justice
                                                                       P.O. Box 227
                                                                       Ben Franklin Station
                                                                       Washington, DC 20044
                                                                       Telephone (202) 353-2260

OF COUNSEL:

JEFFREY TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

_____IT IS CERTIFIED that service of the foregoing notice of appeal was caused to be served upon plaintiff's counsel on the 6th day of March, 2008, by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

>JOHN R. GERSTEIN
>ROBERT E. HEGGESTAD
>JONATHAN COHEN
>Ross, Dixon & Bell, LLP
>2001 K Street, N.W.
>Washington, D.C. 20006-1040

>/s/ Brittney N. Campbell
>BRITTNEY N. CAMPBELL