IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE STONEHILL, )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, )<br>)<br>)<br>Defendant. )<br>)<br>)<br>_____) | Civil Action No. <u>06-0599</u> (JDB) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Pauline Stonehill, appeals to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Order granting in part Defendant's Motion for Summary Judgment, entered in this action on January 10, 2008.

Dated: March 7, 2008

Respectfully submitted,

_____
Robert E. Heggestad (D.C. Bar No. 953380)
Jonathan Cohen (D.C. Bar No. 483454)
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006-1040
Telephone: (202) 662-2000
Facsimile: (202) 662-2190

RECEIVED
MAR 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that on this 7th day of March, 2008, a copy of the foregoing Notice of Appeal was served via first-class mail on the following:

>Brittney N. Campbell
>David M Katinsky
>TAX DIVISION
>Post Office Box 227
>Ben Franklin Station
>Washington, D.C. 20044

_____
Robert E. Heggestad

364477 v 1