IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PAULINE STONEHILL, Co-executor and Co-special administrator of the Estate of Harry S. Stonehill, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 1:06-cv-00599 JDB |
| INTERNAL REVENUE SERVICE, | ) ) | |
| Defendant. | ) ) | |

**INTERNAL REVENUE SERVICE'S CERTIFICATION
OF NON-ORDERING OF TRANSCRIPT
& STATEMENT OF ISSUES ON APPEAL**

CERTIFICATION

IT IS CERTIFIED, in accordance with Fed. R. App. P. 10(b)(1)(B), that defendant, the Internal Revenue Service has not ordered a transcript of proceedings in connection with the appeal of the above-captioned case.

STATEMENT OF ISSUES

IN ACCORDANCE WITH Fed. R. App. P. 10(b)(3), the Internal Revenue Service states that it intends to present the following issues on appeal:

1. Did the trial court err in concluding that the Internal Revenue Service was collaterally estopped from asserting attorney work product and attorney client privilege with respect to certain documents at issue?

2. Did the trial court err in concluding that the Internal Revenue Service improperly withheld an Internal Revenue Service agent's name pursuant to 5 U.S.C. §

552(b)(6) and  5 U.S.C. § 552(b) (7)(C)?

DATE: March 17, 2008.

                                              /s/ Brittney N. Campbell
DAVID M. KATINSKY
BRITTNEY N. CAMPBELL
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Telephone (202) 353-2260

OF COUNSEL:

JEFFREY TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

_____IT IS CERTIFIED that service of the foregoing certification of non-ordering of transcript and statement of issues on appeal was caused to be served upon plaintiff's counsel on the 17th day of March, 2008, by depositing a copy thereof in the United States' mail, postage prepaid, addressed as follows:

>JOHN R. GERSTEIN
>ROBERT E. HEGGESTAD
>JONATHAN COHEN
>Ross, Dixon & Bell, LLP
>2001 K Street, N.W.
>Washington, D.C. 20006-1040

>/s/ Brittney N. Campbell
>BRITTNEY N. CAMPBELL