# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5059**  **September Term 2007**

06cv00599

**Filed On: March 21, 2008** [1107076]

Pauline Stonehill, Co-executor and
Co-special Administrator of the Estate of
Harry S. Stonehill,

    Appellee

    v.

Internal Revenue Service,

    Appellant

## ORDER

Upon consideration of appellant's motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                      BY:    /s/
                              Nancy G. Dunn
                              Deputy Clerk

*[signature]* Deputy Clerk